JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Proposed Special Litigation Attorneys for
Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP<br><br>Debtor. | Case No. 8:19-bk-13560-CB<br><br>**TRUSTEE'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JACK A. REITMAN AND BRIAN WEISS; EXHIBITS**<br><br>**<u>Hearing Date and Time</u>:**<br>Date: September 17, 2019<br>Time: 10:00 a.m.<br>Place: 411 West Fourth Street<br>Courtroom 5D<br>Santa Ana, California |

**TO THE HONORABLE JUDGE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES-IN-INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Richard A. Marshack, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Eagan Avenatti, LLP ("EA"), on September 17, 2019 at 10:00 a.m. at 411 West Fourth Street, Courtroom 5D, Santa Ana, California, moves the Court (the "Motion") for a preliminary injunction as to four pieces of art (the "EA Art") currently in possession of the Orange County Sheriff. The EA Art was purchased by EA with its money (approximately $100,000) and therefore is property of the EA bankruptcy estate. Michael Avenatti's ("Avenatti") former spouse, Lisa Storie-Avenatti ("Ms. Storie") claims the EA Art as her property. The EA Art was seized by and currently is in the possession of the Orange County Sheriff pursuant to the levy of a Writ of Execution obtained by Ms. Storie in the martial dissolution case between her and Avenatti. Prior to the issuance of that Writ of Execution, Ms. Storie was informed that Brian Weiss, the former receiver[1] ("Receiver") appointed for EA in *In re Eagan Avenatti, LLP*, Case No. 8:18-CV-01644-VAP-KES, United States District Court, Central District of California, claimed ownership of the EA Art, was aware of Ms. Storie's claim and intended to obtain court approval to sell the art through a reputable dealer and hold the proceeds until the entitlement to those proceeds was resolved. The Receiver was preparing that motion when the EA Art was seized.

**PLEASE TAKE FURTHER NOTICE** the EA Art was to be sold via Sheriff's auction on August 20, 2019 at 10:00 a.m. At a hearing held on August 19, 2019, the Honorable Judge Nathan Vu, Superior Court of California, County of Orange, Family Law Division (the "Family Law Court") presiding over the marital dissolution proceeding in *Avenatti v. Avenatti-Storie*, Case No. 17D009930, issued an order staying (the "Stay Order") the sale of the EA Art for 30 days, and required the then Receiver to (i) initiate an action (in any forum) to determine the ownership of the EA Art and (ii) file an undertaking of $20,000. Otherwise, the Stay Order would dissolve at the

[1] The Receiver has been divested of his control over EA's assets by virtue of the appointment of Mr. Marshack as the Chapter 7 trustee of the EA bankruptcy estate.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

end of the 30 days (on September 18, 2019). The Trustee plans to file an adversary proceeding before this Court to determine ownership of the EA Art.

**PLEASE TAKE FURTHER NOTICE** that the Motion is brought under Federal Rule of Bankruptcy Procedure 7065 on the grounds that (i) the EA Art was purchased with EA funds and (ii) given the actions of Avenatti (who also claimed ownership of the EA Art individually or through Avenatti & Associates, APC ("AA") at the August 19 hearing) and Ms. Storie, the EA Art will be sold before ownership can be properly determined if the Stay Order is allowed to lapse without a preliminary injunction in place. Counsel for the Receiver explained to the Family Law Court that the EA receivership estate had no ability to file a $20,000 undertaking, as its then liquid assets totaled approximately $2,000. However, if the Stay Order is dissolved after 30 days, significant harm will come to the EA bankruptcy estate as the EA Art likely will be sold at the Sheriff's auction for far less than would be realized if sold through a reputable art dealer.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE FURTHER NOTICE** that the property subject to this Motion includes the following four pieces of art:

i. Artist: Frank Stella. Relief Print known as IMOLA Three I, Circuit Series, dated 1982, annotated "PP 2" (printer's proof), approx. 65 7/8 x 51 ¼ inches, framed;
Described in the Notice of Sale as "1 Artwork of a Green Gold Racetrack"; Item No. 193-10212, green/gold racetrack, Artist: Frank Stella.
Market Value: $14,375.00

ii. Artist: Frank Stella. Relief Print known as IMOLA Three II, Circuit Series, dated 1984, edition 16 of 30, approx. 65 1/2 x 51 1/2 inches, framed;
Described in the Notice of Sale as "1 Artwork of a Pink/Orange/Purple Racetrack"; Item No. 193-10213, pink/orange/purple racetrack, Artist: Frank Stella.
Market Value: $20,000.00

iii. Artist: Frank Stella. Relief Print known as IMOLA Five II, Circuit Series, dated 1983, edition 16 of 30, approx. 66 x48 inches, framed;
Described in the Notice of Sale as "1 Artwork of a Racetrack Black Background"; Item No. 193-10215, racetrack, black background, Artist: Frank Stella.

Market Value: $40,000

iv. Artist: Frank Stella. Relief Print known as Talladega Three III, Circuit Series, dated 1982, edition 12 of 30, approx. 78 x 66 inches, framed;

Described in the Notice of Sale as "1 Artwork of a Racetrack Gold/Blue"' Item No. 193-10216, racetrack, gold/blue, Artist: Frank Stella.

Market Value: $25,000

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this notice, the attached Memorandum of Points and Authorities, the attached Declarations of Jack A. Reitman and Brian Weiss (with exhibits), the files and records in this case, and any additional evidence and argument that may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion may be made at hearing.

**WHEREFORE** For all the foregoing reasons, the Trustee respectfully requests that the Court grant the Motion and issue a preliminary injunction enjoining and restraining the Orange County Sheriff, Avenatti, AA, and Ms. Storie, and each of their respective controlled entities, agents, servants, employees, and attorneys, and others acting in concert or participating with any of them, from directly or indirectly transferring, selling, assigning, pledging, hypothecating, encumbering, dissipating, distributing, without further leave of Court and/or the consent of the Trustee, the EA Art.

Dated: September 13, 2019

Respectfully submitted,
LANDAU GOTTFRIED & BERGER LLP

By: /s/ Jack A. Reitman
Jack A. Reitman
Attorneys for Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Richard A. Marshack,, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Eagan Avenatti, LLP ("EA") moves the Court (the "Motion") for a preliminary injunction enjoining the sale of the four pieces of art (the "EA Art")[2] currently in possession of the Orange County Sheriff. Also submitted are the Declarations of Jack A. Reitman (the "Reitman Dec.") and Brian Weiss (the "Weiss Dec."), with exhibits.

## I. INTRODUCTION

The EA Art in issue was levied upon by the Orange County Sheriff pursuant to a Writ of Execution issued on May 10, 2019 by the Honorable Judge Nathan Vu, Superior Court of California, County of Orange, Family Law Division (the "Family Law Court") before which the marital dissolution proceeding initiated by Michael Avenatti ("Avenatti") against his now former spouse, Lisa Storie-Avenatti ("Ms. Storie") is still pending, *Avenatti v. Avenatti-Storie*, Case No. 17D009930.

On August 19, 2019, at the then-receiver's (Brian Weiss, the "Receiver") request, the Family Law Court issued an order staying (the "Stay Order") the sale of the EA Art[3] for 30 days and required the Receiver to (i) initiate an action (in any forum) to determine the ownership of the EA Art and (ii) file an undertaking of $20,000. Otherwise, the Stay would dissolve at the end of the 30 days (on September 18, 2019). Because the EA bankruptcy estate lacks the funds to file that undertaking, the EA Art will be sold absent issuance of a preliminary injunction by this Court. Reitman Dec., Ex. 6.

## II. STATEMENT OF FACTS

The EA Art was purchased by EA, using its money. The purchase price for that art was approximately $100,000. Reitman Dec., ¶ 7; Ex. 5.

The Receiver was appointed by the United States District Court in *In re Eagan Avenatti,*

---

[2] Described in detail in the Reitman Dec., ¶ 1.

[3] The EA Art was set to be sold by the Orange County Sheriff on August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653

*LLP* (Central District of California, Case No. 8:18-CV-01644-VAP-KES) pursuant to a Stipulation and Order agreed to by Avenatti, individually and for EA, entered on February 13, 2019 (the "Receivership Order", District Court Docket No. 53). Pursuant to the Receivership Order, Avenatti voluntarily agreed to turn over possession of all EA property, which included the EA Art. He did not do so. Instead, on April 4, 2019, the Family Law Court ordered that Avenatti transfer the EA Art to Ms. Storie. That Order was entered without notice to the Receiver. Reitman Dec., ¶ 4; Ex. 3.

In March 2019, the Receiver informed Ms. Storie's attorney that (i) the EA receivership estate claimed ownership of the EA Art, (ii) he was aware that Ms. Storie also claimed to own the art and (iii) he intended to file a motion to obtain court approval to sell the art through a reputable dealer and hold the proceeds until the entitlement to those proceeds was resolved. Reitman Dec., ¶ 4. The Receiver was preparing that motion when the EA Art was seized.[4] The Receiver received no formal notice of Ms. Storie's Writ to seize and sell the EA Art or of the intended sale date. The Receiver learned of those facts only when the company storing the EA Art called to inform him of that seizure. *Id.,* ¶ 5.

At a hearing held on August 19, 2019, at the Receiver's request, the Family Law Court issued an order staying (the Stay Order) the Sheriff's sale of the EA Art, originally set for August 20, 2019, for 30 days. At that hearing Avenatti also claimed, individually or through Avenatti & Associates, APC ("AA"), to own the EA Art.[5] Reitman Dec., ¶ 9. The Family Law Court also ordered that the Receiver (i) initiate a proceeding (in any forum) to determine ownership of the EA Art and (ii) file a $20,000 undertaking for the EA Art. Otherwise, the Stay Order will dissolve on September 18, 2019. *Id.*

Counsel for the Receiver explained to the Family Law Court that the Receiver was unable

[4]The Receiver intended to include in the motion the proposed sale of other EA personal property, including a Honda jet which involved reaching an agreement of other claimants and the IRS, and locating and negotiating sale terms with an FAA approved aircraft sales company, a personal property auctioneer and a reputable art dealer to sell the EA Art.

[5] Pursuant to the Family Court's April 4, 2019 Order, Avenatti purported to transfer ownership of both AA and EA to Ms. Storie. Reitman Dec., Ex. 3.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

to file the $20,000 undertaking because the EA Receivership estate had very little cash available to it. Counsel also reminded the Family Law Court that it had the discretion (under California Code of Civil Procedure § 995.240) to waive the undertaking requirement under these circumstances, but the Family Law Court declined to waive the requirement. Reitman Dec., ¶ 9, Ex. 6.

EA filed its petition for relief on September 11, 2019. As a result, to avoid the loss of the EA Art through a Sheriff's auction at the expiration of the Stay Order, the Trustee has filed the instant Motion before the Court.

## III. ARGUMENT

### A. The Court May Grant Injunctive Relief Pursuant to Federal Rule of Bankruptcy Procedure 65.

The issuance of injunctive relief is governed Federal Rule of Bankruptcy Procedure 7065 (adopting Federal Rule of Civil Procedure 65), which authorizes temporary restraining orders, as well as preliminary and permanent injunctive relief. A party seeking such injunctive relief must show that (1) it is likely to succeed on the merits; (2) it is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in its favor; and (4) an injunction is in the public interest. *Winter v. NRDC, Inc*., 555 U.S. 7, 24-25 (2008); *accord Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1126-27 (9th Cir. 2009); *Kremen* at *11.

In the Ninth Circuit, a "sliding scale" approach is utilized in evaluating whether to grant injunctive relief *pendente lite*, with the elements being balanced so that a strong showing on one may offset a weaker showing on another. *E.g., Alliance for Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131, 1134-35 (9th Cir. 2011). Thus, even if there are "serious questions going to the merits," injunctive relief may be issued if the balance of hardship "tips sharply towards the plaintiff," and if irreparable injury is likely and the public interest served. *Id*.

#### 1. The Trustee is Likely to Succeed on the Merits of his Claim – the EA Art is Property of the EA Bankruptcy Estate.

To establish a substantial likelihood of success on the merits, the plaintiff must show "a fair chance of success." *Focus Media*, 387 F.3d 1077, 1086 (9th Cir. 2004) (citation omitted).

The Trustee is likely to succeed in demonstrating that the EA Art is property of the EA

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

bankruptcy estate. First and foremost, the Trustee is in possession of the receipts and bank records detailing (i) the wire transfers from EA bank accounts that paid for the EA Art and (ii) the specifics of the art purchased, and that the purchasing party was EA. Reitman Dec., ¶ 6, Ex. 4.

Second, in August 2018, Avenatti purported to cause EA to sell the EA Art (and other items, including office furniture and other art) to The X-Law Group, pursuant to an "Asset Purchase Agreement." Reitman Dec., ¶ 3, Ex. 2. The Receiver determined that this was likely a fraudulent transfer, and The X-Law Group offered to return the property over to the Receiver. Reitman Dec., ¶ 3. Any alleged claim that Ms. Storie, Avenatti, AA (or any other party) may have against the EA Art is severely undercut by the fact that Avenatti purportedly caused EA to "sell" that art to The X-Law Group in August, 2018.

**2. The EA Bankruptcy Estate will Suffer Irreparable harm if a Preliminary Injunction is Not Issued.**

A party seeking injunctive relief "must show a likelihood of dissipation of the claimed assets, or other inability to recover monetary damages, if relief is not granted." *Johnson v. Couturier*, 572 F.3d 1067, 1085 (9th Cir. 2009) (citation omitted).

As stated above, Ms. Storie has already attempted to take possession of (through the Orange County Sheriff) and sell the EA Art, all the while knowing that the EA Receivership estate (and now the EA bankruptcy estate) had made a claim to that art. When the Receiver discovered (by happenstance) that the EA Art was on the brink of being auctioned and attempted to make his third-party claim as provided by California law, Ms. Storie attempted to "force" the sale through rather than agree to determine (based upon the Receiver's third-party claim) who the actual owner of the EA Art is. Reitman Dec., ¶¶ 5-9.

Based on these facts, there is an extremely high (if not guaranteed) chance that Ms. Storie will again attempt to cause the EA Art to be sold at a Sheriff's auction the *moment* the Stay Order dissolves, thereby depriving the EA bankruptcy estate of its property and any funds from the sale of that property.

**3. The Balance of Equities tips in Favor of the Trustee.**

The balance of equities tilts in favor of the Trustee, on behalf of the EA bankruptcy estate,

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

due to the potential irreparable loss of the EA Art.

Moreover, Ms. Storie has been operating at the limits of the law to "put one over" on the Receiver and now the Trustee. Ms. Storie knew in late March 2019 that the Receiver had a claim to the EA Art and was in the process of drafting a motion to sell the EA Art, as well as other assets in which EA has an ownership interest (most notably a Honda jet). Despite this knowledge, Ms. Storie (i) obtained a writ of execution; (ii) levied on the EA Art; and (iii) set the EA Art to be sold by the Orange County Sheriff, all without any notice to the Receiver. Reitman Dec., ¶¶ 4-9. As if that was not enough, when Ms. Storie was again presented with the Receiver's claim (in August before the Family Law Court), she attempted to force the sale through rather than put the sale on hold pending a judicial determination of who owned the EA Art. This blatant attempt to sell the EA Art out from under the Receiver (and now the Trustee) should not be rewarded.

**4. A Preliminary Injunction is in the Public Interest.**

The importance of the public interest analysis depends whether the requested injunctive relief impacts non-parties to the lawsuit. *See Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1139 (9th Cir. 2009). "When the reach of an injunction is narrow, limited only to the parties, and has no impact on non-parties, the public interest will be at most a neutral factor in the analysis rather than one that favors granting or denying the preliminary injunction." *Id*. at 1138-39 (citations omitted).

The scope of the injunction requested by the Trustee is narrow as it is limited only to the EA Art, thus the public interest is not a major factor in the analysis. However, even if the Court were to consider this factor, it should conclude that the public is well served when bankruptcy estates are able to protect the assets they are charged with marshalling – reaching any other conclusion would ignore the purpose of bankruptcy protection.

**B. <u>The Court Should Not Require the Trustee to Post a Bond.</u>**

Federal Rule of Bankruptcy Procedure 7065 states that "Rule 65 F.R.Civ.P. applies in adversary proceedings, except that a temporary restraining order or preliminary injunction may be issued on the application of a debtor, trustee, or debtor in possession without compliance with

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Rule 65(c)."[6]

Federal Rule of Civil Procedure 65(c) requires that a bond or security must be posted in order for the Court to issue a preliminary injunction, but there are many exceptions to this rule, *see Bowen v. Consol. Elec. Distribs.*, 461 F. Supp. 2d 1179, 1188 (C.D. Cal. 2006) (waiving bond requirement where plaintiff was indigent and the court had set an early trial date, and the damages to defendant were overwhelmingly outweighed by the hardship to be suffered by plaintiff if it is required to post a bond).

Per Federal Rule of Bankruptcy Procedure 7065, the Trustee is exempted from this requirement. "[A] temporary restraining order or preliminary injunction may be issued on application of a debtor, trustee, or debtor in possession without compliance with Rule 65(c)."

Here, there is no real harm to either Avenatti or Ms. Storie by issuing the preliminary injunction without the requirement of security; the Receiver is not in possession of the EA Art – the Orange County Sheriff is. In fact, there was no basis for the Family Law Court to require security for the Stay Order in the first place.[7] California Code of Civil Procedure §720.110, *et seq.*, provides the procedure for a third-party making a claim against levied property, which is essentially what the Receiver was trying to do before the Family Law Court. With respect to a third-party claim, the Code states the following regarding an undertaking:

> (a) **In a case where the third person has not filed with the levying officer an undertaking to release the property** pursuant to Chapter 6 (commencing with Section 720.610), **if the creditor does not** within the time allowed under subdivision (b) of Section 720.140 **file with the levying officer an undertaking** (or file a notice if the creditor is a public entity) that satisfies the requirements of Section 720.160,

[6] The Trustee is aware that the Motion is being filed in the main case, rather than a separate, forthcoming adversary proceeding. Given the exigent nature of the Trustee's request and the potential harm to the EA bankruptcy estate, the Trustee believes that this motion falls under the "adversarial" nature shared by many pieces of litigation that are litigated in the main case, without and adversary proceeding. Moreover, the Trustee plans to file the adversary proceeding before September 18, 2019, as required by the Stay Order.

[7] California Code of Civil Procedure § 995.240 permits California courts, in their discretion, to waive undertaking requirements upon a showing of hardship. Counsel for the Receiver suggested this solution to the Family Law Court, who nevertheless declined to waive the $20,000 undertaking requirement.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

> **the levying officer shall release the property unless it is to be held under another lien or unless otherwise ordered by the court**.
>
> (b) Except as otherwise provided in this section, release is governed by Section 699.060.
>
> . . . .
>
> (d) A hearing may be had on the third-party claim pursuant to Chapter 4 (commencing with Section 720.310) notwithstanding the release of the property pursuant to this section.

Cal. Code Civ. Proc. § 720.170 (emphasis added).

The Receiver was never required to file an undertaking under California law for the EA Art, as he did not seek to take possession of the EA Art – the Family Law Court imposed that requirement with no basis for doing so. Since no party has filed an undertaking, the property the Court should order the EA Art to be returned t to Orange County Fine Art Storage, where the EA Art was being warehoused. *See* Cal. Code Civ. Proc. § 699.060.

Lastly, the Trustee is aware that 11 U.S.C. 362 was effective upon the moment the petition for relief in this case was filed, and the automatic stay may in fact cover the EA Art. However, given Ms. Storie's and Avenatti's extremely aggressive conduct, the Trustee believes they will attempt to push the sale of the EA Art forward if there is no specific court order stopping them (and the Orange County Sheriff may not understand the peculiarities of an automatic stay). Granting the Motion and issuing a preliminary injunction will leave no doubt that the EA Art is to remain untouched (other than its return to OCFAS) until further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## IV. CONCLUSION

For all the foregoing reasons, the Trustee respectfully requests that the Court grant the Motion and issue a preliminary injunction enjoining and restraining the Orange County Sheriff, Avenatti, AA, and Ms. Storie, and each of their respective controlled entities, agents, servants, employees, and attorneys, and others acting in concert or participating with any of them, from directly or indirectly transferring, selling, assigning, pledging, hypothecating, encumbering, dissipating or distributing the EA Art or any interest therein, without further leave of Court and/or the written consent of the Trustee.

Dated: September 13, 2019

Respectfully submitted,
LANDAU GOTTFRIED & BERGER LLP

By: /s/ Jack A. Reitman
Jack A. Reitman
Proposed Special Litigation Attorneys for Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**DECLARATION OF JACK A. REITMAN**

I, Jack A. Reitman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath. I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court. I am an associate with the law firm of Landau Gottfried & Berger LLP, proposed special litigation attorneys for Richard A. Marshack, chapter 7 trustee (the "Trustee") of the bankruptcy estate of Eagan Avenatti LLP ("EA") and counsel to Brian Weiss, formerly the Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP. I make this declaration in support of the Trustee's emergency motion for a preliminary injunction enjoining the sale of the four pieces of art (the "EA Art") currently in possession of the Orange County Sheriff. The Art is described as follows:

i. Artist: Frank Stella. Relief Print known as IMOLA Three I, Circuit Series, dated 1982, annotated "PP 2" (printer's proof), approx. 65 7/8 x 51 ¼ inches, framed; Described in the Notice of Sale as "1 Artwork of a Green Gold Racetrack"; Item No. 193-10212, green/gold racetrack, Artist: Frank Stella.
Market Value: $14,375.00

ii. Artist: Frank Stella. Relief Print known as IMOLA Three II, Circuit Series, dated 1984, edition 16 of 30, approx. 65 1/2 x 51 1/2 inches, framed;
Described in the Notice of Sale as "1 Artwork of a Pink/Orange/Purple Racetrack"; Item No. 193-10213, pink/orange/purple racetrack, Artist: Frank Stella.
Market Value: $20,000.00

iii. Artist: Frank Stella. Relief Print known as IMOLA Five II, Circuit Series, dated 1983, edition 16 of 30, approx. 66 x48 inches, framed;
Described in the Notice of Sale as "1 Artwork of a Racetrack Black Background"; Item No. 193-10215, racetrack, black background, Artist: Frank Stella.
Market Value: $40,000

iv. Artist: Frank Stella. Relief Print known as Talladega Three III, Circuit Series, dated

1982, edition 12 of 30, approx. 78 x 66 inches, framed;

Described in the Notice of Sale as "1 Artwork of a Racetrack Gold/Blue"' Item No. 193-10216, racetrack, gold/blue, Artist: Frank Stella.

Market Value: $25,000

2. The Receiver was appointed by the District Court in *In re Eagan Avenatti, LLP* (Central District of California, 8:18-CV-01644-VAP-KES) pursuant to a Stipulation and Order agreed to by Michael Avenatti, individually and for EA, entered on February 13, 2019 (the "Receivership Order", District Court Docket No. 53). A true and correct copy of the Receivership Order is attached as Exhibit 1.

3. In mid-March 2019, the Receiver discovered that Avenatti had caused EA to sell the fine art purchased by EA (the "EA Art") and other property to a law firm known as the X-Law Group PC, pursuant to an Asset Purchase Agreement "entered into as of August 1, 2018." A true and correct copy of this Asset Purchase Agreement that I obtained from the Receiver is attached as Exhibit 2. The Receiver contacted X-Law Group's principal, Filippo Marchino, who stated that the firm had taken possession of the EA Art but offered to turn the property over to the Receiver. The Receiver arranged to inspect the EA Art but discovered that the EA Art had already been moved to Orange County Fine Art Storage ("OCFAS"), who separately confirmed its intake of the EA Art, among other items. I then began to prepare a motion before the District Court to sell the EA Art.

4. On April 4, 2019, the Honorable Judge Nathan Vu, Superior Court of California, County of Orange, Family Law Division (the "Family Law Court", *Avenatti v. Avenatti-Storie*, Case No. 17D009930) ordered that the EA Art (and other assets) be turned over to Ms. Storie by Mr. Avenatti. On May 10, 2019, Ms. Storie-Avenatti obtained the Writ to levy on, among other things, the EA Art. The Writ contains an email communication between counsel for the Receiver and Mr. Bisbee, counsel for Ms. Storie, in which Ms. Storie was given notice that the Receiver (i) asserted that the EA receivership estate claimed ownership of the EA Art, (ii) was aware that Ms. Storie also claimed to own the art and (iii) intended to file a motion to obtain court approval to sell the art through a reputable dealer and hold the proceeds until the entitlement to those proceeds was

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

resolved. The Receiver was preparing that motion when the EA Art was seized. A true and correct copy of the Writ, which I obtained from OCFAS, is attached as Exhibit 3. The Receiver was given no notice of the Writ.

5. In early August 2019, the Receiver was informed by OCFAS that the Sheriff had levied pursuant to the Writ and the EA Art was taken. The Receiver was provided no notice of the levy at OCFAS by Ms. Storie-Avenatti.

6. On or about August 9, 2019, I caused to be filed a third-party claim (the "Third-Party Claim") with the Orange County Sheriff. A true and correct copy of the Third-Party Claim which I personally drafted is attached as Exhibit 4.

7. On August 13, 2019, I was notified by the Sheriff that the Third-Party Claim was rejected because only one piece of art claimed was taken into custody by the Sheriff; the Sheriff confirmed possession of the art levied from OCFAS. That same day, at my request, the Sheriff provided me with a copy of the Notice of Sale and I learned that the Sheriff's Sale was to be conducted in seven days, on August 20, 2019. A true and correct copy of the Notice of Sale that I obtained from the Sheriff is attached as Exhibit 5. After reviewing the Notice of Sale and the attached Bill of Lading from OCFAS, I determined (after a discussion with the Receiver) that the Sheriff was incorrect – four pieces of EA Art with a total value of approximately $100,000 was being held by the Sheriff.

8. I conveyed this information to the Sheriff, who then informed me that the Sheriff would not accept the Third-Party Claim because it did not exactly match the descriptions given to the Sheriff by Ms. Storie-Avenatti. I requested a copy of these descriptions, but the Sheriff refused to provide a copy and refused to allow me or the Receiver to inspect the art that had been levied from OCFAS. The Sheriff suggested that I ask counsel for Ms. Storie-Avenatti for a copy of this list. I contacted Mr. Bisbee via telephone for this information and left a voice message, but did not respond to me or provided this list.

9. On August 19, 2019, the Honorable Judge Nathan Vu, Superior Court of California, County of Orange, Family Law Division (the "Family Law Court") entered an order (the "Stay Order") staying the Orange County Sheriff's sale of the EA Art, set for August 20, 2019

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

at 10:00 a.m. At that hearing, which I personally attended, Avenatti also claimed, individually or through Avenatti & Associates, APC ("AA"), to own the EA Art. I explained to the Family Law Court that the Receiver was unable to file the $20,000 undertaking because the EA Receivership estate had very little cash available to it. I also reminded the Family Law Court that it had the discretion (under California Code of Civil Procedure § 995.240) to waive the undertaking requirement under these circumstances, but the Family Law Court declined to waive the requirement. A true and correct copy of the Stay Order that I received from the clerk of the Family Law Court is attached as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2019, at Los Angeles, California

/s/ Jack A. Reitman
Jack A. Reitman

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**DECLARATION OF BRIAN WEISS**

I, Brian Weiss, declare as follows:

1. I am the former Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-KES, pending in the United States District Court, Central District of California (the "District Court"). I make this declaration in support of the emergency motion filed by Richard A. Marshack, chapter 7 trustee (the "Trustee") of the bankruptcy estate of Eagan Avenatti LLP ("EA"), for a preliminary injunction enjoining the sale of the four pieces of art (the "EA Art") currently in possession of the Orange County Sheriff.

2. I was appointed as Receiver via stipulation and order before the District Court on February 13, 2019.

3. In mid-March 2019, I discovered that Avenatti had caused EA to purportedly sell the fine art purchased by EA (i.e., the "EA Art") and other property to a law firm known as The X-Law Group PC, pursuant to an Asset Purchase Agreement "entered into as of August 1, 2018." I contacted X-Law Group's principal, Filippo Marchino, who stated that the firm had not taken possession of the EA Art. I arranged with Mr. Marchino to inspect The X-Law Group's office and the art was not present. The EA Art was in the possession of Orange County Fine Art Storage ("OCFAS"), who separately confirmed its intake and possession of the EA Art, among other items. A true and correct copy of the email exchanges I had with OCFAS and other parties confirming OCFAS' possession of the EA Art (and other items) is attached as Exhibit 7. I then directed my counsel to prepare a motion before the District Court to take possession of and sell the EA Art, among other property interests.

4. In early August 2019, I was informed by OCFAS that the Orange County Sheriff had levied a Writ of Execution on OCFAS and seized the EA Art. I was provided no notice of the Writ or the levy at OCFAS by Ms. Storie-Avenatti.

5. As the Receiver of the EA receivership estate, I had (and still have) serious concerns about the EA Art being sold at a Sheriff's sale. First and foremost, the EA Art was purchased with EA funds, based on my review of EA's books and records, the relevant portions of

which are attached as Exhibit 4. Second, the EA Art is EA property and should be liquidated by the EA bankruptcy estate to help pay the creditors of EA, which include the many of its former clients who claim to have been defrauded by Michael Avenatti. Third, based on my, Landau Gottfried & Berger LLP's, and Mr. Marshack's collective experience, a Sheriff's sale of the EA Art is likely to realize only a small percentage of the amount EA paid for the EA Art. The EA Art should be sold pursuant to Bankruptcy Court order at a well-publicized art auction (such as through Christies), not a Sheriff's sale. The loss of value for such a sale would irreparably harm the EA bankruptcy estate and its creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2019, at Newport Beach, California

Brian Weiss

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT 1

Scott H. Sims, State Bar No. 234148
Andrew D. Stolper, State Bar No. 205462
FRANK SIMS & STOLPER LLP
19800 MacArthur Boulevard, Suite 855
Irvine, California 92612,
Telephone: (949) 201-2400
Facsimile: (949) 201-2401
astolper@lawfss.com
ssims@lawfss.com

Attorneys for Judgment Creditor
JASON FRANK LAW, PLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

EAGAN AVENATTI, LLP,

Debtor.

Case No. 8:18-CV-01644-VAP-KES

**JOINT STIPULATION AND ORDER RE APPOINTMENT OF RECEIVER AND RESTRAINING ORDER**

**STIPULATION**

This Stipulation is entered into by and between Judgment Debtor Eagan Avenatti, LLP ("EA") and Michael Avenatti ("Avenatti"), on the one hand, and Judgment Creditor Jason Frank Law, PLC ("JFL"), on the other hand (collectively, the "Parties").

WHEREAS, JFL has a judgment against EA in the amount of $10,000,000.00, plus accruing interest at $564.38 per day (since May 22, 2018) and reasonable attorney fees and costs incurred by JFL in enforcing the judgment (the "Judgment");

WHEREAS, on February 7, 2019, this Court ordered EA and Avenatti to appear for a judgment debtor examination on February 14, 2019 at 9:30 a.m. in Courtroom 6D of this Court (Doc. 50);

WHEREAS, on February 12, 2019, JFL filed a Motion for Appointment of Receiver and Restraining Order ("Motion") (Doc. No. 51);

WHEREAS, EA and Avenatti have stipulated and agreed to the relief requested in the Motion and have further agreed that the Magistrate Judge Karen E. Scott shall have the jurisdiction and authority to enter the attached [Proposed] Order Appointing Receiver and Issuing Restraining Order (the "Order"); and

WHEREAS, upon entry of the Order, JFL has agreed to withdraw the Motion and all pleadings and exhibits relating thereto and consent to the rescheduling of the judgment debtor exam to March 8, 2019 at 9:30 a.m. in Courtroom 6D of this Court.

ACCORDINGLY, the Parties stipulate and agree as follows:

1. The Parties, and each of them, stipulate to the terms of the Order;
2. The Parties, and each of them consent to the jurisdiction of the Magistrate Judge Karen E. Scott to enter the Order and to supervise the Receivership;
3. Upon entry of the Order, the Motion is deemed withdrawn without prejudice; and
4. Upon entry of the Order, the judgment debtor exam of EA and Avenatti is continued to March 8, 2019 at 9:30 a.m. in Courtroom 6D of this Court, located at 411 W. 4th Street, Santa Ana, California 92701.

Main Document Page 22 of 169

IT IS SO STIPULATED

Dated: February 13, 2019

FRANK SIMS & STOLPER LLP

By: /s/ Scott H. Sims
Scott Sims, Esq.
Attorneys for Judgment Creditor
Jason Frank Law, PLC

Dated: February 13, 2019

EAGAN AVENATTI, LLP

By:______________________
Managing Partner
Judgment Debtor Eagan Avenatti, LLP

Dated: February 13, 2019

MICHAEL J AVENATTI

By:______________________
Michael J. Avenatti
In his Personal Capacity

-3-
STIPULATION AND ORDER RE APPOINTMENT OF RECEIVER AND RESTRAINING ORDER
EXHIBIT 1
3

**ORDER APPOINTING RECEIVER AND ISSUING RESTRAINING ORDER**

Pursuant to the Joint Stipulation between Judgment Debtor Eagan Avenatti, LLP ("EA") and Michael Avenatti ("Avenatti"), on the one hand, and Judgment Creditor Jason Frank Law, PLC ("JFL"), on the other hand (collectively, the "Parties") and for good cause shown:

IT IS HEREBY ORDERED:

1. **The Motion.** JFL's Motion for Appointment of Receiver and Restraining Order (Doc. 51) and all pleadings and exhibits related thereto are deemed withdrawn without prejudice.
2. **Judgment Debtor Exam**. The judgment debtor exam of EA and Avenatti currently scheduled for February 14, 2019 is hereby continued to March 8, 2019 at 9:30 a.m. in Courtroom 6D of this Court, located at 411 W. 4th Street, Santa Ana, California 92701.
3. **The Amount of Indebtedness.** The principal amount of EA's indebtedness to JFL under the Judgment is $10 million, plus accruing interest at $564.38 per day since May 22, 2018, reasonable attorney fees and costs incurred by JFL in enforcing the judgment, as well as all costs associated with the receivership (the "Total Indebtedness to JFL").
4. **Appointment of Receiver.** It is hereby ordered that Brian Weiss is appointed as Receiver of EA pending further Order of this Court.
5. **Receiver's Oath and Bond.** The Receiver shall immediately, and before performing any duties (a) execute and file a Receiver's oath; and (b) the Receiver shall not be required to file the bond required by Code of Civil Procedure section 567(b) pursuant to consent and agreement of EA and Avenatti.
6. **Receiver's Fees.** The Receiver may charge for the Receiver's services no more than $495.00 per hour.
7. **Management Company.** The Receiver may employ Force Ten Partners, LLC ("Force 10"), where the Receiver is employed, to assist with the Receiver's duties at the Receiver's direction, including but not limited to accounting, reporting, asset

investigation and other tasks. The members of Force 10, other than the Receiver, shall be compensated at hourly rates ranging from $225 to $495 per hour.

8. **Disclosure.** The Receiver shall immediately disclose to all parties any financial relationship between the Receiver and any company hired to assist in the management of the Receivership property.

9. **General Duties.** After qualifying, the Receiver shall have the power to take possession of and manage the business of EA and its tangible and intangible property with all the usual powers, rights and duties of receivers appointed by this Court or otherwise defined by statute, including but not limited to the power to operate and conduct EA in the ordinary course of its business and collect fees, costs and income owed to EA, except that the Receiver will not be authorized to provide legal services on behalf of EA's clients.

10. **Inventory.** Within 45 days after qualifying, the receiver shall file an inventory of all property possessed under this Order. The Receiver shall file a supplemental inventory of all subsequently obtained property

11. **Expenditures.** The Receiver shall expend money coming into his possession to operate and preserve EA's business and only for the purposes authorized in this Order. Unless the Court orders otherwise, the Receiver shall to the extent practical hold the balance in interest-bearing accounts in accordance with California Code of Civil Procedure section 569.

12. **Monthly Accounting of Receiver's Income, Expenses and Fees.**

a. The Receiver shall each month prepare and serve on the parties, but not file, an accounting of the income and expenses incurred in the administration of EA, including the Receiver's fees and expenses. The monthly reports shall provide a narrative of the material events, a financial report and a statement of all fees paid or due to the Receiver, Force 10 and any other professionals retained, showing the itemized services, broken down in 1/10th hour increments. The report shall state the hourly fees and any other basis for the fees.

    b.   The Receiver may pay the Receiver's and Management Company's own fees and expenses only by the following procedures:

        i.   By serving on all parties a notice of intent to pay to which no objection is served on the Receiver within 20 days of the date the notice is served.

        ii.   By serving and filing a request for interim payment, which the Court then approves.

        iii.   By obtaining and filing an agreement among all the parties approving the payment, which the Court then approves.

        iv.   By filing the Receiver's final accounting and report, which the Court then approves.

    c.   The Receiver shall not reimburse the Receiver for the Receiver's general office administration expenses or overhead without Court approval.  These expenses include, for example, office supplies and employee payroll, benefits and taxes.

12. **Management.**

    a.   The Receiver shall operate EA and take possession of all accounts relating to EA and its property.

    b.   The Receiver may hire legal counsel, accounting and tax professionals at normal and customary rates to represent the Receiver in his duties, provided however, legal counsel retained to pursue fraudulent and avoidable actions shall be on a contingency basis.

    c.   The Receiver may do all the things, and incur the risks and obligations, ordinarily done or incurred by owners, managers and operators of businesses and property similar to that possessed by the Receiver, except that the Receiver shall not make any capital improvements to property without prior Court approval and the Receiver shall not provide legal services to EA's clients.

