D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Proposed Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP<br><br>Debtor. | Case No. 8:19-bk-13560-CB<br><br>Chapter 7<br><br>NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL<br><br>[NO HEARING REQUIRED – LBR 9013-1(o)] |

TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), has filed an application ("Application") for entry of an order authorizing the employment of Marshack Hays LLP ("Firm") as the Trustee's and the Estate's general counsel in this case pursuant to 11 U.S.C. § 327, effective as of September 13, 2019.

/ / /

/ / /

/ / /

On September 13, 2019 ("Petition Date"), Debtor filed a voluntary petition under Chapter 7 of Title 11 the United States Code and the Trustee was appointed. On the same date, the Debtor filed its schedules and statement of financial affairs ("Schedules and SOFA").

Pre-petition, Brian Weiss was appointed as a receiver ("Receiver") by the United States District Court in the *In re Eagan Avenatti, LLP* case which was assigned as Case No. 8:18-cv-01644-VAP-KES ("District Court Action") pursuant to a stipulation and order entered on February 13, 2019. The Receiver signed the petition, Schedules, and SOFA on behalf of Debtor.

On September 13, 2019, as Dk. No. 3, proposed special litigation counsel for Trustee, John P. Reitman and Jack A. Reitman of Landau Gottfried & Berger LLP ("Special Counsel"), filed an emergency motion for preliminary injunction as to four pieces of art currently in the possession of the Orange County Sheriff ("Preliminary Injunction").

On September 16, 2019, Special Counsel filed an adversary complaint for avoidance and recovery of fraudulent and preferential transfers; declaratory relief; turnover; preliminary and permanent injunction; breach of fiduciary duty; disallowance of proofs of claim; and equitable subordination. The named defendants are Michael Avenatti, Lisa Storie-Avenatti, and Avenatt & Associates APC, Case No.: 8:19-ap-01186-CB, Dk. No. 8 ("Adversary Case"). The Trustee's proposed Special Counsel represented the Receiver in the District Court Action.

On September 16, 2019, an emergency motion for Preliminary Injunction was also filed on in the Adversary Case. On September 17, 2019, as Dk. No. 5, the Court entered an order granting the Trustee's requested Preliminary Injunction.

The Trustee requires the assistance of general counsel to assist in administering assets for the benefit of the creditors of the Estate, if appropriate. The Firm is knowledgeable and experienced in representing bankruptcy trustees in the course of operations and liquidations. The Firm may be required to assist the Trustee in the following matters:

(1) To analyze and evaluate assets and claims of the case;

(2) To represent the Trustee in any proceedings or hearings in the Bankruptcy Court or in any other action where the rights of the Estate or the Trustee may be litigated or affected;

| | |
|---|---|
| 1 | (3) To conduct examinations of the Debtor, witnesses, claimants, or adverse parties and to |
| 2 | prepare and assist in the preparation of reports, accounts, applications, motions, |
| 3 | complaints, and orders; |
| 4 | (4) To prepare on behalf of the Trustee any necessary applications, motions, answers, orders, |
| 5 | reports, and other legal papers; |
| 6 | (5) To investigate, and if necessary, prosecute claims for relief that the Estate may have; and |
| 7 | (6) To perform all legal services incidental and necessary for the smooth administration of |
| 8 | the Estate. |

The Firm will render services to the Trustee at the Firm's regular hourly rates, which may be adjusted from time to time. The Firm's current hourly billing rates are as follows:

| Partners | Rates | Of Counsel | Rates | Paralegals | Rates |
|---|---|---|---|---|---|
| Richard A. Marshack | $650 | Kristine A. Thagard | $530 | Pamela Kraus | $270 |
| D. Edward Hays | $650 | Matthew W. Grimshaw | $500 | Chanel Mendoza | $240 |
| Chad V. Haes | $450 | Associates | Rates | Layla Buchanan | $240 |
| David A. Wood | $450 | Judith E. Marshack | $410 | Cynthia Bastida | $240 |
| | | Laila Masud | $350 | Laurie McPherson | $175 |
| | | Tinho Mang | $300 | Kathleen Frederick | $175 |

The Firm will be compensated from assets of the Estate, if any, and will not be compensated absent the Estate's receipt or recovery of such assets. The Firm has received no retainer for the services to be performed in this case and, has agreed that no retainer will be paid.

