D. Edward Hays, SBN 162507
ehays@marshackhays.com
David A. Wood, SBN 272406
dwood@marshackhays.com
Marshack Hays LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**OCT 23 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY le          DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>    Debtor. | Case No. 8:19-bk-13560-CB<br><br>Chapter 7<br><br>ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL<br><br>[NO HEARING REQUIRED] |

The Court having read and considered the Chapter 7 Trustee's Application to Employ Marshack Hays LLP as General Counsel filed on October 2, 2019, as Docket #17 ("Application") noting the lack of opposition and with good cause shown;

//

//

//

- 1 –

IT IS ORDERED:

1. The Application is approved effective as of September 13, 2019.

2. Employment is authorized pursuant to 11 U.S.C § 327 with compensation and reimbursement of costs subject to further application and approval by this Court pursuant to 11 U.S.C. §§ 330 or 331.

###

Date: October 23, 2019

Catherine Bauer
United States Bankruptcy Judge