D. Edward Hays, SBN 162507
ehays@marshackhays.com
David A. Wood, SBN 272406
dwood@marshackhays.com
Marshack Hays LLP
870 Roosevelt
Irvine, California 92620
Tel: 949-333-7777 -/- Fax: 949-333-7778

Attorneys for Chapter 7 Trustee,
Richard A. Marshack

Burke, Williams & Sorensen, LLP
Matthew D. Murphey, SBN. 194111
mdmurphey@bwslaw.com
Meghan Canty Murphey, SBN 259487
mcmurphey@bwslaw.com
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067
Tel: 949-863-3363
Fax: 949-863-3350

[Proposed] Special Litigation Counsel for
Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**DEC 19 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY steinber   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP<br><br>Debtor. | Case No. 8:19-bk-13560-CB<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION AUTHORIZING THE TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363<br><br>Hearing:<br>Date: December 18, 2019<br>Time: 10:00 a.m.<br>Courtroom: 5D<br>Address: 411 W. Fourth Street<br>            Santa Ana, CA  92701 |

//

//

//

1   A hearing was held on December 18, 2019, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA on the Chapter 7 Trustee's Motion (under seal) Authorizing Trustee to Use Property of the Estate pursuant to 11 US.C. § 363, filed December 12, 2019 as Docket #51 ("Motion"). Appearances were made as noted on the record.

The Court having read and considered the Motion, heard statements of counsel, and with good cause shown,

IT IS ORDERED:

1. The Motion is granted.

2. The Trustee is authorized to take all reasonable steps to effectuate the use property of the Estate as set forth in the Motion.

###

Date: December 19, 2019

Catherine Bauer
United States Bankruptcy Judge

APPROVED AS TO FORM:

SHULMAN BASTIAN LLP

By: _____
RYAN O'DEA
Attorneys for Interested Party,
MICHAEL J. AVENATTI

4822-6667-4351, v. 1/1601-012