DAVID M. REEDER, ESQ. (California State Bar No. 133150)
REEDER LAW CORPORATION
1801 CENTURY PARK EAST, 16th FLOOR
LOS ANGELES, CA 90067
PHONE: (310) 774-4060
FAX: (310) 295-2290
EMAIL: david@reederlaw.com

Attorneys for Creditors Edward M. Ricci, P.A.
and Edward M. Ricci, Esq.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>EAGAN AVENATTI, LLP,<br><br>        Debtor. | ) Case No.: 8:19-bk-13560-CB<br>)<br>) [Chapter 7]<br>)<br>)<br>) **REPLY OF MOVING PARTIES TO**<br>) **RESPONSE OF TRUSTEE TO MOTION**<br>) **OF CREDITORS EDWARD M. RICCI,**<br>) **P.A. AND EDWARD M. RICCI, ESQ., AN**<br>) **INDIVIDUAL, FOR AN ORDER**<br>) **DEEMING PROOF OF CLAIM NO. 38**<br>) **TO HAVE BEEN TIMELY FILED**<br>)<br>)<br>) **Hearing Date**<br>) Date: June 23, 2020<br>) Time: 2:30 p.m.<br> Courtroom: 5D |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE:**

  Creditors Edward M. Ricci, P.A., a corporation, and Edward M. Ricci, Esq., an individual (collectively "Ricci") hereby reply to the response ("Response") of Richard

1

Marshack, chapter 7 Trustee to Ricci's Motion For an Order Deeming Proof of Claim No. 38, filed by Ricci on April 7, to have been timely filed:

Ricci appreciates the Trustee's candor exhibited in his Response where the Trustee states:

"Although Trustee has made reasonable inquiry into whether evidence exists to refute Movants' declaration, he has not discovered any."

[Response at Page 2, lines 25-27].

The matter should go no farther.

At the same time, however, the Trustee requests that the order granting Ricci's motion contain equivocal language referencing various provisions of the Bankruptcy Code and Rules [Response at Page 3, lines 5-7]. The purpose of an order in motion practice is to grant or deny the relief requested by the moving party. The equivocal language requested by the Trustee is at odds with this policy.

Ricci is aware of the existence of Fed. R. Bankr. P. 9023/Fed. R Civ. P 60(b)(6), 11 U.S.C. sec 502(j), and Fed. R. Bankr. P. 3018, all cited by the Trustee. There is, however, no cause for the order granting his motion to state anything other than the fact that the motion is granted as prayed. The Trustee was given the same amount of notice as any other party to a motion. The Trustee has not put on any evidence disputing any of Ricci's contentions, and admits as much in his Response.

Based thereon, the Trustee is not entitled to a custom order. Instead, Ricci's correctly stated rules of law and uncontroverted evidence call for an order granting the relief sought by Ricci; an order deeming the Ricci Proof of Claim to have been timely filed.

2

Orders need not recite a litany of relief which may possibly be available to a party who believes that, at some time in the future, he may, or may not, wish to seek reconsideration of the Court's ruling. The absence of equivocal language in the order does not prejudice the Trustee's rights to raise applicable issues later, within the bounds of applicable law, if cause exists.

The law favors orders that exhibit clarity. The plain unequivocal order proposed by Ricci, in substantially the form of Exhibit "1" attached hereto, will suffice.  For the order to include verbiage regarding the order being "without prejudice",  or referencing any remedies of that the Trustee may,  or may not, attempt to pursue in the future, is contrary to the goal of clarity, and also gives the appearance that the Court is anticipating a request by the Trustee for such post-order relief.  Therefore, Ricci contends that the Response should be disregarded, and an order granting the relif sought by Ricci, substantially in the form of Exhibit "1" attached hereto be entered by the Court.

Dated:  June 16, 2020                    REEDER LAW CORPORATION

/s/ DAVID M. REEDER
DAVID M. REEDER
Attorney for Creditors Edward M. Ricci, P.A.
and Edward M. Ricci, Esq.

| In re:               | CHAPTER: 7              |
|----------------------|-------------------------|
| Eagan Avenatti, LLP, | CASE NO.: 8:19-bk-13560-CB |
|              Debtor. |                         |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Reeder Law Corporation**
**1801 Century Park East, 16th Floor**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **REPLY OF MOVING PARTIES TO RESPONSE OF TRUSTEE TO MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 16, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 2, 2020** | **David M. Reeder** | **/s/ DAVID M. REEDER** |
|------------------|---------------------|-------------------------|
| *Date*           | *Printed Name*      | *Signature*             |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          4                            **9013-3.1.PROOF.SERVICE**

# SERVICE LIST

**Served by Notice of Electronic Filing**

- James C Bastian
  jbastian@shulmanbastian.com

- Lei Lei Wang Ekvall
  lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

- D Edward Hays
  ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- Filippo Marchino    fm@xlawx.com,
  tc@xlawx.com

- Judith E Marshack
  jmarshack@marshackhays.com,
  jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

- Richard A Marshack (TR)
  pkraus@marshackhays.com,
  rmarshack@iq7technology.com

- Meghan Canty Murphey
  MCMurphey@bwslaw.com,
  lwan@bwslaw.com;JGomez@bwslaw.com

- Karen S. Naylor
  Becky@ringstadlaw.com,
  Karen@ringstadlaw.com;jaimee@ringstadlaw.com

- Ryan D O'Dea
  rodea@shulmanbastian.com,
  LGauthier@shulmanbastian.com

- Misty A Perry Isaacson
  misty@ppilawyers.com,
  ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

- David M Reeder
  david@reederlaw.com,
  secretary@reederlaw.com

- Jack A. Reitman
  jareitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

- John P. Reitman
  jreitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

- Monica Rieder
  mrieder@landaufirm.com,
  vrichmond@landaufirm.com;avedrova@landaufirm.com

- Nanette D Sanders
  becky@ringstadlaw.com,
  arlene@ringstadlaw.com

- Michael Simon
  msimon@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

- United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov

- David Wood
  dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 8:19-bk-13560-CB    Doc 161    Filed 06/16/20    Entered 06/16/20 17:34:59    Desc
Main Document    Page 6 of 6