D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 10 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte       **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION FOR ORDER TO TURN OVER DEBTOR'S BOOKS AND RECORDS AND TO ALLOW POSTPETITION ADMINISTRATIVE EXPENSE CLAIM FOR STORAGE AND MOVING FEES<br><br>[NO HEARING REQUIRED] |

The Court having read and considered the Stipulation for Order to Turn Over Debtor's Books and Records and to Allow Postpetition Administrative Expense Claim for Storage and Moving Fees, filed December 10, 2020, as Docket # 251 ("Stipulation"), and for good cause shown,

IT IS ORDERED that the Stipulation is approved in full; and it is further ORDERED THAT:

Upon timely and full turnover of the Books/Records[1] Iron Mountain shall be allowed an

///

---

[1] All terms not otherwise defined herein are used as they are defined in the Stipulation.

1

4848-0014-7126, v. 2

administrative expense claim pursuant to 11 U.S.C. § 503(b)(1) in the amount of $17,879.49, and the Trustee is authorized to pay such expense as soon as sufficient funds are available.

###

Date: December 10, 2020

Scott C. Clarkson
United States Bankruptcy Judge

2

4848-0014-7126, v. 2