D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>SUPPLEMENTAL DECLARATION OF RICHARD L. KELLNER RE: EMPLOYMENT AS TRUSTEE'S SPECIAL LITIGATION COUNSEL [DK. 91]<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate (the "Estate") of Eagan Avenatti, LLP ("Debtor" or "EA"), respectfully submits this Supplemental Declaration of Richard L. Kellner re: Employment as Trustee's Special Litigation Counsel.

Dated: June 8, 2021          MARSHACK HAYS LLP

                             By: */s/ D. Edward Hays*
                                 D. EDWARD HAYS
                                 TINHO MANG
                                 Attorneys for Chapter 7 Trustee,
                                 RICHARD A. MARSHACK

1
SUPPLEMENTAL DECLARATION OF RICHARD L. KELLNER

## Declaration of Richard L. Kellner

I, RICHARD L. KELLNER, say and declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

2. On March 4, 2020, the Court entered an order approving my employment as Special Litigation Counsel to Richard A. Marshack in his capacity as Chapter 7 Trustee of the bankruptcy estate of *In re Eagan Avenatti LLP*. I file this Supplemental Declaration in connection with my employment and in an abundance of caution to disclose the following connections which I do not believe constitute any type of conflict or render me adverse to the bankruptcy estate with regard to the limited scope of my employment.

3. Recently, it came to my attention that Kabateck LLP has been retained as successor counsel for one of the Eagan Avenatti matters entitled *United States ex rel. Hrayr Shahinian* (Case No. 2:14-cv-08313-JAK-JPR) pending in the United States District Court for the Central District of California ("Shahinian Case"). My understanding from the Trustee is that the Shahinian Case is a *qui tam* matter in which the bankruptcy estate may have a quantum meruit claim for services rendered.

4. As disclosed in my employment application filed as Dk. No. 91 on February 4, 2020, I was a co-founder of Kabateck Brown Kellner LLP in 2004.

5. In January 2013, Brian Kabateck and I reached an agreement for my departure from the firm and at that time I ceased being an equity partner. The firm name was subsequently changed to Kabateck LLP.

6. For the last eight years, I have served as "Of Counsel" to Kabateck LLP *solely* for purposes of wrapping up the cases that Kabateck Brown Kellner LLP had as of January 2013. Presently, there are a small number of such cases – most of which have been the subject of appeals.

7. With the exception of those pending legacy cases, I have no involvement at Kabateck LLP in my capacity as "Of Counsel" to the firm.

8. My primary firm for the litigation of all matters retained after January 2013 is Kellner Law Group PC – where I serve as the Managing Partner.

9. There are a small number of cases where Kabateck LLP and Kellner Law Group PC serve as co-counsel. But those do not include any involving this Bankruptcy or any cases that were previously handled by Eagan Avenatti LLP or X-Law Group, P.C. including the Shahinian Case.

10. I do not have an office at Kabateck LLP, nor am I consulted in any of the post-2013 cases for which I have not been separately retained in my capacity as a partner with Kellner Law Group PC.

11. I have been advised by the Trustee that Kabateck LLP became successor counsel in the Shahinian Case by substitution filed on or about January 29, 2021, with the District Court entering an order approving the substitution on January 31, 2021 (nearly 11 months after I was retained by Trustee Marshack in the *in re Eagan Avenatti* bankruptcy).

12. I have no interest in – nor participation responsibilities or knowledge regarding – the *Shahinian* Case. I am not a partner at Kabateck LLP, and my relationship as Of Counsel to Kabateck LLP is limited to the above.

13. Just to be clear, I am not representing any party nor am I participating in any way for the Trustee or for anyone else in the Shahinian Case.

14. All of the foregoing has been disclosed to Trustee Richard Marshack.

I declare under penalty of perjury that the foregoing is true and correct based upon the laws of the United States of America. Executed on June 8, 2021.

