| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD A. MARSHACK<br>rmarshack@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>EAGAN AVENATTI LLP, | CASE NO.: 8:19-bk-13560-SC<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** |
| Debtor(s). | [No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is 09/12/2022 .

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. Cash disbursements period: __08/15/2021__ to __08/14/2022__.

4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.

5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).


Date: __08/12/2021__                          /s/ Richard A. Marshack
_____
*Signature of the chapter 7 trustee or the trustee's attorney*


                                              Richard A. Marshack
_____
*Printed name of the chapter 7 trustee or the trustee's attorney*

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

## DECLARATION OF TRUSTEE

I, <u>Richard A. Marshack</u>, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate.  If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| <u>08/12/2021</u> | <u>Richard A. Marshack</u> | <u>/s/ Richard A. Marshack</u> |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 3                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

On September 13, 2019 ("Petition Date"), Debtor filed a voluntary petition under Chapter 7.

On December 22, 2020, the Court entered an order approving Trustee's application to employ a field agent, Bicher & Associates ("Agent"), to inspect and coordinating the moving of the books/records to the Trustee's usual storage facility.

With the assistance of Agent, Trustee was able to locate, move, and inventory nearly 600 boxes of Debtor's books/records ("Records"). At the time of the services, there was not sufficient funds in the Estate to pay for the storage and Agent services. As such, Trustee's firm, Marshack Hays LLP ("MH"), paid the invoices submitted by Agent and O'Neil Storage.

Upon entry of an Order approving this motion, Trustee requests authority to disburse $8,141.76 to the Firm as reimbursement for its out of pocket costs for the Agent service and monthly storage fees as set forth on Exhibit C attached hereto.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 4                          **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 02/29/2020 | 7.50 | Nationwide Legal, Inc. | Deposit of change of time at USBC/SA on 02/18/20 |
| 03/15/2020 | 60.00 | Nationwide Legal, Inc. | File declaration at USBC/SA on 03/02/20 nationwide legal, inc. |
| 07/04/2020 | 27.37 | Digicopy, Inc. | Digicopy, Inc., Reply administrative and employ force 10 |
| 09/10/2020 | 788.80 | Ben Hyatt Certified Deposition Reporters | Certified transcript of Robert J. Johnson on 09/10/18 - Ben Hyatt Certified Deposition Reporters |
| 11/04/2020 | 94.00 | CourtCall, LLC | Telephonic court appearance with Judge Walter P. Schwarm (VC) on 10/29/20 - CourtCall, LLC |
| 12/12/2020 | 93.00 | Morgan Bicher | Review file boxes and prepare inventory list on 12/12/20 - Morgan Bicher |
| 12/15/2020 | 759.39 | Bicher & Associates | Monthly off-site storage fees for 2 units for December 2020 - Bicher & Associates |
| 12/22/2020 | 546.00 | Taylor Cassel | Review file boxes and prepare inventory list on 12/13/20,12/19/20 and 12/20/20 for a total of 18.20 hours - Taylor Cassel/Bicher & Assocciates |
| 12/22/2020 | 546.00 | Morgan Bicher | Review file boxes and prepare inventory list on 12/13/20,12/19/20 and 12/20/20 for a total of 18.20 hours - Morgan Bicher/Bicher & Associates |
| 12/31/2020 | 105.00 | O'Neil Storage | Storage for December 2020 - O'Neil Storage |
| 01/12/2021 | 18.60 | Citibusiness Card | certified copy of amended complaint from United States Bankruptcy Court |
| 01/12/2021 | 350.45 | Bicher & Associates | Outside Services re: Cubesmart self storage fees for 01/10/21-02/09/21 (rent unit #000435) - Bicher & Associates |
| 01/12/2021 | 311.45 | Bicher & Associates | Outside Services re: Cubesmart self storage fees for 01/10/21-02/09/21 (rent unit #123) - Bicher & Associates |
| 02/04/2021 | 399.00 | Morgan Bicher | Review file boxes and prepare inventory list on 02/04/21 and 02/05/21 for a total of 13.30 hours - Morgan Bicher |
| 02/10/2021 | 4,052.57 | O'Neil Storage | Moved the 500 boxes from the two storage units in San Bernardino on 02/02/21 - O'Neil Storage |
| 02/18/2021 | 99.60 | Briggs Reporting Company, Inc. | Outside copy service re: duplicate transcript of proceedings (x83) for hearing date of January 20, 2021 - Briggs Reporting Company, Inc. |
| 02/25/2021 | 20.60 | Citibusiness Card | sub of attorney and amended complaint from Los Angeles Superior Court |
| 02/28/2021 | 978.90 | O'Neil Storage | Montly storage fee, containers added fee for February 2021 - O'Neil Storage |
| 03/23/2021 | 79.20 | Briggs Reporting Company, Inc. | Duplicate transcript of proceedings (66x) on 03/23/21 - Briggs Reporting Company, Inc. |
| 04/30/2021 | 7.50 | Nationwide Legal, Inc. | Deliver courtesy copies of opposition to defendants' motion to dismiss plaintiff's second amended complaint (judge's copy) to Honorable Scott C. Clarkson on 04/22/21 - Nationwide Legal, Inc. |
| 05/12/2021 | 2,600.00 | Mirman Bubman & Nahmias | Mirman Bubman & Nahmias, Mediation on May 12 |
| 05/15/2021 | 7.50 | Nationwide Legal, Inc. | Deliver stipulation for protective order to Honorable Scott C. Clarkson on 05/14/21 - Nationwide Legal, Inc. |
| 05/15/2021 | 7.50 | Nationwide Legal, Inc. | Deliver stipulation re: compensation of mediator to Honorable Scott C. Clarkson on 05/10/21 - Nationwide Legal, Inc. |
| 05/15/2021 | 7.50 | Nationwide Legal, Inc. | Deliver notice of lodgment of order or judgment in adversary proceeding re: motion to dismiss to Honorable Scott C. Clarkson on 05/06/21 - Nationwide Legal, Inc. |

