D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

Debtor.

Case No. 8:19-bk-13560-SC

Chapter 7

CHAPTER 7 TRUSTEE'S FURTHER STATUS REPORT RE: EFFORTS TO LOCATE AND TURN OVER FORMER CLIENT FILES

<u>Continued Hearing:</u>
Date:     April 28, 2021
Time:     11:00 a.m.
Ctrm:     5C[1]
Address:  411 W. Fourth Street
          Santa Ana, CA 92701

/ / /

/ / /

/ / /

---

[1] Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using ZoomGov. Unless otherwise specifically ordered or instructed, Judge Clarkson will no longer utilize CourtCall. ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1
CHAPTER 7 TRUSTEE'S FURTHER STATUS REPORT

4853-2591-0735

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), files this further status report which relates to the motion ("Motion") filed by intervenor Hrayr Shahinian, M.D., F.A.C.S. ("Dr. Shahinian") to compel the production of his client file, and to apprise the Court of the status of the Trustee's efforts to locate and turn over the client file.

## 1. Background Facts

On September 13, 2019, Debtor, through its state court receiver, filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack is the duly-appointed and acting Chapter 7 trustee for the Debtor.

Prior to bankruptcy, the receiver moved all of Debtor's paper records to two different storage facilities. There are close to 500 hundred boxes of records which are not indexed. The Trustee initially believed that the client file at issue likely is in storage at a facility known as Iron Mountain, Inc. ("Iron Mountain").

On October 19, 2020, as Dk. No. 219, Dr. Shahinian filed the Motion to compel production of his client file.

On November 16, 2020, as Dk. No. 244, the Trustee filed a motion to continue the hearing on the Motion, which was scheduled for November 18, 2020. In the motion to continue, the Trustee advised the Court that he would undertake the cost and effort to locate the client file.

The Court vacated the November 18, 2020, hearing and set a continued hearing for December 16, 2020.[2]

On December 3, 2020, as Dk. No. 248, the Trustee filed a status report advising the Court of the Trustee's efforts to locate and secure the Debtor's client files, including boxes of files which might contain Dr. Shahinian's requested client file.

---

[2] Trustee's counsel apologizes for not filing this status report 14 days prior to the continued hearing. The delay is a result of oversight.

After the status report was filed, the Court also vacated the December 16, 2020, hearing and set a continued hearing for January 6, 2021.

On December 10, 2020, as Dk. No. 251, the Trustee filed a stipulation ("Stipulation") for order to turn over Debtor's books and records to allow post-petition administrative expense claim for storage and moving fees. On the same date, as Dk. No. 252, the Court entered an order granting the Stipulation.

On December 23, 2020, as Dk. No. 259, the Trustee filed a further status report as required by the Court.

On December 31, 2020, the Court entered a tentative ruling which vacated the January 6, 2021, hearing date and set a further hearing for January 20, 2021, with a further status report due 14 days prior.

On January 6, 2021, as Dk. No. 261, the Trustee filed a third status report regarding the pending motions. Based on the status report, the hearing was vacated and continued to February 18, 2021, with a fourth status report due fourteen days in advance.

On February 4, 2021, as Dk. No. 266, the Trustee filed a fourth status report. Based on the status report, the hearing was vacated and continued to April 28, 2021 with a fifth status report due fourteen days in advance.

On April 14, 2021, as Dk. No. 279, the Trustee filed a fifth status report. The hearing was vacated and continued to July 14, 2021.

On July 6, 2021, as Dk. No. 297, the Trustee and Dr. Shahinian filed a stipulation for continuance of the status conference. The Court approved the stipulation and the hearing is currently set for September 15, 2021.

On September 1, 2021, counsel for the Trustee received an email from Dr. Shahinian's counsel stating that Dr. Shahinian would be assuming control of the files and would arrange for the boxes to be stored in the same location but under Dr. Shahinian's control.

The Trustee has been attempting for months to seek dismissal of the Motions

## 2. Sixth Status Report and Update re Negotiations to Resolve Motions

Since February of this year, the requested files have been made available to Dr. Shahinian for pickup at his convenience. Based on communications received by the Trustee and counsel, it was only by early September that a decision was ever made on whether to receive or retain the files. The Trustee has continued to seek a stipulation regarding the turnover of the files but it appears from the Trustee's perspective that the motions are either not being prosecuted and the relief requested is essentially moot. The Trustee has voluntarily turned over the files and made them available for the movant. Thus, the Trustee believes that the Motions should be dismissed. So long as these (moot) matters remain pending, the Estate continues to incur the administrative cost of the matters ancillary to a continued status conference and hearing, and the client file turnover matter has no anticipated benefit to the Estate whatsoever.

DATED: September 8, 2021                    MARSHACK HAYS LLP

                                                         By: */s/ Tinho Mang*
                                                            D. EDWARD HAYS
                                                            TINHO MANG
                                                            Attorneys for Chapter 7 Trustee,
                                                            RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S FURTHER STATUS REPORT RE: EFFORTS TO LOCATE AND TURN OVER FORMER CLIENT FILES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **September 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **VIA PERSONAL DELIVERY:** | **VIA EMAIL:** |
|---|---|
| **PRESIDING JUDGE'S COPY** | **ATTORNEY FOR DR. HRAYR SHAHINIAN** |
| HONORABLE SCOTT C. CLARKSON | Shant A. Karnikian, Esq. |
| UNITED STATES BANKRUPTCY COURT | KABATECK LLP |
| CENTRAL DISTRICT OF CALIFORNIA | Email: sk@kbklawyers.com |
| RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE | |
| 411 WEST FOURTH STREET, SUITE 5-097 | |
| SANTA ANA, CA 92701-4593 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2021 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
    - **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
    - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank    chris@chrisblanklaw.com
    - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick    mbostick@wendel.com, bankruptcy@wendel.com
    - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
    - **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
    - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com
    - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
    - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    pcadigan@collectionlaw.com
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
    - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
    - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
    - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
    - **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
    - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo amalo@sheppardmullin.com, jsummers@sheppardmullin.com
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
    - **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
    - **TRUSTEE RICHARD A MARSHACK (TR)**: Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
    - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
    - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com
    - **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; jaimee@ringstadlaw.com
    - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
    - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
    - **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com
    - **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
    - **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

- **DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO, AND INTERESTED PARTIES:** Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.co
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1