1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, 272406
   dwood@marshackhays.com
3  TINHO MANG, #322146
   tmang@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
8

9              UNITED STATES BANKRUPTCY COURT

10       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11 | In re                          | Case No. 8:19-bk-13560-SC
   |                                |
12 | EAGAN AVENATTI, LLP,           | Chapter 7
   |                                |
13 |            Debtor.             | MOTION TO APPROVE COMPROMISE
   |                                | BETWEEN TRUSTEE AND SILVER STAR
14 |                                | SOUND & COMMUNICATIONS, INC.;
   |                                | MEMORANDUM OF POINTS AND
15 |                                | AUTHORITIES; DECLARATION OF
   |                                | RICHARD A. MARSHACK IN SUPPORT
16 |                                |
   |                                | [NO HEARING REQUIRED PURSUANT TO
17 |                                | RULE 9013-1(O)]

18 TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

19 THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

20       Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy

21 Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), has entered into a settlement agreement

22 ("Settlement Agreement")[1] with Silver Star Sound & Communications, Inc., ("Silver Star"

23 collectively, the Trustee and Silver Star are referred to as the "Parties"), and through this instant

24 motion, the Trustee seeks approval of the Settlement Agreement pursuant to Rule 9019 of the

25 Federal Rules of Bankruptcy Procedure ("FRBP"). In support of the Motion, the Trustee states as

26 follows:

27

28 
_____
[1] A true and correct copy of the Settlement Agreement is attached as Exhibit "1" to the declaration of
Richard A. Marshack ("Marshack Declaration").

1
MOTION TO APPROVE COMPROMISE

## 1. Summary of Argument

Pursuant to FRBP 9019, the Court may approve reasonable settlements and compromises of claims. Here, the Parties negotiated a resolution of their disputes related to the Adversary Proceeding (as defined below) whereby the Estate sought to set aside and recover $49,000 in voidable transfers, in exchange for a payment of $34,000 by Silver Star to the Estate. The Trustee believes that the settlement embodied in the Settlement Agreement is in the best interest of the Estate, and should be approved pursuant to FRBP 9019.

## 2. Statement of Facts

On September 13, 2019 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, et seq.), thereby commencing the EA Bankruptcy Case. A true and correct copy of this Court's webPACER Docket for Case No. 8:19-bk-13560-SC as of September 9, 2021, is attached as Exhibit "2" to the Marshack Declaration. The Trustee was appointed by the United States Trustee on September 13, 2019. *Id.*, pg. 26.

### A. Special Counsel

On November 6, 2019 as Dk. No. 33, the Trustee filed an application for employment of Landau Gottfried & Berger LLP (subsequently, the firm name was changed to Landau Law LLP as special litigation counsel ("Special Counsel").

On February 26, 2020 as Dk. No. 102, the Court entered an Order approving the application ("Employment Order") and authorizing Trustee to employ Landau Law LLP as his special counsel for the claims that are the subject of the Action (defined below). A true and correct copy of the Employment Order is attached to the Marshack Declaration as Exhibit "3."

Under the Employment Order, it was agreed that Special Counsel would be employed pursuant to Bankruptcy Code Sections 327 and 328, on a contingency fee basis of 30% ("Contingency Fee") of the net gross recovery if obtained by way of settlement before the Action was first assigned to trial (as is the case here), plus reimbursement of expenses. Here, the net recovery is $33,650 ($34,000 less $350 filing fees). The Contingency Fee is $10,095.

The Employment Order further authorized Trustee to pay the Contingency Fee for the contingency fee work without further approval of the Court.

**B.      The Action**

On May 1, 2020, the Trustee filed a complaint commencing an adversary proceeding entitled *Richard A. Marshack v. Silver Star Sound & Communications, Inc.* (the "Adversary Proceeding"), Adv. No. 8:20-ap-01068-SC, in the Bankruptcy Court, seeking to set aside and recover $49,000, in avoidable fraudulent transfers. A true and correct copy of this Court's webPACER Docket for Case No. 8:20-ap-01068-SC as of September 9, 2021, is attached as Exhibit "4" to the Marshack Declaration. On November 3, 2020, Silver Star answered the Complaint, denying all of the material allegations thereof and asserting affirmative defenses. *Id.*, pg. 66.

Shortly thereafter, the Parties engaged in settlement negotiations. Such negotiations proved to be fruitful, as the settlement embodied in the Settlement Agreement was reached.

**3.      Summary of Agreement**

THE FOLLOWING IS A SUMMARY OF THE AGREEMENT FOR CONVENIENCE PURPOSES ONLY AND SHALL NOT CONSTITUTE A BASIS FOR INTERPRETATION OF THE AGREEMENT – THE PRECISE LANGUAGE OF THE AGREEMENT CONTROLS THE AGREEMENT BETWEEN THE PARTIES:

    (1) **Bankruptcy Court approval**: The Settlement Agreement is subject to approval by this Court;

    (2) **Settlement Consideration**: Silver Star shall pay the Estate the sum of $34,000 in immediately available funds ("Settlement Payment") within 60 days following the entry of the Approval Order, as directed in writing by legal counsel for the Trustee.

    (3) **Dismissal of the Adversary Proceeding**: In exchange for the Trustee's timely receipt of the Settlement Payment, the Approval Order (as defined in the Settlement Agreement) will direct that upon such receipt in full and the Settlement payment having cleared the banking process the Trustee shall promptly lodge an order that the Adversary Proceeding be dismissed with prejudice; and

/ / /

(4) **Mutual Releases**: The Parties exchanged mutual releases, including a

Section 1542 of the Civil Code of California wavier.

*See* Marshack Decl., Ex. 1, pgs. 12-14.

## 4.    Legal Argument

### A.    Approval of the Agreement is in the best interest of the Estate.

Under Rule 9019, the court may approve a compromise or settlement on motion by the trustee. Fed. R. Bankr. Proc. 9019. It is well-established that a compromise should be approved if it is "in the best interest of the estate . . . and is fair and equitable for the creditors." *Schmitt v. Ulrich (In re Schmitt)*, 215 B.R. 417, 424 (B.A.P. 9th Cir. 1997); *ATKN Company v. Guy F. Atkinson Company of California (In re Guy F. Atkinson Company)*, 242 B.R 497, 502 (B.A.P. 9th Cir. 1999) ("At its base, the approval of a settlement turns on the question of whether the compromise is in the best interest of the estate.") The standards to be applied to the approval of a settlement include:

1)    the probability of success of the litigation on its merits;

2)    the difficulties in collection on a judgment;

3)    the complexity of the litigation involved; and

4)    the expense, inconvenience or delay occasioned by the litigation, and the interest of creditors.

*United States v. Edwards*, 595 F.3d 1004, 1012 (9th Cir. 2010) (quoting *In re A & C Properties*, 784 F.2d 1377, 1380-81 (9th Cir. 1986), *cert. den. sub nom Martin v. Robinson*, 479 U.S. 854 (1989)).

### i.    Probability of Success

First, the Trustee is very confident that if he was to litigate the claims in the Adversary Proceeding, the Estate would be successful. Marshack Decl., ¶14. Indeed, the consideration paid to the Estate represents approximately 70% of the total amount in controversy. *Id.*, Ex. 1, pgs. 9-23. However, success in litigation is never guaranteed, and the Settlement Agreement reflects such risk after consideration of some of the defenses articulated by Silver Star. *Id.*, ¶15. The Trustee submits that this factor weighs in favor of approving the Settlement Agreement.

/ / /

MOTION TO APPROVE COMPROMISE

### ii.    Difficulties in Collection & complexity of litigation

The Trustee does not believe that the second and third *A&C* factor apply to the case at bar. *See* Marshack Decl., ¶16.

### iii.    Expense, inconvenience, or delay

Finally, the Trustee believes that the expense, inconvenience, or delay occasioned by the litigation and the interest of creditors favors granting the Motion. *See* Marshack Decl., ¶¶16, 17. As discussed above, the consideration to be paid to the Estate represents 70% of the total amount in controversy in the Adversary Proceeding, which based on Silver Star's provided financials, is a good outcome for the Estate. *Id.*, Ex. 1, pgs. 9-23. Continued litigation would only increase administrative costs and/or further delay a distribution to creditors. *Id.*, ¶¶18, 19. Thus, this factor weighs heavily in favor of approving the compromise.

## 5.    Conclusion

Based on the foregoing, the Trustee respectfully requests that the Court enter an order that:

1.      The Motion is granted;

2.      The Settlement Agreement attached as Exhibit "1" to the Marshack Declaration is approved;

3.      Authorizing the Trustee to provide the release of claims specified in the Settlement Agreement;

/ / /

/ / /

/ / /

MOTION TO APPROVE COMPROMISE
4837-3368-0376,v.1

1      4.      Authorizing the Trustee to take all steps necessary to effectuate the Settlement

2  Agreement, including, but not limited to execution of the Settlement Agreement;

3      5.      Upon receipt of the Settlement Payment, authorizing the Trustee to pay compensation

4  to Special Counsel a contingency of $10,095, 30% of the Action's net recovery; and

5      6.      For such other relief as the Court deems just and proper.

6

7  Dated: September 9, 2021            MARSHACK HAYS LLP

8

9                      By: */s/ David A. Wood*

10                         D. EDWARD HAYS
                          DAVID A. WOOD

11                         TINHO MANG
                         Attorneys for Chapter 7 Trustee,

12                         RICHARD A. MARSHACK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO APPROVE COMPROMISE

4837-3368-0376,v.1

# Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, say and declare as follows:

1.      I am the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"). I am an individual over 18 years of age and competent to make this Declaration.

2.      I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so I could and would competently testify to these facts.

3.      I make this declaration in support of my motion to approve the proposed settlement agreement with Silver Star Sound & Communications, Inc. ("Silver Star") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("FRBP") ("Motion").

4.      All terms not defined herein are used as they are defined in the Motion.

5.      A true and correct copy of the Settlement Agreement is attached here as Exhibit "1."

6.      On September 13, 2019 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*), thereby commencing the EA Bankruptcy Case.

7.      On February 26, 2020 as Dk. No. 102, the Court entered an Order approving the application ("Employment Order") and authorizing Trustee to employ Landau Law LLP as his special counsel for the claims that are the subject of the Action (defined below). A true and correct copy of the Employment Order is attached here as Exhibit "3."

8.      A true and correct copy of this Court's webPACER Docket for Case No. 8:19-bk-13560-SC as of September 9, 2021, is attached here as Exhibit "2."

9.       I was appointed by the United States Trustee on September 13, 2019.

10.     On May 1, 2020, my counsel filed a complaint commencing an adversary proceeding entitled *Richard A. Marshack v. Silver Star Sound & Communications, Inc.* (the "Adversary Proceeding"), Adv. No. 8:20-ap-01068-SC, in the Bankruptcy Court, seeking to set aside and recover $49,000, in avoidable fraudulent transfers.

11.     A true and correct copy of this Court's webPACER Docket for Case No. 8:20-ap-01068-SC as of September 9, 2021, is attached here as Exhibit "4."

MOTION TO APPROVE COMPROMISE
4829-0751-2233, v. 1/1015-131

12.      Shortly thereafter, the Parties engaged in settlement negotiations. Such negotiations proved to be fruitful, as the settlement embodied in the Settlement Agreement was reached.

13.      For the following reasons, it is my business judgment that the proposed settlement is reasonable, represents a fair and equitable resolution of the transfers, and is in the best interests of creditors and the Estate.

14.      My counsel and I are very confident that if Estate was to litigate the claims in the Adversary Proceeding, the Estate would be successful. For reference, the consideration paid to the Estate represents approximately 70% of the total amount in controversy.

15.      However, I understand success in litigation is never guaranteed, and the Settlement Agreement reflects such risk.

16.      I do not believe that the second and third *A&C* factor apply to the case at bar.

17.      I believe that the expense, inconvenience, or delay occasioned by the litigation and the interest of creditors favors granting the Motion.

18.      As discussed above, the consideration to be paid to the Estate represents 70% of the total amount in controversy in the Adversary Proceeding.

19.      I am informed and believe that continued litigation would only increase administrative costs and/or further delay a distribution to creditors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ~~August~~ Sept 8, 2021.

RICHARD A. MARSHACK

MOTION TO APPROVE COMPROMISE
4829-0751-2233, v. 1/1015-131

# Exhibit 1

## **SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE**

This Settlement Agreement and Mutual General Release (the "Settlement Agreement") is made and entered into effective as of July 16, 2021, by and between (i) Richard A. Marshack, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Eagan Avenatti, LLP ("EA"), *In re Eagan Avenatti, LLP.,* Case No. 8:19-bk-13560-SC (the "EA Bankruptcy Case"), pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division (the "Bankruptcy Court"), and (ii) Silver Star Sound & Communications, Inc. ("Silver Star") (The Trustee and Silver Star are referred to collectively as the "Parties" and singularly as a "Party").  The Parties hereby stipulate, represent and agree (as applicable) as follows:

## **RECITALS**

**A.**      On September 13, 2019 (the "Petition Date"), EA filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, et seq.), thereby commencing the EA Bankruptcy Case.

**B.**      The Trustee was appointed by the United States Trustee on September 13, 2019.

**C.**      On May 1, 2020, the Trustee filed a complaint (the "Complaint") commencing an adversary proceeding entitled *Richard A. Marshack v Silver Star Sound & Communications, Inc.* (the "Adversary Proceeding"), Adv. No. 8:20-ap-01068-SC, in the Bankruptcy Court, seeking to set aside and recover as voidable transfers $49,000 that EA transferred to Silver Sar.  On November 3, 2020, Silver Star answered the Complaint, denying all the material allegations thereof and asserting affirmative defenses.

**D.**      The Trustee and Silver Star now desire to resolve and settle all disputes between them and, except as expressly reserved in this Settlement Agreement, any and all claims such Party now has or may have against the other Party, including, without limitation, all claims

1

alleged in, arising out of, relating to, resulting from or connected with the Adversary Proceeding

and the EA Bankruptcy Case.

     **E.**     This Settlement Agreement is made in good faith and in an arm's-length

transaction between the Trustee and Silver Star.

**AGREEMENT**

     **NOW THEREFORE**, in consideration of the foregoing Recitals and for good and

valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties

each agree as follows:

     **1.**     **Incorporation of Recitals**

Recitals A through E are incorporated into and made a part of this Settlement Agreement.

     **2.**     **Bankruptcy Court Approval**

     **a.**     This Settlement Agreement is subject to approval by the Bankruptcy Court.  As

soon as reasonably practical after the Parties have exchanged duly signed counterparts of this

Settlement Agreement, the Trustee will file a motion for the approval of this Settlement

Agreement (*i.e.*, the "Approval Motion") in the Bankruptcy Court.

