D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, 272406
dwood@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | NOTICE OF MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND SILVER STAR SOUND & COMMUNICATIONS, INC. |
| Debtor. | |
| | [NO HEARING REQUIRED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee

("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), has filed a motion

("Motion") for order approving a settlement agreement ("Settlement Agreement")[1] with Silver Star

Sound & Communications, Inc., ("Silver Star" collectively, the Trustee and Silver Star are referred to

as the "Parties"), and through the motion, the Trustee seeks approval of the Settlement Agreement

pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("FRBP").

Pursuant to FRBP 9019, the Court may approve reasonable settlements and compromises of

claims. Here, the Parties negotiated a resolution of their disputes related to the Adversary Proceeding

---

[1] A true and correct copy of the Settlement Agreement is attached as Exhibit "1" to the declaration of Richard A. Marshack ("Marshack Declaration") to the Motion.

(as defined below) whereby the Estate sought to set aside and recover $49,000 in voidable transfers, in exchange for a payment of $34,000 by Silver Star to the Estate. The Trustee believes that the settlement embodied in the Settlement Agreement is in the best interest of the Estate, and should be approved pursuant to FRBP 9019.

On May 1, 2020, the Trustee filed a complaint commencing an adversary proceeding entitled *Richard A. Marshack v. Silver Star Sound & Communications, Inc.* (the "Adversary Proceeding"), Adv. No. 8:20-ap-01068-SC, in the Bankruptcy Court, seeking to set aside and recover $49,000, in avoidable fraudulent transfers. On November 3, 2020, Silver Star answered the Complaint, denying all of the material allegations thereof and asserting affirmative defenses.

Shortly thereafter, the Parties engaged in settlement negotiations. Such negotiations proved to be fruitful, as the settlement embodied in the Settlement Agreement was reached. The following is a brief summary of the terms of the agreement ("Agreement") between the Trustee and Silver Star.[2] Subject to Bankruptcy Court approval, the Parties agree as follows:

(1) **Bankruptcy Court approval**: The Settlement Agreement is subject to approval by this Court;

(2) **Settlement Consideration**: Silver Star shall pay the Estate the sum of $34,000 in immediately available funds ("Settlement Payment") within 60 days following the entry of the Approval Order, as directed in writing by legal counsel for the Trustee.

(3) **Dismissal of the Adversary Proceeding**: In exchange for the Trustee's timely receipt of the Settlement Payment, the Approval Order (as defined in the Settlement Agreement) will direct that upon such receipt in full and the Settlement payment having cleared the banking process the Trustee shall promptly lodge an order that the Adversary Proceeding be dismissed with prejudice; and

///

---

[2] All interested parties are advised to consult the Agreement for all terms and conditions. A true and correct copy of the Agreement is attached to the Marshack Declaration as Exhibit "1" to the Motion. The statements contained herein are a summary of the material terms and conditions only.

(4) **Mutual Releases**: The Parties exchanged mutual releases, including a Section 1542 of the Civil Code of California wavier.

The complete scope and terms of the relief are detailed in the Motion a copy of which can be obtained by contacting David A. Wood and Tinho Mang whose contact information is listed in the top left-hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed relief must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is 14 days after the date of service of this Notice plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on David A. Wood and Tinho Mang at the address indicated above and served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, California 92701. Failure to timely respond may be deemed as acceptance of the proposed relief. See LBR 9013-1(h).

