| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN P. REITMAN (State Bar No. 80579)<br>jreitman@landaufirm.com<br>MONICA RIEDER (State Bar No. 263250)<br>mrieder@landaufirm.com<br>LANDAU LAW LLP<br>2338 Manning Avenue<br>Los Angeles, California 90064<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* Richard A. Marshack, Ch. 7 Tr. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-13560-SC<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| | [No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 09/11/2021    Movant(s) filed a motion or application (Motion) entitled: Chapter 7 Trustee's Notice of Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 09/11/2021    Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 17    days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/01/2021

_John P. Reitman (AV)_
Signature

John P. Reitman
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                  Page 2                        F 9013-1.2.NO.REQUEST.HEARING.DEC

EXHIBIT A

JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
2338 Manning Ave.
Los Angeles, California 90064
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys for
Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING TIME TO FILE AVOIDANCE ACTIONS UNDER 11 U.S.C. § 546; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHN P. REITMAN IN SUPPORT** |
| | **[NO HEARING REQUIRED UNDER LBR 9013-1(o)]** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES,**

　　　**PLEASE TAKE NOTICE** that Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Eagan Avenatti, LLP ("EA"), hereby moves the Court (the "Motion") for an order, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), extending the Trustee's time to file avoidance actions pursuant to 11 U.S.C. § 546 for a period of six months, to and including Monday, March 14, 2022 (without prejudice to the Trustee seeking a further extension as the Trustee deems necessary).

　　　**PLEASE TAKE FURTHER NOTICE** that the Trustee has already filed approximately twenty avoidance complaints, seeking recovery of millions of dollars on behalf of the Estate, and has already resolved certain of those actions.  However, the financial records in the possession of the Trustee's electronic documents manager, Force 10 Partners LLC ("Force 10"), reflect substantial additional transfers of EA funds during the approximately eight-year period prior to EA's bankruptcy filing, and the Trustee obtained information during the course of prosecuting the existing avoidance actions that suggests some of these transfers may also be avoidable and recoverable for the benefit of the Estate.  The Trustee requires additional time to investigate the circumstances surrounding the transfers (and, in some instances, identify the ultimate recipients of the funds) and determine whether there are grounds for filing complaints to seek recovery of those transfers.  Part of that investigation will be performed by Force 10, which to date has been occupied with supporting the Trustee's filing and prosecution of the existing avoidance actions, at Force 10's approved hourly rate.  The remainder of the investigation will be performed by the Trustee's special litigation counsel, as part of its existing contingency engagement, and likely will require efforts to obtain documents from third parties, including filing Rule 2004 motions.  Granting the Trustee the requested six-month extension to perform this investigation will enable the Trustee to identify any additional meritorious avoidance claims the Estate may hold and maximize the return to the Estate and its creditors.

　　　**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the

2

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  proposed relief must be in the form required by Local Bankruptcy Rules 9013-1(f) and (o) and

2  must be filed with the Clerk of the above-entitled Court.  The deadline for any response and

3  request for hearing is 14 days after the date of service of this Motion plus an additional three days

4  for service by mail.  A copy of any response or request for hearing must be served on counsel for

5  the Trustee at the address listed in the caption and on the Office of the United States Trustee, 411

6  W. Fourth Street, Suite 7160, Santa Ana, CA 92701.  Failure to timely respond may be deemed to

7  be consent to the proposed relief.

8       **WHEREFORE**, the Trustee respectfully requests that the Court grant the Motion and

9  extend the Trustee's time to file avoidance actions under 11 U.S.C. § 546 by six months, to and

10 including Monday, March 14, 2022 (without prejudice to the Trustee seeking a further extension

11 as the Trustee deems necessary).

12

13  Dated:  September 11, 2021              LANDAU LAW LLP

14

15                                          By _____ /s/ John P. Reitman _____
                                                     John P. Reitman
16                                          Special Litigation Counsel for Richard A.
                                            Marshack, Chapter 7 Trustee for Eagan Avenatti,
17                                          LLP

18

19

20

21

22

23

24

25

26

27

28

3

**MEMORANDUM OF POINTS AND AUTHORITIES**

Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for the chapter 7 bankruptcy estate (the "Estate") of Eagan Avenatti, LLP ("EA"), respectfully submits this memorandum of points and authorities in support of his motion (the "Motion") for entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), extending the Trustee's time to file avoidance actions pursuant to 11 U.S.C. § 546 for a period of six months, to and including Monday, March 14, 2022 (without prejudice to the Trustee seeking a further extension as the Trustee deems necessary).

I.    **STATEMENT OF FACTS**

Pursuant to a stipulation entered into by Michael Avenatti ("Avenatti"), individually and on behalf of EA, on February 13, 2019, the United States District Court for the Central District of California appointed Brian Weiss as the receiver for EA ("Mr. Weiss" or the "Receiver"). Pursuant to the receivership order, Mr. Weiss was authorized and instructed to take possession of EA's business and financial records and client files including its computer servers. Avenatti, however, thwarted the Receiver's efforts to do so. Ultimately, the Receiver was able to locate EA's six computer servers which had been disconnected and were in the possession of a third-party vendor.

At the request of the Internal Revenue Service (the "IRS"), the Receiver permitted the IRS to take possession of the EA servers so that it could make a forensic image of all information on the servers (the "Forensic Image"). This enabled the IRS to make a permanent copy of the stored information (information on computer servers can be added to, altered, or deleted; information on a forensic image is permanent and cannot be added to, altered, or deleted). After completing its work, the IRS returned the servers and provided a copy of the Forensic Image to the Receiver.

On September 13, 2019, the Receiver filed a voluntary Chapter 7 petition for EA, and the Trustee was appointed as EA's Chapter 7 trustee.

Because EA's business and financial records are all contained in the Forensic Image, and accessing the information in the Forensic Image requires specialized technical information technology knowledge and software programs the Trustee does not possess, the Trustee sought

Landau Law LLP
Attorneys At Law
Los Angeles, California

4

and obtained the Court's approval to retain Mr. Weiss' firm Force 10 Partners, LLC ("Force 10") as his electronic document manager. *See* Docket Nos. 169 and 194. The Trustee also sought and obtained the Court's approval to retain special litigation counsel to, among other things, pursue avoidance actions on a contingency basis. *See* Docket Nos. 33 and 102.

Since that time, Force 10 and the Trustee's counsel have been working diligently to sort through the thousands of transfers of EA funds made during the approximately eight years prior to EA's bankruptcy filing and identify those transfers that are avoidable and recoverable for the benefit of the Estate. That work has been hindered by the cumbersome nature of retrieving information from the Forensic Image and by Avenatti's practice of frequently transferring funds between EA and numerous EA-related and Avenatti-related individuals and entities. Force 10 and the Trustee's counsel have been able to identify millions of dollars of transfers that were avoidable and recoverable for the Estate, and the Trustee has already filed approximately twenty avoidance actions relating to those transfers.

However, the financial records in Force 10's possession reflect substantial additional transfers of EA funds during the approximately eight-year period prior to EA's bankruptcy filing, and the Trustee obtained information during the course of prosecuting the existing avoidance actions that suggests some of these transfers may also be avoidable and recoverable for the benefit of the Estate. The Trustee requires additional time to investigate the circumstances surrounding the transfers (and, in some instances, identify the ultimate recipients of the funds) and determine whether there are grounds for filing complaints to seek recovery of those transfers. Part of that investigation will be performed by Force 10, which to date has been occupied with supporting the Trustee's filing and prosecution of the existing avoidance actions, at Force 10's approved hourly rate. The remainder of the investigation will be performed by the Trustee's special litigation counsel, as part of its existing contingency engagement, and likely will require efforts to obtain documents from third parties, including filing Rule 2004 motions.

