United States Bankruptcy Court

Central District of California

In re:  Case No. 19-13560-SC
Eagan Avenatti, LLP  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 5
Date Rcvd: Oct 07, 2021      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Eagan Avenatti, LLP, 20341 SW Birch, Suite 220, Newport Beach, CA 92660-1514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

**Name**      **Email Address**

Aaron J Malo
     on behalf of Interested Party Simeon Osborn amalo@sheppardmullin.com clopez@sheppardmullin.com;abilly@sheppardmullin.com

Aaron J Malo
     on behalf of Defendant Simeon Osborn amalo@sheppardmullin.com clopez@sheppardmullin.com;abilly@sheppardmullin.com

Aditi Paranjpye
     on behalf of Defendant HPPW LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

Alan I Nahmias
     on behalf of Mediator Alan I Nahmias anahmias@mbn.law jdale@mbnlawyers.com

Andrew Still

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 5 |
| Date Rcvd: Oct 07, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Defendant Vincent Builders Inc. astill@swlaw.com, kcollins@swlaw.com

Brian A Paino
    on behalf of Defendant Honda Aircraft Company LLC bpaino@mcglinchey.com irvineECF@mcglinchey.com

Christopher L Blank
    on behalf of Defendant Robert Faieta dba Competition Motorsports chris@chrisblanklaw.com

Christopher L Blank
    on behalf of Defendant Trackside Performance LLC chris@chrisblanklaw.com

Christopher L Blank
    on behalf of Defendant Andrew S. Davis chris@chrisblanklaw.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party INTERESTED PARTY ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Trustee Richard A Marshack (TR) dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

David Wood
    on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

David B Golubchik
    on behalf of Defendant Filippo Marchino dbg@lnbyb.com stephanie@lnbyb.com

David B Golubchik
    on behalf of Defendant The X-Law Group PC, a professional corporation dbg@lnbyb.com, stephanie@lnbyb.com

David B Golubchik
    on behalf of Interested Party Courtesy NEF dbg@lnbyb.com stephanie@lnbyb.com

David M Reeder
    on behalf of Creditor Edward M. Ricci P.A. david@reederlaw.com, secretary@reederlaw.com

Eric S Pezold
    on behalf of Defendant Vincent Builders Inc. epezold@swlaw.com, knestuk@swlaw.com

Erick Kuylman
    on behalf of Intervenor Hrayr Shahinian erick.kuylman@warrenterzian.com

Filippo Marchino
    on behalf of Defendant Sandy Le individually and on behalf of Tina Ngan Le, decedent fm@xlawx.com,
    tc@xlawx.com;sg@xlawx.com

Filippo Marchino
    on behalf of Defendant Filippo Marchino fm@xlawx.com tc@xlawx.com;sg@xlawx.com

Filippo Marchino
    on behalf of Creditor Alexis Gardner fm@xlawx.com tc@xlawx.com;sg@xlawx.com

Filippo Marchino
    on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez,
    deceased fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino
    on behalf of Creditor The X-Law Group P.C. fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Filippo Marchino
    on behalf of Creditor Damon Rogers fm@xlawx.com tc@xlawx.com;sg@xlawx.com

Filippo Marchino
    on behalf of Defendant Young Blue LLC a limited liability company fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Case 8:19-bk-13560-SC    Doc 333    Filed 10/09/21    Entered 10/09/21 21:17:22    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0973-8 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Filippo Marchino
    on behalf of Defendant The X-Law Group PC, a professional corporation fm@xlawx.com, tc@xlawx.com;sg@xlawx.com

Jack A. Reitman
    on behalf of Defendant Eagan Avenatti LLP jareitman@landaufirm.com,
    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Plaintiff Richard A Marshack jareitman@landaufirm.com
    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Plaintiff Richard A. Marshack jareitman@landaufirm.com
    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Debtor Eagan Avenatti LLP jareitman@landaufirm.com,
    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Trustee Richard A Marshack (TR) jareitman@landaufirm.com
    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

James C Bastian, Jr
    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Jeffrey I Golden
    on behalf of Defendant Silver Star Sounds & Communications Inc jgolden@wgllp.com,
    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Jessica R MacGregor
    on behalf of Other Professional JAMS Inc. jmacgregor@longlevit.com, lmyers@longlevit.com

John P. Reitman
    on behalf of Trustee Richard A Marshack (TR) jreitman@landaufirm.com
    vrichmond@landaufirm.com;avedrova@landaufirm.com

John P. Reitman
    on behalf of Plaintiff Richard A. Marshack jreitman@landaufirm.com  vrichmond@landaufirm.com;avedrova@landaufirm.com

John P. Reitman
    on behalf of Interested Party Courtesy NEF jreitman@landaufirm.com  vrichmond@landaufirm.com;avedrova@landaufirm.com

Judith E Marshack
    on behalf of Trustee Richard A Marshack (TR) jmarshack@marshackhays.com
    jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Karen S. Naylor
    on behalf of Interested Party Courtesy NEF Becky@ringstadlaw.com  Karen@ringstadlaw.com;Arlene@ringstadlaw.com

Karen S. Naylor
    on behalf of Creditor Stoll Nussbaum & Polakov Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com

