D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>NOTICE OF MOTION BY CHAPTER 7 TRUSTEE TO APPROVE AMENDMENT TO SUBORDINATION AGREEMENT RE: JUDGMENT LIEN HELD BY JASON FRANK LAW AND TERMS OF EMPLOYMENT OF RICHARD L. KELLNER AS SPECIAL LITIGATION COUNSEL<br><br>[NO HEARING REQUIRED PER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor" or "EA"), has filed a motion ("Motion") for entry of an order approving a one-page amendment to the Court-approved subordination agreement between Trustee and Jason Frank Law, PLC ("JFL"). The modification increases the amount of the subordination for the benefit of Trustee's special litigation counsel, Richard Kellner of Kellner Law Group, PC ("Kellner").

/ / /

1

NOTICE OF MOTION BY CHAPTER 7 TRUSTEE TO APPROVE AMENDMENT TO SUBORDINATION
AGREEMENT AND COMPENSATION FOR SPECIAL COUNSEL

4882-9633-3319V.1-1015-1314828-0104-7729, v. 3

A Bankruptcy court may approve a subordination agreement if it is in the best interests of the estate. In this case, virtually all of the estate's assets are subject to a judgment lien held by JFL. To recover assets for the benefit of the estate's unsecured creditors, Trustee negotiated a subordination agreement with JFL which the Court approved. A portion of the subordination was for the benefit of Trustee's special litigation counsel, Richard Kellner of Kellner Law Group, PC. Mr. Kellner initially agreed to cap his fees as part of his employment. Given the unexpected amount of litigation and complexity of issues encountered, Mr. Kellner requested and JFL agreed to remove the cap on his compensation and increase the amount of the subordination of its lien and claim for Mr. Kellner's benefit. Trustee believes that the proposed modification of the subordination agreement already approved by the Court is in the best interest of the estate.

On March 1, 2017, an involuntary bankruptcy petition was filed against Debtor by Michael J. Avenatti, Debtor's principal, in the Middle District of Florida, commencing case number 6:17-bk-01329-KSJ. The case was transferred to the Central District of California and assigned case number 8:17-bk-11961-CB ("2017 Bankruptcy").

On March 15, 2018, as Dk. No. 412 in the 2017 Bankruptcy, an order dismissing the 2017 Bankruptcy was entered pursuant to a compromise between various interested parties. The bankruptcy court retained jurisdiction over certain post-dismissal matters.

On May 22, 2018, as Dk. No. 445 in the 2017 Bankruptcy, a final judgment was entered against Debtor and in favor of JFL in the amount of $10,000,000 ("JFL Judgment").

On June 7, 2018, a notice of judgment lien against personal property was filed by JFL against Debtor in the full amount of the JFL Judgment, creating a judgment lien against Debtor's personal property assets.

On June 22, 2018, JFL served Michael Avenatti with an order to appear for examination ("ORAP") in aid of enforcement of the JFL Judgment, creating a lien on all assets of Debtor pursuant to CCP § 708.110(d).[1]

---

[1] Under the plain language of CCP § 708.110, an ORAP lien only continues for one year. But, the Ninth Circuit has held that 11 U.S.C. § 108(c) extends the time for renewing a pre-bankruptcy judgment lien until 30 days after termination of the automatic stay. See, Daff v. Good (In re Swintek), 906 F.3d 1100 (9th Cir. 2018) [time to renew ORAP extended until 30 days after stay

1         On September 13, 2019, Debtor was placed into Chapter 7 bankruptcy by its federal court-appointed receiver, Brian Weiss. Richard A. Marshack was appointed as the Chapter 7 trustee.

        On December 19, 2019, JFL filed proof of claim number 14-1, based on the JFL Judgment.

        On February 4, 2020, as Dk. No. 91, Trustee filed an application to employ Kellner Law Group, PC (previously defined as "Kellner") as special collections counsel ("Kellner Employment Application"). A true and correct copy of the Kellner Employment Application is attached to the request for judicial notice ("RJN") as Exhibit "2," which is attached to the Motion. The Kellner Employment Application sought to employ counsel pursuant to 11 U.S.C. § 327 with compensation to be determined by the Court under 11 U.S.C. §§ 330 and 331 and reduced hourly rates and with a cap on total compensation equal to the greater of KLG's fees will be capped at the greater of (1) 3.5% of the first $10 million of recovery and 5% thereafter; or (b) $100,000.

