D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

MURPHEY & MURPHEY PC
Matthew D. Murphey, Bar No. 194111
E-mail: matt@themurpheylawyers.com
Meghan Canty Murphey, Bar No. 259487
E-mail: meghan@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, CA 92656
Telephone: 949.464-4540
Facsimile: 562.375.6674

Special Litigation Counsel for
Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 107(B), RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND RULE 5003-2(C) OF THE LOCAL BANKRUPTCY RULES AUTHORIZING TRUSTEE TO FILE UNDER SEAL A MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF RICHARD A. MARSHACK IN SUPPORT<br><br>[NO HEARING REQUESTED] |

/ / /

TO THE HONORABLE SCOTT C. CLARKSON UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), has filed an Emergency Motion for Entry of Order pursuant to 11 U.S.C. § 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules Authorizing Trustee to File Under Seal a Motion for Order Authorizing the Trustee to Use Property of the Estate Pursuant to 11 U.S.C. § 363, together with a Memorandum of Points and Authorities and Declaration of Richard Marshack.

This Motion is based on this Notice, the points and authorities set forth in the Motion, the Declaration of Richard A. Marshack, the pleadings and files in Debtor's bankruptcy case, and such further oral and documentary evidence as may be presented to the Court.

Dated: January 10, 2022

MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
D. EDWARD HAYS
TINHO MANG
General Counsel for Richard A. Marshack, Chapter 7 Trustee for the Bankruptcy Estate of EAGAN AVENATTI, LLP

Dated: January 10, 2022

MURPHEY & MURPHEY APC

By: ______________
MATTHEW D. MURPHEY
MEGHAN CANTY MURPHEY
Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee

## Memorandum of Points and Authorities

### 1. Background Facts

On February 13, 2019, pursuant to stipulation and order, Brian Weiss was appointed as receiver over Eagan Avenatti, LLP ("Receiver") by the United States District Court for the Central District of California in the case of *In re Eagan Avenatti, LLP*, Case No. 8:18-cv-01644-VAP-KES ("District Court Action"). The District Court Action was commenced by a creditor, Jason Frank Law ("JFL") when it registered a $10 million judgment against Debtor and its principal, Michael Avenatti, which had been entered by the Bankruptcy Court on May 22, 2018, in Debtor's previous bankruptcy, Case No. 8:17-11961-CB (which bankruptcy case had been dismissed on March 15, 2018). The District Court then withdrew the reference with respect to enforcement of judgment efforts that had been initiated in the Bankruptcy Court. Debtor was the law firm operated by Michael Avenatti.

On September 13, 2019, the Receiver filed a voluntary petition for Debtor under Chapter 7 of Title 11 of the United States Code. On the same date, the Receiver filed Debtor's schedules and statement of financial affairs ("Schedules and SOFA").

Richard A. Marshack is the duly-appointed and acting Chapter 7 Trustee for Debtor's estate ("Trustee"). The relief requested in this Motion is similar to relief previously requested by Trustee in this case.

On December 11, 2019, as Dk. No. 49, Trustee filed an emergency motion ("Emergency Motion") for entry of order pursuant to 11 U.S.C. § 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(c) of the Local Bankruptcy Rules authorizing Trustee to file under seal a motion ("Motion") for order authorizing Trustee to use Property of the Estate Pursuant to 11 U.S.C. §363.

On December 12, 2019, as Dk. No. 50, the Court entered an order granting the Emergency Motion. On the same date, as Dk. No. 51, Trustee filed the Motion under seal.

On December 13, 2019, as Dk. No. 52, a notice of hearing was filed setting the Motion for hearing on December 18, 2019. On December 13, 2019, a hearing was held on the Motion.

On December 19, 2019, as Dk. No. 58, the Court entered an order granting the Motion.

This Motion seeks (and the previous motion sought) an order from this Court with regard to the use of estate property including the handling of Debtor's books and records. Because Debtor previously operated as a law firm, the records may contain documents and information covered by the attorney-client privileges maintained by the Debtor pre-petition.

