D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

MURPHEY & MURPHEY PC
Matthew D. Murphey, Bar No. 194111
E-mail: matt@themurpheylawyers.com
Meghan Canty Murphey, Bar No. 259487
E-mail: meghan@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, CA 92656
Telephone:    949.464-4540
Facsimile:    562.375.6674

Special Litigation Counsel for
Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>    Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>NOTICE OF HEARING RE: EMERGENCY MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 107(B), RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND RULE 5003-2(C) OF THE LOCAL BANKRUPTCY RULES AUTHORIZING TRUSTEE TO FILE UNDER SEAL A MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363<br><br>Date:    January 12, 2022<br>Time:    11:00 a.m.<br>Ctrm:    5C[1] |

---

[1] Virtual; accessibility information location in the Court's tentative rulings.

TO THE HONORABLE SCOTT C. CLARKSON UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Court has set a hearing ("Hearing") on January 12, 2022, at 11:00 a.m., in Courtroom 5C, of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, CA 92701, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, on Richard A. Marshack, in his capacity as Chapter 7 trustee for the bankruptcy estate of Eagan Avenatti, LLP's, *Notice of Emergency Motion and Emergency Motion for Entry of Order Pursuant to 11 U.S.C. §107(B), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. § 363* filed on January 10, 2022, as Dk. No. 337 ("Emergency Motion"). On the same date, as Dk. No. 338, an Application for Order Shortening Time was filed concurrently with the Emergency Motion ("Application"). On January 11, 2022, as Dk. No. 339, the Court entered an order granting the Application. A true and correct copy of the Court's order granting the Application, setting hearing on shortened time, and setting corresponding deadlines ("OST") is attached as Exhibit "1."

PLEASE TAKE FURTHER NOTICE that, any Opposition to the Emergency Motion may be made orally at the Hearing, as provided on paragraph 5 of the OST. Additionally, any reply may be presented orally at the Hearing as provided on paragraph 6 of the OST.

Dated: January 11, 2022         MARSHACK HAYS LLP

By: */s/ Tinho Mang*
  D. EDWARD HAYS
  DAVID A. WOOD
  TINHO MANG
  General Counsel for Richard A. Marshack,
  Chapter 7 Trustee for the Bankruptcy Estate
  of EAGAN AVENATTI, LLP

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, SBN 162507<br>ehays@marshackhays.com<br>TINHO MANG, SBN 322146<br>tmang@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>Attorneys for Chapter 7 Trustee,<br>RICHARD A. MARSHACK<br><br>MURPHEY & MURPHEY PC<br>MATTHEW D. MURPHEY, Bar No. 194111<br>E-mail:  matt@themurpheylawyers.com<br>MEGHAN CANTY MURPHEY, Bar No. 259487<br>E-mail:  meghan@themurpheylawyers.com<br>120 Vantis Dr., Suite 300<br>Aliso Viejo, CA  92656<br>Telephone: 949.464.4540<br>Facsimile: 562.375.6674<br><br>Special Litigation Counsel for<br>Chapter 7 Trustee,<br>RICHARD A. MARSHACK<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: RICHARD A. MARSHACK, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JAN 11 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY **bolte**    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br><br>Debtor(s). | CASE NO.:  8:19-bk-13560-SC<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>    [LBR 9075-1(b)] |

**Movant** (*name*): RICHARD A. MARSHACK, Chapter 7 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT "1"
PAGE 3

a. *Title of motion*: Notice of Emergency Motion and Emergency Motion for Entry of Order Pursuant to 11 U.S.C. § 107(B), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. § 363

b. *Date of filing of motion:* January 10, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: January 10, 2022

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | **Hearing date: January 12, 2022**<br>**Time:** 11:00 a.m.<br>**Courtroom:** 5C – Virtual; accessibility information located in the Court's tentative rulings | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
   |---|---|

   (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | (A) *Deadlines:*<br>Date: January 11, 2022<br>Time: 12:00 p.m. | (B) *Persons/entities to be provided with telephonic notice:*<br>Counsel for Debtor and any other interested party.<br>☐ See attached page<br>(C) *Telephonic notice is also required upon* the United States trustee |
   |---|---|

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

   (A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☒ Email*

   | (B) *Deadlines:*<br>Date: January 11, 2022<br>Time: 12:00 p.m. | (C) *Persons/entities to be served with written notice and a copy of this order:*<br>Counsel for Debtor and any other interested party.<br>☐ See attached page<br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   *(see Court Manual for address)* |
   |---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                        Page 2                        F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT "1"
PAGE 4

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) <u>Deadlines:</u><br>Date: January 11, 2022<br>Time: 12:00 p.m. | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u><br>Counsel for Debtor and any other interested party.<br><br>☐ See attached page<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| (B) <u>Deadlines:</u><br>Date:<br>Time: | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

EXHIBIT "1"
PAGE 5

(B) <u>Deadlines:</u>
   Date:
   Time:

(C) <u>Persons/entities to be served with written reply to opposition:</u>
   -- All persons/entities who filed a written opposition

(D) <u>Service is also required upon</u>:
   -- United States trustee *(electronic service is not permitted)*
   -- Judge's Copy personally delivered to chambers
     (*see Court Manual for address*)

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

   ☐ at least 2 days before the hearing.
   ☒ no later than:    Date: January 11, 2022    Time: 5:00 p.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: January 11, 2022

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

EXHIBIT "1"
PAGE 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING RE: EMERGENCY MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 107(B), RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND RULE 5003-2(C) OF THE LOCAL BANKRUPTCY RULES AUTHORIZING TRUSTEE TO FILE UNDER SEAL A MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

**U.S. TRUSTEE**
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4593

**VIA EMAIL:**
**INTERESTED PARTY**, ANNA PINKEL, CHIEF INVESTIGATOR, FEDERAL DEFENDERS OF NEW YORK, INC., ANNA_FINKEL@FD.ORG
**INTERESTED PARTY**, ROBERT B. SOBELMAN, ASSISTANT UNITED STATES ATTORNEY, ROBERT.SOBELMAN@USDOJ.GOV

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank chris@chrisblanklaw.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
   - **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
   - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
   - **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR)**: Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
   - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1