D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

MURPHEY & MURPHEY PC
Matthew D. Murphey, Bar No. 194111
E-mail: matt@themurpheylawyers.com
Meghan Canty Murphey, Bar No. 259487
E-mail: meghan@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, CA  92656
Telephone:    949.464-4540
Facsimile:     562.375.6674

Special Litigation Counsel for
Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>　　　　Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>DECLARATION OF CYNTHIA BASTIDA AND KATHLEE FREDERICK RE: TELEPHONIC NOTICE AND SERVICE OF NOTICE OF HEARING RE: EMERGENCY MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 107(B), RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND RULE 5003-2(C) OF THE LOCAL BANKRUPTCY RULES AUTHORIZING TRUSTEE TO FILE UNDER SEAL A MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363<br><br>Date:    January 12, 2022<br>Time:   11:00 a.m.<br>Ctrm:    5C[1] |

---

[1] Virtual; accessibility information location in the Court's tentative rulings.

1

DECLARATION RE: NOTICE OF HEARING RE: EMERGENCY MOTION

Attached please find the declarations regarding telephonic notice and service relating to the Chapter 7 Trustee's Motion for Entry of Order Pursuant to 11 U.S.C. §107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(c) of the Local Bankruptcy Rules Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. §363, filed on January 10, 2022 as Dk. No. 337 ("Motion"); Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)], filed on January 10, 2022, as Dk. No. 338 ("Application"); and in compliance with the order entered by the Court on January 11, 2022 as Dk. No. 339 ("OST").

Dated: January 11, 2022                    MARSHACK HAYS LLP

                                            By: */s/ Tinho Mang*
                                                D. EDWARD HAYS
                                                DAVID A. WOOD
                                                TINHO MANG
                                                General Counsel for Richard A. Marshack,
                                                Chapter 7 Trustee for the Bankruptcy Estate
                                                of EAGAN AVENATTI, LLP

## Declaration of Cynthia Bastida

I, CYNTHIA BASTIDA, declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am a senior paralegal with the law firm of Marshack Hays LLP, general counsel for Richard A. Marshack, Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti LLP ("Debtor"). The following matters are true and correct and within my personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

5. On January 10, 2022, at approximately 4:07 p.m., parties received a copy of the Motion, via the Court's ECF.

6. On January 10, 2022, at approximately 4:09 p.m., parties received a copy of the Application, via the Court's ECF.

7. Pursuant to the OST, on January 11, 2022, at approximately 11:04 a.m., parties received a copy of the Notice of Hearing on the Motion (Dk. No. 341) via the Court's ECF. Additionally, parties received a copy by email transmission or by personal service as follows:

**SERVED VIA ECF:**[2]

| **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: |
| --- |
| Ryan D O'Dea rodea@shulmanbastian.com, |
| LGauthier@shulmanbastian.com |

---

[2] See Proof of Service for additional ECF parties that were served.

**SERVED VIA EMAIL:**

| INTERESTED PARTY | INTERESTED PARTY |
|---|---|
| Andrew Dalack, Attorney<br>Anna Finkel, Chief Investigator<br>Federal Defenders of New York, Inc.<br>Email: andrew_dalack@fd.org<br>Email: anna_finkel@fd.org | Robert B. Sobelman, Assistant United States Attorney for Southern District of New York<br>Email: robert.sobelman@usdoj.gov |
| **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**:<br>Ryan D. O'Dea<br>Email: rodea@shulmanbastian.com | **INTERESTED PARTY**<br>**FORCE 10, DOCUMENT MANAGER FOR TRUSTEE**<br>Brian Weiss<br>Email: bweiss@force10partners.com |

**SERVED VIA PERSONAL DELIVERY:**

| U.S. TRUSTEE | PRESIDING JUDGE'S COPY |
|---|---|
| United States Trustee (SA)<br>Office of The United States Trustee<br>411 West Fourth Street<br>Suite 7160<br>Santa Ana, CA 92701 | Honorable Scott C. Clarkson<br>United States Bankruptcy Court, Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, Ca 92701-4593 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2022.

By: /s/ Cynthia Bastida
CYNTHIA BASTIDA

# Declaration of Kathleen Frederick

I, KATHLEEN FREDERICK, declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am a paralegal with the law firm of Marshack Hays LLP, attorneys of record for Richard A. Marshack, Chapter 7 Trustee of the Bankruptcy Estate of Eagan Avenatti LLP ("Trustee"). The following matters are true and correct and within my personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

5. Pursuant to the OST, on January 11, 2022, before 12:00 p.m., I attempted to contact each of the parties specified below to provide them with telephonic notice of the Motion and associated deadlines. With regard to each person or voicemail that I received, I informed them of the hearing date and location, as well as the appropriate deadlines pursuant to the OST.

6. The following summarizes the results of my efforts:

| PARTY | RESULT |
|---|---|
| Debtor, Eagan Avenatti LLP | On January 11, 2022, at approximately 9:35 a.m., I left a message for John P. Reitman of Landau Law LLP on what I believe to be his voicemail. I provided telephonic notice of the Motion, including the hearing date, time, and location, and the deadline for opposition. |
| U.S. Trustee (SA) | On January 11, 2022, at approximately 9:44 a.m., I left a message on the general voicemail for the United States Trustee in Santa Ana. I provided telephonic notice of the Motion, including the hearing date, time, and location, and the deadline for opposition. |

| | | |
|---|---|---|
| 1-5 | Michael Avenatti | On January 11, 2022, at approximately 9:48 a.m., I left a message for Mr. Avenatti's counsel, Ryan O'Dea of Shulman Bastian Friedman & Bui LLP, on his voicemail. I provided telephonic notice of the Motion, including the hearing date, time, and location, and the deadline for opposition. |
| 6-9 | Anna Finkel, Chief Investigator of Federal Defenders of New York, Inc. | On January 11, 2022, at approximately 10:04 a.m., I left a message for Anna Finkel of Federal Defenders of New York, Inc. on her voicemail. I provided telephonic notice of the Motion, including the hearing date, time, and location, and the deadline for opposition. |
| 10-14 | Robert Sobelman, Assistant United States Attorney of Southern District of New York | On January 11, 2022, at approximately 10:20 a.m., I left a message for Robert Sobelman, Assistant United States Attorney for the Southern District of New York on his voicemail. I provided telephonic notice of the Motion, including the hearing date, time, and location, and the deadline for opposition. |
| 15-18 | Brian Weiss, Force 10 Partners | On January 11, 2022, at approximately 1:17 p.m., I left a message for Brian Weiss of Force 10 Partners on his voicemail. I provided telephonic notice of the Motion, including the hearing date, time, and location, and the deadline for opposition. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2022.

By: _____
KATHLEEN FREDERICK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DECLARATION OF CYNTHIA BASTIDA AND KATHLEEN FREDERICK RE: TELEPHONIC NOTICE AND SERVICE OF NOTICE OF HEARING RE: EMERGENCY MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 107(B), RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND RULE 5003-2(C) OF THE LOCAL BANKRUPTCY RULES AUTHORIZING TRUSTEE TO FILE UNDER SEAL A MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 36363** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **January 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank chris@chrisblanklaw.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
   - **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
   - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
   - **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR)**: Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
   - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman    jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman    jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1