D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

MURPHEY & MURPHEY PC
Matthew D. Murphey, Bar No. 194111
E-mail: matt@themurpheylawyers.com
Meghan Canty Murphey, Bar No. 259487
E-mail: meghan@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, CA  92656
Telephone:    949.464-4540
Facsimile:    562.375.6674

Special Litigation Counsel for
Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | NOTICE OF HEARING RE: ORDER TO SHOW CAUSE WHY TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 363 [DK. 51] SHOULD NOT BE UNSEALED |
| | Date:    March 2, 2022<br>Time:   11:00 a.m.<br>Ctrm:    5C[1] |

/ / /

/ / /

---

[1] virtual via Zoom.gov; see Court's tentative rulings for accessibility information.

1

NOTICE OF HEARING RE: ORDER TO SHOW CAUSE

4859-0105-8061v.1-1015-131

TO THE HONORABLE SCOTT C. CLARKSON UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Court has set an Order to Show Cause Why Trustee's Motion for Order Authorizing Trustee to Use Property of the Estate pursuant to 11 U.S.C. Section 363 [Dk. 51] should not be unsealed ("OSC Hearing"). The OSC Hearing is set for March 2, 2022, at 11:00 a.m., in Courtroom 5C-Virtual, of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, CA 92701, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge. A true and correct copy of the Court's OSC Hearing is attached as Exhibit "1."

Dated: February 9, 2022                     MARSHACK HAYS LLP

By: */s/ D. Edward Hays*
    D. EDWARD HAYS
    DAVID A. WOOD
    TINHO MANG
    General Counsel for Richard A. Marshack,
    Chapter 7 Trustee for the Bankruptcy Estate
    of EAGAN AVENATTI, LLP

# EXHIBIT "1"

**FILED & ENTERED**

**JAN 18 2022**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>**ORDER TO SHOW CAUSE WHY TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 363 [DK. 51] SHOULD NOT BE UNSEALED**<br><br>Date: March 2, 2022<br>Time: 11:00 a.m.<br>Ctrm: 5C – virtual via Zoom.gov; *see Court's tentative rulings for accessibility information* |

On January 12, 2022, at 11:00 a.m., an emergency hearing on the Chapter 7 Trustee's Emergency Motion to File under Seal [Dk. 337] was conducted by this Court. Appearing for the Chapter 7 Trustee was Ed Hays, Esq. and Matthew Murphey, Esq. Appearing for party in interest, Michael J. Avenatti, was Ryan O'Dea, Esq, of the firm of Shulman Bastian Friedman & Bui, LLP.  Mr. Michael J. Avenatti was also present with counsel and was afforded an opportunity on his own behalf to discuss the Motion as a party in interest. All other appearances are noted in the record. The Motion under consideration was denied without prejudice.

1

**EXHIBIT "1"**<br>**PAGE 3**

1  During the January 12 hearing, the Court's attention was drawn to the presence of an
2  earlier Emergency Motion to File under Seal, filed December 11, 2019 [Dk. 49], which was
3  granted by the predecessor United States Bankruptcy Judge[1] and which permitted a
4  possibly similar discovery pleading to be filed under seal pursuant to the Court's Order[2]
5  entered on December 12, 2019 [Dk. 50].  This Court has now reviewed the publicly available
6  Chapter 7 Trustee's earlier Emergency Motion to File Under Seal [Dk. 49], the publicly
7  available Order granting the Trustee's Emergency Motion [Dk. 50], and further has
8  undertaken an *in camera* review of the Trustee's Motion for Order Authorizing Trustee to
9  Use Property of the Estate Pursuant to 11 U.S.C. Section 363 that was filed under seal
10  pursuant to Court Order on December 12, 2019 [Dk. 51].

11  This Court hereby issues this Order to Appear on March 2, 2022, at 11:00 a.m. and
12  Show Cause Why the Trustee's Motion for Order Authorizing Trustee to Use Property of the
13  Estate Pursuant to 11 U.S.C. Section 363 [Dk. 51] should not be unsealed at this time, either
14  through the process of this Court's reconsideration of the previous Motion to Seal [Dk. 49]
15  and the Order thereon [Dk. 50], or alternatively, due to the lack of the necessity for the
16  Motion to remain sealed at this time. The Court is authorized to, and accordingly does,
17  issue this Order to Show Cause pursuant to 11 U.S.C. Sections 107(a)[3], 107(c), 105, and the
18  inherent powers of this Court. Any response to this Order shall be filed by not later than 14
19  days prior to the March 2 hearing.

20  A copy of this Order shall be transmitted electronically by the Chapter 7 Trustee to
21  the United States Attorneys, or their respective designees, of the Central District of
22  California and the Southern District of New York, and any other interested party that does
23  not receive NEF notice.  A proof of service must be filed by not later than 21 days prior to
24  the March 2 hearing.

---

[1] The Honorable Catherine E. Bauer retired on September 1, 2020, and this case was randomly reassigned to Judge Clarkson by Division wheel on July 31, 2020. [Dk. 184]

[2] This is derived according to the representations of Chapter 7 counsels during the January 12, 2022 hearing before this Court.

[3] Section 107(a) of the Bankruptcy Code recognizes the right of public access in a bankruptcy case. It provides that "[e]xcept as provided in subsection (b) and (c) [of this section] and subject to section 112, a paper filed in a case under this title and the dockets of a bankruptcy court are public records and open to examination by an entity at reasonable times without charge."

**EXHIBIT "1"**
**PAGE 4**

1  A copy of this Order shall also be transmitted by the Court to the Chambers of the
2  Honorable James V. Selna, United States District Court for the Central District of
3  California, and the Honorable Paul G. Gardephe of the Southern District of New York.
4  IT IS SO ORDERED.
5  ###

24  Date: January 18, 2022

Scott C. Clarkson
United States Bankruptcy Judge

3

**EXHIBIT "1"**
**PAGE 5**

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the Court that an order entitled ORDER TO SHOW CAUSE WHY TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 363 [DK. 51] SHOULD NOT BE UNSEALED entered on or about January 18, 2022, will be served separately from its electronic service to the individuals identified below in the manner indicated below:

SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Hon. James V. Selna, Senior District Judge
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Room 10030
Santa Ana, CA 92701

The Hon. Paul G. Gardephe, District Judge,
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2204
New York, NY 10007-1501

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **ORDER TO SHOW CAUSE WHY TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 363 [DK. 51] SHOULD NOT BE UNSEALED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 9, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 9, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 9, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

**VIA EMAIL:**
- **INTERESTED PARTY:** ANDREW DALACK, ATTORNEY, FEDERAL DEFENDERS OF NEW YORK, INC., ANDREW_DALACK@FD.ORG
- **INTERESTED PARTY:** ANNA FINKEL, CHIEF INVESTIGATOR, FEDERAL DEFENDERS OF NEW YORK, IN.C, ANNA_FINKEL@FD.ORG
- **INTERESTED PARTY:** ROBERT B. SOBELMAN, ASSISTANT UNITED STATES ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK, ROBERT.SOBELMAN@USDOJ.GOV

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 9, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS**: Christopher L Blank chris@chrisblanklaw.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
   - **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
   - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
   - **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR**): Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
   - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC**: Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC**: Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman    jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman    jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1