1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  TINHO MANG, #322146
   tmang@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
8

9              UNITED STATES BANKRUPTCY COURT

10       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11 | In re | Case No. 8:19-bk-13560-SC |
|---|---|
12 | EAGAN AVENATTI, LLP, | Chapter 7 |
13 | Debtor. | NOTICE OF MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND ALEDMI, LLC, AN ADMINISTRATIVELY DISSOLVED WASHINGTON LIMITED LIABILITY COMPANY, ALAN CHAFEE, EDWIN SPAUNHURST, AND MICHAEL WHITE |
|  |  |
|  | [NO HEARING REQUIRED PURSUANT TO RULE 9013-1(O)] |

19  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

20  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

21       PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as Chapter 7 Trustee

22  ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), has filed a

23  motion ("Motion") for an order approving the settlement agreement ("Agreement")[1] with ALEDMI,

24  LLC ("Aledmi"), an administratively dissolved Washington limited liability company, Alan Chafee,

25  Edwin Spaunhurst, and Michael White (collectively, the "Defendants"). The Plaintiff and each of the

26  Defendants may be referred to individually as the "Party" and together as the "Parties," and through

27

28  [1] A true and correct copy of the Settlement Agreement is attached as Exhibit "1" to the declaration of
    Richard A. Marshack ("Marshack Declaration"), which is attached to the Motion.

1   the instant Motion, the Trustee seeks approval of the Agreement pursuant to Rule 9019 of the

2   Federal Rules of Bankruptcy Procedure ("FRBP").

3         Pursuant to FRBP 9019, the Court may approve reasonable settlements and compromises of

4   claims. Here, the Parties have engaged in extensive negotiations through counsel with the desire to

5   fully and finally resolve and release all disputes and claims between them, including the Adversary

6   Proceeding resolved in favor of the settling parties (as defined below and in more detail in the

7   Motion) and the Appeal filed by Trustee (as defined below and in more detail in the Motion). Under

8   the terms of the proposed compromise, all parties are essentially walking-away and will bear their

9   own costs of litigation. Trustee believes that the settlement embodied in the Agreement is in the best

10  interest of the Estate and should be approved pursuant to FRBP 9019.

11        On September 13, 2019, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy

12  Code, Case No. 8:19-bk-13560 ("Bankruptcy Case"), in the United States Bankruptcy Court for the

13  Central District of California ("Bankruptcy Court"), thereby commencing the Bankruptcy Case.

14  Trustee was appointed by the United States Trustee on September 13, 2019.

15        On April 14, 2020, Trustee filed a complaint commencing an adversary proceeding entitled

16  *Richard A. Marshack v. ALEDMI, LLC, an administratively dissolved Washington limited liability*

17  *company, Alan Chafee, Edwin Spaunhurst, and Michael White* ("Adversary Proceeding"), Adv. No.

18  8:20-ap-01049-SC, in the Bankruptcy Court, for Avoidance and Recovery of Voidable Transfers

19  against the Defendants and Lisa Hallmon.

20        On April 15, 2020, a Dk. No. 2, Trustee filed the First Amended Complaint for Avoidance

21  and Recovery of Voidable Transfers against the Defendants.

22        On July 21, 2020, as Dk. No. 19, Trustee filed the Second Amended Complaint for

23  Avoidance and Recovery of Voidable Transfers (the "SAC") against the Defendants, asserting the

24  following claims: (1) to avoid transfers under 11 U.S.C. §§ 544(a) and (b), and California Civil Code

25  § 3439.04(a), 3439.07, and 3439.09(a) and (c); (2) to avoid transfers under 11 U.S.C. §§ 544(a) and

26  (b), and California Civil Code § 3439.04(a) and 3439.07; and (3) to recover and preserve avoided

27  transfers under 11 U.S.C. § 550(a)(1) and (a)(2), and 11 U.S.C. § 551.

28

NOTICE OF MOTION TO APPROVE COMPROMISE

On September 23, 2021, as Dk. No. 91, Defendants filed a Motion for Summary Judgment (the "MSJ").  On December 22, 2021, as Dk. No. 131, the Bankruptcy Court entered the Order Granting Defendants' Motion for Summary Judgment ("MSJ Order").  Through the MSJ Order, the Bankruptcy Court determined that the Defendants were entitled to summary judgment on each cause of action in the SAC and that the Defendants were entitled to summary judgment under California Civil Code § 3439.08.

On January 4, 2022, as Dk. No. 136, the Bankruptcy Court entered the Final Judgment In Favor of Defendants ("Judgment"). In the Judgment, the Bankruptcy Court adjudged that Defendants were entitled to judgment on all claims asserted in the SAC as a result of their affirmative defense based on California Civil Code § 3439.08.

On January 4, 2022, as Dk. No. 137, Trustee filed a notice of appeal of the Judgment, the Order on Evidentiary Objections, and the MSJ Order, commencing Case No. 8:22-cv-00031 in the United States District Court, Central District of California ("Appeal").

