1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  TINHO MANG, #322146
   tmang@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
8

9                 UNITED STATES BANKRUPTCY COURT

10        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11  In re                              | Case No. 8:19-bk-13560-SC

12  EAGAN AVENATTI, LLP,               | Chapter 7

13       Debtor.                       | MOTION TO APPROVE COMPROMISE
                                        BETWEEN TRUSTEE AND FOSTER GARVEY
14                                      LLP, AS THE SUCCESSOR-IN-INTERESTS TO
                                        FOSTER PEPPER PLLC; MEMORANDUM OF
15                                      POINTS AND AUTHORITIES; DECLARATION
                                        OF RICHARD A. MARSHACK IN SUPPORT
16
17                                      [NO HEARING REQUIRED PURSUANT TO
                                        RULE 9013-1(O)]
18

19  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

20  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

21       Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy

22  Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), has entered into a settlement agreement

23  ("Settlement Agreement")[1] with Foster Garvey LLP, as the successor-in-interests to Foster Pepper

24  PLLC ("Foster Garvey") (the Trustee and Foster Garvey are referred to collectively as the "Parties"

25  and singularly as a "Party"), and through this instant motion, the Trustee seeks approval of the

26  Settlement Agreement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure

27

28  _____
    [1] A true and correct copy of the Settlement Agreement is attached as Exhibit "1" to the declaration of
    Richard A. Marshack ("Marshack Declaration").

                                        1

("FRBP"). In support of the Motion, the Trustee states as follows:

## 1. Summary of Argument

Pursuant to FRBP 9019, the Court may approve reasonable settlements and compromises of claims. Here, the Parties have engaged in extensive negotiations through counsel with the desire to fully and finally resolve and release all disputes and claims between them, including the Adversary Proceeding (as defined below), in which Foster Garvey shall pay to the Estate the sum of Two Hundred Thirty-Five Thousand Dollars ($235,000.00) in immediately available funds. The Trustee believes that the settlement embodied in the Settlement Agreement is in the best interest of the Estate, and should be approved pursuant to FRBP 9019.

## 2. Statement of Facts

On September 13, 2019, (the "Petition Date"), Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code, Case No. 8:19-bk-13560 (the "Bankruptcy Case"), in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), thereby commencing the Bankruptcy Case. A true and correct copy of this Court's webPACER Docket for the Bankruptcy Case as of April 26, 2022, is attached as Exhibit "2" to the Marshack Declaration. The Trustee was appointed by the United States Trustee on September 13, 2019. *Id.*, pg. 29.

### A. Special Counsel

On November 6, 2019 as Dk. No. 33, the Trustee filed an application for employment of Landau Gottfried & Berger LLP (subsequently, the firm name was changed to Landau Law LLP as special litigation counsel ("Special Counsel").

On February 26, 2020 as Dk. No. 102, the Court entered an Order approving the application ("Employment Order") and authorizing Trustee to employ Landau Law LLP as his special counsel for the claims that are the subject of the Action (defined below). A true and correct copy of the Employment Order is attached to the Marshack Declaration as Exhibit "3."

Under the Employment Order, it was agreed that Special Counsel would be employed pursuant to Bankruptcy Code Sections 327 and 328, on a contingency fee basis of 30% ("Contingency Fee," which also provides that for each hour expended by Special Counsel on litigated Claims, exceeding 500 hours of pre-litigation, litigation and enforcement activity time

incurred by Special Counsel in connection with those litigated Claims, Special Counsel will

retroactively receive an additional .01% of total net recoveries obtained in those matters, regardless

of when such litigated recoveries are achieved. For example, once Special Counsel has expended

1,100 hours in connection with Claims in which complaints have been filed, Special Counsel

retroactively would become entitled to 36.0% of all net recoveries (i.e., 30% + 6.0% (1,100 hours,

less the initial 500 hours = 600 hours) achieved from those litigated Claims. But in no event will

Special Counsel's total contingency fee for Claims on which a complaint has been filed exceed the

amount set forth in paragraph 10. Paragraph 10 provides that notwithstanding any other provision of

Special Counsel's contingency fee retention by the estate, Special Counsel's contingency fee is

capped at the lesser of 2.5 times Special Counsel's total billed hours expended on, or 50% of the

aggregate net recovery in all Claims matters in which a complaint is filed) of the net gross recovery

if obtained by way of settlement before the Action was first assigned to trial, plus reimbursement of

expenses. Here, the net recovery is $214,375.55 ($235,000 less $20,624.45 in expenses paid by

Special Counsel but not yet reimbursed).  Pursuant to Special Counsel's calculations, the

Contingency Fee is $107,187.77, with the Estate retaining $107,187.78.  *See* Marshack Decl., Ex. 3,

pgs. 72-73.

## B.    The Action

On April 14, 2020, the Trustee filed a complaint commencing an adversary proceeding

entitled *Richard A. Marshack v. Foster Garvey LLP*,  (the "Action" and/or "Adversary Proceeding"),

Adv. No. 8:20-ap-01052-SC, in the Bankruptcy Court, for Avoidance and Recovery of Voidable

Transfers against the Defendant. A true and correct copy of this Court's webPACER Docket for

Case No. 8:20-ap-01052-SC as of April 26, 2022, is attached as Exhibit "4" to the Marshack

Declaration.

On April 14, 2020, the Trustee filed a complaint (the "Complaint") commencing an

adversary proceeding entitled Richard A. Marshack v. Foster Garvey LLP (the "Adversary

Proceeding"), Adv. No. 8:20-ap-01052-CB, in the Bankruptcy Court, asserting four claims for relief

seeking to set aside and recover $1,813,373.87 in voidable transfers. *Id.*, pg. 75.

MOTION TO APPROVE COMPROMISE

4895-2420-0217v.1-1015-131

1        On June 15, 2020, Foster Garvey filed a Motion to Dismiss the Trustee's Complaint. *Id.*, pg.

2  76. The Bankruptcy Court denied that motion by an order entered October 5, 2020, as Dk. No. 45.

3  *Id.*, pg. 80. Thereafter, an October 8, 2020, Foster Garvey filed its Answer to the Trustee's

4  Complaint denying all the material allegations thereof and asserting affirmative defenses. *Id.*, pg. 80.

5        On July 14, 2020, Foster Garvey filed a Motion for Partial Summary Judgment Against

6  Plaintiff's Third Cause of Action ("First Motion for Summary Judgment"). *Id.*, pgs. 76-77. On

7  November 2, 2020, the Bankruptcy Court entered an order granting Foster Garvey's first motion for

8  summary judgment. *Id.*, pg. 81.

9        On August 18, 2021, Foster Garvey filed a Second Motion for Partial Summary Judgment

10  ("Second Motion for Summary Judgment"). On September 23, 2021, the Bankruptcy Court entered

11  an order approving a stipulation resolving Defendant's Second Motion for Summary Judgment. *Id.*,

12  pg. 85.

13        On November 22, 2021, the Parties filed their Joint Pre-Trial Stipulation ("Joint PTS"). A

14  true and correct copy of the Joint PTS is attached to the Marshack Declaration as Exhibit "5."  As set

15  forth therein, the Parties stipulated that the only claims in issue in the Trustee's Complaint are

16  Trustee's claim to recover two transfers that Eagan Avenatti made to Foster Garvey's predecessor-

17  in-interest, Foster Pepper (1) $346,109.62 from a transfer of $500,000 on May 23, 2014, and (2)

18  $361,000 on December 24, 2014. *Id.*, pg. 92. On December 10, 2021, the Bankruptcy Court

19  approved the Parties Joint Pre-Trial Stipulation. *Id.*, Ex. 4, pg. 87.

20        Shortly thereafter, the Parties engaged in settlement negotiations. Such negotiations proved

21  to be fruitful, as the settlement embodied in the Settlement Agreement was reached resolving both

22  the Adversary Proceeding and the Appeal. Marshack Decl., Ex. 1, pgs. 12-26.

23  **3.**    **Summary of Agreement**

24        THE FOLLOWING IS A SUMMARY OF THE AGREEMENT FOR CONVENIENCE

25  PURPOSES ONLY AND SHALL NOT CONSTITUTE A BASIS FOR INTERPRETATION OF

26  THE AGREEMENT – THE PRECISE LANGUAGE OF THE AGREEMENT CONTROLS THE

27  AGREEMENT BETWEEN THE PARTIES:

28

MOTION TO APPROVE COMPROMISE

4895-2420-0217v.1-1015-131

**2. Bankruptcy Court Approval**

a. This Settlement Agreement is subject to approval by the Bankruptcy Court. As soon as reasonably practical after the Parties have exchanged duly signed counterparts of the Settlement Agreement, the Trustee will file a motion for the approval of this Settlement Agreement (i.e., the "Approval Motion") in the Bankruptcy Court.

b. Except as otherwise expressly provided in this Settlement Agreement, the Parties each agree (i) not to withdraw their consent to this Settlement Agreement; (ii) not to oppose, object to, appeal from or otherwise interfere with or assist or counsel any other person or entity to oppose, object to, appeal from or otherwise interfere with the granting of the Approval Motion; (iii) to promptly inform the Bankruptcy Court of the pendency of this settlement; (iv) not to take any action in furtherance of the prosecution or defense of the Adversary Proceeding; and (v) upon the order approving this Settlement Agreement becoming a Final Order (as defined in ¶ 2c below) and the full performance of all of the Parties' other respective obligations set forth in this Settlement Agreement, to take such action as may be necessary or reasonably appropriate to dismiss with prejudice the Adversary Proceeding.

c. Except as provided in ¶¶ 2a and b above and 2d and e and 9-20 below, neither Party shall have any rights, duties or obligations under this Settlement Agreement unless and until (i) the Bankruptcy Court enters an order (the "Approval Order") that, in substance (A) approves all of the terms of this Settlement Agreement; (B) determines that this Settlement Agreement was made in good faith in an arm's-length transaction; (C) determines that adequate notice of the hearing on the Approval Motion was given; (D) authorizes the Parties to perform the terms of this Settlement Agreement; and (E) reserves jurisdiction to enforce the terms of this Settlement Agreement.

d. The Parties recognize that the Approval Order does not become a Final Order unless and until (i) the time to file a timely appeal under Fed. R. Bankr. P. 8002 from the order passes and no such timely appeal is filed; or (ii) if a timely appeal is filed, then after all timely filed appeals are dismissed with prejudice or the Approval Order is affirmed on appeal and is not subject to further timely filed appellate review, whether by appeal, petition for rehearing, petition for certiorari or otherwise. If reconsideration or appeal of the Approval Order is sought and the Approval Order is reversed upon such reconsideration or on appeal, then this Settlement Agreement shall be of no force or effect and the Parties and the Adversary Proceeding shall be as they were before this Settlement Agreement was signed, and any part of the Settlement Payment paid by or for Foster Garvey to the Estate shall promptly be returned to the payor thereof by the Trustee from assets of the Estate, without any deductions and without interest.

**3. Settlement Consideration**
a. Foster Garvey shall pay or cause to be paid the Estate the sum of Two Hundred Thirty-Five Thousand Dollars ($235,000.00) (the "Settlement Payment") in immediately available funds by Bank Cashier's or Certified Check or wire transfer (the "Settlement Payment"), as directed in writing by legal counsel for the Trustee, to be paid to the Trustee within ten (10) business days after the Approval Order becomes a Final Order. The Parties acknowledge and agree that time is of the essence applies to this ¶ 3a and that the Settlement Payment shall not be subject to reduction for any reason whatsoever. Foster Garvey further agrees that all statutes of limitation on the Trustee's claims asserted in the Complaint shall be tolled from the date the Approval Order is entered until (i) thirty (30) calendar days after the Settlement Payment is received by the Trustee; or (ii) if later, sixty (60) calendar days after the Approval

Order is reversed upon reconsideration or appeal as provided in ¶ 2d above.

b. In exchange for Foster Garvey's agreement to make or cause to be made the Settlement Payment as provided in ¶ 3a, the Approval Order will direct that, promptly after the Settlement Payment is received by the Trustee, the Trustee shall lodge an order that the Adversary Proceeding be dismissed, and that the Court will retain jurisdiction to enforce the Settlement Agreement.

c. Further consideration for the execution and delivery of this Settlement Agreement by the Parties is as set forth in ¶¶ 4 and 5 below and shall be deemed paid and received upon the entire Settlement Payment having been made in full and having cleared the banking process.

**4. Mutual General Releases**

a. Upon the execution of this Settlement Agreement by the Parties and their respective legal counsel in the spaces provided at the end of this Settlement Agreement, except for the obligations created or preserved by this Settlement Agreement, the subsequent approval of this Settlement Agreement in accordance with ¶ 2c above (i.e., the Approval Order becomes a Final Order), and the Trustee's timely receipt of the Settlement Payment as set forth in ¶ 3a above, the Trustee on behalf of the Estate, without further action, shall be deemed to have waived and released any and all claims and other rights that the Estate possesses, and/or may possess, whether known or unknown and whether matured, contingent or disputed, against Foster Garvey (and its predecessor-in interest Foster Pepper PLLC), and against each of its attorneys, representatives, agents, successors, assigns and insurers, individually and collectively, solely to the extent acting in such capacity (collectively, the "Foster Garvey Releasees").

b. Upon the execution of this Settlement Agreement by the Parties and their respective legal counsel, if any, in the spaces provided at the end of this Settlement Agreement, except for the obligations created or preserved by this Settlement Agreement and the subsequent approval of this Settlement Agreement in accordance with ¶ 2b above (i.e., entry of the Approval Order), Foster Garvey (and including its predecessor-in-interest Foster Pepper PLLC), without further action, shall be deemed to have waived and released any and all claims and other rights that it possesses, and/or may possess, whether known or unknown and whether matured, contingent or disputed, against the Trustee and the Estate, and each of them, and against each of their respective attorneys, representatives, agents, successors, assigns and insurers, individually and collectively, solely to the extent acting in such capacity (the "Trustee Releasees").

c. The releases set forth in ¶¶ 4a and b above and 5 below shall be void if the Approval Order is reversed upon reconsideration or appeal, except as to a Party, if any, that sought such reversal.

*See* Marshack Decl., Ex. 1, pgs. 16-17.

## 4.   Legal Argument

### A.   Approval of the Agreement is in the best interest of the Estate.

Under Rule 9019, the court may approve a compromise or settlement on motion by the trustee. Fed. R. Bankr. Proc. 9019. It is well-established that a compromise should be approved if it

6

is "in the best interest of the estate . . . and is fair and equitable for the creditors." *Schmitt v. Ulrich (In re Schmitt)*, 215 B.R. 417, 424 (B.A.P. 9th Cir. 1997); *ATKN Company v. Guy F. Atkinson Company of California (In re Guy F. Atkinson Company)*, 242 B.R 497, 502 (B.A.P. 9th Cir. 1999) ("At its base, the approval of a settlement turns on the question of whether the compromise is in the best interest of the estate.") The standards to be applied to the approval of a settlement include:

    1)    the probability of success of the litigation on its merits;

    2)    the difficulties in collection on a judgment;

    3)    the complexity of the litigation involved; and

    4)    the expense, inconvenience or delay occasioned by the litigation, and the interest of

        creditors.

*United States v. Edwards*, 595 F.3d 1004, 1012 (9th Cir. 2010) (quoting *In re A & C Properties*, 784 F.2d 1377, 1380-81 (9th Cir. 1986), *cert. den. sub nom Martin v. Robinson*, 479 U.S. 854 (1989)).

### i.    Probability of Success

First, the Trustee is very confident that it he was to litigate the remaining claims as set forth in the Joint PTS, the Estate would be successful. Marshack Decl., ¶13. the Trustee understands that the probability of success in this litigation is not guaranteed, and may not result in a recovery for the Estate. *Id.*, ¶14. The settlement embodied in the Agreement essentially allows the sum of $235,000.00 in immediate available funds. *Id.*, Ex. 1, pgs. 14-16, ¶¶2.1-3.2. However, success in litigation is never guaranteed, and the Settlement Agreement reflects such risk. *Id.*, ¶14. The Trustee believes that this factor favors in granting the Motion and approving the Agreement. *Id.*

### ii.    Difficulties in Collection & complexity of litigation

The Trustee does not believe that the second and third *A&C* factors apply to the case at bar. *See* Marshack Decl., ¶15.

### iii.    Expense, inconvenience, or delay

Finally, the Trustee believes that the expense, inconvenience, or delay occasioned by the litigation and the interest of creditors favors granting the Motion. *See* Marshack Decl., ¶¶16. As discussed above, the consideration to be paid to the Estate is well over $200,000, and is a good

MOTION TO APPROVE COMPROMISE

1  outcome for the Estate. *Id.*, Ex. 1, pgs. 15-16. Continued litigation would only increase

2  administrative costs and/or further delay a distribution to creditors. *Id.*, ¶18. Thus, this factor weighs

3  heavily in favor of approving the compromise.

4  **5.      Conclusion**

5        Based on the foregoing, the Trustee respectfully requests that the Court enter an order that:

6        1.      The Motion is granted;

7        2.      The Settlement Agreement attached as Exhibit "1" to the Marshack Declaration is

8  approved;

9        3.      Authorizing the Trustee to provide the release of claims specified in the Settlement

10  Agreement;

11        4.      Authorizing the Trustee to take all steps necessary to effectuate the Settlement

12  Agreement, including, but not limited to execution of the Settlement Agreement;

13        5.      Upon receipt of the Settlement Payment, authorizing the Trustee to pay compensation

14  to Special Counsel $107,187.77 on the Contingency Fee and $20,624.45 in expenses paid by Special

15  Counsel but not yet reimbursed, with the Estate retaining $107,187.78; and

16        6.      For such other relief as the Court deems just and proper.

17   Dated: April 27, 2022                  MARSHACK HAYS LLP

18                                   By: */s/ D. Edward Hays*
19                                        D. EDWARD HAYS
                                          DAVID A. WOOD
20                                        TINHO MANG
                                          Attorneys for Chapter 7 Trustee,
21                                        RICHARD A. MARSHACK

22

23

24

25

26

27

28

MOTION TO APPROVE COMPROMISE

4895-2420-0217v.1-1015-131

# Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, say and declare as follows:

1.      I am the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"). I am an individual over 18 years of age and competent to make this Declaration.

2.      I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so I could and would competently testify to these facts.

3.      I make this declaration in support of my motion to approve the proposed settlement agreement with Foster Garvey LLP, as the successor-in-interests to Foster Pepper PLLC ("Foster Garvey") (the Trustee and Foster Garvey are referred to collectively as the "Parties" and singularly as a "Party") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("FRBP") ("Motion").

4.      All terms not defined herein are used as they are defined in the Motion.

5.      A true and correct copy of the Settlement Agreement is attached here as Exhibit "1."

6.      On November 6, 2019 as Dk. No. 33, the Trustee filed an application for employment of Landau Gottfried & Berger LLP (subsequently, the firm name was changed to Landau Law LLP as special litigation counsel ("Special Counsel").

7.      A true and correct copy of this Court's webPACER Docket for Case No. 8:19-bk-13560-SC as of April 26, 2022, is attached here as Exhibit "2."

8.      On February 26, 2020 as Dk. No. 102, the Court entered an Order approving the application ("Employment Order") and authorizing Trustee to employ Landau Law LLP as his special counsel for the claims that are the subject of the Action (defined in the Motion above).  A true and correct copy of the Employment Order is attached here as Exhibit "3."

9.      I was appointed by the United States Trustee on September 13, 2019.

10.      On April 14, 2020, my counsel filed a complaint commencing an adversary proceeding entitled *Richard A. Marshack v. Foster Garvey LLP*,  (the "Adversary Proceeding"), Adv. No. 8:20-ap-01052-SC, in the Bankruptcy Court, for Avoidance and Recovery of Voidable

4895-2420-0217v.1-1015-131

1   Transfers against the Defendant. A true and correct copy of this Court's webPACER Docket for

2   Case No. 8:20-ap-01052-SC as of April 26, 2022, is attached as Exhibit "4."

3        11.    A true and correct copy of the Joint PTS is attached here as Exhibit "5."

4        12.    For the following reasons, it is my business judgment that the proposed settlement is

5   reasonable, represents a fair and equitable resolution of the transfers, and is in the best interests of

6   creditors and the Estate.

7        13.    While I am confident that the Estate would be successful if litigation were to

8   continue on the issues set forth in the Joint PTS, I understand that the probability of success in this

9   litigation is not guaranteed, and may not result in a recovery for the Estate.

10        14.    The settlement embodied in the Agreement essentially allows for a $235,000.00 in

11   immediate available funds, with each party to bear their own costs. I believe that this factor favors

12   in granting the Motion and approving the Agreement.

13        15.    I do not believe that the second and third *A&C* factor apply to the case at bar.

14        16.    I am informed and believe that the expense, inconvenience, or delay occasioned by

15   the litigation and the interest of creditors favors granting the Motion.

16        17.    I have therefore determined that settlement of the matter is appropriate as it resolves

17   the dispute between the parties without need for further litigation.

18        18.    I am informed and believe that continued litigation would only increase

19   administrative costs and/or further delay a distribution to creditors.

20        19.    Under the Employment Order, it was agreed that Special Counsel would be

21   employed pursuant to Bankruptcy Code Sections 327 and 328, on a on a contingency fee basis of

22   30% ("Contingency Fee," which also provides that for each hour expended by Special Counsel on

23   litigated Claims, exceeding 500 hours of pre-litigation, litigation and enforcement activity time

24   incurred by Special Counsel in connection with those litigated Claims, Special Counsel will

25   retroactively receive an additional .01% of total net recoveries obtained in those matters, regardless

26   of when such litigated recoveries are achieved. For example, once Special Counsel has expended

27   1,100 hours in connection with Claims in which complaints have been filed, Special Counsel

28   retroactively would become entitled to 36.0% of all net recoveries (i.e., 30% + 6.0% (1,100 hours,

MOTION TO APPROVE COMPROMISE

4895-2420-0217v.1-1015-131

less the initial 500 hours = 600 hours) achieved from those litigated Claims. But in no event would Special Counsel total contingency fee for Claims on which a complaint has been filed exceed the amount set forth in paragraph 10. Paragraph 10 provides that notwithstanding any other provision of Special Counsel's contingency fee retention by the estate, Special Counsel's contingency fee is capped at the lesser of 2.5 times Special Counsel's total billed hours expended on, or 50% of the aggregate net recovery in all Claims matters in which a complaint is filed) of the net gross recovery if obtained by way of settlement before the Action was first assigned to trial, plus reimbursement of expenses. Here, the net recovery is $214,375.55 ($235,000 less $20,624.45 in expenses paid by Special Counsel but not yet reimbursed).  Pursuant to Special Counsel's calculations, the Contingency Fee is $107,187.77, with the Estate retaining $107,187.78.

20.    The Employment Order further authorized immediate payment of the Contingency Fee for the contingency fee work without further approval of the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2022.

_____
RICHARD A. MARSHACK

MOTION TO APPROVE COMPROMISE

**EXHIBIT "1"**

## SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE

This Settlement Agreement and Mutual General Release (the "Settlement Agreement") is made and entered into effective as of March 16, 2021, by and between (i) Richard A. Marshack, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Eagan Avenatti, LLP ("EA"), *In re Eagan Avenatti, LLP.,* Case No. 8:19-bk-13560-SC (the "EA Bankruptcy Case"), pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division (the "Bankruptcy Court"), and (ii) Foster Garvey LLP, as the successor-in-interests to Foster Pepper PLLC ("Foster Garvey") (the Trustee and Foster Garvey are referred to collectively as the "Parties" and singularly as a "Party").  The Parties hereby stipulate, represent and agree (as applicable) as follows:

## RECITALS

**A.**      On September 13, 2019 (the "Petition Date"), EA filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, et seq.), thereby commencing the EA Bankruptcy Case.

**B.**      The Trustee was appointed by the United States Trustee on September 13, 2019.

**C.**      On April 14, 2020, the Trustee filed a complaint (the "Complaint") commencing an adversary proceeding entitled *Richard A. Marshack v. Foster Garvey LLP* (the "Adversary Proceeding"), Adv. No. 8:20-ap-01052-CB, in the Bankruptcy Court, asserting four claims for relief seeking to set aside and recover $1,813,373.87 in voidable transfers.

**D.**      On June 15, 2020, Foster Garvey filed a Motion to Dismiss the Trustee's Complaint.  The Bankruptcy Court denied that motion by an Order entered October 5, 2020.

**E.**      On October 8, 2020, Foster Garvey filed its Answer to the Trustee's Complaint denying all the material allegations thereof and asserting affirmative defenses.

1

**F.**     On July 14, 2020, Foster Garvey filed a Motion for Partial Summary Judgment Against Plaintiff's Third Cause of Action ("First Motion for Summary Judgment").  On November 2, 2020, the Bankruptcy Court entered an Order Granting Foster Garvey's First Motion for Summary Judgment.

**G.**     On August 18, 2021, Foster Garvey filed a Second Motion for Partial Summary Judgment ("Second Motion for Summary Judgment").  On September 23, 2021, the Bankruptcy Court entered an Order Approving Stipulation Resolving Defendant's Second Motion for Summary Judgment.

**H.**     On November 11, 2021, the Parties filed their Joint Pre-Trial Stipulation.  As set forth therein, the Parties stipulated that the only claims in issue in the Trustee's Complaint are Trustee's claim to recover two transfers that Eagan Avenatti made to Foster Garvey's predecessor-in-interest, Foster Pepper (1) $346,109.62 from a transfer of $500,000 on May 23, 2014, and (2) $361,000 on December 24, 2014.  On December 16, 2021, the Bankruptcy Court approved the Parties Joint Pre-Trial Stipulation.

**I.**     The Trustee and Foster Garvey now desire to resolve and settle all disputes between them and, except as expressly reserved in this Settlement Agreement, all claims such Party now has or may have against the other Party, including, without limitation, all claims alleged in, arising out of, relating to, resulting from or connected with the Adversary Proceeding and the EA Bankruptcy Case.

**J.**     This Settlement Agreement is made in good faith and in an arm's-length transaction between the Trustee and Foster Garvey.

/ / /

/ / /

2

**EXHIBIT "1"**

**PAGE 13**

## AGREEMENT

**NOW THEREFORE**, in consideration of the foregoing Recitals and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties each agree as follows:

1. **Incorporation of Recitals**

Recitals A through J are incorporated into and made a part of this Settlement Agreement.

2. **Bankruptcy Court Approval**

**a.** This Settlement Agreement is subject to approval by the Bankruptcy Court. As soon as reasonably practical after the Parties have exchanged duly signed counterparts of the Settlement Agreement, the Trustee will file a motion for the approval of this Settlement Agreement (*i.e.*, the "Approval Motion") in the Bankruptcy Court.

**b.** Except as otherwise expressly provided in this Settlement Agreement, the Parties each agree **(i)** not to withdraw their consent to this Settlement Agreement; **(ii)** not to oppose, object to, appeal from or otherwise interfere with or assist or counsel any other person or entity to oppose, object to, appeal from or otherwise interfere with the granting of the Approval Motion; **(iii)** to promptly inform the Bankruptcy Court of the pendency of this settlement; **(iv)** not to take any action in furtherance of the prosecution or defense of the Adversary Proceeding; and **(v)** upon the order approving this Settlement Agreement becoming a Final Order (as defined in ¶ 2c below) and the full performance of all of the Parties' other respective obligations set forth in this Settlement Agreement, to take such action as may be necessary or reasonably appropriate to dismiss with prejudice the Adversary Proceeding.

**c.** Except as provided in ¶¶ 2a and b above and 2d and e and 9-20 below, neither Party shall have any rights, duties or obligations under this Settlement Agreement unless and

3

**EXHIBIT "1"**

**PAGE 14**

until **(i)** the Bankruptcy Court enters an order (the "Approval Order") that, in substance **(A)** approves all of the terms of this Settlement Agreement; **(B)** determines that this Settlement Agreement was made in good faith in an arm's-length transaction; **(C)** determines that adequate notice of the hearing on the Approval Motion was given; **(D)** authorizes the Parties to perform the terms of this Settlement Agreement; and **(E)** reserves jurisdiction to enforce the terms of this Settlement Agreement.

       **d.**     The Parties recognize that the Approval Order does not become a Final Order unless and until **(i)** the time to file a timely appeal under Fed. R. Bankr. P. 8002 from the order passes and no such timely appeal is filed; or **(ii)** if a timely appeal is filed, then after all timely filed appeals are dismissed with prejudice or the Approval Order is affirmed on appeal and is not subject to further timely filed appellate review, whether by appeal, petition for rehearing, petition for certiorari or otherwise.  If reconsideration or appeal of the Approval Order is sought and the Approval Order is reversed upon such reconsideration or on appeal, then this Settlement Agreement shall be of no force or effect and the Parties and the Adversary Proceeding shall be as they were before this Settlement Agreement was signed, and any part of the Settlement Payment paid by or for Foster Garvey to the Estate shall promptly be returned to the payor thereof by the Trustee from assets of the Estate, without any deductions and without interest.

       **3.**     **<u>Settlement Consideration</u>**

       **a.**     Foster Garvey shall pay or cause to be paid the Estate the sum of Two Hundred Thirty-Five Thousand Dollars ($235,000.00) (the "Settlement Payment") in immediately available funds by Bank Cashier's or Certified Check or wire transfer (the "Settlement Payment"), as directed in writing by legal counsel for the Trustee, to be paid to the Trustee withing ten (10) business days after the Approval Order becomes a Final Order.  The Parties acknowledge and

4

agree that time is of the essence applies to this ¶ 3a and that the Settlement Payment shall not be subject to reduction for any reason whatsoever.  Foster Garvey further agrees that all statutes of limitation on the Trustee's claims asserted in the Complaint shall be tolled from the date the Approval Order is entered until **(i)** thirty (30) calendar days after the Settlement Payment is received by the Trustee; or **(ii)** if later, sixty (60) calendar days after the Approval Order is reversed upon reconsideration or appeal as provided in ¶ 2d above.

