# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Steve Casselberry
**Firm Name:** Procopio, Cory, Hargreaves & Savitch LLP
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 8:19-bk-13560-SC
**Party Name:** Eisenhower Carlson PLLC

**Tracking Number:** PHV-230210-000-0181
**Pay.gov Tracking ID:** 273ST4OU
**Amount:** $500
**Date:** 2/10/2023

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| Statistical Reports | Security | | |
| | Employer Information | Attorney Workroom Copier Password Request | |
| | Checking Status / Confirming Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |