D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

Debtor.

Case No. 8:19-bk-13560-SC

Chapter 7

NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS LLP

[NO HEARING REQUIRED]

NOTICE IS HEREBY GIVEN that effective April 1, 2023, the hourly rates charged by Marshack Hays LLP will increase as follows:

| ATTORNEYS | PRESENT RATE | INCREASED RATE |
|---|---|---|
| Richard A. Marshack[1] | $680.00 | $690.00 |
| D. Edward Hays | $680.00 | $690.00 |
| Chad V. Haes | $490.00 | $550.00 |
| David A. Wood | $490.00 | $550.00 |
| Kristine A. Thagard | $550.00 | $590.00 |
| Matthew W. Grimshaw | $550.00 | $590.00 |
| Laila Masud | $420.00 | $460.00 |
| Tinho Mang | $390.00 | $430.00 |

---

[1] Mr. Marshack is the trustee in this case. This increased billing rate is provided for informational purposes only.

1

NOTICE OF INCREASED HOURLY RATES

4871-8092-3985

| | | |
|---|---|---|
| Bradford N. Barnhardt | $320.00 | $360.00 |
| Sarah Hasselberger | $310.00 | $340.00 |
| **PARAPROFESSIONALS** | | |
| Pamela Kraus | $280.00 | $290.00 |
| Chanel Mendoza | $260.00 | $290.00 |
| Layla Buchanan | $260.00 | $290.00 |
| Cynthia Bastida | $260.00 | $290.00 |
| Kathleen Frederick | $200.00 | $260.00 |

DATED: February 24, 2023                MARSHACK HAYS LLP


By: */s/* David A. Wood
    D. EDWARD HAYS
    DAVID A. WOOD
    Attorneys for Chapter 7 Trustee,
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 24, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PURSUANT TO LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2023 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- **James C Bastian**    jbastian@shulmanbastian.com
- **Christopher L Blank**    chris@chrisblanklaw.com
- **Mark S Bostick**    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- **Steven Casselberry**    Steve.Casselberry@procopio.com, samantha.geraghty@procopio.com
- **Lei Lei Wang Ekvall - DECEASED -**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **Martin B Greenbaum**    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **Sarah Rose Hasselberger**    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;kfrederick@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Robert J Im**    rim@mcglinchey.com, irvineECF@mcglinchey.com
- **Richard L Kellner**    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **Erick Kuylman**    erick.kuylman@warrenterzian.com
- **Rodger M. Landau**    rlandau@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Elan S Levey**    elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **Jessica R MacGregor**    jmacgregor@longlevit.com, lmyers@longlevit.com
- **Aaron J Malo**    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Filippo Marchino**    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com
- **Judith E Marshack**    jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Meghan C Murphey**    meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbnlawyers.com
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Aditi Paranjpye**    aparanjpye@cairncross.com, eroth@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Misty A Perry Isaacson**    misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **Eric S Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **Kurt Ramlo**    kr@lnbyg.com, kr@ecf.inforuptcy.com
- **David M Reeder**    david@reederlaw.com, secretary@reederlaw.com
- **Jack A. Reitman**    jack.reitman@kdvlaw.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Nanette D Sanders**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Michael Simon**    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.