| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Brian Weiss<br>FORCE TEN PARTNERS LLC<br>5271 California, Suite 270<br>Irvine, CA 92617<br>Tel: 949-357-2360<br>bweiss@force10partners.com<br><br>Electronic Document Manager<br>To Chapter 7 Trustee, Richard Marshack<br><br>☐ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>AUG 05 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Santa Ana* DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-13560-SC<br>CHAPTER: 7 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: April 1, 2025<br>TIME: 11:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 W. Fourth Street, Santa Ana, CA 92701 |

1. Name of Applicant (*specify*): FORCE TEN PARTNERS, LLC

2. This proceeding was heard at the date and place set forth above and was  ☒ Contested   ☐ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>12/24/2024</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed:  $ 127,999.50
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 262.91

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify)*:

      No payment is authorized absent further order of the Court.

                                   ###

Date: August 5, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 2016-1.3.ORDER.PAYMENT.FEES**