United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 19-13560-SC

Eagan Avenatti, LLP                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                          User: admin                                   Page 1 of 1

Date Rcvd: Aug 05, 2025                       Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | + Eagan Avenatti, LLP, 20341 SW Birch, Suite 220, Newport Beach, CA 92660-1514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025                    Signature:        /s/Gustava Winters

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

Brian Weiss
FORCE TEN PARTNERS LLC
5271 California, Suite 270
Irvine, CA 92617
Tel: 949-357-2360
bweiss@force10partners.com

Electronic Document Manager
To Chapter 7 Trustee, Richard Marshack

☐ *Attorney for*:

FOR COURT USE ONLY

**FILED & ENTERED**

**AUG 05 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Santa Ana* DIVISION**

In re:

EAGAN AVENATTI, LLP,

CASE NO.: 8:19-bk-13560-SC

CHAPTER: 7

**ORDER ON APPLICATION**
**FOR PAYMENT OF:**
☒ **INTERIM FEES AND/OR EXPENSES**
**(11 U.S.C. § 331)**
☐ **FINAL FEES AND/OR EXPENSES**
**(11 U.S.C. § 330)**

DATE: April 1, 2025
TIME: 11:00 a.m.
COURTROOM: 5C
PLACE: 411 W. Fourth Street, Santa Ana, CA 92701

Debtor(s).

1. Name of Applicant (*specify*): FORCE TEN PARTNERS, LLC

2. This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>12/24/2024</u>

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5.  The court orders as follows:

a.  ☒  Application for Payment of Interim Fees is approved as follows:

    (1) ☒  Total amount allowed:  $ <u>127,999.50</u>

    (2) ☐  Amount or percentage authorized for payment at this time: _____

b.  ☒  Application for Reimbursement of Interim Expenses is approved and authorized for payment:

    ☒  Total amount allowed: $ <u>262.91</u>

c.  ☐  Application for Payment of Final Fees is approved in the amount of: $ _____

d.  ☐  Application for Reimbursement of Final Expenses is approved and authorized for payment:

    ☐  Total amount allowed: $ _____

e.  (1) ☐  Application is denied

       ☐  in full

       ☐  in part

       ☐  without prejudice

       ☐  with prejudice

   (2)  Grounds for denial *(specify):*

f.  ☒  The court further orders *(specify):*

    No payment is authorized absent further order of the Court.

###

Date: August 5, 2025

*Scott C. Clarkson*

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 2                     **F 2016-1.3.ORDER.PAYMENT.FEES**