RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No.: 8:19-bk-13560-SC |
|---|---|
| EAGAN AVENATTI LLP, | Chapter 7 |
| Debtor. | REPORT OF SALE / SETTLEMENT |
| | [NO HEARING REQUIRED] |

PLEASE TAKE NOTICE that pursuant to FRBP 6004(f)(1) and LBR 6004-1(g), Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate of Eagan Avenatti LLP ("Estate"), hereby reports consummation of settlements between the Estate and the following parties:

| Order Date / Dk. No. | Settling Party | Settlement Amount |
|---|---|---|
| 9/20/23 / Dk. 461 | Estate's interest in recoveries in the qui tam action entitled United States of America et al., ex rel. Hrayr Shahinian, M.D., F.A.C.S. v. Kimberly-Clark Corp., Case No.: 2:14-cv-08313-JAK-JPR | $433,687.50 |

Dated: August 20, 2025               Respectfully submitted,

By: /s/ Richard A. Marshack
RICHARD A. MARSHACK
Chapter 7 Trustee

1
REPORT OF SALE / SETTLEMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF SALE / SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 20, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2025 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  continued:

- **Timothy C Aires**   tca@arlawyers.com, gperez@arlawyers.com
- **James C Bastian**   jbastian@shulmanbastian.com
- **Christopher L Blank**   chris@chrisblanklaw.com
- **Mark S Bostick**   mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- **Steven Casselberry**   Steve.Casselberry@procopio.com, jessica.perez@procopio.com;asc@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com
- **Thomas Coker**   Thomas.coker@usdoj.gov, USACAC.criminal@usdoj.gov
- **Lei Lei Wang Ekvall - DECEASED -**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Martin B Greenbaum**   eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **Sarah Rose Hasselberger**   shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Robert J Im**   rim@ghidottiberger.com, irvineECF@mcglinchey.com
- **Richard L Kellner**   rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **Erick Kuylman**   erick.kuylman@warrenterzian.com
- **Rodger M. Landau**   rlandau@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com
- **Elan S Levey**   elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Jessica R MacGregor**   jmacgregor@longlevit.com, lmyers@longlevit.com
- **Aaron J Malo**   amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- **Tinho Mang**   tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **Filippo Marchino**   fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com
- **Judith E Marshack**   jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Robert S Marticello**   rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Meghan C Murphey**   meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Karen S. Naylor**   Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- **R Gibson Pagter**   gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Brian A Paino**   bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **Aditi Paranjpye**   aparanjpye@lawdbs.com, kbeckham@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Misty A Perry Isaacson**   misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **Eric S Pezold**   epezold@swlaw.com, fcardenas@swlaw.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **David M Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Jack A. Reitman**   jareitman@gmail.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**   jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         F 9013-3.1.PROOF.SERVICE

- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com
- **Nanette D Sanders**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Najah J Shariff**    najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Michael Simon**    msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Andrew Stolper**    astolper@lawfss.com, mnowowiejski@lawfss.com
- **Jolene Tanner**    jolene.tanner@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**