| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Chapter 7 Trustee, Richard A. Marshack | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP<br><br><br><br><br>Debtor(s) | CASE NO.: 8:19-bk-13560-SC<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): <u>ORDER APPROVING STIPULATION BETWEEN LANDAU LAW LLP, JASON FRANK LAW, MARSHACK HAYS WOOD LLP, FORCE TEN PARTNERS LLC AS TRUSTEE'S ELECTRONIC RECORDS MANAGER, AND CHAPTER 7 TRUSTEE RE: GLOBAL RESOLUTION OF OBJECTIONS TO PENDING FEE APPLICATIONS AND JFL LIEN CLAIM AGAINST AVOIDANCE ACTION RECOVERIES</u> |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION BETWEEN LANDAU LAW LLP, JASON FRANK LAW, MARSHACK HAYS WOOD LLP, FORCE TEN PARTNERS LLC AS TRUSTEE'S ELECTRONIC RECORDS MANAGER, AND CHAPTER 7 TRUSTEE RE: GLOBAL RESOLUTION OF OBJECTIONS TO PENDING FEE APPLICATIONS AND JFL LIEN CLAIM AGAINST AVOIDANCE ACTION RECOVERIES was lodged on (*date*) <u>September 10, 2025</u> and is attached. This order relates to the motion which is docket number 569.

---

[1] Please abbreviate if title cannot fit into text field.

# Lodged Order

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION BETWEEN LANDAU LAW LLP, JASON FRANK LAW, MARSHACK HAYS WOOD LLP, FORCE TEN PARTNERS LLC AS TRUSTEE'S ELECTRONIC RECORDS MANAGER, AND CHAPTER 7 TRUSTEE RE: GLOBAL RESOLUTION OF OBJECTIONS TO PENDING FEE APPLICATIONS AND JFL LIEN CLAIM AGAINST AVOIDANCE ACTION RECOVERIES<br><br>[STIPULATION FILED AS DK. NO. 569] |

The Court has read and considered the stipulation ("Stipulation") entered into between Marshack Hays Wood LLP ("MHW"), Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), Landau Law LLP ("Landau Law"), Jason Frank Law ("JFL"), Force Ten Partners, LLC as Trustee's Electronic Records Manager ("Force 10"), the Kellner Law Group PC ("KLG"), and Marshack Hays Wood LLP ("MHW"), filed on September 5, 2025, as Docket No. 569, and has found good cause to approve the Stipulation.

1

4907-4705-6654v.1-1015-131

**IT IS ORDERED**:

1. The Stipulation is approved.

2. The application filed by Landau Law as Docket No. 512 ("Landau Application") is approved, on an interim basis, in the reduced amount of $270,000 in fees.

3. The application filed by Landau Law as Docket No. 513 is withdrawn by stipulation, and this withdrawal is without prejudice as set forth in the Stipulation.

4. The application filed by MHW as Docket No. 517 is approved, on an interim basis, in the reduced amount of $577,451.50 in fees and $5,733.08 in costs.

5. The Trustee is authorized to make an immediate distribution of $250,000 to JFL on account of its asserted lien rights in assets of the Estate comprised of litigation recoveries by Landau Law on behalf of the Estate, and pursuant to Paragraph 8 of the Stipulation, JFL shall have further creditor rights limited solely to those stated in Paragraph 8 of the Stipulation, which is incorporated herein by reference.

6. From the $433,687.50 received by the Estate from Dr. Hrayr Shahinian, the Trustee is authorized to make an immediate distribution of $377,308.13 to JFL on account of its asserted lien rights, and retain the remaining balance as set forth in Paragraph 9 of the Stipulation.

7. The Subordination Agreement previously approved by the Court by order entered as Docket No. 107 and as amended by order entered as Docket No. 349, is further amended by stipulation, as follows:

    a. Consistent with Paragraph 1(a) of the Subordination Agreement, 3% of the X-Law Recovery shall be reserved and segregated for payment of the Trustee's compensation under 11 U.S.C. § 326.

    b. All unreimbursed case costs incurred in connection with the X-Law Adversary (and not any costs incurred in connection with the main bankruptcy case) shall be paid from gross recovery in that matter ("X-Law Recovery").

    c. After reservation and payment of the line items under subparagraphs (a)-(b) above, the net balance remaining ("X-Law Net Recovery") shall be subject to

4907-4705-6654v.1-1015-131

an increased 60% contingency fee in favor of Trustee's co-counsel MHW and KLG.

    d. Consistent with Paragraph 1(d)-1(e) of the Subordination Agreement, 10% of the X-Law Net Recovery shall be reserved and segregated for "Other Allowed Administrative Claims" and/or other unsecured creditors. Such 10% reservation for "Other Allowed Administrative Claims" may only be used to pay any administrative fees **not accounted for** by the fee applications filed to date.

    e. The Trustee's two counsel in the X-Law Adversary shall be entitled to a proportional share of the 60% contingency fee based on the then-applicable hourly rate value of their respective total hours billed to the X-Law Adversary. For the purposes of this allocation, MHW shall only be credited one-half of the value of hours billed to the X-Law Adversary from May 2020, through November 27, 2024, and may seek full credit for any additional hours billed to the X-Law Adversary after November 27, 2024, from the 60% contingency fee obtained by the estate free of the JFL Lien. Except as otherwise provided in this Stipulation and subject to approval by the Court, MHW shall not be entitled to seek compensation for attorneys' fees billed on the X-Law Adversary except through this proportional share of the X-Law Adversary, and allowance and payment of one-half of its fees charged to the X-Law Adversary in the MHW Application.

    f. JFL shall be entitled to receive the remaining 40% of the X-Law Net Recovery after payment of the contingency fee.

