United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 19-13560-SC |
| Eagan Avenatti, LLP | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 6 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

**Recip ID    Recipient Name and Address**
db    +    Eagan Avenatti, LLP, 20341 SW Birch, Suite 220, Newport Beach, CA 92660-1514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

**Name    Email Address**

Aaron J Malo
  on behalf of Defendant Osborn Machler PLLC amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com

Aaron J Malo
  on behalf of Interested Party Simeon Osborn amalo@sheppardmullin.com abilly@sheppardmullin.com;mlinker@sheppardmullin.com

Aaron J Malo
  on behalf of Defendant Simeon Osborn amalo@sheppardmullin.com abilly@sheppardmullin.com;mlinker@sheppardmullin.com

Aditi Paranjpye
  on behalf of Defendant HPPW LLC aparanjpye@lawdbs.com, kbeckham@cairncross.com;AParanjpye@ecf.courtdrive.com

Aditi Paranjpye
  on behalf of Interested Party HPPW LLC aparanjpye@lawdbs.com, kbeckham@cairncross.com;AParanjpye@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 6 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Alan I Nahmias
    on behalf of Mediator Alan I Nahmias anahmias@mbn.law  jdale@mbn.law

Andrew Still
    on behalf of Defendant Vincent Builders Inc. astill@swlaw.com, kcollins@swlaw.com

Andrew Stolper
    on behalf of Creditor Jason Frank Law PLC astolper@lawfss.com  mnowowiejski@lawfss.com

Brian A Paino
    on behalf of Defendant Honda Aircraft Company LLC bpaino@hinshawlaw.com
    hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Christopher L Blank
    on behalf of Interested Party Andrew S. Davis chris@chrisblanklaw.com

Christopher L Blank
    on behalf of Defendant Robert Faieta dba Competition Motorsports chris@chrisblanklaw.com

Christopher L Blank
    on behalf of Defendant Trackside Performance LLC chris@chrisblanklaw.com

Christopher L Blank
    on behalf of Defendant Andrew S. Davis chris@chrisblanklaw.com

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Defendant The X-Law Group PC, a professional corporation ehays@marshackhays.com,
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Defendant Filippo Marchino ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party INTERESTED PARTY ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Other Professional Force 10 Partners LLC dwood@marshackhays.com,
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
    on behalf of Trustee Richard A Marshack (TR) dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood
    on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com
    dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David B Golubchik
    on behalf of Defendant The X-Law Group PC, a professional corporation dbg@lnbyg.com, dbg@lnbyg.com

David B Golubchik
    on behalf of Defendant Filippo Marchino dbg@lnbyg.com  dbg@lnbyg.com

David B Golubchik
    on behalf of Interested Party Courtesy NEF dbg@lnbyg.com  dbg@lnbyg.com

David B Golubchik
    on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez,
    deceased dbg@lnbyg.com, dbg@lnbyg.com

David M Reeder
    on behalf of Creditor Edward M. Ricci P.A. david@reederlaw.com, secretary@reederlaw.com

Elan S Levey
    on behalf of Interested Party United States of America elan.levey@usdoj.gov

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 6 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Eric S Pezold
    on behalf of Defendant Vincent Builders Inc. epezold@swlaw.com, fcardenas@swlaw.com

Erick Kuylman
    on behalf of Intervenor Hrayr Shahinian erick.kuylman@warrenterzian.com

Filippo Marchino
    on behalf of Interested Party Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Defendant The X-Law Group PC, a professional corporation fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Defendant Sandy Le individually and on behalf of Tina Ngan Le, decedent fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Defendant Filippo Marchino fm@xlawx.com tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Creditor Alexis Gardner fm@xlawx.com tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Creditor The X-Law Group P.C. fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Creditor Damon Rogers fm@xlawx.com tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Filippo Marchino
    on behalf of Defendant Young Blue LLC a limited liability company fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

