| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| R. Gibson Pagter, Jr. CA SBN 116450<br>PAGTER AND PERRY ISAACSON<br>1851 E. First Street, Suite 700<br>Santa Ana, CA 92705<br>Telephone: (714) 541-6072<br>Email: gibson@ppilawyers.com<br><br>*Attorney for:* Creditor 500/520/550 Newport Ctr Drive | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor(s). | CASE NO.: 8:19-bk-13560-SC<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: 7 |
|---|---|
| <br>vs.<br><br>Plaintiff(s),<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

   500/550 Newport Center Drive, LLC and 520 Newport Center Drive, LLC

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   Misty Perry Isaacson  (714) 541-6072 ext. 2
   MPI Law, P.C.
   505 N. Tustin Ave., Suite 282
   Santa Ana, CA 92705  misty@mpilawfirm.com

3. New attorney hereby appears in the following matters:  ☒ the bankruptcy case  ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                              Page 1                                              F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

R. Gibson Pagter, Jr.,

Date: 10/16/2025

_Susanna M. Brown_
Signature of party

Susanna M Brown, V.P. & Asst Gen Coun-Reg. In-Hse
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 10/16/25

_[signature]_
Signature of present attorney

R. Gibson Pagter, Jr.
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 10·16·2025

_M. Isaacson_
Signature of new attorney

Misty Perry Isaacson
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                Page 2                F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1851 E. First Street, Suite 700, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _10/17/2025_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2025 | Lisa Utter | /s/ Lisa Utter |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 3    F 2091-1.SUBSTITUTION.ATTY

## SERVICE LIST

**ECF SERVICE:**

- Timothy C Aires    tca@arlawyers.com, gperez@arlawyers.com
- James C Bastian    jbastian@shulmanbastian.com
- Christopher L Blank    chris@chrisblanklaw.com
- Mark S Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Steven Casselberry    Steve.Casselberry@procopio.com, jessica.perez@procopio.com;asc@procopio.com;emily.marsh@procopio.com; calendaringbankruptcy@procopio.com
- Thomas Coker    Thomas.coker@usdoj.gov, USACAC.criminal@usdoj.gov
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Martin B Greenbaum    eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Robert J Im    rim@ghidottiberger.com, irvineECF@mcglinchey.com
- Richard L Kellner    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- Erick Kuylman    erick.kuylman@warrenterzian.com

- Rodger M. Landau   rlandau@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com

- Elan S Levey   elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

- Jessica R MacGregor   jmacgregor@longlevit.com, lmyers@longlevit.com

- Aaron J Malo   amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com

- Tinho Mang   tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

- Filippo Marchino   fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com

- Judith E Marshack   jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com

- Richard A Marshack (TR)   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

- Robert S Marticello   rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

- Kenneth Misken   Kenneth.M.Misken@usdoj.gov

- Meghan C Murphey   meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com

- Alan I Nahmias   anahmias@mbn.law, jdale@mbn.law

- Karen S. Naylor   Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com

- Ryan D O'Dea   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com

- Brian A Paino   bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

- Aditi Paranjpye   aparanjpye@lawdbs.com, kbeckham@cairncross.com;AParanjpye@ecf.courtdrive.com

- Misty A Perry Isaacson   misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- Eric S Pezold   epezold@swlaw.com, fcardenas@swlaw.com
- Kurt Ramlo   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- David M Reeder   david@reederlaw.com, secretary@reederlaw.com
- Jack A. Reitman   jareitman@gmail.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- John P. Reitman   jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com
- Ronald N Richards   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Monica Rieder   mrieder@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com
- Nanette D Sanders   becky@ringstadlaw.com, arlene@ringstadlaw.com
- Najah J Shariff   najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Michael Simon   msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Andrew Still   astill@swlaw.com, kcollins@swlaw.com
- Andrew Stolper   astolper@lawfss.com, mnowowiejski@lawfss.com
- Jolene Tanner   jolene.tanner@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- David Wood   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com