13. **Bank Accounts.**

    a.   The Receiver may establish accounts at any financial institution insured by an agency of the United States government that are not parties to this proceeding and

shall deposit in those accounts any funds received in connection with EA's business.

b.  The Receiver shall have control of, and be the sole authorized signatory for all accounts of EA and client trust accounts or IOLTA accounts, including all accounts at any bank, title company, escrow agent, financial institution or brokerage firm which has possession, custody or control of any assets or funds of EA, or which maintains accounts of the Receiver, or which maintains accounts where EA's employees and agents in such capacity have signatory authority, including but not limited to Michael Avenatti and Judy Regnier.

c.  The Receiver is authorized to open and close bank accounts, including client trust accounts or IOLTA accounts.  For the avoidance of doubt, no other parties are permitted to open and close bank accounts in the name of EA.

14. **Additional Powers and Duties of the Receiver.**  The Receiver shall be authorized to and shall perform the following duties and functions:

a.  Take possession of all past and current client engagement contracts, case files, books and records, electronic files, and other documents necessary to manage the Receivership Assets without limitation;

b.  Provide a copy of the signed receivership order to any party the Receiver deems necessary in order to direct payment to the Receiver, manage the Receivership Assets, and to perform investigations;

c.  Be the sole signatory to any contract of EA during the receivership;

d.  The ability to investigate fraudulent transfers and avoidance actions and to pursue litigation;

e.  The power to sell assets upon Court approval;

f.  Make payments toward the Judgment upon Court approval;

g.  Make all inquiries EA might have made;

h.  Bring and defend actions in his own name, as Receiver;

i.  Endorse and deposit any checks, money, negotiable instruments or commercial paper through which EA is compensated in any manner whatsoever into the Receivership account;

j.  Pay all necessary costs and expenses to operate EA in order to maximize its assets;

k.  Manage the business affairs of EA, including monitoring and approving necessary expenses needed to operate the business and accepting new business contracts;

l.  Have access to and become the "administrative user" for all of EA's software programs, servers and website;

m.  Maintain detailed accounting records of all deposits to and all expenditures from the Receiver's bank account until the termination of the Receivership;

n.  Disburse funds to JFL and/or EA, or any creditor of EA as ordered by this Court;

o.  Conduct investigation and discovery, as may be necessary to locate and account for all of the assets of or managed by EA, including receiving, collecting and reviewing all mail addressed to EA, wherever directed;

p.  Take such action as is necessary and appropriate to preserve and take control of and to prevent the waste, dissipation, loss of value, concealment, or disposition of any assets of or managed by EA;

q.  Enter into settlements on behalf of EA with the approval of the Court; and

r.  Hire counsel to represent EA's interests in any application for fees and costs in any case in which EA may be entitled to reimbursement of fees and costs, including but not limited to those cases in which EA attorneys or resources where provided; and

s.  Have the sole authority regarding whether to file a petition for bankruptcy.

15. **Insurance.**

a.  The Receiver shall determine whether there is sufficient insurance coverage.

b. The Receiver shall notify the insurer that the Receiver is to be named as an additional insured on each insurance policy on the property.

c. If the Receiver determines that the property does not have sufficient insurance coverage, the Receiver shall immediately notify the parties and shall procure sufficient insurance.

d. If the Receiver does not have sufficient funds to obtain insurance, the Receiver shall seek instructions from the Court on whether to obtain insurance and how it is to be paid for.

e. The Receiver shall not be liable for EA's failure to carry or obtain adequate insurance.

16. **Taxpayer ID Numbers.** The Receiver may use any federal taxpayer identification numbers relating to EA and its property for any lawful purpose.

17. **Court instructions.** The Receiver and the parties may at any time apply to this Court for further instructions and order and for additional powers necessary to enable the Receiver to perform his duties properly. Nothing in this order shall be deemed a waiver of or preclude any party from requesting on notice to all other parties, modification of the order and all other parties shall be entitled to oppose such request.

18. **EA Responsible for Fees and Expenses of the Receivership.** EA shall be responsible for all fees and expenses associated with the receivership and such costs will be added to the Judgment pursuant to California Code of Civil Procedure section 685.070(a)(5).

19. **Termination of the Receivership.** The receivership shall not terminate until the Total Indebtedness to JFL is fully satisfied and/or the Court has determined the receivership shall end.

20. **Notification of Termination.** JFL shall notify the Receiver in writing within 48 hours of any event within JFL's knowledge that terminates the receivership.

21. **Receiver's Final Report and Account and Discharge.**

   a. *Motion required.* Discharge of the Receiver shall require a Court order upon noticed motion for approval of the Receiver's final report and account and exoneration of the Receiver's bond, if any.

b. *Time.* Not later than 60 days after the receivership terminates, the Receiver shall file, serve and obtain a hearing date on a motion for discharge and approval of the final report and account.

c. *Notice*. The Receiver shall give notice to all persons of whom the Receiver is aware who have potential claims against EA.

d. *Contents of Motion.* The motion to approve the final report and account and for discharge of the Receiver shall contain the following.

i. *Declaration(s).* Declaration(s) (1) stating what was done during the receivership, (2) certifying the accuracy of the final accounting, (3) stating the basis for the termination of the receivership, and (4) stating the basis for an order for the distribution of any surplus or payment of any deficit.

ii. *Accounting summary.* A summary of the receivership accounting, which shall include (1) the total revenues received, (2) the total expenditures identified and enumerated by major categories, (3) the net amount of any surplus or deficit and (4) evidence of necessary supporting facts.

22. **Notice to Receiver.** JFL shall promptly notify the Receiver in writing of the names, addresses, and telephone numbers of all parties who appear in the action and their counsel. The parties shall give notice to the Receiver of all events that affect the receivership.

23. **Consent to Convert Receiver to Bankruptcy Trustee.** In the event of a bankruptcy, EA, Avenatti and JFL agree and stipulate that Receiver shall serve as the Chapter 11 Trustee pending confirmation by the Bankruptcy Court, or as the Chapter 7 Trustee if permitted by the Bankruptcy Court.

24. **Bankruptcy Receiver's Duties.** If the Receiver receives notice that an involuntary bankruptcy has been filed and part of the bankruptcy estate includes property that is the subject of this Order, the Receiver shall have the following duties:

a. *Turn over property if no relief from stay will be sought.* The Receiver shall immediately contact the parties who stipulated to the appointment of the Receiver and determine whether either party intends to move in the bankruptcy court for an order for (i) relief from the automatic stay, and (ii) relief from the Receiver's obligations to turn over the property (11 U.S.C. § 543). If neither party intends to make such a motion, the Receiver shall immediately turn over the property to the appropriate entity either to the trustee in bankruptcy if one has been appointed that is not the Receiver and otherwise comply with 11 United States Code section 543.

b. *Remain in possession pending resolution.* If either of the parties who stipulated to the receivership intend to seek relief immediately from both the automatic stay and the Receiver's obligation to turn over the property, the Receiver may remain in possession and preserve the property pending the ruling on those motions (11 U.S.C. § 543(a)). The Receiver's authority to preserve the property shall be limited as follows:

   i. The Receiver may continue to collect rents and other income;

   ii. The Receiver my make only those disbursements necessary to preserve and protect the property; and

   iii. The Receiver shall not execute any new leases or other long-term contracts without Court approval.

c. *Turn over property if no motion for relief is filed within 10 days after notice of the bankruptcy.* If the parties who stipulate to the receivership fail to file a motion within 10 court days after their receipt of notice of the involuntary bankruptcy filing, the Receiver shall immediately turn over the property to the appropriate entity either to the trustee in bankruptcy if one has been appointed or, if not, to the debtor in possession and otherwise comply with 11 United States Code section 543.

d. *Retain bankruptcy counsel.* The Receiver may petition the Court to retain legal counsel to assist the Receiver with issues arising out of the bankruptcy proceedings that affect the receivership.

25. **Failure to Turn Over Property.** A receiver who fails to turn over property in accordance with this Order shall not be paid for time and expenses after the date the Receiver should have turned the property over.

26. **Liability of the Receiver.** Except for an act of gross negligence or intentional misconduct, the Receiver shall not be liable for any loss or damages incurred by EA, its officers, shareholders, agents, servants, partners, employees, contractors, creditors, counsel or any other persons or entities by reason of any act performed or omitted to be performed by the Receiver in connection with the discharge of his duties.

**RESTRAINING ORDER / INJUNCTION**

27. **The Court orders EA and Avenatti** to do the following:

a. **Turn Over Property.** Immediately turn over possession of all property of EA to the Receiver when the appointment becomes effective, including but not limited to all past and current client engagement contracts, case files, books and records, electronic files, and other documents necessary to manage the Receivership Assets and all funds in EA accounts, including client trust accounts.

b. **Access to EA's offices and computer systems.** Immediately turn over to the Receiver all keys and passwords relating to the property and grant the Receiver unfettered access to EA and all premises related thereto, and all EA computer systems.

c. **Insurance.**

i. Immediately advise the Receiver about the nature and extent of EA's insurance;

ii. Immediately name the receiver as an additional insured on each insurance policy; and

iii. DO NOT cancel, reduce or modify the insurance coverage.

d. **Notify Receiver of Clients and Cases.** Within 7 days after the appointment of the Receiver, EA and Avenatti, and office manager Judy Regnier must meet with the Receiver and JFL and disclose all current clients and cases being managed by EA and all cases in which the services of an EA attorney or EA resources were provided, whether the case was filed in the name of EA or another law firm.

e. **Respond to Inquiries.** Immediately respond to all inquiries of the Receiver pertaining to EA.

f. **Disclosure of Bank Accounts.** Immediately disclose to the Receiver all accounts of EA and client trust accounts, including all accounts at any bank, title company, escrow agent, financial institution or brokerage firm which has possession, custody or control of any assets or funds of EA, or which maintains accounts of the Receiver, or which maintains accounts where EA's employees and agents in such capacity have signatory authority, including but not limited to Michael Avenatti and Judy Regnier.

g. **Payment.** Pay all amounts due to the Receiver.

h. **Cooperation.** Avenatti shall fully cooperate with the Receiver for the duration of the receivership, regardless of whether he is employed by or affiliated with EA, including but not limited to directing Judy Regnier and any other former employees of EA to likewise cooperate with the Receiver.

28. **Enjoinment.** EA, and its owners, partners, employees, agents, managers, attorneys and all persons and entities acting in concert with EA are hereby enjoined and cannot:

a. Expend, disburse, remove, transfer, assign, sell, convey, devise, pledge, mortgage, create a security interest in, encumber, conceal or in any manner whatsoever deal in or dispose of the whole or any portion of EA's assets, including but not limited to its rights to attorney fees and costs from any client or in connection with any cases in which EA attorneys or resources were used;

b. Interfere in any way, directly or indirectly, with the Receiver's performance of his/her duties and responsibilities and the exercise of his/her powers and/or doing any act which may impair, defeat, divert, prevent or prejudice the preservation of EA's assets or the proceeds thereof;

c. Commit or permit any waste of EA's assets or any portion thereof, or suffer or commit or permit any act on EA's assets or any part thereof in violation of law;

d. Conceal or withhold from the Receiver any EA assets, including any client trust funds, real property, physical property, indirect or beneficial ownership interests, or funds;

e. Do any act which will, or which will tend to, impair, defeat, divert, prevent or prejudice the preservation of EA's assets;

f. Demand, collect, compromise, trade, receive or spend any portion or proceeds of EA's assets; and

g. Fail to pay over to the Receiver any monies whenever received, presently in the possession, custody or control of EA, its owners, agents, representatives, servants, assigns and all those acting in concert therewith.

29. Nothing in this order excuses or alters any ethical duties that EA and/or EA's attorneys may have to their clients.

Dated: 2/13/2019

Karen E. Scott
U.S District Court Magistrate Judge

# EXHIBIT 2

**ASSET PURCHASE AGREEMENT**

This Asset Purchase Agreement (the "Agreement") is entered into as of August 1, 2018 (the "Closing Date") by and between Eagan Avenatti LLP, a California Limited Liability Partnership ("Seller"), and The X-Law Group PC, a California Professional Corporation ("Purchaser"). The Seller and the Purchaser shall each be referred to individually as a "Party" and collectively as the "Parties."

**RECITALS**

WHEREAS, the Seller is the owner of the assets described on Exhibit A (the "Assets");

WHEREAS, the Seller currently has an outstanding obligation due to the Purchaser that is in excess of the value of the Assets;

WHEREAS, the Seller acknowledges the outstanding obligation due to the Purchaser;

WHEREAS, the Seller believes that selling the Assets in exchange for the extinguishment of set amounts owed to the Purchaser equal to the value of the Assets is in the best interest of the Seller in order to avoid legal actions by the Purchaser;

WHEREAS, the Purchaser believes that acquiring the Assets in exchange for the extinguishment of set amounts owed to it by the Seller is in the best interest of the Purchaser in order to partially recover an outstanding debt and avoid legal actions against the seller;

WHEREAS, the Seller desires to sell to Purchaser, and the Purchaser desires to purchase and acquire from the Seller, Seller's interest in the Assets according to the terms set forth herein.

NOW, THEREFORE, in consideration of the mutual promises herein contained, the Parties hereby agree as follows:

**I. *Purchase and Sale of the Assets***

1.1 Purchase and Sale of Assets. The Seller hereby sells, transfers, assigns, and delivers to the Purchaser, free and clear of any liens or encumbrances of any kind, all of the Seller's right, title, and interest in the Assets.

1.2 Assumption of Liabilities. The Purchaser will not assume any liabilities or obligations related to the Assets, and Seller represents that there are no liabilities or obligations related to the Assets.

1.3 Closing. The closing shall be deemed to have taken place on the Closing Date.

1.4 Post-Closing Activities. At any time after the Closing Date, upon any Party's written request and without further consideration, the other Party shall take such other actions as the requesting Party may reasonably deem necessary or desirable in order to consummate the terms, and recognize the benefits, of obligations under and transactions contemplated by this Agreement.

1.5 Planned Lease Back. The Seller, as a material term of this sale, requests, and Purchaser hereby grants, a lease back of the items for the period, amount and conditions set forth in the ancillary "Lease Back Agreement."

**II. *Purchase Price***

In consideration of the Seller's sale, transfer, and assignment of the Assets, the Purchaser shall issue the Seller the following:

2.1 Forgiveness of Debt. The Seller currently owes the Purchaser in excess of $2,000,000.00 (Two Million United States Dollars, the "Debt"). In exchange for the Assets, the Purchaser is forgiving $500,000.00 (five hundred thousand United States Dollars and no cents) of the Debt (the "Purchase Price").

**III. *Representations and Warranties of the Seller***

The Seller represents and warrants to the Purchaser, as of the date of this Agreement and again as of the Closing, as follows:

3.1 Organization. The Seller is a Limited Liability Partnership, duly organized, validly existing, and in good standing under the laws of California, and has all requisite power and authority to carry on its business as now conducted by it and to own and operate its assets as now owned and operated by it.

3.2 Authority; Enforceability.

(a) The Seller has the right, power, and authority to execute and deliver this Agreement and all other documents executed or to be executed by the Seller pursuant to this Agreement (the "Transaction Documents"), and to perform its obligations thereunder. The Transaction Documents, to which the Seller is a Party, constitute (or will, when executed and delivered as contemplated herein, constitute) the legally binding obligations of the Seller, enforceable in accordance with their respective terms.

(b) The execution, delivery, and performance of the Transaction Documents by the Seller, and the consummation of the transactions contemplated thereby, do not and will not: (i) require the consent, waiver, approval, license, or other authorization of any Person, except as provided for herein; (ii) violate any of provision of applicable law; (iii) contravene, conflict with, or result in a violation of any provision of the Seller's Organizational Documents; (iv) conflict with, require a consent or waiver under, result in the termination of any provisions of, constitute a default under, accelerate any obligations arising under, trigger any payment under, result in the creation of any lien pursuant to, or otherwise adversely affect, any contract to which the Seller is a party or by which any of its assets are bound, in each such case whether with or without the giving of notice, the passage of time, or both.

(c) All requisite corporate action has been taken by the Seller to authorize and approve the execution and delivery of the Transaction Documents, the performance by the Seller of its obligations thereunder, and of all other acts necessary or appropriate for the consummation of the transactions contemplated by this agreement and the Transaction Documents, if any.

3.3 Legal Actions. There is no demand, action, suit, claim, proceeding, complaint, grievance, charge, inquiry, hearing, arbitration, or governmental investigation of any nature, public or private, (each, a "Proceeding") pending or, to the knowledge of the Seller, threatened by or against the Seller (or any of its officers, directors, partners, or employees) related to the Assets, or involving any of the Assets, nor is there any basis for any such legal proceeding.

3.4 Personal Property, Inventory, and Title of Assets. The Assets were acquired by the Seller in bona fide, arms-length transactions entered into in the ordinary course of business. The Seller owns, and at the Closing, the Purchaser shall be vested with, all right, title, and interest in and to all of the Assets

free and clear of any and all liens.

3.5 Material Contracts.

(a) The Seller has previously delivered to the Purchaser true and correct copies of all such material contracts (or accurate written summaries of any oral material contract) related to the Assets, each as currently in effect. If none are delivered, then the Seller represents that none exist.

(b) The Seller has not breached, violated, or defaulted under (or taken or failed to take any action that, with the giving of notice, the passage of time, or both would constitute a breach, violation, or default under), or received notice alleging that the Seller has breached, violated, or defaulted under (or taken or failed to take any action that, with the giving of notice, the passage of time, or both would constitute a breach, violation, or default under) any contract included in the Assets, or for the benefit of the Assets. No other party obligated to the Seller pursuant to any such contract has breached, violated, or defaulted under (or taken or failed to take any action that, with the giving of notice, the passage of time, or both would constitute a breach, violation, or default under) any such contract.

3.6 Brokers. Neither the Seller nor any other person acting on its behalf has incurred any obligation or liability to any person for any brokerage fees, agent's commissions, or finder's fees in connection with the execution or delivery of the

**IV. *Representations and Warranties of the Purchaser***

4.1 Organization. The Purchaser is a Professional Corporation duly organized, validly existing, and in good standing under the laws of the State of California.

4.2 Authority; Enforceability. The Purchaser has full corporate power and authority to execute and deliver this Agreement, and the performance by the Purchaser of its duties and obligations thereunder, and the taking of all other acts necessary and appropriate for the consummation of the transactions contemplated thereby.

4.3 Brokers. The Purchaser has not incurred any obligation or liability to any Person for any brokerage fees, agent's commissions, or finder's fees in connection with the execution or delivery of the Transaction Documents or the transactions contemplated hereby.

4.4 Purchase for Own Account. The Purchaser represents that it is acquiring the Assets solely for its own account and beneficial interest.

**V. *Consents***

The Seller will use its reasonable best efforts to obtain or cause to be obtained any consents required in connection with the transactions contemplated by any of the Transaction Documents that are requested by the Purchaser and that have not been previously obtained prior to or at the Closing. Notwithstanding anything to the contrary set forth herein, this Agreement shall not constitute an assignment or attempt to assign or transfer any interest in any contract or permit otherwise included in the Assets, or any claim, right or benefit arising thereunder or resulting therefrom, if such assignment or transfer is without the consent of a third party and would constitute a breach or violation thereof or adversely affect the rights of the Purchaser or the Assets.

Until all such consents are obtained, the Seller shall cooperate in any arrangement reasonably satisfactory to the Purchaser designed to fulfill the Seller's obligations thereunder and to afford the

Purchaser the continued full benefits thereof.

**VI. *Covenants***

6.1 Further Assurances. Where necessary, from time to time (including after the Closing), the Parties will execute and deliver such other documents, certificates, agreements, and other writings and take such other actions as may reasonably be necessary or requested by another Party in order to consummate, evidence or implement expeditiously the transactions contemplated by this Agreement.

6.2 Fulfillment of Conditions. The Parties hereto agree to take and to cause to be taken in good faith commercially reasonable efforts to fulfill, as soon as reasonably practicable, the conditions to Closing.

6.3 Transfer of assets. The Parties hereto shall cooperate with one another in determining how to best transfer, store, preserve and safeguard the Assets. Seller will cooperate with Purchaser to expeditiously resolve any problems with the transfer of the tangible Assets.

**VII. *Survival of Representations, Warranties, and Covenants.***

Section 7.1 Survival of Representations, Warranties, and Covenants.

(a) Except as otherwise provided in this Section 7.1, all representations and warranties contained herein, and the right to assert claims in respect of any breach thereof, shall survive the Closing and any investigation heretofore or hereafter conducted by or on behalf of the Party entitled to benefit thereof, and shall expire on the third (3rd) anniversary of the Closing Date.

(b) Notwithstanding anything to the contrary herein, the survival period in respect of any representation or warranty in this Agreement, or any related claim, shall be extended automatically to include any time period necessary to resolve a claim which was asserted but not resolved before expiration of such survival period. Liability for any such item shall continue until such claim shall have been finally settled, decided, or adjudicated.

(c) Notwithstanding anything herein to the contrary, all covenants, agreements and obligations contained herein shall survive the Closing and not expire unless otherwise specifically provided in this Agreement.

Section 7.2 No Other Representations; Express Negligence.

(a) THE REPRESENTATIONS AND WARRANTIES OF THE SELLER AND PURCHASER CONTAINED IN THIS AGREEMENT AND THE OTHER TRANSACTION DOCUMENTS, IF ANY, CONSTITUTE THE SOLE AND EXCLUSIVE REPRESENTATIONS AND WARRANTIES OF SUCH PARTIES, RESPECTIVELY, IN CONNECTION WITH THE TRANSACTIONS CONTEMPLATED HEREBY. EXCEPT FOR SUCH REPRESENTATIONS AND WARRANTIES, NONE OF SELLER, PURCHASER OR ANY OTHER PERSON MAKES ANY OTHER EXPRESS OR IMPLIED REPRESENTATION OR WARRANTY WITH RESPECT TO SUCH PARTIES OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT, AND EACH PARTY DISCLAIMS ANY OTHER REPRESENTATIONS OR WARRANTIES, WHETHER MADE BY SUCH PARTIES OR ANY OF THEIR OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, OR REPRESENTATIVES. PURCHASER ACKNOWLEDGES AND AGREES THAT IT HAS NOT RELIED ON ANY REPRESENTATIONS AND WARRANTIES OTHER THAN THE EXPRESS REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT OR THE OTHER

TRANSACTION DOCUMENTS IN MAKING ITS INVESTMENT DECISION WITH RESPECT TO THE ASSETS.

**VIII.** ***Miscellaneous***

8.1 Assignment. Neither this Agreement nor any interest hereunder will be assignable in part or in whole by either Party without the prior written consent of the non-assigning Party, which consent will not be unreasonably withheld, conditioned, or delayed.

8.2 Governing Law and Venue. This Agreement is executed pursuant to and shall be interpreted and governed for all purposes under the laws of the State of California. Any cause of action brought to enforce any provision of this Agreement shall be brought in Los Angeles, California pursuant to section 8.3 below. If any provision of this Agreement is declared void, such provision shall be deemed severed from this Agreement, which shall otherwise remain in full force and effect. This Agreement shall supersede any previous agreements, written or oral, expressed or implied, between the parties relating to the subject matter hereof.

8.3 Dispute Resolution. In the event of any controversy, dispute, or claim arising out of or related to this Agreement or the breach thereof, the Purchaser and the Seller agree to meet and confer in good faith to attempt to resolve the controversy, dispute, or claim without an adversary proceeding. If the controversy, dispute, or claim is not resolved to the mutual satisfaction of the Purchaser and the Seller within ten (10) business days of notice of the controversy, dispute, or claim, the Purchaser and the Seller agree to waive their rights, if any, to a jury trial, and to submit the controversy, dispute, or claim to a retired judge or justice for binding, confidential arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association. The Purchaser and the Seller agree that the only proper venue for the submission of claims shall be the Los Angeles County, California. Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Any dispute resolution proceedings contemplated by this provision shall be as confidential and private as permitted by law.

8.4 Notices. Any notice, request, demand, or other communication given pursuant to the terms of this Agreement shall be deemed given upon delivery, and may only be delivered or sent via hand delivery, facsimile, or by overnight courier, correctly addressed to the addresses of the parties indicated below or at such other address as such Party shall in writing have advised the other Party.

| | |
|---|---|
| If to the Seller: | Michael Avenatti / Eagan Avenatti LLP<br>520 Newport Center Drive, Ste, 1400, Newport Beach, CA<br>E-mail: MAvenatti@eaganavenatti.com<br>Fax: 949-706-7050 |
| If to the Purchaser: | Filippo Marchino / The X-Law Group PC<br>1910 W. Sunset Blvd, Suite 450, Los Angeles, CA 90026<br>E-mail: FM@xlawx.com<br>Fax: 213-599-3370 |

8.5 Amendment. No amendment, modification, or supplement of any provision of this Agreement will be valid or effective unless made in writing and signed by a duly authorized officer of each Party.

8.6 Waiver. No provision of this Agreement will be waived by any act, omission, or knowledge of a Party or its agents or employees except by an instrument in writing expressly waiving such provision and signed by a duly authorized officer of the waiving Party.

8.7 Severability. Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under the applicable law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable law, such provision will be in effective only to the extent of such prohibition or invalidity, without invalidating the remainder of this Agreement.

8.8 Attorneys' Fees. In the event that any suit, arbitration, legal action, proceeding, or dispute between the Parties arises in connection with this Agreement, the prevailing Party shall be entitled to recover all expenses, costs, and fees, including reasonable attorney's fees, actually incurred in association with such action.

8.9 Entire Agreement. This Agreement, including all exhibits, is the complete, final, and exclusive understanding and agreement of the Parties and cancels and supersedes any and all prior negotiations, correspondence, and agreements, whether oral or written, between the Parties respecting the subject matter of this Agreement.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the date first written hereinabove.

**"Seller"**

Eagan Avenatti, LLP
By: Michael Avenatti, Managing Partner

**"Purchaser"**

X-Law Group, P.C.
By: Filippo Marchino, President

**Exhibit A**

**Included Assets**

1. All art presently located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660, including but not limited to:
    a. All Frank Stella prints
    b. "Mask" bike chain sculpture hanging in the main conference room
    c. "Finger Print" metal hanging sculptures
    d. Wax paintings hanging in suite hallway
    e. Oil painting hanging in Avenatti office
    f. Metal sculpture at end of hallway by window
    g. Porsche print in Avenatti office
    h. Prints in copy room and small conference room

2. All computer servers located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660, including but not limited to: the print server, the software server, the document server and email server, together with all server racks.

3. All furniture located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660, including but not limited to:
    a. Three conference room tables with chairs, together with two credenzas
    b. Desk in Avenatti office, together with credenza, coffee table and chairs
    c. 4 Cubicles and chairs
    d. Seven desks in offices, together with small credenzas and chairs
    e. Shelving in storage room and closet off of reception area
    f. Reception desk

4. All desktop computers and monitors located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660.

5. All software and associated licenses, whether stored on the servers or desktops located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660.

# EXHIBIT 3

Name, Address and Telephone Number of Attorney(s) or Party without Attorney
BISBEE LAW GROUP, PC | RONN BISBEE, SBN 207071
24040 Camino del Avion, Ste. A-109
Monarch Beach, CA 92629
TELEPHONE NO. (949) 481-8664
ATTORNEY FOR (Name) Respondent Attorney Bar #

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER
MAY 10 2019
DAVID H. YAMASAKI, Clerk of the Court
BY: A. WEST, DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☑ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205

PETITIONER: MICHAEL AVENATTI

RESPONDENT: LISA STORIE-AVENATTI

**DECLARATION FOR WRIT OF EXECUTION ☐ AND ORDER**

CASE NUMBER: 17D009930

1. The undersigned declares under penalty of perjury under the laws of the State of California:

That declarant is Ronn Bisbee, Attorney for Lisa Storie-Avenatti, Support Obligee in the above-entitled action; that the following ☐ judgment ☑ order was made and entered on (date) 04/23/18 & 10/22/18:

PLEASE SEE ATTACHED:
(1) DECLARATION
(2) SUMMARY OF DEBT
(3) AUDITS FOR EACH INDIVIDUAL DEBT OWED.

| JUDGMENT DEBTOR(S) | |
|---|---|
| NAME(S) | ADDRESS(ES) |
| MICHAEL AVENATTI | 10000 Santa Monica Blvd. No 2205<br>Los Angeles, CA 90024 |
| | |

☐ Additional names and addresses of Judgment Debtors on attached sheet.

Where payments are ordered to be paid at different times, fill in date below; in other cases, strike out inapplicable portions.

Failure to claim interest shall be deemed a waiver thereof.

The installments ordered and interest thereon, and the installments paid and interest thereon, are as follows:

| INSTALLMENTS ORDERED PAID | | | INSTALLMENTS ACTUALLY PAID | | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| DATE DUE | AMOUNT | INTEREST | DATE PAID | PRINCIPAL | INTEREST | PRINCIPAL | INTEREST |
| | | | | | | | |

PLEASE SEE ATTACHED:
(1) DECLARATION
(2) SUMMARY OF DEBT
(3) AUDITS FOR EACH INDIVIDUAL DEBT OWED.

I, the undersigned do hereby declare:

That there is actually due on said ☑ judgment ☑ order the sum of $ 2,379,720.00 principal, $______ costs, $______ attorney fees and $ 104,649.92 interest, for which sum declarant requests that a writ of execution issue in favor of Lisa Storie-Avenatti to the Sheriff or any Marshal or Constable of the County of Orange

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: 5/3/19

BY FAX

(Signature of Declarant)

*FOR COURT USE:*

☑ Issued by Clerk ☐ Order of the Court

Writ of Execution shall issue

Date: MAY 10 2019

DAVID H. YAMASAKI

APRIL WEST

*Signature* ☐ *Judicial Officer* ☑ *Clerk, Deputy*

Main Document Page 45 of 169

FL-420

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state Bar number, and address) or GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406): BISBEE LAW GROUP, PC<br>RONN BISBEE, SBN 207071<br>24040 Camino Del Avion, A-109<br>Monarch Beach, CA 92629<br>TELEPHONE NO.: (949) 481-9664 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): info@enforcemyorder.com<br>ATTORNEY FOR (Name): Lisa Storie-Avenatti | FOR COURT USE ONLY<br><br>ATTACHMENT |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 341 The City Drive<br>MAILING ADDRESS: PO Box 14170<br>CITY AND ZIP CODE: Orange, CA 92868-3205<br>BRANCH NAME: Lamoreaux Justice Center | |
| PETITIONER/PLAINTIFF: MICHAEL AVENATTI<br>RESPONDENT/DEFENDANT: LISA STORIE-AVENATTI<br>OTHER PARENT: | |
| **DECLARATION OF PAYMENT HISTORY** | CASE NUMBER: 17D009930 |

1. Declaration of *(name)*: Lisa Storie-Avenatti
2. Based on my records or my recollection, I declare that the information on the attached pages showing the amounts ordered and the amounts paid are true and correct for the following obligations *(check all that apply)*:

a. [X] Child support
b. [X] Spousal support
c. [ ] Family support
d. [ ] Medical support
e. [ ] Unreimbursed medical expenses
f. [ ] Unreimbursed child care expenses
g. [X] Other *(specify)*: Attorney fee and accounting fee awards.

3. Number of pages attached: 06

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/03/2019

Lisa Storie-Avenatti ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

**SUPPORT ARREARAGE SUMMARY**

This summary is for arrearage for the periods specified in the attached pages.
Interest is calculated through *(specify date)*: April 15, 2019

| | Principal: | Interest *(optional)*: | Total Arrearage: |
|---|---|---|---|
| CHILD SUPPORT: | $ 343,353.00 | $ 14,909.58 | $ 358,262.58 |
| SPOUSAL SUPPORT: | $ 1,801,367.00 | $ 77,210.39 | $ 1,878,577.39 |
| FAMILY SUPPORT: | $ | $ | $ 0.00 |
| MEDICAL SUPPORT: | $ | $ | $ 0.00 |
| UNREIMBURSED MEDICAL EXPENSES: | $ | $ | $ 0.00 |
| UNREIMBURSED CHILD CARE EXPENSES: | $ | $ | $ 0.00 |
| OTHER *(specify)*: Attorney fee & Accounting fee awards | $ 235,000.00 | $ 12,499.95 | $ 247,499.95 |

**NOTICE: Interest that is not calculated is not waived**

Date: 5/03/2019

Ronn Bisbee, Attorney for Lisa Storie-Avenatti — Submitted by: ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE)

Details of the arrearage statement, consisting of *(specify number)* 06 pages, are attached.