The Firm understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate.

The Firm has advised the Trustee that the Firm has not shared or agreed to share any compensation to be received in this case with any other person, except among partners of the Firm.

The Trustee believes that the Firm is a "disinterested person" within the meaning of 11 U.S.C. § 101(14).

The complete scope and terms of the employment are detailed in the Application a copy of which can be obtained by contacting D. Edward Hays and David A. Wood, whose contact information is listed in the top left-hand corner of this Notice. The Application is based on 11 U.S.C. § 327 and the Firm intends to seek compensation pursuant to 11 U.S.C. §§ 330 and 331.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the proposed employment must be in the form as required by Rules 2014-1(b) 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is fourteen (14) days after the date of service of this Notice plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on Marshack Hays LLP to the attention of D. Edward Hays and David A. Wood at the address indicated above and served on the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, California 92701. Failure to timely respond may be deemed as acceptance of the proposed employment. See LBR 9013-1(h).

DATED: October 2, 2019                MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
D. EDWARD HAYS
DAVID A. WOOD
Proposed General Counsel for Richard A. Marshack, Chapter 7 Trustee for the Bankruptcy Estate of EAGAN AVENATTI, LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 2, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 2, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
Eagan Avenatti, LLP
~~20341 SW Birch, Suite 220~~
~~Newport Beach, CA 92660-1514~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 2, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY
PRESIDING JUDGE'S COPY
Bankruptcy Judge Honorable Catherine E. Bauer
U. S. Bankruptcy Court – Central District
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2019 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4850-8841-6168, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: (CONTINUED)
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian, Jr jbastian@shbllp.com
   - **INTERESTED PARTY COURTESY NEF:** D Edward Hays ehays@marshackhays.com, 8649808420@filings.docketbird.com
   - **RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com
   - **DEBTOR EAGAN AVENATTI, LLP AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@lgbfirm.com, srichmond@lgbfirm.com; vrichmond@lgbfirm.com; avedrova@lgbfirm.com
   - **DEBTOR EAGAN AVENATTI, LLP:** John P. Reitman jreitman@lgbfirm.com, srichmond@lgbfirm.com; vrichmond@lgbfirm.com
   - **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** David Wood dwood@marshackhays.com, 8649808420@filings.docketbird.com

2. **SERVED BY UNITED STATES MAIL**: (CONTINUED)

| CREDITOR | CREDITOR | CREDITOR |
|---|---|---|
| 520 NEWPORT CENTER DRIVE LLC<br>C/O MARK A KOMPA ESQ<br>233113 S PLAZA POINTE<br>SUITE 100<br>LAGUNA HILLS, CA 92653 | ACAMAR INVESTMENTS<br>JOHN CASPERSON<br>999 THIRD AVENUE<br>SUITE 2600<br>SEATTLE, WA 98104-4018 | ACE PARKING MANAGEMENT INC<br>610 NEWPORT CENTER DRIVE<br>SUITE 50<br>NEWPORT BEACH, CA 92660-6416 |
| **CREDITOR**<br>ADERANT HOLDINGS<br>LOCKBOX PO BOX 931177<br>ATLANTA, GA 31193-0001 | **CREDITOR**<br>ADVANCED DISCOVERY<br>PO 102242<br>ATLANTA, GA 30368-2242 | **CREDITOR**<br>AFFORDABLE MOVING & STORAGE<br>PO BOX 361<br>GARDEN GROVE, CA 92842-0361 |
| **CREDITOR**<br>AHMED IBRAHIM<br>29 SOHO<br>IRVINE, CA 92612-1083 | **CREDITOR**<br>ALLIED UNIVERSAL SECURITY SYSTEMS<br>PO BOX 732565<br>DALLAS, TX 75373-2565 | **CREDITOR**<br>ALPHAGRAPHICS<br>221 KING STREET<br>MADISON, WI 53703-3419 |
| **CREDITOR**<br>ANDREW STOLPER<br>FRANK SIMMS STOLPER LLP<br>19800 MACARTHUR BLVD<br>SUITE 855<br>IRVINE, CA 92612-8444 | **CREDITOR**<br>ANTHEM BLUE CROSS<br>PO BOX 54630<br>LOS ANGELES, CA 90054-0630 | **CREDITOR**<br>AT&T TELECONFERENCE SERVICES<br>PO BOX 5002<br>CAROL STREAM, IL 60197-5002 |
| **CREDITOR**<br>AUTHENTIC ENTERTAINMENT PROPERTIES<br>C/O ANDREW D STOLPER ESQ<br>19800 MACARTHUR BLVD STE 855<br>IRVINE, CA 92612-8444 | **CREDITOR**<br>BAKER HOSTETLER<br>ATTN ELIZABETH GREEN<br>200 S ORANGE AVE<br>SUITE 2300<br>ORLANDO, FL 32801-3432 | **CREDITOR**<br>BAKER KEENER & NAHRA LLP<br>633 WEST FIFTH STREET<br>SUITE 5400<br>LOS ANGELES, CA 90071-2060 |
| **CREDITOR**<br>BARKLEY COURT REPORTERS<br>10350 SANTA MONICA BLVD<br>SUITE 200<br>LOS ANGELES, CA 90025-6923 | **CREDITOR**<br>BEN HYATT<br>17835 VENTURA BLVD<br>SUITE 310<br>ENCINO, CA 91316-3683 | **CREDITOR**<br>BURLINGTON & ROCKENBACH PA<br>444 W RAILROAD AVE<br>SUITE 350<br>WEST PALM BEACH, FL 33401-4112 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**