RICHARD L. KELLNER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL DECLARATION OF RICHARD L. KELLNER RE: EMPLOYMENT AS TRUSTEE'S SPECIAL LITIGATION COUNSEL [DK. 91]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-~~
~~1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO GENERAL ORDER 21-04 - EXCEPT FOR DOCUMENTS OVER 25 PAGES, INCLUDING EXHIBITS, THE REQUIREMENT TO DELIVER JUDGES' COPIES OF DOCUMENTS TO CHAMBERS (LBR 5005-2(D)) CONTINUES TO BE TEMPORARILY SUSPENDED – INCLUDING DELIVERY VIA U.S. MAIL, PERSONAL DELIVERY, OR ANY OTHER MEANS.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2021 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank    chris@chrisblanklaw.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick    mbostick@wendel.com, bankruptcy@wendel.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
   - **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com
   - **INTERESTED PARTY COURTESY NEF:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
   - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    pcadigan@collectionlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; AND CREDITOR DAMON ROGERS:** Filippo Marchino    fm@xlawx.com, tc@xlawx.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR**): Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
   - **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; jaimee@ringstadlaw.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com
   - **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
   - **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
   - **DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO, AND INTERESTED PARTIES:** Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.co
   - **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
   - **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman
  jreitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

| CREDITOR / POC ADDRESS | CREDITOR | CREDITOR / POC ADDRESS |
|---|---|---|
| 500/550 NEWPORT CENTER DRIVE, LLC<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 | 520 NEWPORT CENTER DRIVE LLC<br>C/O MARK A KOMPA ESQ<br>233113 S PLAZA POINTE<br>SUITE 100<br>LAGUNA HILLS, CA 92653 | 520 NEWPORT CENTER DRIVE LLC<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 |
| **RTD 02/27/20 UTF**<br>**CREDITOR**<br>ACAMAR INVESTMENTS<br>~~JOHN CASPERSON~~<br>~~999 THIRD AVENUE~~<br>~~SUITE 2600~~<br>~~SEATTLE, WA 98104-4018~~ | **NEW ADDR 03/02/20 WA BAR**<br>**CREDITOR**<br>ACAMAR INVESTMENTS<br>JOHN CASPERSON<br>3101 WESTERN AVE STE 500<br>SEATTLE, WA 98121-3071 | **CREDITOR**<br>ACE PARKING MANAGEMENT INC<br>610 NEWPORT CENTER DRIVE<br>SUITE 50<br>NEWPORT BEACH, CA 92660-6416 |
| **CREDITOR**<br>ADERANT HOLDINGS<br>LOCKBOX PO BOX 931177<br>ATLANTA, GA 31193-0001 | **CREDITOR**<br>ADVANCED DISCOVERY<br>PO 102242<br>ATLANTA, GA 30368-2242 | **CREDITOR**<br>AFFORDABLE MOVING & STORAGE<br>PO BOX 361<br>GARDEN GROVE, CA 92842-0361 |
| **CREDITOR**<br>AHMED IBRAHIM<br>29 SOHO<br>IRVINE, CA 92612-1083 | **CREDITOR / POC ADDRESS**<br>ALEXIS GARDNER<br>C/O THE X-LAW GROUP, PC<br>625 FAIR OAKS AVENUE, SUITE 390<br>SOUTH PASADENA, CA 91030 | **CREDITOR**<br>ALLIED UNIVERSAL SECURITY SYSTEMS<br>PO BOX 732565<br>DALLAS, TX 75373-2565 |
| **CREDITOR**<br>ALPHAGRAPHICS<br>221 KING STREET<br>MADISON, WI 53703-3419 | **CREDITOR**<br>ANDREW STOLPER<br>FRANK SIMMS STOLPER LLP<br>19800 MACARTHUR BLVD<br>SUITE 855<br>IRVINE, CA 92612-8444 | **CREDITOR**<br>ANTHEM BLUE CROSS<br>PO BOX 54630<br>LOS ANGELES, CA 90054-0630 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**CREDITOR**
AT&T TELECONFERENCE SERVICES
PO BOX 5002
CAROL STREAM, IL 60197-5002