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____  Rent or Mortgage Payment

$ _____  Property Tax

$ _____  Insurance

$ _____  Utilities

$ _____  Repair and Maintenance

$ _____  Property Management

$ _____  Security Services

$ _____  Advertising Sale of Assets

$ _____  Actual Cost of Noticing, Copying and Postage

$ _____  Storage of Estate Assets and/or Books and Records

$ _____  Long Distance Telephone

$ _____  Expedited Mail

$ _____  Teletransmission

$ _____  Delivery of Documents

$ _____  Filing and Process Serving

$ _____  Bank Charges for Research and/or Copies

$ _____  Clerk's Charges

$ _____  Court Reporting Fees

$ _____  Witness Fees

$ _____  Transcript Fees

$ _____  Notary Fees

$ _____  Recording Fees

$ _____  Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____  Other: _____

$ _____  Other: _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

**Total:** $ 0.00_____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

$_____ Locksmith Services

$ 6,557.76_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$_____ Advertising Sale of Assets

$_____ Books and Records Destruction Costs

$_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

$ 1,584.00_____ Other: _____

$_____ Other: _____

$_____ Other: _____

**Total:** $ 8,141.76_____ Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

With the assistance of Agent, Trustee was able to locate, move, and inventory nearly 600 boxes of Debtor's books/records ("Records"). At the time of the services, there was not sufficient funds in the Estate to pay for the storage and Agent services. As such, Trustee's firm, Marshack Hays LLP ("MH"), paid the invoices submitted by Agent and O'Neil Storage.

Upon entry of an Order approving this motion, Trustee requests authority to disburse $8,141.76 to the Firm as reimbursement for its out of pocket costs for the Agent service and monthly storage fees as set forth on Exhibit C attached hereto.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

870 Roosevelt, Irvine, California 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/12/2021    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) 08/12/2021    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/12/2021 | Pamela Kraus | /s/ Pamela Kraus |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

- James C Bastian    jbastian@shulmanbastian.com
- Christopher L Blank    chris@chrisblanklaw.com
- Mark S Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Jeffrey I Golden    jgolden@wgllp.com,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
- Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- D Edward Hays    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
  drive.com
- Robert J Im    rim@mcglinchey.com, irvineECF@mcglinchey.com
- Richard L Kellner    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- Erick Kuylman    erick.kuylman@warrenterzian.com
- Jessica R MacGregor    jmacgregor@longlevit.com, lmyers@longlevit.com
- Aaron J Malo    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- Tinho Mang    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Filippo Marchino    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com
- Judith E Marshack    jmarshack@marshackhays.com,
  jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Meghan C Murphey    meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Brian A Paino    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- Aditi Paranjpye    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- Misty A Perry Isaacson    misty@ppilawyers.com,
  ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- Eric S Pezold    epezold@swlaw.com, knestuk@swlaw.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- Jack A. Reitman    jareitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- John P. Reitman    jreitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Michael Simon    msimon@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