     **b.**     Except as otherwise expressly provided in this Settlement Agreement, the Parties

each agree **(i)** not to withdraw their consent to this Settlement Agreement; **(ii)** not to oppose,

object to, appeal from or otherwise interfere with or assist or counsel any other person or entity

to oppose, object to, appeal from or otherwise interfere with the granting of the Approval

Motion; **(iii)** to promptly inform the Bankruptcy Court of the pendency of this settlement; **(iv)**

not to take any action in furtherance of the prosecution or defense of the Adversary Proceeding;

and **(v)** upon the order approving this Settlement Agreement becoming a Final Order (as defined

in ¶ 2c below) and the full performance of all of the Parties' other respective obligations set forth

2

in this Settlement Agreement, to take such action as may be necessary or reasonably appropriate to dismiss with prejudice the Adversary Proceeding.

**c.** Except as provided in ¶¶ 2a and b above and 2d and e and 9-20 below, neither Party shall have any rights, duties or obligations under this Settlement Agreement unless and until the Bankruptcy Court enters an order (the "Approval Order") that, in substance **(i)** approves all of the terms of this Settlement Agreement; **(ii)** determines that this Settlement Agreement was made in good faith in an arm's-length transaction; **(iii)** determines that adequate notice of the hearing on the Approval Motion was given; **(iv)** authorizes the Parties to perform the terms of this Settlement Agreement; and **(v)** reserves jurisdiction to enforce the terms of this Settlement Agreement.

**d.** The Parties recognize that the Approval Order does not become a Final Order unless and until **(i)** the time to file a timely appeal under Fed. R. Bankr. P. 8002 from the order passes and no such timely appeal is filed; or **(ii)** if a timely appeal is filed, then after all timely filed appeals are dismissed with prejudice or the Approval Order is affirmed on appeal and is not subject to further timely filed appellate review, whether by appeal, petition for rehearing, petition for certiorari or otherwise.  If reconsideration or appeal of the Approval Order is sought and the Approval Order is reversed upon such reconsideration or on appeal, then this Settlement Agreement shall be of no force or effect and the Parties and the Adversary Proceeding shall be as they were before this Settlement Agreement was signed, and any part of the Settlement Payment paid by Silver Star to the Estate shall promptly be returned to Silver Star by the Trustee from assets of the Estate, without any deductions and without interest.

/ / /

/ / /

3

**3.**    **Settlement Consideration**

**a.**    Silver Star shall pay the Estate the sum of $34,000 (the "Settlement Payment") in immediately available funds (the "Settlement Payment") within 60 days following the entry of the Approval Order, as directed in writing by legal counsel for the Trustee.  The Parties acknowledge and agree that time is of the essence applies to this ¶ 3a and that the Settlement Payment shall not be subject to reduction for any reason whatsoever.  Silver Star further agrees that all statutes of limitation on the Trustee's claims asserted in the Complaint shall be tolled from the date the Approval Order is entered **until the later of (i)** if applicable, 60 days after the Approval Order is reversed upon reconsideration or appeal as provided in ¶ 2d above or **(ii)** 91 days after the date on which the Settlement Payment has been received in full by the Trustee and has cleared the banking process.

**b.**    In exchange for Silver Star's agreement to make the Settlement Payment as provided in ¶ 3a, the Approval Order will direct that Trustee shall promptly lodge an order that the Adversary Proceeding be dismissed without prejudice, and that the Court will retain jurisdiction to enforce the Settlement Agreement.

**c.**    Further consideration for the execution and delivery of this Settlement Agreement by the Parties is as set forth in ¶¶ 4 and 5 below and shall be deemed paid and received once the Settlement Payment has been made in full and has cleared the banking process.

**4.**    **Mutual General Releases**

**a.**    Upon the execution of this Settlement Agreement by the Parties and their respective legal counsel, if any, in the spaces provided at the end of this Settlement Agreement, except for the obligations created or preserved by this Settlement Agreement, the subsequent approval of this Settlement Agreement in accordance with ¶ 2c above (i.e., the Approval Order

4

becomes a Final Order), and the Trustee's timely receipt of the Settlement Payment in full and the passage of time as set forth in ¶ 3a above, the Trustee on behalf of the Estate, without further action, shall be deemed to have waived and released any and all claims and other rights that the Estate possesses, and/or may possess, whether known or unknown and whether matured, contingent or disputed, against Silver Star and against each of its owners, agents, representatives, successors, assigns, attorneys, and insurers, individually and collectively, solely to the extent acting in such capacity (collectively, the "Silver Star Releasees").

**b.**    Upon the execution of this Settlement Agreement by the Parties and their respective legal counsel, if any, in the spaces provided at the end of this Settlement Agreement, except for the obligations created or preserved by this Settlement Agreement and the subsequent approval of this Settlement Agreement in accordance with ¶ 2b above (i.e., entry of the Approval Order), Silver Star, without further action, shall be deemed to have waived and released any and all claims and other rights that it possesses, and/or may possess, whether known or unknown and whether matured, contingent or disputed, against the Trustee and the Estate, and each of them, and against each of their respective agents, representatives, successors, assigns, attorneys and insurers, individually and collectively, solely to the extent acting in such capacity (the "Trustee Releasees").

**c.**    The releases set forth in ¶¶ 4a and b above shall be void if the Approval Order is reversed upon reconsideration or appeal, except as to a Party, if any, that sought such reversal.

**5.**    **Release of Unknown Claims**

**a.**    It is the intention of the Parties in executing this Settlement Agreement that it is a general release as between the Trustee and the Estate, on one hand, and Silver Star, on the other hand, which shall be effective as a bar to each and every claim, demand or cause of action

5

released by ¶ 4 above.  Each Party recognizes that it may have some claim, demand, or cause of action against the other Party of which it is totally unaware and unsuspecting, which it is giving up by executing this Settlement Agreement.  It is the intention of the Parties in executing this Settlement Agreement that it will deprive each such Party of each such claim, demand or cause of action and prevent it from asserting it against the other Party.  In furtherance of this intention, **each Party expressly waives any rights or benefits conferred by the provisions of Section 1542 of the California Civil Code, which provides as follows:**

> **"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."**

**b.**     The waiver of the rights or benefits conferred by the provisions of Section 1542 of the Civil Code of California is a material part of the consideration for this Settlement Agreement and shall not be subject to severance from this Settlement Agreement.

**c.**     Silver Star understands and agrees that in no event whatsoever shall it have any claim as a creditor of the Estate arising from the Adversary Proceeding, its performance of this Settlement Agreement or for any other reason whatsoever.

**6.**     <u>**Representations and Warranties by the Parties**</u>

**a.**     The Trustee represents and warrants to Silver Star, which representations and warranties are material, are being relied upon by Silver Star, and shall survive the execution, delivery and performance of this Settlement Agreement, that **(i)** to the best of his actual knowledge, from and after the Petition Date, no portion of any claim, right, demand or cause of

6

action (or claim for relief) that the Estate had or might have had against Silver Star has been assigned or transferred to any other person or entity in any manner; **(ii)** he has consulted with legal counsel of his own choosing regarding its rights and the terms, effect and consequences of this Settlement Agreement before executing this Settlement Agreement and that he understands its meaning, including the effect of Section 1542 of the California Civil Code and the waiver of the rights or benefits conferred by that statute; and **(iii)** the Trustee is authorized and empowered to execute this Settlement Agreement on behalf of the Estate and, subject to the Approval Order becoming a Final Order, this Settlement Agreement is a valid and binding obligation of Estate enforceable against it in accordance with its terms.

b.      Silver Star represents and warrants to the Trustee and the Estate, which representations and warranties are material and are being relied upon by the Trustee in acting for the Estate and shall survive the execution, delivery and performance of this Settlement Agreement, that **(i)** no portion of any claim, right, demand or cause of action that Silver Star had or might have had against the Trustee, acting in that capacity, and the Estate (or its property) has been assigned or transferred to any other person or entity in any manner; **(ii)** the transfers pled in the Complaint are the only transfers made to Silver Star by EA and Silver Star has received no other money or items of any value from EA; **(iii)** Silver Star has been afforded a reasonable opportunity and encouraged by the Trustee to consult with legal counsel of its own choosing regarding its rights and the terms, effect, and consequences of this Settlement Agreement before executing this Settlement Agreement and that Silver Star understands its meaning, including the effect of Section 1542 of the California Civil Code and the waiver of the rights or benefits conferred by that statute; and **(iv)** the execution, delivery and performance of this Settlement Agreement has been approved by all necessary and appropriate corporate action of Silver Star,

7

the person executing this Settlement Agreement on its behalf is duly authorized and empowered to do so, and this Settlement Agreement is a valid and binding obligation of Silver Star enforceable against it in accordance with its terms.

**7.**  **Default**

**a.**  If **(i)** Silver Star fails to timely make the Settlement Payment as described in ¶ 3a above, fails to perform any other material term or condition of this Settlement Agreement or if any of its representations and warranties are in the Trustee's reasonable exercise of his judgment materially false, and **(ii)** the Trustee gives Silver Star written notice of a default under the Settlement Agreement stating such default, Silver Star shall have 10 days to cure the default by submitting the scheduled but unpaid payment to the Trustee, or admissible documentary evidence that to the Trustee's satisfaction refutes the Trustee's assertion that Silver Star has failed to perform such material term(s) or condition(s) or that such representation(s) and warranty(ies) is/are materially false.

**b.**  In the event that Silver Star does not cure the default within the 10-day cure period, the full amount of the voidable transfers ($49,000), less any payments made pursuant to ¶ 3a above (which shall be applied to the first such transfer(s) to Silver Star), shall, without further notice, become immediately due and payable and the Trustee will have the right to **(i)** file an *ex parte* application in the Bankruptcy Court to for entry of Judgment against Silver Star for breach of this Settlement Agreement for the full amount then owed plus simple interest at the California statutory rate of 10% per annum, from the date of the voidable transfers to Silver Star as asserted in the Complaint to the date of entry of the Judgment (or ,as applicable, to the date of any pre-Judgment repayment), plus post-Judgment interest according to law or **(ii)** take such other

8

actions as he deems appropriate, in the exercise of his discretion, to enforce any or all of the Estate's rights and remedies against Silver Star.

**8.    No Additional Representations or Admissions**

**a.**    Except for the representations and warranties expressly set forth in this Settlement Agreement, each Party acknowledges that it has relied wholly upon its own judgment, belief and knowledge of the existence, nature and extent of each claim, demand or cause of action that it may have against the other Party, which is to be released pursuant to this Settlement Agreement and that it has not been influenced to any extent in entering into this Settlement Agreement by any representation or statement regarding any such claim, demand or cause of action made by any other Party (except as expressly set forth in this Settlement Agreement).

**b.**    It is understood and agreed that this Settlement Agreement is made as part of the compromise and settlement of disputed claims, and that no action taken by either Party, either previously or in connection with said compromise and settlement, shall be deemed or construed to be an admission by such Party of any fault or liability whatsoever to the other Party or to any other person or entity in connection with any matter or thing.

**9.    Successors and Assigns**

This Settlement Agreement shall be binding on and shall inure to the benefit of the Parties and as may be applicable, their respective heirs, legal representatives, successors and assigns.

**10.    Choice of Law**

This Settlement Agreement is entered into and shall be performed in the State of California and shall be governed by and construed and interpreted in accordance with its internal laws and without regard to otherwise applicable principles of conflicts of laws or choice of laws,

9

whether by statute, rule, or judicial determination and whether of the State of California or any other jurisdiction.

**11.**     **Interpretation**

**a.**     Each Party has reviewed this Settlement Agreement and agrees that any question of interpretation shall not be resolved by any rule providing for interpretation against the drafting Party.  Whenever possible, each provision of this Settlement Agreement shall be interpreted in such manner as to be valid under applicable substantive laws (excluding choice of laws) of California.

**b.**     Whenever the pronoun "it" is used herein that pronoun shall also be deemed to mean 'he" or "his", "she" or "hers" or "it"" or "its" whenever applicable. Words in the singular shall be read and construed as though in the plural and words in the plural shall be construed as though in the singular in all cases where they would so apply.

**c.**     The word "day(s)" as used in this Settlement Agreement means and refers to a calendar day. Any event, such as a payment or response date which falls on a federal legal holiday or a Saturday or Sunday, shall automatically be extended to the immediately following non-holiday weekday.

**12.**     **No Inducement**

Each Party acknowledges and represents to the other Party that no promise, representation or inducement not expressed herein has been made in connection with this Settlement Agreement.

**13.**     **No Admission of Liability**

The execution of this Settlement Agreement and the performance of its terms and conditions effectuate the settlement of claims which are contested and denied.  Nothing

10

contained in this Settlement Agreement, nor the performance of any act hereunder is or shall be construed as an admission by any Party of any wrongdoing or liability of any kind to the other Party.

### 14.  **Costs and Expenses**

**a.**    Each Party shall bear its own attorneys' fees and expenses incurred in connection with (i) the Adversary Proceeding; and (ii) the negotiation of the terms of preparation of and performance of this Settlement Agreement.

**b.**    If any legal action is necessary to enforce the terms and conditions of this Settlement Agreement, the substantially prevailing Party shall be entitled to recover all costs of suit and reasonable attorneys' and other professionals' fees and expenses incurred as determined by the court in that action.

### 15.  **Jurisdiction and Venue**

Each Party hereby irrevocably consents to the exclusive personal jurisdiction of and proper venue in the Bankruptcy Court for the trial, entry of findings, entry of final orders and judgments solely for the purpose of resolving all disputes under, arising from or out of or relating to this Settlement Agreement or the Parties' rights and obligations with respect thereto.  If the Bankruptcy Court lacks or refuses to exercise jurisdiction over any such dispute, each Party hereby irrevocably consents to the exclusive personal jurisdiction of and proper venue before the Superior Court of the State of California, County of Orange for such purpose.

### 16.  **Waiver of Jury Trial**

**To the extent permitted by applicable law, each Party hereby expressly waives the right to trial by jury in any action or other proceeding under, arising from or out of or**

relating to this Settlement Agreement or the Parties' right and obligations with respect thereto.

### 17.   <u>Additional Documents</u>

Each Party agrees to execute, as appropriate cause to be acknowledged and deliver such additional documents and instruments and perform such further acts as may be reasonably necessary or appropriate to effectuate the purposes of this Settlement Agreement.

### 18.   <u>Notices</u>

**a.**   Any notice, service or demand permitted under this Settlement Agreement may be given by facsimile electronic mail (with proof of receipt), by postage prepaid first-class mail or by Federal Express (or other over-night delivery service) (with proof of receipt) or by personal delivery as follows:

**To the Trustee**: c/o John P. Reitman (jreitman@lgbfirm.com) and Jack A. Reitman (jareitman@lgbfirm.com) of Landau Law LLP, 2338 Manning Ave., Los Angeles, California 90064 (fax no. 310-557-0056); copy to D. Edward Hays (ehays@marshackhays.com) of Marshack Hays LLP, 870 Roosevelt, Irvine, California 92620.