Dated: September 9, 2021                    MARSHACK HAYS LLP

By: */s/ David A. Wood*
    DAVID A. WOOD
    TINHO MANG
    Attorneys for the Chapter 7 Trustee,
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND SILVER STAR SOUND & COMMUNICATIONS, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **September 9, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

| | |
|---|---|
| **INTERESTED PARTY**<br>SILVER STAR SOUND & COMMUNICATIONS, INC.<br>C/O KENNETH W. CHUNG<br>38 CORPORATE PARK<br>IRVINE, CA 92606 | **INTERESTED PARTY**<br>SILVER STAR SOUND & COMMUNICATIONS, INC.<br>C/O ROY R MENDRIN, AGENT FOR SERVICE OF PROCESS<br>895 PRODUCTION PLACE<br>NEWPORT BEACH, CA 92663 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO LBR 5005-2(d) AND COURT MANUAL APPENDIX F SECTION 2.2, NON-HEARING MOTIONS WHEN THE RESPONSE DEADLINE HAS NOT PASSED WILL NOT BE SERVED UPON THE JUDGE.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2021 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian     jbastian@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank     chris@chrisblanklaw.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick     mbostick@wendel.com, bankruptcy@wendel.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry     s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
   - **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall     lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
   - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum     pcadigan@collectionlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
   - **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo     amalo@sheppardmullin.com, jsummers@sheppardmullin.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack     jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR)**: Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey     meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
   - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com
   - **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor     Becky@ringstadlaw.com, Karen@ringstadlaw.com; jaimee@ringstadlaw.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea     rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com
   - **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson     misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
   - **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

- **DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO, AND INTERESTED PARTIES:** Kurt Ramlo  kr@lnbyb.com, kr@ecf.inforuptcy.co
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman   jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman   jreitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| CREDITOR / RFSN | CREDITOR / POC ADDRESS | SECURED CREDITOR / POC ADDRESS |
|---|---|---|
| EISENHOWER CARLSON PLLC<br>STEVEN CASSELBERRY, ESQ.<br>MUSICK, PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE, SUITE 1200<br>COSTA MESA, CA 92626-1925 | PERSONAL COURT REPORTERS INC<br>LAW OFFICES OF PHILIP LANDSMAN<br>5776 LINDERO CANYON RD STE D-366<br>WESTLAKE VILLAGE CA 91362 | 520 NEWPORT CENTER DRIVE LLC<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 |
| **SECURED CREDITOR**<br>520 NEWPORT CENTER DRIVE LLC<br>C/O MARK A KOMPA ESQ<br>233113 S PLAZA POINTE<br>SUITE 100<br>LAGUNA HILLS, CA 92653 | **RTD 02/27/20 UTF**<br>**SECURED CREDITOR**<br>ACAMAR INVESTMENTS<br>JOHN CASPERSON<br>999 THIRD AVENUE<br>SUITE 2600<br>SEATTLE, WA 98104-4018 | **NEW ADDR 03/02/20 WA BAR**<br>**SECURED CREDITOR**<br>ACAMAR INVESTMENTS<br>JOHN CASPERSON<br>3101 WESTERN AVE STE 500<br>SEATTLE, WA 98121-3071 |
| **SECURED CREDITOR**<br>CALIFORNIA BANK & TRUST<br>ATTN DAVID BLACKFORD<br>11622 EL CAMINO REAL<br>SUITE 200<br>SAN DIEGO, CA 92130-2051 | **SECURED CREDITOR**<br>CALIFORNIA BANK & TRUST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 30833<br>SALT LAKE CITY, UT 84130-0833 | **SECURED CREDITOR / POC ADDRESS**<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>ATTN MEE CHA<br>PO BOX 145595 STOP 8420G<br>CINCINNATI OH 45250-5585 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
S MUHAMMAD
PO BOX 145595 STOP 8420G
CINCINNATI OH 45250-5585

**SECURED CREDITOR**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ATTN MARIA R GALVAN
1919 SMITH STREET M/S 5024 HOU
HOUSTON, TX 77002

**SECURED CREDITOR**
DEPT OF THE TREASURY IRS
OGDEN, UT 84201-0013

**SECURED CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**SECURED CREDITOR / POC ADDRESS**
JASON FRANK LAW PLC / JASON M. FRANK
C/O FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD, SUITE 855
IRVINE, CA 92612-8444