/ / /

/ / /

/ / /

5

LANDAU LAW LLP
ATTORNEY AT LAW
LOS ANGELES, CALIFORNIA

**II.    LEGAL ARGUMENT**

 **A. The Period Described in 11 U.S.C. § 546 is Not Jurisdictional and May Be Extended By This Court Upon a Showing of Good Cause.**

  11 U.S.C. § 546 provides in pertinent part that "[a]n action or proceeding under section 544, 545, 547, 548, or 553 of this title may not be commenced after . . . the later of . . . 2 years after the entry of the order for relief; or 1 year after the appointment or election of the first trustee . . . ." 11 U.S.C. § 546.  Because EA's voluntary petition was filed (and therefore its order for relief was entered) on September 13, 2019, the final date for the Trustee to file an avoidance action under 11 U.S.C. §§ 544, 545, 547, 548 or 553 is September 13, 2021 (the "Avoidance Deadline").  *See* 11 U.S.C. § 546(a)(1(A); Fed. R. Bankr. P. 9006(a)(1).

  However, 11 U.S.C. § 546 (and the Avoidance Deadline) is not jurisdictional (it is simply a statute of limitation) and may be extended by a motion made under Federal Rule of Bankruptcy Procedure 9006(b).[1]  *See IBT Int'l, Inc. v. Northern (In re Int'l Admin Servs.)*, 408 F.3d 689, 699 (11th Cir. 2005) (citing *In re Rodriguez*, 283 B.R. 112, 116-18 (Bankr. E.D.N.Y. 2001) (finding 11 U.S.C. § 546 to be a true statute of limitations, and subject to enlargement by court order)); *accord In re United Ins. Mgmt., Inc.*, 14 F.3d 1380, 1384 (9th Cir. 1993); *Official Creditors' Comm. for Omect, Inc., v. Electrochem Funding, LLC (In re Omect, Inc.)*, 349 B.R. 620, 624-25 (Bankr. N.D. Cal. 2006) (stating that the legislative history of 11 U.S.C. § 546 indicates "[t]he time limits set forth therein are not intended to be jurisdictional and can be extended by stipulation between the necessary parties to the action or proceeding").

  The extension of the 11 U.S.C. § 546 deadline may be ordered upon a showing of "cause" under Rule 9006(b) if the Court extends the period before it expires.  The court in *In re Fundamental Long Term Care, Inc.*, 501 B.R. 784, 788 (Bankr. M.D. Fla. 2013), concluded that the appropriate standard for enlargement of the 11 U.S.C. § 546 period under Federal Rule of Bankruptcy Procedure 9006 is the "for cause" standard:

---

[1] "[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . order the period enlarged."  Federal Rule of Bankruptcy Procedure 9006(b).

Landau Law LLP
Attorneys At Law
Los Angeles, California

6

1      It seems to the Court that the appropriate standard would be the "for cause" analysis

2      under Rule 9006.  The Trustee here seeks an enlargement of the time *before the*

3      *period has expired* . . . .

4   501 B.R. at 789 (emphasis added).  Here, the Trustee has requested an extension of the Avoidance

5   Deadline before it has lapsed (*i.e.*, before September 13, 2021).

6      **B.      The Court Should Extend the Avoidance Period Because the Trustee Has**

7      **Shown "Cause" Under Rule 9006(b).**

8      The Court should extend the Avoidance Period for six months, to and including Monday,

9   March 14, 2022, because the Trustee has clearly shown cause under Rule 9006(b).

10      As explained above, although the Trustee and his professionals have been working

11   diligently to identify avoidable transfers and seek recovery of those transfers (and, in fact,

12   approximately twenty avoidance actions have already been filed, a few of which have already been

13   resolved), the volume of pre-petition financial information to be analyzed, the cumbersome nature

14   of accessing that information in the Forensic Image, and Avenatti's practice of transferring funds

15   among entities without explanation have all delayed that work.  Additionally, the Trustee obtained

16   information (not previously known to the Trustee) in the course of prosecuting the existing

17   avoidance actions indicating that additional transfers of EA funds may be avoidable and recoverable

18   for the benefit of the Estate.  Accordingly, the Trustee requires additional time to investigate the

19   circumstances surrounding those transfers (and, in some instances, identify the ultimate recipients

20   of the funds), to determine whether there are grounds for filing complaints to seek recovery of those

21   transfers.  Granting the Trustee the requested six-month extension to perform this investigation will

22   enable the Trustee to identify any additional meritorious avoidance claims the Estate may hold and

23   maximize the return to the Estate and its creditors.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

III.    **<u>CONCLUSION</u>**

For all of the foregoing reasons, the Trustee respectfully requests that the Court grant the Motion and extend the Trustee's time to file avoidance actions under 11 U.S.C. § 546 by six months, to and including Monday, March 14, 2022 (without prejudice to the Trustee seeking a further extension as the Trustee deems necessary).

Dated:  September 11, 2021                    LANDAU LAW LLP


By _____/s/ John P. Reitman_____
                    John P. Reitman
Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP

8

<u>**DECLARATION OF JOHN P. REITMAN**</u>

I, John P. Reitman, declare as follows:

1.      My firm is special litigation counsel for Richard A. Marshack (the "Trustee") in his capacity as the Chapter 7 trustee for the bankruptcy estate (the "Estate") of Eagan Avenatti, LLP ("EA"). The facts set forth in this declaration are true of my own personal knowledge or are true to the best of my knowledge, information, and belief. If called as a witness, I could and would testify competently to the facts set forth herein. I make this declaration in support of the *Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546* (the "Motion").

2.      Pursuant to a stipulation entered into by Michael Avenatti ("Avenatti"), individually and on behalf of EA, on February 13, 2019, the United States District Court for the Central District of California appointed Brian Weiss as the receiver for EA ("Mr. Weiss" or the "Receiver"). My firm served as counsel to Mr. Weiss in his capacity as the Receiver. Pursuant to the receivership order, Mr. Weiss was authorized and instructed to take possession of EA's business and financial records and client files including its computer servers. Avenatti, however, thwarted the Receiver's efforts to do so. Ultimately, the Receiver was able to locate EA's six computer servers which had been disconnected and were in the possession of a third-party vendor.

3.      At the request of the Internal Revenue Service (the "IRS"), the Receiver permitted the IRS to take possession of the EA servers so that it could make a forensic image of all information on the servers (the "Forensic Image"). This enabled the IRS to make a permanent copy of the stored information (information on computer servers can be added to, altered, or deleted; information on a forensic image is permanent and cannot be added to, altered, or deleted). After completing its work, the IRS returned the servers and provided a copy of the Forensic Image to the Receiver.

4.      On September 13, 2019, the Receiver filed a voluntary Chapter 7 petition for EA, and the Trustee was appointed as EA's Chapter 7 trustee.

5.      Because EA's business and financial records are all contained in the Forensic Image, and accessing the information in the Forensic Image requires specialized technical information technology knowledge and software programs the Trustee does not possess, the

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   Trustee sought and obtained the Court's approval to retain Mr. Weiss' firm Force 10 Partners,

2   LLC ("Force 10") as his electronic document manager. *See* Docket Nos. 169 and 194. The

3   Trustee also sought and obtained the Court's approval to retain my firm as special litigation

4   counsel to, among other things, pursue avoidance actions on a contingency basis. *See* Docket Nos.

5   33 and 102.

6          6.      Since that time, Force 10 and my firm have been working diligently to sort through

7   the thousands of transfers of EA funds made during the approximately eight years prior to EA's

8   bankruptcy filing and identify those transfers that are avoidable and recoverable for the benefit of

9   the Estate. That work has been hindered by the cumbersome nature of retrieving information from

10  the Forensic Image and by Avenatti's practice of frequently transferring funds between EA and

11  numerous EA-related and Avenatti-related individuals and entities. Force 10 and my firm have

12  been able to identify millions of dollars of transfers that were avoidable and recoverable for the

13  Estate, and the Trustee has already filed approximately twenty avoidance actions relating to those

14  transfers.