Kurt Ramlo
    on behalf of Defendant Filippo Marchino kr@lnbyb.com  kr@ecf.inforuptcy.com

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF kr@lnbyb.com  kr@ecf.inforuptcy.com

Kurt Ramlo
    on behalf of Defendant The X-Law Group PC, a professional corporation kr@lnbyb.com, kr@ecf.inforuptcy.com

Lei Lei Wang Ekvall
    on behalf of Defendant Alan Chaffee lekvall@swelawfirm.com
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall
    on behalf of Defendant Edwin Spaunhurst lekvall@swelawfirm.com
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall
    on behalf of Defendant Michael White lekvall@swelawfirm.com
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall
    on behalf of Defendant Aledmi LLC lekvall@swelawfirm.com,
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Mark S Bostick
    on behalf of Defendant Dillanos Coffee Roasters Inc. mbostick@wendel.com, bankruptcy@wendel.com

Martin B Greenbaum
    on behalf of Defendant Gallo Builders Inc. eparker@collectionlaw.com, mgreenbaum@collectionlaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 5 |
| Date Rcvd: Oct 07, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Meghan C Murphey
    on behalf of Trustee Richard A Marshack (TR) meghan@themurpheylawyers.com  lorraine@themurpheylawyers.com

Michael Simon
    on behalf of Defendant Edwin Spaunhurst msimon@swelawfirm.com
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Michael Simon
    on behalf of Defendant Michael White msimon@swelawfirm.com
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Michael Simon
    on behalf of Defendant Aledmi  LLC msimon@swelawfirm.com,
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Michael Simon
    on behalf of Defendant Alan Chaffee msimon@swelawfirm.com
    lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Misty A Perry Isaacson
    on behalf of Defendant Foster Garvey PC  as successor-in-interest to Foster Pepper PLLC misty@ppilawyers.com,
    ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

Misty A Perry Isaacson
    on behalf of Defendant Christine Avenatti Carlin misty@ppilawyers.com
    ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

Monica Rieder
    on behalf of Interested Party Courtesy NEF mrieder@landaufirm.com  vrichmond@landaufirm.com;avedrova@landaufirm.com

Nanette D Sanders
    on behalf of Interested Party Courtesy NEF becky@ringstadlaw.com  arlene@ringstadlaw.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Richard L Kellner
    on behalf of Plaintiff Richard A. Marshack rlk@kellnerlaw.com  irma.c.deleon@gmail.com

Robert J Im
    on behalf of Defendant Honda Aircraft Company LLC rim@mcglinchey.com  irvineECF@mcglinchey.com

Robert S Marticello
    on behalf of Defendant Edwin Spaunhurst Rmarticello@swelawfirm.com
    gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
    on behalf of Defendant Aledmi  LLC Rmarticello@swelawfirm.com,
    gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
    on behalf of Defendant Michael White Rmarticello@swelawfirm.com
    gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello
    on behalf of Defendant Alan Chaffee Rmarticello@swelawfirm.com
    gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  morani@ronaldrichards.com

Ryan D O'Dea
    on behalf of Defendant Michael Avenatti rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Ryan D O'Dea
    on behalf of Interested Party Avenatti Michael rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Ryan D O'Dea
    on behalf of Defendant Avenatti & Associates APC rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Steven Casselberry
    on behalf of Defendant Eisenhower Carlson PLLC s.casselberry@mpglaw.com  j.jacobs@mpglaw.com

Steven Casselberry
    on behalf of Interested Party Eisenhower Carlson PLLC s.casselberry@mpglaw.com  j.jacobs@mpglaw.com

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
    on behalf of Plaintiff Richard A. Marshack tmang@marshackhays.com
    tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 07, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com
    tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 79

D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

OCT 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

Debtor.

Case No. 8:19-bk-13560-SC

Chapter 7

ORDER GRANTING MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND SILVER STAR SOUND & COMMUNICATIONS, INC.

[NO HEARING REQUIRED]

[UNOPPOSED MOTION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)]

The Court has read and considered the Motion to Approve the Compromise Between the Trustee and Silver Star Sound & Communications, Inc., filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Eagan Avenatti, LLP, on September 10, 2021, as Dk. No. 319 ("Motion"). The Court finds, based upon the Declaration that no Party Requested a Hearing on Motion, filed by David A. Wood, Esq. on October 6, 2021, as Dk. No. 331, that proper notice of the Motion has been given. Accordingly, the Court finds good cause to grant the Motion, and the Court enters its Order as follows:

IT IS ORDERED:

1.    The Motion is granted;[1]

---
[1] All terms not defined herein are used as they are defined in the Motion.

1

4846-0288-1532,v.1/1015-131

2. The Agreement attached as Exhibit "1" to the Motion is approved;

3. The Trustee is authorized to provide the release of claims specified in the Agreement;

4. The Trustee is authorized to take all steps necessary to effectuate the Settlement Agreement, including, but not limited to execution of the Settlement Agreement; and

5. The Trustee is authorized upon receipt of the Settlement Payment, to pay compensation to Special Counsel a contingency fee of $10,095, 30.0% of the Action's net recovery, if and when all of the settlement proceeds are received.

###

Date: October 7, 2021

Scott C. Clarkson
United States Bankruptcy Judge

2

4846-0288-1532,v.1/1015-131