        Also on February 4, 2020, as Dk. No. 93, Trustee filed a motion to approve a subordination agreement with JFL ("Subordination Motion"). Attached to the Subordination Motion was an agreement for partial subordination of JFL's lien ("Agreement"). A true and correct copy of the Subordination Motion, which appended the mutually executed Agreement, is attached to the RJN as Exhibit "3," which is attached to the Motion. A portion of the subordination specifically included any compensation awarded to Kellner by the Court subject to the terms of his proposed compensation.

        On March 4, 2020, as Dk. No. 107, the Court entered an order granting the Subordination Motion ("Order Approving Subordination").

        Also on March 4, 2020, as Dk. No. 109, the Court entered an order granting the employment of Kellner as special counsel under 11 U.S.C. § 327 pursuant to the reduced hourly rates and cap on total compensation ("Kellner Employment Order").

        On May 19, 2020, Trustee (through prior counsel) filed a complaint against The X-Law Group, PC, Filippo Marchino, Elba Hernandez, Young Blue, LLC, and Sandy Le, commencing

---

terminated]. In this case, the stay has not been terminated with respect to the JFL action. Additionally, the notice of judgment lien filed with the California Secretary of State continues for a period of five years.

adversary proceeding number 8:20-ap-01086-CB ("Hernandez Adversary").[2] On September 9, 2020, Kellner replaced John Reitman as Trustee's lead counsel in the Hernandez Adversary.

Substantial motion practice, discovery, appeals, and ancillary litigation have proceeded in the Hernandez Adversary. Based on the extensive litigation and document discovery in the Hernandez Adversary, Kellner requested and JFL agreed to increase the amount of the subordination to provide for additional compensation for work performed for the benefit of the Estate. Trustee agrees that the proposed modification to the previously-approved subordination agreement (attached to the Marshack Declaration as Exhibit "1," which is attached to the Motion) is in the best interest of the estate.

On June 8, 2021, as Dk. No. 292, Trustee filed a supplemental declaration for Richard L. Kellner regarding and relating to disclosures and connections with Kabateck LLP.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed relief must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is 14 days after the date of service of this Notice plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  A copy of any response or request for hearing must be served on D. Edward Hays and Tinho Mang at the address indicated above and served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, California 92701.  Failure to timely respond may be deemed as acceptance of the proposed relief.  See LBR 9013-1(h).

DATED: December 21, 2021            MARSHACK HAYS LLP

By: /s/ D. Edward Hays
    D. EDWARD HAYS
    TINHO MANG
    Attorneys for Chapter 7 Trustee
    RICHARD A. MARSHACK

---

[2] Effective July 31, 2020, the presiding judge retired from the bench and the case was reassigned case number 8:20-ap-01086-SC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION BY CHAPTER 7 TRUSTEE TO APPROVE AMENDMENT TO SUBORDINATION AGREEMENT RE: JUDGMENT LIEN HELD BY JASON FRANK LAW AND TERMS OF EMPLOYMENT OF RICHARD L. KELLNER AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 21, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **December 21, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

**INTERESTED PARTY**
JASON FRANK LAW, PLC
C/O JASON M FRANK, ESQ.
FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD, STE 855
IRVINE, CA 92612-8444

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 21, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2021 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank chris@chrisblanklaw.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
   - **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
   - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
   - **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR**): Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
   - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