## 2. Legal Authority and Argument

In the Central District of California, Rule 5003-2(c) of the Local Bankruptcy Rules ("LBR") provides "[s]ubject to 11 U.S.C. § 107, a document may not be filed under seal without a prior written order of the court. If a filing under seal is requested, a written motion requesting such relief and a proposed order must be presented to the judge in the manner set forth in the Court Manual." In turn, Section 2(b) of the Court Manual provides:

> (1) the motion should include as exhibits, or in a separate appendix also filed electronically, the documents that the movant seeks to file underseal with the confidential portions redacted; provided, however, that if the documents are voluminous, the motion may be accompanied by a declaration under the penalty of perjury to this effect and a schedule of the documents that movant seeks to file under seal; and
>
> (2) the motion must describe the nature of the information that the party asserts is confidential (without disclosing the confidential information itself) and explain why the information should not be publicly disclosed. If and when the court grants the motion for authority to file documents under seal, unredacted versions of the documents, together with an entered copy of the order authorizing the sealed filing, should be presented under seal in the manner directed by the court in it is order authorizing the filing under seal.

Court Manual, §2(b), pg. 2-45.

Section § 107(b) of the Bankruptcy Code provides in relevant part: "[o]n request of a party in interest, the bankruptcy court shall. . . (2) protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under this title." Rule 9018 of the Federal Rules of Bankruptcy Procedure ("FRBP") states that "[o]n motion or on its own initiative, the court may make any order which justice requires. . . (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code, or (3) to protect governmental matters that are made confidential by statute or regulation."

Here, the issues presented by this case require Trustee to seek to protect and, as authorized, use property of the estate within the confines of the powers and duties bestowed by

the Bankruptcy Code and with respect to applicable non-bankruptcy laws regarding its books and records. The details of the matter at issue are not matters for the public record. Trustee thus seeks guidance from the Court with respect to how he proceeds and how to best preserve confidentiality.

## 3. Conclusion

For all the foregoing reasons, Trustee respectfully requests that this Court enter an order allowing him to file under seal his (1) Motion for Order Authorizing the Trustee to Use Property of the Estate Pursuant to 11 U.S.C. § 363, with supporting Memorandum of Points and Authorities; and (2) the Declarations of Matthew Murphey and Richard Marshack in support of such motion.

Dated: January 10, 2022

MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
D. EDWARD HAYS
DAVID A. WOOD
General Counsel for Richard A. Marshack, Chapter 7 Trustee for the Bankruptcy Estate of EAGAN AVENATTI, LLP

Dated: January 10, 2022

MURPHEY & MURPHEY APC

By:
MATTHEW D. MURPHEY
MEGHAN CANTY MURPHEY
[Proposed] Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee

# Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, say and declare as follows:

1. I am the duly appointed, qualified, and acting chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor").

2. Unless otherwise stated, the facts set forth in this declaration are personally known to me and if called as a witness, I could and would competently testify thereto.

3. I make this Declaration in support my Emergency Motion for Entry of Order Pursuant to 11 U.S.C. § 107(B), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. § 363 ("Motion").

4. All terms not defined herein are used as they are defined in the Motion.

5. I seek an order of this Court with regard to the use of estate property including the handling and use of Debtor's books and records. Because Debtor previously operated as a law firm, the records contain documents and information covered by the attorney-client privilege. As such, I need to maintain such confidences.

6. I do not believe that the details of the matter at issue are matters for the public record. I thus seek guidance from the Court with respect to how to proceed and how to best preserve confidentiality.

7. Based on the foregoing, I seek approval to file a motion to use property of the Estate pursuant to 11 U.S.C. §363 under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2022.

RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 107(B), RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND RULE 5003-2(C) OF THE LOCAL BANKRUPTCY RULES AUTHORIZING TRUSTEE TO FILE UNDER SEAL A MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF RICHARD A. MARSHACK IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 10, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 10, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** James C Bastian jbastian@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank chris@chrisblanklaw.com
- **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
- **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR)**: Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com