Shortly thereafter, the Parties engaged in settlement negotiations. Such negotiations proved to be fruitful, as the settlement embodied in the Agreement was reached resolving both the Adversary Proceeding and the Appeal.

The following is a brief summary of the terms of the Agreement entered into between the Parties.  Subject to the Bankruptcy Court approval, the Parties agree as follows:

1.1. **Bankruptcy Court Approval.** Upon the execution of this Agreement by the Plaintiff and the Defendants, the Plaintiff will seek the Bankruptcy Court's approval of this Agreement by motion pursuant to Federal Bankruptcy Rule of Procedure 9019 (the "Compromise Motion"). This Agreement shall become effective upon entry of an order granting the Compromise Motion (the "Effective Date").

2.1. **Dismissal.** Within five (5) business days after the Effective Date, the Plaintiff will prepare and file a stipulation to dismiss the Appeal with prejudice, with each party bearing their own respective attorney's fees and costs in connection with the Adversary Proceeding and the Appeal.

3.1. **The Plaintiff's General Releases.** Upon the Effective Date, the Plaintiff, in his capacity as the chapter 7 trustee of the Estate, on behalf of himself and the Estate and their respective agents, attorneys, accountants, representatives, professionals, successors, assigns, grantees, acting solely in such capacities, on behalf of any and all creditors of the Estate, and on behalf of all persons to the extent that they may purport to assert a claim derivatively, by, under, through or on behalf of any of the foregoing, and each of them, shall be deemed to have fully, finally, automatically and forever released and discharged each of the Defendants and their successors, executors, administrators, employees, agents, attorneys, and accountants from any and all

interests, rights, claims, judgments, demands, controversies, debts, duties, obligations, promises, contributions, indemnities, recoupments, amounts, disgorgements, damages, accounts, payments, costs, expenses, sums of money, acts, suits, actions, causes of action and liabilities of every nature, at law and in equity, whether known or unknown, suspected or unsuspected, and whether matured, contingent or disputed, that the Estate or any creditor of the Estate (but solely as, or by virtue of being, a creditor of the Estate and/or the Debtor) has, had, or may have against the Defendants or could have asserted against all or any of the Defendants prior to the commencement of the Bankruptcy Case.

3.2. The Defendants' General Releases. Upon the Effective Date, and subject to the terms and conditions of this Agreement, the Defendants, on behalf of themselves and Aledmi, and any successor-in-interest, and their respective agents, attorneys, accountants, representatives, professionals, successors, assigns, grantees, acting solely in such capacities, on behalf of any and all of them, and on behalf of all persons to the extent that they may purport to assert a claim derivatively, by, under, through or on behalf of any of the foregoing,  and each of them, shall be deemed to have fully released and discharged the Plaintiff, in his capacity as the chapter 7 trustee of the Estate, the Estate, and their respective agents, attorneys, accountants, professionals, and representatives, acting solely in such capacities, of any and all claims, judgments, demands, controversies, debts, duties, obligations, promises, contributions, indemnities, recoupments, amounts, disgorgements, damages, accounts, payments, costs, expenses, sums of money, acts, suits, actions, causes of action and liabilities of every nature, at law and in equity, whether known or unknown, suspected or unsuspected, and whether matured, contingent or disputed, that the Defendants have, had, or may have against the Plaintiff and the Estate.

The complete scope and terms of the relief are detailed in the Motion a copy of which can be obtained by contacting David A. Wood whose contact information is listed in the top left-hand corner of this Notice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

NOTICE OF MOTION TO APPROVE COMPROMISE

4874-3883-5227v.1-1015-131

1      **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the

2   proposed relief must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy

3   Rules ("LBR") and filed with the Clerk of the above-entitled Court.  The deadline for any response

4   and request for hearing is 14 days after the date of service of this Notice plus an additional 3 days

5   unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-

6   (B).  A copy of any response or request for hearing must be served on David A. Wood at the address

7   indicated above and served on the Office of the United States Trustee, Office of The United States

8   Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701.  Failure to timely respond may

9   be deemed as acceptance of the proposed relief.  See LBR 9013-1(h).

10   Dated: April 8, 2022                          MARSHACK HAYS LLP

11                                                 By: */s/ David A. Wood*
                                                      D. EDWARD HAYS
12                                                    DAVID A. WOOD
                                                      TINHO MANG
13                                                    Attorneys for Chapter 7 Trustee,
                                                      RICHARD A. MARSHACK
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION TO APPROVE COMPROMISE
4874-3883-5227v.1-1015-131