**b.**      In exchange for Foster Garvey's agreement to make or cause to be made the Settlement Payment as provided in ¶ 3a, the Approval Order will direct that, promptly after the Settlement Payment is received by the Trustee, the Trustee shall lodge an order that the Adversary Proceeding be dismissed, and that the Court will retain jurisdiction to enforce the Settlement Agreement.

**c.**      Further consideration for the execution and delivery of this Settlement Agreement by the Parties is as set forth in ¶¶ 4 and 5 below and shall be deemed paid and received upon the entire Settlement Payment having been made in full and having cleared the banking process.

**4.      Mutual General Releases**

**a.**      Upon the execution of this Settlement Agreement by the Parties and their respective legal counsel in the spaces provided at the end of this Settlement Agreement, except for the obligations created or preserved by this Settlement Agreement, the subsequent approval of this Settlement Agreement in accordance with ¶ 2c above (i.e., the Approval Order becomes a Final Order), and the Trustee's timely receipt of the Settlement Payment as set forth in ¶ 3a above, the Trustee on behalf of the Estate, without further action, shall be deemed to have waived and released any and all claims and other rights that the Estate possesses, and/or may possess, whether known or unknown and whether matured, contingent or disputed, against Foster

5

**EXHIBIT "1"**

**PAGE 16**

Garvey (and its predecessor-in interest Foster Pepper PLLC), and against each of its attorneys, representatives, agents, successors, assigns and insurers, individually and collectively, solely to the extent acting in such capacity (collectively, the "Foster Garvey Releasees").

    **b.**      Upon the execution of this Settlement Agreement by the Parties and their respective legal counsel, if any, in the spaces provided at the end of this Settlement Agreement, except for the obligations created or preserved by this Settlement Agreement and the subsequent approval of this Settlement Agreement in accordance with ¶ 2b above (i.e., entry of the Approval Order), Foster Garvey (and including its predecessor-in-interest Foster Pepper PLLC), without further action, shall be deemed to have waived and released any and all claims and other rights that it possesses, and/or may possess, whether known or unknown and whether matured, contingent or disputed, against the Trustee and the Estate, and each of them, and against each of their respective attorneys, representatives, agents, successors, assigns and insurers, individually and collectively, solely to the extent acting in such capacity (the "Trustee Releasees").

    **c.**      The releases set forth in ¶¶ 4a and b above and 5 below shall be void if the Approval Order is reversed upon reconsideration or appeal, except as to a Party, if any, that sought such reversal.

    **5.**      **<u>Release of Unknown Claims</u>**

    **a.**      It is the intention of the Parties in executing this Settlement Agreement that it is a general release as between the Trustee and the Estate, on one hand, and Foster Garvey (and including its predecessor-in-interest Foster Pepper PLLC), on the other hand, which shall be effective as a bar to each and every claim, demand or cause of action released by ¶ 4 above. Each Party recognizes that it may have some claim, demand, or cause of action against the other Party of which it is totally unaware and unsuspecting, which it is giving up by executing this

6

**EXHIBIT "1"**

**PAGE 17**

Settlement Agreement.  It is the intention of the Parties in executing this Agreement that it will deprive each such Party of each such claim, demand or cause of action and prevent it from asserting it against the other Party.  In furtherance of this intention, **each Party expressly waives any rights or benefits conferred by the provisions of Section 1542 of the California Civil Code, which provides as follows:**

> **"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."**

**b.**    The waiver of the rights or benefits conferred by the provisions of Section 1542 of the Civil Code of California is a material part of the consideration for this Settlement Agreement and shall not be subject to severance from this Settlement Agreement.

**c.**    Foster Garvey expressly understands and agrees that in no event whatsoever shall it (or its predecessor-in-interest Foster Pepper PLLC or other Foster Garvey Releasee) have any claim as a creditor of the Estate arising from the Adversary Proceeding or its performance of this Settlement Agreement.

**6.**    **Representations and Warranties by the Parties**

**a.**    The Trustee represents and warrants to Foster Garvey, which representations and warranties are material, are being relied upon by Foster Garvey, and shall survive the execution, delivery and performance of this Settlement Agreement, that **(i)** to the best of his actual knowledge, from and after the Petition Date, no portion of any claim, right, demand or cause of action (or claim for relief) that the Estate had or might have had against Foster Garvey has been

7

assigned or transferred to any other person or entity in any manner; and **(ii)** he has consulted with

legal counsel of his own choosing regarding its rights and the terms, effect and consequences of

this Settlement Agreement before executing this Settlement Agreement and that he understands

its meaning, including the effect of Section 1542 of the California Civil Code and the waiver of

the rights or benefits conferred by that statute.

**b.**      Foster Garvey represents and warrants to the Trustee and the Estate, which

representations and warranties are material and are being relied upon by the Trustee in acting for

the Estate and shall survive the execution, delivery and performance of this Settlement

Agreement, that **(i)** no portion of any claim, right, demand, or cause of action that Foster Garvey

had or might have had against the Trustee, acting in that capacity, and the Estate (or its property)

has been assigned or transferred to any other person or entity in any manner; **(ii)** Foster Garvey

has been afforded a reasonable opportunity to consult with legal counsel of its own choosing

regarding its rights and the terms, effect, and consequences of this Settlement Agreement before

executing this Settlement Agreement and that Foster Garvey understands its meaning, including

the effect of Section 1542 of the California Civil Code and the waiver of the rights or benefits

conferred by that statute.

**7.**      **Default**

**a.**      In the event that **(i)** the Settlement Payment described in ¶ 3a above is not timely

made, or **(ii)** the Trustee reasonably believes that any of Foster Garvey's representations and

warranties set forth in ¶ 6b above is materially false and in any such case gives Foster Garvey

written notice of a default under the Settlement Agreement stating such default, Foster Garvey

shall have ten (10) business days to cure the default by submitting the unpaid Settlement

Payment to the Trustee, or to provide admissible documentary evidence to the Trustee that to the

Trustee's satisfaction refutes the Trustee's assertion of a material misrepresentation in Foster

Garvey's representations and warranties.

      **b.**      In the event that **(i)** the Trustee shall fail to promptly lodge an order that the

Adversary Proceeding be dismissed as provided in 3b above; or **(ii)** Foster Garvey reasonably

believes that any of the Trustee's representations and warranties set forth in ¶ 6a above is

materially false and in any such case gives the Trustee written notice of a default under the

Settlement Agreement stating such default, the Trustee shall have ten (10) business days to cure

the default by lodging the request for dismissal of the Adversary, or to provide admissible

documentary evidence to Foster Garvey that to Foster Garvey's satisfaction refutes assertion of a

material misrepresentation in the Trustee's representations and warranties.  .

      **c.**      In the event that the Party alleged to be in default does not cure that default within

the ten (10) business day cure period or provide admissible documentary evidence to the non-

defaulting party's satisfaction that refutes the assertion of a material misrepresentation in the

alleged defaulting party's representations and warranties, the non-defaulting Party shall, without

further notice, have the right to **(i)** file an *ex parte* application in the Bankruptcy Court for entry

of Judgment against party alleged to be in default for breach of this Settlement Agreement for all

damages alleged or such other relief as the as the non-defaulting Party deems appropriate or **(ii)**

take such other actions as the non-defaulting Party deems appropriate, in the exercise of his/its

discretion, to enforce any or all of the non-defaulting Party's rights and remedies against the

Defaulting Party.

      **9.**      **<u>No Additional Representations or Admissions</u>**

      **a.**      Except for the representations and warranties expressly set forth in this Settlement

Agreement, each Party acknowledges that he/it has relied wholly upon his/its own judgment,

9

**EXHIBIT "1"**

**PAGE 20**

belief and knowledge of the existence, nature and extent of each claim, demand or cause of action that it may have against the other Party, which is to be released pursuant to this Settlement Agreement and that he/it has not been influenced to any extent in entering into this Settlement Agreement by any representation or statement regarding any such claim, demand or cause of action made by any other Party (except as expressly set forth in this Settlement Agreement).

**b.**    It is understood and agreed that this Settlement Agreement is made as part of the compromise and settlement of disputed claims, and that no action taken by either Party, either previously or in connection with said compromise and settlement, shall be deemed or construed to be an admission by such Party of any fault or liability whatsoever to the other Party or to any other person or entity in connection with any matter or thing.

**10.**    **Successors and Assigns**

This Settlement Agreement shall be binding on and shall inure to the benefit of the Parties and as may be applicable, their respective heirs, legal representatives, successors and assigns.

**11.**    **Choice of Law**

This Settlement Agreement is entered into and shall be performed in the State of California and shall be governed by and construed and interpreted in accordance with its internal laws and without regard to otherwise applicable principles of conflicts of laws or choice of laws, whether by statute, rule or judicial determination and whether of the State of California or any other jurisdiction.

**12.**    **Interpretation**

**a.**    Each of the Parties has reviewed this Settlement Agreement and agrees that any question of interpretation shall not be resolved by any rule providing for interpretation against

10

**EXHIBIT "1"**

**PAGE 21**

the drafting Party.  Whenever possible, each provision of this Settlement Agreement shall be interpreted in such manner as to be valid under applicable substantive laws (excluding choice of laws) of California.

**b.**     Whenever the pronoun "it" is used herein that pronoun shall also be deemed to mean 'he" or "his", "she" or "hers" or "it"" or "its" whenever applicable.  Words in the singular shall be read and construed as though in the plural and words in the plural shall be construed as though in the singular in all cases where they would so apply.

**13.     No Inducement**

Each Party acknowledges and represents to the other Party that no promise, representation or inducement not expressed herein has been made in connection with this Settlement Agreement.

**14.     No Admission of Liability**

The execution of this Settlement Agreement and the performance of its terms and conditions effectuate the settlement of claims which are contested and denied.  Nothing contained in this Settlement Agreement, nor the performance of any act hereunder is or shall be construed as an admission by any Party of any wrongdoing or liability of any kind to the other Party.

**15.     Costs and Expenses**

**a.**     Each Party shall bear its own attorneys' fees and expenses incurred in connection with **(i)** the Adversary Proceeding; and **(ii)** the negotiation of the terms, preparation and performance of this Settlement Agreement.

**b.**     If any legal action is necessary to enforce the terms and conditions of this Settlement Agreement, the substantially prevailing Party shall be entitled to recover all costs of

**EXHIBIT "1"**

**PAGE 22**

suit and reasonable attorneys' and other professionals' fees and expenses incurred as determined by the court in that action.

**16.** **Jurisdiction and Venue**

Each Party hereby irrevocably consents to the exclusive personal jurisdiction of and proper venue in the Bankruptcy Court for the trial, entry of findings, entry of final orders and judgments solely for the purpose of resolving all disputes under, arising from or out of or relating to this Settlement Agreement or the Parties' rights and obligations with respect thereto.  If the Bankruptcy Court lacks or refuses to exercise jurisdiction over any such dispute, each Party hereby irrevocably consents to the exclusive personal jurisdiction of and proper venue before the Superior Court of the State of California, County of Orange for such purpose.

**17.** **Waiver of Jury Trial**

**To the extent permitted by applicable law, each Party hereby expressly waives the right to trial by jury in any action or other proceeding under, arising from or out of or relating to this Settlement Agreement or the Parties' right and obligations with respect thereto.**

**18.** **Additional Documents**

Each Party agrees to execute, and as appropriate cause to be acknowledged, and deliver such additional documents and instruments and perform such further acts as may be reasonably necessary or appropriate to effectuate the purposes of this Settlement Agreement.

**19.** **Notices**

**a.** Any notice, service or demand permitted under this Settlement Agreement may be given by facsimile electronic mail (with proof of receipt), by postage prepaid first-class mail or

12

**EXHIBIT "1"**
**PAGE 23**

by Federal Express (or other over-night delivery service) (with proof of receipt) or by personal

delivery as follows:

**To the Trustee**: c/o John P. Reitman (jreitman@landaufirm.com) and Monica

Rieder (mrieder@landaufirm.com) of Landau Law LLP, 2338 Manning Avenue, Los Angeles,

California 90064 (fax no. 310 557-0056); copy to Ed Hays (ehays@marshackhays.com) of

Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620.

**To Foster Garvey**: c/o Misty Perry Isaacson (misty@ppilawyers.com) of

Pagter and Perry Isaacson, APLC, 525 N. Cabrillo Park Drive, Ste 104, Santa Ana, CA 92701

(fax no. 714 541-6897; copy to John Ray Nelson (john.nelson@foster.com) of

Foster Garvey P.C., 618 W. Riverside Avenue, Ste 300, Spokane, WA 99201.

**b.**     Notice shall be deemed effective upon receipt if given by email or facsimile

transmission or Federal Express (or other over-night delivery service) or if given by postage

prepaid first-class mail on the third business day after deposit into an active daily pick-up U.S.

postal box or with an authorized U.S. postal office.

**c.**     Any Party may change the person to whom and/or the address to which notice to

that Party shall be delivered by giving notice of such change in accordance with ¶ 19a above.

**20.     Headings**

The headings in this Settlement Agreement are for convenience of reference only and

shall not limit or otherwise affect the meaning hereof.

**21.     Signing by Facsimile and in Counterparts**

This Settlement Agreement may be executed by facsimile or pdf signature in separate

counterparts and shall become effective when such separate counterparts have been exchanged

between the Parties.

13

**EXHIBIT "1"**

**PAGE 24**

20.    **Entire Agreement**

This Settlement Agreement contains the entire understanding between the Parties and

supersedes any prior negotiations, representations, understandings, and agreements, whether oral

or written, between them concerning its subject.  No waiver of any of the provisions of this

Settlement Agreement shall be a continuing waiver unless expressly provided in writing.

THE BANKRUPTCY ESTATE OF
EAGAN AVENATTI, LLP

Dated: ~~March~~ April 4, 2022        By: _____
                                          Richard A. Marshack, Chapter 7 Trustee


FOSTER GARVEY, INC.

Dated: March 25, 2022        By: _____
                                  John Ray Nelson        ,    Shareholder


APPROVED SOLELY AS TO FORM:

LANDAU LAW LLP


Dated:  March 30, 2022        By: _____
                                  John P. Reitman,
                                  Attorneys for the Trustee


PAGTER AND PERRY ISAACSON, APLC LLP


Dated:  March ___, 2022        By: _See next page for signature_____
                                   Misty Perry Isaacson,
                                   Attorneys for Foster Garvey LLP


14

20. **Entire Agreement**

This Settlement Agreement contains the entire understanding between the Parties and

supersedes any prior negotiations, representations, understandings, and agreements, whether oral

or written, between them concerning its subject. No waiver of any of the provisions of this

Settlement Agreement shall be a continuing waiver unless expressly provided in writing.

THE BANKRUPTCY ESTATE OF
EAGAN AVENATTI, LLP


Dated: March __, 2022            By: _*See previous page for signature*_
                                      Richard A. Marshack, Chapter 7 Trustee


FOSTER GARVEY, INC.


Dated: March 25, 2022            By:_____
                                      John Ray Nelson          , Shareholder


APPROVED SOLELY AS TO FORM:

LANDAU LAW LLP


Dated: March __, 2022            By: _*See previous page for signature*_
                                      John P. Reitman,
                                      Attorneys for the Trustee


PAGTER AND PERRY ISAACSON, APLC LLP


Dated: March 25, 2022            By:_____
                                      Misty Perry Isaacson,
                                      Attorneys for Foster Garvey LLP


14

**EXHIBIT "2"**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

**Repeat-cacb, DEFER, NOCLOSE**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:19-bk-13560-SC

|  |  |
|---|---|
| *Date filed:* | 09/13/2019 |
| *341 meeting:* | 10/22/2019 |
| *Deadline for filing claims:* | 02/10/2020 |
| *Deadline for filing claims (govt.):* | 03/11/2020 |
| *Deadline for objecting to discharge:* | 12/23/2019 |
| *Deadline for financial mgmt. course:* | 12/23/2019 |

*Assigned to:* Scott C Clarkson
Chapter 7
Voluntary
Asset

| | |
|---|---|
| ***Debtor***<br>**Eagan Avenatti, LLP**<br>20341 SW Birch, Suite 220<br>Newport Beach, CA 92660<br>ORANGE-CA<br>Tax ID / EIN: 32-0210824<br>*aka* **The Trial Group, LLP**<br>*aka* **Trial Group**<br>*aka* **EOA Law**<br>*aka* **TRG, LLP**<br>*aka* **Eagan O'Malley & Avenatti, LLP**<br>*aka* **EA LLP** | represented by **Jack A. Reitman**<br>Landau Law LLP<br>2338 Manning Ave.<br>Los Angeles, CA 90064<br>310-557-0050<br>Email: jareitman@landaufirm.com<br><br>**John P. Reitman**<br>Landau Law LLP<br>2338 Manning Ave.<br>Los Angeles, CA 90064<br>310-557-0050<br>Fax : 310-557-0056<br>Email: jreitman@landaufirm.com<br>*TERMINATED: 10/23/2019* |
| ***Trustee***<br>**Richard A Marshack (TR)**<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>949-333-7777 | represented by **D Edward Hays**<br>Marshack Hays LLP<br>870 Roosevelt Ave<br>Irvine, CA 92620<br>949-333-7777<br>Fax : 949-333-7778<br>Email: ehays@marshackhays.com<br><br>**Tinho Mang**<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>949-333-7777<br>Fax : 949-333-7778<br>Email: tmang@marshackhays.com<br><br>**Judith E Marshack**<br>Marshack Hays LLP<br>870 Roosevelt Ave<br>Irvine, CA 92620<br>949-333-7777<br>Fax : 949-333-7778<br>Email: jmarshack@marshackhays.com |

**EXHIBIT "2"**
**PAGE 27**

**Meghan C Murphey**
Murphey & Murphey, APC
120 Vantis Dr Ste 300
Aliso Viejo, CA 92656-2677
(949) 464-4540
Fax : (562) 375-6674
Email: meghan@themurpheylawyers.com

**Jack A. Reitman**
(See above for address)

**John P. Reitman**
(See above for address)

**David Wood**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: dwood@marshackhays.com

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

*Intervenor*                                    represented by **Erick Kuylman**
**Hrayr Shahinian**                                          Warren Terzian LLP
700 S. Flower St., Suite 1000                                700 S Flower St Ste 100
Los Angeles, CA 90017                                        Los Angeles, CA 90017
213-410-2620                                                 208-869-2492
                                                             Fax : 213-410-2621
                                                             Email: erick.kuylman@warrenterzian.com

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2019 | 1 (76 pgs) | Chapter 7 Voluntary Petition for Non-Individuals . Fee Amount $335 Filed by Eagan Avenatti, LLP (Reitman, John) (Entered: 09/13/2019) |
| 09/13/2019 | | Receipt of Voluntary Petition (Chapter 7)(8:19-bk-13560) [misc,volp7] ( 335.00) Filing Fee. Receipt number 49741167. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/13/2019) |
| 09/13/2019 | | Judge Catherine E. Bauer added to case, per low number rule (19-11961-CB & 17-11961-CB). (Corona, Heidi) (Entered: 09/13/2019) |
| 09/13/2019 | 2 (17 pgs) | Addendum to voluntary petition *Debtor's Disclaimers and Addendum to Filed Schedules and Statement of Financial Affairs* Filed by Debtor Eagan Avenatti, LLP. (Reitman, Jack) (Entered: 09/13/2019) |

**EXHIBIT "2"**
**PAGE 28**

| 09/13/2019 | 3<br>(169 pgs) | Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits* Filed by Trustee Richard A Marshack (TR) (Reitman, Jack) (Entered: 09/13/2019) |
| 09/13/2019 | 4<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 10/22/2019 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 12/23/2019. Last day to oppose discharge or dischargeability is 12/23/2019. (Law, Tamika) Financial Management deadline terminated. Modified on 9/13/2019 (Law, Tamika). (Entered: 09/13/2019) |
| 09/13/2019 | 5 | Hearing Set (RE: related document(s)3 Emergency motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 9/17/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 09/13/2019) |
| 09/15/2019 | 6<br>(6 pgs) | BNC Certificate of Notice (RE: related document(s)4 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 110. Notice Date 09/15/2019. (Admin.) (Entered: 09/15/2019) |
| 09/16/2019 | 7<br>(5 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Notice and Service of Emergency Motion for Preliminary Injunction* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)3 Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits*). (Reitman, Jack) Warning: Item subsequently amended by docket entry no: 9 Modified on 9/16/2019 (Le, James). (Entered: 09/16/2019) |
| 09/16/2019 | 8<br>(114 pgs) | Adversary case 8:19-ap-01186. Complaint by Richard A Marshack against Michael Avenatti, Lisa Storie-Avenatti, Avenatti & Associates APC. (Charge To Estate) FEE AMOUNT $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers; Preference; Declaratory Relief; Turnover; Preliminary and Permanent Injunction; Breach of Fiduciary Duty; Disallowance of Proofs of Claim; Equitable Subordination* Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)),(12 (Recovery of money/property - 547 preference)),(11 (Recovery of money/property - 542 turnover of property)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))), (72 (Injunctive relief - other))(Reitman, Jack) Modified on 9/17/2019 (Le, James). (Entered: 09/16/2019) |
| 09/16/2019 | 9 | Notice to Filer of Correction Made/No Action Required: **Other - Chapter missing from caption page. <span style="color:green">THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.</span>** (RE: related document(s)7 Declaration filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 09/16/2019) |
| 09/16/2019 | 10<br>(5 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Notice and Service of Emergency Motion for Preliminary Injunction* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)3 Emergency motion *Trustee's Notice of Emergency Motion and Emergency Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jack A. Reitman and Brian Weiss; Exhibits*). (Reitman, Jack) (Entered: 09/16/2019) |
| 09/17/2019 | 11 | Hearing Held - Withdrawn (RE: related document(s)3 Emergency motion |

| | | filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 09/18/2019) |
|---|---|---|
| 09/24/2019 | **12**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bastian, James. (Bastian, James) (Entered: 09/24/2019) |
| 09/26/2019 | | Receipt of Motion Filing Fee - $181.00 by 12. Receipt Number 80074064. (admin) (Entered: 09/26/2019) |
| 09/26/2019 | **13**<br>(82 pgs; 2 docs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2011-00483570 consolidated with 30-2013-00627604, California Superior Court for the County of Orange . Fee Amount $181, Filed by Creditor Stoll, Nussbaum & Polakov (Attachments: # 1 Part 2) (Le, James) (Entered: 09/27/2019) |
| 09/26/2019 | 14 | Hearing Set (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 11/5/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 09/27/2019) |
| 09/30/2019 | **15**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 09/30/2019) |
| 09/30/2019 | **16**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wood, David. (Wood, David) (Entered: 09/30/2019) |
| 10/02/2019 | **17**<br>(24 pgs) | Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 10/02/2019) |
| 10/02/2019 | **18**<br>(11 pgs) | Notice *of Application by Chapter 7 Trustee to Employ Marshack Hays as General Counsel with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)17 Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 10/02/2019) |
| 10/18/2019 | **19**<br>(22 pgs) | Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 10/18/2019) |
| 10/18/2019 | **20**<br>(13 pgs) | Notice *of Application by Chapter 7 Trustee to Employ Force 10 Partners LLC as Financial Analyst with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 10/18/2019) |
| 10/21/2019 | **21**<br>(40 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Richard A Marshack (TR) (RE: related document(s)17 Application to Employ Marshack Hays LLP as General Counsel *with Proof of Service*). (Wood, David) (Entered: 10/21/2019) |
| 10/22/2019 | **22**<br>(90 pgs) | Opposition to (related document(s): 13 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN |

| | | NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov) *Trustee's Opposition to Stoll Nussbaum & Polakov, PC's Motion for Relief from Stay; Declaration of John P. Reitman, Exhibits* Filed by Trustee Richard A Marshack (TR) (Reitman, Jack) (Entered: 10/22/2019) |
|---|---|---|
| 10/22/2019 | [23](#)<br>(3 pgs) | Opposition to (related document(s): [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov, [22](#) Opposition filed by Trustee Richard A Marshack (TR)) *[Joinder to Trustee's Opposition to Stoll Nussbaum & Polakov, PC's Motion for Relief from Stay]* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 10/22/2019) |
| 10/23/2019 | [24](#)<br>(2 pgs) | Order approving Chapter 7 Trustee's application to employ Marshack Hays LLP as General Counsel (BNC-PDF) (Related Doc # [17](#)) Signed on 10/23/2019. (Le, James) (Entered: 10/23/2019) |
| 10/25/2019 | [25](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[24](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 10/25/2019. (Admin.) (Entered: 10/25/2019) |
| 10/29/2019 | [26](#)<br>(41 pgs) | Reply to (related document(s): [22](#) Opposition filed by Trustee Richard A Marshack (TR)) Filed by Creditor Stoll, Nussbaum & Polakov [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov, (Steinberg, Elizabeth) (Entered: 10/30/2019) |
| 10/29/2019 | [27](#)<br>(3 pgs) | Opposition to joinder of Michael Avenatti to Trustee's opposition to Stoll, Nussbaum and Polakov PC's motion for relief from stay (related document(s): [13](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi filed by Creditor Stoll, Nussbaum & Polakov) Filed by Creditor Stoll, Nussbaum & Polakov (Steinberg, Elizabeth) (Entered: 10/30/2019) |
| 10/30/2019 | [28](#)<br>(27 pgs) | Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack, Judith) (Entered: 10/30/2019) |
| 10/30/2019 | [29](#)<br>(14 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[28](#) Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Marshack, Judith) (Entered: 10/30/2019) |
| 11/01/2019 | [30](#)<br>(9 pgs) | Opposition to (related document(s): [19](#) Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 11/01/2019) |

**EXHIBIT "2"**

**PAGE 31**

| | | |
|---|---|---|
| 11/01/2019 | 31<br>(33 pgs) | Request for judicial notice *in Support of Opposition to Chapter 7 Trustee's Motion to Employ Force 10 Partners LLC as Financial Advisor* Filed by Interested Party Avenatti Michael (RE: related document(s)30 Opposition). (O'Dea, Ryan) (Entered: 11/01/2019) |
| 11/05/2019 | 32 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 11/12/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/06/2019) |
| 11/06/2019 | 33<br>(35 pgs) | Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 11/06/2019) |
| 11/06/2019 | 34<br>(11 pgs) | Notice of motion/application *Notice of Application by Richard A. Marshack, Chapter 7 Trustee to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 11/06/2019) |
| 11/06/2019 | 35 | Hearing Set (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 12/3/2019 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/06/2019) |
| 11/07/2019 | 36<br>(2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Richard A Marshack (TR). Proofs of Claims due by 2/10/2020. Government Proof of Claim due by 3/11/2020. (Marshack (TR), Richard) (Entered: 11/07/2019) |
| 11/07/2019 | 37 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) *Attended only by Brian Weiss - Receiver* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)4 Meeting of Creditors 341(a) meeting to be held on 10/22/2019 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Cert. of Financial Management due by 12/23/2019. Last day to oppose discharge or dischargeability is 12/23/2019. (Law, Tamika) Financial Management deadline terminated. Modified on 9/13/2019.). (Marshack (TR), Richard) (Entered: 11/07/2019) |
| 11/09/2019 | 38<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)36 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Richard A Marshack (TR) No. of Notices: 113. Notice Date 11/09/2019. (Admin.) (Entered: 11/09/2019) |
| 11/12/2019 | 39<br>(4 pgs) | Stipulation By Avenatti Michael and *Richard A. Marshack, in his Capacity as Chapter 7 Trustee Extending Time to FIle Opposition and Request Hearing Re: Application to Employ Frank, Sims & Stolper LLP as Special Counsel* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 11/12/2019) |

**EXHIBIT "2"**

**PAGE 32**

| 11/12/2019 | **40**<br>(4 pgs) | Withdrawal re: *Notice of Withdrawal of Docket No. 19 re: Application by Chapter 7 Trustee to Employ Force 10 Partners LLC as Financial Advisor with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Application to Employ Force 10 Partners LLC as Financial Advisor *with Proof of Service*). (Hays, D) (Entered: 11/12/2019) |
|---|---|---|
| 11/12/2019 | 41 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 12/3/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/13/2019) |
| 11/22/2019 | 42 | Hearing Advanced(RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 12/3/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 11/22/2019) |
| 11/27/2019 | **43**<br>(41 pgs) | Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service.* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 11/27/2019) |
| 11/27/2019 | **44**<br>(11 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)43 Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service*. Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 11/27/2019) |
| 12/03/2019 | 45 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 1/28/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/03/2019) |
| 12/03/2019 | 46 | Hearing Continued (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 1/21/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/03/2019) |
| 12/10/2019 | **47**<br>(28 pgs) | Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 12/10/2019) |
| 12/10/2019 | **48**<br>(12 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)47 Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 12/10/2019) |
| 12/11/2019 | **49**<br>(8 pgs) | Emergency motion *Notice of Emergency Motion and Emergency Motion for Entry of Order Pursuant to 11 U.S.C. Section 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(c) of the Local Bankruptcy Rules Authorizing the Trustee to File Under Seal a Motion for* |