8. The Trustee is authorized to make the following immediate interim payments towards allowed administrative fees and expenses from funds on hand:

    a. To Landau Law, $270,000, on account of its fee applications for non-contingency services for the Estate and its requested fees for representing the receiver.

3

4907-4705-6654v.1-1015-131

    b. To MHW, $577,451.50, on account of uncompensated fees, and $5,733.08 in unreimbursed costs.

    c. To JFL, $627,308.13, on account of its secured claim.

    d. To Murphey & Murphey, APC, $45,071 in uncompensated fees, and $34.65 in unreimbursed expenses.

    e. To Force 10, $127,999.50 in uncompensated fees, and $262.91 in unreimbursed expenses.

9. This Court retains exclusive jurisdiction to interpret and enforce any provisions of the Stipulation and to approve the foregoing interim fees on a final basis.

###

4

4907-4705-6654v.1-1015-131

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 10, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 10, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| VIA PERSONAL DELIVERY:<br>**PRESIDING JUDGE'S COPY**<br>HONORABLE SCOTT C. CLARKSON<br>UNITED STATES BANKRUPTCY COURT<br>411 WEST FOURTH STREET, SUITE 5130<br>SANTA ANA, CA 92701-4593 | VIA EMAIL:<br>**ELECTRONIC DOCUMENT MANAGER**<br>FORCE 10 PARTNERS LLC c/o Brian Weiss<br>bweiss@force10partners.com |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 10, 2025 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR JASON FRANK LAW PLC:** Timothy C Aires tca@arlawyers.com, gperez@arlawyers.com
   - **INTERESTED PARTY COURTESY NEF:** James C Bastian, Jr jbastian@shulmanbastian.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS, INC.:** Elizabeth Berke-Dreyfuss edreyfuss@wendel.com, ecfbankruptcy@fennemorelaw.com
   - **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S. DAVIS; and DEFENDANT ROBERT FAIETA dba COMPETITION MOTORSPORTS:** Christopher L Blank chris@chrisblanklaw.com
   - **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS:** Mark S Bostick mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
   - **ATTORNEY FOR DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry Steve.Casselberry@procopio.com, jessica.stuhlmiller@procopio.com; emily.marsh@procopio.com; calendaringbankruptcy@procopio.com
   - **ATTORNEY FOR RESPONDENT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Thomas.coker@usdoj.gov, USACAC.criminal@usdoj.gov
   - **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; and DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall - DECEASED lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
   - **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com; cbmeeker@gmail.com; lbracken@wgllp.com; dfitzgerald@go2.law; golden.jeffreyi.b117954@notify.bestcase.com
   - **ATTORNEY FOR DEFENDANT THE X-LAW GORUP, PC, A PROFESSIONAL CORPORATION and DEFENDANT FILIPPO MARCHINO:** David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
   - **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com; cbastida@marshackhays.com; alinares@ecf.courtdrive.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR AND DEFENDANT HONDA AIRCRAFT COMPANY, LLC:** Robert J Im rim@ghidottiberger.com, irvineECF@mcglinchey.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
   - **ATTORNEY FOR LANDAU LAW LLP:** Rodger M. Landau rlandau@landaufirm.com, vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com
   - **ATTORNEY FOR INTERESTED PARTY UNITED STATES OF AMERICA:** Elan S Levey elan.levey@usdoj.gov, julie.morales@usdoj.gov
   - **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
   - **ATTORNEY FOR DEFENDANT OSBORN MACHLER, PLLC and DEFENDANT SIMEON OSBORN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; mlinker@sheppardmullin.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR AND DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE, LLC, A LIMITED LIABILITY COMPANY; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR-IN-INTEREST TO ANDRES RAMIREZ, DECEASED; DEFENDANT FILIPPO MARCHINO; and DEFENDANT SANDY LE, INDIVIDUALLY AND ON BEHALF OF TINA NGAN LE, DECEDENT:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com; tg@xlawx.com; cc@xlawx.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; and DEFENDANT MICHAEL WHITE:** Robert S Marticello rmarticello@raineslaw.com, bclark@raineslaw.com; jfisher@raineslaw.com
- **ATTORNEY FOR US TRUSTEE (SA):** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor Becky@ringstadlaw.com, Karen@ringstadlaw.com; Arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY AVENATTI MICHAEL:** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com; cthornton@shulmanbastian.com
- **ATTORNEY FOR CREDITOR 500/520/550 NEWPORT CENTER DRIVE LLC:** R Gibson Pagter, Jr. gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Brian A Paino bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com; lweaver@hinshawlaw.com; crico@hinshawlaw.com
- **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@cairncross.com, kbeckham@cairncross.com; AParanjpye@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC and DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson misty@ppilawyers.com, ecf@ppilawyers.com; pagterandperryisaacson@jubileebk.net
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Eric S Pezold epezold@swlaw.com, fcardenas@swlaw.com
- **ATTORNEY FOR CREDITOR THE X-LAW GROUP, P.C.; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR-IN-INTEREST TO ANDRES RAMIREZ, DECEASED; and DEFENDANT FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyg.com, kr@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR DEBTOR AND DEFENDANT EAGAN AVENATTI, LLP and PLAINTIFF AND CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Jack A. Reitman jareitman@gmail.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
- **ATTORNEY FOR CREDITOR HONDA AIRCRAFT COMPANY, LLC and PLAINTIFF AND CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com; jlandau@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR PLAINTIFF CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Monica Rieder mrieder@landaufirm.com, vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR RESPONDENT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; and DEFENDANT MICHAEL WHITE:** Michael Simon msimon@raineslaw.com, bclark@raineslaw.com; jfisher@raineslaw.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR RESPONDENT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Jolene Tanner jolene.tanner@usdoj.gov, caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- **US TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**