Jack A. Reitman
    on behalf of Debtor Eagan Avenatti LLP jareitman@gmail.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Trustee Richard A Marshack (TR) jareitman@gmail.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Plaintiff Richard A Marshack jareitman@gmail.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Defendant Eagan Avenatti LLP jareitman@gmail.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Jack A. Reitman
    on behalf of Plaintiff Richard A. Marshack jareitman@gmail.com srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

James C Bastian, Jr
    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Jeffrey I Golden
    on behalf of Defendant Silver Star Sounds & Communications Inc jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jessica R MacGregor
    on behalf of Other Professional JAMS Inc. jmacgregor@longlevit.com, lmyers@longlevit.com

John P. Reitman
    on behalf of Creditor Landau Law LLP jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com

John P. Reitman
    on behalf of Attorney Landau Law LLP jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com

John P. Reitman
    on behalf of Trustee Richard A Marshack (TR) jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 6 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| John P. Reitman | on behalf of Creditor Honda Aircraft Company LLC jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com |
| John P. Reitman | on behalf of Plaintiff Richard A Marshack jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com |
| John P. Reitman | on behalf of Interested Party Courtesy NEF jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com |
| John P. Reitman | on behalf of Plaintiff Richard A. Marshack jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com |
| Jolene Tanner | on behalf of Respondent UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE jolene.tanner@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Judith E Marshack | on behalf of Trustee Richard A Marshack (TR) jmarshack@marshackhays.com jmarshack@ecf.courtdrive.com |
| Karen S. Naylor | on behalf of Interested Party Courtesy NEF Becky@ringstadlaw.com Karen@ringstadlaw.com;Arlene@ringstadlaw.com |
| Karen S. Naylor | on behalf of Creditor Stoll Nussbaum & Polakov Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| Kurt Ramlo | on behalf of Creditor The X-Law Group P.C. RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant Filippo Marchino RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant The X-Law Group PC, a professional corporation RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Lei Lei Wang Ekvall - DECEASED - | on behalf of Defendant Alan Chaffee lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lei Lei Wang Ekvall - DECEASED - | on behalf of Defendant Edwin Spaunhurst lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lei Lei Wang Ekvall - DECEASED - | on behalf of Defendant Michael White lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lei Lei Wang Ekvall - DECEASED - | on behalf of Defendant Aledmi LLC lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Mark S Bostick | on behalf of Defendant Dillanos Coffee Roasters Inc. mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com |
| Martin B Greenbaum | on behalf of Defendant Gallo Builders Inc. eparker@collectionlaw.com, mgreenbaum@collectionlaw.com |
| Meghan C Murphey | on behalf of Trustee Richard A Marshack (TR) meghan@themurpheylawyers.com lorraine@themurpheylawyers.com |
| Meghan C Murphey | on behalf of Special Counsel Murphey & Murphey APC meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com |
| Michael Simon | on behalf of Defendant Alan Chaffee msimon@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com |
| Michael Simon | on behalf of Defendant Edwin Spaunhurst msimon@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com |

Case 8:19-bk-13560-SC    Doc 572    Filed 09/21/25    Entered 09/21/25 21:17:32    Desc
Imaged Certificate of Notice    Page 5 of 10

| District/off: 0973-8 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael Simon
    on behalf of Defendant Michael White msimon@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Michael Simon
    on behalf of Defendant Aledmi LLC msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Misty A Perry Isaacson
    on behalf of Defendant Foster Garvey PC as successor-in-interest to Foster Pepper PLLC misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Misty A Perry Isaacson
    on behalf of Defendant Christine Avenatti Carlin misty@ppilawyers.com ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Monica Rieder
    on behalf of Interested Party Courtesy NEF mrieder@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com

Monica Rieder
    on behalf of Plaintiff Richard A. Marshack mrieder@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com

Monica Rieder
    on behalf of Plaintiff Richard A Marshack mrieder@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com

Najah J Shariff
    on behalf of Respondent UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE najah.shariff@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Nanette D Sanders
    on behalf of Interested Party Courtesy NEF becky@ringstadlaw.com arlene@ringstadlaw.com