Page 1 of 1
Form Adopted for Mandatory Use Judicial Council of California FL-420 [Rev. January 1, 2003]
**DECLARATION OF PAYMENT HISTORY (Family Law—Governmental—Uniform Parentage Act)**
CEB www.ceb.com
Family Code, §§ 5230.5, 17524(a), 17526(c) www.courtinfo.ca.gov

EXHIBIT 3
24

BISBEE LAW GROUP, PC

**CHILD SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie-Avenatti
Order Type: Child
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No. 17 D 009930

| Child | DOB | Eman. | Total Charges Principal | Total Charges Interest | Total Payments Principal | Total Payments Interest | Total Paid | Balance Due Principal | Balance Due Interest | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| Agostino | 08/26/14 | 08/30/32 | | | | | | | | |
| | | | $606,352.00 | $14,909.58 | $262,999.00 | $0.00 | $262,999.00 | $343,353.00 | $14,909.58 | **$358,262.58** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $37,897.00 | $37,897.00 |
| Feb-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $75,794.00 | $75,794.00 |
| Mar-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $113,691.00 | $113,691.00 |
| Apr-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $151,588.00 | $151,588.00 |
| May-2018 | 0.00 | $37,897.00 | $108,102.00 | $108,102.00 | $37,897.00 | $0.00 | $70,205.00 | 0.00% | $0.00 | $0.00 | $81,383.00 | $81,383.00 |
| Jun-2018 | 0.00 | $37,897.00 | $19,000.00 | $19,000.00 | $19,000.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $100,280.00 | $100,280.00 |
| Jul-2018 | 0.00 | $37,897.00 | $20,000.00 | $20,000.00 | $20,000.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $118,177.00 | $118,177.00 |
| Aug-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $156,074.00 | $156,074.00 |
| Sep-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $193,971.00 | $193,971.00 |
| Oct-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $231,868.00 | $231,868.00 |
| Nov-2018 | | $37,897.00 | $24,000.00 | $24,000.00 | $24,000.00 | $0.00 | $0.00 | 10.00% | $2,048.04 | $2,048.04 | $245,765.00 | $247,813.04 |
| Dec-2018 | | $37,897.00 | $36,000.00 | $36,000.00 | $36,000.00 | $0.00 | $0.00 | 10.00% | $2,063.85 | $4,111.89 | $247,662.00 | $251,773.89 |
| Jan-2019 | | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,379.66 | $6,491.55 | $285,559.00 | $292,050.55 |
| Feb-2019 | | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,695.47 | $9,187.02 | $323,456.00 | $332,643.02 |
| Mar-2019 | | $37,897.00 | $18,000.00 | $18,000.00 | $18,000.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $12,048.30 | $343,353.00 | $355,401.30 |
| Apr-2019 | | $37,897.00 | $37,897.00 | $37,897.00 | $37,897.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $14,909.58 | $343,353.00 | $358,262.58 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $17,770.86 | $343,353.00 | $361,123.86 |
| | | | | $0.00 | | | | | $2,861.28 | $20,632.14 | $343,353.00 | $363,985.14 |
| | | | | $0.00 | | | | | $2,861.28 | $23,493.42 | $343,353.00 | $366,846.42 |
| | | | | $0.00 | | | | | $2,861.28 | $26,354.70 | $343,353.00 | $369,707.70 |
| | | | | $0.00 | | | | | $2,861.28 | $29,215.98 | $343,353.00 | $372,568.98 |
| | | | | $0.00 | | | | | $2,861.28 | $32,077.26 | $343,353.00 | $375,430.26 |
| | | | | $0.00 | | | | | $2,861.28 | $34,938.54 | $343,353.00 | $378,291.54 |
| | | | | $0.00 | | | | | $2,861.28 | $37,799.82 | $343,353.00 | $381,152.82 |
| | | | | $0.00 | | | | | $2,861.28 | $40,661.10 | $343,353.00 | $384,014.10 |
| | | | | $0.00 | | | | | $2,861.28 | $43,522.38 | $343,353.00 | $386,875.38 |
| | | | | $0.00 | | | | | $2,861.28 | $46,383.66 | $343,353.00 | $389,736.66 |
| | | | | $0.00 | | | | | $2,861.28 | $49,244.94 | $343,353.00 | $392,597.94 |
| | | | | $0.00 | | | | | $2,861.28 | $52,106.22 | $343,353.00 | $395,459.22 |
| | | | | $0.00 | | | | | $2,861.28 | $54,967.50 | $343,353.00 | $398,320.50 |
| | | | | $0.00 | | | | | $2,861.28 | $57,828.78 | $343,353.00 | $401,181.78 |
| | | | | $0.00 | | | | | $2,861.28 | $60,690.06 | $343,353.00 | $404,043.06 |
| | | | | $0.00 | | | | | $2,861.28 | $63,551.34 | $343,353.00 | $406,904.34 |
| | | | | $0.00 | | | | | $2,861.28 | $66,412.62 | $343,353.00 | $409,765.62 |
| | | | | $0.00 | | | | | $2,861.28 | $69,273.90 | $343,353.00 | $412,626.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $72,135.18 | $343,353.00 | $415,488.18 |

$232,500 pd. In May 2018. Allocation per Fam.C. 5238:
$232,500 Total pd
-$ 37,897 to current CS
$194,603 remaining
-$124,398 to current SS
$ 70,205 remaining bal to CS arrears to pay in full thru May.
SUMMARY:
TOT. PD TO CS AUDIT IN MAY 2018 = $108,102

Artwork liquidated to satisfy support orders:
MARCH - $18K collected for sculpture - applied to current CS.
APRIL - $102,500 collected ($90K for Pergusa III and Talladega IIIX, and $12,500 for Frank Stella "Imola FIVE).
Allocation per Fam.C. 5238:
TOT. PD TO CS AUDIT IN MARCH 2019 =$18,000
TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and remaining bal of $64,603 applied to current SS

BISBEE LAW GROUP, PC

**SPOUSAL SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie

Order Type: Spousal
Arrears Type: NEV — Never Assigned

County: Orange
Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $1,990,368.00 | $77,210.39 | $189,001.00 | $0.00 | $189,001.00 | $1,801,367.00 | $77,210.39 | **$1,878,577.39** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $124,398.00 | $124,398.00 |
| Feb-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $248,796.00 | $248,796.00 |
| Mar-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $373,194.00 | $373,194.00 |
| Apr-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $497,592.00 | $497,592.00 |
| May-2018 | 0.00 | $124,398.00 | $124,398.00 | $124,398.00 | $124,398.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $497,592.00 | $497,592.00 |
| Jun-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $621,990.00 | $621,990.00 |
| Jul-2018 | 0.00 | $124,398.00 | | | | | | 0% | $0.00 | $0.00 | $746,388.00 | $746,388.00 |
| Aug-2018 | 0.00 | $124,398.00 | | | | | | 0% | $0.00 | $0.00 | $870,786.00 | $870,786.00 |
| Sep-2018 | 0.00 | $124,398.00 | | | | | | 0% | $0.00 | $0.00 | $995,184.00 | $995,184.00 |
| Oct-2018 | 0.00 | $124,398.00 | | | | | | 0% | $0.00 | $0.00 | $1,119,582.00 | $1,119,582.00 |
| Nov-2018 | | $124,398.00 | | | | | | 0% | $10,366.50 | $10,366.50 | $1,243,980.00 | $1,254,346.50 |
| Dec-2018 | | $124,398.00 | | | | | | 0% | $11,403.15 | $21,769.65 | $1,368,378.00 | $1,390,147.65 |
| Jan-2019 | | $124,398.00 | | | | | | 0% | $12,439.80 | $34,209.45 | $1,492,776.00 | $1,526,985.45 |
| Feb-2019 | | $124,398.00 | | | | | | 0% | $13,476.45 | $47,685.90 | $1,617,174.00 | $1,664,859.90 |
| Mar-2019 | | $124,398.00 | | | | | | 0% | $14,513.10 | $62,199.00 | $1,741,572.00 | $1,803,771.00 |
| Apr-2019 | | $124,398.00 | $64,603.00 | $64,603.00 | $64,603.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $77,210.39 | $1,801,367.00 | $1,878,577.39 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $92,221.78 | $1,801,367.00 | $1,893,588.78 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $107,233.17 | $1,801,367.00 | $1,908,600.17 |
| | | | | | | | | % | $15,011.39 | $122,244.56 | $1,801,367.00 | $1,923,611.56 |
| | | | | | | | | % | $15,011.39 | $137,255.95 | $1,801,367.00 | $1,938,622.95 |
| | | | | | | | | % | $15,011.39 | $152,267.34 | $1,801,367.00 | $1,953,634.34 |
| | | | | | | | | % | $15,011.39 | $167,278.73 | $1,801,367.00 | $1,968,645.73 |
| | | | | | | | | % | $15,011.39 | $182,290.12 | $1,801,367.00 | $1,983,657.12 |
| | | | | | | | | % | $15,011.39 | $197,301.51 | $1,801,367.00 | $1,998,668.51 |
| | | | | | | | | % | $15,011.39 | $212,312.90 | $1,801,367.00 | $2,013,679.90 |
| | | | | | | | | | $15,011.39 | $227,324.29 | $1,801,367.00 | $2,028,691.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $242,335.68 | $1,801,367.00 | $2,043,702.68 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $257,347.07 | $1,801,367.00 | $2,058,714.07 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $272,358.46 | $1,801,367.00 | $2,073,725.46 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $287,369.85 | $1,801,367.00 | $2,088,736.85 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $302,381.24 | $1,801,367.00 | $2,103,748.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $317,392.63 | $1,801,367.00 | $2,118,759.63 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $332,404.02 | $1,801,367.00 | $2,133,771.02 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $347,415.41 | $1,801,367.00 | $2,148,782.41 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $362,426.80 | $1,801,367.00 | $2,163,793.80 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $377,438.19 | $1,801,367.00 | $2,178,805.19 |

$232,500 pd. In May 2018. Allocationlper Fam.C. 5238:
$232,500 Total pd
-$ 37,897 to current CS
$194,603 remaining
-$124,398 to current SS
$ 70,205 remaining bal to CS arrears to pay in full thru May.
SUMMARY:
TOT. PD TO CS AUDIT IN MAY 2018 = $108,102
TOT. PD TO SS AUDIT IN MAY 2018= $124,398

Artwork liquidated to satisfy support orders:
MARCH - $18K collected for sculpture - applied to current CS.
APRIL - $102,500 collected ($90K for Pergusa III and Talladega IIIX, and $12,500 for Frank Stella "Imola FIVE).
Allocation per Fam.C. 5238:
TOT. PD TO CS AUDIT IN MARCH 2019 =$18,000
TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and remaining bal of $64,603 applied to current SS

BISBEE LAW GROUP, PC

ATTORNEY FEES & COSTS AWARD $185,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018

Support Obligor: Michael Avenatti | Order Type: | County: Orange

Support Obligee: Lisa Storie | Arrears Type: NEV | Never Assigned | Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $185,000.00 | $9,250.02 | $0.00 | $0.00 | $0.00 | $185,000.00 | $9,250.02 | **$194,250.02** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-2018 | 0.00 | $185,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $185,000.00 | $185,000.00 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $1,541.67 | $185,000.00 | $186,541.67 |
| Dec-2018 | | | | | | | | | $1,541.67 | $3,083.34 | $185,000.00 | $188,083.34 |
| Jan-2019 | | | | | | | | | 41.67 | $4,625.01 | $185,000.00 | $189,625.01 |
| Feb-2019 | | | | | | | | | 41.67 | $6,166.68 | $185,000.00 | $191,166.68 |
| Mar-2019 | | | | | | | | | 41.67 | $7,708.35 | $185,000.00 | $192,708.35 |
| Apr-2019 | | | | | | | | | 41.67 | $9,250.02 | $185,000.00 | $194,250.02 |
| May-2019 | | | | | | | | | 41.67 | $10,791.69 | $185,000.00 | $195,791.69 |
| | | | | | | | | | 41.67 | $12,333.36 | $185,000.00 | $197,333.36 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $13,875.03 | $185,000.00 | $198,875.03 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $15,416.70 | $185,000.00 | $200,416.70 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $16,958.37 | $185,000.00 | $201,958.37 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $18,500.04 | $185,000.00 | $203,500.04 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $20,041.71 | $185,000.00 | $205,041.71 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $21,583.38 | $185,000.00 | $206,583.38 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $23,125.05 | $185,000.00 | $208,125.06 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $24,666.72 | $185,000.00 | $209,666.72 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $26,208.39 | $185,000.00 | $211,208.39 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $27,750.06 | $185,000.00 | $212,750.06 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $29,291.73 | $185,000.00 | $214,291.73 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $30,833.40 | $185,000.00 | $215,833.40 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $32,375.07 | $185,000.00 | $217,375.07 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $33,916.74 | $185,000.00 | $218,916.74 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $35,458.41 | $185,000.00 | $220,458.41 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $37,000.08 | $185,000.00 | $222,000.08 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $38,541.75 | $185,000.00 | $223,541.76 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $40,083.42 | $185,000.00 | $225,083.42 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $41,625.09 | $185,000.00 | $226,625.09 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $43,166.76 | $185,000.00 | $228,166.76 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $44,708.43 | $185,000.00 | $229,708.43 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $46,250.10 | $185,000.00 | $231,250.10 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $47,791.77 | $185,000.00 | $232,791.77 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $49,333.44 | $185,000.00 | $234,333.44 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $50,875.11 | $185,000.00 | $235,875.11 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $52,416.78 | $185,000.00 | $237,416.78 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $53,958.45 | $185,000.00 | $238,958.45 |

$185,000.00 attorney fee award entered in 10/22/2018 Findings and OAH payable forthwith to Respondent directly.

Avenatti acknowledged service & receipt of 10/22/18 Findings & OAH by his 11/30/18 signature on Stip & Order filed 12/04/18.

BISBEE LAW GROUP, PC

**ACCOUNTING FEES AND COSTS AWARD $30,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type:
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $30,000.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $1,500.00 | **$31,500.00** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-2018 | 0.00 | $30,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $30,000.00 | $30,000.00 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $250.00 | $30,000.00 | $30,250.00 |
| Dec-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $500.00 | $30,000.00 | $30,500.00 |
| Jan-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $750.00 | $30,000.00 | $30,750.00 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,000.00 | $30,000.00 | $31,000.00 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,250.00 | $30,000.00 | $31,250.00 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,500.00 | $30,000.00 | $31,500.00 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,750.00 | $30,000.00 | $31,750.00 |
| | | | | | | | | | $250.00 | $2,000.00 | $30,000.00 | $32,000.00 |
| | | | | | | | | | $250.00 | $2,250.00 | $30,000.00 | $32,250.00 |
| | | | | | | | | | $250.00 | $2,500.00 | $30,000.00 | $32,500.00 |
| | | | | | | | | | $250.00 | $2,750.00 | $30,000.00 | $32,750.00 |
| | | | | | | | | | $250.00 | $3,000.00 | $30,000.00 | $33,000.00 |
| | | | | | | | | | $250.00 | $3,250.00 | $30,000.00 | $33,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $3,500.00 | $30,000.00 | $33,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $3,750.00 | $30,000.00 | $33,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,000.00 | $30,000.00 | $34,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,250.00 | $30,000.00 | $34,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,500.00 | $30,000.00 | $34,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,750.00 | $30,000.00 | $34,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,000.00 | $30,000.00 | $35,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,250.00 | $30,000.00 | $35,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,500.00 | $30,000.00 | $35,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,750.00 | $30,000.00 | $35,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,000.00 | $30,000.00 | $36,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,250.00 | $30,000.00 | $36,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,500.00 | $30,000.00 | $36,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,750.00 | $30,000.00 | $36,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,000.00 | $30,000.00 | $37,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,250.00 | $30,000.00 | $37,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,500.00 | $30,000.00 | $37,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,750.00 | $30,000.00 | $37,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,000.00 | $30,000.00 | $38,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,250.00 | $30,000.00 | $38,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,500.00 | $30,000.00 | $38,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,750.00 | $30,000.00 | $38,750.00 |

$30,000.00 acctg fees & costs award entered in 10/22/2018 Findings and OAH as and for further support, payable forthwith directly to Respondent.

NOTE: Avenatti acknowledged service & receipt of 10/22/18 Findings & Order After Hearing by his 11/30/18 signature on Stip & Order filed on 12/04/18.

BISBEE LAW GROUP, PC

**ACCOUNTING COSTS AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type: 
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $10,000.00 | $916.63 | $0.00 | $0.00 | $0.00 | $10,000.00 | $916.63 | **$10,916.63** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May-2018 | 0.00 | $10,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Jun-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $83.33 | $10,000.00 | $10,083.33 |
| Jul-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $166.66 | $10,000.00 | $10,166.66 |
| Aug-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $249.99 | $10,000.00 | $10,249.99 |
| Sep-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $333.32 | $10,000.00 | $10,333.32 |
| Oct-2018 | | | | | | | $0.00 | 10.00% | $83.33 | $416.65 | $10,000.00 | $10,416.65 |
| Nov-2018 | | | | | | | $0.00 | 10.00% | $83.33 | $499.98 | $10,000.00 | $10,499.98 |
| Dec-2018 | | | | | | | $0.00 | 10.00% | $83.33 | $583.31 | $10,000.00 | $10,583.31 |
| Jan-2019 | | | | | | | $0.00 | 10.00% | $83.33 | $666.64 | $10,000.00 | $10,666.64 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $749.97 | $10,000.00 | $10,749.97 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $833.30 | $10,000.00 | $10,833.30 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $916.63 | $10,000.00 | $10,916.63 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $999.96 | $10,000.00 | $10,999.96 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,083.29 | $10,000.00 | $11,083.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,166.62 | $10,000.00 | $11,166.62 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,249.95 | $10,000.00 | $11,249.95 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,333.28 | $10,000.00 | $11,333.28 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,416.61 | $10,000.00 | $11,416.61 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,499.94 | $10,000.00 | $11,499.94 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,583.27 | $10,000.00 | $11,583.27 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,666.60 | $10,000.00 | $11,666.60 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,749.93 | $10,000.00 | $11,749.93 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,833.26 | $10,000.00 | $11,833.26 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,916.59 | $10,000.00 | $11,916.59 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,999.92 | $10,000.00 | $11,999.92 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,083.25 | $10,000.00 | $12,083.25 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,166.58 | $10,000.00 | $12,166.58 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,249.91 | $10,000.00 | $12,249.91 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,333.24 | $10,000.00 | $12,333.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,416.57 | $10,000.00 | $12,416.57 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,499.90 | $10,000.00 | $12,499.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,583.23 | $10,000.00 | $12,583.23 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,666.56 | $10,000.00 | $12,666.56 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,749.89 | $10,000.00 | $12,749.89 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,833.22 | $10,000.00 | $12,833.22 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,916.55 | $10,000.00 | $12,916.55 |

$10,000.00 acctg costs award entered in 04/23/2018 Findings and OAH payable to Respondent on or before May 1, 2018.

Avenatti signed 04/23/18 Stip & Order.

BISBEE LAW GROUP, PC

**ATTORNEY FEE AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type:
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No.: 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $10,000.00 | $833.30 | $0.00 | $0.00 | $0.00 | $10,000.00 | $833.30 | **$10,833.30** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-2018 | 0.00 | $10,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Jul-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $83.33 | $10,000.00 | $10,083.33 |
| Aug-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $166.66 | $10,000.00 | $10,166.66 |
| Sep-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $249.99 | $10,000.00 | $10,249.99 |
| Oct-2018 | | | | | | | | 10.00% | $83.33 | $333.32 | $10,000.00 | $10,333.32 |
| Nov-2018 | | | | | | | | 10.00% | $83.33 | $416.65 | $10,000.00 | $10,416.65 |
| Dec-2018 | | | | | | | | 10.00% | $83.33 | $499.98 | $10,000.00 | $10,499.98 |
| Jan-2019 | | | | | | | | 10.00% | $83.33 | $583.31 | $10,000.00 | $10,583.31 |
| Feb-2019 | | | | | | | | 10.00% | $83.33 | $666.64 | $10,000.00 | $10,666.64 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $749.97 | $10,000.00 | $10,749.97 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $833.30 | $10,000.00 | $10,833.30 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $916.63 | $10,000.00 | $10,916.63 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $999.96 | $10,000.00 | $10,999.96 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,083.29 | $10,000.00 | $11,083.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,166.62 | $10,000.00 | $11,166.62 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,249.95 | $10,000.00 | $11,249.95 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,333.28 | $10,000.00 | $11,333.28 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,416.61 | $10,000.00 | $11,416.61 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,499.94 | $10,000.00 | $11,499.94 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,583.27 | $10,000.00 | $11,583.27 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,666.60 | $10,000.00 | $11,666.60 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,749.93 | $10,000.00 | $11,749.93 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,833.26 | $10,000.00 | $11,833.26 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,916.59 | $10,000.00 | $11,916.59 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,999.92 | $10,000.00 | $11,999.92 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,083.25 | $10,000.00 | $12,083.25 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,166.58 | $10,000.00 | $12,166.58 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,249.91 | $10,000.00 | $12,249.91 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,333.24 | $10,000.00 | $12,333.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,416.57 | $10,000.00 | $12,416.57 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,499.90 | $10,000.00 | $12,499.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,583.23 | $10,000.00 | $12,583.23 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,666.56 | $10,000.00 | $12,666.56 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,749.89 | $10,000.00 | $12,749.89 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,833.22 | $10,000.00 | $12,833.22 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,916.55 | $10,000.00 | $12,916.55 |

$10,000.00 attorney fee award entered in 04/23/2018 Findings and OAH

Avenatti signed 04/23/18 Stip & Order requiring $10k order be paid in full on or before June 1, 2018.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

APR 04 2019

DAVID H. YAMASAKI, Clerk of the Court

BY: S. GUSTAFSON DEPUTY

Matthew S. DeArmey, SBN 199294
Sandra Shapiro, SBN 299589
THE LAW OFFICES OF MILO F. DE ARMEY
950 West 17th Street, Suite A
Santa Ana, CA 92706
Telephone: (714) 558-7744
Facsimile: (714) 558-0925
Email: matt@dearmeylaw.com

Associate Attorneys for Respondent
Lisa Storie-Avenatti

THE LAW OFFICES OF MILO F. DE ARMEY
950 WEST 17TH STREET, SUITE A

THE SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| MICHAEL AVENATTI, Petitioner, v. LISA STORIE-AVENATTI Respondent. | Case No.: 17D009930 |
| | ~~[PROPOSED]~~ ORDER TO DELIVER SPECIFIC PROPERTY |
| | *Assigned for all purposes to The Honorable Nathan Vu, Department L-67* |

On April 23, 2018 and October 22, 2018, Respondent Lisa Storie-Avenatti, the judgment creditor in this matter, obtained orders in this court against Petitioner Michael Avenatti, the judgment debtor for the sum of approximately $2,053,332, including principal, interest accrued as of January 9, 2019, and costs incurred as of January 17, 2019. These orders are for child support, spousal support, and attorney's fees and costs made in the nature of support.

Respondent alleges that from the examination of Michael Avenatti that he, the judgment debtor, has an interest in the following property in his possession, custody, or under his control that is not exempt from enforcement of the money judgment:

1. 100% of the Eagan Avenatti, LLP partnership interest titled in the name of Michael Avenatti.

2. 100% of the shares in the corporation Avenatti & Associates, A Professional Corporation, California Corporation Number C2874165, which has a titled partnership interest in Eagan Avenatti, LLP.

3. 100% of the shares owned by Michael Avenatti in the company Seek Thermal, Inc, a Delaware corporation, registered in the State of California, SOS Number 3474177, formerly known as Tyrian Systems, Inc.

4. 100% of the funds due and owing to Michael Avenatti from The Fight PAC, FEC Committee ID # C00685966

5. 100% of the shares owned by Michael Avenatti in the company Desert Harvest, LLC, a Delaware LLC, registered in the State of California, SOS Number 201032010071.

6. Patek Phillipe Watch Model Number 5035, 18k White Gold, Movement Number 3.134.531, Case Number 4.208.344.

7. Patek Phillipe Watch Model Number 5270

8. Patek Phillip Watch Model Number 5055

9. All artwork in the name of Michael Avenatti in the possession of Orange County Fine Art Storage.

10. All artwork in the name Avenatti & Associates, A Professional Corporation in the possession of Orange County Fine Art Storage.

11. All artwork in the name Eagan Avenatti, LLP in the possession of Orange County Fine Art Storage.

12. One hundred percent (100%) of the member interest in Passport 420, LLC, that is titled in the name of Avenatti & Associates, A Professional Corporation, California Corporation Number C2874165A, which owns as its principal asset a 2016 Honda Jet, Model HA-420 serial number 42000029, FAA Registry number N227WP, titled in the name of Passport 420 LLC.

13. Ownership of the Northwestern Mutual Life Insurance Policy #18441100.

IT IS HEREBY ORDERED that Michael Avenatti immediately deliver to the Levying Officer, the property set forth above, which shall be applied toward the satisfaction of the judgment.

Dated: APR 04 2019

HONORABLE NATHAN VU
Superior Court Judge

**From:** John Reitman <jreitman@lgbfirm.com>
**Sent:** Friday, April 12, 2019 1:29 PM
**To:** Matthew DeArmey <matt@dearmeylaw.com>
**Cc:** Brian Weiss <bweiss@force10partners.com>; Jack Reitman <jareitman@lgbfirm.com>
**Subject:** Eagan Avenatti Receivership Assets

Matt, I'm writing to confirm the our telephone conversation yesterday. Mr. Weiss has determined that some of the art and watches which are part of the marital distribution of assets to Ms. Storie was directly paid for by Eagan Avenatti, LLP ("EA"); EA also directly made payments for the acquisition of the Ferrari. Mr. Weiss also believes that EA funds were transferred to other Avenatti accounts to purchase additional art and watches that are part of the marital distribution to Ms. Storie. **Those transfers (or the proceeds of the sale of those assets) are avoidable and recoverable by Mr. Weiss, as the Receiver, under the California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439). Mr. Weiss intends to file a motion authorizing him to sell all of the artwork in issue and hold the sale proceeds pending resolution of the EA estate's entitlements. The transfer of the ownership interests in EA and Avenatti & Associates also are avoidable and recoverable under that Act.** Mr. Weiss and I would like to meet with Ms. Storieand counsel of her choosing to attempt to informally resolve her claims in those assets.

You told me that the Ferrari has been consigned to a Ferrari dealership for sale but did not recall the name of the dealer. I would appreciate your sending that information to me. Please also determine from Ms. Storie if you will be representing her with respect to the marital dissolution transfers.

We look forward to hearing from you or Ms. Storie.

John Reitman
Attorney

**Landau Gottfried & Berger LLP**
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Main: 310-557-0050
Direct: 310-691-7377
Fax: 310-557-0056
E-mail: jreitman@lgbfirm.com
Web: www.lgbfirm.com

Please consider the environment before printing

This e-mail is a confidential communication and may also be legally privileged If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**BISBEE LAW GROUP, PC**
RONN BISBEE, SBN 207071
24040 Camino Del Avion, Suite A-109
Monarch Beach, California 92629
Web www.orangecountychildsupport.com
Email info@enforcemyorder.com
Phone (949) 481-9664

Attorney for Lisa Storie-Avenatti.
Support Lien Claimant

ATTACHMENT

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE**

| | |
|---|---|
| MICHAEL AVENATTI, Petitioner, v. LISA STORIE-AVENATTI, Respondent. | CASE NO. 17 D009930<br><br>AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090. |

I, Lisa Storie-Avenatti, declare as follows:

I am the Respondent in the above-entitled matter. If called upon to testify, I could and would testify competently to the following facts, which are all within my personal knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true. I offer this Declaration in lieu of personal testimony pursuant to Sections 2009 and 2015.5 of the *California Code of Civil Procedure*, Rule 5.118, *California Rules of Court*, *Reifler v. Superior Court* (1994) 39 Cal.App.3d 479. and Marriage of Stevenot (1984) Cal.App.3d 1051.

In court orders filed on 04/23/2018 and 10/22/2018, Michael Avenatti to pay me child support, spousal support, attorney fee awards and accounting fee awards as follows:



BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

In the Stipulation and Order filed on 04/23/2018, Michael Avenatti was ordered to pay me Accounting costs of $10,000.00 to be paid in full on or before May 1, 2018. (Section 35, Page 9)

In the Stipulation and Order filed on 04/23/2018, the Court ordered Michael Avenatti to pay me attorney fees in the amount of $10,000.00 to be paid in full on or before June 1, 2018. (Section 36, Page 9)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me child support in the amount of $31,897.00/mo. plus $12,000.00/mo. for child care for a total of $37,897.00/mo. commencing retroactively to 01/01/2018. (Section 6, Page 8)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me spousal support in the amount of $124,398.00/mo. commencing retroactively to 01/01/2018. (Section 12, Page 7)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me as further support $185,000.00 for attorney fees already incurred, payable forthwith. (Section 15, Page 8)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me as further support $30,000.00 for accounting fees and costs, payable forthwith. (Section 16, Page 8)

In the Findings and Order After Hearing filed on 10/22/2018, the amounts ordered to be paid are characterized as "a necessary function of support for the Respondent."

The attached "*Summary of Court Orders payable from Michael Avenatti to Lisa Storie-Avenatti*" itemizes each of these individual debts, including the principal amount ordered, the principal amount paid, the interest which continues to accrue by operation of law, and the remaining amounts owed.

The FL-420 Declaration of Payment History with individual audits filed concurrently herewith confirms that Michael Avenatti owes me a total of $2,484,369.92 through April 30, 2019.

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

I have attached the "Order to Deliver Specific Property" filed on April 4, 2019 that Orders Michael Avenatti to immediately deliver to the Levying Officer the property set forth in the order which shall be applied toward the satisfaction of the judgment owed by Michael Avenatti.

Among other things, the "Order to Deliver Specific Property" specifically states that I am entitled to 100% of the assets of Eagan Avenatti, LLP (titled in the name of Michael Avenatti), 100% of the shares owned by Michael Avenatti in the corporation Avenatti & Associates which has a titled partnership interest in Eagan Avenatti, LLP, all artwork in the name of Michael Avenatti in the possession of Orange County Fine Art Storage, and all artwork in the name of Avenatti & Associates, APC in the possession of Orange County Fine Art Storage.

Despite the specificity of this court order, Attorney Reitman, representing Brian Weiss, the Receiver appointed over Eagan Avenatti (as nominated by judgment creditor Jason Frank) has threatened to file a motion to avoid my execution of this Court's order in accordance with the terms specified in the "Ruling on Submitted Matter" filed April 4, 2019. He threatened to set aside any transfer of property this Court has already authorized under the guise of the California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439). (Please see copy of email attached). I am concerned about this threat and would ask the court to enter an order for sanctions and attorney fees against Mr. Weiss and Attorney Reitman should such a motion be filed in attempt to thwart this Court's order.

I declare, under penalty of perjury, under the laws of the State of California that the above is true and correct.

Dated: May 3, 2019

**BY FAX**

Lisa Storie-Avenatti, Respondent and Support Obligee

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

# Summary of Court Orders Payable from Michael Avenatti to Lisa Storie-Avenatti

| Debt | Date Order | Amt. Order | Prin. Charged | Int. Charged | Prin. Paid | Int. Paid | Tot. Amt. Owed |
|---|---|---|---|---|---|---|---|
| Child Support | 10/22/2018 | $37,897/mo. | $606,352.00 | $14,909.58 | -$262,999.00 | $0.00 | $358,262.58 |
| Spousal Support | 10/22/2018 | $124,398/mo. | $1,990,368.00 | $77,210.39 | -$189,001.00 | $0.00 | $1,878,577.39 |
| Atty fees & Costs | 10/22/2018 | $185,000.00 | $185,000.00 | $9,250.02 | $0.00 | $0.00 | $194,250.02 |
| Acctg. Fees & Costs | 10/22/2018 | $30,000.00 | $30,000.00 | $1,500.00 | $0.00 | $0.00 | $31,500.00 |
| Accounting Costs | 4/23/2018 | $10,000.00 | $10,000.00 | $946.63 | $0.00 | $0.00 | $10,946.63 |
| Attorney Fees | 4/23/2018 | $10,000.00 | $10,000.00 | $833.30 | $0.00 | $0.00 | $10,833.30 |
| TOTALS | | | $2,831,720.00 | $104,649.92 | -$452,000.00 | $0.00 | $2,484,369.92 |

| Debt | Mo. Int. | Daily Int. | | | | | |
|---|---|---|---|---|---|---|---|
| Child Support | $2,861.28 | $94.07 | | Prin. Charged | $2,831,720.00 | | |
| Spousal Support | $15,011.39 | $493.53 | | Prin Paid | -$452,000.00 | | |
| Attorney fees & Costs | $1,541.67 | $50.69 | | Prin Bal. Owed | $2,379,720.00 | | |
| Acctg. Fees & Costs | $250.00 | $8.22 | | Int. Bal. Owed | $104,649.92 | | |
| Accounting Costs | $83.33 | $2.74 | | TOTAL | $2,484,369.92 | | |
| Attorney Fees | $83.33 | $2.74 | | | | | |
| TOTALS | $19,831.00 | $651.98 | | | | | |

# EXHIBIT 4

JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Plaintiff Brian Weiss,
Federal Court Appointed Receiver of Eagan Avenatti, LLP

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE**

| | |
|---|---|
| MICHAEL AVENATTI,<br><br>Petitioner,<br><br>v.<br><br>LISA STORIE-AVENATTI,<br><br>Respondent. | Case No.: 17D009930<br><br>Levying Officer File No.:<br><br>**DECLARATION OF JACK A. REITMAN RE: THIRD PARTY CLAIM (CCP §§ 720.110, 720.130); EXHIBITS** |

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

I, Jack A. Reitman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath. I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court. I am an associate with the law firm of Landau Gottfried & Berger LLP, counsel for Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-KES, pending in the United States District Court, Central District of California. I make this declaration in support of the Receiver's Third-Party Claim (pursuant to California Code of Civil Procedure §§ 720.110 and 720.130) on certain of the personal property (the "Property") purportedly owned by judgment debtor Michael Avenatti ("Mr. Avenatti") levied upon at the direction of judgment creditor Ms. Lisa Storie-Avenatti ("Ms. Storie") pursuant to the Declaration for Writ of Execution, attached hereto as Exhibit 1.

2. The Receiver has an interest in the following described Property:

i. Artist: Frank Stella. Relief Print known as IMOLA Three I, Circuit Series, dated 1982, annotated "PP 2" (printer's proof), approx. 65 7/8 x 51 ¼ inches, framed;
Market Value: $14,375.00

ii. Artist: Frank Stella. Relief Print known as IMOLA Three II, Circuit Series, dated 1984, edition 16 of 30, approx. 65 1/2 x 51 1/2 inches, framed;
Market Value: $20,000.00

iii. Artist: Frank Stella. Relief Print known as IMOLA Five II, Circuit Series, dated 1983, edition 16 of 30, approx. 66 x48 inches, framed;
Market Value: $40,000

iv. Artist: Frank Stella. Relief Print known as Talladega Three III, Circuit Series, dated 1982, edition 12 of 30, approx. 78 x 66 inches, framed.
Market Value: $25,000

v. Artist: Frank Gehry. Relief Print known as Memory of Sophie Calle's Flower, dated 2012, edition 8 of 28;
Market Value: $25,000.

Market Value: $25,000.

3. The Receiver makes this claim based on the fact that the Property described in ¶¶ 2 i-v above was purchased using funds of EA and each such item is owned by EA's lawful successor-in-interest the Eagan Avenatti, LLP Receivership Estate, which is not a judgment debtor of Ms. Storie. Therefore, Ms. Storie is not entitled to sell the EA Property to satisfy her judgment against Mr. Avenatti.

4. The Receiver's address where he can be served with legal papers by mail is c/o John P. Reitman or Jack A. Reitman, Landau Gottfried & Berger LLP, 1880 Century Park East, Suite 1101, Los Angeles, California 90067.

5. The estimated market value of the EA Property interest is at least $124,275.

6. The EA Receivership Estate's ownership of the EA Property levied by Ms. Storie is evidenced by the attached receipts and wire transfers (Exhibit 2) for art purchased by EA and its owner Avenatti & Associates, using EA funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2019, at Los Angeles, California

Jack A. Reitman

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Main Document Page 64 of 169

# EXHIBIT 1

EXHIBIT 4
42

Name, Address and Telephone Number of Attorney(s) or Party without Attorney
BISBEE LAW GROUP, PC | RONN BISBEE, SBN 207071
24040 Camino del Avion, Ste. A-109
Monarch Beach, CA 92629
TELEPHONE NO. (949) 481-8664
ATTORNEY FOR (Name) Respondent Attorney Bar #

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

MAY 10 2019

DAVID H. YAMASAKI, Clerk of the Court

BY: A. WEST, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☑ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205

PETITIONER: MICHAEL AVENATTI

RESPONDENT: LISA STORIE-AVENATTI

**DECLARATION FOR WRIT OF EXECUTION ☐ AND ORDER**

CASE NUMBER: 17D009930

1. The undersigned declares under penalty of perjury under the laws of the State of California:

That declarant is Ronn Bisbee, Attorney for Lisa Storie-Avenatti, Support Obligee in the above-entitled action; that the following ☐ judgment ☑ order was made and entered on (date) 04/23/18 & 10/22/18:

PLEASE SEE ATTACHED:
(1) DECLARATION
(2) SUMMARY OF DEBT
(3) AUDITS FOR EACH INDIVIDUAL DEBT OWED.

| JUDGMENT DEBTOR(S) | |
|---|---|
| NAME(S) | ADDRESS(ES) |
| MICHAEL AVENATTI | 10000 Santa Monica Blvd. No 2205<br>Los Angeles, CA 90024 |
| | |

☐ Additional names and addresses of Judgment Debtors on attached sheet.

Where payments are ordered to be paid at different times, fill in date below; in other cases, strike out inapplicable portions.

Failure to claim interest shall be deemed a waiver thereof.

The installments ordered and interest thereon, and the installments paid and interest thereon, are as follows:

| INSTALLMENTS ORDERED PAID | | | INSTALLMENTS ACTUALLY PAID | | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| DATE DUE | AMOUNT | INTEREST | DATE PAID | PRINCIPAL | INTEREST | PRINCIPAL | INTEREST |
| | | | | | | | |

PLEASE SEE ATTACHED:
(1) DECLARATION
(2) SUMMARY OF DEBT
(3) AUDITS FOR EACH INDIVIDUAL DEBT OWED.

I, the undersigned do hereby declare:

That there is actually due on said ☑ judgment ☑ order the sum of $ 2,379,720.00 principal, $________ costs, $________ attorney fees and $ 104,649.92 interest, for which sum declarant requests that a writ of execution issue in favor of Lisa Storie-Avenatti to the Sheriff or any Marshal or Constable of the County of Orange

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: 5/3/19

(Signature of Declarant) **BY FAX**

*FOR COURT USE:*

☑ Issued by Clerk ☐ Order of the Court

Writ of Execution shall issue

Date: MAY 10 2019

DAVID H. YAMASAKI APRIL WEST

*Signature* ☐ *Judicial Officer* ☑ *Clerk, Deputy*

FL-420

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state Bar number, and address) or GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406): BISBEE LAW GROUP, PC<br>RONN BISBEE, SBN 207071<br>24040 Camino Del Avion, A-109<br>Monarch Beach, CA 92629<br>TELEPHONE NO.: (949) 481-9664 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): info@enforcemyorder.com<br>ATTORNEY FOR (Name): Lisa Storie-Avenatti | FOR COURT USE ONLY<br><br>ATTACHMENT |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 341 The City Drive<br>MAILING ADDRESS: PO Box 14170<br>CITY AND ZIP CODE: Orange, CA 92868-3205<br>BRANCH NAME: Lamoreaux Justice Center | |
| PETITIONER/PLAINTIFF: MICHAEL AVENATTI<br>RESPONDENT/DEFENDANT: LISA STORIE-AVENATTI<br>OTHER PARENT: | |
| **DECLARATION OF PAYMENT HISTORY** | CASE NUMBER: 17D009930 |

1. Declaration of *(name)*: Lisa Storie-Avenatti
2. Based on my records or my recollection, I declare that the information on the attached pages showing the amounts ordered and the amounts paid are true and correct for the following obligations *(check all that apply)*:

   a. [X] Child support
   b. [X] Spousal support
   c. [ ] Family support
   d. [ ] Medical support
   e. [ ] Unreimbursed medical expenses
   f. [ ] Unreimbursed child care expenses
   g. [X] Other *(specify)*: Attorney fee and accounting fee awards.

3. Number of pages attached: 06

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/03/2019

Lisa Storie-Avenatti
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

**SUPPORT ARREARAGE SUMMARY**

This summary is for arrearage for the periods specified in the attached pages.
Interest is calculated through *(specify date)*: April 15, 2019

| | Principal: | Interest *(optional)*: | Total Arrearage: |
|---|---|---|---|
| CHILD SUPPORT: | $ 343,353.00 | $ 14,909.58 | $ 358,262.58 |
| SPOUSAL SUPPORT: | $ 1,801,367.00 | $ 77,210.39 | $ 1,878,577.39 |
| FAMILY SUPPORT: | $ | $ | $ 0.00 |
| MEDICAL SUPPORT: | $ | $ | $ 0.00 |
| UNREIMBURSED MEDICAL EXPENSES: | $ | $ | $ 0.00 |
| UNREIMBURSED CHILD CARE EXPENSES: | $ | $ | $ 0.00 |
| OTHER *(specify)*: Attorney fee & Accounting fee awards | $ 235,000.00 | $ 12,499.95 | $ 247,499.95 |

**NOTICE: Interest that is not calculated is not waived**

Date: 5/03/2019

Ronn Bisbee, Attorney for Lisa Storie-Avenatti
(TYPE OR PRINT NAME)

Submitted by:
(SIGNATURE)

Details of the arrearage statement, consisting of *(specify number)* 06 pages, are attached.