4850-8841-6168, v. 1

**CREDITOR**
CA DEPARTMENT OF REVENUE
CA FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO, CA 95812-1468

**CREDITOR**
CALIFORNIA BANK & TRUST
ATTN DAVID BLACKFORD
11622 EL CAMINO REAL
SUITE 200
SAN DIEGO, CA 92130-2051

**CREDITOR**
CALIFORNIA BANK & TRUST
PO BOX 30833
SALT LAKE CITY, UT 84130-0833

**CREDITOR**
CALIFORNIA DEPT OF TAX & FEE ADMIN
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR**
CANTRAL COMMUNICATIONS
11830 PIERCE STREET
SUITE 100
RIVERSIDE, CA 92505-5175

**CREDITOR**
CARLOS COLORADO
C/O HODES MILMAN LLP
9210 IRVINE CENTER DR
IRVINE, CA 92618-4661

**CREDITOR**
CASCADE CAPITAL GROUP
815 FIRST AVENUE
#150
SEATTLE, WA 98104-1404

**CREDITOR**
CCROLA
205 BROADWAY
SUITE 200
LOS ANGELES, CA 90012-3607

**CREDITOR**
CITY OF NEWPORT BEACH
PO BOX 3080
NEWPORT BEACH, CA 92658-3080

**CREDITOR**
COLLISION AND INJURY DYNAMICS INC
149 SHELDON STREET
EL SEGUNDO, CA 90245-3916

**CREDITOR**
COMPETITION ECONOMICS LLC
2000 POWELL STREET
SUITE 510
EMERYVILLE, CA 94608-1886

**CREDITOR**
COREY SPOUND & MICHAEL SPOUND
C/O FRANK SIMS & STOLPER LLP
19800 MACARTHUR BLVD
#855
IRVINE, CA 92612-8444

**CREDITOR**
COUNTY OF ORANGE
ATTN TREASURER-TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

**CREDITOR**
COUNTY OF ORANGE
PO BOX 4515
SANTA ANA, CA 92702-4515

**CREDITOR**
COX COMMUNICATIONS
ATTN BANKRUPTCY CENTER
1341 CROSSWAYS BLVD
CHESAPEAKE VA 23320-2897

**CREDITOR**
CROSSPLANS
23041 AVENIDA DE LA CARLOTA
SUITE 300
LAGUNA HILLS, CA 92653-1572

**CREDITOR**
DAMON ROGERS
C/O X-LAW GROUP
910 SUNSET BLVD
SUITE 450
LOS ANGELES, CA 90012

**CREDITOR**
DAVID GOLUBCHIK ESQ
LEVENE NEALE BENDER YOO & BRILL
10250 CONSTELLATION BLVD
SUITE 1700
LOS ANGELES, CA 90067-6253