**CREDITOR**
AUTHENTIC ENTERTAINMENT PROPERTIES
C/O ANDREW D STOLPER ESQ
19800 MACARTHUR BLVD STE 855
IRVINE, CA 92612-8444

**CREDITOR**
BAKER HOSTETLER
ATTN ELIZABETH GREEN
200 S ORANGE AVE
SUITE 2300
ORLANDO, FL 32801-3432

**CREDITOR / POC ADDRESS**
BAKER KEENER & NAHRA LLP
C/O PHILLIP A. BAKER
633 WEST FIFTH STREET, SUITE 5500
LOS ANGELES, CA 90071-2060

**CREDITOR**
BARKLEY COURT REPORTERS
10350 SANTA MONICA BLVD
SUITE 200
LOS ANGELES, CA 90025-6923

**CREDITOR / POC ADDRESS**
BEN HYATT
17835 VENTURA BLVD
SUITE 310
ENCINO, CA 91316-3683

**CREDITOR / POC ADDRESS**
BRIAN WEISS
FORCE TEN PARTNERS LLC
20341 SW BIRCH ST SUITE 220
NEWPORT BEACH CA 92660

**CREDITOR**
BURLINGTON & ROCKENBACH PA
444 W RAILROAD AVE
SUITE 350
WEST PALM BEACH, FL 33401-4112

**CREDITOR**
CA DEPARTMENT OF REVENUE
CA FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO, CA 95812-1468

**CREDITOR**
CALIFORNIA BANK & TRUST
ATTN DAVID BLACKFORD
11622 EL CAMINO REAL
SUITE 200
SAN DIEGO, CA 92130-2051

**CREDITOR**
CALIFORNIA BANK & TRUST
PO BOX 30833
SALT LAKE CITY, UT 84130-0833

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT OF TAX & FEE ADMIN
SPECIAL OPERATIONS BRANCH
MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR**
CANTRAL COMMUNICATIONS
11830 PIERCE STREET
SUITE 100
RIVERSIDE, CA 92505-5175

**CREDITOR**
CARLOS COLORADO
C/O HODES MILMAN LLP
9210 IRVINE CENTER DR
IRVINE, CA 92618-4661

**CREDITOR**
CASCADE CAPITAL GROUP
815 FIRST AVENUE
#150
SEATTLE, WA 98104-1404

**CREDITOR / POC ADDRESS**
CASCADE CAPITAL GROUP LLC
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**CREDITOR**
CCROLA
205 BROADWAY
SUITE 200
LOS ANGELES, CA 90012-3607