| **MAIL REDIRECTED TO TRUSTEE 09/23/19** | **20 LARGEST CREDITOR / POC ADDRESS** | **20 LARGEST CREDITOR / POC ADDRESS** |
|---|---|---|
| **DEBTOR** | 520 NEWPORT CENTER DRIVE LLC | ALEXIS GARDNER |
| EAGAN AVENATTI, LLP | C/O R. GIBSON PAGTER, JR. | C/O THE X-LAW GROUP, PC |
| 20341 SW BIRCH, SUITE 220 | PAGTER AND PERRY ISAACSON | 625 FAIR OAKS AVENUE, SUITE 390 |
| NEWPORT BEACH, CA 92660-1514 | 525 N. CABRILLO PARK DRIVE, SUITE 104 | SOUTH PASADENA, CA 91030 |
| | SANTA ANA, CA 92701 | |

**20 LARGEST CREDITOR / POC ADDRESS**
BAKER KEENER & NAHRA LLP
C/O PHILLIP A. BAKER
633 WEST FIFTH STREET, SUITE 5500
LOS ANGELES, CA 90071-2060

**20 LARGEST CREDITOR / POC ADDRESS**
BRIAN WEISS
FORCE TEN PARTNERS LLC
20341 SW BIRCH ST SUITE 220
NEWPORT BEACH CA 92660

**20 LARGEST CREDITOR / POC ADDRESS**
CASCADE CAPITAL GROUP LLC
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**20 LARGEST CREDITOR / POC ADDRESS**
DAMON ROGERS
C/O THE X-LAW GROUP, PC
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

**20 LARGEST CREDITOR / POC ADDRESS**
EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ.
C/O REEDER LAW CORP., ATTN: D. REEDER
1875 CENTURY PARK E
SUITE 700
LOS ANGELES, CA 90067

**20 LARGEST CREDITOR /POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P O  BOX 826880
SACRAMENTO, CA 94280-0001

**20 LARGEST CREDITOR / POC ADDRESS**
GEOFFREY E JOHNSON
C/O CALLAHAN & BLAINE APLC
3 HUTTON CENTRE DRIVE
NINTH FLOOR
SANTA ANA, CA 92707-5781

**20 LARGEST CREDITOR / POC ADDRESS**
GREGORY BARELA
C/O STEVEN E BLEDSOE, ESQ. / LARSON O'BRIEN LLP
555 S FLOWER ST, SUITE 4400
LOS ANGELES, CA 90071

**20 LARGEST CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**20 LARGEST CREDITOR / POC ADDRESS**
JASON FRANK LAW PLC / JASON M. FRANK
C/O FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD, SUITE 855
IRVINE, CA 92612-8444

**20 LARGEST CREDITOR / POC ADDRESS**
LANDAU LAW LLP
1880 CENTURY PARK EAST
SUITE 1101
LOS ANGELES, CA 90067-1608

**20 LARGEST CREDITOR /POC ADDRESS**
LISA STORIE-AVENATTI
3419 VIA LIDA 610
NEWPORT BEACH, CA 92663-3908

**20 LARGEST CREDITOR / POC ADDRESS**
MARK CALVERT
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**20 LARGEST CREDITOR / POC ADDRESS**
PERSONAL COURT REPORTERS INC
LAW OFFICES OF PHILIP LANDSMAN
5776 LINDERO CANYON RD STE D-366
WESTLAKE VILLAGE CA 91362

**20 LARGEST CREDITOR / POC ADDRESS**
RAINES FELDMAN LLP
HAMID R. RAFATJOO
1800 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

**20 LARGEST CREDITOR / POC ADDRESS**
STOLL NUSSBAUM & POLAKOV APC
C/O KEATHLEY & KEATHLEY LLP
2030 MAIN STREET SUITE 210
IRVINE, CA 92614-8223

**NEW ADDR CA SOS 10/14/19
20 LARGEST CREDITOR / POC ADDRESS**
THE X LAW GROUP
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

**20 LARGEST CREDITOR / RFSN**
EISENHOWER CARLSON PLLC
STEVEN CASSELBERRY, ESQ.
MUSICK, PEELER & GARRETT LLP
650 TOWN CENTER DRIVE, STE 1200
COSTA MESA, CA 92626-1925

**20 LARGEST CREDITOR / POC ADDRESS**
500/550 NEWPORT CENTER DRIVE, LLC
C/O R. GIBSON PAGTER, JR.
PAGTER AND PERRY ISAACSON
525 N. CABRILLO PARK DRIVE, SUITE 104
SANTA ANA, CA 92701