**To Silver Star**: c/o Jeffrey I. Golden (jgolden@wgllp.com) of Weiland Golden Goodrich LLP, 650 Town Center Drive, Suite 600, Costa Mesa, California 92626.

**b.**   Notice shall be deemed effective upon receipt if given by email or facsimile transmission or Federal Express (or other over-night delivery service) or if given by postage prepaid first-class mail on the third business day after deposit into an active daily pick-up U.S. postal box or with an authorized U.S. postal office.

**c.**   Any Party may change the person to whom and/or the address to which notice to that Party shall be delivered by giving notice of such change in accordance with ¶ 18a above.

12

19.    **Headings**

The headings in this Settlement Agreement are for convenience of reference only and

shall not limit or otherwise affect the meaning hereof.

20.    **Signing by Facsimile and in Counterparts**

This Settlement Agreement may be executed by facsimile or pdf signature in separate

counterparts and shall become effective when such separate counterparts have been exchanged

between the Parties.

21.    **Entire Agreement**

This Settlement Agreement contains the entire understanding between the Parties and

supersedes any prior negotiations, representations, understandings, and agreements, whether oral

or written, between them concerning its subject.  No waiver of any of the provisions of this

Settlement Agreement shall be a continuing waiver unless expressly provided in writing.


THE BANKRUPTCY ESTATE OF
EAGAN AVENATTI, LLP


Dated: August __, 2021          By: _____
                                Richard A. Marshack, Chapter 7 Trustee


SILVER STAR SOUND & COMMUNICATIONS, INC.


Dated: August __, 2021          By: _*(Please see next page for signature)*_____
                                _____, Authorized Representative


Signatures Continued on Next Page

13

## 19.    **Headings**

The headings in this Settlement Agreement are for convenience of reference only and shall not limit or otherwise affect the meaning hereof.

## 20.    **Signing by Facsimile and in Counterparts**

This Settlement Agreement may be executed by facsimile or pdf signature in separate counterparts and shall become effective when such separate counterparts have been exchanged between the Parties.

## 21.    **Entire Agreement**

This Settlement Agreement contains the entire understanding between the Parties and supersedes any prior negotiations, representations, understandings, and agreements, whether oral or written, between them concerning its subject.  No waiver of any of the provisions of this Settlement Agreement shall be a continuing waiver unless expressly provided in writing.

THE BANKRUPTCY ESTATE OF
EAGAN AVENATTI, LLP

Dated: July ___, 2021        By: _(Please see previous page for signature)_____

Richard A. Marshack, Chapter 7 Trustee

SILVER STAR SOUND & COMMUNICATIONS, INC.

Dated: July ___, 2021        By: _____

Roy Mandrin   , Authorized Representative

Signatures Continued on Next Page

13

APPROVED SOLELY AS TO FORM:

LANDAU LAW LLP

Dated:  August 23, 2021                    By: _____
                                           Jack A. Reitman,
                                           Attorneys for the Trustee

WEILAND GOLDEN GOODRICH LLP

Dated:  August ___, 2021                   By: ____ *(Signature to follow)* _____
                                           Jeffrey I. Golden
                                           Attorneys for Silver Star Sound &
                                           Communications, Inc.

14

Exhibit 2

9/9/21, 12:46 PM                                   CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

**Repeat-cacb, DEFER**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:19-bk-13560-SC

| | |
|---|---|
| *Assigned to:* Scott C Clarkson | *Date filed:* 09/13/2019 |
| Chapter 7 | *341 meeting:* 10/22/2019 |
| Voluntary | *Deadline for filing claims:* 02/10/2020 |
| Asset | *Deadline for filing claims (govt.):* 03/11/2020 |
| | *Deadline for objecting to discharge:* 12/23/2019 |
| | *Deadline for financial mgmt. course:* 12/23/2019 |

*Debtor*
**Eagan Avenatti, LLP**
20341 SW Birch, Suite 220
Newport Beach, CA 92660
ORANGE-CA
Tax ID / EIN: 32-0210824
*aka* **The Trial Group, LLP**
*aka* **Trial Group**
*aka* **EOA Law**
*aka* **TRG, LLP**
*aka* **Eagan O'Malley & Avenatti, LLP**
*aka* **EA LLP**

represented by **Jack A. Reitman**
Landau Law LLP
2338 Manning Ave.
Los Angeles, CA 90064
310-557-0050
Email: jareitman@landaufirm.com

**John P. Reitman**
Landau Law LLP
2338 Manning Ave.
Los Angeles, CA 90064
310-557-0050
Fax : 310-557-0056
Email: jreitman@landaufirm.com
*TERMINATED: 10/23/2019*

*Trustee*
**Richard A Marshack (TR)**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777

represented by **D Edward Hays**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: ehays@marshackhays.com

**Tinho Mang**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: tmang@marshackhays.com

**Judith E Marshack**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: jmarshack@marshackhays.com

Exhibit "2"
Page 24

**Meghan C Murphey**
Murphey & Murphey, APC
120 Vantis Dr Ste 300
Aliso Viejo, CA 92656-2677
(949) 464-4540
Fax : (562) 375-6674
Email: meghan@themurpheylawyers.com

**Jack A. Reitman**
(See above for address)

**John P. Reitman**
(See above for address)

**David Wood**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: dwood@marshackhays.com

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

*Intervenor*                                                    represented by **Erick Kuylman**
**Hrayr Shahinian**                                                  Warren Terzian LLP
700 S. Flower St., Suite 1000                                        700 S Flower St Ste 100
Los Angeles, CA 90017                                                Los Angeles, CA 90017
213-410-2620                                                         208-869-2492
                                                                     Fax : 213-410-2621
                                                                     Email: erick.kuylman@warrenterzian.com

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2019 | 1 (76 pgs) | Chapter 7 Voluntary Petition for Non-Individuals . Fee Amount $335 Filed by Eagan Avenatti, LLP (Reitman, John) (Entered: 09/13/2019) |
| 09/13/2019 | | Receipt of Voluntary Petition (Chapter 7)(8:19-bk-13560) [misc,volp7] ( 335.00) Filing Fee. Receipt number 49741167. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/13/2019) |
| 09/13/2019 | | Judge Catherine E. Bauer added to case, per low number rule (19-11961-CB & 17-11961-CB). (Corona, Heidi) (Entered: 09/13/2019) |
| 09/13/2019 | 2 (17 pgs) | Addendum to voluntary petition *Debtor's Disclaimers and Addendum to Filed Schedules and Statement of Financial Affairs* Filed by Debtor Eagan Avenatti, LLP. (Reitman, Jack) (Entered: 09/13/2019) |

Exhibit "2"
Page 25

| 09/13/2019 | 3<br>(169 pgs) | Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits* Filed by Trustee Richard A Marshack (TR) (Reitman, Jack) (Entered: 09/13/2019) |
|---|---|---|
| 09/13/2019 | 4<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 10/22/2019 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 12/23/2019. Last day to oppose discharge or dischargeability is 12/23/2019. (Law, Tamika) Financial Management deadline terminated. Modified on 9/13/2019 (Law, Tamika). (Entered: 09/13/2019) |
| 09/13/2019 | 5 | Hearing Set (RE: related document(s)3 Emergency motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 9/17/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 09/13/2019) |
| 09/15/2019 | 6<br>(6 pgs) | BNC Certificate of Notice (RE: related document(s)4 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 110. Notice Date 09/15/2019. (Admin.) (Entered: 09/15/2019) |
| 09/16/2019 | 7<br>(5 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Notice and Service of Emergency Motion for Preliminary Injunction* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)3 Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits*). (Reitman, Jack) Warning: Item subsequently amended by docket entry no: 9 Modified on 9/16/2019 (Le, James). (Entered: 09/16/2019) |
| 09/16/2019 | 8<br>(114 pgs) | Adversary case 8:19-ap-01186. Complaint by Richard A Marshack against Michael Avenatti, Lisa Storie-Avenatti, Avenatti & Associates APC. (Charge To Estate) FEE AMOUNT $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers; Preference; Declaratory Relief; Turnover; Preliminary and Permanent Injunction; Breach of Fiduciary Duty; Disallowance of Proofs of Claim; Equitable Subordination* Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)),(12 (Recovery of money/property - 547 preference)),(11 (Recovery of money/property - 542 turnover of property)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))), (72 (Injunctive relief - other))(Reitman, Jack) Modified on 9/17/2019 (Le, James). (Entered: 09/16/2019) |
| 09/16/2019 | 9 | Notice to Filer of Correction Made/No Action Required: **Other - Chapter missing from caption page. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)7 Declaration filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 09/16/2019) |
| 09/16/2019 | 10<br>(5 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Notice and Service of Emergency Motion for Preliminary Injunction* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)3 Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits*). (Reitman, Jack) (Entered: 09/16/2019) |
| 09/17/2019 | 11 | Hearing Held - Withdrawn (RE: related document(s)3 Emergency motion |

|  |  | filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 09/18/2019) |
|---|---|---|
| 09/24/2019 | 12 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bastian, James. (Bastian, James) (Entered: 09/24/2019) |
| 09/26/2019 |  | Receipt of Motion Filing Fee - $181.00 by 12. Receipt Number 80074064. (admin) (Entered: 09/26/2019) |
| 09/26/2019 | 13 (82 pgs; 2 docs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2011-00483570 consolidated with 30-2013-00627604, California Superior Court for the County of Orange . Fee Amount $181, Filed by Creditor Stoll, Nussbaum & Polakov (Attachments: # 1 Part 2) (Le, James) (Entered: 09/27/2019) |
| 09/26/2019 | 14 | Hearing Set (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 11/5/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 09/27/2019) |
| 09/30/2019 | 15 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 09/30/2019) |
| 09/30/2019 | 16 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wood, David. (Wood, David) (Entered: 09/30/2019) |
| 10/02/2019 | 17 (24 pgs) | Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 10/02/2019) |
| 10/02/2019 | 18 (11 pgs) | Notice *of Application by Chapter 7 Trustee to Employ Marshack Hays as General Counsel with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)17 Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 10/02/2019) |
| 10/18/2019 | 19 (22 pgs) | Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 10/18/2019) |
| 10/18/2019 | 20 (13 pgs) | Notice *of Application by Chapter 7 Trustee to Employ Force 10 Partners LLC as Financial Analyst with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 10/18/2019) |
| 10/21/2019 | 21 (40 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Richard A Marshack (TR) (RE: related document(s)17 Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service*). (Wood, David) (Entered: 10/21/2019) |
| 10/22/2019 | 22 (90 pgs) | Opposition to (related document(s): 13 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN |

Exhibit "2"
Page 27

| | | |
|---|---|---|
| | | NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov) *Trustee's Opposition to Stoll Nussbaum & Polakov, PC's Motion for Relief from Stay; Declaration of John P. Reitman, Exhibits* Filed by Trustee Richard A Marshack (TR) (Reitman, Jack) (Entered: 10/22/2019) |
| 10/22/2019 | [23](#) (3 pgs) | Opposition to (related document(s): [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov, [22](#) Opposition filed by Trustee Richard A Marshack (TR) *[Joinder to Trustee's Opposition to Stoll Nussbaum & Polakov, PC's Motion for Relief from Stay]* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 10/22/2019) |
| 10/23/2019 | [24](#) (2 pgs) | Order approving Chapter 7 Trustee's application to employ Marshack Hays LLP as General Counsel (BNC-PDF) (Related Doc # [17](#)) Signed on 10/23/2019. (Le, James) (Entered: 10/23/2019) |
| 10/25/2019 | [25](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[24](#) Order on Application to Employ (BNC-PDF) No. of Notices: 1. Notice Date 10/25/2019. (Admin.) (Entered: 10/25/2019) |
| 10/29/2019 | [26](#) (41 pgs) | Reply to (related document(s): [22](#) Opposition filed by Trustee Richard A Marshack (TR) Filed by Creditor Stoll, Nussbaum & Polakov [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov, (Steinberg, Elizabeth) (Entered: 10/30/2019) |
| 10/29/2019 | [27](#) (3 pgs) | Opposition to joinder of Michael Avenatti to Trustee's opposition to Stoll, Nussbaum and Polakov PC's motion for relief from stay (related document(s): [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov) Filed by Creditor Stoll, Nussbaum & Polakov (Steinberg, Elizabeth) (Entered: 10/30/2019) |
| 10/30/2019 | [28](#) (27 pgs) | Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack, Judith) (Entered: 10/30/2019) |
| 10/30/2019 | [29](#) (14 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[28](#) Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Marshack, Judith) (Entered: 10/30/2019) |
| 11/01/2019 | [30](#) (9 pgs) | Opposition to (related document(s): [19](#) Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 11/01/2019) |

Exhibit "2"
Page 28

| 11/01/2019 | 31<br>(33 pgs) | Request for judicial notice *in Support of Opposition to Chapter 7 Trustee's Motion to Employ Force 10 Partners LLC as Financial Advisor* Filed by Interested Party Avenatti Michael (RE: related document(s)30 Opposition). (O'Dea, Ryan) (Entered: 11/01/2019) |
| --- | --- | --- |
| 11/05/2019 | 32 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 11/12/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/06/2019) |
| 11/06/2019 | 33<br>(35 pgs) | Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 11/06/2019) |
| 11/06/2019 | 34<br>(11 pgs) | Notice of motion/application *Notice of Application by Richard A. Marshack, Chapter 7 Trustee to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 11/06/2019) |
| 11/06/2019 | 35 | Hearing Set (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 12/3/2019 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/06/2019) |
| 11/07/2019 | 36<br>(2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Richard A Marshack (TR). Proofs of Claims due by 2/10/2020. Government Proof of Claim due by 3/11/2020. (Marshack (TR), Richard) (Entered: 11/07/2019) |
| 11/07/2019 | 37 | Meeting of Creditors Held and Concluded (Chapter 7 Asset *Attended only by Brian Weiss - Receiver* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)4 Meeting of Creditors 341(a) meeting to be held on 10/22/2019 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 12/23/2019. Last day to oppose discharge or dischargeability is 12/23/2019. (Law, Tamika) Financial Management deadline terminated. Modified on 9/13/2019.). (Marshack (TR), Richard) (Entered: 11/07/2019) |
| 11/09/2019 | 38<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)36 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Richard A Marshack (TR) No. of Notices: 113. Notice Date 11/09/2019. (Admin.) (Entered: 11/09/2019) |
| 11/12/2019 | 39<br>(4 pgs) | Stipulation By Avenatti Michael and *Richard A. Marshack, in his Capacity as Chapter 7 Trustee Extending Time to FIle Opposition and Request Hearing Re: Application to Employ Frank, Sims & Stolper LLP as Special Counsel* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 11/12/2019) |