**SECURED CREDITOR /POC ADDRESS**
LISA STORIE-AVENATTI
3419 VIA LIDA 610
NEWPORT BEACH, CA 92663-3908

**SECURED CREDITOR**
STATE OF CA EMPLOYMENT DEVELOPMENT
LIEN GROUP MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SECURED CREDITOR**
THE PEOPLES BANK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
BILOXI MISSISSIPPI
152 LAMEUSE STREET
BILOXI, MS 39530-4214

**CREDITOR / POC ADDRESS**
500/550 NEWPORT CENTER DRIVE, LLC
C/O R. GIBSON PAGTER, JR.
PAGTER AND PERRY ISAACSON
525 N. CABRILLO PARK DRIVE, SUITE 104
SANTA ANA, CA 92701

**CREDITOR**
ACE PARKING MANAGEMENT INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
610 NEWPORT CENTER DRIVE
SUITE 50
NEWPORT BEACH, CA 92660-6416

**CREDITOR**
ADERANT HOLDINGS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
LOCKBOX PO BOX 931177
ATLANTA, GA 31193-0001

**CREDITOR**
ADVANCED DISCOVERY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO 102242
ATLANTA, GA 30368-2242

**CREDITOR**
AFFORDABLE MOVING & STORAGE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 361
GARDEN GROVE, CA 92842-0361

**CREDITOR**
AHMED IBRAHIM
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
29 SOHO
IRVINE, CA 92612-1083

**CREDITOR / POC ADDRESS**
ALEXIS GARDNER
C/O THE X-LAW GROUP, PC
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
ALLIED UNIVERSAL SECURITY SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

**CREDITOR**
ALPHAGRAPHICS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
221 KING STREET
MADISON, WI 53703-3419

**CREDITOR**
ANDREW STOLPER
FRANK SIMMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 54630
LOS ANGELES, CA 90054-0630

**CREDITOR**
AT&T TELECONFERENCE SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 5002
CAROL STREAM, IL 60197-5002

**CREDITOR**
AUTHENTIC ENTERTAINMENT PROPERTIES
C/O ANDREW D STOLPER ESQ
19800 MACARTHUR BLVD STE 855
IRVINE, CA 92612-8444

**CREDITOR**
BAKER HOSTETLER
ATTN ELIZABETH GREEN
200 S ORANGE AVE
SUITE 2300
ORLANDO, FL 32801-3432

**CREDITOR / POC ADDRESS**
BAKER KEENER & NAHRA LLP
C/O PHILLIP A. BAKER
633 WEST FIFTH STREET, SUITE 5500
LOS ANGELES, CA 90071-2060

**CREDITOR**
BARKLEY COURT REPORTERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
10350 SANTA MONICA BLVD
SUITE 200
LOS ANGELES, CA 90025-6923

**CREDITOR / POC ADDRESS**
BEN HYATT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
17835 VENTURA BLVD
SUITE 310
ENCINO, CA 91316-3683

8/28/21 NEW ADDR FROM WEBSITE
**CREDITOR / POC ADDRESS**
BRIAN WEISS
FORCE TEN PARTNERS LLC
5271 CALIFORNIA AVE., SUITE 270
IRVINE, CA 92617

**CREDITOR**
BURLINGTON & ROCKENBACH PA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
444 W RAILROAD AVE
SUITE 350
WEST PALM BEACH, FL 33401-4112

**CREDITOR**
CA DEPARTMENT OF REVENUE
CA FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO, CA 95812-1468

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT OF TAX & FEE ADMIN
SPECIAL OPERATIONS BRANCH MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR**
CANTRAL COMMUNICATIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
11830 PIERCE STREET
SUITE 100
RIVERSIDE, CA 92505-5175

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
CARLOS COLORADO
C/O HODES MILMAN LLP
9210 IRVINE CENTER DR
IRVINE, CA 92618-4661

**CREDITOR**
CASCADE CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
815 FIRST AVENUE
#150
SEATTLE, WA 98104-1404

**CREDITOR / POC ADDRESS**
CASCADE CAPITAL GROUP LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**CREDITOR**
CCROLA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
205 BROADWAY
SUITE 200
LOS ANGELES, CA 90012-3607