15         7.      However, the financial records in Force 10's possession reflect substantial

16  additional transfers of EA funds during the approximately eight-year period prior to EA's

17  bankruptcy filing, and my firm obtained information (not previously known to me) during the

18  course of prosecuting the existing avoidance actions that suggests some of these transfers may also

19  be avoidable and recoverable for the benefit of the Estate. The Trustee requires additional time to

20  investigate the circumstances surrounding the transfers (and, in some instances, identify the

21  ultimate recipients of the funds) and determine whether there are grounds for filing complaints to

22  seek recovery of those transfers. Part of that investigation will be performed by Force 10, which to

23  date has been occupied with supporting the Trustee's filing and prosecution of the existing

24  avoidance actions, at Force 10's approved hourly rate. The remainder of the investigation will be

25  performed by my firm, as part of its existing contingency engagement, and likely will require

26  efforts to obtain documents from third parties, including filing Rule 2004 motions.

27         8.      I believe that granting the six-month extension requested in the Motion is in the

28  best interest of the Estate and its creditors, and there is "cause" to grant the extension under Fed.

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

10

1   R. Bankr. P. 9006(b), because it will allow the Trustee to identify any additional meritorious

2   avoidance claims the Estate may hold and maximize the return to the Estate and its creditors.

3          I declare under penalty of perjury that the foregoing is true and correct.

4          Executed on September 11, 2021, at Buttonwillow, California.

5

6                                                _/s/ John P. Reitman_____
                                                     John P. Reitman
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Ave., Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*):**Chapter 7 Trustee's Notice of Motion and Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)**,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 11, 2021 | Vanessah Berstecher | /s/ Vanessah Berstecher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (CONTINUED)**:

- **James C Bastian**    jbastian@shulmanbastian.com
- **Christopher L Blank**    chris@chrisblanklaw.com
- **Mark S Bostick**    mbostick@wendel.com, bankruptcy@wendel.com
- **Steven Casselberry**    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey I Golden**    jgolden@wgllp.com,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **David B Golubchik**    dbg@lnbyb.com, stephanie@lnbyb.com
- **Martin B Greenbaum**    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Robert J Im**    rim@mcglinchey.com, irvineECF@mcglinchey.com
- **Richard L Kellner**    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **Erick Kuylman**    erick.kuylman@warrenterzian.com
- **Jessica R MacGregor**    jmacgregor@longlevit.com, lmyers@longlevit.com
- **Aaron J Malo**    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Filippo Marchino**    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com
- **Judith E Marshack**    jmarshack@marshackhays.com,
  jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Meghan C Murphey**    meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Aditi Paranjpye**    aparanjpye@cairncross.com,
  gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Misty A Perry Isaacson**    misty@ppilawyers.com,
  ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- **Eric S Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**    david@reederlaw.com, secretary@reederlaw.com
- **Jack A. Reitman**    jareitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Nanette D Sanders**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Michael Simon**    msimon@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
**F 9013-3.1.PROOF.SERVICE**

# EXHIBIT B

1 | JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
2 | MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
3 | LANDAU LAW LLP
2338 Manning Ave.
4 | Los Angeles, California 90064
Telephone: (310) 557-0050
5 | Facsimile: (310) 557-0056

6 | Special Litigation Attorneys for
Richard A. Marshack,
7 | Chapter 7 Trustee for Eagan Avenatti, LLP

8

9

10

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11 | In re | Case No.: 8:19-bk-13560-SC

12 | EAGAN AVENATTI, LLP, | Chapter 7

13 | Debtor. | **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION FOR ORDER EXTENDING TIME TO FILE AVOIDANCE ACTIONS UNDER 11 U.S.C. § 546**

14

15

16 | **[NO HEARING REQUIRED UNDER LBR 9013-1(o)]**

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

2   **JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED**

3   **PARTIES,**

4       **PLEASE TAKE NOTICE** that Richard A. Marshack, Chapter 7 Trustee (the "Trustee")

5   for the bankruptcy estate (the "Estate") of Eagan Avenatti, LLP ("EA"), has moved the Court (the

6   "Motion") for an order, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), extending the

7   Trustee's time to file avoidance actions pursuant to 11 U.S.C. § 546 for a period of six months, to

8   and including Monday, March 14, 2022 (without prejudice to the Trustee seeking a further

9   extension as the Trustee deems necessary).

10      **PLEASE TAKE FURTHER NOTICE** that the Trustee has already filed approximately

11  twenty avoidance complaints, seeking recovery of millions of dollars on behalf of the Estate, and

12  has already resolved certain of those actions.  However, the financial records in the possession of

13  the Trustee's electronic documents manager, Force 10 Partners LLC ("Force 10"), reflect

14  substantial additional transfers of EA funds during the approximately eight-year period prior to

15  EA's bankruptcy filing, and the Trustee obtained information during the course of prosecuting the

16  existing avoidance actions that suggests some of these transfers may also be avoidable and

17  recoverable for the benefit of the Estate.  The Trustee requires additional time to investigate the

18  circumstances surrounding the transfers (and, in some instances, identify the ultimate recipients of

19  the funds) and determine whether there are grounds for filing complaints to seek recovery of those

20  transfers.  Part of that investigation will be performed by Force 10, which to date has been

21  occupied with supporting the Trustee's filing and prosecution of the existing avoidance actions, at

22  Force 10's approved hourly rate.  The remainder of the investigation will be performed by the

23  Trustee's special litigation counsel, as part of its existing contingency engagement, and likely will

24  require efforts to obtain documents from third parties, including filing Rule 2004 motions.

25  Granting the Trustee the requested six-month extension to perform this investigation will enable

26  the Trustee to identify any additional meritorious avoidance claims the Estate may hold and

27  maximize the return to the Estate and its creditors.

28      **PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain a complete copy

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

1  of the Motion may do so by contacting Vanessah Berstecher at vberstecher@landaufirm.com.

2      **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the

3  proposed relief must be in the form required by Local Bankruptcy Rules 9013-1(f) and (o) and

4  must be filed with the Clerk of the above-entitled Court. The deadline for any response and

5  request for hearing is 14 days after the date of service of this Motion plus an additional three days

6  for service by mail. A copy of any response or request for hearing must be served on counsel for

7  the Trustee at the address listed in the caption and on the Office of the United States Trustee, 411

8  W. Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed to

9  be consent to the proposed relief.

10

11  Dated: September 11, 2021        LANDAU LAW LLP

12

13                  By _____/s/ John P. Reitman_____

14                        John P. Reitman
                Special Litigation Counsel for Richard A.

15                  Marshack, Chapter 7 Trustee for Eagan Avenatti,
                LLP

16

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Ave., Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*):***Chapter 7 Trustee's Notice of Motion for Order
Extending Time to File Avoidance Actions Under 11 U.S.C. § 546*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 11, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Please see attached list.***                                          ☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 11, 2021 | Vanessah Berstecher | /s/ Vanessah Berstecher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (CONTINUED)**:

- **James C Bastian**    jbastian@shulmanbastian.com
- **Christopher L Blank**    chris@chrisblanklaw.com
- **Mark S Bostick**    mbostick@wendel.com, bankruptcy@wendel.com
- **Steven Casselberry**    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey I Golden**    jgolden@wgllp.com,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **David B Golubchik**    dbg@lnbyb.com, stephanie@lnbyb.com
- **Martin B Greenbaum**    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Robert J Im**    rim@mcglinchey.com, irvineECF@mcglinchey.com
- **Richard L Kellner**    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **Erick Kuylman**    erick.kuylman@warrenterzian.com
- **Jessica R MacGregor**    jmacgregor@longlevit.com, lmyers@longlevit.com
- **Aaron J Malo**    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Filippo Marchino**    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com
- **Judith E Marshack**    jmarshack@marshackhays.com,
  jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Meghan C Murphey**    meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Aditi Paranjpye**    aparanjpye@cairncross.com,
  gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Misty A Perry Isaacson**    misty@ppilawyers.com,
  ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- **Eric S Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**    david@reederlaw.com, secretary@reederlaw.com
- **Jack A. Reitman**    jareitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Nanette D Sanders**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Michael Simon**    msimon@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL (CONTINUED)**:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:19-bk-13560-SC
Central District of California
Santa Ana
Sat Sep 11 15:01:20 PDT 2021

Cozway Mackenzie Inc.
333 South Hope Street
Suite 3625
Los Angeles, CA 90071-3000

Burke, Williams & Sorensen, LLP
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067

Eagan Avenatti, LLP
20341 SW Birch, Suite 220
Newport Beach, CA 92660-1514

Edward M. Ricci, P.A.
c/o Reeder Law Corporation
1875 Century Park East
1875 Century Park E, Suite 700
Suite 700
Los Angeles, CA 90067-2508

Eisenhower Carlson PLLC
Steven Casselberry
Musick Peeler & Garrett LLP
650 Town Center Dr., Ste. 1200
Costa Mesa, CA 92626-7166

Force 10 Partners, LLC
20341 SW Birch Ste 220
Newport Beach, CA 92660-1514

Hahn Fife & Company
790 E Colorado Blvd 9th Fl
Pasadena, CA 91101-2193

Landau Law LLP
1880 Century Park East, Suite 1101
Los Angeles, CA 90067-1608

Murphey & Murphey, APC
120 Vantis Dr Ste 300
Aliso Viejo, CA 92656-2677

The X-Law Group, P.C.
625 Fair Oaks Avenue
Suite 390
South Pasadena, CA 91030-5817

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

500/550 Newport Center Drive, LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701-5017

520 Newport Center Drive LLC
c/o Mark A Kompa Esq
233113 S Plaza Pointe
Suite 100
Laguna Hills, CA 92653

520 Newport Center Drive, LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701-5017

AT&T Teleconference Services
PO Box 5002
Carol Stream, IL 60197-5002

Acamar Investments
John Casperson
999 Third Avenue
Suite 2600
Seattle, WA 98104-4018

Ace Parking Management Inc
610 Newport Center Drive
Suite 50
Newport Beach, CA 92660-6416

Aderant Holdings
LOCKBOX PO Box 931177
Atlanta, GA 31193-0001

Advanced Discovery
PO 102242
Atlanta, GA 30368-2242

Affordable Moving & Storage
PO Box 361
Garden Grove, CA 92842-0361

Ahmed Ibrahim
29 Soho
Irvine, CA 92612-1083

Alexis Gardner
c/o The X-Law Group, PC
625 Fair Oaks Avenue, Suite 390
South Pasadena, CA 91030-5817

Allied Universal Security Systems
PO Box 732565
Dallas, TX 75373-2565

Alphagraphics
221 King Street
Madison, WI 53703-3419

Andrew Stolper
Frank Simms Stolper  LLP
19800 MacArthur Blvd
Suite 855
Irvine, CA 92612-8444

Anthem Blue Cross
PO Box 54630
Los Angeles, CA 90054-0630

Authentic Entertainment Properties
c/o Andrew D  Stolper  Esq
19800 MacArthur Blvd Ste 855
Irvine, CA 92612-8444

Baker Hostetler
Attn Elizabeth Green
200 S Orange Ave
Suite 2300
Orlando, FL 32801-3432

Baker Keener & Nahra LLP
633 West Fifth Street
Suite 5400
Los Angeles, CA 90071-2060

Baker, Keener & Nahra, LLP
c/o Phillip A. Baker
633 West 5th Street, Suite 5500
Los Angeles CA 90071-2014

Barkley Court Reporters
10350 Santa Monica Blvd
Suite 200
Los Angeles, CA 90025-6923

Ben Hyatt
17835 Ventura Blvd
Suite 310
Encino, CA 91316-3683

Brian Weiss
Force Ten Partners LLC
20341 SW Birch St Suite 220
Newport Beach CA 92660-1514

Burlington & Rockenbach PA
444 W Railroad Ave
Suite 350
West Palm Beach, FL 33401-4112

CA Department of Revenue
CA Franchise Tax Board
PO Box 1468
Sacramento, CA 95812-1468

CCROLA
205 Broadway
Suite 200
Los Angeles, CA 90012-3607

California Bank & Trust
Attn David Blackford
11622 El Camino Real
Suite 200
San Diego, CA 92130-2051

California Bank & Trust
PO Box 30833
Salt Lake City, UT 84130-0833

California Dept of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279-0001

California Dept. of Tax & Fee Administration
Special Operations Branch MIC:55
PO BOX 942879
SACRAMENTO CA 94279-0055

Cantral Communications
11830 Pierce Street
Suite 100
Riverside, CA 92505-5175

Carlos Colorado
c/o Hodes Milman LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661

(p)CASCADE CAPITAL GROUP
1501 4TH AVE
SUITE 2840
SEATTLE WA 98101-3262

City of Newport Beach
PO Box 3080
Newport Beach, CA 92658-3080

Collision and Injury Dynamics Inc
149 Sheldon Street
El Segundo, CA 90245-3916

Competition Economics LLC
2000 Powell Street
Suite 510
Emeryville, CA 94608-1886

Corey Spound & Michael Spound
c/o Frank Sims & Stolper LLP
19800 MacArthur Blvd
#855
Irvine, CA 92612-8444

County of Orange
Attn Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

County of Orange
PO Box 4515
Santa Ana, CA 92702-4515

(p)COX COMMUNICATIONS
ATTN BANKRUPTCY CENTER
1341 CROSSWAYS BLVD
CHESAPEAKE VA 23320-2897

CrossPlans
23041 Avenida de la Carlota
Suite 300
Laguna Hills, CA 92653-1572

Damon Rogers
c/o The X-Law Group, PC
625 Fair Oaks Avenue, Suite 390
South Pasadena, CA 91030-5817

Damon Rogers
c/o X-Law Group
910 Sunset Blvd
Suite 450
Los Angeles, CA 90012

David Golubchik Esq
Levene Neale Bender Yoo & Brill
10250 Constellation Blvd
Suite 1700
Los Angeles, CA 90067-6253

David H. Stein, Esq.
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-1146

David W Stewart PhD
13031 Villosa Place #121
Playa Vista, CA 90094-6500

Dennis M. Bill
12811 Whittington Ct
Largo, FL 33773-1875

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dept of the Treasury IRS
Ogden, UT 84201-0013

Developing Opportunities
& Solutions LLC
611 South Main Street
#400
Grapevine, TX 76051-5477

E. Timothy Fitzgibbons
CAPPELLO & NOL LLP
831 State Street
Santa Barbara, CA 93101-3227

Edward M. Ricci, P.A. and Edward M. Ricci, E
c/o Reeder Law Corp., Attn: D. Reeder
1875 Century Park E
Suite 700
Los Angeles, CA 90067-2508

Edward M. Ricci, P.A., and Edward M. Ricci,
c/o Reeder Law Corp, Attn: David Reeder
1875 Century Park East, Suite 700
Los Angeles, CA 90067-2508

Eisenhower Carlson PLLC
Wells Fargo Plaza
Suite 1200 1201 Pacific Ave
Tacoma, WA 98402-4395

Employers Preferred Insurance Co
PO Box 53089
Phoenix, AZ 85072-3089

Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280-0001

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Employment Development Department
P O Box 989061
West Sacramento, CA 95798-9061