| CREDITOR / RFSN | CREDITOR / POC ADDRESS | SECURED CREDITOR / POC ADDRESS |
|---|---|---|
| EISENHOWER CARLSON PLLC<br>STEVEN CASSELBERRY, ESQ.<br>MUSICK, PEELER & GARRETT LLP<br>650 TOWN CENTER DRIVE, SUITE 1200<br>COSTA MESA, CA 92626-1925 | PERSONAL COURT REPORTERS INC<br>LAW OFFICES OF PHILIP LANDSMAN<br>5776 LINDERO CANYON RD STE D-366<br>WESTLAKE VILLAGE CA 91362 | 520 NEWPORT CENTER DRIVE LLC<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 |
| **SECURED CREDITOR**<br>520 NEWPORT CENTER DRIVE LLC<br>C/O MARK A KOMPA ESQ<br>233113 S PLAZA POINTE<br>SUITE 100<br>LAGUNA HILLS, CA 92653 | **RTD 02/27/20 UTF**<br>**SECURED CREDITOR**<br>ACAMAR INVESTMENTS<br>JOHN CASPERSON<br>~~999 THIRD AVENUE~~<br>~~SUITE 2600~~<br>~~SEATTLE, WA 98104-4018~~ | **NEW ADDR 03/02/20 WA BAR**<br>**SECURED CREDITOR**<br>ACAMAR INVESTMENTS<br>JOHN CASPERSON<br>3101 WESTERN AVE STE 500<br>SEATTLE, WA 98121-3071 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>P.O. BOX 683<br>WASHINGTON, DC 20044 | **SECURED CREDITOR**<br>CALIFORNIA BANK & TRUST<br>ATTN DAVID BLACKFORD<br>11622 EL CAMINO REAL<br>SUITE 200<br>SAN DIEGO, CA 92130-2051 | **SECURED CREDITOR**<br>CALIFORNIA BANK & TRUST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 30833<br>SALT LAKE CITY, UT 84130-0833 |
| **SECURED CREDITOR**<br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>FEDERAL BUILDING, ROOM 7516<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012 | **SECURED CREDITOR / POC ADDRESS**<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>ATTN MEE CHA<br>PO BOX 145595 STOP 8420G<br>CINCINNATI OH 45250-5585 | **SECURED CREDITOR**<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>S MUHAMMAD<br>PO BOX 145595 STOP 8420G<br>CINCINNATI OH 45250-5585 |
| **SECURED CREDITOR**<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>ATTN MARIA R GALVAN<br>1919 SMITH STREET M/S 5024 HOU<br>HOUSTON, TX 77002 | **SECURED CREDITOR**<br>DEPT OF THE TREASURY IRS<br>OGDEN, UT 84201-0013 | **SECURED CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| **SECURED CREDITOR / POC ADDRESS**<br>JASON FRANK LAW PLC / JASON M. FRANK<br>C/O FRANK SIMS STOLPER LLP<br>19800 MACARTHUR BLVD, SUITE 855<br>IRVINE, CA 92612-8444 | **SECURED CREDITOR /POC ADDRESS**<br>LISA STORIE-AVENATTI<br>3419 VIA LIDA 610<br>NEWPORT BEACH, CA 92663-3908 | **SECURED CREDITOR**<br>STATE OF CA EMPLOYMENT DEVELOPMENT<br>LIEN GROUP MIC 92G<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **SECURED CREDITOR**<br>THE PEOPLES BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>BILOXI MISSISSIPPI<br>152 LAMEUSE STREET<br>BILOXI, MS 39530-4214 | **CREDITOR / POC ADDRESS**<br>500/550 NEWPORT CENTER DRIVE, LLC<br>C/O R. GIBSON PAGTER, JR.<br>PAGTER AND PERRY ISAACSON<br>525 N. CABRILLO PARK DRIVE, SUITE 104<br>SANTA ANA, CA 92701 | **CREDITOR**<br>ACE PARKING MANAGEMENT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>610 NEWPORT CENTER DRIVE<br>SUITE 50<br>NEWPORT BEACH, CA 92660-6416 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**CREDITOR**
ADERANT HOLDINGS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
LOCKBOX PO BOX 931177
ATLANTA, GA 31193-0001

**CREDITOR**
ADVANCED DISCOVERY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO 102242
ATLANTA, GA 30368-2242

**CREDITOR**
AFFORDABLE MOVING & STORAGE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 361
GARDEN GROVE, CA 92842-0361

**CREDITOR**
AHMED IBRAHIM
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
29 SOHO
IRVINE, CA 92612-1083

**CREDITOR / POC ADDRESS**
ALEXIS GARDNER
C/O THE X-LAW GROUP, PC
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

**CREDITOR**
ALLIED UNIVERSAL SECURITY SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

**CREDITOR**
ALPHAGRAPHICS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
221 KING STREET
MADISON, WI 53703-3419

**CREDITOR**
ANDREW STOLPER
FRANK SIMMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 54630
LOS ANGELES, CA 90054-0630

**CREDITOR**
AT&T TELECONFERENCE SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 5002
CAROL STREAM, IL 60197-5002

**CREDITOR**
AUTHENTIC ENTERTAINMENT PROPERTIES
C/O ANDREW D STOLPER ESQ
19800 MACARTHUR BLVD STE 855
IRVINE, CA 92612-8444

**CREDITOR**
BAKER HOSTETLER
ATTN ELIZABETH GREEN
200 S ORANGE AVE
SUITE 2300
ORLANDO, FL 32801-3432

**CREDITOR / POC ADDRESS**
BAKER KEENER & NAHRA LLP
C/O PHILLIP A. BAKER
633 WEST FIFTH STREET, SUITE 5500
LOS ANGELES, CA 90071-2060

**CREDITOR**
BARKLEY COURT REPORTERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
10350 SANTA MONICA BLVD
SUITE 200
LOS ANGELES, CA 90025-6923

**CREDITOR / POC ADDRESS**
BEN HYATT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
17835 VENTURA BLVD
SUITE 310
ENCINO, CA 91316-3683