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND ALEDMI, LLC, AN ADMINISTRATIVELY DISSOLVED WASHINGTON LIMITED LIABILITY COMPANY, ALAN CHAFEE, EDWIN SPAUNHURST, AND MICHAEL WHITE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 8, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **April 8, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
~~EAGAN AVENATTI, LLP~~
~~ATTN: ATTN: OFFICER, A MANAGING OR GENERAL~~
~~AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 8, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE CENTRAL GUIDE SUPPLEMENT TO LBR 5005-2(d), SERVING A JUDGE'S COPY OF DOCUMENTS, §2.2(c), A NON-HEARING MOTION WHEN THE RESPONSE DEADLINE HAS NOT PASSED SHOULD NOT BE SERVED UPON THE JUDGE.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 8, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
- **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS:** Christopher L Blank chris@chrisblanklaw.com
- **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
- **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC:** Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| CREDITOR / RFSN | CREDITOR / POC ADDRESS | SECURED CREDITOR / POC ADDRESS |
|---|---|---|
| EISENHOWER CARLSON PLLC STEVEN CASSELBERRY, ESQ. MUSICK, PEELER & GARRETT LLP 650 TOWN CENTER DRIVE, SUITE 1200 COSTA MESA, CA 92626-1925 | PERSONAL COURT REPORTERS INC LAW OFFICES OF PHILIP LANDSMAN 5776 LINDERO CANYON RD STE D-366 WESTLAKE VILLAGE CA 91362 | 520 NEWPORT CENTER DRIVE LLC C/O R. GIBSON PAGTER, JR. PAGTER AND PERRY ISAACSON 525 N. CABRILLO PARK DRIVE, SUITE 104 SANTA ANA, CA 92701 |
| **RTD 01/06/22 UTF SECURED CREDITOR** 520 NEWPORT CENTER DRIVE LLC C/O MARK A KOMPA ESQ 233113 S PLAZA POINTE SUITE 100 LAGUNA HILLS, CA 92653 | **RTD 02/27/20 UTF SECURED CREDITOR** ACAMAR INVESTMENTS JOHN CASPERSON 999 THIRD AVENUE SUITE 2600 SEATTLE, WA 98104-4018 | **NEW ADDR 03/02/20 WA BAR SECURED CREDITOR** ACAMAR INVESTMENTS JOHN CASPERSON 3101 WESTERN AVE STE 500 SEATTLE, WA 98121-3071 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

4828-3049-9260, v. 1

**F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR**
ATTORNEY GENERAL
UNITED STATES DEPARTMENT
OF JUSTICE
BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON, DC 20044

**RTD 09/22/21 UTF**
**SECURED CREDITOR**
CALIFORNIA BANK & TRUST
ATTN DAVID BLACKFORD
11622 EL CAMINO REAL
SUITE 200
SAN DIEGO, CA 92130-2051

**NEW ADDR PER CA SOS**
**SECURED CREDITOR**
CALIFORNIA BANK & TRUST
MERGED INTO ZIONS FIRST
NATIONAL BANK,
A SUBSIDIARY OF ZIONS
BANCORPORATION, NATIONAL
ASSOCIATION
CSC - LAWYERS INCORPORATING
SERVICE, AGENT FOR SERVICE OF
PROCESS
2710 GATEWAY OAKS DRIVE,
SUITE 150N
SACRAMENTO, CA 95833

**NEW ADDR PER CA SOS**
**SECURED CREDITOR**
CALIFORNIA BANK & TRUST
MERGED INTO ZIONS FIRST
NATIONAL BANK,
A SUBSIDIARY OF ZIONS
BANCORPORATION, NATIONAL
ASSOCIATION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
ONE SOUTH MAIN ST, 2ND FLOOR
SALT LAKE CITY, UT 84133

**SECURED CREDITOR**
CALIFORNIA BANK & TRUST
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 30833
SALT LAKE CITY, UT 84130-0833

**SECURED CREDITOR**
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S
OFFICE
FEDERAL BUILDING, ROOM 7516
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

**SECURED CREDITOR / POC**
**ADDRESS**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ATTN MEE CHA
PO BOX 145595 STOP 8420G
CINCINNATI OH 45250-5585

**SECURED CREDITOR**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
S MUHAMMAD
PO BOX 145595 STOP 8420G
CINCINNATI OH 45250-5585

**SECURED CREDITOR**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ATTN MARIA R GALVAN
1919 SMITH STREET M/S 5024 HOU
HOUSTON, TX 77002

**SECURED CREDITOR**
DEPT OF THE TREASURY IRS
OGDEN, UT 84201-0013

**SECURED CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**SECURED CREDITOR / POC**
**ADDRESS**
JASON FRANK LAW PLC / JASON M.
FRANK
C/O FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD, SUITE
855
IRVINE, CA 92612-8444

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**SECURED CREDITOR /POC
ADDRESS**
LISA STORIE-AVENATTI
3419 VIA LIDA 610
NEWPORT BEACH, CA 92663-3908

**SECURED CREDITOR**
STATE OF CA EMPLOYMENT
DEVELOPMENT
LIEN GROUP MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SECURED CREDITOR**
THE PEOPLES BANK
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
BILOXI MISSISSIPPI
152 LAMEUSE STREET
BILOXI, MS 39530-4214

**CREDITOR / POC ADDRESS**
500/550 NEWPORT CENTER
DRIVE, LLC
C/O R. GIBSON PAGTER, JR.
PAGTER AND PERRY ISAACSON
525 N. CABRILLO PARK DRIVE,
SUITE 104
SANTA ANA, CA 92701