**EXHIBIT "2"**

**PAGE 33**

| | | |
|---|---|---|
| | | *Order Authorizing the Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support; with proof of service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/11/2019) |
| 12/12/2019 | [50](#) (2 pgs) | Order granting Chapter 7 Trustee's emergency motion authorizing the Chapter 7 Trustee to file under seal a motion for authority to use property of the estate pursuant to 11 U.S.C. section 363 (Related Doc # [49](#) ) Signed on 12/12/2019 (Le, James) (Entered: 12/12/2019) |
| 12/12/2019 | [51](#) (89 pgs; 3 docs) | UNDER SEALED DOCUMENTS - Chapter 7 Trustee's Motion for Order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. §363 Memorandum of Points and Authorities; Declarations of Richard A. Marshack and Matthew D. Murphey in Support. [Hearing to be set]. Filed by MARSHACK HAYS LLP and BURKE, WILLIAMS & SORENSEN, LLP, [Proposed] Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee. (Filed under seal pursuant to Order #50, entered on 12/12/2019). (Corona, Heidi) Additional attachment(s) added on 2/23/2022 (Corona, Heidi). Additional attachment(s) added on 2/23/2022 (Corona, Heidi). Documents attached per order entered 2/23/2022, #[367](#). Modified on 2/23/2022 (Corona, Heidi). (Entered: 12/12/2019) |
| 12/13/2019 | [52](#) (4 pgs) | Notice of Hearing *Notice of Emergency Hearing on Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 (Re: Dk. No. [51](#)); Hrg. 12-18-19 at 10:00 a.m., Ctrm: 5D* Filed by Trustee Richard A Marshack (TR). (Hays, D) (Entered: 12/13/2019) |
| 12/13/2019 | 53 | Hearing Set (RE: related document(s)[51](#) Chapter 7 Trustee's Motion for Order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. §363) The Hearing date is set for 12/18/2019 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 12/16/2019) |
| 12/17/2019 | [54](#) (58 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[43](#) Motion to Abandon REQUIRED FEE DEFERRED *Estate's Interest, if any, in Personal Property; Declarations of Richard A. Marshack and Brian Weiss in support; with Proof of Service.*). (Marshack (TR), Richard) (Entered: 12/17/2019) |
| 12/17/2019 | [55](#) (15 pgs) | Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL *, Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Murphey, Meghan) (Entered: 12/17/2019) |
| 12/17/2019 | [56](#) (11 pgs) | Notice of motion/application *by Chapter 7 Trustee for Order Authorizing the Employment of Burke, Williams & Sorensen, LLP as Special Litigation Counsel, Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[55](#) Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL *, Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Murphey, Meghan) (Entered: 12/17/2019) |

**EXHIBIT "2"**

**PAGE 34**

| 12/18/2019 | 57 | Hearing Held RE: Chapter 7 Trustee's motion for order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. Section 363 (Related document 51) - GRANTED; ORDER BY ATTORNEY. (Steinberg, Elizabeth) (Entered: 12/19/2019) |
| 12/19/2019 | 58 (3 pgs) | Order Granting Chapter 7 Trustee's Motion Authorizing The Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363. (BNC-PDF) (Related Doc # 51 ) Signed on 12/19/2019 (Steinberg, Elizabeth) (Entered: 12/19/2019) |
| 12/20/2019 | 59 (1 pg) | Order Granting Trustee's Motion To Abandon Estate's Interest, If Any, In Personal Property. (BNC-PDF) (Related Doc # 43 ) Signed on 12/20/2019 (Steinberg, Elizabeth) (Entered: 12/20/2019) |
| 12/21/2019 | 60 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 12/21/2019. (Admin.) (Entered: 12/21/2019) |
| 12/22/2019 | 61 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)59 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 1. Notice Date 12/22/2019. (Admin.) (Entered: 12/22/2019) |
| 12/23/2019 | 62 (59 pgs; 2 docs) | Adversary case 8:19-ap-01235. Complaint by Stoll, Nussbaum & Polakov, APC. against Eagan Avenatti, LLP . Fee Amount $350 (Attachments: # 1 Adv. Cover Sheet) Nature of Suit: (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Law, Tamika) (Entered: 12/23/2019) |
| 12/26/2019 | 63 (14 pgs) | Application to Employ Bicher & Associates as Field Agent *Declaration of Lori J. Ensley in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 12/26/2019) |
| 12/27/2019 | 64 (4 pgs) | Notice of Appearance and Request for Notice Filed by Creditor Philip Landsman . (Mccall, Audrey) (Entered: 12/27/2019) |
| 12/31/2019 | 65 (45 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)47 Application to Employ CONWAY MACKENZIE, INC. as FINANCIAL ANALYST *with Proof of Service*). (Wood, David) (Entered: 12/31/2019) |
| 01/04/2020 | 66 (3 pgs) | Voluntary Dismissal of Motion *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)28 Application to Employ Frank, Sims & Stolper LLP as Special Counsel *with Proof of Service*). (Marshack (TR), Richard) (Entered: 01/04/2020) |
| 01/06/2020 | 67 (4 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)55 Application to Employ BURKE, WILLIAMS & SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service*). (Murphey, Meghan) (Entered: 01/06/2020) |
| 01/06/2020 | 68 (35 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *AMENDED Declaration That No Party Requested a Hearing on Motion* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)55 Application to Employ BURKE, WILLIAMS & |

| | | SORENSEN, LLP as SPECIAL LITIGATION COUNSEL , *Including Statement of Disinterestedness of Meghan C. Murphey with Proof of Service*). (Murphey, Meghan) (Entered: 01/06/2020) |
|---|---|---|
| 01/07/2020 | [69](#)<br>(95 pgs) | Response to (related document(s): [33](#) Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Damon Rogers, Alexis Gardner, The X-Law Group, P.C. (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/07/2020 | [70](#)<br>(103 pgs) | Notice *of Errata Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C. (RE: related document(s)[69](#) Response to (related document(s): [33](#) Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Damon Rogers, Alexis Gardner, The X-Law Group, P.C.). (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/07/2020 | [71](#)<br>(98 pgs) | Response to (related document(s): [33](#) Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C. (Marchino, Filippo) (Entered: 01/07/2020)* |
| 01/08/2020 | [72](#)<br>(4 pgs) | Notice *[Joinder to Creditors The X-Law Group, P.C., Damon Rogers, and Alexis Gardner's Response to Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfreid & Berger LLP as Special Litigation Counsel] Filed by Interested Party Avenatti Michael (RE: related document(s)[33](#) Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof Filed by Trustee Richard A Marshack (TR), [71](#) Response to (related document(s): [33](#) Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Filed by Creditors Alexis Gardner, Damon Rogers, The X-Law Group, P.C.). (O'Dea, Ryan) (Entered: 01/08/2020)* |
| 01/13/2020 | [73](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rieder, Monica. (Rieder, Monica) (Entered: 01/13/2020) |
| 01/14/2020 | [74](#)<br>(19 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[63](#) Application to Employ Bicher & Associates as Field Agent Declaration of Lori J. Ensley in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 01/14/2020) |
| 01/14/2020 | [75](#)<br>(11 pgs) | Reply to (related document(s): [33](#) Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of* |

**EXHIBIT "2"**

**PAGE 36**

| | | |
|---|---|---|
| | | *Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support filed by Trustee Richard A Marshack (TR)) Trustee's Reply In Support of Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 01/14/2020)* |
| 01/21/2020 | 77 | Hearing Held - Motion granted: Order by attorney (RE: related document(s)33 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 01/22/2020) |
| 01/21/2020 | 193 (1 pg) | Notice of Change of Address Filed by Creditor Suzy Quinn . (Le, James) (Entered: 08/24/2020) |
| 01/22/2020 | 76 (7 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 01/22/2020) |
| 01/22/2020 | 78 (2 pgs) | Order approving Chapter 7 Trustee's application to employ Burke, Williams & Sorensen, LLP as Special Litigation Counsel (BNC-PDF) (Related Doc # 55) Signed on 1/22/2020. (Le, James) (Entered: 01/22/2020) |
| 01/22/2020 | 79 (2 pgs) | Order approving Chapter 7 Trustee's application to employ Conway Mackenzie, Inc. as Financial Analyst (BNC-PDF) (Related Doc # 47) Signed on 1/22/2020. (Le, James) (Entered: 01/22/2020) |
| 01/23/2020 | 80 (2 pgs) | Order granting Trustee's motion under LBR 2016-2 for authorization to employ paraprofessional - Bicher & Associates (BNC-PDF) (Related Doc # 63) Signed on 1/23/2020. (Le, James) (Entered: 01/23/2020) |
| 01/23/2020 | 81 (6 pgs) | Notice of lodgment *of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 01/23/2020) |
| 01/23/2020 | 82 (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm.* (Reitman, John) (Entered: 01/23/2020) |
| 01/24/2020 | 83 (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm.* (Reitman, Jack) (Entered: 01/24/2020) |
| 01/24/2020 | 84 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)78 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice |

**EXHIBIT "2"**

**PAGE 37**

| | | Date 01/24/2020. (Admin.) (Entered: 01/24/2020) |
|---|---|---|
| 01/24/2020 | 85<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)79 Order on Application to Employ (BNC-PDF) No. of Notices: 1. Notice Date 01/24/2020. (Admin.) (Entered: 01/24/2020) |
| 01/25/2020 | 86<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)80 Order on Application to Employ (BNC-PDF) No. of Notices: 1. Notice Date 01/25/2020. (Admin.) (Entered: 01/25/2020) |
| 01/27/2020 | 87<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm*. (Rieder, Monica) (Entered: 01/27/2020) |
| 01/28/2020 | 88<br>(9 pgs) | Declaration re: *Declaration of Jack A. Reitman Re: Name Change of Landau Gottfried & Berger LLP to Landau Law LLP* Filed by Trustee Richard A Marshack (TR). (Reitman, Jack) (Entered: 01/28/2020) |
| 01/28/2020 | 89<br>(6 pgs) | Notice of lodgment *Notice of Lodgment of Order in Bankruptcy Case re: Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)33 Application to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel *Application of Richard A. Marshack, Chapter 7 Trustee, to Employ Landau Gottfried & Berger LLP as Special Litigation Counsel; Declaration of John P. Reitman In Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, Jack) (Entered: 01/28/2020) |
| 01/28/2020 | 90 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 3/24/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 01/29/2020) |
| 02/04/2020 | 91<br>(21 pgs) | Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020 (Le, James). (Entered: 02/04/2020) |
| 02/04/2020 | 92<br>(13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | 93<br>(16 pgs) | Motion *Trustee's Motion for Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | 94<br>(11 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)93 Motion *Trustee's Motion or Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 02/04/2020) |
| 02/04/2020 | 95 | Hearing Set (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 |

**EXHIBIT "2"**

**PAGE 38**

| | | |
|---|---|---|
| | | at 2:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/05/2020) |
| 02/04/2020 | 96 | Hearing Set (RE: related document(s)93 Generic Motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/05/2020) |
| 02/05/2020 | 97 | Notice to Filer of Error and/or Deficient Document **Richard A. Marshack's holographic signature. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER SIGNATURES.** (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 02/05/2020) |
| 02/05/2020 | 98 (6 pgs) | Notice *of Errata re: Signature Page to the Application by Chapter 7 Trustee to Employ Kellner Law Group PC as Special Collections Counsel, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020.). (Hays, D) (Entered: 02/05/2020) |
| 02/14/2020 | 99 (11 pgs) | Notice *of Change of Time Only with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) Warning: Item subsequently amended by docket entry no: 97 Modified on 2/5/2020., 93 Motion *Trustee's Motion for Order Approving Subordination Agreement with Jason Frank Law, PLC with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 02/14/2020) |
| 02/14/2020 | 100 | Hearing Advanced (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR), 93 Generic Motion filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/25/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/14/2020) |
| 02/19/2020 | 101 (4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 02/19/2020) |
| 02/25/2020 | 103 | Hearing Continued (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 3/3/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 02/26/2020) |
| 02/25/2020 | 104 | Hearing Held: Motion granted: Order by attorney (RE: related document(s)93 Generic Motion filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 02/26/2020) |
| 02/26/2020 | 102 (2 pgs) | Order approving Chapter 7 Trustee's application to employ special litigation counsel (BNC-PDF) (Related Doc # 33) Signed on 2/26/2020. (Le, James) (Entered: 02/26/2020) |
| 02/28/2020 | 105 | BNC Certificate of Notice - PDF Document. (RE: related document(s)102 |

| | | |
|---|---|---|
| | (4 pgs) | Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 02/28/2020. (Admin.) (Entered: 02/28/2020) |
| 03/02/2020 | 106 (6 pgs) | Declaration re: *Supplemental Declaration of Richard L. Kellner in Support with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service*). (Hays, D) (Entered: 03/02/2020) |
| 03/03/2020 | 108 | Hearing Held - Motion granted: Order by attorney (RE: related document(s)91 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 03/04/2020) |
| 03/04/2020 | 107 (2 pgs) | Order granting Trustee's motion to approve subordination agreement with Jason Frank Law, PLC BNC-PDF) (Related Doc # 93 ) Signed on 3/4/2020 (Le, James) (Entered: 03/04/2020) |
| 03/04/2020 | 109 (2 pgs) | Order approving Chapter 7 Trustee's application to employ Kellner Law Group PC as Special Collections Counsel (BNC-PDF) (Related Doc # 91) Signed on 3/4/2020. (Le, James) (Entered: 03/04/2020) |
| 03/06/2020 | 110 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)107 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/06/2020 | 111 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)109 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 03/06/2020. (Admin.) (Entered: 03/06/2020) |
| 03/18/2020 | 112 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Naylor, Karen. (Naylor, Karen) (Entered: 03/18/2020) |
| 03/20/2020 | 113 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *by creditor Edward M. Ricci, P.A. and Edward M. Ricci, in individual* Filed by Reeder, David. (Reeder, David) (Entered: 03/20/2020) |
| 03/23/2020 | 114 (5 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee to Continue Hearing on the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum) filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 03/23/2020) |
| 03/23/2020 | 115 (2 pgs) | Order approving stipulation to continue hearing on motion for relief from the automatic stay under 11 U.S.C. section 362 (Action in Non-Bankruptcy Forum) Hearing continued to June 2, 2020 at 10:00 AM (BNC-PDF) (Related Doc # 114 ) Signed on 3/23/2020 (Le, James) (Entered: 03/23/2020) |
| 03/23/2020 | 116 | Hearing Continued (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 6/2/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 03/23/2020) |
| 03/24/2020 | 117 | Hearing Continued : OFF CALENDAR - ORDER CONTINUING |

**EXHIBIT "2"**

**PAGE 40**

| | | |
|---|---|---|
| | | HEARING TO JUNE 2, 2020 AT 10:00 AM ENTERED ON 3/23/20. (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) (Le, James) (Entered: 03/25/2020) |
| 03/25/2020 | 118 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)115 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 03/25/2020. (Admin.) (Entered: 03/25/2020) |
| 03/31/2020 | 119 (179 pgs) | Motion for 2004 Examination *Notice of Motion and Motion for Issuance of an Order Under Bankruptcy Rule 2004 Compelling the Production of Documents and the Examination of (1) The X-Law Group, Pc, and (2) Filippo Marchino; Memorandum of Points and Authorities and Declarations of Monica Rieder and John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 03/31/2020) |
| 03/31/2020 | 120 | Hearing Set (RE: related document(s)119 Motion for Examination filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 4/28/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 03/31/2020) |
| 04/01/2020 | 121 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Sanders, Nanette. (Sanders, Nanette) (Entered: 04/01/2020) |
| 04/14/2020 | 122 (26 pgs) | Adversary case 8:20-ap-01049. Complaint by Richard A. Marshack against Aledmi, LLC, Alan Chaffee, Edwin Spaunhurst, Michael White, Lisa Hallmon. (Charge To Estate) Fee Amount: $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/15/2020 (Le, James). (Entered: 04/14/2020) |
| 04/14/2020 | 123 (30 pgs) | Adversary case 8:20-ap-01050. Complaint by Richard A. Marshack against Alki Bakery, Inc.. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |
| 04/14/2020 | 124 (27 pgs) | Adversary case 8:20-ap-01051. Complaint by Richard A. Marshack against Robert Faieta dba Competition Motorsports. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |
| 04/14/2020 | 125 (32 pgs) | Adversary case 8:20-ap-01052. Complaint by Richard A. Marshack against Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC. (Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 04/14/2020) |

**EXHIBIT "2"**

**PAGE 41**

| | | |
|---|---|---|
| 04/15/2020 | [126](#)<br>(4 pgs) | Notice *NOTICE OF VOLUNTARY DISMISSAL OF MOTION FOR ISSUANCE OF AN ORDER UNDER BANKRUPTCY RULE 2004 COMPELLING THE PRODUCTION OF DOCUMENTS BY AND THE EXAMINATION OF (1) THE X-LAW GROUP, PC, AND (2) FILIPPO MARCHINO WITHOUT PREJUDICE* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[119](#) Motion for 2004 Examination *Notice of Motion and Motion for Issuance of an Order Under Bankruptcy Rule 2004 Compelling the Production of Documents by and the Examination of (1) The X-Law Group, Pc, and (2) Filippo Marchino; Memorandum of Points and Authorities and Declarations of Monica Rieder and John P. Reitman in Support Thereof* Filed by Trustee Richard A Marshack (TR)). (Reitman, Jack) (Entered: 04/15/2020) |
| 04/21/2020 | [127](#)<br>(29 pgs) | Adversary case 8:20-ap-01058. Complaint by Richard A Marshack against Dillanos Coffee Roasters, Inc.. (Charge To Estate)Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | [128](#)<br>(25 pgs) | Adversary case 8:20-ap-01059. Complaint by Richard A. Marshack against Eisenhower Carlson PLLC. (Charge To Estate)Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | [129](#)<br>(29 pgs) | Adversary case 8:20-ap-01060. Complaint by Richard A. Marshack against Gallo Builders, Inc.. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/21/2020 | [130](#)<br>(24 pgs) | Adversary case 8:20-ap-01061. Complaint by Richard A. Marshack against Daimler Trucks North America LLC. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/21/2020 (Le, James). (Entered: 04/21/2020) |
| 04/28/2020 | 131 | Hearing Held: OFF CALENDAR - NOTICE OF VOLUNTARY DISMISSAL OF MOTION FILED 4/15/20. (RE: related document(s)[119](#) Motion for Examination filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 04/29/2020) |
| 05/01/2020 | [132](#)<br>(31 pgs) | Adversary case 8:20-ap-01068. Complaint by Richard A. Marshack against Silver Star Sounds & Communications, Inc. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of |

**EXHIBIT "2"**

**PAGE 42**

| | | money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
|---|---|---|
| 05/01/2020 | [133](#) (29 pgs) | Adversary case 8:20-ap-01069. Complaint by Richard A. Marshack against Trackside Performance, LLC. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfer* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/01/2020 | [134](#) (42 pgs) | Adversary case 8:20-ap-01071. Complaint by Richard A. Marshack against Vincent Builders, Inc.. (Charge To Estate) Fee Amount $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 5/1/2020 (Le, James). (Entered: 05/01/2020) |
| 05/06/2020 | [135](#) (5 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm* Filed by Creditor Edward M. Ricci, P.A.. (Reeder, David) (Entered: 05/06/2020) |
| 05/15/2020 | [136](#) (115 pgs) | Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [137](#) (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[136](#) Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [138](#) (17 pgs) | Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | [139](#) (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[138](#) Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 05/15/2020) |
| 05/15/2020 | 140 | Hearing Set (RE: related document(s)[136](#) Motion to Allow Claims filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/9/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/18/2020) |
| 05/15/2020 | 141 | Hearing Set (RE: related document(s)[138](#) Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 6/9/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/18/2020) |
| 05/19/2020 | [142](#) (18 pgs) | Adversary case 8:20-ap-01086. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against The X-Law Group, PC, |

**EXHIBIT "2"**

**PAGE 43**

|  |  |  |
|---|---|---|
|  |  | a professional corporation, Filippo Marchino, an individual, Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, a limited liability company, Sandy Le, individually and on behalf of Tina Ngan Le, decedent. (Charge To Estate) Fee Amount: $350.00. *Complaint for Preliminary Injunction, Declaratory Judgment, and Further Relief* Nature of Suit: (72 (Injunctive relief - other)),(91 (Declaratory judgment)) (Reitman, John) Modified on 5/19/2020 (Le, James). (Entered: 05/19/2020) |
| 05/20/2020 | [143](#) <br> (3 pgs) | Request for special notice *with Proof of Service* Filed by Interested Party Eisenhower Carlson PLLC. (Casselberry, Steven) (Entered: 05/20/2020) |
| 05/28/2020 | [144](#) <br> (5 pgs) | Objection (related document(s): [136](#) Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* filed by Trustee Richard A Marshack (TR)) *[Objection to Chapter 7 Trustee's Motion for Allowance of Administrative Expense Claim of Brian Weiss, Former Receiver]* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 05/28/2020) |
| 05/28/2020 | [145](#) <br> (6 pgs) | Objection (related document(s): [138](#) Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 05/28/2020) |
| 05/29/2020 | [146](#) <br> (6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee -- Second Stipulation to Continue Hearing on the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum) filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 05/29/2020) |
| 06/01/2020 | [147](#) <br> (2 pgs) | Order approving stipulation to continue hearing on Stoll, Nussbam & Polakov's motion for relief from the automatc stay under 11 U.S.C. section 362 (Action in Non-Bankruptcy Forum) Hearing continued to August 4, 2020 at 10:00 AM (BNC-PDF) (Related Doc # [146](#) ) Signed on 6/1/2020 (Le, James) (Entered: 06/01/2020) |
| 06/01/2020 | 148 | Hearing Continued (RE: related document(s)[13](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) The Hearing date is set for 8/4/2020 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/01/2020) |
| 06/02/2020 | [149](#) <br> (26 pgs) | Reply to (related document(s): [145](#) Objection filed by Interested Party Avenatti Michael) *Reply in Support of Trustee's Application to Employ Force 10 Partners, LLC as Estate's Electronic Records Manager with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/02/2020) |
| 06/02/2020 | [150](#) <br> (59 pgs) | Reply to (related document(s): [144](#) Objection filed by Interested Party Avenatti Michael) *Reply in Support of Trustee's Motion for Allowance of Administrative Priority Expense with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/02/2020) |
| 06/02/2020 | [151](#) | Motion *Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci,* |

**EXHIBIT "2"**

**PAGE 44**

| | | |
|---|---|---|
| | (14 pgs) | *Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | [152](#)<br>(45 pgs; 5 docs) | Declaration re: *Declaration of Edward M. Ricci in support of Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)[151](#) Motion *Motion of Creditors Edward m. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* ). (Attachments: # [1](#) Exhibit Exhibits 1-4 # [2](#) Exhibit Exhibit 5 # [3](#) Exhibit Exhibit 6 # [4](#) Exhibit Exhibit 7) (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | [153](#)<br>(6 pgs) | Notice of Hearing *Notice of Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)[151](#) Motion *Motion of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A.). (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020 (Le, James). (Entered: 06/02/2020) |
| 06/02/2020 | 155 | Hearing Set (RE: related document(s)[151](#) Generic Motion filed by Creditor Edward M. Ricci, P.A.) The Hearing date is set for 6/23/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/03/2020) |
| 06/02/2020 | 156 | Hearing Continued: OFF CALENDAR - ORDER CONTINUING HEARING TO AUGUST 4, 2020 AT 10:00 AM ENTERED ON 6/1/2020. (RE: related document(s)[13](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Stoll, Nussbaum & Polakov) (Le, James) (Entered: 06/03/2020) |
| 06/03/2020 | 154 | Notice to Filer of Correction Made/No Action Required: **Other - Do not use all caps in the docket entry text. The court will correct the docket entries. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)[151](#) Generic Motion filed by Creditor Edward M. Ricci, P.A., [152](#) Declaration filed by Creditor Edward M. Ricci, P.A., [153](#) Notice of Hearing filed by Creditor Edward M. Ricci, P.A.) (Le, James) (Entered: 06/03/2020) |
| 06/03/2020 | [157](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[147](#) Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/03/2020. (Admin.) (Entered: 06/03/2020) |
| 06/09/2020 | [158](#)<br>(5 pgs) | Reply to (related document(s): [151](#) Motion *MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* filed by Creditor Edward M. Ricci, P.A.) *Trustee's Response to Motion of Creditors Edward M. Ricci, P.A. and Edward M. Ricci, Esq., an Individual, for an Order Deeming Proof of Claim No. 38 to Have Been Timely Filed with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/09/2020) |

EXHIBIT "2"
PAGE 45

| | | |
|---|---|---|
| 06/09/2020 | 159 | Hearing Held: Motion granted - Order by Attorney (RE: related document(s)136 Motion to Allow Claims filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 06/10/2020) |
| 06/09/2020 | 160 | Hearing Held - Motion denied: Order by Attorney (RE: related document(s)138 Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 06/10/2020) |
| 06/16/2020 | 161<br>(9 pgs; 2 docs) | Reply to (related document(s): 151 Motion *MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* filed by Creditor Edward M. Ricci, P.A.) *REPLY OF MOVING PARTIES TO RESPONSE OF TRUSTEE TO MOTION OF CREDITORS EDWARD M. RICCI, P.A. AND EDWARD M. RICCI, ESQ., AN INDIVIDUAL, FOR AN ORDER DEEMING PROOF OF CLAIM NO. 38 TO HAVE BEEN TIMELY FILED* Filed by Creditor Edward M. Ricci, P.A. (Attachments: # 1 Exhibit Exhibit 1) (Reeder, David) (Entered: 06/16/2020) |
| 06/18/2020 | 162<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramlo, Kurt. (Ramlo, Kurt) (Entered: 06/18/2020) |
| 06/18/2020 | 163<br>(7 pgs) | Notice of lodgment *of Order Denying Application by Chapter 7 Trustee to use Estate Property Under Section 363(B) to Retain Force 10 Partners LLC as Electronic Document Manager, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)138 Application to Employ Force 10 Partners LLC as Electronic Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/18/2020) |
| 06/18/2020 | 164<br>(7 pgs) | Notice of lodgment *of Order Granting Motion for Allowance of Administrative Expense Claim for Debtor's Prepetition Receiver, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)136 Motion to Allow Claim 20 *Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/18/2020) |
| 06/19/2020 | 165<br>(7 pgs) | Notice *Notice of Proof of Claim for Creditor Gregory Barela* Filed by Trustee Richard A Marshack (TR). (Reitman, Jack) WARNING: DOCUMENT SUBSEQUENTLY AMENDED BY DOCKET ENTRY NUMBER 166 Modified on 6/19/2020 (Steinberg, Elizabeth). (Entered: 06/19/2020) |
| 06/19/2020 | 166 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING USING THE CLAIM MODULE.** (RE: related document(s)165 Notice filed by Trustee Richard A Marshack (TR)) (Steinberg, Elizabeth) (Entered: 06/19/2020) |
| 06/22/2020 | 167<br>(2 pgs) | Order granting Chapter 7 Trustee's motion for allowance of administrative expense claim for Debtor's prepetition receiver (Claim No. 20) (BNC-PDF) (Related Doc # 136) Signed on 6/22/2020. (Le, James) (Entered: 06/22/2020) |
| 06/22/2020 | 168<br>(2 pgs) | Order denying Chapter 7 Trustee's application to use Estate Property under section 363(B) to retain Force 10 Partners LLC as Electronic Document |

**EXHIBIT "2"**

**PAGE 46**

| | | |
|---|---|---|
| | | Manager (BNC-PDF) (Related Doc # 138) Signed on 6/22/2020. (Le, James) (Entered: 06/22/2020) |
| 06/23/2020 | 171 | Hearing Held: Motion granted - Order by attorney (RE: related document(s)151 Generic Motion filed by Creditor Edward M. Ricci, P.A.) (Le, James) (Entered: 06/24/2020) |
| 06/24/2020 | 169 (24 pgs) | Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 06/24/2020) |
| 06/24/2020 | 170 (14 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)169 Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 06/24/2020) |
| 06/24/2020 | 172 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)167 Order on Motion to Allow Claims (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 173 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)168 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 174 | Hearing Set (RE: related document(s)169 Application to Employ filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 7/21/2020 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/25/2020) |
| 06/25/2020 | 175 (7 pgs) | Notice of lodgment *Notice Of Lodgment Of Order In Bankruptcy Case Re: Motion Of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., An Individual, For An Order Deeming Proof Of Claim No. 38 To Have Been Timely Filed* Filed by Creditor Edward M. Ricci, P.A. (RE: related document(s)151 Motion *Motion Of Creditors Edward M. Ricci, P.A. And Edward M. Ricci, Esq., an individual, for an order deeming proof of claim no. 38 to have been timely filed* Filed by Creditor Edward M. Ricci, P.A. (Reeder, David) Warning: Item subsequently amended by docket entry no: 154 Modified on 6/3/2020.). (Reeder, David) (Entered: 06/25/2020) |
| 07/02/2020 | 176 (2 pgs) | Order granting Creditor's motion to deem proof of claim #38 to have been timely filed (BNC-PDF) (Related Doc # 151 ) Signed on 7/2/2020 (Le, James) (Entered: 07/02/2020) |
| 07/04/2020 | 177 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)176 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 07/04/2020. (Admin.) (Entered: 07/04/2020) |
| 07/07/2020 | 178 (6 pgs) | Objection (related document(s): 169 Application to Employ Force Ten Partners LLC as Document Manager *Declaration of Brian Weiss in support; with Proof of Service* filed by Trustee Richard A Marshack (TR) *with Proof of Service* Filed by Interested Party Avenatti Michael (O'Dea, Ryan) (Entered: 07/07/2020) |
| 07/07/2020 | 179 (16 pgs) | Stipulation By Richard A Marshack (TR) and *Geoffrey E. Johnson, Debtor's former client for order authorizing Trustee to Turnover Client Files to Debtor's Former Client Geoffrey E. Johnson with Proof of Service* |