R Gibson Pagter, Jr.
    on behalf of Creditor 500/520/550 Newport Center Drive LLC gibson@ppilawyers.com pagterandperryisaacson@jubileebk.net

Richard A Marshack (TR)
    pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com

Richard L Kellner
    on behalf of Trustee Richard A Marshack (TR) rlk@kellnerlaw.com irma.c.deleon@gmail.com

Richard L Kellner
    on behalf of Plaintiff Richard A. Marshack rlk@kellnerlaw.com irma.c.deleon@gmail.com

Robert J Im
    on behalf of Creditor Honda Aircraft Company LLC rim@ghidottiberger.com, irvineECF@mcglinchey.com

Robert J Im
    on behalf of Defendant Honda Aircraft Company LLC rim@ghidottiberger.com irvineECF@mcglinchey.com

Robert S Marticello
    on behalf of Defendant Edwin Spaunhurst rmarticello@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Robert S Marticello
    on behalf of Defendant Aledmi LLC rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Robert S Marticello
    on behalf of Defendant Michael White rmarticello@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Robert S Marticello
    on behalf of Defendant Alan Chaffee rmarticello@raineslaw.com bclark@raineslaw.com;csantiago@raineslaw.com

Rodger M. Landau
    on behalf of Creditor Landau Law LLP rlandau@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com

Rodger M. Landau
    on behalf of Attorney Landau Law LLP rlandau@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ryan D O'Dea
    on behalf of Interested Party Avenatti Michael rodea@shulmanbastian.com lgauthier@shulmanbastian.com;avernon@shulmanbastian.com

Sarah Rose Hasselberger
    on behalf of Interested Party Courtesy NEF shasselberger@marshackhays.com shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com

Steven Casselberry

District/off: 0973-8 User: admin Page 6 of 6
Date Rcvd: Sep 19, 2025 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Eisenhower Carlson PLLC Steve.Casselberry@procopio.com jessica.perez@procopio.com;asc@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com |
| Steven Casselberry | on behalf of Defendant Eisenhower Carlson PLLC Steve.Casselberry@procopio.com jessica.perez@procopio.com;asc@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com |
| Thomas Coker | on behalf of Respondent UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE Thomas.coker@usdoj.gov  USACAC.criminal@usdoj.gov |
| Timothy C Aires | on behalf of Creditor Jason Frank Law PLC tca@arlawyers.com  gperez@arlawyers.com |
| Tinho Mang | on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Tinho Mang | on behalf of Plaintiff Richard A. Marshack tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 107

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 19 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP

Debtor.

Case No. 8:19-bk-13560-SC

Chapter 7

ORDER APPROVING STIPULATION BETWEEN LANDAU LAW LLP, JASON FRANK LAW, MARSHACK HAYS WOOD LLP, FORCE TEN PARTNERS LLC AS TRUSTEE'S ELECTRONIC RECORDS MANAGER, AND CHAPTER 7 TRUSTEE RE: GLOBAL RESOLUTION OF OBJECTIONS TO PENDING FEE APPLICATIONS AND JFL LIEN CLAIM AGAINST AVOIDANCE ACTION RECOVERIES

[STIPULATION FILED AS DK. NO. 569]

The Court has read and considered the stipulation ("Stipulation") entered into between Marshack Hays Wood LLP ("MHW"), Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), Landau Law LLP ("Landau Law"), Jason Frank Law ("JFL"), Force Ten Partners, LLC as Trustee's Electronic Records Manager ("Force 10"), the Kellner Law Group PC ("KLG"), and Marshack Hays Wood LLP ("MHW"), filed on September 5, 2025, as Docket No. 569, and has found good cause to approve the Stipulation.

1

4907-4705-6654v.1-1015-131

**IT IS ORDERED**:

1. The Stipulation is approved.

2. The application filed by Landau Law as Docket No. 512 ("Landau Application") is approved, on an interim basis, in the reduced amount of $270,000 in fees.