Form Adopted for Mandatory Use
Judicial Council of California
FL-420 [Rev. January 1, 2003]

**DECLARATION OF PAYMENT HISTORY**
**(Family Law—Governmental—Uniform Parentage Act)**

CEB www.ceb.com

Family Code, §§ 5230.5, 17524(a), 17526(c)
www.courtinfo.ca.gov

BISBEE LAW GROUP, PC

**CHILD SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie-Avenatti

Order Type: Child
Arrears Type: NEV — Never Assigned

County: Orange
Court Case No. 17 D 009930

| Child | DOB | Eman. | Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| Agostino | 08/26/14 | 08/30/32 | $606,352.00 | $14,909.58 | $262,999.00 | $0.00 | $262,999.00 | $343,353.00 | $14,909.58 | **$358,262.58** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | End of Month: Interest Balance | End of Month: Principal Balance | End of Month: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $37,897.00 | $37,897.00 |
| Feb-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $75,794.00 | $75,794.00 |
| Mar-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $113,691.00 | $113,691.00 |
| Apr-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $151,588.00 | $151,588.00 |
| May-2018 | 0.00 | $37,897.00 | $108,102.00 | $108,102.00 | $37,897.00 | $0.00 | $70,205.00 | 0.00% | $0.00 | $0.00 | $81,383.00 | $81,383.00 |
| Jun-2018 | 0.00 | $37,897.00 | $19,000.00 | $19,000.00 | $19,000.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $100,280.00 | $100,280.00 |
| Jul-2018 | 0.00 | $37,897.00 | $20,000.00 | $20,000.00 | $20,000.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $118,177.00 | $118,177.00 |
| Aug-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $156,074.00 | $156,074.00 |
| Sep-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $193,971.00 | $193,971.00 |
| Oct-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $231,868.00 | $231,868.00 |
| Nov-2018 | | $37,897.00 | $24,000.00 | $24,000.00 | $24,000.00 | $0.00 | $0.00 | 10.00% | $2,048.04 | $2,048.04 | $245,765.00 | $247,813.04 |
| Dec-2018 | | $37,897.00 | $36,000.00 | $36,000.00 | $36,000.00 | $0.00 | $0.00 | 10.00% | $2,063.85 | $4,111.89 | $247,662.00 | $251,773.89 |
| Jan-2019 | | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,379.66 | $6,491.55 | $285,559.00 | $292,050.55 |
| Feb-2019 | | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,695.47 | $9,187.02 | $323,456.00 | $332,643.02 |
| Mar-2019 | | $37,897.00 | $18,000.00 | $18,000.00 | $18,000.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $12,048.30 | $343,353.00 | $355,401.30 |
| Apr-2019 | | $37,897.00 | $37,897.00 | $37,897.00 | $37,897.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $14,909.58 | $343,353.00 | $358,262.58 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $17,770.86 | $343,353.00 | $361,123.86 |
| | | | | $0.00 | | | | | $2,861.28 | $20,632.14 | $343,353.00 | $363,985.14 |
| | | | | $0.00 | | | | | $2,861.28 | $23,493.42 | $343,353.00 | $366,846.42 |
| | | | | $0.00 | | | | | $2,861.28 | $26,354.70 | $343,353.00 | $369,707.70 |
| | | | | $0.00 | | | | | $2,861.28 | $29,215.98 | $343,353.00 | $372,568.98 |
| | | | | $0.00 | | | | | $2,861.28 | $32,077.26 | $343,353.00 | $375,430.26 |
| | | | | $0.00 | | | | | $2,861.28 | $34,938.54 | $343,353.00 | $378,291.54 |
| | | | | $0.00 | | | | | $2,861.28 | $37,799.82 | $343,353.00 | $381,152.82 |
| | | | | $0.00 | | | | | $2,861.28 | $40,661.10 | $343,353.00 | $384,014.10 |
| | | | | $0.00 | | | | | $2,861.28 | $43,522.38 | $343,353.00 | $386,875.38 |
| | | | | $0.00 | | | | | $2,861.28 | $46,383.66 | $343,353.00 | $389,736.66 |
| | | | | $0.00 | | | | | $2,861.28 | $49,244.94 | $343,353.00 | $392,597.94 |
| | | | | $0.00 | | | | | $2,861.28 | $52,106.22 | $343,353.00 | $395,459.22 |
| | | | | $0.00 | | | | | $2,861.28 | $54,987.50 | $343,353.00 | $398,320.50 |
| | | | | $0.00 | | | | | $2,861.28 | $57,828.78 | $343,353.00 | $401,181.78 |
| | | | | $0.00 | | | | | $2,861.28 | $60,690.06 | $343,353.00 | $404,043.06 |
| | | | | $0.00 | | | | | $2,861.28 | $63,551.34 | $343,353.00 | $406,904.34 |
| | | | | $0.00 | | | | | $2,861.28 | $66,412.62 | $343,353.00 | $409,765.62 |
| | | | | $0.00 | | | | | $2,861.28 | $69,273.90 | $343,353.00 | $412,626.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $72,135.18 | $343,353.00 | $415,488.18 |

$232,500 pd. In May 2018. Allocation per Fam.C. 5238:
$232,500 Total pd
-$ 37,897 to current CS
$194,603 remaining
-$124,398 to current SS
$ 70,205 remaining bal to CS arrears to pay in full thru May.
SUMMARY:
TOT. PD TO CS AUDIT IN MAY 2018 = $108,102
[illegible]

Artwork liquidated to satisfy support orders:
MARCH - $18K collected for sculpture - applied to current CS.
APRIL - $102,500 collected ($90K for Pergusa III and Talladega IIIX, and $12,500 for Frank Stella "Imola FIVE).
Allocation per Fam.C. 5238:
TOT. PD TO CS AUDIT IN MARCH 2019 =$18,000
TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and remaining bal of $64,603 applied to current SS

BISBEE LAW GROUP, PC

**SPOUSAL SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type: Spousal
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $1,990,368.00 | $77,210.39 | $189,001.00 | $0.00 | $189,001.00 | $1,801,367.00 | $77,210.39 | **$1,878,577.39** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $124,398.00 | $124,398.00 |
| Feb-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $248,796.00 | $248,796.00 |
| Mar-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $373,194.00 | $373,194.00 |
| Apr-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $497,592.00 | $497,592.00 |
| May-2018 | 0.00 | $124,398.00 | $124,398.00 | $124,398.00 | $124,398.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $497,592.00 | $497,592.00 |
| Jun-2018 | 0.00 | $124,398.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $621,990.00 | $621,990.00 |
| Jul-2018 | 0.00 | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $0.00 | $0.00 | $746,388.00 | $746,388.00 |
| Aug-2018 | 0.00 | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $0.00 | $0.00 | $870,786.00 | $870,786.00 |
| Sep-2018 | 0.00 | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $0.00 | $0.00 | $995,184.00 | $995,184.00 |
| Oct-2018 | 0.00 | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $0.00 | $0.00 | $1,119,582.00 | $1,119,582.00 |
| Nov-2018 | | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $10,366.50 | $10,366.50 | $1,243,980.00 | $1,254,346.50 |
| Dec-2018 | | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $11,403.15 | $21,769.65 | $1,368,378.00 | $1,390,147.65 |
| Jan-2019 | | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $12,439.80 | $34,209.45 | $1,492,776.00 | $1,526,985.45 |
| Feb-2019 | | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $13,476.45 | $47,685.90 | $1,617,174.00 | $1,664,859.90 |
| Mar-2019 | | $124,398.00 | | [illegible] | [illegible] | [illegible] | [illegible] | 0% | $14,513.10 | $62,199.00 | $1,741,572.00 | $1,803,771.00 |
| Apr-2019 | | $124,398.00 | $64,603.00 | $64,603.00 | $64,603.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $77,210.39 | $1,801,367.00 | $1,878,577.39 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $92,221.78 | $1,801,367.00 | $1,893,588.78 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $107,233.17 | $1,801,367.00 | $1,908,600.17 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | % | $15,011.39 | $122,244.56 | $1,801,367.00 | $1,923,611.56 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | % | $15,011.39 | $137,255.95 | $1,801,367.00 | $1,938,622.95 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | % | $15,011.39 | $152,267.34 | $1,801,367.00 | $1,953,634.34 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | % | $15,011.39 | $167,278.73 | $1,801,367.00 | $1,968,645.73 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | % | $15,011.39 | $182,290.12 | $1,801,367.00 | $1,983,657.12 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | % | $15,011.39 | $197,301.51 | $1,801,367.00 | $1,998,668.51 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | % | $15,011.39 | $212,312.90 | $1,801,367.00 | $2,013,679.90 |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $15,011.39 | $227,324.29 | $1,801,367.00 | $2,028,691.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $242,335.68 | $1,801,367.00 | $2,043,702.68 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $257,347.07 | $1,801,367.00 | $2,058,714.07 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $272,358.46 | $1,801,367.00 | $2,073,725.46 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $287,369.85 | $1,801,367.00 | $2,088,736.85 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $302,381.24 | $1,801,367.00 | $2,103,748.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $317,392.63 | $1,801,367.00 | $2,118,759.63 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $332,404.02 | $1,801,367.00 | $2,133,771.02 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $347,415.41 | $1,801,367.00 | $2,148,782.41 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $362,426.80 | $1,801,367.00 | $2,163,793.80 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $15,011.39 | $377,438.19 | $1,801,367.00 | $2,178,805.19 |

$232,500 pd. In May 2018. Allocationlper Fam.C. 5238:
$232,500 Total pd
-$ 37,897 to current CS
$194,603 remaining
-$124,398 to current SS
$ 70,205 remaining bal to CS arrears to pay in full thru May.
SUMMARY:
TOT. PD TO CS AUDIT IN MAY 2018 = $108,102
TOT. PD TO SS AUDIT IN MAY 2018= $124,398

Artwork liquidated to satisfy support orders:
MARCH - $18K collected for sculpture - applied to current CS.
APRIL - $102,500 collected ($90K for Pergusa III and Talladega IIIX, and $12,500 for Frank Stella "Imola FIVE).
Allocation per Fam.C. 5238:
TOT. PD TO CS AUDIT IN MARCH 2019 =$18,000
TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and remaining bal of $64,603 applied to current SS

**BISBEE LAW GROUP, PC**

**ATTORNEY FEES & COSTS AWARD $185,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type:
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | **Total Owed** |
| $185,000.00 | $9,250.02 | $0.00 | $0.00 | $0.00 | $185,000.00 | $9,250.02 | **$194,250.02** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-2018 | 0.00 | $185,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $185,000.00 | $185,000.00 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $1,541.67 | $185,000.00 | $186,541.67 |
| Dec-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $3,083.34 | $185,000.00 | $188,083.34 |
| Jan-2019 | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 41.67 | $4,625.01 | $185,000.00 | $189,625.01 |
| Feb-2019 | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 41.67 | $6,166.68 | $185,000.00 | $191,166.68 |
| Mar-2019 | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 41.67 | $7,708.35 | $185,000.00 | $192,708.35 |
| Apr-2019 | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 41.67 | $9,250.02 | $185,000.00 | $194,250.02 |
| May-2019 | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 41.67 | $10,791.69 | $185,000.00 | $195,791.69 |
| | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 41.67 | $12,333.36 | $185,000.00 | $197,333.36 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $13,875.03 | $185,000.00 | $198,875.03 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $15,416.70 | $185,000.00 | $200,416.70 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $16,958.37 | $185,000.00 | $201,958.37 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $18,500.04 | $185,000.00 | $203,500.04 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $20,041.71 | $185,000.00 | $205,041.71 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $21,583.38 | $185,000.00 | $206,583.38 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $23,125.05 | $185,000.00 | $208,125.06 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $24,666.72 | $185,000.00 | $209,666.72 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $26,208.39 | $185,000.00 | $211,208.39 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $27,750.06 | $185,000.00 | $212,750.06 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $29,291.73 | $185,000.00 | $214,291.73 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $30,833.40 | $185,000.00 | $215,833.40 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $32,375.07 | $185,000.00 | $217,375.07 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $33,916.74 | $185,000.00 | $218,916.74 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $35,458.41 | $185,000.00 | $220,458.41 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $37,000.08 | $185,000.00 | $222,000.08 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $38,541.75 | $185,000.00 | $223,641.76 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $40,083.42 | $185,000.00 | $225,083.42 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $41,625.09 | $185,000.00 | $226,625.09 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $43,166.76 | $185,000.00 | $228,166.76 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $44,708.43 | $185,000.00 | $229,708.43 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $46,250.10 | $185,000.00 | $231,250.10 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $47,791.77 | $185,000.00 | $232,791.77 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $49,333.44 | $185,000.00 | $234,333.44 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $50,875.11 | $185,000.00 | $235,875.11 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $52,416.78 | $185,000.00 | $237,416.78 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $53,958.45 | $185,000.00 | $238,958.45 |

$185,000.00 attorney fee award entered in 10/22/2018 Findings and OAH payable forthwith to Respondent directly.

Avenatti acknowledged service & receipt of 10/22/18 Findings & OAH by his 11/30/18 signature on Stip & Order filed 12/04/18.

BISBEE LAW GROUP, PC

**ACCOUNTING FEES AND COSTS AWARD $30,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type:
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $30,000.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $30,000.00 | $1,500.00 | **$31,500.00** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-2018 | 0.00 | $30,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $30,000.00 | $30,000.00 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $250.00 | $30,000.00 | $30,250.00 |
| Dec-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $500.00 | $30,000.00 | $30,500.00 |
| Jan-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $750.00 | $30,000.00 | $30,750.00 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,000.00 | $30,000.00 | $31,000.00 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,250.00 | $30,000.00 | $31,250.00 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,500.00 | $30,000.00 | $31,500.00 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $1,750.00 | $30,000.00 | $31,750.00 |
| | | | | | | | | | $250.00 | $2,000.00 | $30,000.00 | $32,000.00 |
| | | | | | | | | | $250.00 | $2,250.00 | $30,000.00 | $32,250.00 |
| | | | | | | | | | $250.00 | $2,500.00 | $30,000.00 | $32,500.00 |
| | | | | | | | | | $250.00 | $2,750.00 | $30,000.00 | $32,750.00 |
| | | | | | | | | | $250.00 | $3,000.00 | $30,000.00 | $33,000.00 |
| | | | | | | | | | $250.00 | $3,250.00 | $30,000.00 | $33,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $3,500.00 | $30,000.00 | $33,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $3,750.00 | $30,000.00 | $33,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,000.00 | $30,000.00 | $34,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,250.00 | $30,000.00 | $34,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,500.00 | $30,000.00 | $34,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $4,750.00 | $30,000.00 | $34,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,000.00 | $30,000.00 | $35,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,250.00 | $30,000.00 | $35,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,500.00 | $30,000.00 | $35,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $5,750.00 | $30,000.00 | $35,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,000.00 | $30,000.00 | $36,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,250.00 | $30,000.00 | $36,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,500.00 | $30,000.00 | $36,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $6,750.00 | $30,000.00 | $36,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,000.00 | $30,000.00 | $37,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,250.00 | $30,000.00 | $37,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,500.00 | $30,000.00 | $37,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $7,750.00 | $30,000.00 | $37,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,000.00 | $30,000.00 | $38,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,250.00 | $30,000.00 | $38,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,500.00 | $30,000.00 | $38,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $8,750.00 | $30,000.00 | $38,750.00 |

$30,000.00 acctg fees & costs award entered in 10/22/2018 Findings and OAH as and for further support, payable forthwith directly to Respondent.

NOTE: Avenatti acknowledged service & receipt of 10/22/18 Findings & Order After Hearing by his 11/30/18 signature on Stip & Order filed on 12/04/18.

BISBEE LAW GROUP, PC

**ACCOUNTING COSTS AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018**

Support Obligor: Michael Avenatti | Order Type: | County: Orange

Support Obligee: Lisa Storie | Arrears Type: NEV | Never Assigned | Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| $10,000.00 | $916.63 | $0.00 | $0.00 | $0.00 | $10,000.00 | $916.63 | **$10,916.63** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May-2018 | 0.00 | $10,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Jun-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $83.33 | $10,000.00 | $10,083.33 |
| Jul-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $166.66 | $10,000.00 | $10,166.66 |
| Aug-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $249.99 | $10,000.00 | $10,249.99 |
| Sep-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $333.32 | $10,000.00 | $10,333.32 |
| Oct-2018 | | | | | | | $0.00 | 10.00% | $83.33 | $416.65 | $10,000.00 | $10,416.65 |
| Nov-2018 | | | | | | | $0.00 | 10.00% | $83.33 | $499.98 | $10,000.00 | $10,499.98 |
| Dec-2018 | | | | | | | $0.00 | 10.00% | $83.33 | $583.31 | $10,000.00 | $10,583.31 |
| Jan-2019 | | | | | | | $0.00 | 10.00% | $83.33 | $666.64 | $10,000.00 | $10,666.64 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $749.97 | $10,000.00 | $10,749.97 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $833.30 | $10,000.00 | $10,833.30 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $916.63 | $10,000.00 | $10,916.63 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $999.96 | $10,000.00 | $10,999.96 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,083.29 | $10,000.00 | $11,083.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,166.62 | $10,000.00 | $11,166.62 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,249.95 | $10,000.00 | $11,249.95 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,333.28 | $10,000.00 | $11,333.28 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,416.61 | $10,000.00 | $11,416.61 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,499.94 | $10,000.00 | $11,499.94 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,583.27 | $10,000.00 | $11,583.27 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,666.60 | $10,000.00 | $11,666.60 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,749.93 | $10,000.00 | $11,749.93 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,833.26 | $10,000.00 | $11,833.26 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,916.59 | $10,000.00 | $11,916.59 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,999.92 | $10,000.00 | $11,999.92 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,083.25 | $10,000.00 | $12,083.25 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,166.58 | $10,000.00 | $12,166.58 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,249.91 | $10,000.00 | $12,249.91 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,333.24 | $10,000.00 | $12,333.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,416.57 | $10,000.00 | $12,416.57 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,499.90 | $10,000.00 | $12,499.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,583.23 | $10,000.00 | $12,583.23 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,666.56 | $10,000.00 | $12,666.56 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,749.89 | $10,000.00 | $12,749.89 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,833.22 | $10,000.00 | $12,833.22 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,916.55 | $10,000.00 | $12,916.55 |

$10,000.00 acctg costs award entered in 04/23/2018 Findings and OAH payable to Respondent on or before May 1, 2018.

Avenatti signed 04/23/18 Stip & Order.

BISBEE LAW GROUP, PC

**ATTORNEY FEE AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type: 
Arrears Type: NEV — Never Assigned
County: Orange
Court Case No. 17 D 009930

| Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | **Total Owed** |
| $10,000.00 | $833.30 | $0.00 | $0.00 | $0.00 | $10,000.00 | $833.30 | **$10,833.30** |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Payments: Monthly Pymt | Payments: Total Amt Paid | Distribution of Payments: Current Paid | Distribution of Payments: Interest Paid | Distribution of Payments: Arrears Paid | Interest Rate | Interest Charges | END OF MONTH: Interest Balance | END OF MONTH: Principal Balance | END OF MONTH: Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-2018 | 0.00 | $10,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Jul-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $83.33 | $10,000.00 | $10,083.33 |
| Aug-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $166.66 | $10,000.00 | $10,166.66 |
| Sep-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $249.99 | $10,000.00 | $10,249.99 |
| Oct-2018 | | | | | | | | 10.00% | $83.33 | $333.32 | $10,000.00 | $10,333.32 |
| Nov-2018 | | | | | | | | 10.00% | $83.33 | $416.65 | $10,000.00 | $10,416.65 |
| Dec-2018 | | | | | | | | 10.00% | $83.33 | $499.98 | $10,000.00 | $10,499.98 |
| Jan-2019 | | | | | | | | 10.00% | $83.33 | $583.31 | $10,000.00 | $10,583.31 |
| Feb-2019 | | | | | | | | 10.00% | $83.33 | $666.64 | $10,000.00 | $10,666.64 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $749.97 | $10,000.00 | $10,749.97 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $833.30 | $10,000.00 | $10,833.30 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $916.63 | $10,000.00 | $10,916.63 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $999.96 | $10,000.00 | $10,999.96 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,083.29 | $10,000.00 | $11,083.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,166.62 | $10,000.00 | $11,166.62 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,249.95 | $10,000.00 | $11,249.95 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,333.28 | $10,000.00 | $11,333.28 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,416.61 | $10,000.00 | $11,416.61 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,499.94 | $10,000.00 | $11,499.94 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,583.27 | $10,000.00 | $11,583.27 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,666.60 | $10,000.00 | $11,666.60 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,749.93 | $10,000.00 | $11,749.93 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,833.26 | $10,000.00 | $11,833.26 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,916.59 | $10,000.00 | $11,916.59 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $1,999.92 | $10,000.00 | $11,999.92 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,083.25 | $10,000.00 | $12,083.25 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,166.58 | $10,000.00 | $12,166.58 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,249.91 | $10,000.00 | $12,249.91 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,333.24 | $10,000.00 | $12,333.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,416.57 | $10,000.00 | $12,416.57 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,499.90 | $10,000.00 | $12,499.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,583.23 | $10,000.00 | $12,583.23 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,666.56 | $10,000.00 | $12,666.56 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,749.89 | $10,000.00 | $12,749.89 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,833.22 | $10,000.00 | $12,833.22 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $83.33 | $2,916.55 | $10,000.00 | $12,916.55 |

$10,000.00 attorney fee award entered in 04/23/2018 Findings and OAH

Avenatti signed 04/23/18 Stip & Order requiring $10k order be paid in full on or before June 1, 2018.

Matthew S. DeArmey, SBN 199294
Sandra Shapiro, SBN 299589
THE LAW OFFICES OF MILO F. DE ARMEY
950 West 17th Street, Suite A
Santa Ana, CA 92706
Telephone: (714) 558-7744
Facsimile: (714) 558-0925
Email: matt@dearmeylaw.com

Associate Attorneys for Respondent
Lisa Storie-Avenatti

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

APR 04 2019

DAVID H. YAMASAKI, Clerk of the Court

BY: S. GUSTAFSON DEPUTY

THE LAW OFFICES OF MILO F. DE ARMEY
950 WEST 17th STREET, SUITE A

THE SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF ORANGE

MICHAEL AVENATTI,

Petitioner,

v.

LISA STORIE-AVENATTI

Respondent.

Case No.: 17D009930

~~[PROPOSED]~~ ORDER TO DELIVER SPECIFIC PROPERTY

*Assigned for all purposes to The Honorable Nathan Vu, Department L-67*

On April 23, 2018 and October 22, 2018, Respondent Lisa Storie-Avenatti, the judgment creditor in this matter, obtained orders in this court against Petitioner Michael Avenatti, the judgment debtor for the sum of approximately $2,053,332, including principal, interest accrued as of January 9, 2019, and costs incurred as of January 17, 2019. These orders are for child support, spousal support, and attorney's fees and costs made in the nature of support.

Respondent alleges that from the examination of Michael Avenatti that he, the judgment debtor, has an interest in the following property in his possession, custody, or under his control that is not exempt from enforcement of the money judgment:

1. 100% of the Eagan Avenatti, LLP partnership interest titled in the name of Michael Avenatti.

2. 100% of the shares in the corporation Avenatti & Associates, A Professional Corporation, California Corporation Number C2874165, which has a titled partnership interest in Eagan Avenatti, LLP.

3. 100% of the shares owned by Michael Avenatti in the company Seek Thermal, Inc, a Delaware corporation, registered in the State of California, SOS Number 3474177, formerly known as Tyrian Systems, Inc.

4. 100% of the funds due and owing to Michael Avenatti from The Fight PAC, FEC Committee ID # C00685966

5. 100% of the shares owned by Michael Avenatti in the company Desert Harvest, LLC, a Delaware LLC, registered in the State of California, SOS Number 201032010071.

6. Patek Phillipe Watch Model Number 5035, 18k White Gold, Movement Number 3.134.531, Case Number 4.208.344.

7. Patek Phillipe Watch Model Number 5270

8. Patek Phillip Watch Model Number 5055

9. All artwork in the name of Michael Avenatti in the possession of Orange County Fine Art Storage.

10. All artwork in the name Avenatti & Associates, A Professional Corporation in the possession of Orange County Fine Art Storage.

11. All artwork in the name Eagan Avenatti, LLP in the possession of Orange County Fine Art Storage.

12. One hundred percent (100%) of the member interest in Passport 420, LLC, that is titled in the name of Avenatti & Associates, A Professional Corporation, California Corporation Number C2874165A, which owns as its principal asset a 2016 Honda Jet, Model HA-420 serial number 42000029, FAA Registry number N227WP, titled in the name of Passport 420 LLC.

13. Ownership of the Northwestern Mutual Life Insurance Policy #18441100.

IT IS HEREBY ORDERED that Michael Avenatti immediately deliver to the Levying Officer, the property set forth above, which shall be applied toward the satisfaction of the judgment.

Dated: APR 04 2019

HONORABLE NATHAN VU
Superior Court Judge

**From:** John Reitman <jreitman@lgbfirm.com>
**Sent:** Friday, April 12, 2019 1:29 PM
**To:** Matthew DeArmey <matt@dearmeylaw.com>
**Cc:** Brian Weiss <bweiss@force10partners.com>; Jack Reitman <jareitman@lgbfirm.com>
**Subject:** Eagan Avenatti Receivership Assets

Matt, I'm writing to confirm the our telephone conversation yesterday. Mr. Weiss has determined that some of the art and watches which are part of the marital distribution of assets to Ms. Storie was directly paid for by Eagan Avenatti, LLP ("EA"); EA also directly made payments for the acquisition of the Ferrari. Mr. Weiss also believes that EA funds were transferred to other Avenatti accounts to purchase additional art and watches that are part of the marital distribution to Ms. Storie. **Those transfers (or the proceeds of the sale of those assets) are avoidable and recoverable by Mr. Weiss, as the Receiver, under the California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439). Mr. Weiss intends to file a motion authorizing him to sell all of the artwork in issue and hold the sale proceeds pending resolution of the EA estate's entitlements. The transfer of the ownership interests in EA and Avenatti & Associates also are avoidable and recoverable under that Act.** Mr. Weiss and I would like to meet with Ms. Storieand counsel of her choosing to attempt to informally resolve her claims in those assets.

You told me that the Ferrari has been consigned to a Ferrari dealership for sale but did not recall the name of the dealer. I would appreciate your sending that information to me. Please also determine from Ms. Storie if you will be representing her with respect to the marital dissolution transfers.

We look forward to hearing from you or Ms. Storie.

John Reitman
Attorney

**Landau Gottfried & Berger LLP**
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Main: 310-557-0050
Direct: 310-691-7377
Fax: 310-557-0056
E-mail: jreitman@lgbfirm.com
Web: www.lgbfirm.com

Please consider the environment before printing

This e-mail is a confidential communication and may also be legally privileged If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**BISBEE LAW GROUP, PC**
RONN BISBEE, SBN 207071
24040 Camino Del Avion, Suite A-109
Monarch Beach, California 92629
Web www.orangecountychildsupport.com
Email info@enforcemyorder.com
Phone (949) 481-9664

Attorney for Lisa Storie-Avenatti.
Support Lien Claimant

ATTACHMENT

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE**

| | |
|---|---|
| MICHAEL AVENATTI,<br>Petitioner,<br>v.<br>LISA STORIE-AVENATTI,<br>Respondent. | CASE NO. 17 D009930<br><br>AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090. |

I, Lisa Storie-Avenatti, declare as follows:

I am the Respondent in the above-entitled matter. If called upon to testify, I could and would testify competently to the following facts, which are all within my personal knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true. I offer this Declaration in lieu of personal testimony pursuant to Sections 2009 and 2015.5 of the _California Code of Civil Procedure_, Rule 5.118, _California Rules of Court_, _Reifler v. Superior Court_ (1994) 39 Cal.App.3d 479, and Marriage of Stevenot (1984) Cal.App.3d 1051.

In court orders filed on 04/23/2018 and 10/22/2018, Michael Avenatti to pay me child support, spousal support, attorney fee awards and accounting fee awards as follows:

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

In the Stipulation and Order filed on 04/23/2018, Michael Avenatti was ordered to pay me Accounting costs of $10,000.00 to be paid in full on or before May 1, 2018. (Section 35, Page 9)

In the Stipulation and Order filed on 04/23/2018, the Court ordered Michael Avenatti to pay me attorney fees in the amount of $10,000.00 to be paid in full on or before June 1, 2018. (Section 36, Page 9)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me child support in the amount of $31,897.00/mo. plus $12,000.00/mo. for child care for a total of $37,897.00/mo. commencing retroactively to 01/01/2018. (Section 6, Page 8)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me spousal support in the amount of $124,398.00/mo. commencing retroactively to 01/01/2018. (Section 12, Page 7)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me as further support $185,000.00 for attorney fees already incurred, payable forthwith. (Section 15, Page 8)

In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was ordered to pay me as further support $30,000.00 for accounting fees and costs, payable forthwith. (Section 16, Page 8)

In the Findings and Order After Hearing filed on 10/22/2018, the amounts ordered to be paid are characterized as "a necessary function of support for the Respondent."

The attached "*Summary of Court Orders payable from Michael Avenatti to Lisa Storie-Avenatti*" itemizes each of these individual debts, including the principal amount ordered, the principal amount paid, the interest which continues to accrue by operation of law, and the remaining amounts owed.

The FL-420 Declaration of Payment History with individual audits filed concurrently herewith confirms that Michael Avenatti owes me a total of $2,484,369.92 through April 30, 2019.

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

I have attached the "Order to Deliver Specific Property" filed on April 4, 2019 that Orders Michael Avenatti to immediately deliver to the Levying Officer the property set forth in the order which shall be applied toward the satisfaction of the judgment owed by Michael Avenatti.

Among other things, the "Order to Deliver Specific Property" specifically states that I am entitled to 100% of the assets of Eagan Avenatti, LLP (titled in the name of Michael Avenatti), 100% of the shares owned by Michael Avenatti in the corporation Avenatti & Associates which has a titled partnership interest in Eagan Avenatti, LLP, all artwork in the name of Michael Avenatti in the possession of Orange County Fine Art Storage, and all artwork in the name of Avenatti & Associates, APC in the possession of Orange County Fine Art Storage.

Despite the specificity of this court order, Attorney Reitman, representing Brian Weiss, the Receiver appointed over Eagan Avenatti (as nominated by judgment creditor Jason Frank) has threatened to file a motion to avoid my execution of this Court's order in accordance with the terms specified in the "Ruling on Submitted Matter" filed April 4, 2019. He threatened to set aside any transfer of property this Court has already authorized under the guise of the California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439). (Please see copy of email attached). I am concerned about this threat and would ask the court to enter an order for sanctions and attorney fees against Mr. Weiss and Attorney Reitman should such a motion be filed in attempt to thwart this Court's order.

I declare, under penalty of perjury, under the laws of the State of California that the above is true and correct.

Dated: May 3, 2019

**BY FAX**

Lisa Storie-Avenatti, Respondent and Support Obligee

# Summary of Court Orders Payable from Michael Avenatti to Lisa Storie-Avenatti

| Debt | Date Order | Amt. Order | Prin. Charged | Int. Charged | Prin. Paid | Int. Paid | Tot. Amt. Owed |
|---|---|---|---|---|---|---|---|
| Child Support | 10/22/2018 | $37,897/mo. | $606,352.00 | $14,909.58 | -$262,999.00 | $0.00 | $358,262.58 |
| Spousal Support | 10/22/2018 | $124,398/mo. | $1,990,368.00 | $77,210.39 | -$189,001.00 | $0.00 | $1,878,577.39 |
| Atty fees & Costs | 10/22/2018 | $185,000.00 | $185,000.00 | $9,250.02 | $0.00 | $0.00 | $194,250.02 |
| Acctg. Fees & Costs | 10/22/2018 | $30,000.00 | $30,000.00 | $1,500.00 | $0.00 | $0.00 | $31,500.00 |
| Accounting Costs | 4/23/2018 | $10,000.00 | $10,000.00 | $946.63 | $0.00 | $0.00 | $10,946.63 |
| Attorney Fees | 4/23/2018 | $10,000.00 | $10,000.00 | $833.30 | $0.00 | $0.00 | $10,833.30 |
| **TOTALS** | | | **$2,831,720.00** | **$104,649.92** | **-$452,000.00** | **$0.00** | **$2,484,369.92** |
| | | | | | | | |
| **Debt** | **Mo. Int.** | **Daily Int.** | | | | | |
| Child Support | $2,861.28 | $94.07 | | Prin. Charged | $2,831,720.00 | | |
| Spousal Support | $15,011.39 | $493.53 | | Prin Paid | -$452,000.00 | | |
| Attorney fees & Costs | $1,541.67 | $50.69 | | Prin Bal. Owed | **$2,379,720.00** | | |
| Acctg. Fees & Costs | $250.00 | $8.22 | | Int. Bal. Owed | $104,649.92 | | |
| Accounting Costs | $83.33 | $2.74 | | TOTAL | **$2,484,369.92** | | |
| Attorney Fees | $83.33 | $2.74 | | | | | |
| **TOTALS** | **$19,831.00** | **$651.98** | | | | | |

Main Document Page 82 of 169

# EXHIBIT 2

EXHIBIT 4
60

| Date | Amount | Transaction Kind | Description | Tags | Bank Name | Account Number | Account Name | Account Entity |
|---|---|---|---|---|---|---|---|---|
| 05/23/14 | -$88,867.50 | Wire | WIRE/OUT-2014052300003928;BNF JULIE CLINE FINE ART SERVICES/ 13020011: | | CBT | 3648940661 | A&A CBT 0661 | A&A Checking |
| 01/30/15 | -$21,882.84 | Wire | WIRE/OUT-2015013000002648;BNF Julie Cline Fine Art Services; 1303900822 | | CBT | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 02/25/15 | -$4,653.47 | Wire | WIRE/OUT-2015022500002156;BNF Julie Cline Fine Art Services; 1304300626 | | CBT | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 04/06/15 | -$36,230.00 | Wire | WIRE/OUT-2015040600002200;BNF Julie Cline Fine Art Services; 1304100620 | | CBT | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 06/01/15 | -$3,647.33 | Wire | WIRE/OUT-2015060100007746;BNF Julie Cline Fine Art Services; 1304002150 | | CBT | 3260132699 | EA CBT 2699 | Eagan Avenatti Checking |
| 10/02/15 | -$23,585.25 | Wire | WIRE/OUT-2015100200005842;BNF Julie Cline Fine Art Services; 1303701688 | | CBT | 3648940661 | A&A CBT 0661 | A&A Checking |
| 02/05/16 | -$21,047.00 | Wire | WIRE/OUT-2016020500006822;BNF Julie Cline Fine Art Services; 1303701806 | | CBT | 3648940661 | A&A CBT 0661 | A&A Checking |

**Julie Cline Fine Art Services**
*Art Advisory - Acquisitions - Sales*
*272 Hot Springs Road*
*Santa Barbara, CA 93108*
*Tel: 805-695-8829 Fax: 805-259-4579*

**Date: June 24, 2014**

**Sold to: Mr. and Mrs. Michael Avenatti**
**224 Via Lido Nord**
**Newport Beach, CA 92663**

# INVOICE #10124

7

| DESCRIPTION | AMOUNT |
|---|---|
| **DUE UPON RECEIPT** | |
| **Frank Stella "Imola Three II (Circuits Series), 1984** | |
| **Retail: $20,000 (Less 25%) Out of State No CA Sales Tax** | **$ 15,000.00** |
| **Frank Gehry "Memory of Sophie Calle's Flower," 2012 Ed: 8/28** | |
| **Retail: $25,000 (Less 25%) *** | **$ 18,750.00** |
| **Frank Stella "Imola Three I," (Circuits Series) *** | |
| **Retail: $14,375 (Less 20%) *** | **$ 11,500.00** |
| **Art Advisory Fees: 20% on $45,250** | **$ 9,050.00** |
| **Wiring Instructions:** | |
| **Account Name: Julie Cline Fine Art Services** | |
| **Bank: Wells Fargo Bank** | |
| **1482 East Valley Road,** | |
| **Montecito, CA 93108** | |
| **ABA #121000248 for wires** | |
| **Business Acct #3854580093** | |
| **Sub-total** | **$ 54,300.00** |
| ***8% CA Sales Tax on $30,250:** | **$ 2,420.00** |
| **Total:** | **$ 56,720.00** |

**Thank you!**

**Julie Cline Fine Art Services**
*Art Advisory - Acquisitions - Sales*
*272 Hot Springs Road*
*Santa Barbara, CA 93108*
*Tel: 805-695-8829 Fax: 805-259-4579*

**Date:** **December 17, 2014**

**Sold to:** **Michael Avenatti**
**224 Via Lido Nord**
**Newport Beach, CA 92663**

# INVOICE #10146

7

| DESCRIPTION | AMOUNT |
|---|---|
| **DUE UPON RECEIPT** | |
| **Frank Stella, "Talladega Three, III (from Circuit Series) 1982**<br>Retail $25,000 (less Professional Discount $7,000)<br>Relief Print, 66" H x 51 ", FRAMED 78 1/2' H x 64" W Ed: 12/30 | **$ 18,000.00** |
| Art Advisory Fee: 20% on $18,000 | **$ 3,600.00** |
| Federal Express Shipping | **$ 42.84** |
| Photoshop and Graphics for Sculptures (Laura Knight) | **$ 240.00** |
| **Wiring Instructions:**<br>Account: Julie Cline Fine Art Services Acct #3854580093<br>Wells Fargo Bank ABA# 121000248<br>1482 E. Valley Road<br>Montecito, CA 93108 | |
| **Sub-total** | **$ 21,882.84** |
| **Sales Tax N/A:** | |
| **Total:** | **$ 21,882.84** |

**Thank you!**

**Julie Cline Fine Art Services**
*Art Advisory - Acquisitions - Sales*
*272 Hot Springs Road*
*Santa Barbara, CA 93108*
*Tel: 805-695-8829 Fax: 805-259-4579*

**Date: March 20, 2015**

**Sold to: Michael Avenatti, Esq.**
**117 Via Quito**
**Newport Beach, CA 92663**

# INVOICE #10158

7

| DESCRIPTION | AMOUNT |
|---|---|
| **DUE UPON RECEIPT** | |
| **Frank Stella "Imola Five II" 1983 Retail: $40,000 (Less 20%) NET** | **$ 32,000.00** |
| **Art Advisory Fee: 10% on $32,000** | **$ 3,200.00** |
| **Packing and Shipping to Art Services Melrose Los Angeles** | **$ 1,030.00** |
| **Sub-total** | **$ 36,230.00** |
| **Sales Tax:** | **N/A** |
| **Total:** | **$ 36,230.00** |

**Wiring Instructions:**
Account: Julie Cline Fine Art Services Acct #3854580093
Wells Fargo Bank ABA# 121000248
1482 E. Valley Road
Montecito, CA 93108

**Thank you!**

# MARC STRAUS

Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108

Invoice #8728
March 15, 2015

## INVOICE

**Frank Stella**
*IMOLA Five II*
1983
Relief Print
66 x 48 inches
(Inv# FSTE13.100)

$32,000.00

PAID
CK NO Wire DATE 3/07/15

trans #
150407095082
3/7/15

| | |
|---|---|
| Subtotal: | $32,000.00 |
| Shipping: | $1,030.00 |
| Subtotal: | $33,030.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$33,030.00** |

Frank Stella's *IMOLA Five II* from his Circuit Series was purchased directly from Ken Tyler of Tyler Graphics Ltd. in Bedford New York in 1983.