**CREDITOR**
DAVID H. STEIN, ESQ.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095-1146

**CREDITOR**
DAVID W STEWART PHD
13031 VILLOSA PLACE #121
PLAYA VISTA, CA 90094-6500

**CREDITOR**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 145595 STOP 8420G
CINCINNATI OH 45250-5585

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4850-8841-6168, v. 1

**CREDITOR**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
1919 SMITH STREET M/S 5024
HOU
HOUSTON, TX 77002

**CREDITOR**
DEPT OF THE TREASURY IRS
OGDEN, UT 84201-0013

**CREDITOR**
DEVELOPING OPPORTUNITIES
& SOLUTIONS LLC
611 SOUTH MAIN STREET
#400
GRAPEVINE, TX 76051-5477

**CREDITOR**
EISENHOWER CARLSON PLLC
WELLS FARGO PLAZA
SUITE 1200 1201 PACIFIC AVE
TACOMA, WA 98402-4395

**CREDITOR**
EMPLOYERS PREFERRED
INSURANCE CO
PO BOX 53089
PHOENIX, AZ 85072-3089

**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P O BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPARTMENT
P O BOX 989061
WEST SACRAMENTO, CA 95798-9061

**CREDITOR**
ESNER CHANG & BOYER
234 EAST COLORADO BLVD
SUITE 750
PASADENA, CA 91101-2223

**CREDITOR**
ESQUIRE DEPOSITION SOLUTIONS
2700 CENTENNIAL TOWER 101
MARRIETTA STREET
ATLANTA, GA 30303

**CREDITOR**
EXECUTIVE PRESENTATIONS
915 WILSHIRE BLVD
SUITE 1700
LOS ANGELES, CA 90017-3462

**CREDITOR**
F TIMOTHY FITZGIBBONS
WILLIAM PARRISH
C/O CAPPELLO & NOEL LLP
831 STATE STREET SUITE 210
SANTA BARBARA, CA 93101-3227

**CREDITOR**
FEDEX
PO BOX 7221
PASADENA, CA 91109-7321

**CREDITOR**
FILE & SERVE XPRESS
PO BOX 679058
DALLAS, TX 75267-9058

**CREDITOR**
FIRST LEGAL RECORDS
PO BOX 749469
LOS ANGELES, CA 90074-9469

**CREDITOR**
FORCE TEN PARTNERS LLC
20341 SW BIRCH
SUITE 220
NEWPORT BEACH, CA 92660-1514

**CREDITOR**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GARRETT MOSIER GRIFFITH SISTRU
6201 OAK CANYON
#100
IRVINE, CA 92618-5232

**CREDITOR**
GASS WEBER MULLINS LLC
309 N WATER ST
MILWAUKEE, WI 53202-5769

**CREDITOR**
GEOFFREY E JOHNSON
C/O CALLAHAN & BLAINE APLC
3 HUTTON CENTRE DRIVE
NINTH FLOOR
SANTA ANA, CA 92707-5781

**CREDITOR**
GERALD TOBIN
2014 EDGEWATER DRIVE #169
ORLANDO, FL 32804-5312

**CREDITOR**
GREEN STREET ADVISORS
660 NEWPORT CENTER DRIVE
SUITE 800
NEWPORT BEACH, CA 92660-6409

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4850-8841-6168, v. 1

**CREDITOR**
GREGORY AND TALITHA BARELA
C/O LARSON O BRIEN LLP
55 SOUTH FLOWER ST
SUITE 4400
LOS ANGELES, CA 90071

**CREDITOR**
HSNO
PO BOX 51067
LOS ANGELES, CA 90051-5367

**CREDITOR**
HUMBERTO R GRAY
11726 SAN VICENTE BLVD
SUITE 670
LOS ANGELES, CA 90049-5049

**CREDITOR**
IMANAGE LLC
PO BOX 71701
CHICAGO, IL 60694-1701

**CREDITOR**
INNOVATIVE COMPUTING SYSTEMS
2780 SKYPARK DR
SUITE 125
TORRANCE, CA 90505-7528

**CREDITOR**
INSERVIO3
18013 SKY PARK CIR
IRVINE, CA 92614-6518

**CREDITOR**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**CREDITOR**
INTERNATIONAL PERSONNEL
PROTECTION INC
PO BOX 92493
AUSTIN, TX 78709-2493