**CREDITOR**
CITY OF NEWPORT BEACH
PO BOX 3080
NEWPORT BEACH, CA 92658-3080

**CREDITOR**
COLLISION AND INJURY DYNAMICS INC
149 SHELDON STREET
EL SEGUNDO, CA 90245-3916

**CREDITOR**
COMPETITION ECONOMICS LLC
2000 POWELL STREET
SUITE 510
EMERYVILLE, CA 94608-1886

**CREDITOR**
COREY SPOUND & MICHAEL SPOUND
C/O FRANK SIMS & STOLPER LLP
19800 MACARTHUR BLVD
#855
IRVINE, CA 92612-8444

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| **CREDITOR**<br>COUNTY OF ORANGE<br>ATTN TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | **CREDITOR / POC ADDRESS**<br>COUNTY OF ORANGE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 4515<br>SANTA ANA, CA 92702-4515 | **CREDITOR**<br>COX COMMUNICATIONS<br>ATTN BANKRUPTCY CENTER<br>1341 CROSSWAYS BLVD<br>CHESAPEAKE VA 23320-2897 |
|---|---|---|
| **CREDITOR**<br>CROSSPLANS<br>23041 AVENIDA DE LA CARLOTA<br>SUITE 300<br>LAGUNA HILLS, CA 92653-1572 | **RTD 11/11/19 - SEE NEW ADDR**<br>**CREDITOR**<br>DAMON ROGERS<br>~~C/O X-LAW GROUP~~<br>~~910 SUNSET BLVD~~<br>~~SUITE 450~~<br>~~LOS ANGELES, CA 90012~~ | **RTD 09/11/20 - SEE POC ADDR**<br>**CREDITOR**<br>DAMON ROGERS<br>~~C/O X-LAW GROUP~~<br>~~1910 SUNSET BLVD, SUITE 450~~<br>~~LOS ANGELES, CA 90026~~ |
| **CREDITOR / POC ADDRESS**<br>DAMON ROGERS<br>C/O THE X-LAW GROUP, PC<br>625 FAIR OAKS AVENUE, SUITE 390<br>SOUTH PASADENA, CA 91030 | **CREDITOR**<br>DAVID GOLUBCHIK ESQ<br>LEVENE NEALE BENDER YOO & BRILL<br>10250 CONSTELLATION BLVD<br>SUITE 1700<br>LOS ANGELES, CA 90067-6253 | **CREDITOR**<br>DAVID H. STEIN, ESQ.<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE, NJ 07095-1146 |
| **CREDITOR**<br>DAVID W STEWART PHD<br>13031 VILLOSA PLACE #121<br>PLAYA VISTA, CA 90094-6500 | **CREDITOR / POC ADDRESS**<br>DENNIS M. BILL<br>12811 WHITTINGTON CT<br>LARGO, FL 33773 | **CREDITOR / POC ADDRESS**<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>ATTN MEE CHA<br>PO BOX 145595 STOP 8420G<br>CINCINNATI OH 45250-5585 |
| **CREDITOR**<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>1919 SMITH STREET M/S 5024 HOU<br>HOUSTON, TX 77002 | **CREDITOR**<br>DEPT OF THE TREASURY IRS<br>OGDEN, UT 84201-0013 | **CREDITOR**<br>DEVELOPING OPPORTUNITIES & SOLUTIONS LLC<br>611 SOUTH MAIN STREET #400<br>GRAPEVINE, TX 76051-5477 |
| **CREDITOR / POC ADDRESS**<br>E. TIMOTHY FITZGIBBONS<br>CAPPELLO & NOL LLP<br>831 STATE STREET<br>SANTA BARBARA, CA 93101 | **CREDITOR / POC ADDRESS**<br>EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ.<br>C/O REEDER LAW CORP., ATTN: D. REEDER<br>1875 CENTURY PARK E<br>SUITE 700<br>LOS ANGELES, CA 90067 | **NTC OF CHANGE OF ADDR 05/06/20**<br>**CREDITOR**<br>EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ.<br>C/O REEDER LAW CORP., ATTN: D. REEDER<br>1801 CENTURY PARK EAST, 16TH FLOOR<br>LOS ANGELES, CA 90067 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**CREDITOR**
EISENHOWER CARLSON PLLC
WELLS FARGO PLAZA
SUITE 1200 1201 PACIFIC AVE
TACOMA, WA 98402-4395

**CREDITOR / RFSN**
EISENHOWER CARLSON PLLC
STEVEN CASSELBERRY, ESQ.
MUSICK, PEELER & GARRETT LLP
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CA 92626-1925

**CREDITOR**
EMPLOYERS PREFERRED INSURANCE CO
PO BOX 53089
PHOENIX, AZ 85072-3089

**CREDITOR**
EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P O BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
EMPLOYMENT DEVELOPMENT DEPARTMENT
P O BOX 989061
WEST SACRAMENTO, CA 95798-9061

**CREDITOR**
ESNER CHANG & BOYER
234 EAST COLORADO BLVD
SUITE 750
PASADENA, CA 91101-2223

**CREDITOR**
ESQUIRE DEPOSITION SOLUTIONS
2700 CENTENNIAL TOWER 101 MARRIETTA STREET
ATLANTA, GA 30303

**CREDITOR**
EXECUTIVE PRESENTATIONS
915 WILSHIRE BLVD
SUITE 1700
LOS ANGELES, CA 90017-3462

**CREDITOR**
F TIMOTHY FITZGIBBONS
WILLIAM PARRISH
C/O CAPPELLO & NOEL LLP
831 STATE STREET SUITE 210
SANTA BARBARA, CA 93101-3227