Exhibit "2"
Page 29

| | | |
|---|---|---|
| 11/12/2019 | 40<br>(4 pgs) | Withdrawal re: *Notice of Withdrawal of Docket No. 19 re: Application by Chapter 7 Trustee to Employ Force 10 Partners LLC as Financial Advisor with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service*). (Hays, D) (Entered: 11/12/2019) |
| 11/12/2019 | 41 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 12/3/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/13/2019) |
| 11/22/2019 | 42 | Hearing Advanced(RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 12/3/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/22/2019) |
| 11/27/2019 | 43<br>(41 pgs) | Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service.* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 11/27/2019) |
| 11/27/2019 | 44<br>(11 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)43 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service.* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 11/27/2019) |
| 12/03/2019 | 45 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 1/28/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/03/2019) |
| 12/03/2019 | 46 | Hearing Continued (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 1/21/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/03/2019) |
| 12/10/2019 | 47<br>(28 pgs) | Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 12/10/2019) |
| 12/10/2019 | 48<br>(12 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)47 Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 12/10/2019) |
| 12/11/2019 | 49<br>(8 pgs) | Emergency motion *Notice of Emergency Motion and Emergency Motion for Entry of Order Pursuant to 11 U.S.C. Section 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(c) of the Local Bankruptcy Rules Authorizing the Trustee to File Under Seal a Motion for* |

| | | |
|---|---|---|
| | | *Order Authorizing the Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with proof of service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/11/2019) |
| 12/12/2019 | [50](#) (2 pgs) | Order granting Chapter 7 Trustee's emergency motion authorizing the Chapter 7 Trustee to file under seal a motion for authority to use property of the estate pursuant to 11 U.S.C. section 363 (Related Doc # [49](#) ) Signed on 12/12/2019 (Le, James) (Entered: 12/12/2019) |
| 12/12/2019 | [51](#) (1 pg) | UNDER SEALED DOCUMENTS - Chapter 7 Trustee's Motion for Order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. §363 Memorandum of Point and Authorities; Declarations of Richard A. Marshack and Matthew D. Murphey in Support. [Hearing to be set]. Filed by MARSHACK HAYS LLP and BURKE, WILLIAMS & SORENSEN, LLP, [Proposed] Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee. (Filed under seal pursuant to Order #50, entered on 12/12/2019). (Corona, Heidi) (Entered: 12/12/2019) |
| 12/13/2019 | [52](#) (4 pgs) | Notice of Hearing *Notice of Emergency Hearing on Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 (Re: Dk. No. [51](#)); Hrg. 12-18-19 at 10:00 a.m., Ctrm: 5D* Filed by Trustee Richard A Marshack (TR). (Hays, D) (Entered: 12/13/2019) |
| 12/13/2019 | 53 | Hearing Set (RE: related document(s)[51](#) Chapter 7 Trustee's Motion for Order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. §363) The Hearing date is set for 12/18/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/16/2019) |
| 12/17/2019 | [54](#) (58 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[43](#) Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service*.). (Marshack (TR), Richard) (Entered: 12/17/2019) |
| 12/17/2019 | [55](#) (15 pgs) | Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL *, Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Murphey, Meghan) (Entered: 12/17/2019) |
| 12/17/2019 | [56](#) (11 pgs) | Notice of motion/application *by Chapter 7 Trustee for Order Authorizing the Employment of Burke, Williams & Sorensen, LLP as Special Litigation Counsel, Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[55](#) Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL *, Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Murphey, Meghan) (Entered: 12/17/2019) |
| 12/18/2019 | 57 | Hearing Held RE: Chapter 7 Trustee's motion for order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. Section 363 |

| | | (Related document 51) - GRANTED; ORDER BY ATTORNEY. (Steinberg, Elizabeth) (Entered: 12/19/2019) |
|---|---|---|
| 12/19/2019 | 58 (3 pgs) | Order Granting Chapter 7 Trustee's Motion Authorizing The Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363. (BNC-PDF) (Related Doc # 51 ) Signed on 12/19/2019 (Steinberg, Elizabeth) (Entered: 12/19/2019) |
| 12/20/2019 | 59 (1 pg) | Order Granting Trustee's Motion To Abandon Estate's Interest, If Any, In Personal Property. (BNC-PDF) (Related Doc # 43 ) Signed on 12/20/2019 (Steinberg, Elizabeth) (Entered: 12/20/2019) |
| 12/21/2019 | 60 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 12/21/2019. (Admin.) (Entered: 12/21/2019) |
| 12/22/2019 | 61 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)59 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 1. Notice Date 12/22/2019. (Admin.) (Entered: 12/22/2019) |
| 12/23/2019 | 62 (59 pgs; 2 docs) | Adversary case 8:19-ap-01235. Complaint by Stoll, Nussbaum & Polakov, APC. against Eagan Avenatti, LLP . Fee Amount $350 (Attachments: # 1 Adv. Cover Sheet) Nature of Suit: (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Law, Tamika) (Entered: 12/23/2019) |
| 12/26/2019 | 63 (14 pgs) | Application to Employ Bicher & Associates as Field Agent *Declaration of Lori J. Ensley in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 12/26/2019) |
| 12/27/2019 | 64 (4 pgs) | Notice of Appearance and Request for Notice Filed by Creditor Philip Landsman . (Mccall, Audrey) (Entered: 12/27/2019) |
| 12/31/2019 | 65 (45 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)47 Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service*). (Wood, David) (Entered: 12/31/2019) |
| 01/04/2020 | 66 (3 pgs) | Voluntary Dismissal of Motion *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)28 Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service*). (Marshack (TR), Richard) (Entered: 01/04/2020) |
| 01/06/2020 | 67 (4 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)55 Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service*). (Murphey, Meghan) (Entered: 01/06/2020) |
| 01/06/2020 | 68 (35 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *AMENDED Declaration That No Party Requested a Hearing on Motion* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)55 Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including* |

| | | |
|---|---|---|
| | | *Statement of Disinterestedness of Meghan C. Murphey with Proof of Service). (Murphey, Meghan) (Entered: 01/06/2020)* |
| 01/07/2020 | <u>69</u><br>(95 pgs) | Response to (related document(s): <u>33</u> Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Damon Rogers, Alexis Gardner, The X-Law Group, P.C. (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/07/2020 | <u>70</u><br>(103 pgs) | Notice *of Errata Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C. (RE: related document(s)* <u>69</u> Response to (related document(s): <u>33</u> Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Damon Rogers, Alexis Gardner, The X-Law Group, P.C.). (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/07/2020 | <u>71</u><br>(98 pgs) | Response to (related document(s): <u>33</u> Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C. (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/08/2020 | <u>72</u><br>(4 pgs) | Notice *[Joinder to Creditors The X-Law Group, P.C., Damon Rogers, and Alexis Gardner's Response to Application of Richard A. Marshack, Chapter 7 Trustee to Employ Landau Gottfreid & Berger LLP as Special Litigation Counsel] Filed by Interested Party Avenatti Michael (RE: related document(s)* <u>33</u> Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof Filed by Trustee Richard A Marshack (TR),* <u>71</u> Response to (related document(s): <u>33</u> Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C.). (O'Dea, Ryan) (Entered: 01/08/2020)* |
| 01/13/2020 | <u>73</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rieder, Monica. (Rieder, Monica) (Entered: 01/13/2020) |
| 01/14/2020 | <u>74</u><br>(19 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)* <u>63</u> Application to Employ Bicher & Associates as Field Agent *Declaration of Lori J. Ensley in support; with Proof of Service). (Marshack (TR), Richard) (Entered: 01/14/2020)* |
| 01/14/2020 | <u>75</u><br>(11 pgs) | Reply to (related document(s): <u>33</u> Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried &* |

Exhibit "2"
Page 33

| | | |
|---|---|---|
| | | *Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR) Trustee's Reply In Support of Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 01/14/2020)* |
| 01/21/2020 | 77 | Hearing Held - Motion granted: Order by attorney (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 01/22/2020) |
| 01/21/2020 | 193<br>(1 pgs) | Notice of Change of Address Filed by Creditor Suzy Quinn . (Le, James) (Entered: 08/24/2020) |
| 01/22/2020 | 76<br>(7 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 01/22/2020) |
| 01/22/2020 | 78<br>(2 pgs) | Order approving Chapter 7 Trustee's application to employ Burke, Williams & Sorensen, LLP as Special Litigation Counsel (BNC-PDF) (Related Doc # 55) Signed on 1/22/2020. (Le, James) (Entered: 01/22/2020) |
| 01/22/2020 | 79<br>(2 pgs) | Order approving Chapter 7 Trustee's application to employ Conway Mackenzie, Inc. as Financial Analyst (BNC-PDF) (Related Doc # 47) Signed on 1/22/2020. (Le, James) (Entered: 01/22/2020) |
| 01/23/2020 | 80<br>(2 pgs) | Order granting Trustee's motion under LBR 2016-2 for authorization to employ paraprofessional - Bicher & Associates (BNC-PDF) (Related Doc # 63) Signed on 1/23/2020. (Le, James) (Entered: 01/23/2020) |
| 01/23/2020 | 81<br>(6 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 01/23/2020) |
| 01/23/2020 | 82<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm*. (Reitman, John) (Entered: 01/23/2020) |
| 01/24/2020 | 83<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm*. (Reitman, Jack) (Entered: 01/24/2020) |
| 01/24/2020 | 84<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)78 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 01/24/2020. (Admin.) (Entered: 01/24/2020) |

Exhibit "2"
Page 34

| | | |
|---|---|---|
| 01/24/2020 | 85<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)79 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 01/24/2020. (Admin.) (Entered: 01/24/2020) |
| 01/25/2020 | 86<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)80 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 01/25/2020. (Admin.) (Entered: 01/25/2020) |
| 01/27/2020 | 87<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm.* (Rieder, Monica) (Entered: 01/27/2020) |
| 01/28/2020 | 88<br>(9 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Name Change of Landau Gottfried & Berger LLP to Landau Law LLP* Filed by Trustee Richard A Marshack (TR). (Reitman, Jack) (Entered: 01/28/2020) |
| 01/28/2020 | 89<br>(6 pgs) | Notice of lodgment *Notice of Lodgment of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, Jack) (Entered: 01/28/2020) |
| 01/28/2020 | 90 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 3/24/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 01/29/2020) |
| 02/04/2020 | 91<br>(21 pgs) | Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020 (Le, James). (Entered: 02/04/2020) |
| 02/04/2020 | 92<br>(13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | 93<br>(16 pgs) | Motion *Trustee's Motion for Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | 94<br>(11 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)93 Motion *Trustee's Motion or Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | 95 | Hearing Set (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 |

Exhibit "2"
Page 35

| | | |
|---|---|---|
| | | at 2:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/05/2020) |
| 02/04/2020 | 96 | Hearing Set (RE: related document(s)93 Generic Motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/05/2020) |
| 02/05/2020 | 97 | Notice to Filer of Error and/or Deficient Document **Richard A. Marshack's holographic signature. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER SIGNATURES.** (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 02/05/2020) |
| 02/05/2020 | 98 (6 pgs) | Notice *of Errata re: Signature Page to the Application by Chapter 7 Trustee to Employ Kellner Law Group PC as Special Collections Counsel, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020.). (Hays, D) (Entered: 02/05/2020) |
| 02/14/2020 | 99 (11 pgs) | Notice *of Change of Time Only with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020., 93 Motion *Trustee's Motion for Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 02/14/2020) |
| 02/14/2020 | 100 | Hearing Advanced (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR), 93 Generic Motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/14/2020) |
| 02/19/2020 | 101 (4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 02/19/2020) |
| 02/25/2020 | 103 | Hearing Continued (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 3/3/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/26/2020) |
| 02/25/2020 | 104 | Hearing Held: Motion granted: Order by attorney (RE: related document(s)93 Generic Motion filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 02/26/2020) |
| 02/26/2020 | 102 (2 pgs) | Order approving Chapter 7 Trustee's application to employ special litigation counsel (BNC-PDF) (Related Doc # 33) Signed on 2/26/2020. (Le, James) (Entered: 02/26/2020) |
| 02/28/2020 | 105 | BNC Certificate of Notice - PDF Document. (RE: related document(s)102 |

| | | |
|---|---|---|
| | (4 pgs) | Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 02/28/2020. (Admin.) (Entered: 02/28/2020) |
| 03/02/2020 | 106 (6 pgs) | Declaration re: *Supplemental Declaration of Richard L. Kellner in Support with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service*). (Hays, D) (Entered: 03/02/2020) |
| 03/03/2020 | 108 | Hearing Held - Motion granted: Order by attorney (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 03/04/2020) |
| 03/04/2020 | 107 (2 pgs) | Order granting Trustee's motion to approve subordination agreement with Jason Frank Law, PLC BNC-PDF (Related Doc # 93 ) Signed on 3/4/2020 (Le, James) (Entered: 03/04/2020) |
| 03/04/2020 | 109 (2 pgs) | Order approving Chapter 7 Trustee's application to employ Kellner Law Group PC as Special Collections Counsel (BNC-PDF) (Related Doc # 91) Signed on 3/4/2020. (Le, James) (Entered: 03/04/2020) |
| 03/06/2020 | 110 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)107 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/06/2020 | 111 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)109 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/18/2020 | 112 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Naylor, Karen. (Naylor, Karen) (Entered: 03/18/2020) |
| 03/20/2020 | 113 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *by creditor Edward M. Ricci, P.A. and Edward M. Ricci, in individual* Filed by Reeder, David. (Reeder, David) (Entered: 03/20/2020) |
| 03/23/2020 | 114 (5 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee to Continue Hearing on the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum) filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 03/23/2020) |
| 03/23/2020 | 115 (2 pgs) | Order approving stipulation to continue hearing on motion for relief from the automatic stay under 11 U.S.C. section 362 (Action in Non-Bankruptcy Forum) Hearing continued to June 2, 2020 at 10:00 AM (BNC-PDF) (Related Doc # 114 ) Signed on 3/23/2020 (Le, James) (Entered: 03/23/2020) |
| 03/23/2020 | 116 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 6/2/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 03/23/2020) |
| 03/24/2020 | 117 | Hearing Continued : OFF CALENDAR - ORDER CONTINUING |