**CREDITOR**
CITY OF NEWPORT BEACH
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 3080
NEWPORT BEACH, CA 92658-3080

**CREDITOR**
COLLISION AND INJURY DYNAMICS INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
149 SHELDON STREET
EL SEGUNDO, CA 90245-3916

**CREDITOR**
COMPETITION ECONOMICS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2000 POWELL STREET
SUITE 510
EMERYVILLE, CA 94608-1886

**CREDITOR**
COREY SPOUND & MICHAEL SPOUND
C/O FRANK SIMS & STOLPER LLP
19800 MACARTHUR BLVD
#855
IRVINE, CA 92612-8444

**CREDITOR**
COUNTY OF ORANGE
ATTN TREASURER-TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

**CREDITOR / POC ADDRESS**
COUNTY OF ORANGE
ATTN: BANKRUPTCY UNIT
PO BOX 4515
SANTA ANA, CA 92702-4515

**CREDITOR**
COX COMMUNICATIONS
ATTN BANKRUPTCY CENTER
1341 CROSSWAYS BLVD
CHESAPEAKE VA 23320-2897

**CREDITOR**
CROSSPLANS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
23041 AVENIDA DE LA CARLOTA
SUITE 300
LAGUNA HILLS, CA 92653-1572

**CREDITOR / POC ADDRESS**
DAMON ROGERS
C/O THE X-LAW GROUP, PC
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

**RTD 11/11/19 - SEE NEW ADDR**
**CREDITOR**
DAMON ROGERS
C/O X-LAW GROUP
910 SUNSET BLVD
SUITE 450
LOS ANGELES, CA 90012

**RTD 09/11/20 - SEE POC ADDR**
**CREDITOR**
DAMON ROGERS
C/O X-LAW GROUP
1910 SUNSET BLVD, SUITE 450
LOS ANGELES, CA 90026

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

**CREDITOR**
DAVID GOLUBCHIK ESQ
LEVENE NEALE BENDER YOO & BRILL
10250 CONSTELLATION BLVD
SUITE 1700
LOS ANGELES, CA 90067-6253

**CREDITOR**
DAVID H. STEIN, ESQ.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095-1146

**CREDITOR**
DAVID W STEWART PHD
13031 VILLOSA PLACE #121
PLAYA VISTA, CA 90094-6500

**CREDITOR / POC ADDRESS**
DENNIS M. BILL
12811 WHITTINGTON CT
LARGO, FL 33773

**CREDITOR**
DEVELOPING OPPORTUNITIES & SOLUTIONS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
611 SOUTH MAIN STREET
#400
GRAPEVINE, TX 76051-5477

**CREDITOR / POC ADDRESS**
E. TIMOTHY FITZGIBBONS
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

**CREDITOR / POC ADDRESS**
EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ.
C/O REEDER LAW CORP., ATTN: D. REEDER
1875 CENTURY PARK E
SUITE 700
LOS ANGELES, CA 90067

**NTC OF CHANGE OF ADDR 05/06/20 CREDITOR**
EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ.
C/O REEDER LAW CORP., ATTN: D. REEDER
1801 CENTURY PARK EAST, 16TH FLOOR
LOS ANGELES, CA 90067

**CREDITOR**
EISENHOWER CARLSON PLLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
WELLS FARGO PLAZA
SUITE 1200 1201 PACIFIC AVE
TACOMA, WA 98402-4395

**CREDITOR**
EMPLOYERS PREFERRED INSURANCE CO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 53089
PHOENIX, AZ 85072-3089

**CREDITOR /POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P O BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
EMPLOYMENT DEVELOPMENT DEPARTMENT
P O BOX 989061
WEST SACRAMENTO, CA 95798-9061