Esner Chang & Boyer
234 East Colorado Blvd
Suite 750
Pasadena, CA 91101-2223

Esquire Deposition Solutions
2700 Centennial Tower 101
Marrietta Street
Atlanta, GA 30303

Executive Presentations
915 Wilshire Blvd
Suite 1700
Los Angeles, CA 90017-3462

F Timothy Fitzgibbons
William Parrish
c/o Cappello & Noel LLP
831 State Street Suite 210
Santa Barbara, CA 93101-3227

FIRST LEGAL NETWORK, LLC
PO BOX 743451
LOS ANGELES, CA 90074-3451

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FedEx
PO Box 7221
Pasadena, CA 91109-7321

FedEx Corporate Services Inc.
3965 Airways Blvd Module G 3rd Flr
Memphis TN 38116-5017

File & Serve Xpress
PO Box 679058
Dallas, TX 75267-9058

First Legal Records
PO Box 749469
Los Angeles, CA 90074-9469

Force Ten Partners LLC
20341 SW Birch
Suite 220
Newport Beach, CA 92660-1514

Franchise Tax Board
Bankruptcy Section MS A 340
PO Box 2952
Sacramento, CA 95812-2952

Garrett Mosier Griffith Sistru
6201 Oak Canyon
#100
Irvine, CA 92618-5232

Gass Weber Mullins LLC
309 N Water St
Milwaukee, WI 53202-5769

Geoffrey E Johnson
c/o Callahan & Blaine APLC
3 Hutton Centre Drive
Ninth Floor
Santa Ana, CA 92707-5781

Geoffrey E. Johnson
c/o Raphael Cung
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707-5781

Gerald Tobin
2014 Edgewater Drive #169
Orlando, FL 32804-5312

Green Street Advisors
660 Newport Center Drive
Suite 800
Newport Beach, CA 92660-6409

Gregory Barela
Steven E. Bledsoe, Esq.
Larson O'Brien LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071-2416

Gregory and Talitha Barela
c/o Larson O Brien LLP
55 South Flower St
Suite 4400
Los Angeles, CA 90071

HSNO
PO Box 51067
Los Angeles, CA 90051-5367

Humberto J. Gray
11726 San Vicente Blvd
Suite 670
Los Angeles, CA 90049-5049

Innovative Computing Systems
2780 Skypark Dr
Suite 125
Torrance, CA 90505-7528

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Personnel
Protection Inc
PO Box 92493
Austin, TX 78709-2493

Intl Church of the Foursquare
100 Bayview Circle
Suite 2600 Dept 8
Newport Beach, CA 92660-8924

Isaac Marcushamer
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-5319

Jack A. Reitman
1880 Century Park East
Suite 1101
Los Angeles, CA 90067-1608

Jack Cross & Associates Inc
9070 Irvine Center Drive
Suite 220
Irvine, CA 92618-4687

Jams
PO Box 845402
Los Angeles, CA 90084-5402

Jason Frank Law PLC
19800 MacArthur Blvd
Suite 855
Irvine, CA 92612-8444

Jason Frank Law PLC
Frank Sims Stolper LLP
19800 MacArthur Blvd
Suite 855
Irvine, CA 92612-8444

Jason Frank Law, PLC/Jason M. Frank
c/o Frank Sims & Stolper LLP
19800 MacArthur Boulevard, Suite 855
Irvine, CA 92612-8444

John C Crotts Consulting
688 Serotina Court
Mount Pleasant, SC 29464-5171

Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705-4058

KCC
222 N Pacific Coast Hwy
3rd Floor
El Segundo, CA 90245-5648

KNJ Ventures
1106 A Broadway
Santa Monica, CA 90401

L Lin Wood PC
1180 West Peachtree Street
Suite 2400
Atlanta, GA 30309-3482

Landau Gottfried & Berger LLP
1880 Century Park East
Suite 1101
Los Angeles, CA 90067-1608

Lewis Roca Rothgerber
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996

Lisa Storie-Avenatti
3419 Via Lida 610
Newport Beach, CA 92663-3908

Litigation Services
3700 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169

Mark Calvert
1501 4th Ave, Suite 2840
Seattle, WA 98101-3262

Mark S  Horoupian Esq
Sulmeyer Kupetz
2424 SE Bristol St
Suite 300
Newport Beach, CA 92660-0764

Martindale-Hubbel
PO Box 59757
Los Angeles, CA 90074-9757

Mehler & Hagestrom
1660 West 2nd Street
Suite 780
Cleveland, OH 44113-1455

Michael Avenatti
10000 Santa Monica
21st Floor
Los Angeles, CA 90067-7000

Momentum Engineering Corp
2862 Columbia Street
Torrance, CA 90503-3808

Najah J  Shariff  Esq
United States Attorney s Office
Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012-3336

Nationwide Legal LLC
1609 James M Wood Blvd
Los Angeles, CA 90015-1005

Case 8:19-bk-13560-SC    Doc 321    Filed 09/11/21    Entered 09/11/21 15:31:46    Desc
Main Document    Page 10 of 13

Norell Consulting Inc
218 Catherin Park
Glendora, CA 91741-3017

Office of Administrative Hearings
2349 Gateway Oaks Dr
Suite 200
Sacramento, CA 95833-4244

Pacer
PO Box 71364
Philadelphia, PA 19176-1364

Paperstreet Web Design
219 SW 17th Street
Fort Lauderdale, FL 33315-1745

Passport 420
CAPPELLO & NOL LLP
831 State Street
Santa Barbara, CA 93101-3227

Personal Court Reporters Inc
14520 Sylvan Street
Van Nuys, CA 91411-2324

Personal Court Reporters, Inc
Law Offices of Philip Landsman
5776 Lindero Canyon Rd Ste D-366
Westlake Village CA 91362-6428

PitneyBowes Global Fin Services LLC
PO Box 371887
Pittsburgh, PA 15250-7887

Poyner Spruill LLP
PO Box 1801
Raleigh, NC 27602-1801

Purchase Power
P O  Box 371874
Pittsburgh, PA 15250-7874

Raines Feldman
18401 Von Karman Ave
Suite 360
Irvine, CA 92612-8541

Raines Feldman LLP
Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-4201

Rest Your Case Evidence Storage
6364 Irwindale Road
Irwindale, CA 91702-3210

Ricoh USA Inc
PO Box 31001-0850
Pasadena, CA 91110-0850

Robert J Stoll Jr
Stoll Nussbaum & Polakov APC
c/o Keathley & Keathley LLP
2030 Main Street Suite 210
Irvine, CA 92614-8223

Scott Sims
Frank Sims Stolper LLP
19800 MacArthur Blvd
Suite 855
Irvine, CA 92612-8444

Shred-It USA
PO Box101007
Pasadena, CA 91189-1007

Simpson Deposition
1314 E Chapman Ave
Orange, CA 92866-2219

SoCal Subpoena
115 Pine Avenue
Suite 320
Long Beach, CA 90802-4479

Software Technology LLC
1621 Cushman Drive
Lincoln, NE 68512-1200

Special Delivery Service Inc
5470 LBJ Freeway
Dallas, TX 75240-1044

Staples
PO Box 83689
Chicago, IL 60696-3689

State of CA Employment Development
Lien Group MIC 92G
PO Box 826880
Sacramento, CA 94280-0001

Steven E. Bledsoe
Larson O'Brien LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071-2416

Stoll, Nussbaum & Polakov APC
c/o Keathley & Keathley LLP
2030 Main Street Suite 210
Irvine, CA 92614-8223

Suzy Quinn
304 East 65th Street Apt 36A
New York, NY 10065-6786

The Irvine Company
PO Box 841387
Los Angeles, CA 90084-1387

The Montage Laguna Beach
Finance Dept
30801 South Coast Highway
Norwalk, CA 90651