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**8/28/21 NEW ADDR FROM WEBSITE**
**CREDITOR / POC ADDRESS**
BRIAN WEISS
FORCE TEN PARTNERS LLC
5271 CALIFORNIA AVE., SUITE 270
IRVINE, CA 92617

**CREDITOR**
BURLINGTON & ROCKENBACH PA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
444 W RAILROAD AVE
SUITE 350
WEST PALM BEACH, FL 33401-4112

**CREDITOR**
CA DEPARTMENT OF REVENUE
CA FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO, CA 95812-1468

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT OF TAX & FEE ADMIN
SPECIAL OPERATIONS BRANCH
MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR**
CANTRAL COMMUNICATIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
11830 PIERCE STREET
SUITE 100
RIVERSIDE, CA 92505-5175

**CREDITOR**
CARLOS COLORADO
C/O HODES MILMAN LLP
9210 IRVINE CENTER DR
IRVINE, CA 92618-4661

**CREDITOR**
CASCADE CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
815 FIRST AVENUE
#150
SEATTLE, WA 98104-1404

**CREDITOR / POC ADDRESS**
CASCADE CAPITAL GROUP LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**CREDITOR**
CCROLA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
205 BROADWAY
SUITE 200
LOS ANGELES, CA 90012-3607

**CREDITOR**
CITY OF NEWPORT BEACH
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 3080
NEWPORT BEACH, CA 92658-3080

**CREDITOR**
COLLISION AND INJURY DYNAMICS INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
149 SHELDON STREET
EL SEGUNDO, CA 90245-3916

**CREDITOR**
COMPETITION ECONOMICS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2000 POWELL STREET
SUITE 510
EMERYVILLE, CA 94608-1886