**CREDITOR**
ACE PARKING MANAGEMENT INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
610 NEWPORT CENTER DRIVE
SUITE 50
NEWPORT BEACH, CA 92660-6416

**CREDITOR**
ADERANT HOLDINGS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
LOCKBOX PO BOX 931177
ATLANTA, GA 31193-0001

**RTD 02/11/22 UTF
CREDITOR**
ADVANCED DISCOVERY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO 102242
ATLANTA, GA 30368-2242

**RTD 03/28/22 UTF
CREDITOR**
AFFORDABLE MOVING & STORAGE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 361
GARDEN GROVE, CA 92842-0361

**CREDITOR**
AHMED IBRAHIM
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
29 SOHO
IRVINE, CA 92612-1083

**CREDITOR / POC ADDRESS**
ALEXIS GARDNER
C/O THE X-LAW GROUP, PC
625 FAIR OAKS AVENUE, SUITE
390
SOUTH PASADENA, CA 91030

**CREDITOR**
ALLIED UNIVERSAL SECURITY
SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

**CREDITOR**
ALPHAGRAPHICS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
221 KING STREET
MADISON, WI 53703-3419

*June 2012*

4828-3049-9260, v. 1

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
ANDREW STOLPER
FRANK SIMMS STOLPER  LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 54630
LOS ANGELES, CA 90054-0630

**CREDITOR**
AT&T TELECONFERENCE
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 5002
CAROL STREAM, IL 60197-5002

**CREDITOR**
AUTHENTIC ENTERTAINMENT
PROPERTIES
C/O ANDREW D  STOLPER  ESQ
19800 MACARTHUR BLVD STE 855
IRVINE, CA 92612-8444

**CREDITOR**
BAKER HOSTETLER
ATTN ELIZABETH GREEN
200 S ORANGE AVE
SUITE 2300
ORLANDO, FL 32801-3432

**CREDITOR / POC ADDRESS**
BAKER KEENER & NAHRA LLP
C/O PHILLIP A. BAKER
633 WEST FIFTH STREET, SUITE
5500
LOS ANGELES, CA 90071-2060

**CREDITOR**
BARKLEY COURT REPORTERS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
10350 SANTA MONICA BLVD
SUITE 200
LOS ANGELES, CA 90025-6923

**CREDITOR / POC ADDRESS**
BEN HYATT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
17835 VENTURA BLVD
SUITE 310
ENCINO, CA 91316-3683

**NEW ADDR PER WEB**
**CREDITOR / POC ADDRESS**
BRIAN WEISS
FORCE TEN PARTNERS LLC
5271 CALIFORNIA AVE., SUITE 270
IRVINE, CA 92617

**CREDITOR**
BURLINGTON & ROCKENBACH PA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
444 W RAILROAD AVE, SUITE 350
WEST PALM BEACH, FL 33401-
4112

**CREDITOR**
CA DEPARTMENT OF REVENUE
CA FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO, CA 95812-1468

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT OF TAX & FEE
ADMIN
SPECIAL OPERATIONS BRANCH
MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR**
CANTRAL COMMUNICATIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
11830 PIERCE STREET
SUITE 100
RIVERSIDE, CA 92505-5175

**CREDITOR**
CARLOS COLORADO
C/O HODES MILMAN LLP
9210 IRVINE CENTER DR
IRVINE, CA 92618-4661

**CREDITOR**
CASCADE CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
815 FIRST AVENUE
#150
SEATTLE, WA 98104-1404

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

4828-3049-9260, v. 1

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
CASCADE CAPITAL GROUP LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**CREDITOR**
CCROLA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
205 BROADWAY
SUITE 200
LOS ANGELES, CA 90012-3607

**RTD 01/06/22 UTF**
**CREDITOR**
CITY OF NEWPORT BEACH
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 3080
NEWPORT BEACH, CA 92658-3080

**NEW ADDR PER WEB**
**CREDITOR**
CITY OF NEWPORT BEACH
ATTN: AARON C. HARP, CITY
ATTORNEY
OFFICE OF THE CITY ATTORNEY
100 CIVIC CENTER DRIVE
NEWPORT BEACH, CA 92660

**RTD 01/06/22 UTF**
**CREDITOR**
COLLISION AND INJURY DYNAMICS
INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
149 SHELDON STREET
EL SEGUNDO, CA 90245-3916

**NEW ADDR PER CA SOS**
**CREDITOR**
COLLISION AND INJURY DYNAMICS
INC
ATTN: ELIZABETH JENNIFER
WAHBA, AGENT FOR SERVICE OF
PROCESS
2275 W 190TH STREET
TORRANCE, CA 90504

**CREDITOR**
COMPETITION ECONOMICS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2000 POWELL STREET
SUITE 510
EMERYVILLE, CA 94608-1886