**EXHIBIT "2"**

**PAGE 47**

| | | Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 07/07/2020) |
|---|---|---|
| 07/13/2020 | [180](#) (1 pg) | Order approving stipulation authorizing Trustee's to turn over client files to Debtor's former client, Geoffrey E. Johnson (BNC-PDF) (Related Doc # [179](#) ) Signed on 7/13/2020 (Le, James) (Entered: 07/13/2020) |
| 07/15/2020 | [181](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[180](#) Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 07/15/2020. (Admin.) (Entered: 07/15/2020) |
| 07/21/2020 | 182 | Hearing Continued: Continued hearing date to be determined in September (RE: related document(s)[169](#) Application to Employ filed by Trustee Richard A Marshack (TR)) (Le, James) (Entered: 07/22/2020) |
| 07/30/2020 | [183](#) (6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Robert J. Stoll, Jr. and Richard A. Marshack to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum) Filed by Stoll, Nussbaum & Polakov* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 07/30/2020) |
| 07/31/2020 | 184 | In accordance with the Administrative Order 20-07 dated 7/15/20, this case is hereby reassigned from Judge Catherine E. Bauer to Judge Scott C Clarkson. (Le, James) (Entered: 07/31/2020) |
| 07/31/2020 | [185](#) (2 pgs) | Order Approving Third Stipulation To Continue Hearing On The Motion For Relief From The Automatic Stay Under 11 U.S.C. Section 362 (Action In Non-Bankruptcy Forum) Filed By Stoll, Nussbaum & Polakov. IT IS ORDERED: Th Hearing On The Motion For Relief From The Automatic Stay Is Continued To September 24, 2020 At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # [183](#) ) Signed on 7/31/2020 (Bolte, Nickie) (Entered: 07/31/2020) |
| 08/02/2020 | [186](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[185](#) ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 08/02/2020. (Admin.) (Entered: 08/02/2020) |
| 08/04/2020 | [187](#) (32 pgs) | Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 08/04/2020) |
| 08/04/2020 | 188 | Hearing Set (RE: related document(s)[187](#) Trustee's Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR) The Hearing date is set for 9/23/20 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/04/2020) |
| 08/07/2020 | [189](#) (1 pg) | Order Setting Hearing On Application By Chapter 7 Trustee To Retain ForceTen Partners, LLC As Electronic Document Manger, Filed June 24, 2020, (Docket Number [169](#)) For Hearing On August 19, 2020 At 11:00 A.M. In Courtroom 5C - Virtual. (BNC-PDF) Signed on 8/7/2020 (RE: |

**EXHIBIT "2"**

**PAGE 48**

|  |  |  |
|---|---|---|
|  |  | related document(s)169 Application to Employ filed by Trustee Richard A Marshack (TR)). (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/07/2020 | 190 | Hearing Set (RE: related document(s)169 Application By Chapter 7 Trustee To Retain Force TenPartners LLC As Electronic Document Manger filed by Trustee Richard A Marshack (TR) The Hearing date is set for 8/19/2020 at 11:00 AM at Crtrm 5C - Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/09/2020 | 191 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)189 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/09/2020. (Admin.) (Entered: 08/09/2020) |
| 08/19/2020 | 192 | Hearing Held On Motion (RE: related document(s)169 : Application By Chapter 7 Trustee To Retain Force Ten Partners LLC As Electronic Document Manager filed by Trustee Richard A Marshack (TR)) - MOTION GRANTED - (Bolte, Nickie) (Entered: 08/21/2020) |
| 08/27/2020 | 194 (7 pgs) | Order Granting Application By Chapter 7 Trustee To Retain Force 10 Partners LLC As Electronic Document Manager (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 169) Signed on 8/27/2020. (Bolte, Nickie) (Entered: 08/27/2020) |
| 08/29/2020 | 195 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)194 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 08/29/2020. (Admin.) (Entered: 08/29/2020) |
| 09/09/2020 | 196 (7 pgs) | Opposition to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R* filed by Trustee Richard A Marshack (TR)) Filed by Interested Party Avenatti Michael (O'Dea, Ryan) - Warning: See docket entry no.: 197 for corrections - Modified on 9/10/2020 (Bolte, Nickie). (Entered: 09/09/2020) |
| 09/10/2020 | 197 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT, WHICH IS: 8:19-bk-13560-SC.** (RE: related document(s)196 Opposition filed by Interested Party Avenatti Michael) (Bolte, Nickie) (Entered: 09/10/2020) |
| 09/11/2020 | 198 (4 pgs) | Errata *[Notice of Errata Re Opposition to Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC]* Filed by Interested Party Avenatti Michael (RE: related document(s)196 Opposition, 197 Notice to Filer of Error and/or Deficient Document). (O'Dea, Ryan) (Entered: 09/11/2020) |
| 09/16/2020 | 199 (6 pgs) | Stipulation By Stoll, Nussbaum & Polakov and *Robert J. Stoll, Jr. and Richard A. Marshack to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum)* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 09/16/2020) |
| 09/16/2020 | 200 | Order Approving Fourth Stipulation To Continue Hearing On The Motion |

| | | |
|---|---|---|
| | (2 pgs) | For Relief From The Automatic Stay Under 11 U.S.C. Section 362 (Action In Non-Bankruptcy Forum) Filed By Stoll, Nussbaum & Polakov To December 17, 2020 At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 199 ) Signed on 9/16/2020 (Bolte, Nickie) (Entered: 09/16/2020) |
| 09/16/2020 | 201 (19 pgs) | Reply to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R filed by Trustee Richard A Marshack (TR)) Reply in Support of Trustee's Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Nussbaum & Polakov, APC Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 09/16/2020) |
| 09/16/2020 | 202 (492 pgs) | Declaration re: *Supplemental Declaration of John P. Reitman in Support of Reply in Support of Trustee's Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Nussbaum & Polakov, APC* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)201 Reply). (Reitman, John) (Entered: 09/16/2020) |
| 09/16/2020 | 203 (4 pgs) | Reply to (related document(s): 201 Reply filed by Trustee Richard A Marshack (TR)) *Joinder in Chapter 7 Trustee's Reply in Support of Motion for Approval of Compromise with Robert Stoll, Jr. and Stoll Naussbaum & Polakov, APC [Docket No. 201]* Filed by Creditor Stoll, Nussbaum & Polakov (Naylor, Karen) (Entered: 09/16/2020) |
| 09/19/2020 | 204 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)200 ORDER to continue/reschedule hearing (BNC-PDF) No. of Notices: 1. Notice Date 09/19/2020. (Admin.) (Entered: 09/19/2020) |
| 09/23/2020 | 205 (18 pgs) | Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Murphey, Meghan) (Entered: 09/23/2020) |
| 09/23/2020 | 206 (13 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)205 Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Murphey, Meghan) (Entered: 09/23/2020) |
| 09/23/2020 | 207 | Hearing Continued On Motion (RE: related document(s)187 Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR)) HEARING ON MOTION CONTINUED TO OCTOBER 21, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. REPLY DUE OCTOBER 14, 2020. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/28/2020) |
| 09/24/2020 | 208 | Hearing Continued On Motion (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM RE: Case Name: Eagan Avenatti LLP v. Stoll, Nussbaum & Polakov, et al.; Docket No: 30-2011-00483570 Consolidated With 30-2013-00627604; Pending In: California Superior Court For The County Of Orange - filed by Creditor Stoll, Nussbaum & Polakov). HEARING ON MOTION CONTINUED TO DECEMBER 17, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING FOURTH |

EXHIBIT "2"

PAGE 50

| | | |
|---|---|---|
| | | STIPULATION TO CONTINUE HEARING ON MOTION ENTERED FOR RELIEF FROM THE AUTOMATIC STAY 9-16-2020 - (DOCKET NO. 200) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/29/2020) |
| 10/08/2020 | 209 (8 pgs) | Transcript regarding Hearing Held 09/23/20 RE: CONT'D STATUS CONFERENCE HEARING RE: SECOND AMENDED COMPLAINT FOR AVOIDANCE AND RECOVERY OF VOIDABLE TRANSFERS. Remote electronic access to the transcript is restricted until 01/6/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 10/15/2020. Redaction Request Due By 10/29/2020. Redacted Transcript Submission Due By 11/9/2020. Transcript access will be restricted through 01/6/2021. (Steinhauer, Holly) (Entered: 10/08/2020) |
| 10/14/2020 | 210 (5 pgs) | Reply to (related document(s): 187 Motion to Approve Compromise Under Rule 9019 *Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Retiman and R filed by Trustee Richard A Marshack (TR) Sur-Reply in Opposition to Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC with Proof of Service Filed by Interested Party Avenatti Michael* (O'Dea, Ryan) (Entered: 10/14/2020) |
| 10/15/2020 | 211 (37 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)205 Application to Employ MURPHEY & MURPHEY, APC as Special Litigation Counsel *with Proof of Service*). (Murphey, Meghan) (Entered: 10/15/2020) |
| 10/16/2020 | 212 (9 pgs; 3 docs) | Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service) (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 213 (23 pgs; 5 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Intervenor Hrayr's Shahinian's client file in case no. 2:14-cv-08313-JAK-JPR . Fee Amount $181, Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit Exhibit to Warren Declaration # 4 Certificate of Service) (Kuylman, Erick)- - Warning: See docket entry no.: 218 for corrections - Modified on 10/19/2020 (Bolte, Nickie). (Entered: 10/16/2020) |
| 10/16/2020 | | Receipt of Motion for Relief from Stay - Personal Property(8:19-bk-13560-SC) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 51905476. Fee amount 181.00. (re: Doc# 213) (U.S. Treasury) (Entered: 10/16/2020) |
| 10/16/2020 | 214 (3 pgs) | Notice of Hearing *re Motion to Intervene* Filed by Intervenor Hrayr Shahinian (RE: related document(s)212 Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of |

**EXHIBIT "2"**

**PAGE 51**

| | | Points and Authorities # 2 Certificate of Service)). (Kuylman, Erick) (Entered: 10/16/2020) |
|---|---|---|
| 10/16/2020 | 215 (3 pgs) | Notice of Hearing *re Motion to Compel Intervenor Shahinian's Case File* Filed by Intervenor Hrayr Shahinian (RE: related document(s)213 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Intervenor Hrayr's Shahinian's client file in case no. 2:14-cv-08313-JAK-JPR . Fee Amount $181, Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit Exhibit to Warren Declaration # 4 Certificate of Service)). (Kuylman, Erick) (Entered: 10/16/2020) |
| 10/16/2020 | 216 | Hearing Set (RE: related document(s)212 Dr. Hrayr Shaninian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/19/2020) |
| 10/16/2020 | 217 | Hearing Set (RE: related document(s)213 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson - MOTION REFILED ON 10/19/2020 - DOCKET NO. 219 - SEE DOCKET NO. 220 FOR HEARING SET ON REFILED MOTION (Bolte, Nickie) Modified on 10/20/2020 (Bolte, Nickie). (Entered: 10/19/2020) |
| 10/19/2020 | 218 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT, WHICH IS: Bankruptcy Events BK - Motions/Applications X - Motion (Generic) (motion).** (RE: related document(s)213 Motion for Relief from Stay - Personal Property filed by Intervenor Hrayr Shahinian) (Bolte, Nickie) (Entered: 10/19/2020) |
| 10/19/2020 | 219 (23 pgs; 5 docs) | Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memo of Points and Authorities # 2 Declaration of Thomas D. Warren # 3 Exhibit 1 to Warren Declaration # 4 Certificate of Service) (Kuylman, Erick) (Entered: 10/19/2020) |
| 10/19/2020 | 220 | Hearing Set (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) The Hearing date is set for 11/18/2020 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/20/2020) |
| 10/20/2020 | 221 (21 pgs) | Adversary case 8:20-ap-01146. Complaint by RICHARD A. MARSHACK against Andrew S. Davis. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | 222 | Adversary case 8:20-ap-01147. Complaint by Richard A. Marshack |

**EXHIBIT "2"**

**PAGE 52**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| | (23 pgs) | against Cascade Capital Group, LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [223](#) (22 pgs) | Adversary case 8:20-ap-01148. Complaint by Richard A. Marshack against Protech Security & Electronics, Inc.. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [224](#) (21 pgs) | Adversary case 8:20-ap-01149. Complaint by Richard A. Marshack against Simeon Osborn. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/20/2020 | [225](#) (24 pgs) | Adversary case 8:20-ap-01150. Complaint by Richard A. Marshack against Honda Aircraft Company LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers.* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/20/2020) |
| 10/21/2020 | 230 | Hearing Held On Motion (RE: related document(s)[187](#) Motion For Approval Of Compromise With Robert Stoll Jr. And Stoll Nussbaum & Polakov, APC filed by Trustee Richard A Marshack (TR)) - MOTION GRANTED - (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/22/2020 | [226](#) (1 pg) | Request for CD of Court Proceedings *September 23, 2020.* Fee Amount $31, Filed by Creditor Stoll, Nussbaum & Polakov. (Naylor, Karen) (Entered: 10/22/2020) |
| 10/22/2020 | [227](#) (1 pg) | Request for CD of Court Proceedings *October 21, 2020.* Fee Amount $31, Filed by Creditor Stoll, Nussbaum & Polakov. (Naylor, Karen) (Entered: 10/22/2020) |
| 10/22/2020 | | Receipt of Request for CD of Court Proceedings (fee)(8:19-bk-13560-SC) [misc,cdrf] ( 31.00) Filing Fee. Receipt number 51933905. Fee amount 31.00. (re: Doc# [226](#)) (U.S. Treasury) (Entered: 10/22/2020) |
| 10/22/2020 | | Receipt of Request for CD of Court Proceedings (fee)(8:19-bk-13560-SC) [misc,cdrf] ( 31.00) Filing Fee. Receipt number 51933905. Fee amount 31.00. (re: Doc# [227](#)) (U.S. Treasury) (Entered: 10/22/2020) |
| 10/26/2020 | [228](#) (8 pgs) | Notice of lodgment *Notice of Lodgment of Order in Bankruptcy Case Re: Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of Points and Authorities and Declarations of John P. Reitman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[187](#) *Motion to Approve Compromise Under Rule 9019 Trustee's Notice of Motion and Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC; Memorandum of* |

|  |  | *Points and Authorities and Declarations of John P. Retiman and Richard A. Marshack in Support* Filed by Trustee Richard A Marshack (TR)). (Reitman, John). (Entered: 10/26/2020) |
|---|---|---|
| 10/26/2020 | [229](#)<br>(2 pgs) | Order Approving Chapter 7 Trustee's Application To Employ Murphey & Murphey, APC As Special Litigation Counsel Effective As Of August 1, 2020. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [205](#)) Signed on 10/26/2020. (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/28/2020 | [231](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[229](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 10/28/2020. (Admin.) (Entered: 10/28/2020) |
| 10/30/2020 | [232](#)<br>(21 pgs) | Adversary case 8:20-ap-01152. Complaint by Richard A. Marshack against Christine Avenatti Carlin. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/30/2020) |
| 10/30/2020 | [233](#)<br>(21 pgs) | Adversary case 8:20-ap-01153. Complaint by Richard A. Marshack against HPPW, LLC. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Reitman, Jack) (Entered: 10/30/2020) |
| 11/02/2020 | [234](#)<br>(4 pgs) | Notice *Trustee's Notice of Non-Opposition to Dr. Hrayr Shahinian's Motion to Intervene* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[212](#) Motion *to Intervene for Limited Purpose of Compelling Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service). (Reitman, Jack) (Entered: 11/02/2020) |
| 11/02/2020 | [235](#)<br>(2 pgs) | Order Granting Trustee's Motion for Approval of Compromise with Robert Stoll Jr. and Stoll Nussbaum & Polakov, APC (BNC-PDF) (Related Doc # [187](#)) Signed on 11/2/2020. (Mccall, Audrey) (Entered: 11/02/2020) |
| 11/04/2020 | [236](#)<br>(19 pgs) | Opposition to (related document(s): [219](#) Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* filed by Intervenor Hrayr Shahinian) *Trustee's Opposition to Dr. Hrayr Shahinian's Notice of Motion and Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | [237](#)<br>(127 pgs) | Declaration re: *Declaration of John P. Reitman In Support of Trustee's Opposition to Dr. Hrayr Shahinian's Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[236](#) Opposition). (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | [238](#)<br>(150 pgs) | Declaration re: *Declaration of Brian Weiss In Support of Trustee's Opposition to Dr. Hrayr Shahinian's Motion to Intervene for the Limited Purpose of Compelling Production of His Client File in Case No. 2:14-cv-* |

**EXHIBIT "2"**

**PAGE 54**

| | | |
|---|---|---|
| | | *08313-JAK-JPR* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)236 Opposition). (Reitman, John) (Entered: 11/04/2020) |
| 11/04/2020 | 239 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)235 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 11/04/2020. (Admin.) (Entered: 11/04/2020) |
| 11/11/2020 | 240 (7 pgs; 2 docs) | Reply to (related document(s): 219 Motion *to Compel Client File in Case No. 2:14-cv-08313-JAK-JPR* filed by Intervenor Hrayr Shahinian) Filed by Intervenor Hrayr Shahinian (Attachments: # 1 Certificate of Service) (Kuylman, Erick) - Warning: See docket entry no.: 242 for corrections - Modified on 11/12/2020 (Bolte, Nickie). (Entered: 11/11/2020) |
| 11/12/2020 | 241 (39 pgs) | Transcript regarding Hearing Held 10/21/20 RE: MOTION TO AMEND COMPLAINT. Remote electronic access to the transcript is restricted until 02/10/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 11/19/2020. Redaction Request Due By 12/3/2020. Redacted Transcript Submission Due By 12/14/2020. Transcript access will be restricted through 02/10/2021. (Steinhauer, Holly) (Entered: 11/12/2020) |
| 11/12/2020 | 242 | Notice to Filer of Error and/or Deficient Document **Electronic signature does not correspond to the attorney login. THE FILER IS INSTRUCTED TO COMPLY WITH SECTION 3 OF THE COURT MANUAL AND EITHER REFILE THE DOCUMENT WITH THE CORRECT LOGIN OR FILE A SUBSTITUTION OF ATTORNEY.** (RE: related document(s)240 Reply filed by Intervenor Hrayr Shahinian) (Bolte, Nickie) (Entered: 11/12/2020) |
| 11/12/2020 | 243 (9 pgs; 3 docs) | Errata *to Reply in Support of Intervenor's Motion to Compel Case File* Filed by Intervenor Hrayr Shahinian (RE: related document(s)240 Reply, 242 Notice to Filer of Error and/or Deficient Document). (Attachments: # 1 Corrected Reply in Support of Intervenor's Motion to Compel # 2 Certificate of Service - Errata to Reply) (Kuylman, Erick) (Entered: 11/12/2020) |
| 11/16/2020 | 244 (7 pgs) | Motion to Continue Hearing On (related documents 219 Generic Motion) *Chapter 7 Trustee's Motion to Continue Hearing on Intervenor's Motion to Compel Client File; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 11/16/2020) |
| 11/18/2020 | 246 | Hearing Continued (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO DECEMBER 16, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE (Bolte, Nickie) (Entered: 11/23/2020) |
| 11/18/2020 | 247 | Hearing Continued On Motion (RE: related document(s)219 : Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In |

**EXHIBIT "2"**

**PAGE 55**

| | | |
|---|---|---|
| | | Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian). - HEARING ON MOTION CONTINUED TO DECEMBER 16, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 11/23/2020) |
| 11/20/2020 | 245 (4 pgs) | Stipulation By Simeon Osborn and *Richard A. Marshack, Chapter 7 Trustee to Extend Time to Respond to Complaint* Filed by Debtor Simeon Osborn (Malo, Aaron) (Entered: 11/20/2020) |
| 12/03/2020 | 248 (17 pgs) | Status report *Chapter 7 Trustee's Status Report re: Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Hays, D) (Entered: 12/03/2020) |
| 12/04/2020 | 249 (14 pgs) | Application to Employ Bicher & Associates as Agent for Trustee *Declaration of Lori J. Ensley; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 12/04/2020) |
| 12/07/2020 | 250 (4 pgs) | Withdrawal re: --*Notice of Withdrawal of Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Non-Bankruptcy Forum)* Filed by Creditor Stoll, Nussbaum & Polakov (RE: related document(s)13 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Eagan Avenatti LLP v Stoll, Nussbaum & Polakov, et al., Docket No: 30-2001-00483570 consolidated with 30-2013-00627604, Californi). (Naylor, Karen) (Entered: 12/07/2020) |
| 12/10/2020 | 251 (9 pgs) | Stipulation By Richard A Marshack (TR) and *Iron Mountain for Order to Turn Over Debtor's Books and Record and to Allow PostPetition Administrative Expense Claim for Storage and Moving Fees with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/10/2020) |
| 12/10/2020 | 252 (2 pgs) | Order Approving Stipulation For Order To Turn Over Debtor's Books And Records And To Allow Postpetition Administrative Expense Claim For Storage And Moving Fees. IT IS ORDERED: That The Stipulation Is Approved In Full; And IT IS FURTHER ORDERED THAT: Upon Timely And Full Turnover Of The Books/Records Iron Mountain Shall Be Allowed An Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(1) In The Amount Of $17,879.49, And The Trustee Is Authorized To Pay Such Expense As Soon As Sufficient Funds Are Available. (BNC-PDF) (Related Doc # 251 ) Signed on 12/10/2020 (Bolte, Nickie) (Entered: 12/10/2020) |
| 12/12/2020 | 253 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)252 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 12/12/2020. (Admin.) (Entered: 12/12/2020) |
| 12/16/2020 | 254 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 6, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS |

EXHIBIT "2"
PAGE 56

| | | |
|---|---|---|
| | | REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 12/18/2020) |
| 12/16/2020 | 255 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 6, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 12/18/2020) |
| 12/17/2020 | 256 | Hearing Held On Motion (RE: related document(s)13 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM - RE: Case Name: Eagan Avenatti LLP v. Stoll, Nussbaum & Polakov, et al. - Docket No: 30-2011-00483570 Consolidated With 30-2013-00627604 - Pending In: California Superior Court For The County Of Orange filed by Creditor Stoll, Nussbaum & Polakov) - OFF CALENDAR - NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY FILED 12-7-2020 - (DOCKET NO. 250) (Bolte, Nickie) (Entered: 12/18/2020) |
| 12/22/2020 | 257 (19 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)249 Application to Employ Bicher & Associates as Agent for Trustee *Declaration of Lori J. Ensley; with Proof of Service*). (Marshack (TR), Richard) (Entered: 12/22/2020) |
| 12/22/2020 | 258 (2 pgs) | Order Granting Application to Employ Bicher & Associates as a Paraprofessional (BNC-PDF) (Related Doc # 249) Signed on 12/22/2020. (Mccall, Audrey) (Entered: 12/22/2020) |
| 12/23/2020 | 259 (12 pgs) | Status report *Chapter 7 Trustee's Further Status Report re Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 255 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 12/23/2020) |
| 12/24/2020 | 260 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)258 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 12/24/2020. (Admin.) (Entered: 12/24/2020) |
| 01/06/2021 | 261 (18 pgs) | Status report *Further Status Report with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Hays, D) (Entered: 01/06/2021) |
| 01/06/2021 | 262 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO JANUARY 20, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT IS DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/12/2021) |
| 01/06/2021 | 263 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED |

EXHIBIT "2"

PAGE 57

| | | |
|---|---|---|
| | | TO JANUARY 20, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/12/2021) |
| 01/20/2021 | 264 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO FEBRUARY 18, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2021) |
| 01/20/2021 | 265 | Hearing Continued On Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO FEBRUARY 18, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2021) |
| 02/04/2021 | 266 (7 pgs) | Status report *Chapter 7 Trustee's Further Status Report re: Efforts to Locate and Turn Over Former Client Files, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 265 Hearing (Bk Motion) Continued). (Hays, D) (Entered: 02/04/2021) |
| 02/15/2021 | 267 (83 pgs) | Transcript regarding Hearing Held 01/20/21 RE: SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS. Remote electronic access to the transcript is restricted until 05/17/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 2/22/2021. Redaction Request Due By 03/8/2021. Redacted Transcript Submission Due By 03/18/2021. Transcript access will be restricted through 05/17/2021. (Steinhauer, Holly) (Entered: 02/15/2021) |
| 02/18/2021 | 271 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO APRIL 28, 2021 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/01/2021) |
| 02/18/2021 | 272 | Hearing Continued ON Motion (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON MOTION CONTINUED TO APRIL 28, 2021 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/01/2021) |

**EXHIBIT "2"**

**PAGE 58**

| | | |
|---|---|---|
| 02/20/2021 | [268](#)<br>(4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 02/20/2021) |
| 02/24/2021 | [269](#)<br>(88 pgs) | Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 02/24/2021) |
| 02/24/2021 | [270](#)<br>(13 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[269](#) Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 02/24/2021) |
| 03/17/2021 | [273](#)<br>(107 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[269](#) Motion to Approve Compromise Under Rule 9019 *Between Estate and Dillanos Coffee Roasters, Inc.; Declaration of Richard A. Marshack in support; with Proof of Service*). (Wood, David) (Entered: 03/17/2021) |
| 03/18/2021 | [274](#)<br>(2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Dillanos Coffee Roasters, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Releases Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [269](#)) Signed on 3/18/2021. (Bolte, Nickie) (Entered: 03/18/2021) |
| 03/20/2021 | [275](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[274](#) Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 03/20/2021. (Admin.) (Entered: 03/20/2021) |
| 03/23/2021 | [276](#)<br>(66 pgs) | Transcript regarding Hearing Held 02/17/21 RE: RULE 16 PRE-TRIAL CONFERENCE. Remote electronic access to the transcript is restricted until 06/21/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 3/30/2021. Redaction Request Due By 04/13/2021. Redacted Transcript Submission Due By 04/23/2021. Transcript access will be restricted through 06/21/2021. (Steinhauer, Holly) (Entered: 03/23/2021) |
| 04/12/2021 | [277](#)<br>(10 pgs) | Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 04/12/2021) |
| 04/12/2021 | [278](#)<br>(12 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[277](#) Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) |

**EXHIBIT "2"**

**PAGE 59**

| | | |
|---|---|---|
| | | (Marshack (TR), Richard)). (Marshack (TR), Richard (Entered: 04/12/2021) |
| 04/14/2021 | 279<br>(6 pgs) | Status report *Chapter 7 Trustee's Further Status Report re: Efforts to Locate and Turn Over Former Client Files with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 272 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 04/14/2021) |
| 04/21/2021 | 280<br>(77 pgs) | Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 04/21/2021) |
| 04/21/2021 | 281<br>(15 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)280 Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 04/21/2021) |
| 04/28/2021 | 285 | Hearing Continued On Motion (RE: related document(s)212 Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO JULY 14, 2021 AT 11:00 A.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/07/2021) |
| 04/28/2021 | 286 | Hearing Continued (RE: related document(s)219 Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO JULY 14, 2021 AT 11:00 A.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/07/2021) |
| 04/30/2021 | 282<br>(28 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)277 Application to Employ Hahn Fife & Company LLP as Accountant for Trustee *; Declaration of Donald T. Fife in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 04/30/2021) |
| 04/30/2021 | 283<br>(1 pg) | Order Granting Application By Chapter 7 Trustee To Employ Hahn Fife & Company, LLC As Accountant Effective March 25, 2021. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 277) Signed on 4/30/2021. (Bolte, Nickie) (Entered: 04/30/2021) |
| 05/02/2021 | 284<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)283 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 05/02/2021. (Admin.) (Entered: 05/02/2021) |
| 06/01/2021 | 287<br>(51 pgs) | Transcript regarding Hearing Held 05/05/21 RE: MOTION TO DISMISS. Remote electronic access to the transcript is restricted until 08/30/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction |

| | | |
|---|---|---|
| | | Deadline Due By 6/8/2021. Redaction Request Due By 06/22/2021. Redacted Transcript Submission Due By 07/2/2021. Transcript access will be restricted through 08/30/2021. (Steinhauer, Holly) (Entered: 06/01/2021) |
| 06/04/2021 | 288 (98 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)280 Motion to Approve Compromise Under Rule 9019 *between Trustee and Alki Bakery, Inc. with Proof of Service*). (Wood, David) (Entered: 06/04/2021) |
| 06/07/2021 | 289 (71 pgs) | Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 06/07/2021) |
| 06/07/2021 | 290 (13 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)289 Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 06/07/2021) |
| 06/08/2021 | 291 (2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Alki Bakery, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Releases Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 280) Signed on 6/8/2021. (Bolte, Nickie) (Entered: 06/08/2021) |
| 06/08/2021 | 292 (14 pgs) | Declaration re: *Supplemental Declaration of Richard L. Kellner Re:Application to Employ Kellner Law Group PC as Special Collections Counsel* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)91 Application to Employ Kellner Law Group PC as Special Collections Counsel *with Proof of Service*). (Hays, D) (Entered: 06/08/2021) |
| 06/10/2021 | 293 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)291 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 06/10/2021. (Admin.) (Entered: 06/10/2021) |
| 06/25/2021 | 294 (90 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)289 Motion to Approve Compromise Under Rule 9019 *between Estate and Vincent Builders, Inc.; with Proof of Service*). (Wood, David) (Entered: 06/25/2021) |
| 06/25/2021 | 295 (2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Vincent Builders, Inc. IT IS ORDERED: The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Release Of Claims Specified In The Agreement. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 289) Signed on 6/25/2021. (Bolte, Nickie) (Entered: 06/25/2021) |
| 06/27/2021 | 296 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)295 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 06/27/2021. (Admin.) (Entered: 06/27/2021) |