3. The application filed by Landau Law as Docket No. 513 is withdrawn by stipulation, and this withdrawal is without prejudice as set forth in the Stipulation.

4. The application filed by MHW as Docket No. 517 is approved, on an interim basis, in the reduced amount of $577,451.50 in fees and $5,733.08 in costs.

5. The Trustee is authorized to make an immediate distribution of $250,000 to JFL on account of its asserted lien rights in assets of the Estate comprised of litigation recoveries by Landau Law on behalf of the Estate, and pursuant to Paragraph 8 of the Stipulation, JFL shall have further creditor rights limited solely to those stated in Paragraph 8 of the Stipulation, which is incorporated herein by reference.

6. From the $433,687.50 received by the Estate from Dr. Hrayr Shahinian, the Trustee is authorized to make an immediate distribution of $377,308.13 to JFL on account of its asserted lien rights, and retain the remaining balance as set forth in Paragraph 9 of the Stipulation.

7. The Subordination Agreement previously approved by the Court by order entered as Docket No. 107 and as amended by order entered as Docket No. 349, is further amended by stipulation, as follows:

    a. Consistent with Paragraph 1(a) of the Subordination Agreement, 3% of the X-Law Recovery shall be reserved and segregated for payment of the Trustee's compensation under 11 U.S.C. § 326.

    b. All unreimbursed case costs incurred in connection with the X-Law Adversary (and not any costs incurred in connection with the main bankruptcy case) shall be paid from gross recovery in that matter ("X-Law Recovery").

    c. After reservation and payment of the line items under subparagraphs (a)-(b) above, the net balance remaining ("X-Law Net Recovery") shall be subject to

4907-4705-6654v.1-1015-131

an increased 60% contingency fee in favor of Trustee's co-counsel MHW and KLG.

    d. Consistent with Paragraph 1(d)-1(e) of the Subordination Agreement, 10% of the X-Law Net Recovery shall be reserved and segregated for "Other Allowed Administrative Claims" and/or other unsecured creditors. Such 10% reservation for "Other Allowed Administrative Claims" may only be used to pay any administrative fees **not accounted for** by the fee applications filed to date.

    e. The Trustee's two counsel in the X-Law Adversary shall be entitled to a proportional share of the 60% contingency fee based on the then-applicable hourly rate value of their respective total hours billed to the X-Law Adversary. For the purposes of this allocation, MHW shall only be credited one-half of the value of hours billed to the X-Law Adversary from May 2020, through November 27, 2024, and may seek full credit for any additional hours billed to the X-Law Adversary after November 27, 2024, from the 60% contingency fee obtained by the estate free of the JFL Lien. Except as otherwise provided in this Stipulation and subject to approval by the Court, MHW shall not be entitled to seek compensation for attorneys' fees billed on the X-Law Adversary except through this proportional share of the X-Law Adversary, and allowance and payment of one-half of its fees charged to the X-Law Adversary in the MHW Application.

    f. JFL shall be entitled to receive the remaining 40% of the X-Law Net Recovery after payment of the contingency fee.

8. The Trustee is authorized to make the following immediate interim payments towards allowed administrative fees and expenses from funds on hand:

    a. To Landau Law, $270,000, on account of its fee applications for non-contingency services for the Estate and its requested fees for representing the receiver.

3

4907-4705-6654v.1-1015-131

     b. To MHW, $577,451.50, on account of uncompensated fees, and $5,733.08 in unreimbursed costs.

     c. To JFL, $627,308.13, on account of its secured claim.

     d. To Murphey & Murphey, APC, $45,071 in uncompensated fees, and $34.65 in unreimbursed expenses.

     e. To Force 10, $127,999.50 in uncompensated fees, and $262.91 in unreimbursed expenses.

9. This Court retains exclusive jurisdiction to interpret and enforce any provisions of the Stipulation and to approve the foregoing interim fees on a final basis.

###

Date: September 19, 2025

*/s/ Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

4

4907-4705-6654v.1-1015-131