This is edition 16 of 30. The work is numbered.

The work is in perfect condition and in its original frame.

Payment due upon receipt.

299 Grand Street, New York, NY 10002
T 212.510.7646
www.marcstraus.com

INVOICE #8728
Cline, Julie

Title will not pass until payment is received in full.
All handling, shipping, and storage is the responsibility of the purchaser.
Gallery must be notified of any damage immediately upon receipt of work.
Reproduction rights and other copyrights are not included, conveyed, or authorized by this sale and this the Purchaser obtains no such rights by virtue of this transaction.
Risk and responsibility for any loss or damage to the work(s) are passed to the Purchaser upon receipt of possession.

Please make check payable to: Marc Straus LLC

Wire Transfer Information:
HSBC
Routing # 021001088
SWIFT code MRMDUS33
Marc Straus LLC
Account # 326070907
(Wire fees: Domestic $15 or Foreign $30 added to bill)
*Please reference Invoice #8728

Thank You.

# Baker Sponder Gallery

December 09, 2014

**Sold to:**
Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108
805.695.8829

Russ Roberts/ Julie Cline FAS
Art Services Melrose
626 N. Almont Drive
Los Angeles, CA 90069
310-247-1452

***Invoice #4970***

---

**Frank Stella**
*Talladega Three III (from the Circuit Series)*, 1982
Relief print
78 1/2 x 64 inches framed
66 x 51 inches paper
*Edition 12/30*

| | |
|---|---|
| Retail Price | $25,000.00 |
| less professional discount | -7,000.00 |
| **Net Price:** | **$ 18,000.00** |

Delivery to be billed under separate cover

Wire Instructions:
Wells Fargo Bank, NA
5355 Town Center Road Ste. 101
Boca Raton, FL 33486

Baker Sponder Gallery
ABA# 121000248
International Routing: WFBIUS6S
Account #1683242752

Gallery Center 608 Banyan Trail Boca Raton FL 33431 t. 561.241.3050 info@BakerSponderGallery.com
Boca Raton Resort & Club 501 E Camino Real Boca Raton FL 33432 t. 561.447.0321 www.BakerSponderGallery.com

# ADAM BAUMGOLD
FINE ART

#6418

June 26, 2014

Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108

PAID
DATE 7/15/14
Wire transfer
73119615832 5

INVOICE

FRANK STELLA
*Imola Three II (from Circuits)*, 1984 $20,000.
Color woodcut, ed. 16/30
Unframed: 65 1/2" x 51 1/2"
The work is framed.

Less professional discount @25% - 5,000.

TOTAL DUE: $15,000.

No NY State Sales Tax; to be sent to you c/o Russ Roberts, Art Services Melrose.
Shipping costs to be billed separately.

Terms: Net 7 days.

Please make check payable to Adam Baumgold Fine Art, Inc.

Or wire funds to:

Adam Baumgold Fine Art Inc.
c/o J.P. Morgan Chase Bank, N.A.
New York, NY 10017
Account Number: 798503207
ABA (Routing)#: 021000021
Swift Code: CHASUS33

*Sale subject to *Imola Three II* being in excellent condition. If damaged, or not what reported, *Imola Three II* can be returned with full refund less shipping costs.

"in excellent condition

Thank you.

60 EAST 66TH ST. NEW YORK, NY 10065

TEL: 212.861.7338 EMAIL: abaumgold@aol.com

# ADAM BAUMGOLD
FINE ART

June 26, 2014

## CERTIFICATE OF AUTHENTICITY

To Whom It May Concern:

I hereby certify that the below listed and pictured artwork, *Imola Three II*, was executed by Frank Stella. It is signed by the artist and numbered 16 from the edition of 30. It was published by Tyler Graphics Ltd. with their blindstamp.

FRANK STELLA
*Imola Three II (from Circuits)*, 1984
Color woodcut
65 1/2" x 51 1/2"
ed. 16 of 30

Respectfully submitted,

Adam Baumgold, President

60 EAST 66TH ST. NEW YORK, NY 10065

TEL: 212.861.7338 EMAIL: abaumgold@aol.com

JONATHAN NOVAK
CONTEMPORARY ART

June 27, 2014

Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108

**INVOICE**

| | | |
|---|---|---|
| **FRANK STELLA** | Imola Three I<br>1982<br>Relief and engraving on TGL handmade paper<br>65-7/8" x 51-1/4" (167.3 x 130.2 cm)<br>Signed in pencil, annotated "PP 2"(a printer's proof, aside from the numbered edition of 30), and dated lower edge, recto<br>Published by Tyler Graphics, Mt. Kisco, NY | $14,375.00 |
| | 20% Professional Discount: | (2,875.00) |
| | Total: | $11,500.00 |

Resale – No Tax.

Please make check payable to Jonathan Novak Contemporary Art, or:

Please wire payment as follows: American Business Bank
523 West 6th Street, Suite 900
Los Angeles, CA 90014

Account name: Novak Fine Arts, Inc.
Account number: 03-107051
Bank ABA#: 122042807
Swift Code: ACBBUS6L

Thank you.

1880 CENTURY PARK EAST, SUITE 100 LOS ANGELES, CA 90067
TEL 310.277.4097 FAX 310.277.4881 email jnca@novakart.com web www.novakart.com



Frank Stella "Imola Five II, 1983
Relief, Woodcut on White TGL Handmade, Hand-colored Paper
Editon of 30,
67" High x 50" Wide
#14 UPPER STAIRWAY LANDING



Frank Stella "Taladega Three III," 1982 (Circuit Series)
Relief on White TGL Handmade Paper
ED: 12/30
66" H x 51" W
78.5" H x 51" W FRAMED



Frank Stella"Imola Three II," (from Circuits Series, 1984
color woodcut
65 1/2" x 51 1/2"
ed. of 30
#1 GARAGE



Frank Stella"Imola Three I," (From the Circuits Series)
Relief, Engraving on White TGL Hand Made Paper
65 1/2" H x 51 1/4" W
PP2, aside from the numbered edition of 30

CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: May 30, 2014
Last Statement: April 30, 2014

Account 3648940661

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0047210 4151-06-0200-CBT-PG0023-00010

AVENATTI & ASSOC A PROFESSIONAL CORP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Business Essentials Checking | 3648940661 | $71,641.65 | |

## BUSINESS ESSENTIALS CHECKING 3648940661

104 10

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| 988.15 | 2,244,700.00 | 2,142,031.76 | 32,014.74 | 71,641.65 |

**9 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 05/02 | 2,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000005626 2307105972 |
| 05/07 | 1,500.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001292 2304200248 |
| 05/08 | 2,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004669 2304700346 |
| 05/09 | 5,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004708 2304803914 |
| 05/19 | 26,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000091 2307404544 |
| 05/21 | 5,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000006792 2304300240 |
| 05/22 | 3,200.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003376 2304701678 |
| 05/23 | 2,000,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001911 2307500712 |
| 05/28 | 200,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004726 2304600536 |

**46 CHARGES/DEBITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 05/01 | 149.90 | 2475542G9M8ZTPFF6 9947 THE CAR SPA 949-6310161 CA 1204214551 |
| 05/07 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701101966 |
| 05/08 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701102055 |
| 05/15 | 20.95 | 2469216GN00PA6EA9 9947 GOGOAIR.COM 877-350-0038 IL 1205514069 |
| 05/16 | 5,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003236 2305300857 |
| 05/19 | 2,400.00 | WIRE/OUT-2014051900003497;BNF DARREN GAZEY 1302301120 |
| 05/19 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/19 | 2,450.00 | WIRE/OUT-2014051900003615;BNF GREENE VICTORY LLC 1302301170 |
| 05/19 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/19 | 4,471.00 | WIRE/OUT-2014051900003637;BNF JOHN R BROOKS 1302301178 |
| 05/19 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/19 | 18.95 | 2469216GS00GGJ6Z6 9947 GOGOAIR.COM 877-350-0038 IL 1206916452 |
| 05/20 | 10,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000181 2305500939 |
| 05/21 | 68.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701402205 |
| 05/22 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701201592 |
| 05/23 | 27,896.00 | WIRE/OUT-2014052300003500;BNF GREENHECK RACING INC. 1302001019 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 88,867.50 | WIRE/OUT-2014052300003928;BNF JULIE CLINE FINE ART SERVICES/ 1302001119 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 750,000.00 | WIRE/OUT-2014052300004033;BNF LISA STORIE-AVENATTI, MICHAEL 1302001153 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 500,000.00 | WIRE/OUT-2014052300004053;BNF GALLO BUILDERS INC 1302001165 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |

EQUAL HOUSING LENDER MEMBER FDIC

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**

***(This is a Summary of Your Billing Rights).***

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.** You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

***Thank you for banking with California Bank & Trust.***

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

May 30, 2014
AVENATTI & ASSOC A PROFESSIONAL CORP
3648940661

Continued ...

| Date | Amount | Description |
|---|---|---|
| 05/23 | 359,000.00 | WIRE/OUT-2014052300004093;BNF EUROPEAN COLLECTIBLES INC 1302001173 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 637.59 | SO CALIF EDISON PAYMENT *******859 REF # 014142006837770 1105519115 |
| 05/27 | 10,000.00 | WIRE/OUT-2014052700003779;BNF DAMIEN FAULKNER 1301901274 |
| 05/27 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/27 | 25,000.00 | WIRE/OUT-2014052700003876;BNF BOB FAIETA DBA COMPETITION 1301901298 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 25,000.00 | WIRE/OUT-2014052700003956;BNF SCROGHAM CONSULTING COLE 1301901314 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 25,000.00 | WIRE/OUT-2014052700004044;BNF MARIO PREZEL 1301901344 |
| 05/27 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/27 | 105,000.00 | WIRE/OUT-2014052700004187;BNF CHRISTINE AVENATTI CARLIN 1301901382 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 57,698.00 | WIRE/OUT-2014052700004383;BNF GR AUTO GALLERY LLC 1301901400 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 20.95 | 2469216GZ00LMP96X 9947 GOGOAIR.COM 877-350-0038 IL 1204458412 |
| 05/27 | 700.00 | 0947 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA 1402466588 |
| 05/27 | 800.00 | 0947 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA 1402466589 |
| 05/27 | 23,886.74 | FIA CARDSERVICES PAYBYP ******* REF # 014147007709909 1104945715 |
| 05/28 | 99,344.18 | WIRE/OUT-2014052800006450;BNF MICHAEL AVENATTI;OBI FBO: LOAN 1301901640 |
| 05/28 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/29 | 18,000.00 | WIRE/OUT-2014052900003926;BNF FIRST CLEARING, LLC;OBI FOR FU 1302200939 |
| 05/29 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |

**10 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1397 | 05/06 | 3,120.40 | 1412 | 05/20 | 1,561.00 | 1416* | 05/29 | 9,196.07 |
| 1398 | 05/07 | 1,996.69 | 1413 | 05/20 | 6,742.23 | 1417 | 05/30 | 2,000.00 |
| 1410* | 05/19 | 1,777.54 | 1414 | 05/20 | 1,250.00 | 9009* | 05/05 | 1,000.00 |
| 1411 | 05/21 | 3,370.81 | | | | | | |

** Not in check sequence*

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $170.00 | $1,356.00 |
| Total Returned Item Fees | $0.00 | $34.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 838.25 | 05/09 | 5,153.16 | 05/22 | 98.68 |
| 05/02 | 2,838.25 | 05/15 | 5,132.21 | 05/23 | 273,547.59 |
| 05/05 | 1,838.25 | 05/16 | 132.21 | 05/27 | 241.90 |
| 05/06 | -1,282.15 | 05/19 | 14,924.72 | 05/28 | 100,867.72 |
| 05/07 | -1,812.84 | 05/20 | -4,628.51 | 05/29 | 73,641.65 |
| 05/08 | 153.16 | 05/21 | -3,067.32 | 05/30 | 71,641.65 |

EQUAL HOUSING LENDER

Main Document Page 100 of 169
California Bank & Trust
Page 4 of 5

This page intentionally left blank

0047210-0000002-0129140
EXHIBIT 4
78

California Bank & Trust ACCOUNT # 3648940661

This Statement: May 30, 2014
Page 5 of 5

AVENATTI & ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1397
DATE 4/29/14
PAY TO THE ORDER OF Jeremy Hatcher $ 3,120.40
Three thousand one hundred twenty and 40/00 DOLLARS
CALIFORNIA BANK & TRUST
⑈001397⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53009516 $3120.40 Ch# 1397

AVENATTI & ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1398
DATE 4/29/14
PAY TO THE ORDER OF Luke Covington $ 1,996.69
One thousand nine hundred ninety six and 69/00 DOLLARS
CALIFORNIA BANK & TRUST
⑈001398⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53002147 $1996.69 Ch# 1398

AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1410
DATE 5/15/14
PAY TO THE ORDER OF Luke Covington $ 1,777.54
One Thousand Seven Hundred Seventy Seven and 54/00 DOLLARS
CALIFORNIA BANK & TRUST
⑈001410⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53034426 $1777.54 Ch# 1410

AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1411
DATE 5/15/14
PAY TO THE ORDER OF Jeremy Hatcher $ 3,370.81
Three Thousand Three Hundred Seventy and 81/00 DOLLARS
CALIFORNIA BANK & TRUST
⑈001411⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53004963 $3370.81 Ch# 1411

AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1412
United Bank 211872027 MAY 19 2014 Teller No. 180
DATE 5/15/14
PAY TO THE ORDER OF Jeremy Barrett $ 1,561.00
One Thousand Five Hundred Sixty One and 00/00 DOLLARS
CALIFORNIA BANK & TRUST
⑈001412⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53045126 $1561.00 Ch# 1412

AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1413
WV 1386
DATE 5/15/14
PAY TO THE ORDER OF Sam White $ 6,742.23
Six Thousand Seven Hundred Forty Two and 23/00 DOLLARS
CALIFORNIA BANK & TRUST
⑈001413⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53005691 $6742.23 Ch# 1413

AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1414
DATE 5/15/14
PAY TO THE ORDER OF Bob Chapman, Autosport Image $ 1,250.00
One Thousand Two Hundred Fifty and 00/00 DOLLARS
CALIFORNIA BANK & TRUST
⑈001414⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53055218 $1250.00 Ch# 1414

AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT 1416
DATE 5-24-14
PAY TO THE ORDER OF Neiman Marcus $ 9,196.07
Nine thousand one hundred ninety-six 07/100 DOLLARS
CALIFORNIA BANK & TRUST
FOR 949-887-4118
⑈001416⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53039939 $9196.07 Ch# 1416

AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT
DATE 5-24-14
PAY TO THE ORDER OF Graham Architecture $ 2,000.00
Two thousand and 00/100 DOLLARS
CALIFORNIA BANK & TRUST
⑈001417⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53019025 $2000.00 Ch# 1417

MICHAEL J. AVENATTI 1412200006 000822 9009
450 NEWPORT CENTER DR FL
NEWPORT BEACH, CA 92660
DATE 05/02/2014
PAY TO THE ORDER OF FIA Card Services N.A. $ 1,000.00
ONE THOUSAND AND 00/100 DOLLARS
ANTELOPE VALLEY BANK, A DI
ACTON, CA
By FIA Card Services, N.A. as authorized
4313 0848 5871 8180 Signatory for MICHAEL J. AVENATTI
⑆122003396⑆ 3648940661⑈9009 ⑈0000100000⑈

Ref# 53004424 $1000.00 Ch# 9009

0047210-0000003-0129141

Main Document Page 102 of 169

0047210-0000003-0129141

EXHIBIT 4
80

CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 6
This Statement: January 30, 2015
Last Statement: January 8, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0048324 4031-06-0000-CBT-PG0023-00017

EAGAN AVENATTI LLP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $844,313.73 | |

## BUSINESS ESSENTIALS CHECKING 5791082851

104 17

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| 0.00 | 1,777,290.02 | 680,115.96 | 252,860.33 | 844,313.73 |

**15 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 01/13 | 5.00 | ONLINE XFER FROM DDA ***2699 ID: 000003191 2306403744 |
| 01/14 | 50,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000000056 2306201790 |
| 01/15 | 16,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003372 2306102106 |
| 01/15 | 14,552.20 | DEPOSIT 5353049353 |
| 01/16 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000009402 2306603690 |
| 01/20 | 14,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000004409 2306510002 |
| 01/21 | 1,408.79 | PAY SEQ # 001106147567 Serial Number = 0001502000 1702504078 |
| 01/21 | 1,600.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000006265 2306402140 |
| 01/23 | 7,500.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000007055 2306404168 |
| 01/26 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000004515 2306603930 |
| 01/28 | 39,000.00 | EXCEPTIONS RTN LM REF # 015028006707676 1105800075 |
| 01/29 | 26,446.05 | PAY SEQ # 001105817288 Serial Number = 0001502700 1702901622 |
| 01/29 | 4,707.98 | DEPOSIT 5353016277 |
| 01/29 | 70.00 | fee refund ID: 000000001 2306303366 |
| 01/30 | 1,600,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000004069 2306400918 |

**16 CHARGES/DEBITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 01/15 | 10,000.00 | PAY SEQ # 001105732212 1702501685 |
| 01/15 | 70,456.56 | PAY SEQ # 001105730551 1702502002 |
| 01/20 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000091529294REF # 015020002206682 1106152697 |
| 01/20 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000091575852REF # 015020002282605 1106153247 |
| 01/20 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000091529224REF # 015020002281497 1106153241 |
| 01/20 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000091575872REF # 015020002282606 1106153248 |
| 01/23 | 7,500.00 | PAY SEQ # 001105425105 1702702303 |
| 01/26 | 70.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702601336 |
| 01/27 | 1,000.00 | PAY SEQ # 001106120098 1702803095 |
| 01/28 | 70.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702201798 |
| 01/29 | 35.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702901342 |
| 01/30 | 21,882.84 | WIRE/OUT-2015013000002648;BNF Julie Cline Fine Art Services; 1303900822 |
| 01/30 | 40,000.00 | WIRE/OUT-2015013000002647;BNF Edward G. Ashton;REF Ashton 1303900820 |
| 01/30 | 200,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004601 2306400935 |
| 01/30 | 250,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002310 2306404535 |
| 01/30 | 69,101.56 | PAYCHEX-RCX PAYROLL 59094600001804XREF # 015029007725747 1105935404 |

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**

***(This is a Summary of Your Billing Rights).***

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.** You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

***Thank you for banking with California Bank & Trust.***

**Become an Online Banking Customer for 24-hour account access.**

• Review account balances • Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0048324-0000001-0131183



P.O. Box 489, Lawndale, CA 90260-0489

**15 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9966 | 01/27 | 39,000.00 | 15001* | 01/16 | 120.66 | 15006 | 01/21 | 70.00 |
| 10013* | 01/21 | 832.00 | 15002 | 01/23 | 506.79 | 15008* | 01/30 | 2,499.99 |
| 10030* | 01/21 | 325.00 | 15003 | 01/28 | 5,203.39 | 15010* | 01/30 | 171,000.00 |
| 10042* | 01/20 | 4,925.00 | 15004 | 01/23 | 70.00 | 15015* | 01/30 | 25,000.00 |
| 10044* | 01/21 | 1,787.50 | 15005 | 01/30 | 90.00 | 15017* | 01/30 | 1,430.00 |

** Not in check sequence*

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $175.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/13 | 5.00 | 01/20 | 54.98 | 01/27 | -39,597.52 |
| 01/14 | 50,005.00 | 01/21 | 49.27 | 01/28 | -5,870.91 |
| 01/15 | 100.64 | 01/23 | -527.52 | 01/29 | 25,318.12 |
| 01/16 | 979.98 | 01/26 | 402.48 | 01/30 | 844,313.73 |

Main Document Page 106 of 169
California Bank & Trust
Page 4 of 6

This page intentionally left blank

0048324-0000002-0131184
EXHIBIT 4
84



CALIFORNIA BANK & TRUST — CHECKING DEPOSIT — DEPOSITED CHECKS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

FOR DEPOSIT TO THE ACCOUNT OF
DATE ____ 20__
NAME Eagan Avenatti LLP
ADDRESS
CASH INCLUDING COIN
CHECKS 14,552.20
SUB TOTAL
LESS CASH RECEIVED
ACCOUNT NUMBER 5791082851
NET DEPOSIT $ 14,552.20
⑆5454⑈0140⑆ 352

Ref# 53049353 $14552.20

CALIFORNIA BANK & TRUST — CHECKING DEPOSIT — DEPOSITED CHECKS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

FOR DEPOSIT TO THE ACCOUNT OF
DATE 1/29 20 15
NAME Eagan Avenatti
ADDRESS
CHECKS 1298
4695.—
SUB TOTAL
LESS CASH RECEIVED
ACCOUNT NUMBER 5791082851
NET DEPOSIT $ 4707.98
⑆5454⑈0140⑆ 352

Ref# 53016277 $4707.98

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
09966
1/22/2015
PAY TO THE ORDER OF Acamar Investments, Inc. $**39,000.00
Thirty-Nine Thousand and 00/100****** DOLLARS
Acamar Investments, Inc.
MEMO
⑈009966⑈ ⑆122003396⑆ 3260138461⑈ ⑈0003900000⑈

Ref# 53130871 $39000.00 Ch# 9966

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
10013
12/22/2014
PAY TO THE ORDER OF Simpson Deposition Services $**832.00
Eight Hundred Thirty-Two and 00/100****** DOLLARS
Simpson Deposition Services
1314 E. Chapman Avenue
Orange, CA 92866
MEMO 14-0359c
⑈010013⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53011587 $832.00 Ch# 10013

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
10030
12/24/2014
PAY TO THE ORDER OF US District Court- Central District $**325.00
Three Hundred Twenty-Five and 00/100****** DOLLARS
US District Court- Central District
312 North Spring Street, Room 529
Los Angeles, CA 90012
MEMO Sim Osborn Pro Hac Admission
⑈010030⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53006612 $325.00 Ch# 10030

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
10042
1/12/2015
PAY TO THE ORDER OF Pamela Pine, Ph.D. $**4,925.00
Four Thousand Nine Hundred Twenty-Five and 00/100****** DOLLARS
Pamela Pine, Ph.D.
9735 Wilshire Blvd, Ste 212
Beverly Hills, CA 90212
MEMO 102714
⑈010042⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53005447 $4925.00 Ch# 10042

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
10044
1/13/2015
PAY TO THE ORDER OF Arthur J. Lachman $**1,787.50
One Thousand Seven Hundred Eighty-Seven and 50/100****** DOLLARS
Arthur J. Lachman
MEMO
⑈010044⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53027091 $1787.50 Ch# 10044

15001
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST 16-339-1220
1/16/2015
PAY TO THE ORDER OF Tony McNeil $**120.66
One Hundred Twenty and 66/100****** DOLLARS
Tony McNeil
MEMO
AUTHORIZED SIGNATURE
⑈00015001⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53070134 $120.66 Ch# 15001

15002
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST 16-339-1220
1/20/2015
PAY TO THE ORDER OF Jessica K. Davis $**506.79
Five Hundred Six and 79/100****** DOLLARS
Jessica K. Davis
4415 Autumngfen Ct.
Moorpark, CA 93021
MEMO
AUTHORIZED SIGNATURE
⑈00015002⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53099226 $506.79 Ch# 15002

15003
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST 16-339-1220
1/21/2015
PAY TO THE ORDER OF Precision Services Group $**5,203.39
Five Thousand Two Hundred Three and 39/100****** DOLLARS
Precision Services Group
15201 Woodlawn Avenue
Tustin, CA 92780
MEMO
AUTHORIZED SIGNATURE
⑈00015003⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53073815 $5203.39 Ch# 15003

0048324-0000003-0131185

California Bank & Trust ACCOUNT # 5791082851

This Statement: January 30, 2015
Page 6 of 6

15004
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
1/21/2015
PAY TO THE ORDER OF Ace Parking Management, Inc. $**70.00
Seventy and 00/100****** DOLLARS
Ace Parking Management, Inc.
600 Newport Center Drive
Newport Beach, CA 92660
MEMO GB075013842
AUTHORIZED SIGNATURE
⑈0015004⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53001517 $70.00 Ch# 15004

15005
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
1/21/2015
PAY TO THE ORDER OF Paperstreet Web Design $**90.00
Ninety and 00/100****** DOLLARS
Paperstreet Web Design
219 S.W. 17th St.
Fort Lauderdale, FL 33315
MEMO 28888
AUTHORIZED SIGNATURE
⑈0015005⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53101917 $90.00 Ch# 15005

15006
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
1/21/2015
PAY TO THE ORDER OF Tony McNeil $**70.00
Seventy and 00/100****** DOLLARS
Tony McNeil
MEMO
AUTHORIZED SIGNATURE
⑈0015006⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53073670 $70.00 Ch# 15006

15008
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
1/26/2015
PAY TO THE ORDER OF The Peoples Bank $**2,499.99
Two Thousand Four Hundred Ninety-Nine and 99/100****** DOLLARS
The Peoples Bank
152 Lameuse Street
Biloxi, MS 39530
MEMO
AUTHORIZED SIGNATURE
⑈0015008⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53099193 $2499.99 Ch# 15008

15010
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
PAY TO THE ORDER OF Rogers & Smith, P.C. $**171,000
One [illegible] Seventy-One Thousand and
Rogers & Smith, P.C.
Joseph A Power
70 W. Madison Street, 55th Floor
Chicago, IL 60602
MEMO
AUTHORIZED SIGNATURE
⑈0015010⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53097929 $171000.00 Ch# 15010

15015
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
1/29/2015
PAY TO THE ORDER OF Sugarman & Company LLP $**25,000.00
Twenty-Five Thousand and 00/100****** DOLLARS
Sugarman & Company LLP
500 Sansome Street, #600
San Francisco, CA 94111
MEMO
AUTHORIZED SIGNATURE
⑈0015015⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53117304 $25000.00 Ch# 15015

15017
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
1/30/2015
PAY TO THE ORDER OF Ace Parking Management, Inc. $**1,430.00
One Thousand Four Hundred Thirty and 00/100****** DOLLARS
Ace Parking Management, Inc.
600 Newport Center Drive
Newport Beach, CA 92660
MEMO GB075013844
AUTHORIZED SIGNATURE
⑈0015017⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53111580 $1430.00 Ch# 15017

0048324-0000003-0131185

CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 12
This Statement: February 27, 2015
Last Statement: January 30, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0047703 4059-06-0000-CBT-PG0023-00075

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7010

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $48,124.54 | |

## BUSINESS ESSENTIALS CHECKING 5791082851

104 75

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| 844,313.73 | 800,240.93 | 1,122,578.39 | 473,851.73 | 48,124.54 |

**6 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 02/04 | 2,776.43 | ONLINE XFER FROM DDA STATE BAR OF ID: 000006454 2306404232 |
| 02/04 | 736,883.89 | ONLINE XFER FROM DDA STATE BAR OF ID: 000000784 2306404168 |
| 02/05 | 15,637.00 | DEPOSIT 5353037380 |
| 02/18 | 2,322.31 | DEPOSIT 5353036275 |
| 02/20 | 20,000.00 | DEPOSIT 5353019841 |
| 02/26 | 22,621.30 | PAY SEQ # 001105018435 Serial Number = 0001505501 1702201714 |

**41 CHARGES/DEBITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 02/02 | 4,065.13 | ACHMA VISB BILL PYMNT 9894867 REF # 015033008329277 1106233827 |
| 02/02 | 10,000.00 | CREDIT CARD ECS PAYMENT 043000093332502REF # 015033008685128 1106256211 |
| 02/02 | 15,000.00 | CREDIT CARD ECS PAYMENT 043000093332518REF # 015033008685129 1106256212 |
| 02/02 | 18,550.00 | ANTHEM BLUE I01O CORP P FL00924514 REF # 015033008334447 1106230553 |
| 02/03 | 19.95 | PAY SEQ # 001106242871 1702403033 |
| 02/03 | 3,045.36 | PAY SEQ # 001106253764 1702403053 |
| 02/03 | 3,052.57 | PAY SEQ # 001106253765 1702403028 |
| 02/03 | 8,125.00 | WIRE/OUT-2015020300004461;BNF Heidi Richardson;REF Richardso 1303401367 |
| 02/03 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006074 2306300731 |
| 02/03 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006166 2306302935 |
| 02/03 | 12,344.37 | EMPLOYMENT DEVEL EDD EF 1206754048 REF # 015034009644690 1105746555 |
| 02/04 | 12,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000024 2306400673 |
| 02/04 | 50,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007894 2306403089 |
| 02/05 | 1,389.00 | ANTHEM BLUE I01O CORP P FL00930456 REF # 015036001444372 1105631793 |
| 02/06 | 275,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008353 2307301889 |
| 02/06 | 30.00 | ONLINE XFER TO DDA ***2699 ID: 000005750 2307301891 |
| 02/10 | 100,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004680 2307100985 |
| 02/10 | 680.35 | PAYCHEX EIB INVOICE X59122800019734REF # 015040002907192 1106606374 |
| 02/11 | 8.11 | PAY SEQ # 001106634880 1702502259 |
| 02/12 | 68,770.05 | PAYCHEX PAYROLL 59274400004162XREF # 015043004811561 1105526005 |
| 02/18 | 3,067.00 | PAY SEQ # 001106953209 1702403027 |
| 02/18 | 1,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007648 2306500611 |
| 02/19 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000096288826REF # 015050007916883 1105325879 |
| 02/19 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000096288818REF # 015050007916882 1105325878 |
| 02/19 | 30,000.00 | CREDIT CARD ECS PAYMENT 043000096293978REF # 015050007977777 1105326058 |
| 02/24 | 27,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003342 2306101225 |

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**

***(This is a Summary of Your Billing Rights).***

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.** You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

***Thank you for banking with California Bank & Trust.***

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0047703-0000001-0128374



CALIFORNIA BANK TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Continued ...

| Date | Amount | Description |
|---|---|---|
| 02/25 | 4,653.47 | WIRE/OUT-2015022500002156;BNF Julie Cline Fine Art Services; 1304300626 |
| 02/25 | 2,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003328 2305701643 |
| 02/25 | 50,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005508 2305703133 |
| 02/25 | 18,676.00 | ANTHEM BLUE I01O CORP P FL00938403 REF # 015055009958694 1105010357 |
| 02/26 | 1,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009565 2306103373 |
| 02/26 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000096920430REF # 015057001266367 1105626880 |
| 02/26 | 2,000.00 | CREDIT CARD ECS PAYMENT 043000096947008REF # 015057001265427 1105626877 |
| 02/26 | 2,000.00 | CREDIT CARD ECS PAYMENT 043000096920616REF # 015057001266368 1105626881 |
| 02/26 | 13,000.00 | CREDIT CARD ECS PAYMENT 043000096926580REF # 015057001299576 1105626917 |
| 02/26 | 70,077.03 | PAYCHEX PAYROLL 59470000001086XREF # 015057001262340 1105625636 |
| 02/27 | 100,000.00 | WIRE/OUT-2015022700007964;BNF Baker Keener Nahra LLP;REF Eag 1304501890 |
| 02/27 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006369 2306901451 |
| 02/27 | 77,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003582 2306903635 |
| 02/27 | 7,000.00 | CREDIT CARD ECS PAYMENT 043000098466944REF # 015058002129388 1106147567 |
| 02/27 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

**72 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9998 | 02/24 | 50.40 | 15034 | 02/02 | 1,406.51 | 15058 | 02/06 | 557.35 |
| 10010* | 02/03 | 360.00 | 15035 | 02/05 | 317.00 | 15059 | 02/04 | 4,651.60 |
| 10041* | 02/02 | 5,070.00 | 15036 | 02/03 | 261.00 | 15060 | 02/10 | 5,550.38 |
| 15009* | 02/02 | 75,000.00 | 15037 | 02/03 | 1,732.04 | 15061 | 02/09 | 5,325.00 |
| 15011* | 02/05 | 18,000.00 | 15038 | 02/05 | 11,880.97 | 15062 | 02/03 | 100.00 |
| 15012 | 02/05 | 80,000.00 | 15039 | 02/09 | 3,744.07 | 15064* | 02/11 | 668.10 |
| 15013 | 02/12 | 5,300.00 | 15040 | 02/03 | 6,453.26 | 15065 | 02/04 | 6,640.55 |
| 15014 | 02/03 | 6,000.00 | 15041 | 02/03 | 3,337.05 | 15066 | 02/04 | 6,715.45 |
| 15016* | 02/02 | 18,142.29 | 15042 | 02/03 | 80.87 | 15067 | 02/06 | 10,059.82 |
| 15019* | 02/03 | 1,272.79 | 15043 | 02/02 | 1,010.10 | 15068 | 02/06 | 3,521.68 |
| 15020 | 02/12 | 39,000.00 | 15044 | 02/05 | 3,439.17 | 15069 | 02/10 | 6,520.36 |
| 15021 | 02/25 | 39,000.00 | 15045 | 02/03 | 1,279.00 | 15070 | 02/09 | 3,700.00 |
| 15022 | 02/02 | 1,244.26 | 15046 | 02/02 | 166.44 | 15071 | 02/11 | 5,550.00 |
| 15023 | 02/05 | 4,941.00 | 15047 | 02/13 | 13,608.13 | 15073* | 02/09 | 2,499.00 |
| 15024 | 02/03 | 447.81 | 15048 | 02/04 | 8,202.54 | 15074 | 02/18 | 2,776.43 |
| 15025 | 02/11 | 520.20 | 15049 | 02/05 | 477.36 | 15075 | 02/11 | 38.50 |
| 15026 | 02/10 | 1,640.00 | 15050 | 02/09 | 8.31 | 15079* | 02/09 | 25.00 |
| 15027 | 02/04 | 866.00 | 15051 | 02/03 | 617.20 | 15080 | 02/11 | 6,460.00 |
| 15028 | 02/03 | 5,489.91 | 15052 | 02/02 | 55.00 | 15081 | 02/13 | 7,500.00 |
| 15029 | 02/02 | 1,218.43 | 15053 | 02/06 | 91.15 | 15082 | 02/12 | 14,583.33 |
| 15030 | 02/10 | 1,176.00 | 15054 | 02/02 | 2,963.55 | 15083 | 02/13 | 2,331.74 |
| 15031 | 02/06 | 144.88 | 15055 | 02/13 | 1,784.30 | 15084 | 02/24 | 1,642.50 |
| 15032 | 02/02 | 2,681.87 | 15056 | 02/17 | 2,322.42 | 15085 | 02/18 | 1,509.55 |
| 15033 | 02/05 | 1,245.00 | 15057 | 02/03 | 516.49 | 15090* | 02/24 | 360.62 |

** Not in check sequence*

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/02 | 687,740.15 | 02/10 | 692,463.81 | 02/19 | 482,988.26 |
| 02/03 | 568,205.48 | 02/11 | 679,218.90 | 02/20 | 502,988.26 |
| 02/04 | 1,218,789.66 | 02/12 | 551,565.52 | 02/24 | 473,934.74 |
| 02/05 | 1,112,737.16 | 02/13 | 526,341.35 | 02/25 | 359,105.27 |
| 02/06 | 823,332.28 | 02/17 | 524,018.93 | 02/26 | 292,149.54 |
| 02/09 | 808,030.90 | 02/18 | 517,988.26 | 02/27 | 48,124.54 |

EQUAL HOUSING LENDER

**California Bank & Trust**

This page intentionally left blank



CALIFORNIA BANK & TRUST — CHECKING DEPOSIT — DEPOSITED CHECKS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

FOR DEPOSIT TO THE ACCOUNT OF
DATE 2/5 2015
NAME Eagan Avenatti
ADDRESS NB CA
ACCOUNT NUMBER 5791082851
CHECKS 16220 — 15637.00
NET DEPOSIT $ 15637.00
⑆5454⑈0140⑆ 352

CALIFORNIA BANK & TRUST — CHECKING DEPOSIT — DEPOSITED CHECKS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

FOR DEPOSIT TO THE ACCOUNT OF
DATE Eagan Avenatti
NAME 2/18/15
ACCOUNT NUMBER 5791082851
CHECKS 12/5/14 — 2322.31
NET DEPOSIT $ 2322.31
⑆5454⑈0140⑆ 352

Ref# 53037380 $15637.00

Ref# 53036275 $2322.31

CALIFORNIA BANK & TRUST — CHECKING DEPOSIT — DEPOSITED CHECKS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

FOR DEPOSIT TO THE ACCOUNT OF
DATE 2/20 2015
NAME Eagan Avenatti
ADDRESS NB
ACCOUNT NUMBER 5791082851
CHECKS 11-Bldd — 20000.—
NET DEPOSIT $ 20000.—
⑆5454⑈0140⑆ 352

Ref# 53019841 $20000.00

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
09998
12/22/2014
PAY TO THE ORDER OF Mariam Bicknell $**50.40
Fifty and 40/100 DOLLARS
Mariam Bicknell
MEMO 062514
⑈009998⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53031608 $50.40 Ch# 9998

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
10010
12/22/2014
PAY TO THE ORDER OF Rest Your Case Evidence Storage $**360.00
Three Hundred Sixty and 00/100 DOLLARS
Rest Your Case Evidence Storage
6364 Irwindale Road
Irwindale, CA 91702
MEMO
⑈010010⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53011384 $360.00 Ch# 10010

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220
10041
1/9/2015
PAY TO THE ORDER OF Sunrise of West Hills $**5,070.00
Five Thousand Seventy and 00/100 DOLLARS
Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304
MEMO 00122092
⑈010041⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53104392 $5070.00 Ch# 10041