**CREDITOR**
INTL CHURCH OF THE
FOURSQUARE
100 BAYVIEW CIRCLE
SUITE 2600 DEPT 8
NEWPORT BEACH, CA 92660-8924

**CREDITOR**
ISAAC MARCUSHAMER
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE
SUITE 1900
MIAMI, FL 33131-5319

**CREDITOR**
JACK CROSS & ASSOCIATES INC
9070 IRVINE CENTER DRIVE
SUITE 220
IRVINE, CA 92618-4687

**CREDITOR**
JAMS
PO BOX 845402
LOS ANGELES, CA 90084-5402

**CREDITOR**
JASON FRANK LAW PLC
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
JASON FRANK LAW PLC
FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
JOHN C CROTTS CONSULTING
688 SEROTINA COURT
MOUNT PLEASANT, SC 29464-5171

**CREDITOR**
JUDICATE WEST
1851 EAST FIRST STREET
SUITE 1600
SANTA ANA, CA 92705-4058

**CREDITOR**
KCC
222 N PACIFIC COAST HWY
3RD FLOOR
EL SEGUNDO, CA 90245-5648

**CREDITOR**
KNJ VENTURES
1106 A BROADWAY
SANTA MONICA, CA 90401

**CREDITOR**
L LIN WOOD PC
1180 WEST PEACHTREE STREET
SUITE 2400
ATLANTA, GA 30309-3482

**CREDITOR**
LANDAU GOTTFRIED & BERGER LLP
1880 CENTURY PARK EAST
SUITE 1101
LOS ANGELES, CA 90067-1608

**CREDITOR**
LEWIS ROCA ROTHGERBER
3993 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89169-5996

**CREDITOR**
LISA STORIE-AVENATTI
3419 VIA LIDA 610
NEWPORT BEACH, CA 92663-3908

**CREDITOR**
LITIGATION SERVICES
3700 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV 89169

**CREDITOR**
MARK S HOROUPIAN ESQ
SULMEYER KUPETZ
2424 SE BRISTOL ST
SUITE 300
NEWPORT BEACH, CA 92660-0764

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

4850-8841-6168, v. 1

**CREDITOR**
MARTINDALE-HUBBEL
PO BOX 59757
LOS ANGELES, CA 90074-9757

**CREDITOR**
MEHLER & HAGESTROM
1660 WEST 2ND STREET
SUITE 780
CLEVELAND, OH 44113-1455

**CREDITOR**
MICHAEL AVENATTI
10000 SANTA MONICA
21ST FLOOR
LOS ANGELES, CA 90067-7000

**CREDITOR**
MOMENTUM ENGINEERING CORP
2862 COLUMBIA STREET
TORRANCE, CA 90503-3808

**CREDITOR**
NAJAH J SHARIFF ESQ
UNITED STATES ATTORNEY S OFFICE
FEDERAL BUILDING
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012-3336