**CREDITOR**
FEDEX
PO BOX 7221
PASADENA, CA 91109-7321

**CREDITOR / POC ADDRESS**
FEDEX CORPORATE SERVICES, INC.
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS, TN 38116-5017

**CREDITOR**
FILE & SERVE XPRESS
PO BOX 679058
DALLAS, TX 75267-9058

**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
PO BOX 743451
LOS ANGELES, CA 90074-3451

**CREDITOR**
FIRST LEGAL RECORDS
PO BOX 749469
LOS ANGELES, CA 90074-9469

**CREDITOR**
FORCE TEN PARTNERS LLC
20341 SW BIRCH
SUITE 220
NEWPORT BEACH, CA 92660-1514

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GARRETT MOSIER GRIFFITH SISTRU
6201 OAK CANYON
#100
IRVINE, CA 92618-5232

**RTD 11/01/19 - SEE NEW ADDR**
**CREDITOR**
GASS WEBER MULLINS LLC
~~309 N WATER ST~~
~~MILWAUKEE, WI 53202-5769~~

**NEW ADDR PER WEBSITE 11/12/19**
**CREDITOR**
GASS WEBER MULLINS LLC
241 N BROADWAY, SUITE 300
MILWAUKEE, WI 53202

**CREDITOR / POC ADDRESS**
GEOFFREY E JOHNSON
C/O CALLAHAN & BLAINE APLC
3 HUTTON CENTRE DRIVE
NINTH FLOOR
SANTA ANA, CA 92707-5781

**RTD 07/10/20 UTF**
**CREDITOR**
GERALD TOBIN
~~2014 EDGEWATER DRIVE #169~~
~~ORLANDO, FL 32804-5312~~

**CREDITOR**
GREEN STREET ADVISORS
660 NEWPORT CENTER DRIVE
SUITE 800
NEWPORT BEACH, CA 92660-6409

**CREDITOR**
GREGORY AND TALITHA BARELA
C/O LARSON O BRIEN LLP
55 SOUTH FLOWER ST
SUITE 4400
LOS ANGELES, CA 90071

**CREDITOR**
HSNO
PO BOX 51067
LOS ANGELES, CA 90051-5367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**CREDITOR**
HUMBERTO R GRAY
11726 SAN VICENTE BLVD
SUITE 670
LOS ANGELES, CA 90049-5049

**CREDITOR**
IMANAGE LLC
PO BOX 71701
CHICAGO, IL 60694-1701

**RTD 10/11/19 SEE NEW ADDR**
**CREDITOR**
INNOVATIVE COMPUTING
SYSTEMS
~~2780 SKYPARK DR~~
~~SUITE 125~~
~~TORRANCE, CA 90505-7528~~

**NEW ADDR CA SOS 10/14/19**
**CREDITOR**
INNOVATIVE COMPUTING
SYSTEMS
AGENT FOR SERVICE OF
PROCESS, BEN KARIMI
16311 VENTURA BLVD. STE.
#1111
ENCINO, CA 90245

**NEW ADDR CA SOS 10/14/19**
**CREDITOR**
INNOVATIVE COMPUTING SYSTEMS
1960 E. GRAND AVE.
EL SEGUNDO, CA 90245

**CREDITOR**
INSERVIO3
18013 SKY PARK CIR
IRVINE, CA 92614-6518

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**CREDITOR**
INTERNATIONAL PERSONNEL
PROTECTION INC
PO BOX 92493
AUSTIN, TX 78709-2493

**RTD 12/31/19 UTF**
**CREDITOR**
INTL CHURCH OF THE
FOURSQUARE
~~100 BAYVIEW CIRCLE~~
~~SUITE 2600 DEPT 8~~
~~NEWPORT BEACH, CA 92660-8924~~