Exhibit "2"
Page 37

| | | |
|---|---|---|
| | | HEARING TO JUNE 2, 2020 AT 10:00 AM ENTERED ON 3/23/20. (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) (Le, James) (Entered: 03/25/2020) |
| 03/25/2020 | 118 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)115 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 03/25/2020. (Admin.) (Entered: 03/25/2020) |
| 03/31/2020 | 119 (179 pgs) | Motion for 2004 Examination *Notice of Motion and Motion for Issuance of an Order Under Bankruptcy Rule 2004 Compelling the Production of Documents by and the Examination of (1) The X-Law Group, Pc, and (2) Filippo Marchino; Memorandum of Points and Authorities and Declarations of Monica Rieder and John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 03/31/2020) |
| 03/31/2020 | 120 | Hearing Set (RE: related document(s)119 Motion for Examination filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 4/28/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 03/31/2020) |
| 04/01/2020 | 121 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Sanders, Nanette. (Sanders, Nanette) (Entered: 04/01/2020) |
| 04/14/2020 | 122 (26 pgs) | Adversary case 8:20-ap-01049. Complaint by Richard A. Marshack against Aledmi, LLC, Alan Chaffee, Edwin Spaunhurst, Michael White, Lisa Hallmon. (Charge To Estate) Fee Amount: $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/15/2020 (Le, James). (Entered: 04/14/2020) |
| 04/14/2020 | 123 (30 pgs) | Adversary case 8:20-ap-01050. Complaint by Richard A. Marshack against Alki Bakery, Inc.. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |
| 04/14/2020 | 124 (27 pgs) | Adversary case 8:20-ap-01051. Complaint by Richard A. Marshack against Robert Faieta dba Competition Motorsports. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |
| 04/14/2020 | 125 (32 pgs) | Adversary case 8:20-ap-01052. Complaint by Richard A. Marshack against Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |

| 04/15/2020 | 126 (4 pgs) | Notice *NOTICE OF VOLUNTARY DISMISSAL OF MOTION FOR ISSUANCE OF AN ORDER UNDER BANKRUPTCY RULE 2004 COMPELLING THE PRODUCTION OF DOCUMENTS BY AND THE EXAMINATION OF (1) THE X-LAW GROUP, PC, AND (2) FILIPPO MARCHINO WITHOUT PREJUDICE* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)119 Motion for 2004 Examination *Notice of Motion and Motion for Issuance of an Order Under Bankruptcy Rule 2004 Compelling the Production of Documents by and the Examination of (1) The X-Law Group, Pc, and (2) Filippo Marchino; Memorandum of Points and Authorities and Declarations of Monica Rieder and John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, Jack) (Entered: 04/15/2020) |
| 04/21/2020 | 127 (29 pgs) | Adversary case 8:20-ap-01058. Complaint by Richard A Marshack against Dillanos Coffee Roasters, Inc.. (Charge To Estate)Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | 128 (25 pgs) | Adversary case 8:20-ap-01059. Complaint by Richard A. Marshack against Eisenhower Carlson PLLC. (Charge To Estate)Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | 129 (29 pgs) | Adversary case 8:20-ap-01060. Complaint by Richard A. Marshack against Gallo Builders, Inc.. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | 130 (24 pgs) | Adversary - case 8:20-ap-01061. Complaint by Richard A. Marshack against Daimler Trucks North America LLC. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/28/2020 | 131 | Hearing Held: OFF CALENDAR - NOTICE OF VOLUNTARY DISMISSAL OF MOTION FILED 4/15/20. (RE: related document(s)119 Motion for Examination filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 04/29/2020) |
| 05/01/2020 | 132 (31 pgs) | Adversary case 8:20-ap-01068. Complaint by Richard A. Marshack against Silver Star Sounds & Communications, Inc. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of |

| | | |
|---|---|---|
| | | money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/01/2020 | [133](#) (29 pgs) | Adversary case 8:20-ap-01069. Complaint by Richard A. Marshack against Trackside Performance, LLC. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfer* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/01/2020 | [134](#) (42 pgs) | Adversary case 8:20-ap-01071. Complaint by Richard A. Marshack against Vincent Builders, Inc.. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/06/2020 | [135](#) (5 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm* Filed by Creditor Edward M. Ricci, P.A.. (Reeder, David) (Entered: 05/06/2020) |
| 05/15/2020 | [136](#) (115 pgs) | Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [137](#) (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[136](#) Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [138](#) (17 pgs) | Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [139](#) (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[138](#) Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | 140 | Hearing Set (RE: related document(s)[136](#) Motion to Allow Claims filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/9/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/18/2020) |
| 05/15/2020 | 141 | Hearing Set (RE: related document(s)[138](#) Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/9/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/18/2020) |
| 05/19/2020 | [142](#) (18 pgs) | Adversary case 8:20-ap-01086. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against The X-Law Group, PC, |

| | | |
|---|---|---|
| | | a professional corporation, Filippo Marchino, an individual, Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, a limited liability company, Sandy Le, individually and on behalf of Tina Ngan Le, decedent. (Charge To Estate) Fee Amount: $350.00. *Complaint for Preliminary Injunction, Declaratory Judgment, and Further Relief* Nature of Suit: (72 (Injunctive relief - other)),(91 (Declaratory judgment)) (Reitman, John) Modified on 5/19/2020 (Le, James). (Entered: 05/19/2020) |
| 05/20/2020 | [143](#) (3 pgs) | Request for special notice *with Proof of Service* Filed by Interested Party Eisenhower Carlson PLLC. (Casselberry, Steven) (Entered: 05/20/2020) |
| 05/28/2020 | [144](#) (5 pgs) | Objection (related document(s): [136](#) Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* filed by Trustee Richard A Marshack (TR)) *[Objection to Chapter 7 Trustee's Motion for Allowance of Administrative Expense Claim of Brian Weiss, Former Receiver]* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 05/28/2020) |
| 05/28/2020 | [145](#) (6 pgs) | Objection (related document(s): [138](#) Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 05/28/2020) |
| 05/29/2020 | [146](#) (6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee -- Second Stipulation to Continue Hearing on the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum)* filed by Stoll, Nussbaum & Polakov Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 05/29/2020) |
| 06/01/2020 | [147](#) (2 pgs) | Order approving stipulation to continue hearing on Stoll, Nussbam & Polakov's motion for relief from the automatc stay under 11 U.S.C. section 362 (Action in Non-Bankruptcy Forum) Hearing continued to August 4, 2020 at 10:00 AM (BNC-PDF) (Related Doc # [146](#) ) Signed on 6/1/2020 (Le, James) (Entered: 06/01/2020) |
| 06/01/2020 | 148 | Hearing Continued (RE: related document(s)[13](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 8/4/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. the case judge is Catherine E. Bauer (Le, James) (Entered: 06/01/2020) |
| 06/02/2020 | [149](#) (26 pgs) | Reply to (related document(s): [145](#) Objection filed by Interested Party Avenatti Michael) *Reply in Support of Trustee's Application to Employ Force 10 Partners, LLC as Estate's Electronic Records Manager with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/02/2020) |
| 06/02/2020 | [150](#) (59 pgs) | Reply to (related document(s): [144](#) Objection filed by Interested Party Avenatti Michael) *Reply in Support of Trustee's Motion for Allowance of Administrative Priority Expense with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/02/2020) |
| 06/02/2020 | [151](#) | Motion *Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci,* |

| | | |
|---|---|---|
| | (14 pgs) | *Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | [152](#) (45 pgs; 5 docs) | Declaration re: *Declaration of Edward M. Ricci in support of Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)[151](#) Motion *Motion of Creditors Edward m. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* ). (Attachments: # [1](#) Exhibit Exhibits 1-4 # [2](#) Exhibit Exhibit 5 # [3](#) Exhibit Exhibit 6 # [4](#) Exhibit Exhibit 7) (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | [153](#) (6 pgs) | Notice of Hearing *Notice of Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)[151](#) Motion *Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A.). (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | 155 | Hearing Set (RE: related document(s)[151](#) Generic Motion filed by Creditor Edward M. Ricci, P.A.) The Hearing date is set for 6/23/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/03/2020) |
| 06/02/2020 | 156 | Hearing Continued: OFF CALENDAR - ORDER CONTINUING HEARING TO AUGUST 4, 2020 AT 10:00 AM ENTERED ON 6/1/2020. (RE: related document(s)[13](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) (Le, James) (Entered: 06/03/2020) |
| 06/03/2020 | 154 | Notice to Filer of Correction Made/No Action Required: **Other - Do not use all caps in the docket entry text. The court will correct the docket entries. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)[151](#) Generic Motion filed by Creditor Edward M. Ricci, P.A., [152](#) Declaration filed by Creditor Edward M. Ricci, P.A., [153](#) Notice of Hearing filed by Creditor Edward M. Ricci, P.A.) (Le, James) (Entered: 06/03/2020) |
| 06/03/2020 | [157](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[147](#) Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/03/2020. (Admin.) (Entered: 06/03/2020) |
| 06/09/2020 | [158](#) (5 pgs) | Reply to (related document(s): [151](#) Motion *MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* filed by Creditor Edward M. Ricci, P.A.) *Trustee's Response to Motion of Creditors Edward M. Ricci, P.A. and Edward M. Ricci, Esq., an individual, for an Order Deeming Proof of Claim No. 38 to Have Been Timely Filed with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/09/2020) |

Exhibit "2"
Page 42

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 06/09/2020 | 159 | Hearing Held: Motion granted - Order by Attorney (RE: related document(s)136 Motion to Allow Claims filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 06/10/2020) |
| 06/09/2020 | 160 | Hearing Held - Motion denied: Order by Attorney (RE: related document(s)138 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 06/10/2020) |
| 06/16/2020 | 161 (9 pgs; 2 docs) | Reply to (related document(s): 151 Motion *MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* filed by Creditor Edward M. Ricci, P.A.) *REPLY OF MOVING PARTIES TO RESPONSE OF TRUSTEE TO MOTION OF CREDITORS EDWARD M. RICCI AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* Filed by Creditor Edward M. Ricci, P.A. (Attachments: # 1 Exhibit Exhibit 1) (Reeder, David) (Entered: 06/16/2020) |
| 06/18/2020 | 162 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramlo, Kurt. (Ramlo, Kurt) (Entered: 06/18/2020) |
| 06/18/2020 | 163 (7 pgs) | Notice of lodgment *of Order Denying Application by Chapter 7 Trustee to use Estate Property Under Section 363(B) to Retain Force 10 Partners LLC as Electronic Document Manager; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)138 Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/18/2020) |
| 06/18/2020 | 164 (7 pgs) | Notice of lodgment *of Order Granting Motion for Allowance of Administrative Expense Claim for Debtor's Prepetition Receiver; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)136 Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/18/2020) |
| 06/19/2020 | 165 (7 pgs) | Notice *Notice of Proof of Claim for Creditor Gregory Barela* Filed by Trustee Richard A Marshack (TR). (Reitman, Jack) WARNING: DOCUMENT SUBSEQUENTLY AMENDED BY DOCKET ENTRY NUMBER 166 Modified on 6/19/2020 (Steinberg, Elizabeth). (Entered: 06/19/2020) |
| 06/19/2020 | 166 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING USING THE CLAIM MODULE.** (RE: related document(s)165 Notice filed by Trustee Richard A Marshack (TR)) (Steinberg, Elizabeth) (Entered: 06/19/2020) |
| 06/22/2020 | 167 (2 pgs) | Order granting Chapter 7 Trustee's motion for allowance of administrative expense claim for Debtor's prepetition receiver (Claim No. 20) (BNC-PDF) (Related Doc # 136) Signed on 6/22/2020. (Le, James) (Entered: 06/22/2020) |
| 06/22/2020 | 168 (2 pgs) | Order denying Chapter 7 Trustee's application to use Estate Property under section 363(B) to retain Force 10 Partners LLC as Electronic Document |

| | | Manager (BNC-PDF) (Related Doc # 138) Signed on 6/22/2020. (Le, James) (Entered: 06/22/2020) |
|---|---|---|
| 06/23/2020 | 171 | Hearing Held: Motion granted - Order by attorney (RE: related document(s)151 Generic Motion filed by Creditor Edward M. Ricci, P.A.) (Le, James) (Entered: 06/24/2020) |
| 06/24/2020 | 169 (24 pgs) | Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/24/2020) |
| 06/24/2020 | 170 (14 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)169 Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/24/2020) |
| 06/24/2020 | 172 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)167 Order on Motion to Allow Claims (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 173 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)168 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 174 | Hearing Set (RE: related document(s)169 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 7/21/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/25/2020) |
| 06/25/2020 | 175 (7 pgs) | Notice of lodgment *Notice Of Lodgment Of Order In Bankruptcy Case Re: Motion Of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., An Individual, For An Order Deeming Proof Of Claim No. 38 To Have Been Timely Filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)151 Motion *Motion Of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020.). (Reeder, David) (Entered: 06/25/2020) |
| 07/02/2020 | 176 (2 pgs) | Order granting Creditor's motion to deem proof of claim #38 to have been timely filed (BNC-PDF) (Related Doc # 151 ) Signed on 7/2/2020 (Le, James) (Entered: 07/02/2020) |
| 07/04/2020 | 177 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)176 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 07/04/2020. (Admin.) (Entered: 07/04/2020) |
| 07/07/2020 | 178 (6 pgs) | Objection (related document(s): 169 Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* filed by Trustee Richard A Marshack (TR) *with Proof of Service* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 07/07/2020) |
| 07/07/2020 | 179 (16 pgs) | Stipulation By Richard A Marshack (TR) and *Geoffrey E. Johnson, Debtor's former client for order authorizing Trustee to Turnover Client Files to Debtor's Former Client Geoffrey E. Johnson with Proof of Service* |

|  |  | Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 07/07/2020) |
|---|---|---|
| 07/13/2020 | [180](#)<br>(1 pg) | Order approving stipulation authorizing Trustee's to turn over client files to Debtor's former client, Geoffrey E. Johnson (BNC-PDF) (Related Doc # [179](#) ) Signed on 7/13/2020 (Le, James) (Entered: 07/13/2020) |
| 07/15/2020 | [181](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[180](#) Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 07/15/2020. (Admin.) (Entered: 07/15/2020) |
| 07/21/2020 | 182 | Hearing Continued: Continued hearing date to be determined in September (RE: related document(s)[169](#) Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 07/22/2020) |
| 07/30/2020 | [183](#)<br>(6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Robert J. Stoll, Jr. and Richard A. Marshack to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum) Filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 07/30/2020) |
| 07/31/2020 | 184 | In accordance with the Administrative Order 20-07 dated 7/15/20, this case is hereby reassigned from Judge Catherine E. Bauer to Judge Scott C Clarkson. (Le, James) (Entered: 07/31/2020) |
| 07/31/2020 | [185](#)<br>(2 pgs) | Order Approving Third Stipulation To Continue Hearing On The Motion For Relief From The Automatic Stay Under 11 U.S.C. Section 362 (Action In Non-Bankruptcy Forum) Filed By Stoll, Nussbaum & Polakov. IT IS ORDERED: Th Hearing On The Motion For Relief From The Automatic Stay Is Continued To September 24, 2020 At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # [183](#) ) Signed on 7/31/2020 (Bolte, Nickie) (Entered: 07/31/2020) |
| 08/02/2020 | [186](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[185](#) ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 08/02/2020. (Admin.) (Entered: 08/02/2020) |
| 08/04/2020 | [187](#)<br>(32 pgs) | Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 08/04/2020) |
| 08/04/2020 | 188 | Hearing Set (RE: related document(s)[187](#) Trustee's Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR) The Hearing date is set for 9/23/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/04/2020) |
| 08/07/2020 | [189](#)<br>(1 pg) | Order Setting Hearing On Application By Chapter 7 Trustee To Retain ForceTen Partners, LLC As Electronic Document Manger, Filed June 24, 2020, (Docket Number [169](#)) For Hearing On August 19, 2020 At 11:00 A.M. In Courtroom 5C - Virtual. (BNC-PDF) Signed on 8/7/2020 (RE: |