**CREDITOR**
ESNER CHANG & BOYER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
234 EAST COLORADO BLVD
SUITE 750
PASADENA, CA 91101-2223

**CREDITOR**
ESQUIRE DEPOSITION SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2700 CENTENNIAL TOWER 101 MARRIETTA STREET
ATLANTA, GA 30303

**CREDITOR**
EXECUTIVE PRESENTATIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
915 WILSHIRE BLVD
SUITE 1700
LOS ANGELES, CA 90017-3462

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
F TIMOTHY FITZGIBBONS
WILLIAM PARRISH
C/O CAPPELLO & NOEL LLP
831 STATE STREET SUITE 210
SANTA BARBARA, CA 93101-3227

**CREDITOR**
FEDEX
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 7221
PASADENA, CA 91109-7321

**CREDITOR / POC ADDRESS**
FEDEX CORPORATE SERVICES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS, TN 38116-5017

**CREDITOR**
FILE & SERVE XPRESS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 679058
DALLAS, TX 75267-9058

**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 743451
LOS ANGELES, CA 90074-3451

**CREDITOR**
FIRST LEGAL RECORDS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 749469
LOS ANGELES, CA 90074-9469

**CREDITOR**
FORCE TEN PARTNERS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
20341 SW BIRCH
SUITE 220
NEWPORT BEACH, CA 92660-1514

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GARRETT MOSIER GRIFFITH SISTRU
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
6201 OAK CANYON
#100
IRVINE, CA 92618-5232

**RTD 11/01/19 - SEE NEW ADDR**
**CREDITOR**
GASS WEBER MULLINS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
309 N WATER ST
MILWAUKEE, WI 53202-5769

**NEW ADDR PER WEBSITE 11/12/19**
**CREDITOR**
GASS WEBER MULLINS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
241 N BROADWAY, SUITE 300
MILWAUKEE, WI 53202

**CREDITOR / POC ADDRESS**
GEOFFREY E JOHNSON
C/O CALLAHAN & BLAINE APLC
3 HUTTON CENTRE DRIVE
NINTH FLOOR
SANTA ANA, CA 92707-5781

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **RTD 07/10/20 UTF**<br>**CREDITOR**<br>GERALD TOBIN<br>2014 EDGEWATER DRIVE #169<br>ORLANDO, FL 32804-5312 | **CREDITOR**<br>GREEN STREET ADVISORS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>660 NEWPORT CENTER DRIVE<br>SUITE 800<br>NEWPORT BEACH, CA 92660-6409 | **CREDITOR**<br>GREGORY AND TALITHA BARELA<br>C/O LARSON O BRIEN LLP<br>55 SOUTH FLOWER ST<br>SUITE 4400<br>LOS ANGELES, CA 90071 |
| **CREDITOR / POC ADDRESS**<br>GREGORY BARELA<br>C/O STEVEN E BLEDSOE, ESQ. / LARSON O'BRIEN LLP<br>555 S FLOWER ST, SUITE 4400<br>LOS ANGELES, CA 90071 | **CREDITOR**<br>HSNO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 51067<br>LOS ANGELES, CA 90051-5367 | **CREDITOR**<br>HUMBERTO R GRAY<br>11726 SAN VICENTE BLVD<br>SUITE 670<br>LOS ANGELES, CA 90049-5049 |
| **CREDITOR**<br>IMANAGE LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 71701<br>CHICAGO, IL 60694-1701 | **RTD 10/11/19 SEE NEW ADDR**<br>**CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>2780 SKYPARK DR<br>SUITE 125<br>TORRANCE, CA 90505-7528 | **NEW ADDR CA SOS 10/14/19**<br>**CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>AGENT FOR SERVICE OF PROCESS, BEN KARIMI<br>16311 VENTURA BLVD. STE. #1111<br>ENCINO, CA 90245 |
| **RTD 04/29/21 SEE NEW ADDR**<br>**CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1960 E. GRAND AVE.<br>EL SEGUNDO, CA 90245 | **NEW ADDR CA SOS 09/09/21**<br>**CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>8310 N CAPITOL OF TEXAS HWY<br>BUILDING, 1-295<br>AUSTIN, TX 78731 | **CREDITOR**<br>INSERVIO3<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>18013 SKY PARK CIR<br>IRVINE, CA 92614-6518 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