The Montlake Group LLC
16639 Sunset Blvd
Pacific Palisades, CA 90272-3202

The Neurobehavioral Clinic
13 Orchard Road
Suite 103
Lake Forest, CA 92630-8321

        Case 8:19-bk-13560-SC    Doc 321    Filed 09/11/21    Entered 09/11/21 15:31:46    Desc
                        Main Document        Page 11 of 13

The Peoples Bank
Biloxi Mississippi
152 Lameuse Street
Biloxi, MS 39530-4214

The X-Law Group
1910 Sunset Blvd
Suite 450
Los Angeles, CA 90026-7118

The X-Law Group, PC
625 Fair Oaks Avenue, Suite 390
South Pasadena, CA 91030-5817


Thomas J Berger MD
2451 Brickell Avenue
#12-C
Miami, FL 33129-2469

Thomas West
West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292

Todd D. Baraniak
2303 Jonquil Ct.
Naperville, IL 60540-6285


US Legal Support Inc
PO Box 864407
Orlando, FL 32886-4407

Unisearch
PO Box 11940
Olympia, WA 98508-1940

United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044-0683


United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Universal Protection Service
PO Box 732565
Dallas, TX 75373-2565

Veritext
PO Box 71303
Chicago, IL 60694-1303


Verizon
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6338

Verizon Wireless
P O  Box 660108
Dallas, TX 75266-0108

Wilentz Goldman & Spitzer PA
90 Woodbridge Center Dr
Suite 900 Box 10
Woodbridge, NJ 07095-1146


Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Attn: David H. Stein, Esq.
Woodbridge, NJ 07095-1146

William Parrish
CAPPELLO & NOL LLP
831 State Street
Santa Barbara, CA 93101-3227

iManage LLC
PO Box 71701
Chicago, IL 60694-1701


iNSERViO3
18013 Sky Park Cir
Irvine, CA 92614-6518

Alexis Gardner
625 Fair Oaks Avenue
Suite 390
South Pasadena, CA 91030-5817

Damon Rogers
625 Fair Oaks Avenue
Suite 390
South Pasadena, CA 91030-5817


Hrayr Shahinian
700 S. Flower St., Suite 1000
Los Angeles, CA 90017-4112

Jack A. Reitman
Landau Law LLP
2338 Manning Ave.
Los Angeles, CA 90064-2208

(p)LAW OFFICES OF PHILIP LANDSMAN
5776 LINDERO CANYON ROAD SUITE D-666
WESTLAKE VILLAGE CA 91362-6428


(p)RICHARD A MARSHACK
ATTN MARSHACK HAYS LLP
870 ROOSEVELT
IRVINE CA 92620-3663


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Case 8:19-bk-13560-SC    Doc 321    Filed 09/11/21    Entered 09/11/21 15:31:46    Desc
Main Document      Page 12 of 13

Cascade Capital Group
815 First Avenue
#150
Seattle, WA 98104

(d)Cascade Capital Group LLC
1501 4th Ave, Suite 2840
Seattle, WA 98101

Cox Communications
PO Box 53280
Phoenix, AZ 85072-3280


Department of Treasury
Internal Revenue Service
Attn Mee Cha
PO Box 145595  Stop 8420G
Cincinnati, OH 45250-5585

(d)Department of Treasury
Internal Revenue Service
Attn Mee Cha
PO Box 145595 Stop 8420G
Cincinnati, OH 45250-5585

(d)Department of Treasury
Internal Revenue Service
S Muhammad PO Box 145595 Stop 8402G
Cincinnati, OH 45250-5585


(d)Dept of Treasury
Internal Revenue Service
Attn Maria R Galvan
1919 Smith Street M/S 5024 HOU
Houston, TX 77002

(d)Internal Revenue Service
S Muhammad PO Box 145595 Stop 8420G
Cincinnati, OH 45250-5585

Philip Landsman
Law Office of Philip Landsman
5776 Lindero Canyon Rd Ste D-666
Westlake Village, CA 91362


Richard A Marshack (TR)
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bicher & Associates

(u)Courtesy NEF

(u)Kellner Law Group PC


(u)Marshack Hays LLP

(u)Stoll, Nussbaum & Polakov

(u)Client 1


(u)Client 2

(u)Client 3

(u)Client 4


(u)Client 5

(d)Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

(d)Landau Law LLP
1880 Century Park East
Suite 1101
Los Angeles, CA 90067-1608


(u)Stephanie Clifford

(u)Avenatti Michael

(u)Simeon Osborn

(d) Suzy Quinn
304 East 65th Street Apt 36A
New York, NY 10065-6786

End of Label Matrix
Mailable recipients    174
Bypassed recipients     16
Total                  190

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Ave., Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*): **_Declaration That No Party Requested a Hearing on Motion LBR 9013-1(o)(3)_** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 1, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 1, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Scott C. Clarkson**
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

***Please see attached list.***                ☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2021 | Anastasia Vedrova | /s/ Anastasia Vedrova |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (CONTINUED)**:

- **James C Bastian**    jbastian@shulmanbastian.com
- **Christopher L Blank**    chris@chrisblanklaw.com
- **Mark S Bostick**    mbostick@wendel.com, bankruptcy@wendel.com
- **Steven Casselberry**    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey I Golden**    jgolden@wgllp.com,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **David B Golubchik**    dbg@lnbyb.com, stephanie@lnbyb.com
- **Martin B Greenbaum**    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
  drive.com
- **Robert J Im**    rim@mcglinchey.com, irvineECF@mcglinchey.com
- **Richard L Kellner**    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **Erick Kuylman**    erick.kuylman@warrenterzian.com
- **Jessica R MacGregor**    jmacgregor@longlevit.com, lmyers@longlevit.com
- **Aaron J Malo**    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Filippo Marchino**    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com
- **Judith E Marshack**    jmarshack@marshackhays.com,
  jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Robert S Marticello**    Rmarticello@swelaw.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Meghan C Murphey**    meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Aditi Paranjpye**    aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Misty A Perry Isaacson**    misty@ppilawyers.com,
  ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
- **Eric S Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **David M Reeder**    david@reederlaw.com, secretary@reederlaw.com
- **Jack A. Reitman**    jareitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com
- **Nanette D Sanders**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Michael Simon**    msimon@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL (CONTINUED)**:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

List of Creditors:
Eagan Avenatti, LLP

    20341 SW Birch, Suite 220
Newport Beach, CA 92660-1514


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Hahn Fife & Company
790 E Colorado Blvd 9th Fl
Pasadena, CA 91101-2193


The X-Law Group, P.C.
625 Fair Oaks Avenue
Suite 390
South Pasadena, CA 91030-5817


520 Newport Center Drive LLC  c/
o Mark A Kompa Esq
233113 S Plaza Pointe
Suite 100
Laguna Hills, CA 92653


Acamar Investments
John Casperson
999 Third Avenue
Suite 2600
Seattle, WA 98104-4018


Advanced Discovery
PO 102242
Atlanta, GA 30368-2242


Alexis Gardner
c/o The X-Law Group, PC
625 Fair Oaks Avenue, Suite 390
South Pasadena, CA 91030-5817


Andrew Stolper
Frank Simms Stolper LLP  19800
MacArthur Blvd
Suite 855
Irvine, CA 92612-8444

Conway Mackenzie, Inc.
333 South Hope Street
Suite 3625
Los Angeles, CA 90071-3000


Edward M. Ricci, P.A.
c/o Reeder Law Corporation
1875 Century Park East
1875 Century Park E, Suite 700
Suite 700
Los Angeles, CA 90067-2508

Force 10 Partners, LLC
20341 SW Birch Ste 220
Newport Beach, CA 92660-1514


Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500


520 Newport Center Drive, LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701-5017


Ace Parking Management Inc
610 Newport Center Drive
Suite 50
Newport Beach, CA 92660-6416