**CREDITOR**
COREY SPOUND & MICHAEL SPOUND
C/O FRANK SIMS & STOLPER LLP
19800 MACARTHUR BLVD
#855
IRVINE, CA 92612-8444

**CREDITOR**
COUNTY OF ORANGE
ATTN TREASURER-TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

**CREDITOR / POC ADDRESS**
COUNTY OF ORANGE
ATTN: BANKRUPTCY UNIT
PO BOX 4515
SANTA ANA, CA 92702-4515

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **CREDITOR**<br>COX COMMUNICATIONS<br>ATTN BANKRUPTCY CENTER<br>1341 CROSSWAYS BLVD<br>CHESAPEAKE VA 23320-2897 | **CREDITOR**<br>CROSSPLANS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>23041 AVENIDA DE LA CARLOTA<br>SUITE 300<br>LAGUNA HILLS, CA 92653-1572 | **CREDITOR / POC ADDRESS**<br>DAMON ROGERS<br>C/O THE X-LAW GROUP, PC<br>625 FAIR OAKS AVENUE, SUITE 390<br>SOUTH PASADENA, CA 91030 |
| **RTD 11/11/19 - SEE NEW ADDR**<br>**CREDITOR**<br>DAMON ROGERS<br>C/O X-LAW GROUP<br>~~910 SUNSET BLVD~~<br>~~SUITE 450~~<br>~~LOS ANGELES, CA 90012~~ | **RTD 09/11/20 - SEE POC ADDR**<br>**CREDITOR**<br>DAMON ROGERS<br>C/O X-LAW GROUP<br>~~1910 SUNSET BLVD, SUITE 450~~<br>~~LOS ANGELES, CA 90026~~ | **CREDITOR**<br>DAVID GOLUBCHIK ESQ<br>LEVENE NEALE BENDER YOO & BRILL<br>10250 CONSTELLATION BLVD<br>SUITE 1700<br>LOS ANGELES, CA 90067-6253 |
| **CREDITOR**<br>DAVID H. STEIN, ESQ.<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE, NJ 07095-1146 | **CREDITOR**<br>DAVID W STEWART PHD<br>13031 VILLOSA PLACE #121<br>PLAYA VISTA, CA 90094-6500 | **CREDITOR / POC ADDRESS**<br>DENNIS M. BILL<br>12811 WHITTINGTON CT<br>LARGO, FL 33773 |
| **CREDITOR**<br>DEVELOPING OPPORTUNITIES & SOLUTIONS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>611 SOUTH MAIN STREET #400<br>GRAPEVINE, TX 76051-5477 | **CREDITOR / POC ADDRESS**<br>E. TIMOTHY FITZGIBBONS<br>CAPPELLO & NOL LLP<br>831 STATE STREET<br>SANTA BARBARA, CA 93101 | **CREDITOR / POC ADDRESS**<br>EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ.<br>C/O REEDER LAW CORP., ATTN: D. REEDER<br>1875 CENTURY PARK E<br>SUITE 700<br>LOS ANGELES, CA 90067 |
| **NTC OF CHANGE OF ADDR 05/06/20**<br>**CREDITOR**<br>EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ.<br>C/O REEDER LAW CORP., ATTN: D. REEDER<br>1801 CENTURY PARK EAST, 16TH FLOOR<br>LOS ANGELES, CA 90067 | **CREDITOR**<br>EISENHOWER CARLSON PLLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>WELLS FARGO PLAZA<br>SUITE 1200 1201 PACIFIC AVE<br>TACOMA, WA 98402-4395 | **CREDITOR**<br>EMPLOYERS PREFERRED INSURANCE CO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 53089<br>PHOENIX, AZ 85072-3089 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **CREDITOR /POC ADDRESS**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P O BOX 826880<br>SACRAMENTO, CA 94280-0001 | **CREDITOR**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>P O BOX 989061<br>WEST SACRAMENTO, CA 95798-9061 | **CREDITOR**<br>ESNER CHANG & BOYER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>234 EAST COLORADO BLVD<br>SUITE 750<br>PASADENA, CA 91101-2223 |
| **CREDITOR**<br>ESQUIRE DEPOSITION SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>2700 CENTENNIAL TOWER 101 MARRIETTA STREET<br>ATLANTA, GA 30303 | **CREDITOR**<br>EXECUTIVE PRESENTATIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>915 WILSHIRE BLVD<br>SUITE 1700<br>LOS ANGELES, CA 90017-3462 | **CREDITOR**<br>F TIMOTHY FITZGIBBONS<br>WILLIAM PARRISH<br>C/O CAPPELLO & NOEL LLP<br>831 STATE STREET SUITE 210<br>SANTA BARBARA, CA 93101-3227 |
| **CREDITOR**<br>FEDEX<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | **CREDITOR / POC ADDRESS**<br>FEDEX CORPORATE SERVICES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3965 AIRWAYS BLVD<br>MODULE G 3RD FLOOR<br>MEMPHIS, TN 38116-5017 | **CREDITOR**<br>FILE & SERVE XPRESS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 679058<br>DALLAS, TX 75267-9058 |
| **CREDITOR / POC ADDRESS**<br>FIRST LEGAL NETWORK, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 743451<br>LOS ANGELES, CA 90074-3451 | **CREDITOR**<br>FIRST LEGAL RECORDS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 749469<br>LOS ANGELES, CA 90074-9469 | **CREDITOR**<br>FORCE TEN PARTNERS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>20341 SW BIRCH<br>SUITE 220<br>NEWPORT BEACH, CA 92660-1514 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **CREDITOR**<br>GARRETT MOSIER GRIFFITH SISTRU<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>6201 OAK CANYON<br>#100<br>IRVINE, CA 92618-5232 | **RTD 11/01/19 - SEE NEW ADDR**<br>**CREDITOR**<br>GASS WEBER MULLINS LLC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~309 N WATER ST~~<br>~~MILWAUKEE, WI 53202-5769~~ |
| **NEW ADDR PER WEBSITE 11/12/19**<br>**CREDITOR**<br>GASS WEBER MULLINS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>241 N BROADWAY, SUITE 300<br>MILWAUKEE, WI 53202 | **CREDITOR / POC ADDRESS**<br>GEOFFREY E JOHNSON<br>C/O CALLAHAN & BLAINE APLC<br>3 HUTTON CENTRE DRIVE<br>NINTH FLOOR<br>SANTA ANA, CA 92707-5781 | **RTD 07/10/20 UTF**<br>**CREDITOR**<br>GERALD TOBIN<br>~~2014 EDGEWATER DRIVE #169~~<br>~~ORLANDO, FL 32804-5312~~ |
| **CREDITOR**<br>GREEN STREET ADVISORS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>660 NEWPORT CENTER DRIVE<br>SUITE 800<br>NEWPORT BEACH, CA 92660-6409 | **CREDITOR**<br>GREGORY AND TALITHA BARELA<br>C/O LARSON O BRIEN LLP<br>55 SOUTH FLOWER ST<br>SUITE 4400<br>LOS ANGELES, CA 90071 | **CREDITOR / POC ADDRESS**<br>GREGORY BARELA<br>C/O STEVEN E BLEDSOE, ESQ. / LARSON O'BRIEN LLP<br>555 S FLOWER ST, SUITE 4400<br>LOS ANGELES, CA 90071 |