**CREDITOR**
COREY SPOUND & MICHAEL SPOUND
C/O FRANK SIMS & STOLPER LLP
19800 MACARTHUR BLVD
#855
IRVINE, CA 92612-8444

**CREDITOR**
COUNTY OF ORANGE
ATTN TREASURER-TAX
COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

**CREDITOR / POC ADDRESS**
COUNTY OF ORANGE
ATTN: BANKRUPTCY UNIT
PO BOX 4515
SANTA ANA, CA 92702-4515

**CREDITOR**
COX COMMUNICATIONS
ATTN BANKRUPTCY CENTER
1341 CROSSWAYS BLVD
CHESAPEAKE VA 23320-2897

**CREDITOR**
CROSSPLANS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
23041 AVENIDA DE LA CARLOTA
SUITE 300
LAGUNA HILLS, CA 92653-1572

**CREDITOR / POC ADDRESS**
DAMON ROGERS
C/O THE X-LAW GROUP, PC
625 FAIR OAKS AVENUE, SUITE
390
SOUTH PASADENA, CA 91030

**RTD 11/11/19 - SEE NEW ADDR**
**CREDITOR**
DAMON ROGERS
C/O X-LAW GROUP
910 SUNSET BLVD
SUITE 450
LOS ANGELES, CA 90012

**RTD 09/11/20 - SEE POC ADDR**
**CREDITOR**
DAMON ROGERS
C/O X-LAW GROUP
1910 SUNSET BLVD, SUITE 450
LOS ANGELES, CA 90026

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**CREDITOR**
DAVID GOLUBCHIK ESQ
LEVENE NEALE BENDER YOO &
BRILL
10250 CONSTELLATION BLVD
SUITE 1700
LOS ANGELES, CA 90067-6253

**CREDITOR**
DAVID H. STEIN, ESQ.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095-1146

**CREDITOR**
DAVID W STEWART PHD
13031 VILLOSA PLACE #121
PLAYA VISTA, CA 90094-6500

**CREDITOR / POC ADDRESS**
DENNIS M. BILL
12811 WHITTINGTON CT
LARGO, FL 33773

**CREDITOR**
DEVELOPING OPPORTUNITIES &
SOLUTIONS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
611 SOUTH MAIN STREET
#400
GRAPEVINE, TX 76051-5477

**CREDITOR / POC ADDRESS**
E. TIMOTHY FITZGIBBONS
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

**CREDITOR / POC ADDRESS**
EDWARD M. RICCI, P.A. AND
EDWARD M. RICCI, ESQ.
C/O REEDER LAW CORP., ATTN:
D. REEDER
1875 CENTURY PARK E
SUITE 700
LOS ANGELES, CA 90067

**NTC OF CHANGE OF ADDR 05/06/20
CREDITOR**
EDWARD M. RICCI, P.A. AND EDWARD
M. RICCI, ESQ.
C/O REEDER LAW CORP., ATTN: D.
REEDER
1801 CENTURY PARK EAST, 16TH
FLOOR
LOS ANGELES, CA 90067

**CREDITOR**
EISENHOWER CARLSON PLLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
WELLS FARGO PLAZA
SUITE 1200 1201 PACIFIC AVE
TACOMA, WA 98402-4395

**RTD 01/12/22 UTF
CREDITOR**
EMPLOYERS PREFERRED
INSURANCE CO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 53089
PHOENIX, AZ 85072-3089

**NEW ADDR PER CA SOS
CREDITOR**
EMPLOYERS PREFERRED
INSURANCE COMPANY
CSC - LAWYERS INCORPORATING
SERVICE, AGENT FOR SERVICE OF
PROCESS
2710 GATEWAY OAKS DRIVE, SUITE
150N
SACRAMENTO, CA 95833

**NEW ADDR PER CA SOS
CREDITOR**
EMPLOYERS PREFERRED
INSURANCE COMPANY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
10375 PROFESSIONAL CIRCLE
RENO, NV 89521

**CREDITOR /POC ADDRESS**
EMPLOYMENT DEVELOPMENT
DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P O  BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPARTMENT
P O  BOX 989061
WEST SACRAMENTO, CA 95798-9061

**CREDITOR**
ESNER CHANG & BOYER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
234 EAST COLORADO BLVD
SUITE 750
PASADENA, CA 91101-2223

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

4828-3049-9260, v. 1

**CREDITOR**
ESQUIRE DEPOSITION
SOLUTIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2700 CENTENNIAL TOWER 101
MARRIETTA STREET
ATLANTA, GA 30303

**CREDITOR**
EXECUTIVE PRESENTATIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
915 WILSHIRE BLVD
SUITE 1700
LOS ANGELES, CA 90017-3462

**CREDITOR**
F TIMOTHY FITZGIBBONS
WILLIAM PARRISH
C/O CAPPELLO & NOEL LLP
831 STATE STREET SUITE 210
SANTA BARBARA, CA 93101-3227

**CREDITOR**
FEDEX
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 7221
PASADENA, CA 91109-7321

**CREDITOR / POC ADDRESS**
FEDEX CORPORATE SERVICES, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS, TN 38116-5017

**CREDITOR**
FILE & SERVE XPRESS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 679058
DALLAS, TX 75267-9058

**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 743451
LOS ANGELES, CA 90074-3451

**CREDITOR**
FIRST LEGAL RECORDS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 749469
LOS ANGELES, CA 90074-9469

**CREDITOR**
FORCE TEN PARTNERS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
20341 SW BIRCH
SUITE 220
NEWPORT BEACH, CA 92660-1514