**EXHIBIT "2"**

**PAGE 61**

| | | |
|---|---|---|
| 07/06/2021 | [297](#) (6 pgs) | Stipulation By Richard A Marshack (TR) and *Dr. Hrayr Shahinian to continue status conference and hearing on pending motions filed by Dr. Hrayr Shahinian with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Mang, Tinho) (Entered: 07/06/2021) |
| 07/07/2021 | [298](#) (25 pgs) | Transcript regarding Hearing Held 06/16/21 RE: CONTD RULE 16 STATUS CONFERENCE HEARING RE: SECOND AMENDED COMPLAINT FOR: (1) DECLARATORY JUDGMENT; (2) QUANTUM MERUIT; (3) VIOLATION OF THE AUTOMATIC STAY, AND OTHER COURT ORDERS; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF FRAUDULENT TRANSFER. Remote electronic access to the transcript is restricted until 10/5/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 7/14/2021. Redaction Request Due By 07/28/2021. Redacted Transcript Submission Due By 08/9/2021. Transcript access will be restricted through 10/5/2021. (Steinhauer, Holly) (Entered: 07/07/2021) |
| 07/07/2021 | [299](#) (2 pgs) | Order Approving Stipulation To Continue Status Conference And Hearing On Pending Motions Filed By Dr. Hrayr Shahinian. IT IS ORDERED: The Hearing And Status Conference On The Motions Currently Set For July 14, 2021 Shall Be Continued For A further 60 Days To September 15, 2021 At 11:00 A.M. In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701. Movant Shall Arrange To Pick Up The Files In The Trustee's Possession No Later Than July 16, 2021 To Avoid Further Storage Costs To The Estate. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [297](#) ) Signed on 7/7/2021 (Bolte, Nickie) (Entered: 07/07/2021) |
| 07/08/2021 | [300](#) (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, Jack) (Entered: 07/08/2021) |
| 07/09/2021 | [301](#) (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[299](#) ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 07/09/2021. (Admin.) (Entered: 07/09/2021) |
| 07/12/2021 | [302](#) (3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, John) (Entered: 07/12/2021) |
| 07/14/2021 | 303 | Hearing Continued On Motion (RE: related document(s)[212](#) Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - HEARING ON MOTION CONTINUED TO SEPTEMBER 15, 2021 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTIONS FILED BY DR. HRAYR SHAHINIAN ENTERED 7-7-2021 - (DOCKET NO.[299](#) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 07/15/2021) |
| 07/14/2021 | 304 | Hearing Continued On Motion (RE: related document(s)[219](#) Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) HEARING ON THE MOTION CONTINUED TO SEPTEMBER 15, 2021 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTIONS FILED BY DR. HRAYR SHAHINIAN ENTERED 7-7-2021 - |

**EXHIBIT "2"**

**PAGE 62**

| | | |
|---|---|---|
| | | (DOCKET NO. 299. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 07/15/2021) |
| 08/05/2021 | 305 (48 pgs) | Transcript regarding Hearing Held 07/29/21 RE: HEARING RE: MOTION FOR ORDER COMPELLING TRUSTEE TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 HEARING RE: MOTION FOR ORDER COMPELLING JAMS TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37. Remote electronic access to the transcript is restricted until 11/3/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 8/12/2021. Redaction Request Due By 08/26/2021. Redacted Transcript Submission Due By 09/7/2021. Transcript access will be restricted through 11/3/2021. (Steinhauer, Holly) (Entered: 08/05/2021) |
| 08/12/2021 | 306 (10 pgs) | Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard). (Entered: 08/12/2021) |
| 08/31/2021 | 307 (15 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)306 Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee *with Proof of Service*). (Marshack (TR), Richard). (Entered: 08/31/2021) |
| 09/01/2021 | 308 (1 pg) | Order Granting Trustee's Motion For Approval Of Cash Disbursements [LBR 2016-2]. IT IS ORDERED: The Trustee Is Authorized To Disburse Funds From The Estate For The Expenses Set Forth In Exhibit B To The Motion. (BNC-PDF) (Related Doc # 306 ) Signed on 9/1/2021 (Bolte, Nickie) (Entered: 09/01/2021) |
| 09/03/2021 | 309 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)308 Order on Motion For Approval of Cash Disbursements by the Trustee Under LBR 2016-2 (BNC-PDF)) No. of Notices: 1. Notice Date 09/03/2021. (Admin.) (Entered: 09/03/2021) |
| 09/08/2021 | 310 (30 pgs) | Adversary case 8:21-ap-01080. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti LLP against Keurig Dr. Pepper, Inc., f/k/a Green Mountain Coffee Roasters, Inc., a Delaware Corporation. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfer* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 311 (26 pgs) | Adversary case 8:21-ap-01081. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against Michael Q. Eagan, The Law Offices of Michael Q. Eagan. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 312 | Adversary case 8:21-ap-01082. Complaint by Richard A. Marshack, Chapter 7 |

**EXHIBIT "2"**

**PAGE 63**

| | | |
|---|---|---|
| | (23 pgs) | Trustee for Eagan Avenatti, LLP against Osborn Machler, PLLC, A Washington professional limited liability company. ($350.00 Fee Charge To Estate). *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)) (Reitman, John) (Entered: 09/08/2021) |
| 09/08/2021 | 313 (7 pgs) | Status report *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 304 Hearing (Bk Motion) Continued). (Mang, Tinho) - Warning: See docket entry no.: 314 for corrections - Modified on 9/9/2021 (Bolte, Nickie). (Entered: 09/08/2021) |
| 09/09/2021 | 314 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF HEARING WITH THE CORRECT HEARING INFORMATION.** (RE: related document(s)313 Status report filed by Trustee Richard A Marshack (TR)) (Bolte, Nickie) (Entered: 09/09/2021) |
| 09/09/2021 | 315 (75 pgs) | Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) - Warning: See docket entry no.: 318 for corrections - Modified on 9/10/2021 (Bolte, Nickie). (Entered: 09/09/2021) |
| 09/09/2021 | 316 (18 pgs) | Notice *of Motion to Approve Compromise, with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)315 Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 09/09/2021) |
| 09/09/2021 | 317 (7 pgs) | Status report *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 304 Hearing (Bk Motion) Continued). (Mang, Tinho) (Entered: 09/09/2021) |
| 09/10/2021 | 318 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable/too small PDF was attached to the docket entry. PDF THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)315 Motion to approve compromise filed by Trustee Richard A Marshack (TR)) (Bolte, Nickie) (Entered: 09/10/2021) |
| 09/10/2021 | 319 (75 pgs) | Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service (Related to: 315 Motion to approve compromise; 316 Notice of motion; and 318 Notice to filer of error)* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 09/10/2021) |
| 09/11/2021 | 320 (13 pgs) | Motion to Extend Time *Chapter 7 Trustee's Notice of Motion and Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support* Filed by Trustee Richard A Marshack (TR) (Reitman, John) (Entered: 09/11/2021) |
| 09/11/2021 | 321 (13 pgs) | Notice of motion/application *Chapter 7 Trustee's Notice of Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)320 Motion to Extend Time |

| | | |
|---|---|---|
| | | *Chapter 7 Trustee's Notice of Motion and Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support* Filed by Trustee Richard A Marshack (TR)). (Reitman, John) (Entered: 09/11/2021) |
| 09/14/2021 | [322](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richards, Ronald. (Richards, Ronald) (Entered: 09/14/2021) |
| 09/14/2021 | [323](#) (6 pgs) | Stipulation By Richard A Marshack (TR) and *Dr. Hrayr Shahinian for Voluntary Dismissal of Pending Motions Filed by Dr. Hrayr Shahinian with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Mang, Tinho) (Entered: 09/14/2021) |
| 09/15/2021 | [324](#) (2 pgs) | Order Approving Stipulation For Voluntary Dismissal Of Pending Motions Filed By Dr. Hrayr Shahinian. IT IS ORDERED: The Motions Filed As Docket Nos. [212](#) , [213](#) , And [219](#) Are Dismissed Without Prejudice. No Party Shall Be Deemed The Prevailing Party And All Parties Shall Bear Their Own Costs And Fees. To The Extent That Any Documents Are Inadvertently Produced To Movant Which Are Not Movant's Client Files, Such Files Shall Immediately Be Returned To The Trustee In Order To Preserve The Attorney-Client Privilege And Confidentiality Of Such Documents. (BNC-PDF) (Related Doc # [323](#) ) Signed on 9/15/2021 (Bolte, Nickie) (Entered: 09/15/2021) |
| 09/15/2021 | 326 | Hearing Held On Motion (RE: related document(s)[219](#) Intervenor Hrayr Shahinian's Motion To Compel Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - OFF CALENDAR - STIPULATION DISMISSING THE MOTION APPROVED - (Bolte, Nickie) (Entered: 09/22/2021) |
| 09/15/2021 | 327 | Hearing Held On Motion (RE: related document(s)[212](#) Dr. Hrayr Shahinian's Motion To Intervene For The Limited Purpose Of Compelling Production Of His Client File In Case No. 2:14-cv-08313-JAK-JPR filed by Intervenor Hrayr Shahinian) - OFF CALENDAR - STIPULATION DISMISSING THE MOTION APPROVED - (Bolte, Nickie) (Entered: 09/22/2021) |
| 09/17/2021 | [325](#) (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[324](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 09/17/2021. (Admin.) (Entered: 09/17/2021) |
| 10/01/2021 | [328](#) (38 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[320](#) Motion to Extend Time *Chapter 7 Trustee's Notice of Motion and Motion for Order Extending Time to File Avoidance Actions Under 11 U.S.C. § 546; Memorandum of Points and Authorities; Declaration of John P. Reitman in Support*). (Reitman, John) (Entered: 10/01/2021) |
| 10/01/2021 | [329](#) (2 pgs) | Order Granting Chapter 7 Trustee's Motion For Order Extending Time To File Avoidance Actions Under 11 U.S.C. Section 546. IT IS ORDERED: The Motion Shall Be And Hereby Is GRANTED. Time To File Avoidance Actions Pursuant To 11 U.S.C. Section 546 Is Extended For A Period Of Six Months, To And Including Monday, March 14, 2022 (Without Prejudice To The Trustee Seeking A Further Extension For Cause). (BNC-PDF) (Related Doc # [320](#) ) Signed on 10/1/2021 (Bolte, Nickie) (Entered: 10/01/2021) |
| 10/03/2021 | [330](#) (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[329](#) Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/03/2021. (Admin.) (Entered: 10/03/2021) |

**EXHIBIT "2"**

**PAGE 65**

| | | |
|---|---|---|
| 10/06/2021 | [331](#)<br>(99 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[319](#) Motion to approve compromise *Between Trustee and Silver Star Sound & Communications, Inc.; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support, with Proof of Service (Related to: [315](#) Motion to approve compromise; [31]. (Wood, David) (Entered: 10/06/2021)* |
| 10/07/2021 | [332](#)<br>(2 pgs) | Order Granting Motion To Approve Compromise Between Trustee And Silver Star Sound & Communications, Inc. IT IS ORDERED: The Motion Is Granted. The Agreement Attached As Exhibit "1" To The Motion Is Approved. The Trustee Is Authorized To Provide The Release Of Claims Specified In The Agreement. The Trustee Is Authorized Upon Receipt Of The Settlement Payment, To Pay Compensation To Special Counsel A Contingency Fee Of $10,095.00, 30% Of The Action's Net Recovery, If And When All Of The Settlement Proceeds Are Received (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [319](#) ) Signed on 10/7/2021 (Bolte, Nickie) (Entered: 10/07/2021) |
| 10/09/2021 | [333](#)<br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[332](#) Order on Motion to Approve Compromise (BNC-PDF)) No. of Notices: 1. Notice Date 10/09/2021. (Admin.) (Entered: 10/09/2021) |
| 11/05/2021 | [334](#)<br>(5 pgs) | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm*. (Ramlo, Kurt) (Entered: 11/05/2021) |
| 12/21/2021 | [335](#)<br>(55 pgs) | Motion *by Chapter 7 Trustee to Approve Amendment to Subordination Agreement re: Judgment Lien Held by Jason Frank Law and Terms of Employment of Richard L. Kellner as Special Litigation Counsel with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 12/21/2021) |
| 12/21/2021 | [336](#)<br>(19 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)[335](#) Motion *by Chapter 7 Trustee to Approve Amendment to Subordination Agreement re: Judgment Lien Held by Jason Frank Law and Terms of Employment of Richard L. Kellner as Special Litigation Counsel with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 12/21/2021) |
| 01/10/2022 | [337](#)<br>(9 pgs) | Emergency motion *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 01/10/2022) |
| 01/10/2022 | [338](#)<br>(7 pgs) | Application shortening time *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 01/10/2022) |
| 01/11/2022 | [339](#)<br>(4 pgs) | Order Granting Application And Setting Hearing On Shortened Notice. The Hearing On The Notice of Emergency Motion and Emergency Motion for Entry of Order Pursuant to 11 U.S.C. Section 107(B), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 will take place on January 12, 2022 at 11:00 A.M. In Courtroom 5C - Virtual (Accessibility Information Located In The Courts Tentative Rulings) located at 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) Signed on 1/11/2022 (RE: related document(s)[338](#) Application shortening time filed by Trustee Richard A Marshack (TR)). (Bolte, Nickie) (Entered: 01/11/2022) |
| 01/11/2022 | 340 | Hearing Set (RE: related document(s)[337](#) Emergency Motion for Entry of Order Pursuant to 11 U.S.C. Section 107(B), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(C) of the Local Bankruptcy Rules |

**EXHIBIT "2"**

**PAGE 66**

| | | Authorizing Trustee to File Under Seal a Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 1/12/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/11/2022) |
|---|---|---|
| 01/11/2022 | 341 (10 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)337 Emergency motion *with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Mang, Tinho) (Entered: 01/11/2022) |
| 01/11/2022 | 342 (10 pgs) | Declaration re: *notice of hearing re: emergency motion with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)337 Emergency motion *with Proof of Service*, 338 Application shortening time *with Proof of Service*). (Mang, Tinho) (Entered: 01/11/2022) |
| 01/12/2022 | 347 | Hearing Held On Motion (RE: related document(s)337 Emergency Motion For Entry Of Order Pursuant To 11 U.S.C. Section 107(B), Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Rule 5003-2(C) Of The Local Bankruptcy Rules Authorizing Trustee To File Under Seal A Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 filed by Trustee Richard A Marshack (TR)) - MOTION DENIED WITHOUT PREJUDICE - (Bolte, Nickie) (Entered: 01/20/2022) |
| 01/13/2022 | 343 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)339 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 01/13/2022. (Admin.) (Entered: 01/13/2022) |
| 01/18/2022 | 344 (4 pgs) | Order To Show Cause Why Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 (Docket 51 ) Should Not Be Unsealed. IT IS ORDERED: This Court Hereby Issues This Order To Appear On March 2, 2022, At 11:00 A.M. In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701, And Show Cause Why The Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 [Docket 51 ) Should Not Be Unsealed At This Time, Either Through The Process Of This Court's Reconsideration Of The Previous Motion To Seal (Docket 49 ) And The Order Thereon (Docket 50 ), Or Alternatively, Due To The Lack Of Necessity For The Motion To Remain Sealed At This Time. The Court Is Authorized To, And Accordingly Does, Issue This Order To Show Cause Pursuant To 11 U.S.C. Sections 107(a), 107(c), 105, And The Inherent Powers Of This Court. Any Response To This Order Shall Be Filed By Not Later Than 14 Days Prior To The March 2 Hearing. (SEE ORDER FOR FURTHER RULING) (Notice Of Entered Order And Service List Attached) (BNC-PDF) (Related Doc # 51 ) Signed on 1/18/2022 (Bolte, Nickie) (Entered: 01/18/2022) |
| 01/18/2022 | 345 | Hearing Set On Order To Show Cause (RE: related document 344 Order To Show Cause Why Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 (Docket 51) Should Not Be Unsealed) Show Cause hearing to be held on 3/2/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/18/2022) |
| 01/19/2022 | 346 (83 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)335 Motion *by Chapter 7 Trustee to Approve Amendment to Subordination Agreement re: Judgment Lien Held by Jason Frank Law and Terms of Employment of Richard L. Kellner as Special Litigation Counsel with Proof of Service*). (Mang, Tinho) (Entered: 01/19/2022) |

**EXHIBIT "2"**

**PAGE 67**

| | | |
|---|---|---|
| 01/20/2022 | 348 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)344 Order to Show Cause (BNC-PDF)) No. of Notices: 1. Notice Date 01/20/2022. (Admin.) (Entered: 01/20/2022) |
| 01/21/2022 | 349 (2 pgs) | Order Granting Motion to Approve Amendment to Subordination Agreement RE: Judgment Lien held by Jason Frank Law and terms of employment of Richard L. Kellner as Special Litigation Counsel (See Order for Further Rulings) (BNC-PDF) (Related Doc # 335 ) Signed on 1/21/2022 (Mccall, Audrey) (Entered: 01/21/2022) |
| 01/21/2022 | 350 (8 pgs) | Notice of lodgment *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)337 Emergency motion *with Proof of Service*). (Hays, D) (Entered: 01/21/2022) |
| 01/21/2022 | 351 (2 pgs) | Order Denying Emergency Motion for Entry of Order pursuant to 11 U.S.C. Section 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 5003-2(c) of the Local Bankruptcy Rules authorizing the Trustee to file Under Seal a Motion for Order Authorizing the Trustee to use property of the estate pursuant to 11 U.S.C. Section 363 (Related Doc # 337 ) Signed on 1/21/2022 (Mccall, Audrey) (Entered: 01/21/2022) |
| 01/23/2022 | 352 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)349 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |
| 01/24/2022 | 353 (73 pgs) | Emergency motion *Chapter 7 Trustee's Emergency Motion for Order: Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 01/24/2022) |
| 01/24/2022 | 354 (7 pgs) | Application shortening time *re: Chapter 7 Trustee's Emergency Motion for Order Authorizing Trustee to Use Property of Estate with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 01/24/2022) |
| 01/25/2022 | 355 (11 pgs) | Errata *Notice of Errata re: Exhibits Sheets with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)353 Emergency motion *Chapter 7 Trustee's Emergency Motion for Order: Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 with Proof of Service*). (Hays, D) (Entered: 01/25/2022) |
| 01/25/2022 | 356 (4 pgs) | Order Granting Application And Setting Hearing On Shortened Notice. The Hearing On The Chapter 7 Trustee's Emergency Motion For Order: Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 " will take place on January 26, 2022 at 11:00 A.M. In Courtroom 5C - Virtual (Accessibility Information Will Be Posted Into The Courts Tentative Ruling Prior To The Hearing) located at 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 354) Signed on 1/25/2022 (Bolte, Nickie) (Entered: 01/25/2022) |
| 01/25/2022 | 357 | Hearing Set (RE: related document(s)353 Chapter 7 Trustee's Emergency Motion For Order: Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 1/26/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2022) |

**EXHIBIT "2"**

**PAGE 68**

| 01/25/2022 | 358 (10 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)353 Emergency motion *Chapter 7 Trustee's Emergency Motion for Order: Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 01/25/2022) |
|---|---|---|
| 01/25/2022 | 359 (8 pgs) | Declaration re: *Cynthia Bastida with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)353 Emergency motion *Chapter 7 Trustee's Emergency Motion for Order: Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 with Proof of Service*, 354 Application shortening time *re: Chapter 7 Trustee's Emergency Motion for Order Authorizing Trustee to Use Property of Estate with Proof of Service*, 355 Errata, 356 ORDER shortening time (BNC-PDF), 358 Notice of Hearing (BK Case)). (Hays, D) (Entered: 01/25/2022) |
| 01/26/2022 | 360 | Hearing Held On Motion (RE: related document(s)353 Chapter 7 Trustee's Emergency Motion For Order: Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 filed by Trustee Richard A Marshack (TR) - MOTION DENIED WITH PREJUDICE (Bolte, Nickie) (Entered: 01/26/2022) |
| 01/27/2022 | 361 (1 pg) | Transcript Order Form , regarding Hearing Date 01/26/22 Filed by Marisela Barberena . (Law, Tamika) (Entered: 01/27/2022) |
| 01/27/2022 | 362 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS. For Order Number: 22-SC-02. RE Hearing Date: 01/26/22, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting, Telephone number 310-410-4151.] (RE: related document(s)361 Transcript Order Form (Public Request)) (Law, Tamika) (Entered: 01/27/2022) |
| 01/27/2022 | 363 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)356 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 01/27/2022. (Admin.) (Entered: 01/27/2022) |
| 01/27/2022 | | Receipt of Tape Duplication Fee - $32.00 by 12. Receipt Number 80075892. (admin) (Entered: 01/27/2022) |
| 02/09/2022 | 364 (10 pgs) | Notice *of Hearing re: Order to Show Cause Why Trustee's Motion for Order Authorizing Trustee to Use Property of the Estate Pursuant to 11 U.S.C. Section 363 51 should not be unsealed with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)51 UNDER SEALED DOCUMENTS - Chapter 7 Trustee's Motion for Order: Authorizing Trustee to use property of the estate pursuant to 11 U.S.C. §363 Memorandum of Points and Authorities; Declarations of Richard A. Marshack and Matthew D. Murphey in Support. [Hearing to be set]. Filed by MARSHACK HAYS LLP and BURKE, WILLIAMS & SORENSEN, LLP, [Proposed] Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee. (Filed under seal pursuant to Order #50, entered on 12/12/2019).). (Hays, D) (Entered: 02/09/2022) |
| 02/16/2022 | 365 | Transcript regarding Hearing Held 01/26/22 RE: HEARING RE: CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR ORDER: AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 363. Remote electronic access to the transcript is restricted until 05/17/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 2/23/2022. |

**EXHIBIT "2"**

**PAGE 69**

|  |  |  |
|---|---|---|
|  |  | Redaction Request Due By 03/9/2022. Redacted Transcript Submission Due By 03/21/2022. Transcript access will be restricted through 05/17/2022. (Steinhauer, Holly) (Entered: 02/16/2022) |
| 02/16/2022 | 366 (4 pgs) | Non-Opposition *re: Order to Show Cause Why the Trustee's Motion for Order Authorizing Trustee to Use Property of the Estate pursuant to 11 U.S.C. section 363 [Dk. 51] should not be unsealed with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Hays, D) (Entered: 02/16/2022) |
| 02/23/2022 | 367 (2 pgs) | Order Unsealing Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 (Docket No. 51 ) And Vacating Hearing. IT IS ORDERED: The Motion (Docket 51 ) Is UNSEALED. The Hearing scheduled For March 2, 2022, At 11:00 A.M. Is Hereby VACATED. (Related Doc # 344 ) Signed on 2/23/2022 (Bolte, Nickie) (Entered: 02/23/2022) |
| 02/24/2022 | 368 (4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Wood, David) (Entered: 02/24/2022) |
| 03/02/2022 | 369 | Hearing Held On Order To Show Cause (RE: related document 344 Order To Appear And Show Cause Why The Trustee's Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 (Docket 51) Should Not Be Unsealed At This Time, Either Through The Process Of This Court's Reconsideration Of The Previous Motion To Seal (Docket 49) And The Order Thereon (Docket 50), Or Alternatively, Due To The Lack Of The Necessity For The Motion To Remain Sealed At This Time - OFF CALENDAR PER ORDER UNSEALING TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 363 (DOCKET 51) AND VACATING HEARINGENTERED 2-23-2022 - (DOCKET NO. 367) (Bolte, Nickie) (Entered: 03/03/2022) |
| 03/03/2022 | 370 (11 pgs) | Memorandum Decision Denying Chapter 7 Trustee's Emergency Motion For Order Authorizing Trustee To Use Property Of The Estate Pursuant To 11 U.S.C. Section 363 (Docket 353 ). IT IS ORDERED: This Court Finds Cause To DENY The Motion With Prejudice (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 353 ) Signed on 3/3/2022 (Bolte, Nickie) (Entered: 03/03/2022) |
| 03/05/2022 | 371 (16 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)370 Judicial Opinion (BNC-PDF)) No. of Notices: 1. Notice Date 03/05/2022. (Admin.) (Entered: 03/05/2022) |
| 04/08/2022 | 372 (94 pgs) | Motion to Approve Compromise Under Rule 9019 *between Trustee and Aledmi, LLC, an administratively dissolved Washington Limited Liability Company, Alan Chafee, Edwin Spaunhurst, and Michael White with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Wood, David) (Entered: 04/08/2022) |
| 04/08/2022 | 373 (21 pgs) | Notice *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)372 Motion to Approve Compromise Under Rule 9019 *between Trustee and Aledmi, LLC, an administratively dissolved Washington Limited Liability Company, Alan Chafee, Edwin Spaunhurst, and Michael White with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Wood, David) (Entered: 04/08/2022) |

**EXHIBIT "2"**

**PAGE 70**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2022 10:07:26 | | | |
| **PACER Login:** | atty272406 | **Client Code:** | 1015-131 |
| **Description:** | Docket Report | **Search Criteria:** | 8:19-bk-13560-SC Fil or Ent: filed From: 1/26/2001 To: 4/26/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

**EXHIBIT "2"**

**PAGE 71**

**EXHIBIT "3"**

1 | John P. Reitman, SBN 80579
jreitman@landaufirm.com
2 | Jack A. Reitman, SBN 283746
jareitman@landaufirm.com
3 | Landau Law LLP
1880 Century Park East, Suite 1101
4 | Los Angeles, California 90067
Tel: 310-557-0050
5 | Fax: 310-557-0056

**FILED & ENTERED**

**FEB 26 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

6 | Proposed Special Litigation Counsel
for Richard A. Marshack, Chapter 7 Trustee

7

**CHANGES MADE BY COURT**

8 |                **UNITED STATES BANKRUPTCY COURT**

9 |        **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11 | In re                                    Case No. 8:19-bk-13560-CB

12 | EAGAN AVENATTI, LLP,                      Chapter 7

13 |            Debtor                        **ORDER APPROVING CHAPTER 7
TRUSTEE'S APPLICATION TO EMPLOY
14 |                                          LANDAU GOTTFRIED & BERGER LLP
AS SPECIAL LITIGATION COUNSEL**

15

16 |                                          Hearing Date and Time:
Date:    January 21, 2020
17 |                                          Time:   10:00 a.m.
Courtroom 5D
18 |                                          Address:    411 West Fourth Street
Santa Ana, California

19

20

21 |        A hearing was held on January 21, 2020 at 10:00 a.m., before the Honorable Catherine E. Bauer,

22 | United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411

23 | West Fourth St., Santa Ana, California, on the Chapter 7 Trustee's Application to Employ Landau

24 | Gottfried & Berger LLP ("LGB") as Special Litigation Counsel filed November 6, 2019 as Docket #33.

25 | (the "Application").  Appearances were made as noted in the record.

26 |        //

27 |        //

28 |        //

**EXHIBIT "3"
PAGE 72**

1    The Court, having read and considered the Application, heard the arguments of counsel, noted the

2    opposition and with good cause shown,

3    **IT IS ORDERED:**

4    1.    The Application is approved;

5    2.    The Trustee is authorized to retain LGB on a contingency fee basis on the terms and for

6    the purpose set forth in the Application pursuant to 11 U.S.C. §§ 327(e) and 328(a).  LGB will be

7    compensated for the contingency fee work without further approval of the Court;

8    3.    The Trustee is authorized to retain LGB on an hourly fee basis on the terms and for the

9    purpose set forth in the Application pursuant to 11 U.S.C. §§ 327(e) and 328(a).  LGB will be

10    compensated for the hourly fee work only after notice for a hearing and as approved by the Court

11    pursuant to 11 U.S.C. § 330(a)(1).

12    4.    The employment of LGB is effective as of September 13, 2019.  LGB subsequently

13    changed its name to Landau Law LLP on January 14, 2020 [Docket No. 88], and going forward, LGB

14    will now be known in this case as Landau Law LLP.

15                                                    ###

16

17

18

19

20

21

22

23

24    Date: February 26, 2020

25                                                    Catherine Bauer
                                                      United States Bankruptcy Judge

26

27

28

                                                    2

**EXHIBIT "3"**

**PAGE 73**

**EXHIBIT "4"**

**DEFER**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Adversary Proceeding #: 8:20-ap-01052-SC

*Assigned to:* Scott C Clarkson                           *Date Filed:* 04/14/20
*Lead BK Case:* 19-13560
*Lead BK Title:* Eagan Avenatti, LLP
*Lead BK Chapter:* 7
*Demand:* $1813000

*Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to
                         bankruptcy)
                      13 Recovery of money/property - 548 fraudulent transfer
                      14 Recovery of money/property - other


**Plaintiff**
-----------------------
**Richard A. Marshack,** *Chapter 7 Trustee for Eagan*          represented by **Jack A. Reitman**
*Avenatti, LLP*                                                Landau Law LLP
                                                               2338 Manning Ave.
                                                               Los Angeles, CA 90064
                                                               310-557-0050
                                                               Email: jareitman@landaufirm.com

                                                               **John P. Reitman**
                                                               Landau Law LLP
                                                               2338 Manning Ave.
                                                               Los Angeles, CA 90064
                                                               310-557-0050
                                                               Fax : 310-557-0056
                                                               Email: jreitman@landaufirm.com


V.