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST 16-339-1220
15009
1/29/2015
PAY TO THE ORDER OF Phipps Reporting, Inc. $ **75,000.00
Seventy-Five Thousand and 00/100 DOLLARS
Phipps Reporting, Inc.
100 S.E. Third Avenue
Suite 2200
Fort Lauderdale, FL 33394
MEMO
AUTHORIZED SIGNATURE
⑈00015009⑈ ⑆122003396⑆ 5791082851⑈

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST 16-339-1220
15011
1/29/2015
PAY TO THE ORDER OF Cascade Capital Group $ **18,000.00
Eighteen Thousand and 00/100 DOLLARS
Cascade Capital Group
815 First Avenue, #150
Seattle, WA 98104
MEMO
AUTHORIZED SIGNATURE
⑈00015011⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53032933 $75000.00 Ch# 15009

Ref# 53103241 $18000.00 Ch# 15011

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST 16-339-1220
15012
1/29/2015
PAY TO THE ORDER OF Mark Calvert $ **80,000.00
Eighty Thousand and 00/100 DOLLARS
Mark Calvert
MEMO
AUTHORIZED SIGNATURE
⑈00015012⑈ ⑆122003396⑆ 5791082851⑈

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST 16-339-1220
15013
1/29/2015
PAY TO THE ORDER OF Bowman Medical Center $ **5,300.00
Five Thousand Three Hundred and 00/100 DOLLARS
Bowman Medical Center
9777 Wilshire Blvd, Ste 707
Beverly Hills, CA 90212
MEMO 103114
AUTHORIZED SIGNATURE
⑈00015013⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53103242 $80000.00 Ch# 15012

Ref# 53084408 $5300.00 Ch# 15013

0047703-0000003-0128376

Ref# 53118295 $6000.00 Ch# 15014

Ref# 53003688 $18142.29 Ch# 15016

Ref# 53111212 $1272.79 Ch# 15019

Ref# 53068037 $39000.00 Ch# 15020

Ref# 53061068 $39000.00 Ch# 15021

Ref# 53003693 $1244.26 Ch# 15022

Ref# 53081029 $4941.00 Ch# 15023

Ref# 53133500 $447.81 Ch# 15024

Ref# 53005975 $520.20 Ch# 15025

Ref# 53020915 $1640.00 Ch# 15026

California Bank & Trust ACCOUNT # 5791082851

This Statement: February 27, 2015
Page 7 of 12

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15027 — 1/30/2015
PAY TO THE ORDER OF ADERANT $ **866.00
Eight Hundred Sixty-Six and 00/100 DOLLARS
ADERANT HOLDINGS LOCKBOX
PO Box 532159
Atlanta, GA 30353-2159
MEMO
⑈00015027⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53016042 $866.00 Ch# 15027

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15028 — 1/30/2015
PAY TO THE ORDER OF Advanced Discovery $ **5,489.91
Five Thousand Four Hundred Eighty-Nine and 91/100 DOLLARS
Advanced Discovery
P.O. Box 415018
Kansas City, MO 64141-5018
MEMO
⑈00015028⑈ ⑆122003396⑆ 5791082851⑈ ⑈0000548991⑈

Ref# 53132478 $5489.91 Ch# 15028

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15029 — 1/30/2015
PAY TO THE ORDER OF Ahmed Ibrahim $ **1,218.43
One Thousand Two Hundred Eighteen and 43/100 DOLLARS
Ahmed Ibrahim
MEMO 111214
⑈00015029⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53130303 $1218.43 Ch# 15029

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15030 — 1/30/2015
PAY TO THE ORDER OF Allied Interpreting Service, Inc. $ **1,176.00
One Thousand One Hundred Seventy-Six and 00/100 DOLLARS
Allied Interpreting Service, Inc.
P.O. Box 480347
Los Angeles, CA 90048
MEMO
⑈00015030⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53008216 $1176.00 Ch# 15030

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15031 — 1/30/2015
PAY TO THE ORDER OF AT&T Teleconference Services $ **144.88
One Hundred Forty-Four and 88/100 DOLLARS
AT&T Teleconference Services
PO Box 5002
Carol Stream, IL 60197-5002
MEMO 26166499-00001
⑈00015031⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53073877 $144.88 Ch# 15031

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15032 — 1/30/2015
PAY TO THE ORDER OF Blue Ribbon Legal $ **2,681.87
Two Thousand Six Hundred Eighty-One and 87/100 DOLLARS
Blue Ribbon Legal
P.O. Box 79487
Houston, TX 77279-9487
MEMO
⑈00015032⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53177875 $2681.87 Ch# 15032

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15033 — 1/30/2015
PAY TO THE ORDER OF Business Wire $ **1,245.00
One Thousand Two Hundred Forty-Five and 00/100 DOLLARS
Business Wire
101 California Street
20th Floor
San Francisco CA 94111
MEMO 4479505
⑈00015033⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53102949 $1245.00 Ch# 15033

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15034 — 1/30/2015
PAY TO THE ORDER OF Carlos X. Colorado $ **1,406.51
One Thousand Four Hundred Six and 51/100 DOLLARS
Carlos X. Colorado
MEMO 122214
⑈00015034⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53041195 $1406.51 Ch# 15034

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15035 — 1/30/2015
PAY TO THE ORDER OF Central Communications $ **317.00
Three Hundred Seventeen and 00/100 DOLLARS
Central Communications
11830 Pierce Street, Ste 100
Riverside, CA 92505
MEMO
⑈00015035⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53009898 $317.00 Ch# 15035

EAGAN AVENATTI, LLP OPERATING ACCOUNT — California Bank & Trust 16-339-1220 — 15036 — 1/30/2015
PAY TO THE ORDER OF Cheri A. Violette $ **261.00
Two Hundred Sixty-One and 00/100 DOLLARS
Cheri A. Violette
233 16th Street
Seal Beach, CA 90740
MEMO 091614
⑈00015036⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53133081 $261.00 Ch# 15036

0047703-0000004-0128377

California Bank & Trust ACCOUNT # 5791082851

This Statement: February 27, 2015
Page 8 of 12

15037
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Developing Opportunities & Solutions LLC $ **1,732.04
One Thousand Seven Hundred Thirty-Two and 04/100 DOLLARS
Developing Opportunities & Solutions LLC
611 South Main Street #400
Grapevine, TX 76051
MEMO
AUTHORIZED SIGNATURE
⑈0001 5037⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53100679 $1732.04 Ch# 15037

15038
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF First Insurance Funding Corp $ **11,880.97
Eleven Thousand Eight Hundred Eighty and 97/100 DOLLARS
First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468
MEMO 07718-0001-1282310
AUTHORIZED SIGNATURE
⑈0001 5038⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53101811 $11880.97 Ch# 15038

15039
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Teris, LLC $ **3,744.07
Three Thousand Seven Hundred Forty-Four and 07/100 DOLLARS
Inventus LLC
1001 4th Avenue
Suite 2110
Seattle, WA 98154
MEMO
AUTHORIZED SIGNATURE
⑈0001 5039⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53194989 $3744.07 Ch# 15039

15040
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Jams $ **6,453.26
Six Thousand Four Hundred Fifty-Three and 26/100 DOLLARS
Jams
P.O. Box 512850
Los Angeles, CA 90051-0850
MEMO 0003308234-100 Replaces 0003295436-100
AUTHORIZED SIGNATURE
⑈0001 5040⑈ ⑆122003396⑆ 5791082851⑈ ⑈0000645326⑈

Ref# 53021673 $6453.26 Ch# 15040

15041
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Jason Frank $ **3,337.05
Three Thousand Three Hundred Thirty-Seven and 05/100 DOLLARS
Jason Frank
MEMO 122214
AUTHORIZED SIGNATURE
⑈0001 5041⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53000519 $3337.05 Ch# 15041

15042
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Jordan Mills $ **80.87
Eighty and 87/100 DOLLARS
Jordan Mills
MEMO
AUTHORIZED SIGNATURE
⑈0001 5042⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53117802 $80.87 Ch# 15042

15043
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Judy Regnier $ **1,010.10
One Thousand Ten and 10/100 DOLLARS
Judy Regnier
MEMO
AUTHORIZED SIGNATURE
⑈0001 5043⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53116545 $1010.10 Ch# 15043

15044
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Matthew Bender & Co., Inc. $ **3,439.17
Three Thousand Four Hundred Thirty-Nine and 17/100 DOLLARS
Matthew Bender & Co., Inc
P.O. Box 7247-0178
Philadelphia, PA 19170-0178
MEMO 0099368401
AUTHORIZED SIGNATURE
⑈0001 5044⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53110339 $3439.17 Ch# 15044

15045
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF LexisNexis $ **1,279.00
One Thousand Two Hundred Seventy-Nine and 00/100 DOLLARS
LexisNexis
PO Box 894166
Los Angeles, CA 90189-4166
MEMO
AUTHORIZED SIGNATURE
⑈0001 5045⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53133299 $1279.00 Ch# 15045

15046
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
1/30/2015
PAY TO THE ORDER OF Lisa Wegner $ **166.44
One Hundred Sixty-Six and 44/100 DOLLARS
Lisa Wegner
MEMO 1222214
AUTHORIZED SIGNATURE
⑈0001 5046⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53118931 $166.44 Ch# 15046

0047703-0000004-0128377

California Bank & Trust ACCOUNT # 5791082851

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15047 1/30/2015
PAY TO THE ORDER OF Montage Resort & Spa, Laguna Beach $**13,608.13
Thirteen Thousand Six Hundred Eight and 13/100 DOLLARS
Montage Resort & Spa, Laguna Beach
30801 South Coast Highway
Laguna Beach, CA 92651
MEMO Holiday Party 2014 Final Invoice

Ref# 53006018 $13608.13 Ch# 15047

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15048 1/30/2015
PAY TO THE ORDER OF Nationwide Legal, LLC $**8,202.54
Eight Thousand Two Hundred Two and 54/100 DOLLARS
Nationwide Legal Express, LLC
1609 James M. Wood Blvd
Los Angeles, CA 90015
MEMO 20358

Ref# 53112528 $8202.54 Ch# 15048

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15049 1/30/2015
PAY TO THE ORDER OF New York Times $**477.36
Four Hundred Seventy-Seven and 36/100 DOLLARS
New York Times
PO Box 371456
Pittsburgh, PA 15250-7456
MEMO 873900559

Ref# 53091973 $477.36 Ch# 15049

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15050 1/30/2015
PAY TO THE ORDER OF Omnicare of Canoga Park $**8.31
Eight and 31/100 DOLLARS
Omnicare of Canoga Park
PO Box 740391
Cincinnati, OH 45274-0391
MEMO 1368-283

Ref# 53207223 $8.31 Ch# 15050

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15051 1/30/2015
PAY TO THE ORDER OF Pacer $**617.20
Six Hundred Seventeen and 20/100 DOLLARS
Pacer
P.O. Box 71364
Philadelphia, PA 19176-1364
MEMO 3240250

Ref# 53112831 $617.20 Ch# 15051

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15052 1/30/2015
PAY TO THE ORDER OF Pansky Markle Ham LLP $**55.00
Fifty-Five and 00/100 DOLLARS
Pansky Markle Ham LLP
1010 Sycamore Ave, Suite 308
South Pasadena, CA 91030
MEMO 8727-02M

Ref# 53120861 $55.00 Ch# 15052

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15053 1/30/2015
PAY TO THE ORDER OF Purchase Power $**91.15
Ninety-One and 15/100 DOLLARS
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874
MEMO 8000-9090-0457-9111

Ref# 53083569 $91.15 Ch# 15053

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15054 1/30/2015
PAY TO THE ORDER OF Ricoh USA, Inc $**2,963.55
Two Thousand Nine Hundred Sixty-Three and 55/100 DOLLARS
Ricoh USA, Inc
PO Box 31001-0850
Pasadena, CA 91110-0850
MEMO

Ref# 53127040 $2963.55 Ch# 15054

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15055 1/30/2015
PAY TO THE ORDER OF Robyn Oleson Fiedler $**1,784.30
One Thousand Seven Hundred Eighty-Four and 30/100 DOLLARS
Robyn Oleson Fiedler
c/o Ahearn & Associates
24138 S.E. 261st Place
Maple Valley, WA 98038
MEMO

Ref# 53079674 $1784.30 Ch# 15055

EAGAN AVENATTI, LLP OPERATING ACCOUNT 15056 1/30/2015
PAY TO THE ORDER OF Scott H. Sims $**2,322.42
Two Thousand Three Hundred Twenty-Two and 42/100 DOLLARS
Scott H. Sims
MEMO 122214

Ref# 53009949 $2322.42 Ch# 15056

California Bank & Trust ACCOUNT # 5791082851

This Statement:
February 27, 2015
Page 10 of 12

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15057
1/30/2015
PAY TO THE ORDER OF Shred-It USA - San Diego $ **516.49
Five Hundred Sixteen and 49/100 DOLLARS
Shred-It USA - Los Angeles
PO Box 101007
Pasadena, CA 91189-1007
MEMO
AUTHORIZED SIGNATURE
⑈00015057⑈ ⑆122003396⑆ 5791082851⑈ /0000051649/

Ref# 53023728 $516.49 Ch# 15057

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15058
1/30/2015
PAY TO THE ORDER OF Staples Advantage $ **557.35
Five Hundred Fifty-Seven and 35/100 DOLLARS
Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-3689
MEMO
AUTHORIZED SIGNATURE
⑈00015058⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53001170 $557.35 Ch# 15058

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15059
1/30/2015
PAY TO THE ORDER OF Strong Legal Counsel, P.C. $ **4,651.60
Four Thousand Six Hundred Fifty-One and 60/100 DOLLARS
Strong Legal Counsel, P.C.
931 Monroe Drive NE
Suite A102-346
Atlanta, GA 30308
MEMO 0002/KC
AUTHORIZED SIGNATURE
⑈00015059⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53122150 $4651.60 Ch# 15059

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15060
1/30/2015
PAY TO THE ORDER OF Sunrise of West Hills $ **5,550.38
Five Thousand Five Hundred Fifty and 38/100 DOLLARS
Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304
MEMO 00122092
AUTHORIZED SIGNATURE
⑈00015060⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53110709 $5550.38 Ch# 15060

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15061
1/30/2015
PAY TO THE ORDER OF Suzy Quinn $ **5,325.00
Five Thousand Three Hundred Twenty-Five and 00/100 DOLLARS
Suzy Quinn
Q Consulting
1305 SE 5th Avenue
Pompano Beach, FL 33060
MEMO
AUTHORIZED SIGNATURE
⑈00015061⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53006318 $5325.00 Ch# 15061

14121226
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15062
1/30/2015
PAY TO THE ORDER OF Software Technology, Inc. $ **100.00
One Hundred and 00/100 DOLLARS
Tabs3- Software Technology, Inc.
1621 Cushman Drive
Lincoln, NE 68512-1237
MEMO 14121226
AUTHORIZED SIGNATURE
⑈00015062⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53116224 $100.00 Ch# 15062

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15064
1/30/2015
PAY TO THE ORDER OF Veritext $ **668.10
Six Hundred Sixty-Eight and 10/100 DOLLARS
Veritext
PO Box 71303
Chicago, IL 60694-1303
MEMO CA2211283
AUTHORIZED SIGNATURE
⑈00015064⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53015731 $668.10 Ch# 15064

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15065
1/30/2015
PAY TO THE ORDER OF Yamaguchi Obien Mangio, LLC $ **6,640.55
Six Thousand Six Hundred Forty and 55/100 DOLLARS
Yamaguchi Obien Mangio, LLC
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001
MEMO
AUTHORIZED SIGNATURE
⑈00015065⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53006776 $6640.55 Ch# 15065

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15066
1/30/2015
PAY TO THE ORDER OF Personal Court Reporters, Inc. $ **6,715.45
Six Thousand Seven Hundred Fifteen and 45/100 DOLLARS
Personal Court Reporters, Inc.
14520 Sylvan Street
Van Nuys, CA 91411
MEMO
AUTHORIZED SIGNATURE
⑈00015066⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53006841 $6715.45 Ch# 15066

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15067
1/30/2015
PAY TO THE ORDER OF West Payment Center $ **10,059.82
Ten Thousand Fifty-Nine and 82/100 DOLLARS
Thomson West
West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292
MEMO
AUTHORIZED SIGNATURE
⑈00015067⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53127357 $10059.82 Ch# 15067

0047703-0000005-0128378

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15068
2/3/2015
PAY TO THE ORDER OF Sicco, Corp. $ **3,521.68
Three Thousand Five Hundred Twenty-One and 68/100 DOLLARS
Sicco, Corp.
35520 Cedar Lane
Leesburg, FL 34788
MEMO 112014

Ref# 53108651 $3521.68 Ch# 15068

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15069
2/3/2015
PAY TO THE ORDER OF Gass Weber Mullins LLC $ **6,520.36
Six Thousand Five Hundred Twenty and 36/100 DOLLARS
Gass Weber Mullins LLC
309 N Water St
Milwaukee, WI 53202

Ref# 53003058 $6520.36 Ch# 15069

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15070
2/3/2015
PAY TO THE ORDER OF Police Procedures Consultant, Inc. $ **3,700.00
Three Thousand Seven Hundred and 00/100 DOLLARS
Police Procedures Consultant, Inc.
10207 Molino Road
Santee, CA 92071

Ref# 53012078 $3700.00 Ch# 15070

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15071
2/3/2015
PAY TO THE ORDER OF Sunrise of West Hills $ **5,550.00
Five Thousand Five Hundred Fifty and 00/100 DOLLARS
Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304
MEMO March 2015

Ref# 53095384 $5550.00 Ch# 15071

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15073
2/4/2015
PAY TO THE ORDER OF The Peoples Bank $ **2,499.00
Two Thousand Four Hundred Ninety-Nine and 00/100 DOLLARS
The Peoples Bank
152 Lameuse Street
Biloxi, MS 39530

Ref# 53123729 $2499.00 Ch# 15073

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15074
2/4/2015
PAY TO THE ORDER OF McNicholas & McNicholas, LLP $ **2,776.43
Two Thousand Seven Hundred Seventy-Six and 43/100 DOLLARS
McNicholas & McNicholas, LLP
10866 Wilshire Boulevard, #1400
Los Angeles, CA 90024

Ref# 53008229 $2776.43 Ch# 15074

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15075
2-6-15
PAY TO THE ORDER OF United States District Court $ 38.50
Thirty-eight dollars and 50/100 DOLLARS

Ref# 53096620 $38.50 Ch# 15075

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15079
2/5/2015
PAY TO THE ORDER OF Clerk, Los Angeles Superior Court $ **25.00
Twenty-Five and 00/100 DOLLARS
Clerk, Los Angeles Superior Court
MEMO Citation No. 47944ST

Ref# 53109912 $25.00 Ch# 15079

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15080
2/5/2015
PAY TO THE ORDER OF American Arbitration Association $ **6,460.00
Six Thousand Four Hundred Sixty and 00/100 DOLLARS
American Arbitration Association
One Sansome Street, 16th Floor
San Francisco, CA 94104
MEMO 72-20-1300-0748-1-SL

Ref# 53003182 $6460.00 Ch# 15080

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
15081
2/9/2015
PAY TO THE ORDER OF X Law Group $ **7,500.00
Seven Thousand Five Hundred and 00/100 DOLLARS
X Law Group

Ref# 53060554 $7500.00 Ch# 15081

California Bank & Trust ACCOUNT # 5791082851

This Statement: February 27, 2015
Page 12 of 12

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15082
12/15/2014
PAY TO THE ORDER OF Jason Frank Law APC $**14,583.33
Fourteen Thousand Five Hundred Eighty-Three and 33/100 DOLLARS
Jason Frank Law APC
368 Pershing Drive
Playa Del Rey, CA 90293
MEMO Replacement for check 9952
AUTHORIZED SIGNATURE
⑈00015082⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53005522 $14583.33 Ch# 15082

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15083
2/11/2015
PAY TO THE ORDER OF Law Offices of Michael Q. Eagan $**2,331.74
Two Thousand Three Hundred Thirty-One and 74/100 DOLLARS
Law Offices of Michael Q. Eagan
3 Embarcadero Center
8th Floor
San Francisco, CA 94111
MEMO
AUTHORIZED SIGNATURE
⑈00015083⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53061297 $2331.74 Ch# 15083

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15084
2/17/2015
PAY TO THE ORDER OF Lindemann Miller Siderius LLP $**1,642.50
One Thousand Six Hundred Forty-Two and 50/100 DOLLARS
Lindemann Miller Siderius LLP
303 West Madison, Suite 1300
Chicago, IL 60606
MEMO
AUTHORIZED SIGNATURE
⑈00015084⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53113413 $1642.50 Ch# 15084

672501 528030 FEB 17 RECD
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15085
2/17/2015
PAY TO THE ORDER OF The Irvine Company $**1,509.55
One Thousand Five Hundred Nine and 55/100 DOLLARS
The Irvine Company LLC
450 Newport Center Drive
P.O. Box 841386
Los Angeles, CA 90084-1386
MEMO
AUTHORIZED SIGNATURE
⑈00015085⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53113543 $1509.55 Ch# 15085

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
15090
2/23/15
PAY TO THE ORDER OF Cash $ 360 62/100
Three hundred sixty + 62/100 DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈00015090⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53028325 $360.62 Ch# 15090

0047703-0000006-0128379

CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 10
This Statement: April 30, 2015
Last Statement: March 31, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0047614 4121-06-0000-CBT-PG0023-00052

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7020

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Enter our Online Anytime Banking Sweepstakes for your chance to win a $250 Amazon Gift Card. No purchase necessary. Visit calbanktrust.com/OnlineAnytime for Official Rules and alternate method of entry.

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $36,461.73 | |

## BUSINESS ESSENTIALS CHECKING 5791082851

104 52

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| 724,395.05 | 532,617.51 | 1,054,759.48 | 165,791.35 | 36,461.73 |

### 7 DEPOSITS/CREDITS

| *Date* | *Amount* | *Description* |
|---|---|---|
| 04/01 | 31,580.89 | PAY SEQ # 001105617859 Serial Number = 0001508900 1702301999 |
| 04/09 | 4,404.47 | ONLINE XFER FROM DDA STATE BAR OF ID: 000003773 2306604320 |
| 04/14 | 200,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005113 2306301628 |
| 04/17 | 25,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000000020 2306802088 |
| 04/20 | 110,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005116 2307704944 |
| 04/21 | 81,468.76 | DEPOSIT 5353048320 |
| 04/29 | 80,163.39 | AT&T PAYMENTS O042831985557SSREF # 015118002634268 1104912273 |

### 34 CHARGES/DEBITS

| *Date* | *Amount* | *Description* |
|---|---|---|
| 04/01 | 350,000.00 | ONLINE XFER TO DDA STATE BAR OF ID: 000008573 2306405527 |
| 04/01 | 417.21 | PAYCHEX PAYROLL 59954200000165XREF # 015091008573070 1105746467 |
| 04/01 | 2,266.68 | ACHMA VISB BILL PYMNT 9418167 REF # 015090008085550 1105728997 |
| 04/01 | 19,289.00 | ANTHEM BLUE I01O CORP P FL00964309 REF # 015090007894850 1105721627 |
| 04/02 | 3,120.20 | JOHN HANCOCK ACH DEBIT 0077281 REF # 015092009636565 1106131938 |
| 04/06 | 36,230.00 | WIRE/OUT-2015040600002200;BNF Julie Cline Fine Art Services; 1304100620 |
| 04/06 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006481 2306804561 |
| 04/07 | 2,152.12 | CREDIT CARD ECS PAYMENT 043000094640270REF # 015097002091584 1106032612 |
| 04/07 | 2,847.88 | CREDIT CARD ECS PAYMENT 043000094640274REF # 015097002091585 1106032613 |
| 04/07 | 10,000.00 | CREDIT CARD ECS PAYMENT 043000094640280REF # 015097002091586 1106032614 |
| 04/07 | 10,000.00 | CREDIT CARD ECS PAYMENT 043000094665590REF # 015097002093199 1106032642 |
| 04/08 | 39,000.00 | WIRE/OUT-2015040800002725;BNF Acamar Investments Inc. 1305400844 |
| 04/09 | 12,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002137 2306601667 |
| 04/09 | 2,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007814 2306601843 |
| 04/10 | 147.50 | PAYCHEX EIB INVOICE X59902800029870REF # 015099003574158 1106510282 |
| 04/13 | 11,880.97 | FIRST INSURANCE INSURAN 900-290460 REF # 015103004502497 1106322335 |
| 04/13 | 68,620.33 | PAYCHEX PAYROLL 60114100000764XREF # 015103004585179 1106319655 |
| 04/14 | 20,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008031 2306300739 |

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**

***(This is a Summary of Your Billing Rights).***

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.** You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

***Thank you for banking with California Bank & Trust.***

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Continued ...

| Date | Amount | Description |
|---|---|---|
| 04/14 | 6,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005844 2306300841 |
| 04/14 | 100,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006153 2306301637 |
| 04/15 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008984 2306101075 |
| 04/15 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007281 2306103783 |
| 04/16 | 3,116.15 | JOHN HANCOCK ACH DEBIT 0077281 REF # 015106006862590 1105325466 |
| 04/17 | 66,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001160 2306802099 |
| 04/20 | 100,000.00 | WIRE/OUT-201504200003702;BNF The X-Law Group P.C.;REF Avena 1304901048 |
| 04/20 | 19.95 | DEBIT MEMO 5353143410 |
| 04/20 | 100.00 | ONLINE XFER TO DDA ***2699 ID: 000004740 2307704895 |
| 04/20 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009785 2307704949 |
| 04/21 | 390.00 | ANALYSIS SERVICE FEE |
| 04/22 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003720 2305803881 |
| 04/24 | 1,786.30 | ACHMA VISB BILL PYMNT 5887312 REF # 015113000326156 1105113666 |
| 04/29 | 30,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005695 2305903003 |
| 04/29 | 69,350.19 | PAYCHEX PAYROLL 60348800001387XREF # 015118002108660 1104904163 |
| 04/30 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

**50 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 10009 | 04/20 | 359.10 | 15142 | 04/03 | 1,366.28 | 15159 | 04/06 | 1,332.00 |
| 15117* | 04/09 | 331.00 | 15143 | 04/07 | 252.20 | 15160 | 04/06 | 128.00 |
| 15127* | 04/14 | 137.25 | 15144 | 04/06 | 6,170.42 | 15161 | 04/08 | 5,367.92 |
| 15128 | 04/03 | 2,882.70 | 15145 | 04/06 | 639.50 | 15163* | 04/10 | 2,180.95 |
| 15129 | 04/15 | 48.69 | 15146 | 04/14 | 600.00 | 15164 | 04/08 | 208.33 |
| 15130 | 04/06 | 179.75 | 15147 | 04/06 | 6,331.00 | 15165 | 04/16 | 4,635.00 |
| 15131 | 04/13 | 384.00 | 15148 | 04/06 | 55.00 | 15166 | 04/10 | 2,583.33 |
| 15132 | 04/07 | 468.00 | 15149 | 04/07 | 180.00 | 15167 | 04/13 | 50.00 |
| 15133 | 04/07 | 323.00 | 15150 | 04/09 | 492.08 | 15168 | 04/20 | 1,800.00 |
| 15134 | 04/06 | 5,956.89 | 15151 | 04/09 | 400.00 | 15169 | 04/16 | 23,362.17 |
| 15135 | 04/14 | 385.00 | 15152 | 04/21 | 180.00 | 15170 | 04/17 | 60.00 |
| 15136 | 04/14 | 1,118.00 | 15153 | 04/06 | 2,963.55 | 15171 | 04/21 | 60.00 |
| 15137 | 04/06 | 2,393.55 | 15154 | 04/06 | 616.73 | 15173* | 04/27 | 1,570.92 |
| 15138 | 04/07 | 224.32 | 15155 | 04/06 | 990.32 | 15174 | 04/23 | 2,000.00 |
| 15139 | 04/13 | 662.70 | 15156 | 04/07 | 1,200.93 | 15175 | 04/27 | 4,695.00 |
| 15140 | 04/08 | 36.00 | 15157 | 04/13 | 5,982.00 | 15176 | 04/24 | 12,049.72 |
| 15141 | 04/10 | 6,195.00 | 15158 | 04/09 | 53,203.05 | | | |

** Not in check sequence*

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 384,003.05 | 04/10 | 154,758.02 | 04/21 | 82,775.47 |
| 04/02 | 380,882.85 | 04/13 | 67,178.02 | 04/22 | 77,775.47 |
| 04/03 | 376,633.87 | 04/14 | 138,437.77 | 04/23 | 75,775.47 |
| 04/06 | 302,647.16 | 04/15 | 76,389.08 | 04/24 | 61,939.45 |
| 04/07 | 274,998.71 | 04/16 | 45,275.76 | 04/27 | 55,673.53 |
| 04/08 | 230,386.46 | 04/17 | 4,215.76 | 04/29 | 36,486.73 |
| 04/09 | 165,864.80 | 04/20 | 1,936.71 | 04/30 | 36,461.73 |

EQUAL HOUSING LENDER

Main Document Page 124 of 169
California Bank & Trust
Page 4 of 10

This page intentionally left blank

0047614-0000002-0140068
EXHIBIT 4
102



California Bank & Trust ACCOUNT # 5791082851

CALIFORNIA BANK & TRUST — CHECKING DEPOSIT — DEPOSITED CHECKS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

FOR DEPOSIT TO THE ACCOUNT OF
DATE 4/21 20 15
NAME Eagan Avenatti
ADDRESS INB
CASH: 16-24 61468.76; 11-8166 20 000.—
SUB TOTAL / LESS CASH RECEIVED / NET DEPOSIT $ 81468.76
ACCOUNT NUMBER 5791082851
⑆5454⑈01401⑆ 352

CALIFORNIA BANK & TRUST — CHECKING ACCOUNT DEBIT — DEBIT

YOUR ACCOUNT HAS BEEN CHARGED TODAY AS FOLLOWS:
DATE 4/30/15
BRANCH # Irvine 7309
DESCRIPTION: CC to Eagan Avenatti
CLIENT NAME Eagan Avenatti
CLIENT SIGNATURE X Bank Use
CONTRA ENTRY CC# 473248
ACCOUNT NUMBER 5791082851 TRAN CODE 680 AMOUNT $ 19.95

Ref# 53048320 $81468.76

Ref# 53143410 $19.95

EAGAN AVENATTI, LLP — OPERATING ACCOUNT — CALIFORNIA BANK & TRUST TORRANCE OFFICE 16-339/1220 — 10009
12/22/2014
PAY TO THE ORDER OF QB or not QB $**359.10
Three Hundred Fifty-Nine and 10/100 DOLLARS
QB or not QB, 775 E. Blithedale #141, Mill Valley, CA 94941
MEMO 3333
⑈010009⑈ ⑆122003396⑆ 3260138461⑈

Ref# 53119647 $359.10 Ch# 10009

15117 — EAGAN AVENATTI, LLP — OPERATING ACCOUNT — California Bank & Trust 16-339-1220
3/24/2015
PAY TO THE ORDER OF Carole Serota-Bodi $**331.00
Three Hundred Thirty-One and 00/100 DOLLARS
Carole Serota-Bodi, Official Court Reporter, Branch 12, 901 North 9th Street, Room 206, Milwaukee, WI 53233
MEMO 11/17 and 2/14
⑈00015117⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53097243 $331.00 Ch# 15117

15127 — EAGAN AVENATTI, LLP — OPERATING ACCOUNT — California Bank & Trust 16-339-1220
4/1/2015
PAY TO THE ORDER OF Ahearn & Associates, Inc. $**137.25
One Hundred Thirty-Seven and 25/100 DOLLARS
Ahearn & Associates, Inc., C/O Shari L. Wheeler, 24138 SE 261st Place, Maple Valley, WA 98038
MEMO SW1270
⑈00015127⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53006633 $137.25 Ch# 15127

15128 — EAGAN AVENATTI, LLP — OPERATING ACCOUNT — California Bank & Trust 16-339-1220
4/1/2015
PAY TO THE ORDER OF Andrew D. Stolper $**2,882.70
Two Thousand Eight Hundred Eighty-Two and 70/100 DOLLARS
Andrew D. Stolper
MEMO
⑈00015128⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53074831 $2882.70 Ch# 15128

15129 — EAGAN AVENATTI, LLP — OPERATING ACCOUNT — California Bank & Trust 16-339-1220
4/1/2015
PAY TO THE ORDER OF Burlington & Rockenbach, P.A. $**48.69
Forty-Eight and 69/100 DOLLARS
Burlington & Rockenbach, P.A., 444 W. Railroad Ave., Ste. 430, West Palm Beach, FL 33401
MEMO 4504
⑈00015129⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53093054 $48.69 Ch# 15129

15130 — EAGAN AVENATTI, LLP — OPERATING ACCOUNT — California Bank & Trust 16-339-1220
4/1/2015
PAY TO THE ORDER OF Case Home Page $**179.75
One Hundred Seventy-Nine and 75/100 DOLLARS
Case Home Page, 775 Baywood Drive, Suite 308, Petaluma, CA 94954
MEMO 4/6/15 Pelicano EAS50893 020315
⑈00015130⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53129986 $179.75 Ch# 15130

15131 — EAGAN AVENATTI, LLP — OPERATING ACCOUNT — California Bank & Trust 16-339-1220
4/1/2015
PAY TO THE ORDER OF CCROLA $**384.00
Three Hundred Eighty-Four and 00/100 DOLLARS
CCROLA, 205 Broadway, Suite 200, Los Angeles, CA 90012
MEMO 110287
⑈00015131⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53101769 $384.00 Ch# 15131

15132 — EAGAN AVENATTI, LLP — OPERATING ACCOUNT — California Bank & Trust 16-339-1220
4/1/2015
PAY TO THE ORDER OF Central Communications $**468.00
Four Hundred Sixty-Eight and 00/100 DOLLARS
Central Communications, 11830 Pierce Street, Ste 100, Riverside, CA 92505
MEMO
⑈00015132⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53002264 $468.00 Ch# 15132

California Bank & Trust ACCOUNT # 5791082851

This Statement: April 30, 2015
Page 6 of 10

Ref# 53087292 $323.00 Ch# 15133

Ref# 53165755 $5956.89 Ch# 15134

Ref# 53096267 $385.00 Ch# 15135

Ref# 53119234 $1118.00 Ch# 15136

Ref# 53117065 $2393.55 Ch# 15137

Ref# 53000409 $224.32 Ch# 15138

Ref# 53199313 $662.70 Ch# 15139

Ref# 53090194 $36.00 Ch# 15140

Ref# 53054793 $6195.00 Ch# 15141

Ref# 53067241 $1366.28 Ch# 15142

0047614-0000003-0140069

15143
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF LA Times $**252.20
Two Hundred Fifty-Two and 20/100 DOLLARS
LA Times
PO Box 79151
Phoenix, AZ 85062-9151
MEMO 1/26/15-1/26/16
⑈00015143⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53074512 $252.20 Ch# 15143

15144
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF LexisNexis $**6,170.42
Six Thousand One Hundred Seventy and 42/100 DOLLARS
LexisNexis
P.O. Box 894166
Los Angeles, CA 90189
MEMO
⑈00015144⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53027183 $6170.42 Ch# 15144

15145
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF LexisNexis $**639.50
Six Hundred Thirty-Nine and 50/100 DOLLARS
LexisNexis
PO Box 894166
Los Angeles, CA 90189-4166
MEMO
⑈00015145⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53027182 $639.50 Ch# 15145

15146
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF McAfee $**600.00
Six Hundred and 00/100 DOLLARS
McAfee
PO Box 60157
Los Angeles, CA 90060-0157
MEMO 900202569
⑈00015146⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53089023 $600.00 Ch# 15146

15147
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF Nationwide Legal, LLC $**6,331.00
Six Thousand Three Hundred Thirty-One and 00/100 DOLLARS
Nationwide Legal Express, LLC
1609 James M. Wood Blvd
Los Angeles, CA 90015
MEMO 20358
⑈00015147⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53162676 $6331.00 Ch# 15147

15148
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF Pansky Markle Ham LLP $**55.00
Fifty-Five and 00/100 DOLLARS
Pansky Markle Ham LLP
1010 Sycamore Ave, Suite 308
South Pasadena, CA 91030
MEMO 8727-92M
⑈00015148⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53119404 $55.00 Ch# 15148

15149
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF Paperstreet Web Design $**180.00
One Hundred Eighty and 00/100 DOLLARS
Paperstreet Web Design
219 S.W. 17th St
Fort Lauderdale, FL 33315
MEMO
⑈00015149⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53078980 $180.00 Ch# 15149

15150
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF PitneyBowes Global Financial Services LLC $**492.08
Four Hundred Ninety-Two and 08/100 DOLLARS
PitneyBowes Global Financial Services LLC
PO Box 371887
Pittsburgh, PA 15250-7887
MEMO 1229088-SP16
⑈00015150⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53073447 $492.08 Ch# 15150

15151
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF Purchase Power $**400.00
Four Hundred and 00/100 DOLLARS
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874
MEMO 8000-9090-0457-9111
⑈00015151⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53073396 $400.00 Ch# 15151

15152
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/1/2015
PAY TO THE ORDER OF Rest Your Case Evidence Storage $**180.00
One Hundred Eighty and 00/100 DOLLARS
Rest Your Case Evidence Storage
6354 Irwindale Road
Irwindale, CA 91702
MEMO 20216
⑈00015152⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53014007 $180.00 Ch# 15152

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15153
4/1/2015
PAY TO THE ORDER OF Ricoh USA, Inc $**2,963.55
Two Thousand Nine Hundred Sixty-Three and 55/100 DOLLARS
Ricoh USA, Inc
PO Box 31001-0850
Pasadena, CA 91110-0850
MEMO
AUTHORIZED SIGNATURE
⑈00015153⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53035512 $2963.55 Ch# 15153