**CREDITOR**
NATIONWIDE LEGAL LLC
1609 JAMES M WOOD BLVD
LOS ANGELES, CA 90015-1005

**CREDITOR**
NORELL CONSULTING INC
218 CATHERIN PARK
GLENDORA, CA 91741-3017

**CREDITOR**
OFFICE OF ADMINISTRATIVE
HEARINGS
2349 GATEWAY OAKS DR
SUITE 200
SACRAMENTO, CA 95833-4244

**CREDITOR**
PACER
PO BOX 71364
PHILADELPHIA, PA 19176-1364

**CREDITOR**
PAPERSTREET WEB DESIGN
219 SW 17TH STREET
FORT LAUDERDALE, FL 33315-1745

**CREDITOR**
PERSONAL COURT REPORTERS INC
14520 SYLVAN STREET
VAN NUYS, CA 91411-2324

**CREDITOR**
PITNEYBOWES GLOBAL FIN
SERVICES LLC
PO BOX 371887
PITTSBURGH, PA 15250-7887

**CREDITOR**
POYNER SPRUILL LLP
PO BOX 1801
RALEIGH, NC 27602-1801

**CREDITOR**
PURCHASE POWER
P O BOX 371874
PITTSBURGH, PA 15250-7874

**CREDITOR**
RAINES FELDMAN
18401 VON KARMAN AVE
SUITE 360
IRVINE, CA 92612-8541

**CREDITOR**
REST YOUR CASE EVIDENCE
STORAGE
6364 IRWINDALE ROAD
IRWINDALE, CA 91702-3210

**CREDITOR**
RICOH USA INC
PO BOX 31001-0850
PASADENA, CA 91110-0850

**CREDITOR**
ROBERT J STOLL JR
STOLL NUSSBAUM & POLAKOV
APC
C/O KEATHLEY & KEATHLEY LLP
2030 MAIN STREET SUITE 210
IRVINE, CA 92614-8223

**CREDITOR**
SCOTT SIMS
FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
SHRED-IT USA
PO BOX101007
PASADENA, CA 91189-1007

**CREDITOR**
SIMPSON DEPOSITION
1314 E CHAPMAN AVE
ORANGE, CA 92866-2219

**CREDITOR**
SOCAL SUBPOENA
115 PINE AVENUE
SUITE 320
LONG BEACH, CA 90802-4479

**CREDITOR**
SOFTWARE TECHNOLOGY LLC
1621 CUSHMAN DRIVE
LINCOLN, NE 68512-1200

**CREDITOR**
SPECIAL DELIVERY SERVICE INC
5470 LBJ FREEWAY
DALLAS, TX 75240-1044

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4850-8841-6168, v. 1

**CREDITOR**
STAPLES
PO BOX 83689
CHICAGO, IL 60696-3689

**CREDITOR**
SUZY QUINN
C/O JOHN MIGOTSKY
95 CHRISTOPHER STREET
#14D
NEW YORK, NY 10014-6629

**CREDITOR**
THE MONTLAKE GROUP LLC
16639 SUNSET BLVD
PACIFIC PALISADES, CA 90272-3202

**CREDITOR**
THE X LAW GROUP
1910 SUNSET BLVD
SUITE 450
LOS ANGELES, CA 90026-7118

**CREDITOR**
UNISEARCH
PO BOX 11940
OLYMPIA, WA 98508-1940

**CREDITOR**
US LEGAL SUPPORT INC
PO BOX 864407
ORLANDO, FL 32886-4407

**CREDITOR / POC ADDRESS**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
ATTN: DAVID H. STEIN, ESQ.
WOODBRIDGE, NJ 07095-1146

**CREDITOR**
STATE OF CA EMPLOYMENT
DEVELOPMENT
LIEN GROUP MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
THE IRVINE COMPANY
PO BOX 841387
LOS ANGELES, CA 90084-1387

**CREDITOR**
THE NEUROBEHAVIORAL CLINIC
13 ORCHARD ROAD
SUITE 103
LAKE FOREST, CA 92630-8321

**CREDITOR**
THOMAS J BERGER MD
2451 BRICKELL AVENUE
#12-C
MIAMI, FL 33129-2469

**CREDITOR**
UNITED STATES DEPARTMENT OF
JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON, DC 20044-0683

**CREDITOR**
VERITEXT
PO BOX 71303
CHICAGO, IL 60694-1303

**NO ADDR PROVIDED CREDITOR**
STEPHANIE CLIFFORD

**CREDITOR**
THE MONTAGE LAGUNA BEACH
FINANCE DEPT
30801 SOUTH COAST HIGHWAY
NORWALK, CA 90651

**CREDITOR**
THE PEOPLES BANK
BILOXI MISSISSIPPI
152 LAMEUSE STREET
BILOXI, MS 39530-4214

**CREDITOR**
THOMAS WEST
WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292

**CREDITOR**
UNIVERSAL PROTECTION SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

**CREDITOR**
VERIZON WIRELESS
P O  BOX 660108
DALLAS, TX 75266-0108

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4850-8841-6168, v. 1