**CREDITOR**
ISAAC MARCUSHAMER
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE
SUITE 1900
MIAMI, FL 33131-5319

**CREDITOR**
JACK CROSS & ASSOCIATES INC
9070 IRVINE CENTER DRIVE
SUITE 220
IRVINE, CA 92618-4687

**CREDITOR**
JAMS
PO BOX 845402
LOS ANGELES, CA 90084-5402

**CREDITOR / POC ADDRESS**
JASON FRANK LAW PLC / JASON
M. FRANK
C/O FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD, SUITE
855
IRVINE, CA 92612-8444

**CREDITOR**
JOHN C CROTTS CONSULTING
688 SEROTINA COURT
MOUNT PLEASANT, SC 29464-5171

**CREDITOR**
JUDICATE WEST
1851 EAST FIRST STREET
SUITE 1600
SANTA ANA, CA 92705-4058

**CREDITOR**
KCC
222 N PACIFIC COAST HWY
3RD FLOOR
EL SEGUNDO, CA 90245-5648

**CREDITOR**
KNJ VENTURES
1106 A BROADWAY
SANTA MONICA, CA 90401

**RTD 10/09/19 - SEE NEW ADDR**
**CREDITOR**
L LIN WOOD PC
~~1180 WEST PEACHTREE STREET~~
~~SUITE 2400~~
~~ATLANTA, GA 30309-3482~~

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**NEW ADDR PER USPS 10/09/19**
**CREDITOR**
L LIN WOOD PC
1180 W PEACHTREE ST NW STE 2040
ATLANTA, GA 30309

**CREDITOR / POC ADDRESS**
LANDAU LAW LLP
1880 CENTURY PARK EAST
SUITE 1101
LOS ANGELES, CA 90067-1608

**CREDITOR**
LEWIS ROCA ROTHGERBER
3993 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89169-5996

**CREDITOR**
LISA STORIE-AVENATTI
3419 VIA LIDA 610
NEWPORT BEACH, CA 92663-3908

**CREDITOR**
LITIGATION SERVICES
3700 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV 89169

**CREDITOR / POC ADDRESS**
MARK CALVERT
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**RTD 1/11/21 SEE NEW ADDR**
**CREDITOR**
MARK S HOROUPIAN ESQ
~~SULMEYER KUPETZ~~
~~2424 SE BRISTOL ST~~
~~SUITE 300~~
~~NEWPORT BEACH, CA 92660-0764~~

**NEW ADDR**
**CREDITOR**
MARK S HOROUPIAN ESQ
SULMEYER KUPETZ
333 S GRAND AVE STE 3400
LOS ANGELES, CA 90071

**CREDITOR**
MARTINDALE-HUBBEL
PO BOX 59757
LOS ANGELES, CA 90074-9757

**CREDITOR**
MEHLER & HAGESTROM
1660 WEST 2ND STREET
SUITE 780
CLEVELAND, OH 44113-1455

**CREDITOR / POC ADDRESS**
MICHAEL AVENATTI
10000 SANTA MONICA
21ST FLOOR
LOS ANGELES, CA 90067-7000

**NEW ADDR 12/23/20**
**CREDITOR**
MICHAEL AVENATTI
C/O JAY MANHEIMER
229 DIMMICK AVENUE
VENICE, CA 90291

**CREDITOR**
MOMENTUM ENGINEERING CORP
2862 COLUMBIA STREET
TORRANCE, CA 90503-3808

**CREDITOR**
NAJAH J SHARIFF ESQ
UNITED STATES ATTORNEY S OFFICE
FEDERAL BUILDING
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012-3336