| | | related document(s)169 Application to Employ filed by Trustee Richard A Marshack (TR). (Bolte, Nickie) (Entered: 08/07/2020) |
|---|---|---|
| 08/07/2020 | 190 | Hearing Set (RE: related document(s)169 Application By Chapter 7 Trustee To Retain Force TenPartners LLC As Electronic Document Manger filed by Trustee Richard A Marshack (TR) The Hearing date is set for 8/19/2020 at 11:00 AM at Crtrm 5C - Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/09/2020 | 191 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)189 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/09/2020. (Admin.) (Entered: 08/09/2020) |
| 08/19/2020 | 192 | Hearing Held On Motion (RE: related document(s)169 : Application By Chapter 7 Trustee To Retain Force Ten Partners LLC As Electronic Document Manager filed by Trustee Richard A Marshack (TR)) - MOTION GRANTED - (Bolte, Nickie) (Entered: 08/21/2020) |
| 08/27/2020 | 194 (7 pgs) | Order Granting Application By Chapter 7 Trustee To Retain Force 10 Partners LLC As Electronic Document Manager (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 169) Signed on 8/27/2020. (Bolte, Nickie) (Entered: 08/27/2020) |
| 08/29/2020 | 195 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)194 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 08/29/2020. (Admin.) (Entered: 08/29/2020) |
| 09/09/2020 | 196 (7 pgs) | Opposition to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) - Warning: See docket entry no.: 197 for corrections - Modified on 9/10/2020 (Bolte, Nickie). (Entered: 09/09/2020) |
| 09/10/2020 | 197 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT, WHICH IS: 8:19-bk-13560-SC.** (RE: related document(s)196 Opposition filed by Interested Party Avenatti Michael) (Bolte, Nickie) (Entered: 09/10/2020) |
| 09/11/2020 | 198 (4 pgs) | Errata *[Notice of Errata Re Opposition to Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC]* Filed by Interested Party Avenatti Michael (RE: related document(s)196 Opposition, 197 Notice to Filer of Error and/or Deficient Document). (O'Dea, Ryan) (Entered: 09/11/2020) |
| 09/16/2020 | 199 (6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Robert J. Stoll, Jr. and Richard A. Marshack to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum)* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 09/16/2020) |
| 09/16/2020 | 200 | Order Approving Fourth Stipulation To Continue Hearing On The Motion |

| | | |
|---|---|---|
| | (2 pgs) | For Relief From The Automatic Stay Under 11 U.S.C. Section 362 (Action In Non-Bankruptcy Forum) Filed By Stoll, Nussbaum & Polakov To December 17, 2020 At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 199 ) Signed on 9/16/2020 (Bolte, Nickie) (Entered: 09/16/2020) |
| 09/16/2020 | 201 (19 pgs) | Reply to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R filed by Trustee Richard A Marshack (TR)) Reply in Support of Trustee's Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Nussbaum & Polakov, APC Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 09/16/2020) |
| 09/16/2020 | 202 (492 pgs) | Declaration re: *Supplemental Declaration of John P. Reitman in Support of Reply in Support of Trustee's Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Nussbaum & Polakov, APC* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)201 Reply). (Reitman, John) (Entered: 09/16/2020) |
| 09/16/2020 | 203 (4 pgs) | Reply to (related document(s): 201 Reply filed by Trustee Richard A Marshack (TR) *Joinder in Chapter 7 Trustee's Reply in Support of Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Naussbaum & Polakov, APC [Docket No. 201]* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 09/16/2020) |
| 09/19/2020 | 204 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)200 ORDER to continue/reschedule hearing (BNC-PDF) No. of Notices: 1. Notice Date 09/19/2020. (Admin.) (Entered: 09/19/2020) |
| 09/23/2020 | 205 (18 pgs) | Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Murphey, Meghan) (Entered: 09/23/2020) |
| 09/23/2020 | 206 (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)205 Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Murphey, Meghan) (Entered: 09/23/2020) |
| 09/23/2020 | 207 | Hearing Continued On Motion (RE: related document(s)187 Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR)) HEARING ON MOTION CONTINUED TO OCTOBER 21, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. REPLY DUE OCTOBER 14, 2020. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/28/2020) |
| 09/24/2020 | 208 | Hearing Continued On Motion (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM RE: Case Name: Eagan Avenatti LLP v. Stoll, Nussbaum & Polakov, et al.; Docket No: 30-2011-00483570 Consolidated With 30-2013-00627604; Pending In: California Superior Court For The County Of Orange - filed by Creditor Stoll, Nussbaum & Polakov). HEARING ON MOTION CONTINUED TO DECEMBER 17, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING FOURTH |

| | | |
|---|---|---|
| | | STIPULATION TO CONTINUE HEARING ON MOTION ENTERED FOR RELIEF FROM THE AUTOMATIC STAY 9-16-2020 - (DOCKET NO. 200) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/29/2020) |
| 10/08/2020 | 209 (8 pgs) | Transcript regarding Hearing Held 09/23/20 RE: CONT'D STATUS CONFERENCE HEARING RE: SECOND AMENDED COMPLAINT FOR AVOIDANCE AND RECOVERY OF VOIDABLE TRANSFERS. Remote electronic access to the transcript is restricted until 01/6/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 10/15/2020. Redaction Request Due By 10/29/2020. Redacted Transcript Submission Due By 11/9/2020. Transcript access will be restricted through 01/6/2021. (Steinhauer, Holly) (Entered: 10/08/2020) |
| 10/14/2020 | 210 (5 pgs) | Reply to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R filed by Trustee Richard A Marshack (TR) Sur-Reply in Opposition to Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC with Proof of Service Filed by Interested Party Avenatti Michael* (O'Dea, Ryan) (Entered: 10/14/2020) |
| 10/15/2020 | 211 (37 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)205 Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service*). (Murphey, Meghan) (Entered: 10/15/2020) |
| 10/16/2020 | 212 (9 pgs; 3 docs) | Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service) (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 213 (23 pgs; 5 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Intervenor Hrayr's Shahinian's client file in case no. 2:14-cv-08313-JAK-JPR . Fee Amount $181, Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit Exhibit to Warren Declaration # 4 Certificate of Service) (Kuylman, Erick)- - Warning: See docket entry no.: 218 for corrections - Modified on 10/19/2020 (Bolte, Nickie). (Entered: 10/16/2020) |
| 10/16/2020 | | Receipt of Motion for Relief from Stay - Personal Property(8:19-bk-13560-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 51905476. Fee amount 181.00. (re: Doc# 213) (U.S. Treasury) (Entered: 10/16/2020) |
| 10/16/2020 | 214 (3 pgs) | Notice of Hearing *re Motion to Intervene* Filed by Intervenor Hrayr Shahinian (RE: related document(s)212 Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of |

| | | |
|---|---|---|
| | | Points and Authorities # 2 Certificate of Service)). (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 215 (3 pgs) | Notice of Hearing *re Motion to Compel Intervenor Shahinian's Case File* Filed by Intervenor Hrary Shahinian (RE: related document(s)213 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Intervenor Hrary's Shahinian's client file in case no. 2:14-cv-08313-JAK-JPR . Fee Amount $181, Filed by Intervenor Hrary Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit Exhibit to Warren Declaration # 4 Certificate of Service)). (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 216 | Hearing Set (RE: related document(s)212 Dr. Hrary Shaninian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrary Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/19/2020) |
| 10/16/2020 | 217 | Hearing Set (RE: related document(s)213 Intervenor Hrary Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrary Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson - MOTION REFILED ON 10/19/2020 - DOCKET NO. 219 - SEE DOCKET NO. 220 FOR HEARING SET ON REFILED MOTION (Bolte, Nickie) Modified on 10/20/2020 (Bolte, Nickie). (Entered: 10/19/2020) |
| 10/19/2020 | 218 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT, WHICH IS: Bankruptcy Events BK - Motions/Applications X - Motion (Generic) (motion).** (RE: related document(s)213 Motion for Relief from Stay - Personal Property filed by Intervenor Hrary Shahinian) (Bolte, Nickie) (Entered: 10/19/2020) |
| 10/19/2020 | 219 (23 pgs; 5 docs) | Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrary Shahinian (Attachments: # 1 Memo of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit 1 to Warren Declaration # 4 Certificate of Service) (Kuylman, Erick) (Entered: 10/19/2020) |
| 10/19/2020 | 220 | Hearing Set (RE: related document(s)219 Intervenor Hrary Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrary Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/20/2020) |
| 10/20/2020 | 221 (21 pgs) | Adversary case 8:20-ap-01146. Complaint by RICHARD A. MARSHACK against Andrew S. Davis. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | 222 | Adversary case 8:20-ap-01147. Complaint by Richard A. Marshack |

| | | |
|---|---|---|
| | (23 pgs) | against Cascade Capital Group, LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [223](#) (22 pgs) | Adversary case 8:20-ap-01148. Complaint by Richard A. Marshack against Protech Security & Electronics, Inc.. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [224](#) (21 pgs) | Adversary case 8:20-ap-01149. Complaint by Richard A. Marshack against Simeon Osborn. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [225](#) (24 pgs) | Adversary case 8:20-ap-01150. Complaint by Richard A. Marshack against Honda Aircraft Company LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/21/2020 | 230 | Hearing Held On Motion (RE: related document(s)[187](#) Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR) - MOTION GRANTED - (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/22/2020 | [226](#) (1 pg) | Request for CD of Court Proceedings *September 23, 2020.* Fee Amount $31, Filed by Creditor Stoll, Nussbaum & Polakov. (Naylor, Karen) (Entered: 10/22/2020) |
| 10/22/2020 | [227](#) (1 pg) | Request for CD of Court Proceedings *October 21, 2020.* Fee Amount $31, Filed by Creditor Stoll, Nussbaum & Polakov. (Naylor, Karen) (Entered: 10/22/2020) |
| 10/22/2020 | | Receipt of Request for CD of Court Proceedings (fee)(8:19-bk-13560-SC) [misc,cdrf] ( 31.00) Filing Fee. Receipt number 51933905. Fee amount 31.00. (re: Doc# [226](#)) (U.S. Treasury) (Entered: 10/22/2020) |
| 10/22/2020 | | Receipt of Request for CD of Court Proceedings (fee)(8:19-bk-13560-SC) [misc,cdrf] ( 31.00) Filing Fee. Receipt number 51933905. Fee amount 31.00. (re: Doc# [227](#)) (U.S. Treasury) (Entered: 10/22/2020) |
| 10/26/2020 | [228](#) (8 pgs) | Notice of lodgment *Notice of Lodgment of Order in Bankruptcy Case Re: Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Reitman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[187](#) *Motion to Approve Compromise Under Rule 9019 Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of* |

|  |  |  |
|---|---|---|
|  |  | *Points and Authorities and Declarations of John P. Retiman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR)). (Reitman, John). (Entered: 10/26/2020) |
| 10/26/2020 | [229](#) (2 pgs) | Order Approving Chapter 7 Trustee's Application To Employ Murphey & Murphey, APC As Special Litigation Counsel Effective As Of August 1, 2020. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [205](#)) Signed on 10/26/2020. (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/28/2020 | [231](#) (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[229](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 10/28/2020. (Admin.) (Entered: 10/28/2020) |
| 10/30/2020 | [232](#) (21 pgs) | Adversary case 8:20-ap-01152. Complaint by Richard A. Marshack against Christine Avenatti Carlin. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/30/2020) |
| 10/30/2020 | [233](#) (21 pgs) | Adversary case 8:20-ap-01153. Complaint by Richard A. Marshack against HPPW, LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/30/2020) |
| 11/02/2020 | [234](#) (4 pgs) | Notice *Trustee's Notice of Non-Opposition to Dr. Hrayr Shahinian's Motion to Intervene* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[212](#) Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service). (Reitman, Jack) (Entered: 11/02/2020) |
| 11/02/2020 | [235](#) (2 pgs) | Order Granting Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC (BNC-PDF) (Related Doc # [187](#)) Signed on 11/2/2020. (Mccall, Audrey) (Entered: 11/02/2020) |
| 11/04/2020 | [236](#) (19 pgs) | Opposition to (related document(s): [219](#) Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* filed by Intervenor Hrayr Shahinian) *Trustee's Opposition to Dr. Hrayr Shahinian's Notice of Motion and Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | [237](#) (127 pgs) | Declaration re: *Declaration of John P. Reitman In Support of Trustee's Opposition to Dr. Hrayr Shahinian's Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[236](#) Opposition). (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | [238](#) (150 pgs) | Declaration re: *Declaration of Brian Weiss In Support of Trustee's Opposition to Dr. Hrayr Shahinian's Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-* |