**CREDITOR**
INTERNATIONAL PERSONNEL PROTECTION INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 92493
AUSTIN, TX 78709-2493

**RTD 12/31/19 UTF**
**CREDITOR**
INTL CHURCH OF THE FOURSQUARE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
100 BAYVIEW CIRCLE
SUITE 2600 DEPT 8
NEWPORT BEACH, CA 92660-8924

**CREDITOR**
ISAAC MARCUSHAMER
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE
SUITE 1900
MIAMI, FL 33131-5319

**CREDITOR**
JACK CROSS & ASSOCIATES INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
9070 IRVINE CENTER DRIVE
SUITE 220
IRVINE, CA 92618-4687

**CREDITOR**
JAMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 845402
LOS ANGELES, CA 90084-5402

**CREDITOR**
JOHN C CROTTS CONSULTING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
688 SEROTINA COURT
MOUNT PLEASANT, SC 29464-5171

**CREDITOR**
JUDICATE WEST
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1851 EAST FIRST STREET
SUITE 1600
SANTA ANA, CA 92705-4058

**CREDITOR**
KCC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
222 N PACIFIC COAST HWY
3RD FLOOR
EL SEGUNDO, CA 90245-5648

**CREDITOR**
KNJ VENTURES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1106 A BROADWAY
SANTA MONICA, CA 90401

**RTD 10/09/19 - SEE NEW ADDR**
**CREDITOR**
L LIN WOOD PC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1180 WEST PEACHTREE STREET
SUITE 2400
ATLANTA, GA 30309-3482

**NEW ADDR PER USPS 10/09/19**
**CREDITOR**
L LIN WOOD PC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1180 W PEACHTREE ST NW STE 2040
ATLANTA, GA 30309

**CREDITOR / POC ADDRESS**
LANDAU LAW LLP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1880 CENTURY PARK EAST
SUITE 1101
LOS ANGELES, CA 90067-1608

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
LEWIS ROCA ROTHGERBER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3993 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89169-5996

**CREDITOR**
LITIGATION SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3700 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV 89169

**CREDITOR / POC ADDRESS**
MARK CALVERT
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**RTD 1/11/21 SEE NEW ADDR**
**CREDITOR**
MARK S HOROUPIAN ESQ
SULMEYER KUPETZ
2424 SE BRISTOL ST
SUITE 300
NEWPORT BEACH, CA 92660-0764

**NEW ADDR**
**CREDITOR**
MARK S HOROUPIAN ESQ
SULMEYER KUPETZ
333 S GRAND AVE STE 3400
LOS ANGELES, CA 90071

**CREDITOR**
MARTINDALE-HUBBEL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 59757
LOS ANGELES, CA 90074-9757

**CREDITOR**
MEHLER & HAGESTROM
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1660 WEST 2ND STREET
SUITE 780
CLEVELAND, OH 44113-1455

**CREDITOR / POC ADDRESS**
MICHAEL AVENATTI
10000 SANTA MONICA
21ST FLOOR
LOS ANGELES, CA 90067-7000

**NEW ADDR 12/23/20**
**CREDITOR**
MICHAEL AVENATTI
C/O JAY MANHEIMER
229 DIMMICK AVENUE
VENICE, CA 90291

**CREDITOR**
MOMENTUM ENGINEERING CORP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2862 COLUMBIA STREET
TORRANCE, CA 90503-3808

**CREDITOR**
NAJAH J SHARIFF ESQ
UNITED STATES ATTORNEY S OFFICE
FEDERAL BUILDING
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012-3336

**CREDITOR**
NATIONWIDE LEGAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1609 JAMES M WOOD BLVD
LOS ANGELES, CA 90015-1005