Affordable Moving & Storage
PO Box 361
Garden Grove, CA 92842-0361


Allied Universal Security Systems PO
Box 732565
Dallas, TX 75373-2565


Anthem Blue Cross
PO Box 54630
Los Angeles, CA 90054-0630

Burke, Williams & Sorensen, LLP
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067


Eisenhower Carlson PLLC
Steven Casselberry
Musick Peeler & Garrett LLP
650 Town Center Dr., Ste. 1200
Costa Mesa, CA 92626-7166


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Murphey & Murphey, APC
120 Vantis Dr Ste 300
Aliso Viejo, CA 92656-2677


500/550 Newport Center Drive, LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701-5017


AT&T Teleconference Services
PO Box 5002
Carol Stream, IL 60197-5002


Aderant Holdings
LOCKBOX PO Box 931177
Atlanta, GA 31193-0001


Ahmed Ibrahim
29 Soho
Irvine, CA 92612-1083


Alphagraphics
221 King Street
Madison, WI 53703-3419


Authentic Entertainment Properties
c/o Andrew D  Stolper  Esq
19800 MacArthur Blvd Ste 855
Irvine, CA 92612-8444

Baker Hostetler
Attn Elizabeth Green
200 S Orange Ave
Suite 2300
Orlando, FL 32801-3432

Baker Keener & Nahra LLP
633 West Fifth Street
Suite 5400
Los Angeles, CA 90071-2060

Baker, Keener & Nahra, LLP
c/o Phillip A. Baker
633 West 5th Street, Suite 5500
Los Angeles CA 90071-2014

Barkley Court Reporters
10350 Santa Monica Blvd
Suite 200
Los Angeles, CA 90025-6923

Ben Hyatt
17835 Ventura Blvd
Suite 310
Encino, CA 91316-3683

Brian Weiss
Force Ten Partners LLC
20341 SW Birch St Suite 220
Newport Beach CA 92660-1514

Burlington & Rockenbach PA
444 W Railroad Ave
Suite 350
West Palm Beach, FL 33401-4112

CA Department of Revenue
CA Franchise Tax Board
PO Box 1468
Sacramento, CA 95812-1468

CCROLA
205 Broadway
Suite 200
Los Angeles, CA 90012-3607

California Bank & Trust
Attn David Blackford
11622 El Camino Real
Suite 200
San Diego, CA 92130-2051

California Bank & Trust
PO Box 30833
Salt Lake City, UT 84130-0833

California Dept of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279-0001

California Dept. of Tax & Fee Administration
Special Operations Branch MIC:55
PO BOX 942879
SACRAMENTO CA 94279-0055

Cantral Communications
11830 Pierce Street
Suite 100
Riverside, CA 92505-5175

Carlos Colorado
c/o Hodes Milman LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661

(p)CASCADE CAPITAL GROUP
1501 4TH AVE
SUITE 2840
SEATTLE WA 98101-3262

City of Newport Beach
PO Box 3080
Newport Beach, CA 92658-3080

Collision and Injury Dynamics Inc
149 Sheldon Street
El Segundo, CA 90245-3916

Competition Economics LLC
2000 Powell Street
Suite 510
Emeryville, CA 94608-1886

Corey Spound & Michael Spound
c/o Frank Sims & Stolper LLP
19800 MacArthur Blvd
#855
Irvine, CA 92612-8444

County of Orange
Attn Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

County of Orange
PO Box 4515
Santa Ana, CA 92702-4515

(p)COX COMMUNICATIONS
ATTN BANKRUPTCY CENTER
1341 CROSSWAYS BLVD
CHESAPEAKE VA 23320-2897

CrossPlans
23041 Avenida de la Carlota
Suite 300
Laguna Hills, CA 92653-1572

Damon Rogers
c/o The X-Law Group, PC
625 Fair Oaks Avenue, Suite 390
South Pasadena, CA 91030-5817

Damon Rogers
c/o X-Law Group
910 Sunset Blvd
Suite 450
Los Angeles, CA 90012

David Golubchik Esq
Levene Neale Bender Yoo & Brill
10250 Constellation Blvd
Suite 1700
Los Angeles, CA 90067-6253

David H. Stein, Esq.
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-1146

David W Stewart PhD
13031 Villosa Place #121
Playa Vista, CA 90094-6500

Dennis M. Bill
12811 Whittington Ct
Largo, FL 33773-1875

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dept  of the Treasury IRS
Ogden, UT 84201-0013


Developing Opportunities
& Solutions LLC
611 South Main Street
#400
Grapevine, TX 76051-5477

E. Timothy Fitzgibbons
CAPPELLO & NOL LLP
831 State Street
Santa Barbara, CA 93101-3227

Edward M. Ricci, P.A. and Edward M. Ricci, E
c/o Reeder Law Corp., Attn: D. Reeder
1875 Century Park E
Suite 700
Los Angeles, CA 90067-2508


Edward M. Ricci, P.A., and Edward M. Ricci,
c/o Reeder Law Corp, Attn: David Reeder
1875 Century Park East, Suite 700
Los Angeles, CA 90067-2508

Eisenhower Carlson PLLC
Wells Fargo Plaza
Suite 1200 1201 Pacific Ave
Tacoma, WA 98402-4395

Employers Preferred Insurance Co
PO Box 53089
Phoenix, AZ 85072-3089


Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Employment Development Department
P O  Box 989061
West Sacramento, CA 95798-9061

Esner Chang & Boyer
234 East Colorado Blvd
Suite 750
Pasadena, CA 91101-2223


Esquire Deposition Solutions
2700 Centennial Tower 101
Marrietta Street
Atlanta, GA 30303

Executive Presentations
915 Wilshire Blvd
Suite 1700
Los Angeles, CA 90017-3462

F Timothy Fitzgibbons
William Parrish
c/o Cappello & Noel LLP
831 State Street Suite 210
Santa Barbara, CA 93101-3227


FIRST LEGAL NETWORK, LLC
PO BOX 743451
LOS ANGELES, CA 90074-3451

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FedEx
PO Box 7221
Pasadena, CA 91109-7321


FedEx Corporate Services Inc.
3965 Airways Blvd Module G 3rd Flr
Memphis TN 38116-5017

File & Serve Xpress
PO Box 679058
Dallas, TX 75267-9058

First Legal Records
PO Box 749469
Los Angeles, CA 90074-9469


Force Ten Partners LLC
20341 SW Birch
Suite 220
Newport Beach, CA 92660-1514

Garrett Mosier Griffith Sistru
6201 Oak Canyon
#100
Irvine, CA 92618-5232

Gass Weber Mullins LLC
309 N Water St
Milwaukee, WI 53202-5769


Geoffrey E Johnson
c/o Callahan & Blaine APLC
3 Hutton Centre Drive
Ninth Floor
Santa Ana, CA 92707-5781

Geoffrey E. Johnson
c/o Raphael Cung
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707-5781

Gerald Tobin
2014 Edgewater Drive #169
Orlando, FL 32804-5312


Green Street Advisors
660 Newport Center Drive
Suite 800
Newport Beach, CA 92660-6409

Gregory Barela
Steven E. Bledsoe, Esq.
Larson O'Brien LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071-2416

Gregory and Talitha Barela
c/o Larson O Brien LLP
55 South Flower St
Suite 4400
Los Angeles, CA 90071

HSNO
PO Box 51067
Los Angeles, CA 90051-5367

Humberto R Gray
11726 San Vicente Blvd
Suite 670
Los Angeles, CA 90049-5049

Innovative Computing Systems
2780 Skypark Dr
Suite 125
Torrance, CA 90505-7528


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Personnel
Protection Inc
PO Box 92493
Austin, TX 78709-2493