| **CREDITOR**<br>HSNO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 51067<br>LOS ANGELES, CA 90051-5367 | **CREDITOR**<br>HUMBERTO R GRAY<br>11726 SAN VICENTE BLVD<br>SUITE 670<br>LOS ANGELES, CA 90049-5049 | **CREDITOR**<br>IMANAGE LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 71701<br>CHICAGO, IL 60694-1701 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **RTD 10/11/19 SEE NEW ADDR CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~2780 SKYPARK DR~~<br>~~SUITE 125~~<br>~~TORRANCE, CA 90505-7528~~ | **NEW ADDR CA SOS 10/14/19 CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>AGENT FOR SERVICE OF PROCESS, BEN KARIMI<br>16311 VENTURA BLVD. STE. #1111<br>ENCINO, CA 90245 | **RTD 04/29/21 SEE NEW ADDR CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~1960 E. GRAND AVE.~~<br>~~EL SEGUNDO, CA 90245~~ |
| **NEW ADDR CA SOS 09/09/21 CREDITOR**<br>INNOVATIVE COMPUTING SYSTEMS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>8310 N CAPITOL OF TEXAS HWY BUILDING, 1-295<br>AUSTIN, TX 78731 | **CREDITOR**<br>INSERVIO3<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>18013 SKY PARK CIR<br>IRVINE, CA 92614-6518 | **CREDITOR**<br>INTERNATIONAL PERSONNEL PROTECTION INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 92493<br>AUSTIN, TX 78709-2493 |
| **RTD 12/31/19 UTF CREDITOR**<br>INTL CHURCH OF THE FOURSQUARE<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~100 BAYVIEW CIRCLE~~<br>~~SUITE 2600 DEPT 8~~<br>~~NEWPORT BEACH, CA 92660-8924~~ | **CREDITOR**<br>ISAAC MARCUSHAMER<br>BERGER SINGERMAN LLP<br>1450 BRICKELL AVENUE<br>SUITE 1900<br>MIAMI, FL 33131-5319 | **CREDITOR**<br>JACK CROSS & ASSOCIATES INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>9070 IRVINE CENTER DRIVE<br>SUITE 220<br>IRVINE, CA 92618-4687 |
| **CREDITOR**<br>JAMS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 845402<br>LOS ANGELES, CA 90084-5402 | **CREDITOR**<br>JOHN C CROTTS CONSULTING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>688 SEROTINA COURT<br>MOUNT PLEASANT, SC 29464-5171 | **CREDITOR**<br>JUDICATE WEST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1851 EAST FIRST STREET<br>SUITE 1600<br>SANTA ANA, CA 92705-4058 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **CREDITOR**<br>KCC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>222 N PACIFIC COAST HWY<br>3RD FLOOR<br>EL SEGUNDO, CA 90245-5648 | **CREDITOR**<br>KNJ VENTURES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1106 A BROADWAY<br>SANTA MONICA, CA 90401 | **RTD 10/09/19 - SEE NEW ADDR**<br>**CREDITOR**<br>L LIN WOOD PC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~1180 WEST PEACHTREE STREET SUITE 2400~~<br>~~ATLANTA, GA 30309-3482~~ |
| **NEW ADDR PER USPS 10/09/19**<br>**CREDITOR**<br>L LIN WOOD PC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1180 W PEACHTREE ST NW STE 2040<br>ATLANTA, GA 30309 | **CREDITOR / POC ADDRESS**<br>LANDAU LAW LLP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1880 CENTURY PARK EAST SUITE 1101<br>LOS ANGELES, CA 90067-1608 | **CREDITOR**<br>LEWIS ROCA ROTHGERBER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3993 HOWARD HUGHES PARKWAY SUITE 600<br>LAS VEGAS, NV 89169-5996 |
| **CREDITOR**<br>LITIGATION SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3700 HOWARD HUGHES PARKWAY<br>SUITE 300<br>LAS VEGAS, NV 89169 | **CREDITOR / POC ADDRESS**<br>MARK CALVERT<br>1501 4TH AVE, SUITE 2840<br>SEATTLE, WA 98101 | **RTD 1/11/21 SEE NEW ADDR**<br>**CREDITOR**<br>MARK S HOROUPIAN ESQ<br>~~SULMEYER KUPETZ~~<br>~~2424 SE BRISTOL ST~~<br>~~SUITE 300~~<br>~~NEWPORT BEACH, CA 92660-0764~~ |
| **NEW ADDR**<br>**CREDITOR**<br>MARK S HOROUPIAN ESQ<br>SULMEYER KUPETZ<br>333 S GRAND AVE STE 3400<br>LOS ANGELES, CA 90071 | **CREDITOR**<br>MARTINDALE-HUBBEL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 59757<br>LOS ANGELES, CA 90074-9757 | **CREDITOR**<br>MEHLER & HAGESTROM<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1660 WEST 2ND STREET SUITE 780<br>CLEVELAND, OH 44113-1455 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>MICHAEL AVENATTI<br>10000 SANTA MONICA<br>21ST FLOOR<br>LOS ANGELES, CA 90067-7000 | **NEW ADDR 12/23/20**<br>**CREDITOR**<br>MICHAEL AVENATTI<br>C/O JAY MANHEIMER<br>229 DIMMICK AVENUE<br>VENICE, CA 90291 | **CREDITOR**<br>MOMENTUM ENGINEERING CORP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>2862 COLUMBIA STREET<br>TORRANCE, CA 90503-3808 |
| **CREDITOR**<br>NAJAH J SHARIFF ESQ<br>UNITED STATES ATTORNEY S OFFICE<br>FEDERAL BUILDING<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012-3336 | **CREDITOR**<br>NATIONWIDE LEGAL LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1609 JAMES M WOOD BLVD<br>LOS ANGELES, CA 90015-1005 | **CREDITOR**<br>NORELL CONSULTING INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>218 CATHERIN PARK<br>GLENDORA, CA 91741-3017 |
| **CREDITOR**<br>OFFICE OF ADMINISTRATIVE HEARINGS<br>2349 GATEWAY OAKS DR<br>SUITE 200<br>SACRAMENTO, CA 95833-4244 | **RTD 1/11/21 UTF**<br>**CREDITOR**<br>PACER<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~PO BOX 71364~~<br>~~PHILADELPHIA, PA 19176-1364~~ | **CREDITOR**<br>PAPERSTREET WEB DESIGN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>219 SW 17TH STREET<br>FORT LAUDERDALE, FL 33315-1745 |
| **CREDITOR / POC ADDRESS**<br>PASSPORT 420<br>CAPPELLO & NOL LLP<br>831 STATE STREET<br>SANTA BARBARA, CA 93101 | **CREDITOR**<br>PERSONAL COURT REPORTERS INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>14520 SYLVAN STREET<br>VAN NUYS, CA 91411-2324 | **CREDITOR**<br>PITNEYBOWES GLOBAL FIN SERVICES LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 |
| **CREDITOR**<br>POYNER SPRUILL LLP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 1801<br>RALEIGH, NC 27602-1801 | **CREDITOR**<br>PURCHASE POWER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P O BOX 371874<br>PITTSBURGH, PA 15250-7874 | **CREDITOR**<br>RAINES FELDMAN<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>18401 VON KARMAN AVE<br>SUITE 360<br>IRVINE, CA 92612-8541 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**CREDITOR / POC ADDRESS**
RAINES FELDMAN LLP
HAMID R. RAFATJOO
1800 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