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GARRETT MOSIER GRIFFITH SISTRU
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
6201 OAK CANYON
#100
IRVINE, CA 92618-5232

**RTD 11/01/19 - SEE NEW ADDR
CREDITOR**
GASS WEBER MULLINS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
309 N WATER ST
MILWAUKEE, WI 53202-5769

June 2012

4828-3049-9260, v. 1

**F 9013-3.1.PROOF.SERVICE**

**NEW ADDR PER WEBSITE 11/12/19**
**CREDITOR**
GASS WEBER MULLINS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
241 N BROADWAY, SUITE 300
MILWAUKEE, WI 53202

**CREDITOR / POC ADDRESS**
GEOFFREY E JOHNSON
C/O CALLAHAN & BLAINE APLC
3 HUTTON CENTRE DRIVE
NINTH FLOOR
SANTA ANA, CA 92707-5781

**RTD 07/10/20 UTF**
**CREDITOR**
GERALD TOBIN
2014 EDGEWATER DRIVE #169
ORLANDO, FL 32804-5312

**RTD 09/22/21 UTF**
**CREDITOR**
GREEN STREET ADVISORS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
660 NEWPORT CENTER DRIVE
SUITE 800
NEWPORT BEACH, CA 92660-6409

**NEW ADDR PER CA SOS**
**CREDITOR**
GREEN STREET ADVISORS, LLC
COGENCY GLOBAL INC, AGENT FOR
SERVICE OF PROCESS
1325 J STREET, SUITE 1550
SACRAMENTO, CA 95814

**NEW ADDR PER CA SOS**
**CREDITOR**
GREEN STREET ADVISORS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
100 BAYVIEW CIRCLE, SUITE 400
NEWPORT BEACH, CA 92660

**CREDITOR**
GREGORY AND TALITHA BARELA
C/O LARSON O BRIEN LLP
55 SOUTH FLOWER ST
SUITE 4400
LOS ANGELES, CA 90071

**CREDITOR / POC ADDRESS**
GREGORY BARELA
C/O STEVEN E BLEDSOE, ESQ. /
LARSON O'BRIEN LLP
555 S FLOWER ST, SUITE 4400
LOS ANGELES, CA 90071

**RTD 01/26/22 UTF**
**CREDITOR**
HSNO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 51067
LOS ANGELES, CA 90051-5367

**CREDITOR**
HUMBERTO R GRAY
11726 SAN VICENTE BLVD
SUITE 670
LOS ANGELES, CA 90049-5049

**CREDITOR**
IMANAGE LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 71701
CHICAGO, IL 60694-1701

**RTD 10/11/19 SEE NEW ADDR**
**CREDITOR**
INNOVATIVE COMPUTING
SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2780 SKYPARK DR
SUITE 125
TORRANCE, CA 90505-7528

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

4828-3049-9260, v. 1

**F 9013-3.1.PROOF.SERVICE**

**NEW ADDR CA SOS 10/14/19
CREDITOR**
INNOVATIVE COMPUTING
SYSTEMS
AGENT FOR SERVICE OF
PROCESS, BEN KARIMI
16311 VENTURA BLVD. STE.
#1111
ENCINO, CA 90245

**RTD 04/29/21 SEE NEW ADDR
CREDITOR**
INNOVATIVE COMPUTING SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
1960 E. GRAND AVE.
EL SEGUNDO, CA 90245

**NEW ADDR CA SOS 09/09/21
CREDITOR**
INNOVATIVE COMPUTING
SYSTEMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
8310 N CAPITOL OF TEXAS HWY
BUILDING, 1-295
AUSTIN, TX 78731

**CREDITOR**
INSERVIO3
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
18013 SKY PARK CIR
IRVINE, CA 92614-6518

**CREDITOR**
INTERNATIONAL PERSONNEL
PROTECTION INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 92493
AUSTIN, TX 78709-2493

**RTD 12/31/19 UTF
CREDITOR**
INTL CHURCH OF THE
FOURSQUARE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
100 BAYVIEW CIRCLE
SUITE 2600 DEPT 8
NEWPORT BEACH, CA 92660-8924

**CREDITOR**
ISAAC MARCUSHAMER
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE
SUITE 1900
MIAMI, FL 33131-5319

**RTD 06/01/20 UTF
CREDITOR**
JACK CROSS & ASSOCIATES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
9070 IRVINE CENTER DRIVE
SUITE 220
IRVINE, CA 92618-4687

**CREDITOR**
JAMS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 845402
LOS ANGELES, CA 90084-5402

**CREDITOR**
JOHN C CROTTS CONSULTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
688 SEROTINA COURT
MOUNT PLEASANT, SC 29464-
5171

**CREDITOR**
JUDICATE WEST
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
1851 EAST FIRST STREET
SUITE 1600
SANTA ANA, CA 92705-4058