**Defendant**
-----------------------
**Foster Garvey PC, as successor-in-interest to Foster**       represented by **Misty A Perry Isaacson**
**Pepper PLLC,** *a Washington professional corporation*       Pagter and Perry Isaacson, APLC
Foster Garvey PC                                               525 N Cabrillo Park Dr Ste 104
c/o Stephen DiJulio Esq                                        Santa Ana, CA 92701
1111 Third Ave Suite 3000                                      714-541-6072
Seattle, WA 98101                                              Fax : 714-541-6897
                                                               Email: misty@ppilawyers.com


**Trustee**
-----------------------
**Richard A Marshack (TR)**

**EXHIBIT "4"**
**PAGE 74**

4/26/22, 10:12 AM                                    CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777


*U.S. Trustee*

-----------------------
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 04/14/2020 | [1](#)<br>(32 pgs) | Adversary case 8:20-ap-01052. Complaint by Richard A. Marshack against Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC. (Charge To Estate) Fee Amount: $350.00. *Complaint for Avoidance and Recovery of Voidable Transfers* Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)) (Reitman, Jack) Modified on 4/15/2020 (Le, James). (Entered: 04/14/2020) |
| 04/15/2020 | [2](#)<br>(3 pgs) | Summons Issued on Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC Date Issued 4/15/2020, Answer Due 5/15/2020 (RE: related document(s)[1](#) Complaint filed by Plaintiff Richard A. Marshack) Status hearing to be held on 6/30/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 04/15/2020) |
| 04/16/2020 | [3](#)<br>(48 pgs) | Summons Service Executed on Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC 4/16/2020 (Reitman, Jack) (Entered: 04/16/2020) |
| 05/06/2020 | [4](#)<br>(3 pgs) | Stipulation By Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC and *Plaintiff Trustee Richard A. Marshack (with proof of service)* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Perry Isaacson, Misty) (Entered: 05/06/2020) |
| 05/07/2020 | [5](#)<br>(2 pgs) | Order approving stipulation to extend time for Defendant to respond to complaint (Deadline extended to June 15, 2020) (BNC-PDF) (Related Doc # [4](#) ) Signed on 5/7/2020 (Le, James) (Entered: 05/07/2020) |
| 05/09/2020 | [6](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[5](#) Stipulation and ORDER thereon (BNC-PDF) No. of Notices: 1. Notice Date 05/09/2020. (Admin.) (Entered: 05/09/2020) |
| 05/19/2020 | [7](#)<br>(6 pgs) | Motion to Appear pro hac vice *(by John Ray Nelson of Foster Garvey PC)* with proof of service Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Perry Isaacson, Misty) Warning: Item subsequently amended by docket entry no: 8 Modified on 5/19/2020 (Le, James). (Entered: 05/19/2020) |

**EXHIBIT "4"**

**PAGE 75**

4/26/22, 10:12 AM                    CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| Date | Doc | Description |
|---|---|---|
| 05/19/2020 | 8 | Notice to Filer of Error and/or Deficient Document **Unreadable Receipt was attached to the docket entry. THE FILER IS INSTRUCTED TO RE-FILE A READABLE PDF OF THE RECEIPT AS A SUPPLEMENTAL.** (RE: related document(s)7 Motion to Appear pro hac vice filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) (Le, James) (Entered: 05/19/2020) |
| 05/19/2020 | 9 (3 pgs) | Supplemental *Attachment to Application of Non-Resident Attorney to Appear in a Specific Case [LBR 2090-1(b)] (See Docket No. 7)* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC. (Perry Isaacson, Misty) Modified on 5/20/2020 (Le, James). (Entered: 05/19/2020) |
| 05/20/2020 | 10 (1 pg) | Order approving application of non-resident attorney to appear in a specific case (John Ray Nelson) (BNC-PDF) (Related Doc # 7 ) Signed on 5/20/2020 (Le, James) (Entered: 05/20/2020) |
| 05/22/2020 | 11 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)10 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 05/22/2020. (Admin.) (Entered: 05/22/2020) |
| 05/28/2020 | 12 (3 pgs) | Notice *Request for Special Notice* Filed by Interested Party Eisenhower Carlson PLLC. (Casselberry, Steven) (Entered: 05/28/2020) |
| 06/15/2020 | 13 (178 pgs; 21 docs) | Motion to Dismiss Adversary Proceeding *for Failure to State a Claim upon which Relief can be Granted; Declaration of John R. Nelson in Support Thereof with Exhibits and proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Attachments: # 1 Declaration # 2 Exhibit 1-7 # 3 Exhibit 8-A # 4 Exhibit 8-B # 5 Exhibit 8-C # 6 Exhibit 8-D # 7 Exhibit 8-E # 8 Exhibit 8-F # 9 Exhibit 8-G # 10 Exhibit 8-H # 11 Exhibit 8-I # 12 Exhibit 8-J # 13 Exhibit 8-K # 14 Exhibit 8-L # 15 Exhibit 8-M # 16 Exhibit 8-N # 17 Exhibit 8-O # 18 Exhibit 8-P # 19 Exhibit 8-Q # 20 Exhibit 8-R) (Perry Isaacson, Misty) (Entered: 06/15/2020) |
| 06/15/2020 | 14 | Hearing Set (RE: related document(s)13 Motion to Dismiss Adversary Proceeding filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) The Hearing date is set for 8/25/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/15/2020) |
| 06/16/2020 | 15 (5 pgs) | Status report *Joint Status Report* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Reitman, Jack) (Entered: 06/16/2020) |
| 06/30/2020 | 16 | Hearing Continued (RE: related document(s)1 Complaint filed by Plaintiff Richard A. Marshack) Status hearing to be held on 9/29/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 07/01/2020) |
| 07/14/2020 | 17 (134 pgs; 3 docs) | Motion For Summary Judgment *and Notice of Motion with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Attachments: # 1 Declaration of Jane Pearson and Exhibit A # 2 Proposed Statement of Uncontroverted Facts and Conclusions of Law) (Perry Isaacson, Misty) (Entered: 07/14/2020) |

**EXHIBIT "4"**

**PAGE 76**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| 07/14/2020 | 18 | Hearing Set (RE: related document(s)17 Motion for Summary Judgment filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) The Hearing date is set for 8/25/2020 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 07/14/2020) |
|---|---|---|
| 07/31/2020 | 19 | In accordance with the Administrative Order 20-07 dated 7/15/20, this case is hereby reassigned from Judge Catherine E. Bauer to Judge Scott C Clarkson. (Le, James) (Entered: 07/31/2020) |
| 08/04/2020 | 20 (9 pgs) | Opposition to (related document(s): 17 Motion For Summary Judgment *and Notice of Motion with proof of service* filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) *Plaintiff Trustee's Opposition to Defendant Foster Garvey PC's Motion for Partial Summary Judgment* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 08/04/2020) |
| 08/04/2020 | 21 (167 pgs) | Declaration re: *Declaration of Jack A. Reitman in Support of Plaintiff Trustee's Opposition to Defendant Foster Garvey PC's Motion for Partial Summary Judgment* Filed by Plaintiff Richard A. Marshack (RE: related document(s)20 Opposition). (Reitman, Jack) (Entered: 08/04/2020) |
| 08/04/2020 | 22 (7 pgs) | Statement *Plaintiff Trustee's Statement of Disputed Facts in Support of Opposition to Defendant's Motion for Partial Summary Judgment* Filed by Plaintiff Richard A. Marshack. (Reitman, Jack) (Entered: 08/04/2020) |
| 08/04/2020 | 23 (5 pgs) | Objection (related document(s): 20 Opposition filed by Plaintiff Richard A. Marshack) *Plaintiff Trustee's Evidentiary Objections to the Declaration of Jane Pearson in Support of Defendant's Motion for Partial Summary Judgment* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 08/04/2020) |
| 08/07/2020 | 24 (2 pgs) | Order (1) Continuing Hearings On Motion For Summary Judgment And Motion To Dismiss; And (2) Resetting Status Conference. IT IS ORDERED: The Motion For Summary Jugment Filed July 14, 2020 (Docket Number 17 ) and Set For August 25, 2020 At 1:30 P.M. Is CONTINUED To September 23, 2020 At 10:00 A.M. In Courtroom 5C-Virtual. The Status Conference Set For September 29, 2020 Is Hereby Advanced To September 23, 2020 At 10:00 A.M. In Courtroom 5C-Virtual. A Status Report Is Due 14 Days In Advance. The Motion To Dismiss filed June 15, 2020 (Docket Number 13 ) And Set For Hearing On August 25, 2020 At 1:30 Is Hereby CONTINUED To September 23, 2020 At 1:00 A.M. In Courtroom 5C-Virtual. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 18 ) Signed on 8/7/2020 (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/07/2020 | 25 (2 pgs) | Amended Order (1) Continuing Hearings On Motion For Summary Judgment And Motion To Dismiss; And (2) Resetting Status Conference. IT IS ORDERED: The Motion For Summary Jugment Filed July 14, 2020 (Docket Number 17 ) And Set For August 25, 2020 At 1:30 P.M. Is CONTINUED To September 23, 2020 At 10:00 A.M. In Courtroom 5C-Virtual. The Status Conference Set For September 29, 2020 Is Hereby Advanced To September 23, 2020 At 10:00 A.M. In Courtroom 5C-Virtual. A Status Report Is Due 14 Days In Advance. The Motion To Dismiss filed June 15, 2020 (Docket Number 13 ) And Set For Hearing On August 25, 2020 At 1:30 Is Hereby CONTINUED |

**EXHIBIT "4"**

**PAGE 77**

| | | |
|---|---|---|
| | | To September 23, 2020 At 10:00 A.M. In Courtroom 5C-Virtual. The above Hearings Will Occur Virtually, Via ZoomGov, With The Accessibility Information Posted Into The Court's Tentative Ruling By No Later Than Two Days Prior To The Continued Hearing Date. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 24 ) Signed on 8/7/2020 (Bolte, Nickie) (Entered: 08/07/2020) |
| 08/09/2020 | 26 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice Date 08/09/2020. (Admin.) (Entered: 08/09/2020) |
| 08/09/2020 | 27 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)25 Amended Order (BNC-PDF)) No. of Notices: 2. Notice Date 08/09/2020. (Admin.) (Entered: 08/09/2020) |
| 08/10/2020 | 28 (3 pgs) | Stipulation By Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC and *Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP, to Extend Deadlines for Opposition and Replies to Defendant's Motion for Partial Summary Judgment and Motion to Dismiss with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Perry Isaacson, Misty) (Entered: 08/10/2020) |
| 08/10/2020 | 29 (3 pgs) | Stipulation By Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC and *with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Perry Isaacson, Misty) (Entered: 08/10/2020) |
| 08/10/2020 | 30 (2 pgs) | Order Approving Stipulation Request To Extend Deadlines For Opposition And Replies To Defendant's Motion For Partial Summary Judgment And Motion To Dismiss. IT IS ORDERED: The Deadline For Defendant's Reply To The Plaintiff's Oposition To Its Motion For Partial Summary Judgment Is Extended From August 11, 2020 To August 18, 2020. The Deadline For Plaintiff's Opposition To The Defendant's Motion To Dismiss Complaint Is Extended From August 11, 2020 To August 18, 2020. The Deadline For Defendant's Reply To The Plaintiff's Opposition To Its Motion To Dismiss Complaint Is Extended From August 18, 2020 To August 25, 2020. (BNC-PDF) (Related Doc # 29 ) Signed on 8/10/2020 (Bolte, Nickie) (Entered: 08/10/2020) |
| 08/13/2020 | 31 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)30 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 08/13/2020. (Admin.) (Entered: 08/13/2020) |
| 08/18/2020 | 32 (24 pgs) | Opposition to (related document(s): 13 Motion to Dismiss Adversary Proceeding *for Failure to STate a Claim upon which Relief can be Granted; Declaration of John R. Nelson in Support Thereof with Exhibits and proof of service* filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) *Plaintiff Trustee's Opposition to Defendant's Motion to Dismiss* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 08/18/2020) |
| 08/18/2020 | 33 (62 pgs; 2 docs) | Reply to (related document(s): 20 Opposition filed by Plaintiff Richard A. Marshack) *in Support of Motion for Summary Judgment Against Plaintiff's Third Cause of Action with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper |

**EXHIBIT "4"**

**PAGE 78**

| | | |
|---|---|---|
| | | PLLC (Attachments: # 1 Unpublished Decisions) (Perry Isaacson, Misty) (Entered: 08/18/2020) |
| 08/25/2020 | 34 (76 pgs; 2 docs) | Reply to (related document(s): 13 Motion to Dismiss Adversary Proceeding *for Failure to STate a Claim upon which Relief can be Granted; Declaration of John R. Nelson in Support Thereof with Exhibits and proof of service* filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) *In Support of Motion to Dismiss Plaintiff's First, Second and Fourth Claims for Relief with proof of service* filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Attachments: # 1 Unpublished Decisions) (Perry Isaacson, Misty) (Entered: 08/25/2020) |
| 09/09/2020 | 35 (5 pgs) | Status report *Joint Status Report* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Reitman, Jack) (Entered: 09/09/2020) |
| 09/23/2020 | 36 (1 pg) | Transcript Order Form, regarding Hearing Date 09/23/20 Filed by Plaintiff Richard A. Marshack (RE: related document(s)17 Motion For Summary Judgment *and Notice of Motion with proof of service*). (Reitman, Jack) (Entered: 09/23/2020) |
| 09/23/2020 | 41 | Hearing Held (RE: related document(s)13 Motion Of Foster Garvey PC To Dismiss Complaint For Failure To State A Claim Upon Which Relief Can Be Granted filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) - MOTION DENIED (Bolte, Nickie) (Entered: 09/25/2020) |
| 09/23/2020 | 42 | Hearing Continued (RE: related document(s)17 : Motion Of Foster Garvey PC For Summary Judgment Against Plaintiff's Third Cause Of Action filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC). - HEARING ON MOTION CONTINUED TO OCTOBER 21, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. SUPPLEMENTAL PLEADINGS DUE SEPTEMBER 30, 2020. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/25/2020) |
| 09/23/2020 | 43 | Hearing Continued On Status Conference (RE: related document(s)1 Complaint For Avoidance And Recovery Of Voidable Transfers filed by Plaintiff Richard A. Marshack) DISCOVERY CUTOFF: JANUARY 29, 2021; LAST DAY TO FILE PRE-TRIAL MOTION: MARCH 15, 2021. PRE-TRIAL CONFERENCE SET FOR APRIL 28, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/25/2020) |
| 09/24/2020 | 37 (5 pgs) | Notice of lodgment *Notice of Lodgment of Order in Adversary Proceeding re Notice of Motion and Motion of Foster Garvey PC to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted* Filed by Plaintiff Richard A. Marshack (RE: related document(s)13 Motion to Dismiss Adversary Proceeding *for Failure to STate a Claim upon which Relief can be granted; Declaration of John R. Nelson in Support Thereof with Exhibits and proof of service*). (Reitman, Jack) (Entered: 09/24/2020) |
| 09/24/2020 | 38 (31 pgs) | Declaration re: *of Cassandra Sampson in Support of Motion of Foster Garvey PC for Summary Judgment against Plaintiff's Third cause of* |

**EXHIBIT "4"**

**PAGE 79**

| | | |
|---|---|---|
| | | *Action with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (RE: related document(s)17 Motion For Summary Judgment *and Notice of Motion with proof of service*). (Perry Isaacson, Misty) (Entered: 09/24/2020) |
| 09/24/2020 | 39 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 20-SC-11. RE Hearing Date: 09/23/20, [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc, Telephone number (858) 453-7590.] (RE: related document(s)36 Transcript Order Form (Public Request) filed by Plaintiff Richard A. Marshack) (Daniels, Sally) (Entered: 09/24/2020) |
| 09/24/2020 | 40 (4 pgs) | Declaration re: *of Jane Pearson in Support of Motion for Partial Summary Judgment against Plaintiff's Third Cause of Action with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (RE: related document(s)17 Motion For Summary Judgment *and Notice of Motion with proof of service*). (Perry Isaacson, Misty) (Entered: 09/24/2020) |
| 09/29/2020 | 44 (3 pgs) | Notice *Notice of Scheduling Order* Filed by Plaintiff Richard A. Marshack. (Reitman, Jack) (Entered: 09/29/2020) |
| 10/05/2020 | 45 (2 pgs) | Order Denying Defendant's Motion To Dismiss. IT IS ORDERED: The Motion Is Denied. Foster Pepper Will File An Answer To The Complaint Within 14 Days Of This Order. (BNC-PDF) (Related Doc # 13) Signed on 10/5/2020. (Bolte, Nickie) (Entered: 10/05/2020) |
| 10/07/2020 | 46 (2 pgs) | Scheduling Order. It is ORDERED: Discovery Cutoff (Must Be Completed By) Is January 29, 2021. This Date Includes The Date By Which All Discovery Motions Must Be Heard And Resolved. Motion Cutoff (Must Be Heard By) Is March 15, 2021. This Date Includes The Date By Which All Non-Discovery Motions Must Be Heard And Resolved. A Pre-Trial Conference Is Set For April 28, 2021 At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 10/7/2020. (Bolte, Nickie) (Entered: 10/07/2020) |
| 10/07/2020 | 47 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)45 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)) No. of Notices: 2. Notice Date 10/07/2020. (Admin.) (Entered: 10/07/2020) |
| 10/08/2020 | 48 (10 pgs) | Reply to (related document(s): 1 Complaint filed by Plaintiff Richard A. Marshack) *Foster Garvey, P.C.'s Answer and Affirmative Defenses with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Perry Isaacson, Misty) (Entered: 10/08/2020) |
| 10/09/2020 | 49 (36 pgs) | Transcript regarding Hearing Held 09/23/20 RE: Hearing re: motion of Foster Garvey to dismiss complaint for failure to state a claim. Remote electronic access to the transcript is restricted until 01/7/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc., Telephone number 8584537590.]. Notice of Intent to Request Redaction Deadline Due By 10/16/2020. Redaction Request Due By 10/30/2020. Redacted |

**EXHIBIT "4"**

**PAGE 80**

| | | |
|---|---|---|
| | | Transcript Submission Due By 11/9/2020. Transcript access will be restricted through 01/7/2021. (Jauregui, Tara) (Entered: 10/09/2020) |
| 10/10/2020 | **50**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)46 Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 10/10/2020. (Admin.) (Entered: 10/10/2020) |
| 10/21/2020 | 52 | Hearing Held On Motion (RE: related document(s)17 Motion Of Foster Garvey PC For Summary Judgment Against Plaintiff's Third Cause Of Action filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) - MOTION GRANTED - (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/23/2020 | **51**<br>(4 pgs) | Notice of lodgment *of Order re Motion of Foster Garvey PC for Summary Judgment Against Plaintiff's Third Cause of Action with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (RE: related document(s)17 Motion For Summary Judgment *and Notice of Motion with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Attachments: # 1 Declaration of Jane Pearson and Exhibit A # 2 Proposed Statement of Uncontroverted Facts and Conclusions of Law) (Perry Isaacson, Misty) filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC). (Perry Isaacson, Misty) (Entered: 10/23/2020) |
| 11/02/2020 | **53**<br>(2 pgs) | Order Granting Motion of Foster Garvey PC For Summary Judgment against Plaintiff's Third Cause of Action (BNC-PDF) (Related Doc # 17 ) Signed on 11/2/2020 (Mccall, Audrey) (Entered: 11/02/2020) |
| 11/04/2020 | **54**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)53 Order on Motion For Summary Judgment (BNC-PDF)) No. of Notices: 2. Notice Date 11/04/2020. (Admin.) (Entered: 11/04/2020) |
| 11/09/2020 | **55**<br>(4 pgs) | Stipulation By Richard A. Marshack and *Foster Garvey PC to Extend Discovery Cutoff, Motion Cutoff, Pretrial Hearing Dates* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 11/09/2020) |
| 11/09/2020 | **56**<br>(2 pgs) | Order Approving Stipulation To Extend Discovery Cutoff, Motion Cutoff, Pretrial Hearing Dates. IT IS ORDERED: The Dates Originally Scheduled As: Discovery Cutoff On January 29, 2021; Motion Cutoff On March 15,, 2021; Pretrial Conference On April 28, 2021 At 1:30 ARE CONTINUED TO: Discovery Cutoff On April 30, 2021. This Date Includes The Day By Which All Discovery Motions Must Be Heard And Resolved. Motion Cutoff On June 30, 2021. This Date Includes The Date By Which All Non-Discovery Motions Must Be Heard And Resolved. Pretrial Conference On September 29, 2021 At 1:30 p.m. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 55 ) Signed on 11/9/2020 (Bolte, Nickie) (Entered: 11/09/2020) |
| 11/11/2020 | **57**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)56 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 11/11/2020. (Admin.) (Entered: 11/11/2020) |

**EXHIBIT "4"**

**PAGE 81**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 11/24/2020 | 58<br>(1 pg) | Request for CD of Court Proceedings . Fee Amount $31, Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC. (Perry Isaacson, Misty) (Entered: 11/24/2020) |
| 11/24/2020 | | Receipt of Request for CD of Court Proceedings (fee)(8:20-ap-01052-SC) [misc,cdrf] ( 31.00) Filing Fee. Receipt number 52093557. Fee amount 31.00. (re: Doc# 58) (U.S. Treasury) (Entered: 11/24/2020) |
| 12/30/2020 | 59<br>(8 pgs) | Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 12/30/2020) |
| 12/30/2020 | 60<br>(29 pgs) | Declaration re: *Declaration of Jack A. Reitman in Support of Plaintiff Trustee's Motion to Limit Defendant Foster Garvey's Subpoena to Third-Party Jason M. Frank* Filed by Plaintiff Richard A. Marshack (RE: related document(s)59 Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank*). (Reitman, Jack) (Entered: 12/30/2020) |
| 12/30/2020 | 61<br>(3 pgs) | Declaration re: *Declaration of Brian Weiss in Support of Plaintiff Trustee's Motion to Limit Defendant Foster Garvey's Subpoena to Third-Party Jason M. Frank* Filed by Plaintiff Richard A. Marshack (RE: related document(s)59 Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank*). (Reitman, Jack) (Entered: 12/30/2020) |
| 12/30/2020 | 62<br>(3 pgs) | Declaration re: *Declaration of Richard A. Marshack in Support of Plaintiff Trustee's Motion to Limit Defendant Foster Garvey's Subpoena to Third-Party Jason M. Frank* Filed by Plaintiff Richard A. Marshack (RE: related document(s)59 Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank*). (Reitman, Jack) (Entered: 12/30/2020) |
| 12/30/2020 | 63 | Hearing Set (RE: related document(s)59 Generic Motion filed by Plaintiff Richard A. Marshack) The Hearing date is set for 2/3/2021 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Mccall, Audrey) (Entered: 12/30/2020) |
| 01/19/2021 | 64<br>(185 pgs; 6 docs) | Opposition to (related document(s): 59 Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank* filed by Plaintiff Richard A. Marshack) *Foster Garvey PC'S Memorandum in Response to Plaintiff's Motion to "Limit" Subpoena of Jason Frank/Jason Frank Law with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Attachments: # 1 Declaration of Misty Perry Isaacson # 2 Declaration of John Ray Nelson # 3 Declaration of Imelda Bynog # 4 Appendix # 5 Proof of Service) (Perry Isaacson, Misty) (Entered: 01/19/2021) |
| 01/27/2021 | 65<br>(7 pgs) | Reply to (related document(s): 59 Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank* filed by Plaintiff Richard A. Marshack) *Plaintiff Trustee's Reply in Support of Motion to Limit Defendant Foster Garvey's Subpoena to Third-Party Jason M. Frank* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 01/27/2021) |

**EXHIBIT "4"**

**PAGE 82**

| | | |
|---|---|---|
| 01/27/2021 | 66<br>(5 pgs) | Declaration re: *Declaration of John P. Reitman in Support of Plaintiff Trustee's Motion to Limit Defendant Foster Garvey's Subpoena to Third-Party Jason M. Frank* Filed by Plaintiff Richard A. Marshack (RE: related document(s)65 Reply). (Reitman, John) (Entered: 01/27/2021) |
| 02/03/2021 | 67<br>(4 pgs) | Notice of lodgment re: *Order Denying Plaintiff's Motion to "Limit" Subpoena of Jason Frank/Jason Frank Law with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (RE: related document(s)59 Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank* Filed by Plaintiff Richard A. Marshack filed by Plaintiff Richard A. Marshack). (Perry Isaacson, Misty) (Entered: 02/03/2021) |
| 02/03/2021 | 70 | Hearing Held On Motion (RE: related document(s)59 Plaintiff/Trustee's Motion To Limit Defendant Foster Garvey's Subpoena To Third-Party Jason M. Frank filed by Plaintiff Richard A. Marshack) - MOTION DENIED - (Bolte, Nickie) (Entered: 02/05/2021) |
| 02/04/2021 | 68<br>(1 pg) | Transcript Order Form, regarding Hearing Date 02/03/21 Filed by Plaintiff Richard A. Marshack (RE: related document(s)59 Motion *Plaintiff Trustee's Notice of Motion and Motion to Limit Defendant Foster Garvey's Subpoena to Third Party Jason M. Frank*). (Reitman, Jack) (Entered: 02/04/2021) |
| 02/05/2021 | 69 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 21-SC-05. RE Hearing Date: 02/03/21, [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc, Telephone number (858) 453-7590.] (RE: related document(s)68 Transcript Order Form (Public Request) filed by Plaintiff Richard A. Marshack) (Daniels, Sally) (Entered: 02/05/2021) |
| 02/10/2021 | 71<br>(35 pgs) | Transcript regarding Hearing Held 02/03/21 RE: Hearing re Plaintiff/Trustee's motion to limit defendant Foster Garvey's subpoena to third-party Jason M. Frank. Remote electronic access to the transcript is restricted until 05/11/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc., Telephone number (858) 453-7590.]. Notice of Intent to Request Redaction Deadline Due By 2/17/2021. Redaction Request Due By 03/3/2021. Redacted Transcript Submission Due By 03/15/2021. Transcript access will be restricted through 05/11/2021. (Jauregui, Tara) (Entered: 02/10/2021) |
| 02/10/2021 | 72<br>(2 pgs) | Order Denying Plaintiff's Motion To "Limit" Subpoena Of Jason Frank/Jason Frank Law For The Reasons Set Forth On The Record. (BNC-PDF) (Related Doc # 59 ) Signed on 2/10/2021 (Bolte, Nickie) (Entered: 02/10/2021) |
| 02/12/2021 | 73<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)72 Order on Generic Motion (BNC-PDF)) No. of Notices: 2. Notice Date 02/12/2021. (Admin.) (Entered: 02/12/2021) |
| 03/24/2021 | 74<br>(4 pgs) | Stipulation By Richard A. Marshack and *Foster Garvey PC to Extend Discovery Cutoff, Motion Cutoff, Pretrial Hearing Dates* Filed by Plaintiff Richard A. Marshack (Reitman, Jack) (Entered: 03/24/2021) |

**EXHIBIT "4"**

**PAGE 83**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| | | |
|---|---|---|
| 03/24/2021 | 75<br>(2 pgs) | Order Approving Stipulation To Extend Discovery Cutoff, Motion Cutoff, Pretrial Hearing Dates. IT IS ORDERED: The Discovery Cutoff On April 30, 2021 Is Continued To July 30, 2021. Motion Cutoff On June 30, 2021 Is Continued To October 6, 2021. Pre-Trial Conference On September 29, 2021 At 1:30 p.m. Is Continued To December 1, 2021 At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 74 ) Signed on 3/24/2021 (Bolte, Nickie) (Entered: 03/24/2021) |
| 03/26/2021 | 76<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)75 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice Date 03/26/2021. (Admin.) (Entered: 03/26/2021) |
| 04/28/2021 | 77 | Hearing Continued On Pre-Trial Conference (RE: related document(s)1 Complaint filed by Plaintiff Richard A. Marshack) CONTINUED TO SEPTEMBER 29, 2021 AT 1:30 P.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 921701 PER ORDER APPROVING STIPULATION TO EXTEND DISCOVERY CUTOFF, MOTION CUTOFF, PRETRIAL HEARING DATES ENTERED 11-9-2020 - (DOCKET NO. 56) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/11/2021) |
| 07/08/2021 | 78<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, Jack) (Entered: 07/08/2021) |
| 07/12/2021 | 79<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Address*. (Reitman, John) (Entered: 07/12/2021) |
| 08/18/2021 | 80<br>(68 pgs; 5 docs) | Motion For Summary Judgment *Declaration of Amanda Leonard in Support Thereof with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Attachments: # 1 Declaration # 2 Exhibit 1-8 # 3 [Proposed] Findings of Fact # 4 Proposed Order) (Perry Isaacson, Misty) - Warning: See docket entry no.: 81 for corrections - Modified on 8/18/2021 (Bolte, Nickie). (Entered: 08/18/2021) |
| 08/18/2021 | 81 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT, WHICH IS: 8:19-bk-13560-SC and 8:20-ap-01052-SC.** (RE: related document(s)80 Motion for Summary Judgment filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) (Bolte, Nickie) (Entered: 08/18/2021) |
| 08/18/2021 | 82 | Hearing Set (RE: related document(s)80 Foster Garvey PC's Motion For Partial Summary Judgment filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) The Hearing date is set for 9/29/2021 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 08/18/2021) |
| 08/18/2021 | 83<br>(3 pgs) | Errata *Notice of Errata re Incorrect Case Number Format Identified on Foster Garvey PC's Motion for Partial Summary Judgment with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (RE: related document(s)80 Motion For Summary Judgment *Declaration of Amanda Leonard in Support* |

**EXHIBIT "4"**

**PAGE 84**

| | | |
|---|---|---|
| | | *Thereof with proof of service*, 81 Notice to Filer of Error and/or Deficient Document). (Perry Isaacson, Misty) (Entered: 08/18/2021) |
| 09/01/2021 | [84](#) (4 pgs) | Stipulation By Richard A. Marshack and *Foster Garvey PC to Continue Hearing and Deadlines for Opposition and Replies to Defendant's Motion for Partial Summary Judgment* Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 09/01/2021) |
| 09/01/2021 | [85](#) (2 pgs) | Order Approving Stipulation To Continue Hearing And Deadlines For Opposition And Replies To Defendant's Motion For Partial Summary Judgment. IT IS ORDERED: The Hearing Date On The Foster Garvey's Motion For Partial Summary Judgment Is CONTINUED From September 29, 2021 TO NOVEMBER 3, 2021, AT 11:00 A.M. In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701. The Due Date On The Trustee's Opposition To The Motion Is Continued From September 8, 2021 To October 13, 2021. The Due Date On Foster Garvey's Reply In Support Of The Motion Is Continued From September 15, 2021, To October 20, 2021. The Motion Cutoff Date Shall Be Extended To November 3, 2021, For The Motion only. (BNC-PDF) (Related Doc # [84](#) ) Signed on 9/1/2021 (Bolte, Nickie) (Entered: 09/01/2021) |
| 09/03/2021 | [86](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[85](#) ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice Date 09/03/2021. (Admin.) (Entered: 09/03/2021) |
| 09/17/2021 | [87](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rieder, Monica. (Rieder, Monica) (Entered: 09/17/2021) |
| 09/23/2021 | [88](#) (4 pgs) | Stipulation By Richard A. Marshack and *Foster Garvey PC Resolving Defendants Motion for Partial Summary Judgment* Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 09/23/2021) |
| 09/23/2021 | [89](#) (2 pgs) | Order Approving Stipulation Resolving Defendant's Motion For Partial Summary Judgment. IT IS ORDERED: The Stipulation Is Approved. The Trustee Is No Longer Seeking To Avoid Or Recover The June 2013 Transfer Or The Trust Portion Of The May 2014 Transfer As To Or From Foster Garvey, And The Trustee Withdraws The Portions Of The First, Second, Fourth, And Fifth Claims For Relief In The Complaint That Seek Relief As To Foster Garvey, With Prejudice. The Parties Agree That The Amounts That Remain In Controversy In This Adversary Proceeding Are (i) The Remaining $346,109.62 From The Transfer Of $500,000 On May 23, 2014, And (ii) A Transfer Of $361,000 On December 24, 2014. Upon Entry Of This Order The Stipulation, Foster Garvey Shall Withdraw The Motion. (BNC-PDF) (Related Doc # [88](#) ) Signed on 9/23/2021 (Bolte, Nickie) (Entered: 09/23/2021) |
| 09/25/2021 | [90](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[89](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 2. Notice Date 09/25/2021. (Admin.) (Entered: 09/25/2021) |
| 09/29/2021 | 91 | Hearing Continued On Motion (RE: related document(s)[80](#) Motion For Partial Summary Judgment filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) HEARING ON MOTION CONTINUED TO NOVEMBER 3, 2021 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH |