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15154
4/1/2015
PAY TO THE ORDER OF Shred-It USA San Diego $**616.73
Six Hundred Sixteen and 73/100 DOLLARS
Shred-It USA Los Angeles
PO Box 101007
Pasadena, CA 91189-1007
MEMO
AUTHORIZED SIGNATURE
⑈00015154⑈ ⑆122003396⑆ 5791082851⑈ ⑈0000061673⑈

Ref# 53020327 $616.73 Ch# 15154

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15155
4/1/2015
PAY TO THE ORDER OF Special Delivery Service, Inc. $**990.32
Nine Hundred Ninety and 32/100 DOLLARS
Special Delivery Service, Inc.
5470 LBJ Freeway
Dallas, TX 75240
MEMO 9497067000
AUTHORIZED SIGNATURE
⑈00015155⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53133113 $990.32 Ch# 15155

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15156
4/1/2015
PAY TO THE ORDER OF Staples Advantage $**1,200.93
One Thousand Two Hundred and 93/100 DOLLARS
Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-3689
MEMO
AUTHORIZED SIGNATURE
⑈00015156⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53075301 $1200.93 Ch# 15156

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15157
4/1/2015
PAY TO THE ORDER OF Sunrise of West Hills $**5,982.00
Five Thousand Nine Hundred Eighty-Two and 00/100 DOLLARS
Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304
MEMO 00122092
AUTHORIZED SIGNATURE
⑈00015157⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53157502 $5982.00 Ch# 15157

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15158
4/1/2015
PAY TO THE ORDER OF The Irvine Company $**53,203.05
Fifty-Three Thousand Two Hundred Three and 05/100 DOLLARS
The Irvine Company LLC
P.O. Box 844987
Los Angeles, CA 90084-1386
MEMO 672501 0200 S22522
AUTHORIZED SIGNATURE
⑈00015158⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53012700 $53203.05 Ch# 15158

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15159
4/1/2015
PAY TO THE ORDER OF The Irvine Company $**1,332.00
One Thousand Three Hundred Thirty-Two and 00/100 DOLLARS
The Irvine Company
P.O. Box 841387
Los Angeles, CA 90084-1387
MEMO 0415
AUTHORIZED SIGNATURE
⑈00015159⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53052364 $1332.00 Ch# 15159

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15160
4/1/2015
PAY TO THE ORDER OF The Irvine Company $**128.00
One Hundred Twenty-Eight and 00/100 DOLLARS
The Irvine Company
P.O. Box 844987
Los Angeles, CA 90084-4987
MEMO 0415
AUTHORIZED SIGNATURE
⑈00015160⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53052366 $128.00 Ch# 15160

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15161
4/1/2015
PAY TO THE ORDER OF West Payment Center $**5,367.92
Five Thousand Three Hundred Sixty-Seven and 92/100 DOLLARS
Thomson West
West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292
MEMO
AUTHORIZED SIGNATURE
⑈00015161⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53107410 $5367.92 Ch# 15161

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust 16-339-1220
15163
4/1/2015
PAY TO THE ORDER OF Yamaguchi Oblen Mangio, LLC $**2,180.95
Two Thousand One Hundred Eighty and 95/100 DOLLARS
Yamaguchi Obien Mangio, LLC
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001
MEMO
AUTHORIZED SIGNATURE
⑈00015163⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53050751 $2180.95 Ch# 15163

0047614-0000004-0140070

California Bank & Trust ACCOUNT # 5791082851

This Statement: April 30, 2015
Page 9 of 10

15164
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/3/2015
PAY TO THE ORDER OF AT&T Teleconference Services $ **208.33
Two Hundred Eight and 33/100 DOLLARS
AT&T Teleconference Services
PO Box 5002
Carol Stream, IL 60197-5002
MEMO 26166499-00001
AUTHORIZED SIGNATURE
⑈00015164⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53077433 $208.33 Ch# 15164

15165
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/7/2015
PAY TO THE ORDER OF The Brocker Law Firm $ **4,635.00
Four Thousand Six Hundred Thirty-Five and 00/100 DOLLARS
The Brocker Law Firm
5540 Centerview Drive, Suite 200
Raleigh, NC 27606-3363
MEMO
AUTHORIZED SIGNATURE
⑈00015165⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53073978 $4635.00 Ch# 15165

15166
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/7/2015
PAY TO THE ORDER OF The Peoples Bank $ **2,583.33
Two Thousand Five Hundred Eighty-Three and 33/100 DOLLARS
The Peoples Bank
152 Lameuse Street
Biloxi, MS 39530
MEMO 42741022
AUTHORIZED SIGNATURE
⑈00015166⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53053866 $2583.33 Ch# 15166

15167
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/10/2015
PAY TO THE ORDER OF Judi Lowenthal $ **50.00
Fifty and 00/100 DOLLARS
Judi Lowenthal, Notary Public/
Loan Signing Agent
Newport Beach Mobile Notary Services
1048 Irvine Avenue, #755
Newport Beach, CA 92660
MEMO
AUTHORIZED SIGNATURE
⑈00015167⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53157701 $50.00 Ch# 15167

15168
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/14/2015
PAY TO THE ORDER OF Ace Parking Management, Inc. $ **1,800.00
One Thousand Eight Hundred and 00/100 DOLLARS
Ace Parking Management, Inc.
600 Newport Center Drive
Newport Beach, CA 92660
MEMO GB075119824 2412
AUTHORIZED SIGNATURE
⑈00015168⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53154324 $1800.00 Ch# 15168

15169
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/14/2015
PAY TO THE ORDER OF Norell Consulting, Inc. $ **23,362.17
Twenty-Three Thousand Three Hundred Sixty-Two and 17/100 DOLLARS
Norell Consulting, Inc.
218 Catherine Park
Glendora, CA 91741
MEMO 013115
AUTHORIZED SIGNATURE
⑈00015169⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53005437 $23362.17 Ch# 15169

15170
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/14/2015
PAY TO THE ORDER OF Clerk, Los Angeles Superior Court $ **60.00
Sixty and 00/100 DOLLARS
Clerk, Los Angeles Superior Court
MEMO Case No BC513442 Ex Parte Fee
AUTHORIZED SIGNATURE
⑈00015170⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53043678 $60.00 Ch# 15170

15171
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/15/2015
PAY TO THE ORDER OF Clerk, Los Angeles Superior Court $ **60.00
Sixty and 00/100 DOLLARS
Clerk, Los Angeles Superior Court
MEMO Case No. BC513442 Ex Parte Fee
AUTHORIZED SIGNATURE
⑈00015171⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53085160 $60.00 Ch# 15171

15173
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4/21/2015
PAY TO THE ORDER OF Setec Investigations $ **1,570.92
One Thousand Five Hundred Seventy and 92/100 DOLLARS
Setec Investigations
8391 Beverly Blvd #167
Los Angeles, CA 90048
MEMO 7954
AUTHORIZED SIGNATURE
⑈00015173⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53036096 $1570.92 Ch# 15173

15174
EAGAN AVENATTI, LLP
OPERATING ACCOUNT
California Bank & Trust
16-339-1220
4-22-2015
PAY TO THE ORDER OF Larry Feldman $ 2,000.00
Two thousand and 0/100 DOLLARS
MEMO
AUTHORIZED SIGNATURE
⑈00015174⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53069461 $2000.00 Ch# 15174

0047614-0000005-0140071

California Bank & Trust ACCOUNT # 5791082851

This Statement:
April 30, 2015
Page 10 of 10

15175

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339-1220

4/22/2015

PAY TO THE ORDER OF Scott H. Sims $ **4,695.00

Four Thousand Six Hundred Ninety-Five and 00/100****** DOLLARS

Scott H. Sims

MEMO

AUTHORIZED SIGNATURE

⑈00015175⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53184335 $4695.00 Ch# 15175

15176

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339-1220

4/22/2015

PAY TO THE ORDER OF LA Girl Friday $ **12,049.72

Twelve Thousand Forty-Nine and 72/100****** DOLLARS

LA Girl Friday

MEMO

AUTHORIZED SIGNATURE

⑈00015176⑈ ⑆122003396⑆ 5791082851⑈

Ref# 53042581 $12049.72 Ch# 15176

0047614-0000005-0140071

CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: June 30, 2015
Last Statement: May 29, 2015

Account 3260132699

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0049574 4182-06-0200-CBT-PG0023-00000

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7020

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

California Bank & Trust, as part of Zions Bancorporation, has received 24 Greenwich Excellence Awards for middle market and business banking - double the amount we received for 2013 and the second-highest number of awards won among all banks in the United States for 2014!

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Business Money Maximizer Plus | 3260132699 | $48.18 | |

## BUSINESS MONEY MAXIMIZER PLUS 3260132699

924 0

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| 60.51 | 3,650.00 | 3,662.33 | 0.00 | 48.18 |

**1 DEPOSIT/CREDIT**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 06/01 | 3,650.00 | ONLINE XFER FROM DDA ***2851 ID: 000001385 2309007948 |

**3 CHARGES/DEBITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 06/01 | 3,647.33 | WIRE/OUT-2015060100007746;BNF Julie Cline Fine Art Services; 1304002150 |
| 06/30 | 12.00 | MONTHLY MAINTENANCE FEE |
| 06/30 | 3.00 | PAPER STATEMENT FEE |

**0 CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**

***(This is a Summary of Your Billing Rights).***

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.** You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

***Thank you for banking with California Bank & Trust.***

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds

**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0049574-0000001-0126407



P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
June 30, 2015
EAGAN AVENATTI LLP
3260132699

**DAILY BALANCES**

| *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|
| 06/01 | 63.18 | 06/30 | 48.18 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.00 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2015 | $0.00 | Annual Percentage Yield Earned | 0.00% |

Current interest rate is 0.050% with no rate change this interest period

EQUAL HOUSING LENDER MEMBER FDIC

0049574-0000002-0126408

EXHIBIT 4
111

**California Bank & Trust**

This page intentionally left blank

CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: October 30, 2015
Last Statement: September 30, 2015

Account 3648940661

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0041764 4304-06-1000-CBT-PG0023-00004

AVENATTI & ASSOC A PROFESSIONAL CORP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7020

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Business Essentials Checking | 3648940661 | $1,023.92 | |

## BUSINESS ESSENTIALS CHECKING 3648940661

104 4

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| 83,496.48 | 391,523.35 | 437,414.22 | 36,581.69 | 1,023.92 |

**10 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 10/02 | 20,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001089 2306102062 |
| 10/06 | 71,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000408 2306901950 |
| 10/14 | 12,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002137 2306502000 |
| 10/22 | 0.68 | 74548989609PLXZ4A 4506 FOREIGN TRANS. FEE ALMANCIL PT 1206114166 |
| 10/22 | 105,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001490 2306401336 |
| 10/22 | 22.67 | 74548989609PLXZ4A 4506 GOLFAUTO ALMANCIL PT 1206114165 |
| 10/26 | 3,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003666 2307406650 |
| 10/26 | 85,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000008508 2307403406 |
| 10/30 | 15,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000218 2306901916 |
| 10/30 | 80,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000009016 2306901816 |

**28 CHARGES/DEBITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 10/02 | 10,000.00 | WIRE/OUT-2015100200005843;BNF Christine Carlin;REF Carlin 1303701690 |
| 10/02 | 23,585.25 | WIRE/OUT-2015100200005842;BNF Julie Cline Fine Art Services; 1303701688 |
| 10/02 | 20,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003384 2306102143 |
| 10/02 | 19,537.00 | ANTHEM BLUE I01O CORP P FL00091943 REF # 015274004240296 1105237217 |
| 10/05 | 110.75 | 24692168K00HVE1SL 4506 IL FORNAIO NPB3091 NEWPORT BEACH CA 1206848625 |
| 10/06 | 73,703.05 | WIRE/OUT-2015100600003067;BNF Paychex of New York;OBI Compan 1303700875 |
| 10/06 | 94.84 | 74548988N09GFQ3FY 4506 GOLFAUTO ALMANCIL PT 1206714916 |
| 10/06 | 22.58 | 74548988N09GFQ396 4506 GOLFAUTO ALMANCIL PT 1206714914 |
| 10/06 | 2.85 | 74548988N09GFQ3FY 4506 FOREIGN TRANS. FEE ALMANCIL PT 1206714917 |
| 10/06 | .68 | 74548988N09GFQ396 4506 FOREIGN TRANS. FEE ALMANCIL PT 1206714915 |
| 10/06 | 1,200.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000007420 2306900695 |
| 10/08 | 25.00 | 24692168R0072SGLS 4506 UNITED 0162926406800-932-2732 TX 1205614319 |
| 10/08 | 52.90 | 24692168R0072K84B 4506 UNITED 0162466312800-932-2732 TX 1205614318 |
| 10/08 | 644.55 | 74064188T2AP37NZ5 4506 CORFU VILLAS LONDON GB 1205614316 |
| 10/08 | 21.57 | 24055228T05JSGQWK 4506 OTG MANAGEMENT EWR, LLNEWARK NJ 1205614315 |
| 10/08 | 23.94 | 24733098R2E02HL9H 4506 INFLIGHT WI-FI - LTV 321-216-3303 FL 1205614320 |
| 10/08 | 19.34 | 74064188T2AP37NZ5 4506 FOREIGN TRANS. FEE LONDON GB 1205614317 |
| 10/09 | 1,099.00 | 24692168T00NGF26H 4506 UNITED 0162926487800-932-2732 TX 1205914726 |
| 10/09 | 16.99 | 24692168T00NGF26T 4506 UNITED 0162926503800-932-2732 TX 1205914727 |
| 10/09 | 7.95 | 24692168T00NB2XPR 4506 BWI*BOINGO WIRELESS 800-880-4117 CA 1205914725 |
| 10/14 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703002646 |
| 10/22 | 100,000.00 | WIRE/OUT-2015102200002753;BNF Michael & Lisa Avenatti;REF Av 1304200791 |

MEMBER FDIC

0041764-0000001-0113532

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**

***(This is a Summary of Your Billing Rights).***

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.** You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

***Thank you for banking with California Bank & Trust.***

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds

**Sign up today at www.calbanktrust.com or call 888-217-1265.**



P.O. Box 489, Lawndale, CA 90260-0489

Continued ...

| Date | Amount | Description |
|---|---|---|
| 10/26 | 86,614.29 | CHASEHOMEFINANCE LN PMT *******859 REF # 015299006071010 1106928060 |
| 10/27 | 246.31 | 24224439Q31TGVTLR 4506 GIBSON'S BAR & STE CHICAGO IL 1206813397 |
| 10/29 | 5,000.00 | 24792629D616NNBJ7 4506 W.I. SIMONSON/MERCEDESSANTA MONICA CA 1206713888 |
| 10/29 | 147.96 | 24431069D5V3T3QEF 4506 EATALY RESTAURANTS-CHICHICAGO IL 1206713887 |
| 10/30 | 80,201.42 | WIRE/OUT-2015103000004033;BNF Gallo Builders, Inc.;REF Gallo 1304001258 |
| 10/30 | 15,000.00 | WIRE/OUT-2015103000004136;BNF Christine Carlin;REF Carlin 1304001284 |

**4 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1469 | 10/13 | 12,500.00 | 1474 | 10/05 | 5,081.69 | 9999* | 10/01 | 4,000.00 |
| 1473* | 10/05 | 15,000.00 | | | | | | |

** Not in check sequence*

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $36.00 | $570.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 79,496.48 | 10/09 | 246.55 | 10/26 | 6,619.61 |
| 10/02 | 26,374.23 | 10/13 | -12,253.45 | 10/27 | 6,373.30 |
| 10/05 | 6,181.79 | 10/14 | 210.55 | 10/29 | 1,225.34 |
| 10/06 | 2,157.79 | 10/22 | 5,233.90 | 10/30 | 1,023.92 |
| 10/08 | 1,370.49 | | | | |

Main Document Page 138 of 169
Page 4 of 5
**California Bank & Trust**

This page intentionally left blank

0041764-0000002-0113533

EXHIBIT 4
116

California Bank & Trust ACCOUNT # 3648940661

AVENATTI & ASSOCIATES
OPERATING ACCOUNT
1469
16-339-1220
DATE 10/01/2015
PAY TO THE ORDER OF Hodgkinson Trust $ 12,500.00
Twelve thousand five hundred and 00/00 DOLLARS
CALIFORNIA BANK & TRUST
FOR Oct. Rent
⑈0000 1469⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53163143 $12500.00 Ch# 1469

AVENATTI & ASSOCIATES
OPERATING ACCOUNT
1473
16-339-1220
DATE 10/01/2015
PAY TO THE ORDER OF Kit Design Studio $ 15,000.00
Fifteen Thousand and 00/00 DOLLARS
CALIFORNIA BANK & TRUST
FOR
⑈00001473⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53014515 $15000.00 Ch# 1473

AVENATTI & ASSOCIATES
OPERATING ACCOUNT
1474
16-339-1220
DATE 10/01/15
PAY TO THE ORDER OF LA GIRL FRIDAY $ 5,081.69
Five Thousand Eighty-one and 69/00 DOLLARS
CALIFORNIA BANK & TRUST
FOR
⑈00001474⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53012603 $5081.69 Ch# 1474

NAME Avenatti + Assoc.
ACCOUNT NO. 3648940661
16-339
1220
DATE 10/1/15
PAY TO THE ORDER OF Cash $4000—
Four thousand + no/100 — DOLLARS
CALIFORNIA BANK & TRUST
MEMO
⑆122003396⑆ 9999

Ref# 53072684 $4000.00 Ch# 9999

0041764-0000003-0113534

Main Document Page 140 of 169

0041764-0000003-0113534

EXHIBIT 4
118

CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: February 29, 2016
Last Statement: January 29, 2016

Account 3648940661

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0039891 4061-06-1000-CBT-PG0023-00005

AVENATTI & ASSOC A PROFESSIONAL CORP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Checking/Savings Ending Balance* | *Outstanding Balances Owed* |
|---|---|---|---|
| Business Essentials Checking | 3648940661 | $1,536.54 | |

## BUSINESS ESSENTIALS CHECKING 3648940661

104 5

| *Previous Balance* | *Deposits/Credits* | *Charges/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|
| -7,053.32 | 958,282.49 | 514,441.83 | 435,250.80 | 1,536.54 |

**21 DEPOSITS/CREDITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 02/01 | 9,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007432 2307101838 |
| 02/02 | 10,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000007751 2307303930 |
| 02/03 | 1,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001310 2307002216 |
| 02/03 | 10,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001600 2307003790 |
| 02/04 | 13,282.49 | DEPOSIT 5353073285 |
| 02/05 | 8,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004181 2306801174 |
| 02/05 | 21,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001425 2306803988 |
| 02/08 | 500.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003413 2308606114 |
| 02/08 | 700.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001337 2308603718 |
| 02/09 | 100.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003708 2307601824 |
| 02/09 | 400.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000008542 2307600618 |
| 02/10 | 5,300.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003465 2306800850 |
| 02/10 | 12,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000007915 2306802104 |
| 02/11 | 395,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000470 2306901652 |
| 02/12 | 8,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000008664 2307203630 |
| 02/12 | 30,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000002782 2307202192 |
| 02/12 | 400,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000854 2307201382 |
| 02/16 | 4,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000005827 2308902918 |
| 02/16 | 15,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000002329 2308906218 |
| 02/19 | 5,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001936 2307204910 |
| 02/29 | 10,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000006808 2308004388 |

**71 CHARGES/DEBITS**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 02/01 | 66.25 | 2478930DDGTEXFFWK 9306 048 R+D KITCHEN NEWPORNEWPORT BEACH C 1206746815 |
| 02/01 | 128.47 | 2469216DD005DW4M7 9306 DTV*DIRECTV HARDWARE 800-347-3288 CA 1206746813 |
| 02/01 | 65.08 | 2478930DFH198AEH1 9306 048 R+D KITCHEN NEWPORNEWPORT BEACH C 1206716209 |
| 02/01 | 295.16 | 2475542DE7JDN94LG 9306 AN QI COSTA MESA CA 1206746814 |
| 02/01 | 71.64 | 2424760DF8PX4MEQ0 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C 1206716208 |
| 02/01 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702601038 |
| 02/02 | 10,000.00 | WIRE/OUT-2016020200006061;BNF Christine Carlin;REF Carlin 1303701806 |
| 02/02 | 44.80 | 2478930DGH8SM617M 9306 048 R+D KITCHEN NEWPORNEWPORT BEACH C 1207016049 |
| 02/02 | 211.26 | 2461043DG09FXANZS 9306 THE HOME DEPOT 6664 COSTA MESA CA 1207016048 |
| 02/03 | 54.26 | 2405523DH5V5XF7AZ 9306 WAHOO'S FISH TACO-934 NEWPORT BEACH C 1206516697 |
| 02/03 | 5.63 | 2469216DH00F6RQTJ 9306 STARBUCKS #05837 PHOENPhoenix AZ 1206516698 |

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**

***(This is a Summary of Your Billing Rights).***

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.** You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

***Thank you for banking with California Bank & Trust.***

**Become an Online Banking Customer for 24-hour account access.**

• Review account balances • Review posted transactions • Pay bills • Transfer funds

**Sign up today at www.calbanktrust.com or call 888-217-1265.**

CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Continued ...

| Date | Amount | Description |
|---|---|---|
| 02/04 | 455.24 | 2475542DJ4YLGYSA8 9306 WESTIN (WESTIN HOTELS)PHOENIX AZ 1206416680 |
| 02/04 | 5.25 | 2416407DJFF12A4RL 9306 STARBUCKS T4 W30031652PHOENIX AZ 1206416675 |
| 02/04 | 75.94 | 2480162DJ2AJJJ139 9306 BLUEWATER GRILL NEWPORNEWPORT BEACH C 1206416674 |
| 02/04 | 3.75 | 2469216DJ0046ZQD2 9306 PAYMENTUS-SERVICE-FEE 800-420-1663 GA 1206416678 |
| 02/04 | 500.00 | 2469216DJ0046XK4T 9306 CITY-OF-DANVIL-BILPMNT434-799-5125 VA 1206416676 |
| 02/04 | 3.75 | 2469216DJ0046ZWZX 9306 PAYMENTUS-SERVICE-FEE 800-420-1663 GA 1206416679 |
| 02/04 | 45.52 | 2469216DJ0046XKB7 9306 CITY-OF-DANVIL-BILPMNT434-799-5125 VA 1206416677 |
| 02/05 | 21,047.00 | WIRE/OUT-201602050006822;BNF Julie Cline Fine Art Services; 1303701806 |
| 02/05 | 426.60 | 2443106DK0RQZEHHR 9306 VARIDESK 800-207-2587 TX 1206016406 |
| 02/05 | 124.10 | 2476725DL0000D336 9306 CAREY 888-6493949 DC 1206016407 |
| 02/05 | 300.90 | 7424728DKPVT9THMP 9306 SILLWORKS LTD KANATA CD 1206016404 |
| 02/05 | 53.22 | 2422443DL31TD7JGT 9306 PANINI CAF?-CORONA CORONA DEL MA CA 1206016403 |
| 02/05 | 9.03 | 7424728DKPVT9THMP 9306 FOREIGN TRANS. FEE KANATA CD 1206016405 |
| 02/05 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702301219 |
| 02/08 | 101.65 | 2469216DL00W6KBTL 9306 IL FORNAIO NPB3091 NEWPORT BEACH CA 1207648254 |
| 02/08 | 7.50 | 2443106DM01WPQ0T9 9306 ORANGE CO SUPERIOR CRT714-834-3490 CA 1207648253 |
| 02/08 | 44.29 | 2422443DN2Y3JZPRT 9306 HOPDODDY BURGER BA NEWPORT BEACH CA 1207648251 |
| 02/08 | 575.37 | 2469216DM00F9R47W 9306 PORSCHE OF NEWPORT BCHNEWPORT BEACH C 1207648255 |
| 02/08 | 93.21 | 2424760DM8PSN2MSQ 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C 1207648252 |
| 02/08 | 35.65 | 2469216DM00DVJFFH 9306 OnStar 888-4ONSTAR MI 1207648257 |
| 02/08 | 147.75 | 2469216DM00GRY0TG 9306 DTV*DIRECTV SERVICE 800-347-3288 CA 1207648256 |
| 02/08 | 473.12 | 2422443DN31TV20ML 9306 THE RITZ PRIME SEA NEWPORT CA 1207648250 |
| 02/08 | 19.00 | 2469216DN0052EGFB 9306 STARBUCKS #05776 NEWPONewport Beach C 1207617514 |
| 02/08 | 64.64 | 2469216DN005FW42H 9306 CHEVRON 0201899 COSTA MESA CA 1207617513 |
| 02/08 | 1.95 | 2469216DN006Z5DPF 9306 STARBUCKS #19803 NEWPONewport Beach C 1207617512 |
| 02/08 | 54.15 | 2422443DP2Z0KZLQZ 9306 C'EST SI BON BAKER NEWPORT BEACH CA 1207617511 |
| 02/09 | 300.32 | 2426979DP2XM9QMQK 9306 JAVIER'S CRYSTAL COVE NEWPORT COAST C 1207213898 |
| 02/10 | 155.00 | 2469216DR0001VRH0 9306 IL FORNAIO NPB3091 NEWPORT BEACH CA 1206515367 |
| 02/10 | 766.12 | 2469216DR008B1EEB 9306 DMC*DOUG MOCKETT & CO 800-523-1269 CA 1206515366 |
| 02/10 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703101500 |
| 02/11 | 362.40 | 2422443DS31T8MMXP 9306 CANNERY SEAFOOD OF NEWPORT BEACH CA 1206315942 |
| 02/11 | 800.00 | 0306 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA 1404516897 |
| 02/11 | 780.00 | 0306 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA 1404516896 |
| 02/11 | 400.00 | 0306 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA 1404516895 |
| 02/11 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703001389 |
| 02/12 | 400,000.00 | WIRE/OUT-201602120000239;BNF Michael & Lisa Avenatti;REF Av 1303800692 |
| 02/12 | 30,000.00 | WIRE/OUT-201602120003509;BNF Sylvester Sound and Communicat 1303800956 |
| 02/12 | 4,519.83 | 2444500DS2XHSZ5BM 9306 PIRCH - COSTA MESA COSTA MESA CA 1207416299 |
| 02/12 | 55.87 | 2401517DS01EM0B9W 9306 WORLD OIL 042 NEWPORT BEACH CA 1207416298 |
| 02/16 | 15,000.00 | WIRE/OUT-201602160003461;BNF Halaby Restoration and Paintin 1304302300 |
| 02/16 | 91.92 | 2424760DV8PSVLSY2 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C 1208465205 |
| 02/16 | 7,105.90 | 2443106DWRKXD3XEB 9306 MAGNOLIA HI FI 305 COSTA MESA CA 1208465206 |
| 02/16 | 41.73 | 2469216DX00G7BYXL 9306 THE BUTCHERY COSTA MESA CA 1208465207 |
| 02/16 | 98.10 | 2424760DX8PX26ZSF 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C 1208433242 |
| 02/16 | 264.60 | 2471705DYM89LXMEG 9306 TLF BROWNES FLOWERS 949-6614748 CA 1208415697 |
| 02/16 | 114.21 | 2401339DX01XAQ1YG 9306 Z PIZZA NEWPORT BEACH CA 1208433241 |
| 02/16 | 1,982.00 | 2412258DYWGNN01YS 9306 NORTHSTAR MOVING CORP 818-727-0128 CA 1208415695 |
| 02/16 | 274.00 | 2412258DYWGNN01YA 9306 NORTHSTAR MOVING CORP 818-727-0128 CA 1208415694 |
| 02/16 | 345.56 | 2444573DZHEZJXG38 9306 BLOOMINGDALE'S #30 NEWPORT BEACH CA 1208415696 |
| 02/16 | 803.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA 1405150277 |
| 02/19 | 300.00 | 2469216E100VD2W6Q 9306 BEACON CARPET CLEANING949-973-2245 CA 1206915803 |
| 02/19 | 67.05 | 2480162E12AJJNLE3 9306 BLUEWATER GRILL NEWPORNEWPORT BEACH C 1206915802 |
| 02/19 | 220.09 | 2480197E22ML7FR7Z 9306 AUSTIN HARDWOODS & HRDSANTA ANA CA 1206915804 |
| 02/22 | 803.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA 1404436813 |
| 02/22 | 803.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA 1404436814 |
| 02/22 | 403.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA 1404436812 |
| 02/24 | 320.00 | 2476789E6NXW7Y0E2 9306 YOUR CAR OUR DRIVER IN949-6431700 CA 1206115641 |
| 02/29 | 11,500.00 | WIRE/OUT-201602290002698;BNF Halaby Restoration and Paintin 1304400878 |
| 02/29 | 7.00 | MONTHLY MAINTENANCE FEE |
| 02/29 | 3.00 | PAPER STATEMENT FEE |

**4 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1482 | 02/09 | 5,250.80 | 1499* | 02/04 | 25,000.00 | 9999* | 02/03 | 5,000.00 |
| 1483 | 02/10 | 400,000.00 | | | | | | |

** Not in check sequence*

Main Document Page 144 of 169
Page 4 of 5
February 29, 2016
AVENATTI & ASSOC A PROFESSIONAL CORP
3648940661
California Bank & Trust

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $144.00 | $180.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 02/01 | 1,284.08 | 02/08 | 746.04 | 02/16 | 962.68 |
| 02/02 | 1,028.02 | 02/09 | -4,305.08 | 02/19 | 5,375.54 |
| 02/03 | 6,968.13 | 02/10 | -387,962.20 | 02/22 | 3,366.54 |
| 02/04 | -5,838.83 | 02/11 | 4,659.40 | 02/24 | 3,046.54 |
| 02/05 | 1,164.32 | 02/12 | 8,083.70 | 02/29 | 1,536.54 |

A division of ZB, N.A. Member FDIC EQUAL HOUSING LENDER
0039891-0000002-0107169
EXHIBIT 4
122

AVENATTI & ASSOCIATES
OPERATING ACCOUNT
CURRENCY
COIN
CHECKS 13282.49
DATE 2/4/16
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
DEPOSIT TICKET $ 13282.49
16-339-1220
CALIFORNIA BANK & TRUST
⑆5454⑈0140⑆ 3648940661⑈ 352

Ref# 53073285 $13282.49

1482
AVENATTI & ASSOCIATES
OPERATING ACCOUNT
DATE 2/8/16
16-339-1220
PAY TO THE ORDER OF Z Electric & Lighting $ 5,250.80
Five thousand two hundred fifty & 80/100 DOLLARS
CALIFORNIA BANK & TRUST
FOR #1018 & 1019
⑈0000 1482⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53007562 $5250.80 Ch# 1482

1483
AVENATTI & ASSOCIATES
OPERATING ACCOUNT
DATE Feb. 10, 2016
16-339-1220
PAY TO THE ORDER OF Lisa Storie-Avenatti $ 400,000.00
Four hundred thousand and 00/100 DOLLARS
CALIFORNIA BANK & TRUST
FOR
⑈00001483⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53095321 $400000.00 Ch# 1483

AVENATTI ASSOCIATES A PROF CORPORATION
OPERATING ACCOUNT
1499
DATE February 3, 2016
PAY TO THE ORDER OF Vincent Builders $ 25,000.00
Twenty-five Thousand & 00/100 DOLLARS
CALIFORNIA BANK & TRUST
FOR
⑈001499⑈ ⑆122003396⑆ 3648940661⑈

Ref# 53005057 $25000.00 Ch# 1499

NAME Michael Avenatti
ACCOUNT NO 3648940661
16-339 / 1220
DATE 2/3/16
PAY TO THE ORDER OF Cash $ 5000
Five thousand + no/100 DOLLARS
CALIFORNIA BANK & TRUST
MEMO
⑆122003396⑆ 9999

Ref# 53077377 $5000.00 Ch# 9999

Main Document Page 146 of 169

0039891-0000003-0107170

EXHIBIT 4
124

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Landau Gottfried & Berger LLP (the "business"), 1880 Century Park East, Suite 1101, Los Angeles, California 90067.

On August 13, 2019, I served the following document(s): **DECLARATION OF JACK A. REITMAN RE: THIRD PARTY CLAIM (CCP §§ 720.110, 720.130); EXHIBITS** by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

X **BY REGULAR U.S. MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

Ronn Bisbee, Esq.
Bisbee Law Group, PC
24040 Camino del Avion
Suite A-109
Monarch Beach, CA 92629

__ **BY EMAIL TRANSMISSION:** I caused the forgoing to be sent by email transmission to the following email addresses:

X **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above address(es).

Orange County Sheriff
909 N. main Street, Suite 2
Santa Ana, CA 92701

X **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2019, at Los Angeles, California.

Vanessah Rim

Vanessah Richmond

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT 5

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NO.): (949) 481-9664<br>Bisbee Law Group, PC<br>24040 Camino del Avion Ste. A-109<br>Monarch Beach, CA 92629<br>ATTORNEY FOR (Name) Plaintiff, Lisa Storie-Avenatti | ORANGE COUNTY SHERIFF<br>909 N. MAIN ST., SUITE 2<br>SANTA ANA, CA 92701 | |
|---|---|---|
| NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY<br>Lamoreaux OC Superior Court Justice Center<br>341 The City Drive S.<br>PO Box 14170<br>Orange, CA 92868-3205 | | |
| PLAINTIFF: Michael Avenatti<br>DEFENDANT: Lisa Storie-Avenatti | | |
| NOTICE OF SHERIFFS SALE | | |
| | LEVYING OFFICER FILE<br>2019508471 | COURT CASE NO:<br>17D009930 |

By virtue of a writ issued on May 10, 2019, in the above designated Court, upon a judgment entered on April 23,2018 and October 22, 2018, in favor of judgment creditor Lisa Storie-Avenatti and against judgment debtor Michael Avenatti, showing a net balance of $2,484,394.92, actually due on said judgment on the date of the issuance of said writ, I have levied upon all right, title and interest of said judgment debtor(s) in the property in the County of Orange, State of California, described as follows:

Please see attachment labeled Exhibit A

If the subject of this sale is real property and it has no street address or other common designation, direction to its location may be obtained from the Sheriffs Office upon request.

Prospective bidders should refer to Sections 701.510 to 701.680, inclusive, of the Code of Civil Procedure for provisions governing the terms, conditions, and effect of the sale and the liability of defaulting bidders.

NOTICE IS HEREBY GIVEN that on Tuesday, August 20th, 2019 at 10:00 am at All-Ways Moving & Storage 22962 El Pacifico Dr., Laguna Hills, County of Orange, State of California, 92653. I will sell at public auction to the highest bidder, for cash in lawful money of the United States, all the right, title and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said execution, with accrued interest and costs.

**APPROXIMATE MINIMUM BID: $0**

Dated: 08/05/19
Division Central
909 N. Main St.
Suite #2
Santa Ana, CA 92701

Don Barnes
Sheriff, Orange County

By ______________________, Deputy

NOTE: Do not take down or deface a posted notice before the sale or satisfaction of judgment.
Penal Code Section 616 (misdemeanor).F0328.140.2

**Exhibit A**

**1 Artwork of a Green Gold Racetrack**
**1 Artwork of a Pink/Orange/Purple Racetrack**
**1 Artwork of a Racetrack Black Background**
**1 Artwork of a Racetrack Gold/Blue**
**1 Small Sculpture Metal Head and Stand**
**1 Large Sculpture, Face, Bicycle**
**1 Artwork of a Batman 1of 3**
**1 Artwork of a Batman 2 of 3**
**1 Artwork of a Batman 3 of 3**
**1 Artwork of a Impressionist Street in Rain**
**1 Artwork of a Fingerprint of Gold Leaf on Black**
**1 Artwork of a Fingerprint of Gold Text on Red**
**1 Artwork of a Blue, White, Red Lines**
**1 Artwork of a Orange/ Pink Lines**
**1 Artwork of a Blurry Silver/Blue Lines**
**1 B&W Photo of Stone Bridge**
**1 B&W Photo of Eiffel Tower**
**1 B&W Photo of Race Car**

**Orange County Fine Art Storage**
Secure, climate controlled fine art storage
714-418-4400

**Display**
Fine art installation, transport, crating
(714) 283-4884

1315 South Allec Street, Anaheim, CA 92805 • Fax: 714-817-0940 • Email: info@oc-fas.com • Web: www.oc-fas.com

Reference #: ________
Date: 7/18/19
Other: ________

# BILL OF LADING AND STORAGE AGREEMENT

| CUSTOMER (FROM): | CONSIGNEE (TO): |
|---|---|
| Name: Orange County Fine Art Storage Contact: Brian | Name: OC Sheriff's Office Contact: Civil Division |
| Address: 1315 S. Allec Street | Address: 909 N. Main Street Ste 2 |
| City: Anaheim State: CA Zip: 92805 | City: Santa Ana State: CA Zip: 92701 |
| Office Phone / Cell Phone / Home Phone | Office Phone / Cell Phone / Home Phone |
| Email Address | Email Address |

**DESCRIPTION OF ITEMS:**

| Item # | Description | Dimensions |
|---|---|---|
| | 18 Artworks | |
| | See Attached | |
| | | |
| | | |
| | | |
| | | |

Existing Damage Noted:

Special Instructions:

**BILLING INFORMATION:**

Bill To:
Name / Contact
Address
City / State / Zip
Office Phone / Cell Phone / Home Phone

Payment Method and Details:
Purchase Order No / COD Amount / Check No. / Cash Amount
MC/VISA/AMEX/DISC / Expiration Date / Approval No.