**CREDITOR**
NATIONWIDE LEGAL LLC
1609 JAMES M WOOD BLVD
LOS ANGELES, CA 90015-1005

**CREDITOR**
NORELL CONSULTING INC
218 CATHERIN PARK
GLENDORA, CA 91741-3017

**CREDITOR**
OFFICE OF ADMINISTRATIVE HEARINGS
2349 GATEWAY OAKS DR
SUITE 200
SACRAMENTO, CA 95833-4244

**RTD 1/11/21 UTF**
**CREDITOR**
PACER
~~PO BOX 71364~~
~~PHILADELPHIA, PA 19176-1364~~

**CREDITOR**
PAPERSTREET WEB DESIGN
219 SW 17TH STREET
FORT LAUDERDALE, FL 33315-1745

**CREDITOR / POC ADDRESS**
PASSPORT 420
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

**CREDITOR**
PERSONAL COURT REPORTERS INC
14520 SYLVAN STREET
VAN NUYS, CA 91411-2324

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>PERSONAL COURT REPORTERS INC<br>LAW OFFICES OF PHILIP LANDSMAN<br>5776 LINDERO CANYON RD STE D-366<br>WESTLAKE VILLAGE CA 91362 | **CREDITOR**<br>PITNEYBOWES GLOBAL FIN SERVICES LLC<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | **CREDITOR**<br>POYNER SPRUILL LLP<br>PO BOX 1801<br>RALEIGH, NC 27602-1801 |
| **CREDITOR**<br>PURCHASE POWER<br>P O  BOX 371874<br>PITTSBURGH, PA 15250-7874 | **CREDITOR**<br>RAINES FELDMAN<br>18401 VON KARMAN AVE SUITE 360<br>IRVINE, CA 92612-8541 | **CREDITOR / POC ADDRESS**<br>RAINES FELDMAN LLP<br>HAMID R. RAFATJOO<br>1800 AVENUE OF THE STARS, 12TH FLOOR<br>LOS ANGELES, CA 90067 |
| **CREDITOR**<br>REST YOUR CASE EVIDENCE STORAGE<br>6364 IRWINDALE ROAD<br>IRWINDALE, CA 91702-3210 | **CREDITOR**<br>RICOH USA INC<br>PO BOX 31001-0850<br>PASADENA, CA 91110-0850 | **CREDITOR / POC ADDRESS**<br>STOLL NUSSBAUM & POLAKOV APC<br>C/O KEATHLEY & KEATHLEY LLP<br>2030 MAIN STREET SUITE 210<br>IRVINE, CA 92614-8223<br>IRVINE, CA 92614-8223 |
| **CREDITOR**<br>SCOTT SIMS<br>FRANK SIMS STOLPER LLP<br>19800 MACARTHUR BLVD SUITE 855<br>IRVINE, CA 92612-8444 | **CREDITOR**<br>SHRED-IT USA<br>PO BOX101007<br>PASADENA, CA 91189-1007 | **CREDITOR**<br>SIMPSON DEPOSITION<br>1314 E CHAPMAN AVE<br>ORANGE, CA 92866-2219 |
| **RTD 10/11/19 - SEE NEW ADDR**<br>**CREDITOR**<br>SOCAL SUBPOENA<br>~~115 PINE AVENUE~~<br>~~SUITE 320~~<br>~~LONG BEACH, CA 90802-4479~~ | **NEW ADDR CA SOS 10/14/19**<br>**CREDITOR**<br>SOCAL SUBPOENA<br>344 CORONADO AVE<br>LONG BEACH, CA 90814 | **CREDITOR**<br>SOFTWARE TECHNOLOGY LLC<br>1621 CUSHMAN DRIVE<br>LINCOLN, NE 68512-1200 |
| **CREDITOR**<br>SPECIAL DELIVERY SERVICE INC<br>5470 LBJ FREEWAY<br>DALLAS, TX 75240-1044 | **CREDITOR**<br>STAPLES<br>PO BOX 83689<br>CHICAGO, IL 60696-3689 | **CREDITOR**<br>STATE OF CA EMPLOYMENT DEVELOPMENT<br>LIEN GROUP MIC 92G<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **NO ADDR PROVIDED**<br>**CREDITOR**<br>STEPHANIE CLIFFORD | **RTD 12/3/19 SEE NEW ADDRESS**<br>**CREDITOR**<br>SUZY QUINN<br>~~C/O JOHN MIGOTSKY~~<br>~~95 CHRISTOPHER STREET #14D~~<br>~~NEW YORK, NY 10014-6629~~ | **NEW ADDRESS FROM PO**<br>**CREDITOR**<br>SUSAN QUINN<br>304 E. 65TH STREET, APT 36A<br>NEW YORK, NY 10065-6786 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**CREDITOR**
THE IRVINE COMPANY
PO BOX 841387
LOS ANGELES, CA 90084-1387