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | | *08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)236 Opposition). (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | [239](#) (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)235 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 11/04/2020. (Admin.) (Entered: 11/04/2020) |
| 11/11/2020 | [240](#) (7 pgs; 2 docs) | Reply to (related document(s): 219 Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* filed by Intervenor Hrayr Shahinian) Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Certificate of Service) (Kuylman, Erick) - Warning: See docket entry no.: 242 for corrections - Modified on 11/12/2020 (Bolte, Nickie). (Entered: 11/11/2020) |
| 11/12/2020 | [241](#) (39 pgs) | Transcript regarding Hearing Held 10/21/20 RE: MOTION TO AMEND COMPLAINT. Remote electronic access to the transcript is restricted until 02/10/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 11/19/2020. Redaction Request Due By 12/3/2020. Redacted Transcript Submission Due By 12/14/2020. Transcript access will be restricted through 02/10/2021. (Steinhauer, Holly) (Entered: 11/12/2020) |
| 11/12/2020 | 242 | Notice to Filer of Error and/or Deficient Document **Electronic signature does not correspond to the attorney login. THE FILER IS INSTRUCTED TO COMPLY WITH SECTION 3 OF THE COURT MANUAL AND EITHER REFILE THE DOCUMENT WITH THE CORRECT LOGIN OR FILE A SUBSTITUTION OF ATTORNEY.** (RE: related document(s)240 Reply filed by Intervenor Hrayr Shahinian) (Bolte, Nickie) (Entered: 11/12/2020) |
| 11/12/2020 | [243](#) (9 pgs; 3 docs) | Errata *to Reply in Support of Intervenor's Motion to Compel Case File* Filed by Intervenor Hrayr Shahinian (RE: related document(s)240 Reply, 242 Notice to Filer of Error and/or Deficient Document). (Attachments: # 1 Corrected Reply in Support of Intervenor's Motion to Compel # 2 Certificate of Service - Errata to Reply) (Kuylman, Erick) (Entered: 11/12/2020) |
| 11/16/2020 | [244](#) (7 pgs) | Motion to Continue Hearing On (related documents 219 Generic Motion) *Chapter 7 Trustee's Motion to Continue Hearing on Intervenor's Motion to Compel Client File; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 11/16/2020) |
| 11/18/2020 | 246 | Hearing Continued (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO DECEMBER 16, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE (Bolte, Nickie) (Entered: 11/23/2020) |
| 11/18/2020 | 247 | Hearing Continued On Motion (RE: related document(s)219 : Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In |

|  |  |  |
|---|---|---|
|  |  | Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian). - HEARING ON MOTION CONTINUED TO DECEMBER 16, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 11/23/2020) |
| 11/20/2020 | 245 (4 pgs) | Stipulation By Simeon Osborn and *Richard A. Marshack, Chapter 7 Trustee to Extend Time to Respond to Complaint* Filed by Debtor Simeon Osborn (Malo, Aaron) (Entered: 11/20/2020) |
| 12/03/2020 | 248 (17 pgs) | Status report *Chapter 7 Trustee's Status Report re: Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Hays, D) (Entered: 12/03/2020) |
| 12/04/2020 | 249 (14 pgs) | Application to Employ Bicher & Associates as Agent for Trustee *Declaration of Lori J. Ensley; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 12/04/2020) |
| 12/07/2020 | 250 (4 pgs) | Withdrawal re: --*Notice of Withdrawal of Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum)* Filed by Creditor Stoll, Nussbaum & Polakov (RE: related document(s)13 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi). (Naylor, Karen) (Entered: 12/07/2020) |
| 12/10/2020 | 251 (9 pgs) | Stipulation By Richard A Marshack (TR) and *Iron Mountain for Order to Turn Over Debtor's Books and Record and to Allow PostPetition Administrative Expense Claim for Storage and Moving Fees with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/10/2020) |
| 12/10/2020 | 252 (2 pgs) | Order Approving Stipulation For Order To Turn Over Debtor's Books And Records And To Allow Postpetition Administrative Expense Claim For Storage And Moving Fees. IT IS ORDERED: That The Stipulation Is Approved In Full; And IT IS FURTHER ORDERED THAT: Upon Timely And Full Turnover Of The Books/Records Iron Mountain Shall Be Allowed An Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(1) In The Amount Of $17,879.49, And The Trustee Is Authorized To Pay Such Expense As Soon As Sufficient Funds Are Available. (BNC-PDF) (Related Doc # 251 ) Signed on 12/10/2020 (Bolte, Nickie) (Entered: 12/10/2020) |
| 12/12/2020 | 253 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)252 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 12/12/2020. (Admin.) (Entered: 12/12/2020) |
| 12/16/2020 | 254 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 6, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS |

| | | REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 12/18/2020) |
|---|---|---|
| 12/16/2020 | 255 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 6, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 12/18/2020) |
| 12/17/2020 | 256 | Hearing Held On Motion (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM - RE: Case Name: Eagan Avenatti LLP v. Stoll, Nussbaum & Polakov, et al. - Docket No: 30-2011-00483570 Consolidated With 30-2013-00627604 - Pending In: California Superior Court For The County Of Orange filed by Creditor Stoll, Nussbaum & Polakov) - OFF CALENDAR - NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY FILED 12-7-2020 - (DOCKET NO. 250) (Bolte, Nickie) (Entered: 12/18/2020) |
| 12/22/2020 | 257 (19 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)249 Application to Employ Bicher & Associates as Agent for Trustee *Declaration of Lori J. Ensley; with Proof of Service*). (Marshack (TR), Richard) (Entered: 12/22/2020) |
| 12/22/2020 | 258 (2 pgs) | Order Granting Application to Employ Bicher & Associates as a Paraprofessional (BNC-PDF) (Related Doc # 249) Signed on 12/22/2020. (Mccall, Audrey) (Entered: 12/22/2020) |
| 12/23/2020 | 259 (12 pgs) | Status report *Chapter 7 Trustee's Further Status Report re Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 255 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 12/23/2020) |
| 12/24/2020 | 260 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)258 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 12/24/2020. (Admin.) (Entered: 12/24/2020) |
| 01/06/2021 | 261 (18 pgs) | Status report *Further Status Report with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Hays, D) (Entered: 01/06/2021) |
| 01/06/2021 | 262 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 20, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT IS DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/12/2021) |
| 01/06/2021 | 263 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED |

Exhibit "2"
Page 54

| | | |
|---|---|---|
| | | TO JANUARY 20, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/12/2021) |
| 01/20/2021 | 264 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO FEBRUARY 18, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2021) |
| 01/20/2021 | 265 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO FEBRUARY 18, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2021) |
| 02/04/2021 | 266 (7 pgs) | Status report *Chapter 7 Trustee's Further Status Report re: Efforts to Locate and Turn Over Former Client Files, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 265 Hearing (Bk Motion) Continued). (Hays, D) (Entered: 02/04/2021) |
| 02/15/2021 | 267 (83 pgs) | Transcript regarding Hearing Held 01/20/21 RE: SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS. Remote electronic access to the transcript is restricted until 05/17/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 2/22/2021. Redaction Request Due By 03/8/2021. Redacted Transcript Submission Due By 03/18/2021. Transcript access will be restricted through 05/17/2021. (Steinhauer, Holly) (Entered: 02/15/2021) |
| 02/18/2021 | 271 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO APRIL 28, 2021 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/01/2021) |
| 02/18/2021 | 272 | Hearing Continued ON Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO APRIL 28, 2021 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/01/2021) |

| 02/20/2021 | 268<br>(4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 02/20/2021) |
|---|---|---|
| 02/24/2021 | 269<br>(88 pgs) | Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 02/24/2021) |
| 02/24/2021 | 270<br>(13 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)269 Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 02/24/2021) |
| 03/17/2021 | 273<br>(107 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)269 Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service*). (Wood, David) (Entered: 03/17/2021) |
| 03/18/2021 | 274<br>(2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Dillanos Coffee Roasters, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Releases Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 269) Signed on 3/18/2021. (Bolte, Nickie) (Entered: 03/18/2021) |
| 03/20/2021 | 275<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)274 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF) No. of Notices: 1. Notice Date 03/20/2021. (Admin.) (Entered: 03/20/2021) |
| 03/23/2021 | 276<br>(66 pgs) | Transcript regarding Hearing Held 02/17/21 RE: RULE 16 PRE-TRIAL CONFERENCE. Remote electronic access to the transcript is restricted until 06/21/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 3/30/2021. Redaction Request Due By 04/13/2021. Redacted Transcript Submission Due By 04/23/2021. Transcript access will be restricted through 06/21/2021. (Steinhauer, Holly) (Entered: 03/23/2021) |
| 04/12/2021 | 277<br>(10 pgs) | Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 04/12/2021) |
| 04/12/2021 | 278<br>(12 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)277 Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) |

| | | (Marshack (TR), Richard)). (Marshack (TR), Richard (Entered: 04/12/2021) |
|---|---|---|
| 04/14/2021 | 279 (6 pgs) | Status report *Chapter 7 Trustee's Further Status Report re: Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 272 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 04/14/2021) |
| 04/21/2021 | 280 (77 pgs) | Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 04/21/2021) |
| 04/21/2021 | 281 (15 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)280 Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 04/21/2021) |
| 04/28/2021 | 285 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO JULY 14, 2021 AT 11:00 A.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/07/2021) |
| 04/28/2021 | 286 | Hearing Continued (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO JULY 14, 2021 AT 11:00 A.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/07/2021) |
| 04/30/2021 | 282 (28 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)277 Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 04/30/2021) |
| 04/30/2021 | 283 (1 pg) | Order Granting Application By Chapter 7 Trustee To Employ Hahn Fife & Company, LLC As Accountant Effective March 25, 2021. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 277) Signed on 4/30/2021. (Bolte, Nickie) (Entered: 04/30/2021) |
| 05/02/2021 | 284 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)283 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 05/02/2021. (Admin.) (Entered: 05/02/2021) |
| 06/01/2021 | 287 (51 pgs) | Transcript regarding Hearing Held 05/05/21 RE: MOTION TO DISMISS. Remote electronic access to the transcript is restricted until 08/30/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction |

|  |  |  |
|---|---|---|
|  |  | Deadline Due By 6/8/2021. Redaction Request Due By 06/22/2021. Redacted Transcript Submission Due By 07/2/2021. Transcript access will be restricted through 08/30/2021. (Steinhauer, Holly) (Entered: 06/01/2021) |
| 06/04/2021 | 288 (98 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)280 Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service*). (Wood, David) (Entered: 06/04/2021) |
| 06/07/2021 | 289 (71 pgs) | Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 06/07/2021) |
| 06/07/2021 | 290 (13 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)289 Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 06/07/2021) |
| 06/08/2021 | 291 (2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Alki Bakery, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Releases Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 280) Signed on 6/8/2021. (Bolte, Nickie) (Entered: 06/08/2021) |
| 06/08/2021 | 292 (14 pgs) | Declaration re: *Supplemental Declaration of Richard L. Kellner Re:Application to Employ Kellner Law Group PC as Special Collections Counsel* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service*). (Hays, D) (Entered: 06/08/2021) |
| 06/10/2021 | 293 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)291 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 06/10/2021. (Admin.) (Entered: 06/10/2021) |
| 06/25/2021 | 294 (90 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)289 Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service*). (Wood, David) (Entered: 06/25/2021) |
| 06/25/2021 | 295 (2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Vincent Builders, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Release Of Claims Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 289) Signed on 6/25/2021. (Bolte, Nickie) (Entered: 06/25/2021) |
| 06/27/2021 | 296 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)295 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 06/27/2021. (Admin.) (Entered: 06/27/2021) |

| | | |
|---|---|---|
| 07/06/2021 | 297<br>(6 pgs) | Stipulation By Richard A Marshack (TR) and *Dr. Hrayr Shahinian to continue status conference and hearing on pending motions filed by Dr. Hrayr Shahinian with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Mang, Tinho) (Entered: 07/06/2021) |
| 07/07/2021 | 298 | Transcript regarding Hearing Held 06/16/21 RE: CONTD RULE 16 STATUS CONFERENCE HEARING RE: SECOND AMENDED COMPLAINT FOR: (1) DECLARATORY JUDGMENT; (2) QUANTUM MERUIT; (3) VIOLATION OF THE AUTOMATIC STAY, AND OTHER COURT ORDERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FRAUDULENT TRANSFER. Remote electronic access to the transcript is restricted until 10/5/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 7/14/2021. Redaction Request Due By 07/28/2021. Redacted Transcript Submission Due By 08/9/2021. Transcript access will be restricted through 10/5/2021. (Steinhauer, Holly) (Entered: 07/07/2021) |
| 07/07/2021 | 299<br>(2 pgs) | Order Approving Stipulation To Continue Status Conference And Hearing On Pending Motions Filed By Dr. Hrayr Shahinian. IT IS ORDERED: The Hearing And Status Conference On The Motions Currently Set For July 14, 2021 Shall Be Continued For A further 60 Days To September 15, 2021 At 11:00 A.M. In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701. Movant Shall Arrange To Pick Up The Files In The Trustee's Possession No Later Than July 16, 2021 To Avoid Further Storage Costs To The Estate. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 297 ) Signed on 7/7/2021 (Bolte, Nickie) (Entered: 07/07/2021) |
| 07/08/2021 | 300<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, Jack) (Entered: 07/08/2021) |
| 07/09/2021 | 301<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)299 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 07/09/2021. (Admin.) (Entered: 07/09/2021) |
| 07/12/2021 | 302<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, John) (Entered: 07/12/2021) |
| 07/14/2021 | 303 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO SEPTEMBER 15, 2021 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTIONS FILED BY DR. HRAYR SHAHINIAN ENTERED 7-7-2021 - (DOCKET NO.299 The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 07/15/2021) |
| 07/14/2021 | 304 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON THE MOTION CONTINUED TO SEPTEMBER 15, 2021 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTIONS FILED BY DR. HRAYR SHAHINIAN ENTERED 7-7-2021 - |

Exhibit "2"
Page 59

| | | |
|---|---|---|
| | | (DOCKET NO. 299. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 07/15/2021) |
| 08/05/2021 | 305 | Transcript regarding Hearing Held 07/29/21 RE: HEARING RE: MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 HEARING RE: MOTION FOR ORDER COMPELLING JAMS TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37. Remote electronic access to the transcript is restricted until 11/3/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 8/12/2021. Redaction Request Due By 08/26/2021. Redacted Transcript Submission Due By 09/7/2021. Transcript access will be restricted through 11/3/2021. (Steinhauer, Holly) (Entered: 08/05/2021) |
| 08/12/2021 | 306 (10 pgs) | Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard). (Entered: 08/12/2021) |
| 08/31/2021 | 307 (15 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)306 Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee *with Proof of Service*). (Marshack (TR), Richard) (Entered: 08/31/2021) |
| 09/01/2021 | 308 (1 pg) | Order Granting Trustee's Motion For Approval Of Cash Disbursements [LBR 2016-2]. IT IS ORDERED: The Trustee Is Authorized To Disburse Funds From The Estate For The Expenses Set Forth In Exhibit B To The Motion. (BNC-PDF) (Related Doc # 306 ) Signed on 9/1/2021 (Bolte, Nickie) (Entered: 09/01/2021) |
| 09/03/2021 | 309 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)308 Order on Motion For Approval of Cash Disbursements by the Trustee Under LBR 2016-2 (BNC-PDF)) No. of Notices: 1. Notice Date 09/03/2021. (Admin.) (Entered: 09/03/2021) |
| 09/08/2021 | 310 (30 pgs) | Adversary case 8:21-ap-01080. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti LLP against Keurig Dr. Pepper, Inc., f/k/a Green Mountain Coffee Roasters, Inc., a Delaware Corporation. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfer* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 311 (26 pgs) | Adversary case 8:21-ap-01081. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against Michael Q. Eagan, The Law Offices of Michael Q. Eagan. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 312 | Adversary case 8:21-ap-01082. Complaint by Richard A. Marshack, Chapter 7 |

| | (23 pgs) | Trustee for Eagan Avenatti, LLP against Osborn Machler, PLLC, A Washington professional limited liability company. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | [313](#) (7 pgs) | Status report *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 304 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 09/08/2021) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/09/2021 12:45:33 | | | |
| **PACER Login:** | atty272406 | **Client Code:** | 1015-131 |
| **Description:** | Docket Report | **Search Criteria:** | 8:19-bk-13560-SC Fil or Ent: filed From: 6/11/2018 To: 9/9/2021 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

Exhibit "2"
Page 61

Exhibit 3

1 | John P. Reitman, SBN 80579
jreitman@landaufirm.com
2 | Jack A. Reitman, SBN 283746
jareitman@landaufirm.com
3 | Landau Law LLP
1880 Century Park East, Suite 1101
4 | Los Angeles, California 90067
Tel: 310-557-0050
5 | Fax: 310-557-0056

6 | Proposed Special Litigation Counsel
for Richard A. Marshack, Chapter 7 Trustee

**FILED & ENTERED**

**FEB 26 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

**CHANGES MADE BY COURT**

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

11 | In re

12 | EAGAN AVENATTI, LLP,

13 |         Debtor

Case No. 8:19-bk-13560-CB

Chapter 7

**ORDER APPROVING CHAPTER 7
TRUSTEE'S APPLICATION TO EMPLOY
LANDAU GOTTFRIED & BERGER LLP
AS SPECIAL LITIGATION COUNSEL**

<u>Hearing Date and Time:</u>
Date:    January 21, 2020
Time:   10:00 a.m.
Courtroom 5D
Address:    411 West Fourth Street
               Santa Ana, California

21 |      A hearing was held on January 21, 2020 at 10:00 a.m., before the Honorable Catherine E. Bauer,

22 | United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411

23 | West Fourth St., Santa Ana, California, on the Chapter 7 Trustee's Application to Employ Landau

24 | Gottfried & Berger LLP ("LGB") as Special Litigation Counsel filed November 6, 2019 as Docket #33.