**CREDITOR**
NORELL CONSULTING INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
218 CATHERIN PARK
GLENDORA, CA 91741-3017

**CREDITOR**
OFFICE OF ADMINISTRATIVE HEARINGS
2349 GATEWAY OAKS DR
SUITE 200
SACRAMENTO, CA 95833-4244

**RTD 1/11/21 UTF**
**CREDITOR**
PACER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 71364
PHILADELPHIA, PA 19176-1364

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **CREDITOR**<br>PAPERSTREET WEB DESIGN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>219 SW 17TH STREET<br>FORT LAUDERDALE, FL 33315-1745 | **CREDITOR / POC ADDRESS**<br>PASSPORT 420<br>CAPPELLO & NOL LLP<br>831 STATE STREET<br>SANTA BARBARA, CA 93101 | **CREDITOR**<br>PERSONAL COURT REPORTERS INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>14520 SYLVAN STREET<br>VAN NUYS, CA 91411-2324 |
| **CREDITOR**<br>PITNEYBOWES GLOBAL FIN SERVICES LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | **CREDITOR**<br>POYNER SPRUILL LLP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 1801<br>RALEIGH, NC 27602-1801 | **CREDITOR**<br>PURCHASE POWER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P O BOX 371874<br>PITTSBURGH, PA 15250-7874 |
| **CREDITOR**<br>RAINES FELDMAN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>18401 VON KARMAN AVE<br>SUITE 360<br>IRVINE, CA 92612-8541 | **CREDITOR / POC ADDRESS**<br>RAINES FELDMAN LLP<br>HAMID R. RAFATJOO<br>1800 AVENUE OF THE STARS, 12TH FLOOR<br>LOS ANGELES, CA 90067 | **CREDITOR**<br>REST YOUR CASE EVIDENCE STORAGE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>6364 IRWINDALE ROAD<br>IRWINDALE, CA 91702-3210 |
| **CREDITOR**<br>RICOH USA INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 31001-0850<br>PASADENA, CA 91110-0850 | **CREDITOR**<br>SCOTT SIMS<br>FRANK SIMS STOLPER LLP<br>19800 MACARTHUR BLVD<br>SUITE 855<br>IRVINE, CA 92612-8444 | **CREDITOR**<br>SHRED-IT USA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX101007<br>PASADENA, CA 91189-1007 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SIMPSON DEPOSITION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1314 E CHAPMAN AVE
ORANGE, CA 92866-2219

**RTD 10/11/19 - SEE NEW ADDR**
**CREDITOR**
SOCAL SUBPOENA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
115 PINE AVENUE
SUITE 320
LONG BEACH, CA 90802-4479

**NEW ADDR CA SOS 10/14/19**
**CREDITOR**
SOCAL SUBPOENA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
344 CORONADO AVE
LONG BEACH, CA 90814

**CREDITOR**
SOFTWARE TECHNOLOGY LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1621 CUSHMAN DRIVE
LINCOLN, NE 68512-1200

**CREDITOR**
SPECIAL DELIVERY SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
5470 LBJ FREEWAY
DALLAS, TX 75240-1044

**CREDITOR**
STAPLES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 83689
CHICAGO, IL 60696-3689

**NO ADDR PROVIDED**
**CREDITOR**
STEPHANIE CLIFFORD

**CREDITOR / POC ADDRESS**
STOLL NUSSBAUM & POLAKOV APC
C/O KEATHLEY & KEATHLEY LLP
2030 MAIN STREET SUITE 210
IRVINE, CA 92614-8223
IRVINE, CA 92614-8223

**NEW ADDRESS FROM PO**
**CREDITOR**
SUSAN QUINN
304 E. 65TH STREET, APT 36A
NEW YORK, NY 10065-6786

**RTD 12/3/19 SEE NEW ADDRESS**
**CREDITOR**
SUZY QUINN
C/O JOHN MIGOTSKY
95 CHRISTOPHER STREET
#14D
NEW YORK, NY 10014-6629