Intl Church of the Foursquare
100 Bayview Circle
Suite 2600 Dept 8
Newport Beach, CA 92660-8924


Isaac Marcushamer
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-5319

Jack A. Reitman
1880 Century Park East
Suite 1101
Los Angeles, CA 90067-1608

Jack Cross & Associates Inc
9070 Irvine Center Drive
Suite 220
Irvine, CA 92618-4687


Jams
PO Box 845402
Los Angeles, CA 90084-5402

Jason Frank Law PLC
19800 MacArthur Blvd
Suite 855
Irvine, CA 92612-8444

Jason Frank Law PLC
Frank Sims Stolper LLP
19800 MacArthur Blvd
Suite 855
Irvine, CA 92612-8444


Jason Frank Law, PLC/Jason M. Frank
c/o Frank Sims & Stolper LLP
19800 MacArthur Boulevard, Suite 855
Irvine, CA 92612-8444

John C Crotts Consulting
688 Serotina Court
Mount Pleasant, SC 29464-5171

Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705-4058


KCC
222 N Pacific Coast Hwy
3rd Floor
El Segundo, CA 90245-5648

KNJ Ventures
1106 A Broadway
Santa Monica, CA 90401

L Lin Wood PC
1180 West Peachtree Street
Suite 2400
Atlanta, GA 30309-3482


Landau Gottfried & Berger LLP
1880 Century Park East
Suite 1101
Los Angeles, CA 90067-1608

Lewis Roca Rothgerber
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996

Lisa Storie-Avenatti
3419 Via Lida 610
Newport Beach, CA 92663-3908


Litigation Services
3700 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169

Mark Calvert
1501 4th Ave, Suite 2840
Seattle, WA 98101-3262

Mark S  Horoupian Esq
Sulmeyer Kupetz
2424 SE Bristol St
Suite 300
Newport Beach, CA 92660-0764


Martindale-Hubbel
PO Box 59757
Los Angeles, CA 90074-9757

Mehler & Hagestrom
1660 West 2nd Street
Suite 780
Cleveland, OH 44113-1455

Michael Avenatti
10000 Santa Monica
21st Floor
Los Angeles, CA 90067-7000


Momentum Engineering Corp
2862 Columbia Street
Torrance, CA 90503-3808

Najah J  Shariff  Esq
United States Attorney s Office
Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012-3336

Nationwide Legal LLC
1609 James M Wood Blvd
Los Angeles, CA 90015-1005

Norell Consulting Inc
218 Catherin Park
Glendora, CA 91741-3017

Office of Administrative Hearings
2349 Gateway Oaks Dr
Suite 200
Sacramento, CA 95833-4244

Pacer
PO Box 71364
Philadelphia, PA 19176-1364


Paperstreet Web Design
219 SW 17th Street
Fort Lauderdale, FL 33315-1745

Passport 420
CAPPELLO & NOL LLP
831 State Street
Santa Barbara, CA 93101-3227

Personal Court Reporters Inc
14520 Sylvan Street
Van Nuys, CA 91411-2324


Personal Court Reporters, Inc
Law Offices of Philip Landsman
5776 Lindero Canyon Rd Ste D-366
Westlake Village CA 91362-6428

PitneyBowes Global Fin Services LLC
PO Box 371887
Pittsburgh, PA 15250-7887

Poyner Spruill LLP
PO Box 1801
Raleigh, NC 27602-1801


Purchase Power
P O  Box 371874
Pittsburgh, PA 15250-7874

Raines Feldman
18401 Von Karman Ave
Suite 360
Irvine, CA 92612-8541

Raines Feldman LLP
Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-4201


Rest Your Case Evidence Storage
6364 Irwindale Road
Irwindale, CA 91702-3210

Ricoh USA Inc
PO Box 31001-0850
Pasadena, CA 91110-0850

Robert J Stoll Jr
Stoll Nussbaum & Polakov APC
c/o Keathley & Keathley LLP
2030 Main Street Suite 210
Irvine, CA 92614-8223


Scott Sims
Frank Sims Stolper LLP
19800 MacArthur Blvd
Suite 855
Irvine, CA 92612-8444

Shred-It USA
PO Box101007
Pasadena, CA 91189-1007

Simpson Deposition
1314 E Chapman Ave
Orange, CA 92866-2219


SoCal Subpoena
115 Pine Avenue
Suite 320
Long Beach, CA 90802-4479

Software Technology LLC
1621 Cushman Drive
Lincoln, NE 68512-1200

Special Delivery Service Inc
5470 LBJ Freeway
Dallas, TX 75240-1044


Staples
PO Box 83689
Chicago, IL 60696-3689

State of CA Employment Development
Lien Group MIC 92G
PO Box 826880
Sacramento, CA 94280-0001

Steven E. Bledsoe
Larson O'Brien LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071-2416


Stoll, Nussbaum & Polakov APC
c/o Keathley & Keathley LLP
2030 Main Street Suite 210
Irvine CA 92614-8223

Suzy Quinn
304 East 65th Street Apt 36A
New York, NY 10065-6786

The Irvine Company
PO Box 841387
Los Angeles, CA 90084-1387


The Montage Laguna Beach
Finance Dept
30801 South Coast Highway
Norwalk, CA 90651

The Montlake Group LLC
16639 Sunset Blvd
Pacific Palisades, CA 90272-3202

The Neurobehavioral Clinic
13 Orchard Road
Suite 103
Lake Forest, CA 92630-8321

The Peoples Bank
Biloxi Mississippi
152 Lameuse Street
Biloxi, MS 39530-4214

The X Law Group
1910 Sunset Blvd
Suite 450
Los Angeles, CA 90026-7118

The X-Law Group, PC
625 Fair Oaks Avenue, Suite 390
South Pasadena, CA 91030-5817


Thomas J Berger MD
2451 Brickell Avenue
#12-C
Miami, FL 33129-2469

Thomas West
West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292

Todd D. Baraniak
2303 Jonquil Ct.
Naperville, IL 60540-6285


US Legal Support Inc
PO Box 864407
Orlando, FL 32886-4407

Unisearch
PO Box 11940
Olympia, WA 98508-1940

United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044-0683


United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Universal Protection Service
PO Box 732565
Dallas, TX 75373-2565

Veritext
PO Box 71303
Chicago, IL 60694-1303


Verizon
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6338

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Wilentz Goldman & Spitzer PA
90 Woodbridge Center Dr
Suite 900 Box 10
Woodbridge, NJ 07095-1146


Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Attn: David H. Stein, Esq.
Woodbridge, NJ 07095-1146

William Parrish
CAPPELLO & NOL LLP
831 State Street
Santa Barbara, CA 93101-3227

iManage LLC
PO Box 71701
Chicago, IL 60694-1701


iNSERViO3
18013 Sky Park Cir
Irvine, CA 92614-6518

Alexis Gardner
625 Fair Oaks Avenue
Suite 390
South Pasadena, CA 91030-5817

Damon Rogers
625 Fair Oaks Avenue
Suite 390
South Pasadena, CA 91030-5817


Hrayr Shahinian
700 S. Flower St., Suite 1000
Los Angeles, CA 90017-4112

Jack A. Reitman
Landau Law LLP
2338 Manning Ave.
Los Angeles, CA 90064-2208

(p)LAW OFFICES OF PHILIP LANDSMAN
5776 LINDERO CANYON ROAD SUITE D-666
WESTLAKE VILLAGE CA 91362-6428


(p)RICHARD A MARSHACK
ATTN MARSHACK HAYS LLP
870 ROOSEVELT
IRVINE CA 92620-3663

Manual Notice List:

Fredrick A Rafeedie
Jones Bell Abbott Fleming & Fitzger
601 S Figueroa St Ste 2700
Los Angeles, CA 90017