**CREDITOR**
REST YOUR CASE EVIDENCE STORAGE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
6364 IRWINDALE ROAD
IRWINDALE, CA 91702-3210

**CREDITOR**
RICOH USA INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 31001-0850
PASADENA, CA 91110-0850

**CREDITOR**
SCOTT SIMS
FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
SHRED-IT USA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX101007
PASADENA, CA 91189-1007

**CREDITOR**
SIMPSON DEPOSITION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1314 E CHAPMAN AVE
ORANGE, CA 92866-2219

**RTD 10/11/19 - SEE NEW ADDR**
**CREDITOR**
SOCAL SUBPOENA
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~115 PINE AVENUE~~
~~SUITE 320~~
~~LONG BEACH, CA 90802-4479~~

**NEW ADDR CA SOS 10/14/19**
**CREDITOR**
SOCAL SUBPOENA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
344 CORONADO AVE
LONG BEACH, CA 90814

**CREDITOR**
SOFTWARE TECHNOLOGY LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1621 CUSHMAN DRIVE
LINCOLN, NE 68512-1200

**CREDITOR**
SPECIAL DELIVERY SERVICE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
5470 LBJ FREEWAY
DALLAS, TX 75240-1044

**CREDITOR**
STAPLES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 83689
CHICAGO, IL 60696-3689

**NO ADDR PROVIDED**
**CREDITOR**
STEPHANIE CLIFFORD

**CREDITOR / POC ADDRESS**
STOLL NUSSBAUM & POLAKOV APC
C/O KEATHLEY & KEATHLEY LLP
2030 MAIN STREET SUITE 210
IRVINE, CA 92614-8223
IRVINE, CA 92614-8223