**CREDITOR**
KCC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
222 N PACIFIC COAST HWY
3RD FLOOR
EL SEGUNDO, CA 90245-5648

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1

**RTD 01/20/22 UTF**
**CREDITOR**
KNJ VENTURES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1106 A BROADWAY
SANTA MONICA, CA 90401

**NEW ADDR PER GA BAR**
**CREDITOR**
L LIN WOOD PC
663 GREENVIEW AVENUE NE
ATLANTA, GA 30305

**CREDITOR**
LITIGATION SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
3700 HOWARD HUGHES
PARKWAY
SUITE 300
LAS VEGAS, NV 89169

**NEW ADDR**
**CREDITOR**
MARK S  HOROUPIAN ESQ
SULMEYER KUPETZ
333 S GRAND AVE STE 3400
LOS ANGELES, CA 90071

**RTD 10/09/19 RESENT**
**CREDITOR**
L LIN WOOD PC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
1180 WEST PEACHTREE STREET
SUITE 2400
ATLANTA, GA 30309-3482

**CREDITOR / POC ADDRESS**
LANDAU LAW LLP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
1880 CENTURY PARK EAST
SUITE 1101
LOS ANGELES, CA 90067-1608

**CREDITOR / POC ADDRESS**
MARK CALVERT
1501 4TH AVE, SUITE 2840
SEATTLE, WA 98101

**CREDITOR**
MARTINDALE-HUBBEL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 59757
LOS ANGELES, CA 90074-9757

**RTD 01/12/22 UTF**
**CREDITOR**
L LIN WOOD PC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1180 W PEACHTREE ST NW STE
2040
ATLANTA, GA 30309

**CREDITOR**
LEWIS ROCA ROTHGERBER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
3993 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89169-5996

**RTD 1/11/21 SEE NEW ADDR**
**CREDITOR**
MARK S  HOROUPIAN ESQ
SULMEYER KUPETZ
2424 SE BRISTOL ST
SUITE 300
NEWPORT BEACH, CA 92660-0764

**CREDITOR**
MEHLER & HAGESTROM
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
780 SKYLIGHT OFFICE TOWER
1660 WEST 2ND STREET
CLEVELAND, OH 44113

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**RTD 01/06/22 UTF**
**CREDITOR / POC ADDRESS**
MICHAEL AVENATTI
10000 SANTA MONICA
21ST FLOOR
LOS ANGELES, CA 90067-7000

**NEW ADDR 12/23/20**
**CREDITOR**
MICHAEL AVENATTI
C/O JAY MANHEIMER
229 DIMMICK AVENUE
VENICE, CA 90291

**CREDITOR**
MOMENTUM ENGINEERING CORP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
2862 COLUMBIA STREET
TORRANCE, CA 90503-3808

**CREDITOR**
NAJAH J SHARIFF ESQ
UNITED STATES ATTORNEY S
OFFICE
FEDERAL BUILDING
300 NORTH LOS ANGELES
STREET
LOS ANGELES, CA 90012-3336

**CREDITOR**
NATIONWIDE LEGAL LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
1609 JAMES M WOOD BLVD
LOS ANGELES, CA 90015-1005

**CREDITOR**
NORELL CONSULTING INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
218 CATHERIN PARK
GLENDORA, CA 91741-3017

**CREDITOR**
OFFICE OF ADMINISTRATIVE
HEARINGS
2349 GATEWAY OAKS DR
SUITE 200
SACRAMENTO, CA 95833-4244

**RTD 1/11/21 UTF**
**CREDITOR**
PACER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 71364
PHILADELPHIA, PA 19176-1364

**CREDITOR**
PAPERSTREET WEB DESIGN
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
219 SW 17TH STREET
FORT LAUDERDALE, FL 33315-1745

**CREDITOR / POC ADDRESS**
PASSPORT 420
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

**CREDITOR**
PERSONAL COURT REPORTERS INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
14520 SYLVAN STREET
VAN NUYS, CA 91411-2324

**CREDITOR**
PITNEYBOWES GLOBAL FIN
SERVICES LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 371887
PITTSBURGH, PA 15250-7887

**CREDITOR**
POYNER SPRUILL LLP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 1801
RALEIGH, NC 27602-1801

**CREDITOR**
PURCHASE POWER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
P O BOX 371874
PITTSBURGH, PA 15250-7874

**CREDITOR**
RAINES FELDMAN
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
18401 VON KARMAN AVE
SUITE 360
IRVINE, CA 92612-8541

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
RAINES FELDMAN LLP
HAMID R. RAFATJOO
1800 AVENUE OF THE STARS,
12TH FLOOR
LOS ANGELES, CA 90067

**CREDITOR**
REST YOUR CASE EVIDENCE
STORAGE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
6364 IRWINDALE ROAD
IRWINDALE, CA 91702-3210

**CREDITOR**
RICOH USA INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 31001-0850
PASADENA, CA 91110-0850

**CREDITOR**
SCOTT SIMS
FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
SHRED-IT USA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX101007
PASADENA, CA 91189-1007