**EXHIBIT "4"**

**PAGE 85**

| | | |
|---|---|---|
| | | STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE HEARING AND DEADLINES FOR OPPOSITION AND REPLIES TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENTENTERED 9-1-2021 - (DOCKET NO. 85). The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/07/2021) |
| 09/29/2021 | 92 | Hearing Continued On Pre-Trial Conference (RE: related document(s)1 Complaint For Avoidance And Recovery Of Voidable Transfers filed by Plaintiff Richard A. Marshack) - PRE-TRIAL CONFERENCE CONTINUED TO DECEMBER 1, 2021 AT 1:30 P.M. IN COURTROOM 5C- VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO EXTEND DISCOVERY CUTOFF, MOTION CUTOFF, PRETRIAL HEARING DATES ENTERED 3-24-2021 - (DOCKET NO. 75). The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/12/2021) |
| 10/22/2021 | 93 (3 pgs) | Withdrawal re: *Foster Garvey PC's Motion for Partial Summary Judgment with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (RE: related document(s)80 Motion For Summary Judgment *Declaration of Amanda Leonard in Support Thereof with proof of service*, 88 Stipulation By Richard A. Marshack and *Foster Garvey PC Resolving Defendants Motion for Partial Summary Judgment*). (Perry Isaacson, Misty) (Entered: 10/22/2021) |
| 11/03/2021 | 94 | Hearing Held On Motion (RE: related document(s)80 Foster Garvey PC's Motion For Partial Summary Judgment filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) - OFF CALENDAR - NOTICE OF WITHDRAWAL OF FOSTER GARVEY PC'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED 10-22-2021 - (DOCKET NO. 93) (Bolte, Nickie) (Entered: 11/08/2021) |
| 11/09/2021 | 95 (11 pgs) | Motion *Plaintiff Trustee's Notice of Motion and Motion to Continue Pretrial Conference; Declaration of John P. Reitman in Support Thereof* Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 11/09/2021) |
| 11/09/2021 | 97 | Hearing Set (RE: related document(s)95 Plaintiff Trustee's Motion To Continue Pre-Trial Conference filed by Plaintiff Richard A. Marshack) The Hearing date is set for 12/1/2021 at 1:30 P.M. at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) Modified on 11/17/2021 (Bolte, Nickie). (Entered: 11/17/2021) |
| 11/17/2021 | 96 (127 pgs; 3 docs) | Opposition to (related document(s): 95 Motion *Plaintiff Trustee's Notice of Motion and Motion to Continue Pretrial Conference; Declaration of John P. Reitman in Support Thereof* filed by Plaintiff Richard A. Marshack) *Motion to Continue Pretrial Conference; Declaration of Misty Perry Isaacson in Support Thereof with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (Attachments: # 1 Appendix # 2 Proof of service) (Perry Isaacson, Misty) (Entered: 11/17/2021) |
| 11/17/2021 | 98 (31 pgs) | Pre Trial Stipulation By Richard A. Marshack and Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 11/17/2021) |

**EXHIBIT "4"**

**PAGE 86**

| | | |
|---|---|---|
| 11/17/2021 | **99**<br>(39 pgs) | Declaration re: *Filing of Proposed Pre-Trial Stipulation* Filed by Plaintiff Richard A. Marshack (RE: related document(s)98 Pre Trial Stipulation By Richard A. Marshack and ). (Reitman, John) (Entered: 11/17/2021) |
| 11/22/2021 | **100**<br>(33 pgs) | Pre Trial Stipulation By Richard A. Marshack and Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 11/22/2021) |
| 11/24/2021 | **101**<br>(11 pgs) | Reply to (related document(s): 95 Motion *Plaintiff Trustee's Notice of Motion and Motion to Continue Pretrial Conference; Declaration of John P. Reitman in Support Thereof* filed by Plaintiff Richard A. Marshack, 96 Opposition filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC) Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 11/24/2021) |
| 12/01/2021 | 108 | Hearing Continued On Pre-Trial Conference (RE: related document(s)1 Complaint For Avoidance And Recovery Of Voidable Transfers filed by Plaintiff Richard A. Marshack) - PRE-TRIAL STIPULATION APPROVED. TRIAL DATE SET FOR AUGUST 22, 2022 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. (Bolte, Nickie) (Entered: 01/04/2022) |
| 12/01/2021 | 109 | Hearing Held On Motion (RE: related document(s)95 Plaintiff Trustee's Motion To Continue Pre-Trial Conference filed by Plaintiff Richard A. Marshack) - MOTION DENIED (Bolte, Nickie) (Entered: 01/04/2022) |
| 12/03/2021 | **102**<br>(4 pgs) | Notice of lodgment *of Order Denying Plaintiff's Motion to Continue Pretrial Conference with proof of service* Filed by Defendant Foster Garvey PC, as successor-in-interest to Foster Pepper PLLC (RE: related document(s)95 Motion *Plaintiff Trustee's Notice of Motion and Motion to Continue Pretrial Conference; Declaration of John P. Reitman in Support Thereof* Filed by Plaintiff Richard A. Marshack filed by Plaintiff Richard A. Marshack). (Perry Isaacson, Misty) (Entered: 12/03/2021) |
| 12/07/2021 | **103**<br>(5 pgs) | Notice of lodgment *Notice of Lodgment in Adversary Proceeding re: Joint Pre-Trial Stipulation* Filed by Plaintiff Richard A. Marshack (RE: related document(s)100 Pre Trial Stipulation By Richard A. Marshack and Filed by Plaintiff Richard A. Marshack filed by Plaintiff Richard A. Marshack). (Reitman, John) (Entered: 12/07/2021) |
| 12/10/2021 | **104**<br>(2 pgs) | Order Denying Plaintiff's Motion to Continue Pretrial Conference (BNC-PDF) (Related Doc # 95 ) Signed on 12/10/2021 (Mccall, Audrey) (Entered: 12/10/2021) |
| 12/10/2021 | **105**<br>(2 pgs) | Order Approving Joint Pre-Trial Stipulation and Setting Trial; Trial shall commence at 10:00 a.m., on August 22, 2022, in Courtroom 5C. (BNC-PDF) (Related Doc # 100 ) Signed on 12/10/2021 (Mccall, Audrey) (Entered: 12/10/2021) |
| 12/12/2021 | **106**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)104 Order on Generic Motion (BNC-PDF)) No. of Notices: 2. Notice Date 12/12/2021. (Admin.) (Entered: 12/12/2021) |
| 12/12/2021 | **107**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)105 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 2. Notice Date 12/12/2021. (Admin.) (Entered: 12/12/2021) |

**EXHIBIT "4"**

**PAGE 87**

CM/ECF - U.S. Bankruptcy Court (v1.5.3 - LIVE)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/26/2022 10:12:36 | | |
| **PACER Login:** | atty272406 | **Client Code:** | 1015-131 |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-ap-01052-SC Fil or Ent: filed From: 1/26/2001 To: 4/26/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

**EXHIBIT "4"**
**PAGE 88**

**EXHIBIT "5"**

JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
2338 Manning Avenue
Los Angeles, California 90064
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | Adv. No.: 8:20-ap-01052-SC |
| | **JOINT PRE-TRIAL STIPULATION** |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP, | **[ORDER TO BE SUBMITTED SEPARATELY]** |
| Plaintiff, | Pretrial hearing date: December 1, 2021 |
| v. | Time: 1:30 p.m. |
| FOSTER GARVEY PC, as successor-in-interest to FOSTER PEPPER PLLC, a Washington professional corporation, | Place: Courtroom 5C – Virtual Hearing |
| Defendant. | |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**EXHIBIT "5"
PAGE 89**

1       Plaintiff Richard Marshack, the trustee ("Trustee") of the chapter 7 bankruptcy estate of

2  Eagan Avenatti LLP, and defendant Foster Garvey, PC ("FG"), as the successor in interest to

3  Foster Pepper, PLLC, hereby submit this Joint Pretrial Stipulation pursuant to Local Bankruptcy

4  Rule 7016-(1)(b)(2):

5       **A.**    **The following facts are admitted and require no proof:**

6       1.    The law firm of Eagan O'Malley & Avenatti, LLP ("EO&A") was a California

7  based litigation law firm formed in the mid-2000's.

8       2.    The founding partners of the firm were Michael Eagan ("Mr. Eagan"), John

9  O'Malley ("Mr. O'Malley"), and Michael Avenatti ("Avenatti").

10       3.    In 2009, Jason Frank ("Mr. Frank") joined the firm.

11       4.    On December 27, 2010, Mr. O'Malley left and ceased to be a partner in the firm.

12       5.    In January 2011, the firm changed its name to Eagan Avenatti LLP ("Eagan

13  Avenatti" or the "Debtor").

14       6.    In 2011, Avenatti assumed control, directly or indirectly, of Eagan Avenatti, which

15  Avenatti remained in control of until February 13, 2019.

16       7.    On September 4, 2018, a proceeding entitled *In re Eagan Avenatti, LLP*, Case No.

17  8:18-cv-01644-VAP-KES, was commenced in the United States District Court Central District of

18  California.  That case was filed on behalf of Jason Frank Law, PLC ("JFL") to enforce its $10

19  million judgment against Eagan Avenatti entered on May 22, 2018.  On February 13, 2019, JFL,

20  and Avenatti, individually and on behalf of Eagan Avenatti, executed a Stipulation and Order re

21  Appointment of Receiver and Restraining Order.  The Court signed the order creating that

22  receivership on the same day, and Mr. Brian Weiss became the receiver for Eagan Avenatti.

23       8.    On September 13, 2019, Mr. Weiss filed a voluntary chapter 7 bankruptcy petition

24  on behalf of Eagan Avenatti, commencing the Eagan Avenatti bankruptcy case.  At that time,

25  Richard Marshack became the chapter 7 trustee for Eagan Avenatti's assets.

26       9.    On November 2, 2020, the Bankruptcy Court entered an Order Granting Trustee's

27  Motion for Approval of Compromise with Robert Stoll, Jr., and the law firm of Stoll Nussbaum &

28

2

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Polakov LLP (the "Stoll Firm"). Bankruptcy Case Docket 235, which allowed the Stoll Firm's

2  claim for the principal debt of $5,465,314.

3      10.    During Eagan Avenatti's first bankruptcy case (filed in 2017), Eagan Avenatti,

4  Avenatti, Mr. Frank and JFL (and others) entered into a settlement agreement. The agreement

5  provided that JFL had an allowed claim of $10 million against Eagan Avenatti, but that the debt

6  could be satisfied by the payment of $4,850,000 within 120 days after the dismissal of Eagan

7  Avenatti's bankruptcy case. However, neither Eagan Avenatti nor Avenatti ever made any of the

8  payments required under the settlement agreement. Based on that failure, the Bankruptcy Court

9  entered a $10 million judgment in favor of JFL in May 2018.

10     11.    On March 4, 2020, in this bankruptcy case, the Bankruptcy Court's Order Granting

11  Trustee's Motion to Approve Subordination Agreement with Jason Frank Law, PLC was entered

12  (the approved agreement subordinated JFL's $10 million secured claim to certain administrative

13  claims). Bankruptcy Case docket 107.

14     12.    Global Baristas, LLC ("Global Baristas") sought to acquire the assets of TC

15  Global, Inc. ("TC Global"), a company then in a chapter 11 reorganization bankruptcy case in the

16  Western District of Washington (*In re TC Global, Inc.,* Case No. 12-20253 (Hon. Karen A.

17  Overstreet Presiding)), which owned the Tully's Coffee ("Tully's") retail coffee business.

18     13.    Global Baristas hired Defendant's predecessor Foster Pepper, PLLC, to represent it

19  in the TC Global bankruptcy case.

20     14.    Prior to the formation of Global Baristas, Avenatti had worked with Foster Pepper

21  as co-counsel for parties in litigation where Foster Pepper had offices, including the State of

22  Washington, where Global Baristas was formed, TC Global filed its bankruptcy case, and Tully's

23  had its principal place of business.

24     15.    On April 14, 2020, the Trustee commenced this litigation against Foster Garvey, as

25  the successor in interest to Foster Pepper, by filing a complaint for avoidance and recovery of

26  alleged voidable transfers.

27

28

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

16.     Plaintiff's Complaint asserts three claims for "intentional fraudulent transfer" under Cal. Civ. Code § 3439.04(a) (the first, second and fourth claims for relief), and seeks to recover the transferred funds under 11 U.S.C. § 550(a)(1), (a)(2), and § 551 (the fifth claim for relief).

17.     Based on the remaining claims for relief, the Trustee seeks to recover two transfers that Eagan Avenatti made to Foster Garvey's predecessor-in-interest, Foster Pepper (1) $346,109.62 from a transfer of $500,000 on May 23, 2014, and (2) $361,000 on December 24, 2014 (the "Transfers at Issue").

18.     The Transfers at Issue were not made to an insider.

19.     The Debtor did not retain possession or control of the property after the Transfers at Issue.

20.     The Transfers at Issue were not substantially all of the debtor's assets.

21.     The Debtor did not abscond after the Transfers at Issue.

22.     The Debtor did not transfer essential assets of its business to a lienholder who then transferred the assets to an insider of the debtor.

23.     The Debtor's bank records reflect the following transfers to "IRS USATAXPMNT" in 2013-2014:

| Document Number | Date | Amount | Account Number |
|---|---|---|---|
| 124-17 | 12/05/13 | $18,562.30 | '8461 |
| 124-17 | 12/05/13 | $18,864.85 | '8461 |
| 124-20 | 01/21/14 | $949.87 | '8461 |
| 130-19 | 03/31/14 | $64,286.75 | '8461 |
| 125-23 | 05/28/14 | $80,000 | '8461 |
| 125-23 | 05/28/14 | $136,255.98 | '8461 |
| 122-17 | 06/02/14 | $31,738.89 | '8461 |

24.     The Debtor's bank records reflect the following payments to the EDD in 2013-2014:

4

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

EXHIBIT "5"

PAGE 92

| Document Number | Date | Amount | Account Number |
| --- | --- | --- | --- |
| 124-17 | 12/05/13 | $5,452.58 | '8461 |
| 124-17 | 12/05/13 | $5,944.60 | '8461 |
| 130-19 | 03/31/14 | $18,853.26 | '8461 |
| 125-23 | 05/29/14 | $19,219.65 | '8461 |
| 125-23 | 05/29/14 | $25,016.66 | '8461 |
| 122-17 | 06/03/14 | $7,507.57 | '8461 |
| 125-24 | 12/10/14 | $1,000 | '8461 |
| 125-26 | 12/26/14 | $1,000 | '8461 |

**B.      The following issues of fact, and no others, remain to be litigated:**

*The Trustee's statement of issues of fact that remain to be litigated:*

1.      Whether, in late 2012, Avenatti and an individual named Patrick Dempsey ("Mr. Dempsey") formed a company called Global Baristas, LLC ("Global Baristas").

2.      Whether, on May 23, 2014, Eagan Avenatti transferred $500,000 to Foster Pepper, $346,109.62 of which was to pay Foster Pepper for its services relating to Global Baristas acquisition of Tully's.

3.      Whether, on December 24, 2014, Eagan Avenatti transferred an additional $361,000 to Foster Pepper, to pay Foster Pepper for its services relating to Global Baristas acquisition of Tully's.

4.      Whether Avenatti, as the managing partner and majority owner of Eagan Avenatti, controlled the law firm's bank accounts.

Landau Law LLP
Attorneys At Law
Los Angeles, California

5

5.    Whether Mr. Eagan remained a partner in EA until after Eagan Avenatti made the Transfers at Issue.

6.    Whether, as of May 23, 2014, JFL, the Internal Revenue Service (the "IRS"), the Stoll Firm, and Mr. O'Malley were creditors of EA.

7.    Whether, as of December 24, 2014, JFL, the IRS, the Stoll Firm, and Mr. O'Malley were creditors of EA.

8.    Whether Avenatti caused EA to make the Transfers at Issue with the intent to hinder, or delay, or defraud one or more of EA's creditors, including JFL, the IRS, the Stoll Firm, or Mr. O'Malley.

9.    Whether, prior to May 23, 2014, and/or December 24, 2014, Eagan Avenatti acted to hinder, or delay, or defraud the Stoll Firm from recovering money that Eagan Avenatti owed to the Stoll Firm.

10.    Whether, prior to May 23, 2014, and/or December 24, 2014, Eagan Avenatti acted to hinder, or delay, or defraud JFL from recovering money that Eagan Avenatti owed to JFL.

11.    Whether Eagan Avenatti acted to hinder, or delay, or defraud Mr. Bill (as the successor-in-interest to his father, a member of the plaintiff class in *Greco v. NFL*) from recovering money that Eagan Avenatti owed to Mr. Bill (as his father's successor-in-interest).

12.    Whether Eagan Avenatti acted to hinder, or delay, or defraud Eagan Avenatti client Gregory Barela ("Mr. Barela") from recovering money that Eagan Avenatti owed to Mr. Barela.

13.    Whether Eagan Avenatti acted to hinder, or delay, or defraud Eagan Avenatti client Alexis Gardner ("Ms. Gardner") from recovering money that Eagan Avenatti owed to Ms. Gardner.

14.    Whether Eagan Avenatti acted to hinder, or delay, or defraud Eagan Avenatti clients Michelle Phan ("Ms. Phan") or Long Tran ("Mr. Tran") from recovering money that Eagan Avenatti owed to Ms. Phan or Mr. Tran.

15.    Whether Eagan Avenatti acted to hinder, or delay, or defraud Eagan Avenatti client Geoffrey Johnson ("Mr. Johnson") from recovering money that Eagan Avenatti owed to Mr. Johnson.

6

**EXHIBIT "5"**
**PAGE 94**

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

16.    Whether the Transfers at Issue were made for the benefit of an insider.

17.    Whether the Transfers at Issue were concealed.

18.    Whether Eagan Avenatti had been sued or threatened with suit before it made the Transfers at Issue.

19.    Whether Eagan Avenatti removed or concealed assets.

20.    Whether Eagan Avenatti received reasonably equivalent value in exchange for the Transfers at Issue.

21.    Whether Global Baristas was indebted to Eagan Avenatti both before and after the Transfers at Issue were made.

22.    Whether, when the Transfers at Issue were made, Eagan Avenatti generally was not paying its debts as they become due other than as a result of a bona fide dispute.

23.    Whether the Transfers at Issue occurred shortly before or shortly after a substantial debt was incurred.

24.    Whether, on April 19, 2019, Avenatti was indicted by a federal grand jury on 36 counts for crimes under federal law; whether certain of those counts include allegations that Avenatti, through Eagan Avenatti, embezzled clients' funds; and whether Avenatti is currently awaiting trial on those charges and is presumed innocent of all the charges against him until otherwise determined to be guilty.

25.    Whether, on May 22, 2019, Avenatti was indicted by a federal grand jury on two counts for crimes under federal law arising from his alleged attempt to extort $20 million from Nike, Inc., a sports apparel manufacturer; whether, on February 20, 2020, Avenatti was convicted of both those charges; whether, he subsequently was sentenced to a 30-month prison term; and whether the crimes on which Avenatti was found guilty are crimes of "moral turpitude," generally defined as "a quality of dishonesty or other morality that is determined by a court to be present in the commission of a criminal defense" (https://www.Merriam-Webster.com).

26.    Whether, in a chapter 7 bankruptcy the trustee generally does not operate the debtor's business; whether, instead, the trustee's primary function is to administer the bankruptcy estate's assets for the benefit of its credits; and whether a bankruptcy estate's assets include claims

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

1   that the debtor, or in some instances its creditors, as a group, have against third parties, which the

2   trustee has the sole right to prosecute.

3        27.    Whether Mr. O'Malley was a Founding Partner in EO&A; and whether, as a

4   Founding Partner, Mr. O'Malley was entitled to share in the partnership's profits, as set forth in

5   the firm Partnership Agreement.

6        28.    Whether, on December 27, 2010, O'Malley signed a Separation Agreement and left

7   the firm.

8        29.    Whether, on July 15, 2011, Mr. O'Malley filed suit against Eagan Avenatti,

9   Avenatti, and Eagan (among others) for breach of the Partnership Agreement and the Separation

10  Agreement (among other claims) in the Orange County Superior Court, Case No. 30-2011-

11  00491511, and moved to compel arbitration (the "O'Malley Litigation"); and whether certain of

12  those defendants filed counterclaims against Mr. O'Malley.

13       30.    Whether, effective August 7, 2015, the parties entered into a General Release and

14  Settlement Agreement, resolving all disputes between them; and whether, in the agreement,

15  Avenatti, his wholly owned entity Avenatti & Associates, and Eagan Avenatti agreed to pay Mr.

16  O'Malley $3 million on or before August 20, 2015.

17       31.    Whether, in 2008, the Stoll Firm, EO&A, and another law firm ("PSB") entered

18  into an agreement to jointly represent two individuals in connection with claims they might have

19  against a corporation ("X Corp.") that had sued them; and whether the attorneys, with the clients'

20  consent, agreed that the contingency fee, if any, earned as the result of a recovery on those claims

21  would be split: 35% to PSB, 35% to the Stoll Firm, and 30% to EO&A.

22       32.    Whether the above litigation was resolved by a Settlement Term Sheet for Mutual

23  Release and Settlement Agreement executed by the parties on May 13, 2011; and whether the

24  parties to the litigation signed a further Settlement Agreement and Mutual Release dated May 17,

25  2011.

26       33.    Whether, on May 22, 2011, Avenatti signed a Request for Dismissal with Prejudice

27  of the above litigation.

28       34.    Whether, on May 28, 2011, the clients represented by PSB, the Stoll Firm and

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8

1  Eagan Avenatti, sent a letter to the Stoll Firm terminating their representation by the firm

2  "effective immediately."

3       35.     Whether, on or about May 31, 2011, the entire amount of the settlement payment

4  due from X Corp. was received in an Eagan Avenatti client trust account; whether Avenatti caused

5  Eagan Avenatti to distribute to the clients and PSB the amounts owed to them, and to transfer the

6  remainder of those settlement funds to an Eagan Avenatti operating account; and whether Eagan

7  Avenatti did not pay and never paid to the Stoll Firm any part of the contingency fee owed to it,

8  $5,465,314.

9       36.     Whether, on June 14, 2011, Avenatti caused Eagan Avenatti to sue the Stoll Firm

10  for declaratory relief, asserting that no contingency fee was due the Stoll Firm as co-counsel for

11  their clients in the X-Corp. litigation; and whether the Stoll Firm filed a cross-complaint for

12  breach of contract to recover the $5,465,314 contingency fee owed to it.

13       37.     Whether Mr. Frank is an attorney at law and is the owner and president of JFL, a

14  loan out company though which Mr. Frank practices law.

15       38.     Whether Mr. Frank worked at Eagan Avenatti from February 15, 2009 through

16  May 20, 2016; whether his last contract with EA was entered as of November 1, 2013; whether the

17  contract was an independent contractor agreement between Eagan Avenatti, on the one hand, and

18  JFL and Mr. Frank, on the other hand (the "ICA"); whether, in the ICA, Eagan Avenatti agreed to

19  pay JFL a Profit Share Bonus based upon a formula set forth in the ICA; whether the Profit Share

20  Bonus for 2013 was due on February 15, 2014; and whether additional Profit Share Bonuses for

21  2014 – 2016 were due on February 15 of the year following the year on which the amount due was

22  calculated.

23       39.     Whether, in May 2016, Mr. Frank resigned from Eagan Avenatti.

24       40.     Whether, under the ICA, JFL was also entitled to a percentage of the net attorneys'

25  fees collected by Eagan Avenatti in lawsuits concerning Eden Memorial Park Cemetery, including

26  *Scott et al. v. Service Corporation International, et al.* (the "*Scott* Action"), as an additional

27  portion of JFL's compensation referred to as the "Eden Bonus."

28       41.     Whether, in May 2014, Eagan Avenatti received approximately $23.5 million in

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9

1  attorneys' fees and costs in the *Scott* Action (the "*Scott* Fees"); and whether approximately $3.4

2  million of the *Scott* Fees were paid via a wire transfer received by Eagan Avenatti on May 23,

3  2014.

4      42.    Whether, at all times after Eagan Avenatti's receipt of the *Scott* Fees, JFL was

5  entitled to a share of the *Scott* Fees for the Eden Bonus, and whether the amount of the Eden

6  Bonus was ultimately determined to be $1,891,228.

7      43.    Whether Eagan Avenatti failed pay JFL any portion of the *Scott* Fees on account of

8  the Eden Bonus, and whether Avenatti falsely led Mr. Frank to believe that the *Scott* Fees were

9  essentially "frozen" to keep JFL from taking action to collect the Eden Bonus until after Eagan

10  Avenatti had dissipated all of the *Scott* Fees.

11      44.    Whether, in addition to failing to pay the Eden Bonus, Eagan Avenatti failed to pay

12  JFL the 2013 Profit Share Bonus due on February 15, 2014, the 2014 Profit Share Bonus due on

13  February 15, 2015, or the 2015 Profit Share Bonus due on February 15, 2016; and whether,

14  nevertheless, Mr. Frank, based upon representations made to him by Avenatti and the ICA,

15  remained a partner in Eagan Avenatti until 2016.

16      45.    Whether the ICA required Eagan Avenatti to provide JFL with information

17  regarding Eagan Avenatti's revenue and expenses for 2014 by February 15, 2015; whether Eagan

18  Avenatti breached that obligation; and whether Eagan Avenatti resisted disclosing information

19  regarding its 2014 expenditures even in the arbitration JFL filed against Eagan Avenatti.

20      46.    Whether, in February 2016, Mr. Frank filed a Demand for Arbitration with JAMS

21  on behalf of JFL against Eagan Avenatti for breach of the ICA; whether Mr. Frank later filed an

22  Amendment to the Demand for Arbitration on or about August 29, 2016; and whether, after

23  extending discovery in which Eagan Avenatti repeatedly failed to cooperate, as part of the

24  Arbitration Panel's Final Order re Claimant's Motion for Sanctions, dated February 10, 2017, the

25  Panel ordered JFL to file Proposed Findings of Fact regarding the amount of the Profit Share

26  Bonuses owed for 2013, 2014, 2015 and 2016 – respectively, $992,036, $6,311,992, $1,823,076,

27  and $4,270,044.

28      47.    Whether the entry of an arbitration award in JFL's favor was forestalled by an

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

EXHIBIT "5"
PAGE 98

1    involuntary bankruptcy petition filing against EA on March 1, 2017, in Florida; and whether that

2    bankruptcy case was subsequently transferred to the Central District of California.

3        48.    Whether, in Eagan Avenatti's current bankruptcy case, the following proofs of

4    claim ("POCs") have been filed by the firm's former clients: (1) POC no. 30-1, William Parrish in

5    the amount of $0.00  (a plaintiff in the X Corp. litigation) for professional negligence, breach of

6    fiduciary duty, fraud – concealment, conversion, and promissory estoppel; (2) POC no. 31-1,

7    Timothy Fitzgibbons in the amount of $0.00 (a plaintiff in the X Corp. litigation) for professional

8    negligence, breach of fiduciary duty, fraud – concealment, conversion, and promissory estoppel;

9    (3) POC no. 32-1, William Parrish in the amount of $0.00 for a default judgment against Avenatti

10   in the amount of $2,194,301.87; (4) POC no. 33-1, Geoffrey E. Johnson for professional

11   negligence, breach of fiduciary duty, breach of contract, intentional fraud, conversion, and aiding

12   and abetting, for $4 million in settlement proceeds received by Eagan Avenatti for his benefit that

13   Avenatti misappropriated, plus $500,000 in lost Social Security benefits and general damages,

14   bringing the total to $9.5 million; (5) POC no. 35-1, Alexis Gardner for $5,211,959, including $3

15   million in settlement proceeds received by Eagan Avenatti for her benefit that Avenatti

16   misappropriated; (6) POC no. 39-1, Gregory Barela for $610,000 in settlement proceeds that

17   Eagan Avenatti received for his benefit that Avenatti misappropriated; and (7) POC no. 41-1,

18   Dennis Bill for his share of the Greco v. NFL class action settlement proceeds received by Eagan

19   Avenatti for the benefit of the class members that Avenatti misappropriated.

20       49.    Whether, also in Eagan Avenatti's current bankruptcy case, the following POCs

21   have been filed by the firm's former co-counsel in cases: (1) POC no. 12, the Stoll Firm for

22   $31,971,424 (including $5,465,314 for contingency legal fees received by Eagan Avenatti for its

23   benefit that Avenatti misappropriated); and (2) POC no. 38, Edward M. Ricci $1,250,000 for

24   contingency legal fees received by Eagan Avenatti for his benefit.