Charges:

| | | |
|---|---|---|
| Shipping: | $ | (Rate: ) |
| Storage: | $ | (Rate: ) |
| Handling: | $ | (Rate: ) |
| Room Rental: | $ | (Rate: ) |
| Shipping Insurance: | $ | (Rate: ) |
| Storage Insurance: | $ | (Rate: ) |
| Other: | $ | (Description: ) |
| Total: | $ | |

**INSURANCE:**

Unless otherwise noted above, the declared value of all goods handled pursuant to this Agreement is hereby stated by Customer not to exceed the lesser of sixty cents ($0.60) per pound or sixty dollars ($60.00). Companies (defined in the Contract at right) do not automatically provide insurance, although insurance may be purchased for an additional charge. Insurance does not cover damages arising from or related to the following: earthquakes, insects, inherent vice, acts of war, riot or civil commotion, fallen hinges, or any internal breakage or concealed damage of any item not packed by Companies or their agents. Companies are not obligated to act on any insurance claim unless and until all charges due under this Agreement are paid in full.

**To Decline Insurance:**
I hereby decline insurance for loss or damage to the goods arising during shipping or storage.

Customer Initials: ______

**To Accept Insurance:**
The goods' declared value is set forth above in "Description of Items." I hereby accept insurance for loss or damage to the goods arising during:

- ☐ Shipping Only Customer Initials ______
- ☐ Storage Only Customer Initials ______
- ☐ Shipping and Storage Customer Initials ______

**CONTRACT:**

This Bill of Lading and Storage Agreement (this "Agreement") constitutes a binding contract between the Customer named above, on one hand, and Display, a California general partnership ("Display") and Orange County Fine Art Storage LLC, a California limited liability company ("OCFAS"), together on the other hand (together "Companies"). The person signing this Agreement on behalf of Customer certifies, represents and warrants to Companies that:

1. He or she has the authority to sign this Agreement on behalf of Customer;
2. All information he or she has provided herein (including declared value) is true, correct and complete;
3. If Customer declares a value of goods handled pursuant to this Agreement in excess of the lesser of sixty cents ($0.60) per pound or sixty dollars ($60.00), Customer shall pay an insurance premium, and only then shall the items be insured against loss or damage for the declared value;
4. The maximum liability of Display and OCFAS under this Agreement is the lesser of sixty cents ($0.60) per pound or sixty dollars ($60.00);
5. He or she has read, understands and agrees to the terms and conditions contained (i) herein, (ii) in the box titled "Insurance" at right, and (iii) set forth on the back of this Agreement, all of which are hereby incorporated by reference.

**SIGNATURES:**

In witness whereof, the parties, acting through their authorized representatives, have executed this Agreement as of the last date below.

COMPANIES:
By: [signature]
Printed: BRIAN ROSS
Title: Owner
Date: 7/18/19

CUSTOMER: OC SO Sheriff
Name: [signature] #2406
By: ________
Printed: BRIAN [illegible]
Title: DEPUTY
Date: 7-18-19

The primary carrier for transportation and installation of the goods handled pursuant to this Agreement and that may be inventoried on the front of this Agreement (collectively "Goods") is Display ("Display"), and the warehouseman for storage of the Goods is Orange County Fine Art Storage LLC ("OCFAS"), (collectively "Companies"). By signing the front of this Non-Negotiable Bill Of Lading and Storage Agreement ("Agreement"), the owner or the authorized agent of such owner ("Customer"), acknowledges their understanding and express agreement to the terms and conditions set forth below and on the front of this Agreement.

1. **Services.** Subject to the terms and conditions of this Agreement, Display is hereby authorized by Customer to transport and install Goods ("Transportation Services") and OCFAS is hereby authorized by Customer to store Goods ("Storage Services"). Transportation Services and Storage Services are hereinafter collectively referred to as "Services." Companies reserve sole and absolute discretion as to the means, routes and procedures to be used in providing the Services. Goods shall be stored at 1315 South Allec Street, Anaheim, CA 92805, or at such other location as determined by Companies in their sole discretion, of which location Companies shall notify Customer. Companies reserve the right to open and *inspect Goods and reserve the* right to refuse to provide Services in their sole discretion.

2. **Fees.** Quotations are given on the basis of immediate acceptance and are subject to the right of withdrawal or revision. If any changes occur in the rates of freight, insurance premiums or other charges applicable to Goods, quotations and charges shall be subject to revision accordingly with or without notice, even after the Companies have accepted Goods. Customer agrees to pay and guarantees payment of all sums due under this Agreement. Rates for Services are subject to change without notice. Companies may make advances or incur liabilities on behalf of Customer and in furtherance of this Agreement. Payment for Transportation Services, and any other services, advances and liabilities incurred are due upon completion of the work. Payment for Storage Services shall be due monthly in advance for each month's storage or fraction thereof. Late fees of 1.5% per month, or the maximum amount allowed by law, whichever is less, shall accrue on all unpaid balances. Payments not made within ten (10) days of the due date shall be considered delinquent and shall constitute a breach of this Agreement. Companies shall not be required to submit an invoice for payment and fees are due regardless of Customer's receipt of an invoice. Customer shall not have the right to withhold or offset the payment of fees for any reason, including without limitation, damage, delay or loss of Goods. In the event any check or other instrument tendered by Customer is returned unpaid by a financial institution for any reason, including without limitation, a credit card chargeback, Customer shall be charged a $30.00 processing fee. Customer expressly agrees that it shall be responsible for any expenses and fees, including attorneys' fees and costs, incurred by Companies in collecting past due amounts from Customer.

3. **Term and Termination.** This Agreement shall be effective as of the last signature date on the front of this Agreement and shall continue in effect until terminated, in whole or in part, for any reason: (i) by Customer upon two (2) business days' written notice to Companies; or (ii) by Companies immediately upon written notice to Customer. Upon thirty (30) days' written notice to Customer to remove Goods, Customer shall pay all amounts due and remove Goods within the stated time, or Companies may have Goods removed at the expense of Customer and/or sell or dispose of Goods in accordance with this Agreement and/or applicable law. Sections 2 through 12 shall survive any termination of this Agreement.

4. **Valuation of Goods.** CUSTOMER EXPRESSLY ACKNOWLEDGES THAT: (i) THE VALUE OF EACH ITEM OF GOODS DOES NOT EXCEED THE AMOUNT(S) SET FORTH IN THE DECLARED VALUE SECTION ON THE FRONT OF THIS AGREEMENT; (ii) IF NO AMOUNT IS SPECIFIED IN THE DECLARED VALUE SECTION, THE VALUE OF GOODS SHALL NOT EXCEED THE LESSER OF SIXTY CENTS ($0.60) PER POUND OR SIXTY DOLLARS ($60.00); (iii) IN THE EVENT CUSTOMER ASSIGNS A SINGLE VALUE TO A LOT OF MULTIPLE GOODS, THE VALUE OF A SINGLE ITEM SHALL BE EQUAL TO THE TOTAL DECLARED VALUE DIVIDED BY THE NUMBER OF ITEMS; AND (iv) DECLARED VALUE COVERAGE IS ONLY AVAILABLE IF CUSTOMER PURCHASES INSURANCE PURSUANT TO SECTION 8 BELOW.

5. **Access and Removal of Goods.** Customer shall be entitled to effect removal of all Goods or a portion thereof upon providing Companies two (2) business days' advance notice, provided, however, Companies are not obligated to release Goods until all fees for Services and other charges due have been paid. Such removal shall be subject to reasonable restrictions, in Companies' sole discretion, and shall be limited to Companies' normal business hours or other such time as Companies' and Customer may agree. Companies reserve the right to charge a labor fee commensurate with the labor required to prepare Customer's Goods for such removal. Customer may hire Companies to effect removal and shall pay fees for Services which may be in effect at that time. Customer may, at its own expense, hire an outside company to effect such removal. Unclaimed goods may be sold or otherwise disposed of by Companies as permitted *under California law.*

6. **Transportation.** Companies shall transport Goods to the location specified herein by Customer. Companies, in their sole discretion, may use third parties for transportation of the Goods. Customer agrees Goods will be available for pick-up and/or delivery during regular business hours or at such other appointment time(s) as may be agreed upon by Companies. Companies reserve the right to assess additional fees due to Customer's delay, impediment, omission of information, and/or scheduling pick-up and/or delivery outside of regular business hours. Companies will only deliver Goods to Customer or such person Customer designates in writing.

7. **Customer Representations and Warranties.** Customer represents and warrants that: (i) it is the lawful owner or the agent authorized by the lawful owner of Goods under this Agreement; (ii) all of the Goods are truthfully, accurately and completely described on the front of this Agreement; (iii) it shall be liable for any duties, taxes, imposts, levies, deposits or outlays of any kind levied by authorities at any port or place for or in connection with Goods, and for any payments, fines, expenses, loss or damage incurred or sustained by Companies in connection herewith, including any amounts on settlement of any fraud or other claim by any regulatory agencies, all additional duties, costs, expenses and attorneys' fees; (iv) any instruction(s) given to Companies may be complied with and relied upon by Companies or by such party as may be employed by Companies or entrusted with said Goods on behalf of Companies; (v) Goods are limited to those set forth on the front of this Agreement and except as specifically set forth on the front of this Agreement, shall not include fragile articles not packed by Display, stamp collections, furs, precious stones or jewelry, currency, precious metals in any form, livestock, plants, firearms, narcotics or other illegal contraband or substances, noxious, corrosive, flammable, dangerous or explosive substances, hazardous materials (as defined by federal, state or local law), or other items likely to cause damage, including without limitation, those likely to harbor or encourage vermin or other pests (collectively "Prohibited Goods"); (vi) Prohibited Goods may be destroyed, disposed of or otherwise dealt with if, in the sole and absolute discretion of Companies, they pose a danger to other Goods or property; and (vii) it authorizes Companies to open packages, inspect Goods and verify the contents therein, however Companies shall not be required to open and inspect Goods, and failure of Companies to do so shall not indicate acceptance or acknowledgement of any condition of Goods.

8. **Insurance.** CUSTOMER ACKNOWLEDGES THAT COMPANIES ARE NOT INSURERS OF GOODS AND DO NOT AUTOMATICALLY PROVIDE INSURANCE AGAINST, NOR SHALL THEY BE LIABLE FOR, ANY TYPE OF RISK, INCLUDING WITHOUT LIMITATION, DAMAGE, DESTRUCTION, LOSS OR LOSS OF USE. Insurance may be purchased for an additional fee. The insurance premium(s) shall be based upon the declared value of Goods set forth on the front of this Agreement. Declared values may only be altered in a writing signed by all parties hereto. Insurance coverage shall not exceed the declared value set forth on the front of this Agreement. Insurance is provided through a third party insurer under the terms of a policy separate from this Agreement, which policy will be provided upon request. Should any dispute arise between Customer and the insurer with respect to the insurance, Customer's recourse shall be against the insurer only, and Companies shall have no responsibility or liability in relation thereto, notwithstanding that the premium upon the policy may be paid to Companies by Customer.

9. **Claims for Loss.** Customer agrees: (i) to inspect Goods upon delivery; (ii) to provide Companies with written notice completely describing any damage, loss or delay within five (5) days of delivery, or in the event of non-delivery, within five (5) days of the date Goods should have been delivered; (iii) that all original shipping cartons, packing and contents must be made available for inspection by Companies at any time and must be retained until all claims are resolved; and (iv) that Companies are not obligated to act on any claim for damage, delay or loss of Goods until all fees due Companies have been paid.

10. **Limitation of Liability.** CUSTOMER EXPRESSLY ACKNOWLEDGES AND AGREES THAT IN NO EVENT SHALL COMPANIES OR THEIR AFFILIATES, OWNERS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR INDEPENDENT CONTRACTORS, BE LIABLE TO CUSTOMER OR ANY THIRD PARTY, UNDER ANY THEORY, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING WITHOUT LIMITATION NEGLIGENCE OR STRICT LIABILITY) OR OTHER THEORY: (i) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, CONTENT OR OTHER INTANGIBLE LOSSES (EVEN IF COMPANIES HAD BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES); OR (ii) FOR ANY AMOUNT IN EXCESS OF THE LESSER OF THE ACTUAL VALUE, MARKET VALUE, ACTUAL COST OF REPAIR OR RESTORATION, SIXTY CENTS ($0.60) PER POUND OR SIXTY DOLLARS ($60.00). CUSTOMER ACKNOWLEDGES THAT ITS ACCEPTANCE OF THIS SECTION HAS MATERIALLY INDUCED COMPANIES TO ENTER INTO THIS AGREEMENT. THE FOREGOING LIMITATIONS OF LIABILITY APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

11. **Remedies for Non-payment; Liens.** IN THE EVENT OF ANY FAILURE TO PAY ANY SUMS DUE COMPANIES PURSUANT TO THIS AGREEMENT (INCLUDING WITHOUT LIMITATION, ALL CHARGES, EXPENSES AND LIABILITIES ARISING FROM: THE SERVICES; INSURANCE; PRESERVATION, KEEPING AND/OR DISPOSAL OF GOODS; MONEY ADVANCED AT THE REQUEST OF CUSTOMER TO DISCHARGE A PRIOR LIEN; AND/OR EXPENSES OF ANY LIEN SALE), EITHER OR BOTH OF COMPANIES (AS DETERMINED BY COMPANIES IN THEIR SOLE DISCRETION) SHALL HAVE A LIEN FOR SUCH SUMS DUE COMPANIES ON ANY GOODS TRANSPORTED OR STORED PURSUANT TO THIS AGREEMENT AND ON ANY INSURANCE PROCEEDS ARISING FROM THE DAMAGE, DELAY, DESTRUCTION OR LOSS OF SUCH GOODS. CUSTOMER AGREES THAT SUCH LIENS SHALL CONTINUE IN EFFECT AFTER THE GOODS ARE DELIVERED OR RELEASED UNTIL ALL SUMS DUE COMPANIES ARE PAID. If requested, Customer will sign any documents provided by Companies to perfect such rights, titles and interests. Customer hereby appoints Companies its attorney-in-fact to execute and deliver such documents on its behalf and in its place in the event that Customer fails to do so after notice and a reasonable opportunity to perform. Companies may condition delivery or release of Goods on full payment of all sums due Companies. Companies may enforce any lien on Goods by separate or joint public or private sale of Goods pursuant to California law. If a portion of the Goods shall have been delivered, released, or sold, a general lien shall apply in respect of such Goods as remain in Companies' possession. Customer waives any right to demand, advertisement, notice of sale and the manner and procedure of sale. Customer

12. **Indemnification.** Customer shall indemnify each of Companies, their affiliates, owners, directors, officers, employees, agents and independent contractors, and hold them harmless from, any loss, expense (including attorneys' or experts' fees), damage or liability arising out of any claim, demand, proceeding or suit arising from Companies' performance under this Agreement and from any breach by Customer (and/or its employees and/or agents) of any of the terms, conditions, representations or warranties in this Agreement.

13. **Governing Law; Disputes.** This Agreement has been executed by both parties in California and is intended to be performed in California. This Agreement shall be exclusively governed by and construed under the laws of California without giving effect to such state's conflict of laws principles. Venue and jurisdiction shall be exclusively in the state and federal courts in Orange County, California. Customer further irrevocably consents to the service of process against it in any such action or proceeding by the delivery of a copy of such process to Customer at the address set forth on the front of this Agreement or otherwise provided to Companies pursuant to the terms of this Agreement. The non-prevailing party in any such action or proceeding between the parties to this Agreement shall pay to the prevailing party all expenses, costs and fees (including reasonable attorneys' and experts' fees) incurred by such prevailing party in such litigation.

14. **Miscellaneous.** Notices hereunder shall be in writing and shall be deemed to have been fully given and received when properly addressed to Customer at the address set forth on the first page hereof and to Companies at 1315 South Allec Street, Anaheim, CA 92805 or such other address as a party may give notice in the same manner set forth in this Section, and are delivered by: (a) hand; (b) nationally recognized overnight courier (i.e., UPS); (c) registered or certified mail, return receipt requested, postage prepaid; or (d) email, if to Customer. Within ten (10) days of any change of address, Customer shall provide notice of such change in accordance with this Section. Any invalidity of any term or terms of this Agreement shall be limited to the minimum extent necessary to make them enforceable and shall not affect the validity of the remaining terms of this Agreement, but only if and to the extent such enforcement would not materially and adversely frustrate the parties' essential objectives as expressed in this Agreement. The parties do not intend that this Agreement shall confer on any party other than the parties hereto any right, remedy or benefit, whether intended or incidental, or that any non-party shall have any right to enforce any provision of this Agreement. The failure to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. This Agreement (i) represents the entire understanding of the parties hereto and supersedes all prior written or oral agreements with respect to the subject matter hereof; (ii) may be amended, modified or superseded only in a writing signed by both parties; (iii) may not be assigned in any part by Customer, whether by operation of law or otherwise, without Companies' prior written consent; (iv) subject to the preceding subsection, shall be binding upon and shall inure to the benefit of and be enforceable by the parties to this Agreement and their respective heirs, legal representatives, successors and assigns; and (v) may be executed in any number of counterparts and via electronically transmitted copies, each of which shall be deemed an original instrument, but all of which together shall constitute only one and the same instrument.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 193-10212 | 1 Eagan Avena | 11/15/18 | green/gold racetrack | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10213 | 2 Eagan Avena | 11/15/18 | pink/orange/purple racetrack | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10215 | 3 Eagan Avena | 11/15/18 | racetrack, black background, re | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10216 | 4 Eagan Avena | 11/15/18 | racetrack, gold/blue, orange gr | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10214 A | 5 Eagan Avena | 11/15/18 | small sculpture, metal head, no | Young-deok Seo | | 67.5 | 12 | 12 | 5.63 | 5d1 |
| 193-10229 | 6 Eagan Avena | 11/15/18 | large sculpture, face, bicycle ch | Young-deok Seo | | 50 | 36 | 17 | 17.71 | wall |
| 193-10218 | 7 Eagan Avena | 11/15/18 | Batman 1 of 3 | Unknown | | 73 | 55 | 2 | 4.65 | 3c1 |
| 193-10219 | 8 Eagan Avena | 11/15/18 | Batman 2 of 3 | Unknown | | 73 | 55 | 2 | 4.65 | 3c1 |
| 193-10220 | 9 Eagan Avena | 11/15/18 | Batman 3 of 3 | Unknown | | 73 | 55 | 2 | 4.65 | 3c1 |
| 193-10217 | 10 Eagan Avena | 11/15/18 | impressionist street in rain | Unknown | | 73 | 59.8 | 2 | 5.05 | 3d1 |
| 193-10227 | 11 Eagan Avena | 11/15/18 | fingerprint of gold leaf on black | Unknown | Ai | 36 | 24 | 4 | 2.00 | 3a2 |
| 193-10228 | 12 Eagan Avena | 11/15/18 | fingerprint of gold text on red | Unknown | Ai | 36 | 24 | 4 | 2.00 | 3a2 |
| 193-10223 | 13 Eagan Avena | 11/15/18 | blue, white, red lines | Michael Monney | | 39.5 | 39.5 | 2 | 1.81 | 3b1 |
| 193-10225 | 14 Eagan Avena | 11/15/18 | orange/pink lines | Michael Monney | | 39.5 | 39 | 2 | 1.78 | 3b1 |
| 193-10224 | 15 Eagan Avena | 11/15/18 | blurry silver/blue lines | Nicole Holz | | 39.5 | 39.5 | 2 | 1.81 | 3b1 |
| 193-10221 | 16 Eagan Avena | 11/15/18 | b/w photo of stone bridge | Ramelli Serge | | 39.5 | 59 | 2 | 2.70 | 3b1 |
| 193-10222 | 17 Eagan Avena | 11/15/18 | b/w photo of Eiffel Tower | Ramelli Serge | | 39.5 | 59 | 2 | 2.70 | 3b1 |
| 193-10226 | 18 Eagan Avena | 11/15/18 | b/w photo of racecar | Unknown | | 31.3 | 48 | 2 | 1.74 | 3b1 |

10214B Pedestal

# EXHIBIT 6

FL-300

PARTY WITHOUT ATTORNEY OR ATTORNEY STATE BAR NUMBER:
NAME: Jack Neitran
FIRM NAME: LGB
STREET ADDRESS: 1880 Century Park East Suite 1108
CITY: LA STATE: CA ZIP CODE: 90067
TELEPHONE NO.: 310 . 557 0050 FAX NO.:
E-MAIL ADDRESS:
ATTORNEY FOR (name): Brian Weiss Receiver

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER
AUG 19 2019
DAVID H. YAMASAKI, Clerk of the Court
BY: S. ARAZA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 341 The City Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Orange, 92863
BRANCH NAME:

PETITIONER: M Aversotti
RESPONDENT: L. Storie
OTHER PARENT/PARTY:

**REQUEST FOR ORDER** ☐ CHANGE ☐ TEMPORARY EMERGENCY ORDERS

☐ Child Custody ☐ Visitation (Parenting Time) ☐ Spousal or Partner Support
☐ Child Support ☐ Domestic Violence Order ☐ Attorney's Fees and Costs
☐ Property Control ☑ Other *(specify)*: Quash Writ of Execution

CASE NUMBER: 17D 009930

## NOTICE OF HEARING

1. TO *(name(s))*: Lisa Storie
☐ Petitioner ☑ Respondent ☐ Other Parent/Party ☐ Other *(specify)*:

2. **A COURT HEARING WILL BE HELD AS FOLLOWS:**

a. Date: N/A Time: 8:30AM ☒ Dept.: L67 ☐ Room.:
b. Address of court ☒ same as noted above ☐ other *(specify)*:

3. **WARNING to the person served with the *Request for Order:*** The court may make the requested orders without you if you do not file a *Responsive Declaration to Request for Order* (form FL-320), serve a copy on the other parties at least nine court days before the hearing (unless the court has ordered a shorter period of time), and appear at the hearing. *(See form FL-320-INFO for more information.)*

*(Forms FL-300-INFO and DV-400-INFO provide information about completing this form.)*

## COURT ORDER
*(FOR COURT USE ONLY)*

***It is ordered that:***

4. ☐ Time ☐ for service ☐ until the hearing is shortened. Service must be on or before *(date)*:
5. ☐ A *Responsive Declaration to Request for Order* (form FL-320) must be served on or before *(date)*:
6. ☐ The parties must attend an appointment for child custody mediation or child custody recommending counseling as follows *(specify date, time, and location)*:
7. ☐ The orders in *Temporary Emergency (Ex Parte) Orders* (form FL-305) apply to this proceeding and must be personally served with all documents filed with this *Request for Order*.
8. ☒ Other *(specify)*: See attached orders on next page.

RECEIVED O.C. SHERIFF'S DEPT CENTRAL/COURT SERVICES 2019 AUG 19 P 2:3

Date: AUG 1 9 2019

[signature]
JUDGE NATHAN VU
JUDICIAL OFFICER

Form Adopted for Mandatory Use
Judicial Council of California
FL-300 [Rev. July 1, 2016]

**REQUEST FOR ORDER**
EXPGN

Page 1 of 4

Family Code, §§ 2045, 2107, 6224, 6226, 6320–6326, 6380–6383; Government Code, § 26826
Cal. Rules of Court, rule 5.92
www.courts.ca.gov

Avenatti vs. Storie-Avenatti

Superior Court of the State of California

County of Orange

Case No. 17D009930

DECISION AND ORDER

Receiver's Ex Parte Application to Quash Writ of Execution or to Stay the Sheriff's Sale Set for August 20, 2019 at 10:00 A.M.
Filed August 16, 2019

The Court DENIES the Application to Quash the Writ of Execution and GRANTS the Application for a Stay of the Sheriff's Sale, subject to the Receiver Brian Weiss (Receiver) giving an undertaking and the Receiver filing an action or motion to intervene to determine the rights to the property at issue.

The Receiver has not stated a valid basis on which to quash the Writ of Execution in this matter. The Court therefore denies the Application to Quash the Writ of Execution.

Code of Civil Procedure section 720.380 gives this Court jurisdiction to stay a sheriff's sale "until proceedings for the determination of the rights of a third person can be commenced and prosecuted to termination and [the Court] may require such undertaking as it considers necessary as a condition for making the order."

The Court interprets subsection (b) of Section 720.380, which requires the filing of a third-party claim, as a procedural requirement placed on the third-party and not a limitation of the Court's jurisdiction. The Court also interprets that provision as being met where a third-party files a third-party claim but the filing is rejected by the sheriff, and finds that the Receiver has met the requirement of subsection (b) of Section 720.380.

At the same time, the Court is mindful of the fact that delay in holding the sheriff's sale may prejudice the Petitioner and/or the Respondent.

The Court therefore orders that the Receiver give a bond in the amount of $20,000 or give an equal undertaking, as allowed by the Code of Civil Procedure. (See Code Civ. Proc., §§ 995.010 *et seq.*)

The Court ORDERS that the Sheriff's Sale of the following property shall be STAYED:

1. Bar code 193-10212, painting described as green/gold racetrack by Frank Stella.

2. Bar code 193-10213, painting described as pink/orange/purple racetrack by Frank Stella.

3. Bar code 193-10215, painting described as racetrack, black background by Frank Stella.

4. Bar code 193-10216, painting described as racetrack, gold/blue orange, by Frank Stella.

The sheriff's sale of any other items shall not be stayed by this court order.

The stay shall dissolve automatically on September 18, 2019 unless:

A. The Receiver files with this Court and serves upon the parties proof of the bond or undertaking on or before September 18, 2019; and

B. The Receiver files an action for a determination of the rights to the above-described property or files a motion to intervene in this action in order to obtain such a determination, on or before September 18, 2019.

**It is so Ordered:**

**Date:** AUG 1 9 2019

Nathan Vu

**Judge Nathan Vu**

# EXHIBIT 7

**Jack Reitman**

**From:** Brian Weiss <bweiss@force10partners.com>
**Sent:** Tuesday, August 13, 2019 5:59 PM
**To:** Jack Reitman
**Subject:** Fwd: Fw: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY

---------- Forwarded message ---------
From: **lisa storie** <lisajstorie@yahoo.com>
Date: Fri, Mar 1, 2019 at 10:08 AM
Subject: Fw: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY
To: Jason Frank <jfrank@lawfss.com>, bweiss@force10partners.com <bweiss@force10partners.com>, Julie Cline-Maurer <julie@julieclinefas.com>

This piece of art (per art dealer) is included in my court agreement for child support. It's listed specifically. It was bought for our home (see below). Please allow us to release it so I can sell it.

---

**From:** Julie Cline-Maurer <julie@julieclinefas.com>
**Sent:** Friday, March 1, 2019 9:10 AM
**To:** Brian Ross <bross@oc-fas.com>; Storie Lisa () <lisajstorie@yahoo.com>; Jeannie Denholm <jdenholm@scapesite.com>
**Subject:** RE: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY

Is there a Brad Durham? Do you mean David Shapiro?– I have the invoice for the Talladega Three III to Michael addressed to him at their Residence at 224 Via Lido Nord, which is stated on the Stipulation & Order judgement on 12/5/2018 "any artwork that was part of the Marital Residence" that is in OCFAS is awarded to Lisa. I can send this document and the invoice and proof that it was part of their personal residence to the Receivership and Lawyers. Please give me contract information for the Receivership and lawyer's for the court. Also, that piece went to Michael's office temporarily when Michael and Lisa split up and he left the residence – It was not purchased by Eagan Avenatti and should not be included in the Receivership

Warm Regards

Julie Cline-Maurer
272 Hot Springs Road
Santa Barbara, CA 93108
HOME: 805-695-8250
CELL: 805-705-9028

---

**From:** Brian Ross <bross@oc-fas.com>
**Sent:** Friday, March 1, 2019 8:45 AM
**To:** Jeannie Denholm <jdenholm@scapesite.com>; lisa storie <lisajstorie@yahoo.com>
**Cc:** Julie Cline-Maurer <julie@julieclinefas.com>
**Subject:** RE: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY

I have all of these, however, Talladega Three III is one of four Stellas that were picked up from Michael's office on 11/15/18. A court order says that I cannot release it. I'm not disputing that Lisa owns it, as well as the other three, and I have notified the Receiver of this situation. He said he would request guidance from council. Until then, I can't release it.

We have three Stellas, the Heather Gwyn Martin and the Brad Durham to go on the truck this morning.

Please let me know if you have any questions.

Thank you,

Brian Ross
Orange County Fine Art Storage
714-418-4400

Any business transacted between us or goods accepted by us are governed by our Bill of Lading Terms and Conditions. Should you elect not to arrange insurance through Orange County Fine Art Storage, LLC, please note that our liability is limited to 0.60 cents per pound as stated in our Bill of Lading Terms and Conditions.

---

**From:** Jeannie Denholm <jdenholm@scapesite.com>
**Sent:** Thursday, February 28, 2019 7:02 PM
**To:** lisa storie <lisajstorie@yahoo.com>
**Cc:** Julie Cline-Maurer <julie@julieclinefas.com>; Brian Ross <bross@oc-fas.com>
**Subject:** confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY
**Importance:** High

I want to confirm that things have been lined up for me to receive the Frank Stella's and Heather Gwen Martin painting Friday afternoon. Display will help install them.

I thought there were four Stella's available but Brian at OCFAS says he only has three. Can you review the list and if you see an error with his records… call him ASAP in the morning? (he will need to hear from you before the truck leaves OCFAS)

To my understanding, Here are the ones he has for sure:

1. Imola Five II
2. Imola Three I
3. Talledega Three III

Corresponding images:


Imola Five II

Imola Three I

Talladega Three III

The one in question from my notes is: Imola Three II . I show that one as available from your notes but I don't think Brian has it? Should it be there and available for me to hang with the others? (Image shown below)

Imola Three II

I have in my notes that Julie sold "Talladega Three II" and "Pergusa III
There are no notes indicating that Imola Three II is sold and unavailable.
Images of the ones that I understand Julie sold noted below:

Telladega three II (sold)

Pergusa III (sold)

Let me know! Let Brian know if *Imola Three II* should in fact be there and if it can be sent with the others!
Thanks so much.
I'll let you know when the art has arrived safely and is installed.
An eblast announcing the artwork's arrival is going out tomorrow.

Best regards,
Jeannie

Jeannie Denholm
Art Advisor | Collection Management | Curator

Southern California Art Projects and Exhibitions | **SCAPE**
2859 East Coast Hwy
Corona Del Mar, CA 92625
office: 949.723.3406 cell: 949.295.9429

---

**From:** lisa storie [mailto:lisajstorie@yahoo.com]
**Sent:** Wednesday, February 06, 2019 12:20 PM
**To:** Jeannie Denholm
**Subject:** art work

Here you go...
Notes:
Craig Kauffman - Sold
Jane Wells - Keeping All
Shapiro - Clearing 11 - I'm keeping

--

**Brian Weiss**
at Force 10 Partners
**A** 20341 SW Birch Suite 220, Newport Beach CA 92660
**D** (949) 357-2368 **P** (949) 357-2360 **M** (949) 933-7011 **E** bweiss@force10partners.com **W** http://force10partners.com

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

**Jack Reitman**

**From:** Brian Weiss <bweiss@force10partners.com>
**Sent:** Tuesday, August 13, 2019 6:01 PM
**To:** Jack Reitman
**Subject:** Fwd: Eagan Avenatti

---------- Forwarded message ---------
From: **Brian Ross** <bross@oc-fas.com>
Date: Tue, Feb 19, 2019 at 4:39 PM
Subject: RE: Eagan Avenatti
To: Brian Weiss <bweiss@force10partners.com>

Brian,

I need to make you aware of something. On the list I sent you are four artworks by Frank Stella that were originally in the Avenatti/Storie home. We installed them in Mr. Avenatti's office. I've been told that they are considered the property of Lisa Storie per court order. Do you have a problem with that? The art consultant who bought them for the Avenatti's agrees that all of the others on the list were purchased later by Mr. Avenatti.

Please advise.

Thank you,

Brian Ross

Orange County Fine Art Storage

714-418-4400

Any business transacted between us or goods accepted by us are governed by our Bill of Lading Terms and Conditions. Should you elect not to arrange insurance through Orange County Fine Art Storage, LLC, please note that our liability is limited to 0.60 cents per pound as stated in our Bill of Lading Terms and Conditions.

**From:** Brian Weiss <bweiss@force10partners.com>
**Sent:** Friday, February 15, 2019 10:52 AM
**To:** Brian Ross <bross@oc-fas.com>
**Subject:** Re: Eagan Avenatti

Brian,

Thank you for the report. I would much appreciate a couple of referrals that will be able to help sell the art.

Regards,

Brian

On Fri, Feb 15, 2019 at 10:36 AM Brian Ross <bross@oc-fas.com> wrote:

> Hello Brian,
>
> Attached is the list of artwork that was picked up from the office of Michael Avenatti in November, 2018. Please let me know if you have any questions. I would be happy to provide the names of some art dealers who can assist with liquidation, if that is your goal.
>
> Thank you,
>
> Brian Ross
>
> Orange County Fine Art Storage
>
> 714-418-4400



Any business transacted between us or goods accepted by us are governed by our Bill of Lading Terms and Conditions. Should you elect not to arrange insurance through Orange County Fine Art Storage, LLC, please note that our liability is limited to 0.60 cents per pound as stated in our Bill of Lading Terms and Conditions.

-----Original Message-----
From: Brian Weiss <bweiss@force10partners.com>
Sent: Thursday, February 14, 2019 3:05 PM
To: Brian Ross <bross@oc-fas.com>
Subject: Eagan Avenatti

Brian,

Thank you for taking the time to speak with me today. As discussed, I have been appointed as the Federal Court Receiver for Eagan Avenatti, LLP (see #4). Pursuant to the Receivership Order, the courts EA and Avenatti to do the following:

Immediately turn over possession of all property of EA to the Receiver when the appointment becomes effective, including but not limited to all past and current client engagement contracts, case files, books and records, electronic files, and other documents necessary to manage the Receivership Assets and all funds in EA accounts, including client trust accounts.

As a result of the Receivership, I am now the party in control of all of EA's assets including the artwork being held at Orange County Fine Art Storage. No artwork is allowed to be accessed except by me or parties subject to my written approval.

Also, please send me a list of all property being held at Orange County Fine Art Storage.

Thank you for your help. Please feel free to call me with any questions.

Regards,

--

Brian Weiss

at Force 10 Partners

A 20341 SW Birch Suite 220, Newport Beach CA 92660 D (949) 357-2368 P (949) 357-2360 M (949) 933-7011 E bweiss@force10partners.com W http://force10partners.com

--

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

--

**Brian Weiss**
at Force 10 Partners
**A** 20341 SW Birch Suite 220, Newport Beach CA 92660
**D** (949) 357-2368 **P** (949) 357-2360 **M** (949) 933-7011 **E** bweiss@force10partners.com **W** http://force10partners.com

This message is for the named person's use only. It may contain confidential, proprietary

or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

--

**Brian Weiss**
at Force 10 Partners
**A** 20341 SW Birch Suite 220, Newport Beach CA 92660
**D** (949) 357-2368 **P** (949) 357-2360 **M** (949) 933-7011 **E** bweiss@force10partners.com **W** http://force10partners.com

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

| INV# | Customer | received | description | artist | area | area | area |
|---|---|---|---|---|---|---|---|
| 193-10212 | Eagan Avenatti LLP | 11/15/18 | green/gold racetrack | Frank Stella | 71 | 56 | 2 |
| 193-10213 | Eagan Avenatti LLP | 11/15/18 | pink/orange/purple racetrack | Frank Stella | 71 | 56 | 2 |
| 193-10214 | Eagan Avenatti LLP | 11/15/18 | small sculpture, metal head, no face on pedestal | Young-deok Seo | 67.5 | 12 | 12 |
| 193-10215 | Eagan Avenatti LLP | 11/15/18 | racetrack, black background, red/green/yello | Frank Stella | 71 | 56 | 2 |
| 193-10216 | Eagan Avenatti LLP | 11/15/18 | racetrack, gold/blue, orange green | Frank Stella | 71 | 56 | 2 |
| 193-10217 | Eagan Avenatti LLP | 11/15/18 | impressionist street in rain | Unknown | 73 | 59.8 | 2 |
| 193-10218 | Eagan Avenatti LLP | 11/15/18 | Batman 1 of 3 | Unknown | 73 | 55 | 2 |
| 193-10219 | Eagan Avenatti LLP | 11/15/18 | Batman 2 of 3 | Unknown | 73 | 55 | 2 |
| 193-10220 | Eagan Avenatti LLP | 11/15/18 | Batman 3 of 3 | Unknown | 73 | 55 | 2 |
| 193-10221 | Eagan Avenatti LLP | 11/15/18 | b/w photo of stone bridge | Ramelli Serge | 39.5 | 59 | 2 |
| 193-10222 | Eagan Avenatti LLP | 11/15/18 | b/w photo of Eiffel Tower | Ramelli Serge | 39.5 | 59 | 2 |
| 193-10223 | Eagan Avenatti LLP | 11/15/18 | blue, white, red lines | Michael Monney | 39 | 39.5 | 2 |
| 193-10224 | Eagan Avenatti LLP | 11/15/18 | blurry silver/blue lines | Nicole Holz | 39 | 39.5 | 2 |
| 193-10225 | Eagan Avenatti LLP | 11/15/18 | orange/pink lines | Michael Monney | 39.5 | 39 | 2 |
| 193-10226 | Eagan Avenatti LLP | 11/15/18 | b/w photo of racecar | Unknown | 31.3 | 48 | 2 |
| 193-10227 | Eagan Avenatti LLP | 11/15/18 | fingerprint of gold leaf on black | Unknown | 36 | 24 | 4 |
| 193-10228 | Eagan Avenatti LLP | 11/15/18 | fingerprint of gold text on red | Unknown | 36 | 24 | 4 |
| 193-10229 | Eagan Avenatti LLP | 11/15/18 | large sculpture, face, bicycle chain | Young-deok Seo | 50 | 36 | 17 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU GOTTFRIED & BERGER LLP, 1880 Century Park East, Suite 1101, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*): ***Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 13, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com
- **Jack A. Reitman** jareitman@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com;avedrova@lgbfirm.com
- **John P. Reitman** jreitman@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*)______, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 13, 2019,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Service:**
**Honorable Catherine E. Bauer**
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2019 | Vanessah Richmond | */s/ Vanessah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**