**SEE NEW ADDR - RTD 10/15/19**
**CREDITOR**
THE MONTAGE LAGUNA BEACH
~~FINANCE DEPT~~
~~30801 SOUTH COAST HIGHWAY~~
~~NORWALK, CA 90651~~

**NEW ADDR PER WEBSITE - 10/15/19**
**CREDITOR**
THE MONTAGE LAGUNA BEACH
FINANCE DEPT
30801 SOUTH COAST HIGHWAY
LAGUNA BEACH, CA 92651

**CREDITOR**
THE MONTLAKE GROUP LLC
16639 SUNSET BLVD
PACIFIC PALISADES, CA 90272-3202

**CREDITOR**
THE NEUROBEHAVIORAL CLINIC
13 ORCHARD ROAD
SUITE 103
LAKE FOREST, CA 92630-8321

**CREDITOR**
THE PEOPLES BANK
BILOXI MISSISSIPPI
152 LAMEUSE STREET
BILOXI, MS 39530-4214

**RTD 10/11/19 - SEE NEW ADDR**
**CREDITOR**
THE X LAW GROUP
~~1910 SUNSET BLVD~~
~~SUITE 450~~
~~LOS ANGELES, CA 90026-7118~~

**NEW ADDR CA SOS 10/14/19**
**CREDITOR / POC ADDRESS**
THE X LAW GROUP
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

**CREDITOR / POC ADDRESS**
THOMAS J BERGER MD
2451 BRICKELL AVENUE
#12-C
MIAMI, FL 33129-2469

**CREDITOR**
THOMAS WEST
WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292

**CREDITOR / POC ADDRESS**
TODD D. BARANIAK
2303 JONQUIL CT.
NAPERVILLE, IL 60540-6054

**SEE NEW ADDR - RTD 11/18/19 UTF**
**CREDITOR**
UNISEARCH
~~PO BOX 11940~~
~~OLYMPIA, WA 98508-1940~~

**TC 12/22/20 - THIS IS THE CORRECT ADDRESS NEW ADDR PER CA SOS; RTD 1/13/20 UTF**
**CREDITOR**
UNISEARCH, INC.
1780 BARNES BLVD SW
TUMWATER, WA 98512

**NEW ADDR PER CA SOS**
**CREDITOR**
UNISEARCH, INC.
C/O COGENCY GLOBAL INC., AGENT FOR SERVICE OF PROCESS
1325 J ST STE 1550
SACRAMENTO, CA 95814

**CREDITOR**
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON, DC 20044-0683

**CREDITOR**
UNIVERSAL PROTECTION SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

**RTD 10/21/19 UTF - SEE NEW ADDR**
**CREDITOR**
US LEGAL SUPPORT INC
~~PO BOX 864407~~
~~ORLANDO, FL 32886-4407~~

**NEW ADDR CA SOS 11/19/19**
**CREDITOR**
US LEGAL SUPPORT INC
16825 NORTHCHASE DRIVE, SUITE 900
HOUSTON, TX 77060

**CREDITOR**
VERITEXT
PO BOX 71303
CHICAGO, IL 60694-1303

**CREDITOR**
VERIZON WIRELESS
P O  BOX 660108
DALLAS, TX 75266-0108

**CREDITOR / POC ADDRESS**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
ATTN: DAVID H. STEIN, ESQ.
WOODBRIDGE, NJ 07095-1146

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|
| WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 | WILLIAM PARRISH<br>CAPPELLO & NOL LLP<br>831 STATE STREET<br>SANTA BARBARA, CA 93101 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1