25 | (the "Application").  Appearances were made as noted in the record.

26 |     //

27 |     //

28 |     //

Case 8:19-bk-13560-SC    Doc 102    Filed 02/26/20    Entered 02/26/20 09:55:33    Desc
Main Document      Page 2 of 2

1    The Court, having read and considered the Application, heard the arguments of counsel, noted the

2    opposition and with good cause shown,

3    **IT IS ORDERED:**

4        1.      The Application is approved;

5        2.      The Trustee is authorized to retain LGB on a contingency fee basis on the terms and for

6    the purpose set forth in the Application pursuant to 11 U.S.C. §§ 327(e) and 328(a).  LGB will be

7    compensated for the contingency fee work without further approval of the Court;

8        3.      The Trustee is authorized to retain LGB on an hourly fee basis on the terms and for the

9    purpose set forth in the Application pursuant to 11 U.S.C. §§ 327(e) and 328(a).  LGB will be

10   compensated for the hourly fee work only after notice for a hearing and as approved by the Court

11   pursuant to 11 U.S.C. § 330(a)(1).

12       4.      The employment of LGB is effective as of September 13, 2019.  LGB subsequently

13   changed its name to Landau Law LLP on January 14, 2020 [Docket No. 88], and going forward, LGB

14   will now be known in this case as Landau Law LLP.

15                                                    ###

16

17

18

19

20

21

22

23

24       Date: February 26, 2020

                                                Catherine Bauer
25                                              United States Bankruptcy Judge

26

27

28

                                                    2

Exhibit 4

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

**DEFER**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
### Adversary Proceeding #: 8:20-ap-01068-SC

*Assigned to:* Scott C Clarkson                           *Date Filed:* 05/01/20
*Lead BK Case:* 19-13560
*Lead BK Title:* Eagan Avenatti, LLP
*Lead BK Chapter:* 7
*Demand:* $49000

*Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to
                          bankruptcy)
                       13 Recovery of money/property - 548 fraudulent transfer
                       14 Recovery of money/property - other


**Plaintiff**
-----------------------
**Richard A. Marshack,** *Chapter 7 Trustee for Eagan*          represented by **Jack A. Reitman**
*Avenatti, LLP*                                                  Landau Law LLP
                                                                 2338 Manning Ave.
                                                                 Los Angeles, CA 90064
                                                                 310-557-0050
                                                                 Email: jareitman@landaufirm.com


V.


**Defendant**
-----------------------
**Silver Star Sounds & Communications, Inc,** *a*              represented by **Jeffrey I Golden**
*California corporation*                                          Weiland Golden Goodrich LLP
c/o Kenneth W. Chung                                             650 Town Center Dr Ste 600
38 Corporate Park                                                Costa Mesa, CA 92626
Irvine, CA 92606                                                 714-966-1000
                                                                 Email: jgolden@wgllp.com


**Trustee**
-----------------------
**Richard A Marshack (TR)**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777


**U.S. Trustee**
-----------------------

**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 05/01/2020 | 1 (31 pgs) | Adversary case 8:20-ap-01068. Complaint by Richard A. Marshack against Silver Star Sounds & Communications, Inc. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/01/2020 | 2 (3 pgs) | Summons Issued on Silver Star Sounds & Communications, Inc Date Issued 5/1/2020, Answer Due 6/1/2020 (RE: related document(s)1 Complaint filed by Plaintiff Richard A. Marshack) Status hearing to be held on 7/21/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/01/2020) |
| 05/04/2020 | 3 (47 pgs) | Summons Service Executed on Silver Star Sounds & Communications, Inc 5/4/2020 (Reitman, Jack) (Entered: 05/04/2020) |
| 07/14/2020 | 4 (5 pgs) | Status report *Unilateral Status Report* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Reitman, Jack) (Entered: 07/14/2020) |
| 07/21/2020 | 5 | Hearing Continued: Continued hearing date to be determined in September (RE: related document(s)1 Complaint filed by Plaintiff Richard A. Marshack) (Le, James) (Entered: 07/22/2020) |
| 07/31/2020 | 6 | In accordance with the Administrative Order 20-07 dated 7/15/20, this case is hereby reassigned from Judge Catherine E. Bauer to Judge Scott C Clarkson. (Le, James) (Entered: 07/31/2020) |
| 08/07/2020 | 7 (1 pg) | Order Setting Status Conference In The Above-Captioned Adversary Proceeding For September 30, 2020, At 10:00 A.M. In Courtroom 5C. At Status Report Is Due 14 Days In Advance. IT IS SO ORDERED. (BNC-PDF) (Related Doc # 5 ) Signed on 8/7/2020 (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/09/2020 | 8 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)7 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/09/2020. (Admin.) (Entered: 08/09/2020) |
| 09/23/2020 | 9 (5 pgs) | Status report *Unilateral Status Report* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Reitman, Jack) (Entered: 09/23/2020) |
| 09/30/2020 | 10 | Hearing Continued (RE: related document(s)1 Complaint Complaint For Avoidance And Recovery Of Voidable Transfers filed by Plaintiff Richard A. Marshack) - STATUS CONFERENCE CONTINUED TO DECEMBER 2, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE 14 DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/06/2020) |

| 10/30/2020 | [11](#) (50 pgs) | Request for Entry of Default Under Local Bankruptcy Rule 7055-1, as to Silver Star Sound & Communications, Inc. Filed by Plaintiff Richard A. Marshack. (Reitman, Jack) (Entered: 10/30/2020) |
|---|---|---|
| 10/30/2020 | [12](#) (3 pgs) | Declaration re: *Declaration of Jack A. Reitman in Support of Request for Entry of Default* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[11](#) Request for Entry of Default (Local BK Rule 7055-1)). (Reitman, Jack) (Entered: 10/30/2020) |
| 10/30/2020 | [13](#) (3 pgs) | Notice *Notice of Withdrawal of Request for Entry of Default* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[11](#) Request for Entry of Default Under Local Bankruptcy Rule 7055-1, as to Silver Star Sound & Communications, Inc. Filed by Plaintiff Richard A. Marshack. filed by Plaintiff Richard A. Marshack). (Reitman, Jack) (Entered: 10/30/2020) |
| 11/03/2020 | [14](#) (10 pgs) | Answer to Complaint *for Avoidance and Recovery of Voidable Transfers With Proof of Service* Filed by Silver Star Sounds & Communications, Inc. (Golden, Jeffrey) (Entered: 11/03/2020) |
| 11/18/2020 | [15](#) (5 pgs) | Status report *Joint Status Report* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[1](#) Complaint). (Reitman, Jack) - - Warning: See docket entry no.: 16 for corrections - Modified on 11/19/2020 (Bolte, Nickie). (Entered: 11/18/2020) |
| 11/19/2020 | 16 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: DECEMBER 2, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)[15](#) Status report filed by Plaintiff Richard A. Marshack) (Bolte, Nickie) (Entered: 11/19/2020) |
| 11/19/2020 | [17](#) (3 pgs) | Notice of Hearing *Amended Notice of Hearing re Time Listed on Joint Status Report* Filed by Plaintiff Richard A. Marshack. (Reitman, Jack) - - Warning: See docket entry no.: 18 for corrections - Modified on 11/19/2020 (Bolte, Nickie). (Entered: 11/19/2020) |
| 11/19/2020 | 18 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT, WHICH IS: 8:19-bk-13560-SC - ADVERSARY CASE NUMBER: 8:20-ap-01068-SC.** (RE: related document(s)[17](#) Notice of Hearing filed by Plaintiff Richard A. Marshack) (Bolte, Nickie) (Entered: 11/19/2020) |
| 11/19/2020 | [19](#) (3 pgs) | Errata *Notice of Errata re Amended Notice of Hearing re Time Listed on Joint Status Report* Filed by Plaintiff Richard A. Marshack (RE: related document(s)[17](#) Notice of Hearing). (Reitman, Jack) (Entered: 11/19/2020) |
| 12/02/2020 | 20 | Hearing Held On Status Conference (RE: related document(s)[1](#) Complaint Complaint For Avoidance And Recovery Of Voidable Transfers filed by Plaintiff Richard A. Marshack) - DISCOVERY CUTOFF: APRIL 30, 2021. THIS IS THE DATE BY WHICH ALL DISCOVERY MOTIONS MUST BE HEARD AND RESOLVED. LAST DAY TO FILE PRE-TRIAL MOTIONS: JUNE 30, 2021. THIS IS THE DATE BY WHICH ALL NON-DISCOVERY MOTIONS MUST BE HEARD AND RESOLVED. PRE-TRIAL CONFERENCE HEARING TO BE HELD ON AUGUST 18, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA |

Exhibit "4"
Page 66

| | | |
|---|---|---|
| | | ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 12/04/2020) |
| 12/07/2020 | 21 (2 pgs) | Scheduling Order. IT IS ORDERED: The Court Issues The Following Schedule: Discovery Cutoff (Must Be Completed By) Is April 30, 2021. This Date Includes The Date By Which All Discovery Motions Must Be Heard And Resolved. Motion Cutoff (must Be Heard By) Is June 30, 2021. This Date Includes The Date By Which All Non-Discovery Motions Must Be Heard And Resolved. A Pre-Trial Conference Is Set For August 18, 2021 At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 12/7/2020. (Bolte, Nickie) (Entered: 12/07/2020) |
| 12/09/2020 | 22 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)21 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 12/09/2020. (Admin.) (Entered: 12/09/2020) |
| 03/24/2021 | 23 (4 pgs) | Stipulation By Richard A. Marshack and *Silver Star Sound & Communications, Inc. to Extend Discovery Cutoff, Motion Cutoff, Pretrial Hearing Dates* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 03/24/2021) |
| 03/24/2021 | 24 (2 pgs) | Order Approving Stipulation To Extend Discovery Cutoff, Motion Cutoff, Pretrial Hearing Dates. IT IS ORDERED: The Discovery Cutoff On April 30, 2021 Is Continued To June 30, 2021. Motion Cutoff On June 30, 2021 Is Continued To September 1, 2021. Pre-Trial Conference On September 29, 2021 At 1:30 p.m. Is Continued To November 3, 2021 At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 23) Signed on 3/24/2021 (Bolte, Nickie) Modified on 3/24/2021 (Bolte, Nickie). (Entered: 03/24/2021) |
| 03/26/2021 | 25 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 03/26/2021. (Admin.) (Entered: 03/26/2021) |
| 07/08/2021 | 26 (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, Jack) (Entered: 07/08/2021) |
| 07/12/2021 | 27 (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, John) (Entered: 07/12/2021) |
| 08/18/2021 | 28 | Hearing Continued On Pre-Trial Conference (RE: related document(s)1 Complaint For Avoidance And Recovery Of Voidable Transfers filed by Plaintiff Richard A. Marshack) PRE-TRIAL CONFERENCE HEARING CONTINUED TO NOVEMBER 3, 2021 AT 1:30 P.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO EXTEND DISCOVERY CUTOFF, MOTION CUTOFF, PRETRIAL HEARING DATES ENTERED 3-24-2021 - (DOCKET NO. 24) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/25/2021) |

## PACER Service Center

Exhibit "4"
Page 67

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| **Transaction Receipt** | | | |
|---|---|---|---|
| 09/09/2021 12:51:44 | | | |
| **PACER Login:** | atty272406 | **Client Code:** | 1015-131 |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-ap-01068-SC Fil or Ent: filed From: 6/11/2019 To: 9/9/2021 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND SILVER STAR SOUND & COMMUNICATIONS, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD A. MARSHACK IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **September 9, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

**U.S. TRUSTEE (SA)**
OFFICE OF THE UNITED STATES TRUSTEE
411 W FOURTH STREET, SUITE 7160
SANTA ANA, CA 92701

**INTERESTED PARTY**
SILVER STAR SOUND & COMMUNICATIONS, INC.
C/O KENNETH W. CHUNG
38 CORPORATE PARK
IRVINE, CA 92606

**INTERESTED PARTY**
SILVER STAR SOUND & COMMUNICATIONS, INC.
C/O ROY R MENDRIN, AGENT FOR SERVICE OF PROCESS
895 PRODUCTION PLACE
NEWPORT BEACH, CA 92663

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO LBR 5005-2(d) AND COURT MANUAL APPENDIX F SECTION 2.2, NON-HEARING MOTIONS WHEN THE RESPONSE DEADLINE HAS NOT PASSED WILL NOT BE SERVED UPON THE JUDGE.**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2021 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF**: James C Bastian    jbastian@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank    chris@chrisblanklaw.com
- **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC**: Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC**: Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC**: Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO**: David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.**: Martin B Greenbaum    pcadigan@collectionlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR)**: D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK**: Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN**: Erick Kuylman erick.kuylman@warrenterzian.com
- **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.**: Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN**: Aaron J Malo amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR)**: Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com
- **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE**: Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR)**: Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR)**: Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR)**: Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **MEDIATOR ALAN I NAHMIAS**: Alan I Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV**: Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; jaimee@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR DEFENDANT HPPW, LLC**: Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com
- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN**: Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC**: Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO, AND INTERESTED PARTIES:** Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.co
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**