**CREDITOR**
THE IRVINE COMPANY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 841387
LOS ANGELES, CA 90084-1387

**SEE NEW ADDR - RTD 10/15/19**
**CREDITOR**
THE MONTAGE LAGUNA BEACH FINANCE DEPT
30801 SOUTH COAST HIGHWAY
NORWALK, CA 90651

**NEW ADDR PER WEBSITE - 10/15/19**
**CREDITOR**
THE MONTAGE LAGUNA BEACH FINANCE DEPT
30801 SOUTH COAST HIGHWAY
LAGUNA BEACH, CA 92651

**CREDITOR**
THE MONTLAKE GROUP LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
16639 SUNSET BLVD
PACIFIC PALISADES, CA 90272-3202

**CREDITOR**
THE NEUROBEHAVIORAL CLINIC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
13 ORCHARD ROAD
SUITE 103
LAKE FOREST, CA 92630-8321

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **NEW ADDR CA SOS 10/14/19 CREDITOR / POC ADDRESS**<br>THE X LAW GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>625 FAIR OAKS AVENUE, SUITE 390<br>SOUTH PASADENA, CA 91030 | **RTD 10/11/19 - SEE NEW ADDR CREDITOR**<br>THE X LAW GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1910 SUNSET BLVD<br>SUITE 450<br>LOS ANGELES, CA 90026-7118 | **CREDITOR / POC ADDRESS**<br>THOMAS J BERGER MD<br>2451 BRICKELL AVENUE<br>#12-C<br>MIAMI, FL 33129-2469 |
| **CREDITOR**<br>THOMAS WEST<br>WEST PAYMENT CENTER<br>PO BOX 6292<br>CAROL STREAM, IL 60197-6292 | **CREDITOR / POC ADDRESS**<br>TODD D. BARANIAK<br>2303 JONQUIL CT.<br>NAPERVILLE, IL 60540-6054 | **SEE NEW ADDR - RTD 11/18/19 UTF CREDITOR**<br>UNISEARCH<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 11940<br>OLYMPIA, WA 98508-1940 |
| **TC 12/22/20 - THIS IS THE CORRECT ADDRESS NEW ADDR PER CA SOS; RTD 1/13/20 UTF CREDITOR**<br>UNISEARCH, INC.<br>ATTENTION: SHARRI MARTINELLI<br>1780 BARNES BLVD SW<br>TUMWATER, WA 98512 | **NEW ADDR PER CA SOS CREDITOR**<br>UNISEARCH, INC.<br>C/O COGENCY GLOBAL INC., AGENT FOR SERVICE OF PROCESS<br>1325 J ST STE 1550<br>SACRAMENTO, CA 95814 | **CREDITOR**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON, DC 20044-0683 |
| **CREDITOR**<br>UNIVERSAL PROTECTION SERVICE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 732565<br>DALLAS, TX 75373-2565 | **RTD 10/21/19 UTF - SEE NEW ADDR CREDITOR**<br>US LEGAL SUPPORT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 864407<br>ORLANDO, FL 32886-4407 | **NEW ADDR CA SOS 11/19/19 CREDITOR**<br>US LEGAL SUPPORT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>16825 NORTHCHASE DRIVE, SUITE 900<br>HOUSTON, TX 77060 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| VERITEXT<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 71303<br>CHICAGO, IL 60694-1303 | VERIZON WIRELESS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P O  BOX 660108<br>DALLAS, TX 75266-0108 | WILENTZ, GOLDMAN & SPITZER, P.A.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>90 WOODBRIDGE CENTER DRIVE SUITE 900, BOX 10<br>ATTN: DAVID H. STEIN, ESQ. |
| **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** | |
| WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 | WILLIAM PARRISH<br>CAPPELLO & NOL LLP<br>831 STATE STREET<br>SANTA BARBARA, CA 93101 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**