**NEW ADDRESS FROM PO**
**CREDITOR**
SUSAN QUINN
304 E. 65TH STREET, APT 36A
NEW YORK, NY 10065-6786

**RTD 12/3/19 SEE NEW ADDRESS**
**CREDITOR**
SUZY QUINN
C/O JOHN MIGOTSKY
~~95 CHRISTOPHER STREET #14D~~
~~NEW YORK, NY 10014-6629~~

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **CREDITOR**<br>THE IRVINE COMPANY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 841387<br>LOS ANGELES, CA 90084-1387 | **SEE NEW ADDR - RTD 10/15/19**<br>**CREDITOR**<br>THE MONTAGE LAGUNA BEACH<br>~~FINANCE DEPT~~<br>~~30801 SOUTH COAST HIGHWAY~~<br>~~NORWALK, CA 90651~~ | **NEW ADDR PER WEBSITE - 10/15/19**<br>**CREDITOR**<br>THE MONTAGE LAGUNA BEACH<br>FINANCE DEPT<br>30801 SOUTH COAST HIGHWAY<br>LAGUNA BEACH, CA 92651 |
| **CREDITOR**<br>THE MONTLAKE GROUP LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>16639 SUNSET BLVD<br>PACIFIC PALISADES, CA 90272-3202 | **CREDITOR**<br>THE NEUROBEHAVIORAL CLINIC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>13 ORCHARD ROAD<br>SUITE 103<br>LAKE FOREST, CA 92630-8321 | **NEW ADDR CA SOS 10/14/19**<br>**CREDITOR / POC ADDRESS**<br>THE X LAW GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>625 FAIR OAKS AVENUE, SUITE 390<br>SOUTH PASADENA, CA 91030 |
| **RTD 10/11/19 - SEE NEW ADDR**<br>**CREDITOR**<br>THE X LAW GROUP<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~1910 SUNSET BLVD~~<br>~~SUITE 450~~<br>~~LOS ANGELES, CA 90026-7118~~ | **CREDITOR / POC ADDRESS**<br>THOMAS J BERGER MD<br>2451 BRICKELL AVENUE<br>#12-C<br>MIAMI, FL 33129-2469 | **CREDITOR**<br>THOMAS WEST<br>WEST PAYMENT CENTER<br>PO BOX 6292<br>CAROL STREAM, IL 60197-6292 |
| **CREDITOR / POC ADDRESS**<br>TODD D. BARANIAK<br>2303 JONQUIL CT.<br>NAPERVILLE, IL 60540-6054 | **SEE NEW ADDR - RTD 11/18/19 UTF**<br>**CREDITOR**<br>UNISEARCH<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~PO BOX 11940~~<br>~~OLYMPIA, WA 98508-1940~~ | **TC 12/22/20 - THIS IS THE CORRECT ADDRESS NEW ADDR PER CA SOS; RTD 1/13/20 UTF**<br>**CREDITOR**<br>UNISEARCH, INC.<br>ATTENTION: SHARRI MARTINELLI<br>1780 BARNES BLVD SW<br>TUMWATER, WA 98512 |
| **NEW ADDR PER CA SOS**<br>**CREDITOR**<br>UNISEARCH, INC.<br>C/O COGENCY GLOBAL INC., AGENT FOR SERVICE OF PROCESS<br>1325 J ST STE 1550<br>SACRAMENTO, CA 95814 | **CREDITOR**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON, DC 20044-0683 | **CREDITOR**<br>UNIVERSAL PROTECTION SERVICE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 732565<br>DALLAS, TX 75373-2565 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

4828-3049-9260, v. 1

| | | |
|---|---|---|
| **RTD 10/21/19 UTF - SEE NEW ADDR**<br>**CREDITOR**<br>US LEGAL SUPPORT INC<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~<br>~~PO BOX 864407~~<br>~~ORLANDO, FL 32886-4407~~ | **NEW ADDR CA SOS 11/19/19**<br>**CREDITOR**<br>US LEGAL SUPPORT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>16825 NORTHCHASE DRIVE, SUITE 900<br>HOUSTON, TX 77060 | **CREDITOR**<br>VERITEXT<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 71303<br>CHICAGO, IL 60694-1303 |
| **CREDITOR**<br>VERIZON WIRELESS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P O BOX 660108<br>DALLAS, TX 75266-0108 | **CREDITOR / POC ADDRESS**<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 | **CREDITOR / POC ADDRESS**<br>WILLIAM PARRISH<br>CAPPELLO & NOL LLP<br>831 STATE STREET<br>SANTA BARBARA, CA 93101 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1