**CREDITOR**
SIMPSON DEPOSITION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1314 E CHAPMAN AVE
ORANGE, CA 92866-2219

**RTD 10/11/19 - SEE NEW ADDR**
**CREDITOR**
SOCAL SUBPOENA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
115 PINE AVENUE
SUITE 320
LONG BEACH, CA 90802-4479

**NEW ADDR CA SOS 10/14/19**
**CREDITOR**
SOCAL SUBPOENA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
344 CORONADO AVE
LONG BEACH, CA 90814

**CREDITOR**
SOFTWARE TECHNOLOGY LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1621 CUSHMAN DRIVE
LINCOLN, NE 68512-1200

**CREDITOR**
SPECIAL DELIVERY SERVICE INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
5470 LBJ FREEWAY
DALLAS, TX 75240-1044

**CREDITOR**
STAPLES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 83689
CHICAGO, IL 60696-3689

**NO ADDR PROVIDED**
**CREDITOR**
STEPHANIE CLIFFORD

**CREDITOR / POC ADDRESS**
STOLL NUSSBAUM & POLAKOV
APC
C/O KEATHLEY & KEATHLEY LLP
2030 MAIN STREET SUITE 210
IRVINE, CA 92614-8223
IRVINE, CA 92614-8223

**RTD 12/3/19 RESENT**
**CREDITOR**
SUZY QUINN
C/O JOHN MIGOTSKY
95 CHRISTOPHER STREET
#14D
NEW YORK, NY 10014-6629

**RTD 01/12/22 UTF**
**CREDITOR**
SUSAN QUINN
304 E. 65TH STREET, APT 36A
NEW YORK, NY 10065-6786

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CREDITOR**
THE IRVINE COMPANY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 841387
LOS ANGELES, CA 90084-1387

**SEE NEW ADDR - RTD 10/15/19
CREDITOR**
THE MONTAGE LAGUNA BEACH
FINANCE DEPT
30801 SOUTH COAST HIGHWAY
NORWALK, CA 90651

**NEW ADDR PER WEBSITE -
10/15/19
CREDITOR**
THE MONTAGE LAGUNA BEACH
FINANCE DEPT
30801 SOUTH COAST HIGHWAY
LAGUNA BEACH, CA 92651

**CREDITOR**
THE MONTLAKE GROUP LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
16639 SUNSET BLVD
PACIFIC PALISADES, CA 90272-
3202

**CREDITOR**
THE NEUROBEHAVIORAL CLINIC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
13 ORCHARD ROAD
SUITE 103
LAKE FOREST, CA 92630-8321

**NEW ADDR CA SOS 10/14/19
CREDITOR / POC ADDRESS**
THE X LAW GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

**RTD 10/11/19 - SEE NEW ADDR
CREDITOR**
THE X LAW GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1910 SUNSET BLVD
SUITE 450
LOS ANGELES, CA 90026-7118

**CREDITOR / POC ADDRESS**
THOMAS J BERGER MD
2451 BRICKELL AVENUE
#12-C
MIAMI, FL 33129-2469

**CREDITOR**
THOMAS WEST
WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292

**CREDITOR / POC ADDRESS**
TODD D. BARANIAK
2303 JONQUIL CT.
NAPERVILLE, IL 60540-6054

**SEE NEW ADDR - RTD 11/18/19 UTF
CREDITOR**
UNISEARCH
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 11940
OLYMPIA, WA 98508-1940

**TC 12/22/20 - THIS IS THE
CORRECT ADDRESS NEW ADDR
PER CA SOS; RTD 1/13/20 UTF
CREDITOR**
UNISEARCH, INC.
ATTENTION: SHARRI MARTINELLI
1780 BARNES BLVD SW
TUMWATER, WA 98512

**NEW ADDR PER CA SOS
CREDITOR**
UNISEARCH, INC.
C/O COGENCY GLOBAL INC.,
AGENT FOR SERVICE OF
PROCESS
1325 J ST STE 1550
SACRAMENTO, CA 95814

**CREDITOR**
UNITED STATES DEPARTMENT OF
JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON, DC 20044-0683

**CREDITOR**
UNIVERSAL PROTECTION SERVICE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

4828-3049-9260, v. 1

**F 9013-3.1.PROOF.SERVICE**

**RTD 10/21/19 UTF - SEE NEW ADDR**
**CREDITOR**
US LEGAL SUPPORT INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 864407
ORLANDO, FL 32886-4407

**NEW ADDR CA SOS 11/19/19**
**CREDITOR**
US LEGAL SUPPORT INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
16825 NORTHCHASE DRIVE, SUITE 900
HOUSTON, TX 77060

**CREDITOR**
VERITEXT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 71303
CHICAGO, IL 60694-1303

**CREDITOR**
VERIZON WIRELESS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P O  BOX 660108
DALLAS, TX 75266-0108

**CREDITOR / POC ADDRESS**
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN, VA 20147

**CREDITOR / POC ADDRESS**
WILLIAM PARRISH
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

4828-3049-9260, v. 1

**F 9013-3.1.PROOF.SERVICE**