25       50.    Whether Avenatti and Mr. Dempsey were the sole managers and owners of Global

26   Baristas in 2013 and 2014.

27       51.    Whether, if Foster Pepper is deemed to be a subsequent transferee of any portion of

28   the Transfers at Issue, Foster Pepper took that portion of the Transfers at Issue for value, in good

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**EXHIBIT "5"**

**PAGE 99**

1   faith, and without knowledge of the voidability of that portion of the Transfers at Issue.

2        52.     Whether Foster Garvey opened a client trust account for the benefit of Global

3   Baristas at a local branch of KeyBank in Seattle, Washington.

4        53.     As the successor-in-interest to Foster Pepper, Foster Garvey is obligated to return

5   to the Trustee all of Eagan Avenatti's transfers of money to Foster Pepper that are determined to

6   be avoidable transfers in this litigation.

7   *Defendant's statement of issues of fact that remain to be litigated*:

8        1.     Whether, on May 23, 2014, Eagan Avenatti transferred $500,000 to Foster Pepper's

9   client trust account, thereafter on June 24, 2014 Avenatti authorized $346,109.62 of that amount to

10   pay Foster Pepper's outstanding invoices.

11        2.     Whether, on December 24, 2014, Eagan Avenatti transferred an additional

12   $361,000 to Foster Pepper, to pay Foster Pepper for its outstanding invoices.

13        3.     Whether, as of November 1, 2013, Mr. Frank was no longer a partner of Eagan

14   Avenatti.

15        4.     Whether there were two or more partners of Eagan Avenatti at the time the

16   Transfers at Issue were made.

17        5.     Whether Avenatti made the Transfers at Issue – i.e., to pay Foster Pepper's legal

18   bills – with the actual intent to hinder, delay or defraud a creditor.

19        6.     Whether the Transfers at Issue were not concealed, and are openly reflected in the

20   Debtor's bank records.

21        7.     Whether Eagan Avenatti was sued or threatened with suit before the Transfers at

22   Issue were made or the payment obligation was incurred.

23        8.     Whether Eagan Avenatti removed or concealed assets at the time of the Transfers at

24   Issue.

25        9.     Whether the value of the consideration received by Eagan Avenatti was reasonably

26   equivalent to the value of the Transfers at Issue.

27        10.    Whether the Debtor was not insolvent and did not become insolvent shortly after

28   the Transfers at Issue were made.

12

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**EXHIBIT "5"**

**PAGE 100**

11.     Whether the Transfers at Issue did not occur shortly before or shortly after a substantial debt was incurred.

12.     Whether the Debtor received over $8 million in deposits from *GB* between February 2013 and August 2018.

13.     Whether the Debtor paid Mr. Frank or JFL over a million dollars in 2013 and 2014.

14.     Whether, on January 3, 2013, Global Baristas prevailed in an auction in the *TC Global* bankruptcy case to purchase the Tully's assets for $9.15MM.

15.     Whether the *TC Global* bankruptcy court confirmed Global Baristas' bid over a competing "hybrid" bid by Starbucks and others that totaled $10,535,000, and found Global Baristas to be a good faith purchaser under 11 U.S.C. § 363(m).

16.     Whether Foster Pepper represented Global Baristas through 18 months of litigation in the *TC Global* bankruptcy case, across almost 800 separate docket entries.

17.     Whether Foster Pepper *also* represented Global Baristas in three separate adversary proceedings arising out of the Tully's asset purchase by Global Baristas, from October 2013 through December 2014: (1) *TC Global, Inc. v. Global Baristas*, W.D.WA. B.C. Adv. Proc. No. 13-01540; (2) *Tully's Coffee Asia Pac. Partners, LP v. Global Baristas LLC and TC Global, Inc.*, W.D.WA. B.C. Adv. Proc. No. 13-01579; and (3) *Global Baristas, LLC v. DK Retail Co. Ltd., et al.*, W.D.WA. B.C. Adv. Proc. No. 13-01585.

18.     Whether Avenatti paid Foster Pepper for legal services it provided, in part, with funds wired to Foster Pepper from Eagan Avenatti's bank accounts.

19.     Whether, on April 14, 2020, the Trustee commenced this litigation against Foster Garvey by filing a complaint for avoidance and recovery of alleged voidable transfers in the amount out $1,813,373.87 for funds Foster Pepper received from Eagan Avenatti between June 25, 2013 and December 24, 2014.

20.     Whether, on November 2, 2020, the Court entered summary judgment against Plaintiff's Third Cause of Action, for constructive fraudulent transfer, regarding a payment made to Foster Pepper on May 23, 2016, in the amount of $42,555.22.  (Doc. 53).

21.     Whether, on September 23, 2021, the Court entered its Order Approving

13

LANDAU LAW LLP
ATTORNEY AT LAW
LOS ANGELES, CALIFORNIA

EXHIBIT "5"
PAGE 101

Stipulation Resolving Defendant's Motion for Partial Summary Judgment (Doc. 89), which granted summary judgment against the first, second and fourth causes of action to the extent they sought to avoid transfers to Foster Pepper made in June 2013 and the portion of a transfer made to Foster Pepper in May 2014.

22.    Whether, in or sometime after 2011, through February 13, 2018, Mr. Eagan was not actively involved in Eagan Avenatti.

**C.    The following issues of law, and no others, remain to be litigated:**

_Trustee's statement of issues of law that remain to be litigated:_[1]

1.    Whether Foster Pepper gave Eagan Avenatti reasonably equivalent value in exchange for Eagan Avenatti's May 23, 2014 transfer of $346,109.62 to Foster Pepper.

2.    Whether Foster Pepper gave Eagan Avenatti reasonably equivalent value in exchange for Eagan Avenatti's December 24, 2014 transfer of $361,000 to Foster Pepper.

3.    Whether Foster Pepper took Eagan Avenatti's May 23, 2014 transfer to it in good faith.

4.    Whether Foster Pepper took Eagan Avenatti's December 24, 2014 transfer to it in good faith.

_Defendant's statement of issues of law that remain to be litigated:_

1.    Whether the Debtor was a validly existing partnership at the time of the Transfers at Issue, or a sole proprietorship.

2.    Whether the Transfers at Issue were "intentional fraudulent transfers" under California's Uniform Fraudulent Transfer Act, Cal. Civ. Code § 3439.04(a).

**D.    List of Exhibits**

Attached is a list of exhibits intended to be offered at the trial by the Plaintiff, other than exhibits to be used for impeachment only.  The parties are in the process of exchanging copies of exhibits but have not yet exchanged copies of all exhibits.

---

[1]  To the extent that any of the disputed issues of fact identified by the Trustee and/or the Defendant in Section B above could be considered issues of law, the Trustee and/or the Defendant also identify and incorporate those issues into his/its statement of disputed issues of law.

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**EXHIBIT "5"**
**PAGE 102**

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*Defendant's Exhibits:*

1.     Selected bank statements showing payments to alleged creditors during and after the time of the transfers remaining at issue.

2.     The Jason Frank Independent Contractor Agreement.

3.     Emails related to Frank's bonus.

4.     Pleadings related to the EA/Stoll Nussbaum fee dispute.

**E.  Lists of Witnesses**

The parties have exchanged a list of witnesses to be called at trial.  Attached is a list of of Plaintiff's witnesses in accordance with LBR 7016-l(b)(2)(E).[2]

Defendant anticipates cross-examination of any witness called by Plaintiff.

**F.  Other matters that may affect the trial**

Other matters that might affect the trial such as anticipated motions in limine, motions to withdraw the reference due to timely jury trial demanded pursuant to LBR 9015-2, or other pretrial motions:

*Trustee's anticipated matters that may affect the trial:*

The Trustee filed a motion to continue the pretrial conference and all trial related dates set in this Adversary Proceeding to dates after July 12, 2022, that are convenient to the Court.  The motion is set for hearing on December 1, 2021 (at the same time as the pretrial conference).   The motion is based upon District Court's denial of Michael J. Avenatti's motion to dismiss the criminal charges against him on the same basis that the District Court declared a mistrial in United States v. Michael J. Avenatti, SA CR No. SACR19-00061-JVS.  Avenatti has appealed the denial of his motion to dismiss to the Ninth Circuit Court of Appeals, which divests the District Court of jurisdiction over the criminal case.  As a result, at least until the Ninth Circuit rules on the appeal, key witnesses in the criminal trial, who also will be significant witnesses at the trial of this case,

---

[2] Those witnesses identified with an '*' on the attached Plaintiff's Trial Witness List, also are prosecution witnesses in *United States v. Michael J. Avenatti*, SA-CR-19-16-JVS, United States District Court Central district of California, Santa Ana Division. The prosecutors in that case have informed the Office of the United States Trustee, and the Trustee and his counsel in this bankruptcy case, that any attempt to examine those witnesses prior to conclusion of at least the first phase of the criminal trial, will result in their seeking relief from the district court to stay those examinations or the bankruptcy case.

15

1  will remain unavailable to the Trustee (the prosecutors have informed the Office of the United

2  States Trustee and the Trustee and his counsel that any attempt to take the testimony of those

3  witnesses prior to the conclusion of phase 1 of the criminal trial will cause the prosecution to

4  immediately seek relief from the District Court to stay those examinations or the administration of

5  the Eagan Avenatti bankruptcy case).

6         Prior to filing the Trustee's motion, the Trustee's counsel discussed the basis for that

7  motion with Foster Garvey's attorneys and requested that the defendant agree to the relief sought

8  in the motion.  That request was rejected.

9         Foster Garvey has requested a jury trial.

10 *Defendant's anticipated matters that may affect the trial*:

11        The Defendant anticipates motions in limine regarding the inadmissibility of testimony and

12 evidence regarding matters occurring or allegedly occurring after 2014.

13 **G.    Status of Discovery**

14        All discovery is complete.[3]

15 **H.    Trial Readiness**

16        The parties are ready for trial.

17 **I.    Length of Trial**

18 *Plaintiff's estimate*: 1) jury trial, seven days; bench trial, four days.

19 *Defendant's estimate*: Defendant believes the facts relevant to Michael Avenatti's intent in making

20 the transfers remaining at issue can be tried to a jury in four days.  Defendant does not believe that

21 events occurring long after the transfers remaining at issue, or events pertaining to Mr. Avenatti's

22 alleged wrongdoings that are unrelated to the transfers remaining at issue, are relevant to the issue

23 to be determined in this action, and that the obviously prejudicial effect of such matters outweighs

24 any potential relevance, remote as it is.

25 / / /

26

27 _____

[3] Should the Court grant the Trustee's pending motion to continue the pretrial conference, his counsel believes that
28 permitting the parties to depose those witnesses who testified in Avenatti's criminal trial and will be called in the trial
of this case will preserve judicial resources by shortening those witnesses' testimony at trial.

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

16

**J.    Parties' Admissions**

1
2
        The foregoing admissions have been made by the parties, and the parties have specified the
3
foregoing issues of fact and law remaining to be litigated.  Therefore, this order supersedes the
4
pleadings and governs the course of trial of this cause, unless modified to prevent manifest
5
injustice.
6

7    Dated: November 22, 2021                   LANDAU LAW LLP
8

9                                               By____/s/ John P. Reitman_____
10                                                   John P. Reitman
                                                Special Litigation Attorneys for
11                                              Plaintiff Richard A. Marshack,
                                                Chapter 7 Trustee for Eagan Avenatti, LLP
12

13

14   Dated: November 22, 2021                   PAGTER AND PERRY ISAACSON, APLC
15

16                                              By_____
17                                                   Misty Perry Isaacson
                                                Attorneys for Defendant Foster Garvey PC, as
18                                              successor-in-interest to Foster Pepper PLLC
19

20

21

22

23

24

25

26

27

28

                                    17

# EXHIBIT 1

### PLAINTIFF'S TRIAL EXHIBITS

| Exhibit No. | Exhibit Description | Defendant's Objection to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1. | FG-EA0000001 INV 5.31.13.pdf | | | |
| 2. | FG-EA00000067 INV 7.24.13.pdf | | | |
| 3. | FG-EA00000088 INV 8.30.13.pdf | | | |
| 4. | FG-EA0000108 INV 10.23.13.pdf | | | |
| 5. | FG-EA0000133 INV 11.22.13.pdf | | | |
| 6. | FG-EA0000150 INV 12.10.13.pdf | | | |
| 7. | FG-EA0000169 INV 1.14.14.pdf | | | |
| 8. | FG-EA0000208 INV 2.13.14.pdf | | | |
| 9. | FG-EA0000186 INV 3.12.14.pdf | | | |
| 10. | FG-EA0000212 INV 4.8.14.pdf | | | |
| 11. | FG-EA0000227 INV 5.30.14.pdf | | | |
| 12. | FG-EA0000248 INV 7.14.14.pdf | | | |

EXHIBIT 1
1

**EXHIBIT "5"**
**PAGE 107**

| | | | | |
|---|---|---|---|---|
| **13.** | FG-EA0000260 INV 11.12.14.pdf | | | |
| **14.** | FG-EA0000266 INV 1.14.15.pdf | | | |
| **15.** | Intentionally Blank | | | |
| **16.** | FG-EA0000218.pdf | | | |
| **17.** | FG-EA0000232.pdf | | | |
| **18.** | FG-EA0000241.pdf | | | |
| **19.** | FG-EA0000252.pdf | | | |
| **20.** | FG-EA0000263.pdf | | | |
| **21.** | 1.8.13 GB engagement conflict letter FG-EA0000344.pdf | | | |
| **22.** | 1.16.13 GB engagement letter FG-EA0000339.pdf | | | |
| **23.** | Intentionally Blank | | | |
| **24.** | History: Foster Garvey PC: Law Firm – Attorneys [https://www.foster.com > ourfirm-history] | | | |
| **25.** | Foster Pepper and Garvey Schubert Barer Combine to Create Mission-Driven Firm [https://www.foster.com/ | | | |

EXHIBIT 1
2

**EXHIBIT "5"**

**PAGE 108**

| | | | | |
|---|---|---|---|---|
| | > newsroom-news-foster-garvey-merger-announcement-law] | | | |
| **26.** | Foster Garvey Answer to Complaint | | | |
| **27.** | Foster Garvey Response to Requests for Production of Documents (set 1) | | | |
| **28.** | Foster Garvey Response to Requests for Production of Documents (set 2) | | | |
| **29.** | Foster Garvey Response to Interrogatories (set 1) | | | |
| **30.** | Foster Garvey Response to Requests for Admissions (set 1) | | | |
| **31.** | Intentionally Blank | | | |
| **32.** | U.S. v. Avenatti criminal trial transcript – Judy Regnier (to be supplied) | | | |
| **33.** | U.S. v. Avenatti criminal trial transcript – Alexis Gardner (to be supplied) | | | |
| **34.** | U.S. v. Avenatti criminal trial transcript – Filippo Marchino (to be supplied) | | | |
| **35.** | U.S. v. Avenatti criminal trial transcript –Geoffrey Johnson (to be supplied) | | | |
| **36.** | U.S. v. Avenatti criminal trial transcript – Gregory Barela (to be supplied) | | | |
| **37.** | U.S. v. Avenatti criminal trial transcript – Michelle Phan (to be supplied) | | | |

EXHIBIT 1
3

**EXHIBIT "5"**

**PAGE 109**

| | | | | |
|---|---|---|---|---|
| **38.** | U.S. v. Avenatti criminal trial transcript – Long Tran (to be supplied) | | | |
| **39.** | Intentionally Omitted | | | |
| **40.** | 161_Statement of Financial Affairs for Ownership of EA | | | |
| **41.** | Amended Schedule B from 1st EA BK Case<br><br>Eagan Avenatti Ownership | | | |
| **42.** | Intentionally Blank | | | |
| **43.** | 41_Proof of Claim – Dennis M. Bill (110920) | | | |
| **44.** | 24_Proof of Claim – Todd D. Baraniak (020420) | | | |
| **45.** | 38_Proof of Claim – Edward M. Ricci, PA | | | |
| **46.** | Intentionally Blank | | | |
| **47.** | 39_Proof of Claim_ Gregory Barela | | | |
| **48.** | 10_Proof of Claim – Dept. of the Treasury | | | |
| **49.** | 31_Proof of Claim – E. Timothy Fitzgibbons | | | |
| **50.** | 14_Proof of Claim – Jason Frank | | | |
| **51.** | 35_Proof of Claim Alexis Gardner (021020) | | | |

EXHIBIT 1
4

**EXHIBIT "5"**

**PAGE 110**

| | | | | |
|---|---|---|---|---|
| **52.** | 32_Proof of Claim – William Parrish (021020) | | | |
| **53.** | 12_Proof of Claim – Stoll Nussbaum & Polakov APC | | | |
| **54.** | Intentionally Blank | | | |
| **55.** | Communications, checks, and bank statement re receipt and disbursement of settlement payments relating to plaintiff's witnesses (to be supplied) | | | |
| **56.** | Intentionally Blank | | | |
| **57.** | Peoples Bank documents.pdf | | | |
| **58.** | Intentionally Blank | | | |
| **59.** | 8_Declaration of Patrick Dempsey (081320) Global Baristas | | | |
| **60.** | Dempsey Complaint Global Baristas | | | |
| **61.** | Intentionally Blank | | | |
| **62.** | Attorney Client Fee Contract.pdf Stoll Firm | | | |
| **63.** | FLIR Settlement.pdf Stoll Firm | | | |
| **64.** | Complaint for Declaratory Relief (061411) | | | |

EXHIBIT 1
5

**EXHIBIT "5"**

**PAGE 111**

| | | | | |
|---|---|---|---|---|
| | Stoll Firm | | | |
| **65.** | First Amended Cross-Complaint for Breach of Contract; Conversion; and Constructive Trust Stoll Firm | | | |
| **66.** | Second Amended Cross-Complaint for (011619)<br><br>Stoll Firm | | | |
| **67.** | Stoll Adversary Complaint with exhibits Stoll Firm (EA BK Case) | | | |
| **68.** | Intentionally Blank | | | |
| **69.** | O'Malley settlement agreement.PDF | | | |
| **70.** | Intentionally Blank | | | |
| **71.** | Karlous Declaration.pdf<br><br>Internal Revenue Service | | | |
| **72.** | Intentionally Blank | | | |
| **73.** | Independent Contractor Agreement Jason Frank | | | |
| **74.** | Jason Frank-EA Independent Contractor Agreement | | | |
| **75.** | Jason Frank v. EA Amendment to Demand for Arbitration | | | |
| **76.** | Jason Frank v. EA JAMS Arbitration Final Order re: Claimant Motion for Sanctions | | | |

EXHIBIT 1
6

**EXHIBIT "5"**

**PAGE 112**

| | | | | |
|---|---|---|---|---|
| **77.** | Jason Frank v. EA JAMS Arbitration Edit-wire Domestic Transfer | | | |
| **78.** | Jason Frank v. EA JAMS Arbitration EA CB&T Bank Account x8461 statement June 30, 2014 (3 pages) Intentionally Blank | | | |
| **79.** | Jason Frank v. EA JAMS Arbitration EA CB&T Bank Account x8461 statement July 31, 2014 (3 pages) | | | |
| **80.** | Settlement Agreement.pdf Jason Frank | | | |
| **81.** | Judgment in Favor of Jason Frank | | | |
| **82.** | Jason Frank Proof of Claim | | | |
| **83.** | Intentionally Blank | | | |
| **84.** | 2014 0708 Contingency Agreement Gregory Barela | | | |
| **85.** | Additional Barela documents to follow: engagement agreement, settlement agreements, correspondence. | | | |
| **86.** | | | | |
| **87.** | | | | |
| **88.** | | | | |

EXHIBIT 1
7

**EXHIBIT "5"**

**PAGE 113**

| | | | | |
|---|---|---|---|---|
| **89.** | | | | |
| **90.** | | | | |
| **91.** | | | | |
| **92.** | | | | |
| **93.** | | | | |
| **94.** | | | | |
| **95.** | Bledsoe (Barela) documents to follow: correspondence | | | |
| **96.** | | | | |
| **97.** | | | | |
| **98.** | | | | |
| **99.** | | | | |
| **100.** | Additional Gardner documents to follow: engagement agreement, settlement agreement, correspondence | | | |
| **101.** | | | | |

EXHIBIT 1
8

**EXHIBIT "5"**

**PAGE 114**

| | | | | |
|---|---|---|---|---|
| **102.** | | | | |
| **103.** | | | | |
| **104.** | | | | |
| **105.** | | | | |
| **106.** | | | | |
| **107.** | | | | |
| **108.** | Filippo Marchino (X-Law) documents to follow: bank documents and correspondence | | | |
| **109.** | | | | |
| **110.** | | | | |
| **111.** | | | | |
| **112.** | | | | |
| **113.** | Michelle Phan/Long Tran documents to follow: engagement agreement, settlement agreement, correspondence | | | |
| **114.** | | | | |

EXHIBIT 1
9

**EXHIBIT "5"
PAGE 115**

| | | | | |
|---|---|---|---|---|
| **115.** | | | | |
| **116.** | | | | |
| **117.** | | | | |
| **118.** | | | | |
| **119.** | | | | |
| **120.** | | | | |
| **121.** | | | | |
| **122.** | | | | |
| **123.** | Additional Geoffrey Johnson documents to follow: engagement agreement, settlement agreement, correspondence, checks | | | |
| **124.** | | | | |
| **125.** | | | | |
| **126.** | | | | |
| **127.** | | | | |

EXHIBIT 1
10

**EXHIBIT "5"**
**PAGE 116**

| | | | | |
|---|---|---|---|---|
| **128.** | | | | |
| **129.** | | | | |
| **130.** | | | | |
| **131.** | | | | |
| **132.** | | | | |
| **133.** | | | | |
| **134.** | | | | |
| **135.** | | | | |
| **136.** | | | | |
| **137.** | | | | |
| **138.** | | | | |
| **139.** | | | | |

EXHIBIT 1
11

**EXHIBIT "5"**
**PAGE 117**

# EXHIBIT 2

**EXHIBIT "5"**
**PAGE 118**

## Richard J. Marshack, Trustee v. Foster Garvey Trial Witness List

*Plaintiff's Trial Witness List:*[1]

**Brian Weiss**, 5271 California Ave Suite 270, Irvine, CA 92617 or **Tod McDonald**, 111 S Jackson St., Seattle, WA 98104. The witness will testify about Eagan Avenatti's business records and creditors, and diversion of money owed to the firm's clients and co-counsel, and Avenatti's conduct to hinder, delay, or defraud the firm's creditors from obtaining payment of money owed to them. Mr. McDonald also may testify about matters related to Global Baristas LLC's business and financial condition at relevant times.

**Robert J. Stoll, Jr.,** 11601 Wilshire Blvd, Los Angeles, CA 90025. Mr. Stoll will testify about Avenatti's misappropriation of money held by Eagan Avenatti for the benefit of Mr. Stoll's law firm (Stoll Nussbaum & Polakov ("Stoll Firm") and Avenatti's conduct to hinder, delay, or defraud the Stoll firm from obtaining payment of that money from Eagan Avenatti.

**James Keathley**, 2030 Main St Ste 210, Irvine, CA 92614. Mr. Keathley will testify about his interactions with Avenatti in connection with the Stoll Firm and Avenatti's conduct to hinder, delay, or defraud the Stoll firm from obtaining payment of that money from Eagan Avenatti.

**Timothy Fitzgibbons**, [address to be supplied]. Mr. Fitzgibbons was represented by Eagan Avenatti and the Stoll Firm. He will testify about Avenatti's misrepresentations to him to hinder, delay, or defraud him and Eagan Avenatti's creditors from obtaining payment of money held by the firm for his benefit.

**William Parrish**, [address to be supplied]. Mr. Parrish was represented by Eagan Avenatti and the Stoll Firm. He will testify about Avenatti's misrepresentations to him to hinder, delay, or defraud him and Eagan Avenatti's creditors from obtaining payment of money held by the firm for his benefit.

**John C. O'Malley**, 4100 Newport Place, Suite 800, Newport Beach, CA 92660. Mr. O'Malley will testify about Avenatti's conduct to hinder, delay, or defraud him from obtaining payment of the money owed to him by Eagan Avenatti in his capacity as a former partner of the firm.

**Remoun Karlous***, [address to be supplied], former special agent, Internal Revenue Service Criminal Investigation division. Mr. Karlous will testify about Avenatti's conduct to hinder, delay, or defraud the IRS and Avenatti's, Global Barista, LLC's and Eagan Avenatti's other creditors.

**Jason M. Frank**, 19800 MacArthur Boulevard, Suite 855, Irvine, CA 92612. Mr. Frank will testify about his unpaid claim against Eagan Avenatti and Avenatti's conduct to hinder, delay, or defraud the firm's creditors from obtaining payment of money owed to them.

**Gregory Barela***, [address to be supplied]. Mr. Barela will testify about Avenatti's misrepresentations to him to hinder, delay, or defraud him from obtaining payment of money held by Eagan Avenatti for his benefit.

---

[1] Witness names followed by '*', also are prosecution witnesses in *United States v. Michael J. Avenatti*, SA-CR-19-16-JVS, United States District Court Central district of California, Santa Ana Division. The prosecutors in that case have informed the Office of the United States Trustee, and the Trustee and his counsel in this bankruptcy case, that any attempt to examine those witnesses prior to conclusion of at least the first phase of the criminal trial, will result in their seeking relief from the district court to stay those examinations or the bankruptcy case.

**Steven Bledsoe**, 555 Flower St #4400, Los Angeles, CA 90071.  Mr. Bledsoe will testify about Avenatti's misrepresentations to him and his client, Gregory Bledsoe, to hinder, delay, or defraud Mr. Bledsoe from obtaining payment of money held by Eagan Avenatti for his benefit.

**Michelle Phan\* or Long Tran\***, [addresses to be supplied].  Witness will testify about Avenatti's misrepresentations to her/him to hinder, delay, or defraud her/him from obtaining payment of money held by Eagan Avenatti for her/his benefit.

**Alexis Gardner\***, [address to be supplied].  Ms. Gardner will testify about Avenatti's misrepresentations to her to hinder, delay, or defraud her from obtaining payment of money held by Eagan Avenatti for her benefit.

**Filippo Marchino\***, 625 Fair Oaks Ave, Ste 390, South Pasadena, CA 91030.  Mr. Marchino will testify about unpaid claims against Eagan Avenatti and Avenatti's conduct to hinder, delay, or defraud the firm's creditors from obtaining payment of money owed to them and the misappropriation of money held by the firm for the benefit of a client.

**Geoffrey Johnson\***, [address to be supplied].  Mr. Johnson will testify about Avenatti's misrepresentations to him to hinder, delay, or defraud him from obtaining payment of money held by Eagan Avenatti for his benefit.

**Judy K. Regnier\***, 4491 Rainbow, Yorba Linda, CA 92886.  Ms. Regnier will testify about Eagan Avenatti's financial condition, unpaid claim against Eagan Avenatti and Avenatti's conduct to hinder, delay, or defraud the firm's creditors from obtaining payment of money owed to them and Avenatti's misappropriation of money held by the firm for the benefit of its clients.

_Defendant's Trial Witness List_:

EXHIBIT 2
13

**EXHIBIT "5"**

**PAGE 120**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Ave., Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*): **_Joint Pre-Trial Stipulation_** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 22, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com**
- **Richard A Marshack (TR)    pkraus@marshackhays.com,**
  **rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com**
- **Misty A Perry Isaacson    misty@ppilawyers.com,**
  **ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com**
- **Jack A. Reitman    jareitman@landaufirm.com,**
  **srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com**
- **John P. Reitman    jreitman@landaufirm.com,**
  **vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com**
- **Monica Rieder    mrieder@landaufirm.com,**
  **vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*)**,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 22, 2021 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND FOSTER GARVEY LLP, AS THE SUCCESSOR-IN-INTERESTS TO FOSTER PEPPER PLLC; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD A. MARSHACK IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 27, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **April 27, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

MAIL REDIRECTED TO TRUSTEE 09/23/19
DEBTOR
EAGAN AVENATTI, LLP
ATTN: ATTN: OFFICER, A MANAGING OR GENERAL
AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
20341 SW BIRCH, SUITE 220
NEWPORT BEACH, CA 92660-1514

INTERESTED PARTY
FOSTER GARVEY, INC.
C/O JOHN RAY NELSON, SHAREHOLDER
618 WEST RIVERSIDE AVENUE, SUITE 300
SPOKANE, WA 99201

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 27, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE CENTRAL GUIDE SUPPLEMENT TO LBR 5005-2(d), SERVING A JUDGE'S COPY OF DOCUMENTS, §2.2(c), A NON-HEARING MOTION WHEN THE RESPONSE DEADLINE HAS NOT PASSED SHOULD NOT BE SERVED UPON THE JUDGE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 27, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** James C Bastian    jbastian@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S DAVIS; AND DEFENDANT ROBERT FAIETA DBA COMPETITION MOTORSPORTS:** Christopher L Blank chris@chrisblanklaw.com
- **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC:** Mark S Bostick mbostick@wendel.com, bankruptcy@wendel.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com; gestrada@wgllp.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Robert J Im rim@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
- **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SIMEON OSBORN:** Aaron J Malo malo@sheppardmullin.com, clopez@sheppardmullin.com; abilly@sheppardmullin.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR/DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ; DEFENDANT FILIPPO MARCHINO; DEFENDANT SANDY LE:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com; arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT MICHAEL AVENATTI AND DEFENDANT AVENATTI & ASSOCIATES APC:** Ryan D O'Dea    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Brian A Paino bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, gglosser@cairncross.com; AParanjpye@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC, AND DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; perryisaacsonmr51779@notify.bestcase.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC:** Eric S Pezold epezold@swlaw.com, knestuk@swlaw.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC, A PROFESSIONAL CORPORATION AND FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** Jack A. Reitman jareitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR PLAINTIFF AND TRUSTEE RICHARD A MARSHACK (TR):** John P. Reitman jreitman@landaufirm.com, hrichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- **INTERESTED PARTY COURTESY NEF:** Monica Rieder    mrieder@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; AND DEFENDANT MICHAEL WHITE**: Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA): United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4828-3049-9260, v. 1