D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP |
| | [NO HEARING REQUIRED] |

NOTICE IS HEREBY GIVEN that effective April 1, 2026, the hourly rates charged by Marshack Hays Wood LLP will increase as follows:

| **ATTORNEY** | **PRESENT RATE** | **INCREASED RATE** |
|---|---|---|
| Richard A. Marshack[1] | $770 | $795 |
| D. Edward Hays | $770 | $795 |
| David A. Wood | $670 | $690 |
| Aaron E. de Leest | $670 | $690 |
| Laila Rais | $590 | $650 |
| Tinho Mang | $570 | $650 |
| Kristine A. Thagard | $670 | $690 |

---

[1] Mr. Marshack is the trustee in this case. This increased billing rate is provided for informational purposes only.

1

NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP

| | | |
|---|---|---|
| Matthew W. Grimshaw | $670 | $690 |
| Chad V. Haes | $670 | $690 |
| Alina N. Mamlyuk | $570 | $600 |
| Bradford N. Barnhardt | $470 | $550 |
| Sarah Hasselberger | $470 | $550 |
| Devan de los Reyes | $400 | $490 |
| **PARAPROFESSIONALS** | | |
| Pamela Kraus | $380 | $390 |
| Chanel Mendoza | $380 | $390 |
| Layla Buchanan | $380 | $390 |
| Cynthia Bastida | $380 | $390 |
| Sandra Pineda | $380 | $390 |
| Laurel Dinkins | $380 | $390 |
| Chantaal Arnold | $350 | $370 |

DATED: February 20, 2026    MARSHACK HAYS WOOD LLP


By: /s/ Tinho Mang
    D. EDWARD HAYS
    TINHO MANG
    Attorneys for Chapter 7 Trustee,
    RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 20, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On ▯, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ▯, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2026 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  continued:

- **Timothy C Aires**     tca@arlawyers.com, gperez@arlawyers.com
- **James C Bastian**     jbastian@shulmanbastian.com
- **Christopher L Blank**     chris@chrisblanklaw.com
- **Mark S Bostick**     mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- **Steven Casselberry**     Steve.Casselberry@procopio.com, jessica.perez@procopio.com;asc@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com
- **Thomas Coker**     Thomas.coker@usdoj.gov, USACAC.criminal@usdoj.gov
- **Lei Lei Wang Ekvall - DECEASED -**     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey I Golden**     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **David B Golubchik**     dbg@lnbyg.com, dbg@lnbyg.com
- **Martin B Greenbaum**     eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **Sarah Rose Hasselberger**     shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Robert J Im**     rim@ghidottiberger.com, irvineECF@mcglinchey.com
- **Richard L Kellner**     rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **Erick Kuylman**     erick.kuylman@warrenterzian.com
- **Rodger M. Landau**     rlandau@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com
- **Elan S Levey**     elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Jessica R MacGregor**     jmacgregor@longlevit.com, lmyers@longlevit.com
- **Aaron J Malo**     amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- **Tinho Mang**     tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **Filippo Marchino**     fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com
- **Judith E Marshack**     jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Robert S Marticello**     rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken**     Kenneth.M.Misken@usdoj.gov
- **Meghan C Murphey**     meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **Alan I Nahmias**     anahmias@mbn.law, jdale@mbn.law
- **Karen S. Naylor**     Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Ryan D O'Dea**     rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com;yrivera@shulmanbastian.com
- **Brian A Paino**     bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **Aditi Paranjpye**     aparanjpye@lawdbs.com, kbeckham@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Misty A Perry Isaacson**     misty@mpilawfirm.com, pagterandperryisaacson@jubileebk.net;misty@ecf.courtdrive.com
- **Eric S Pezold**     epezold@swlaw.com, fcardenas@swlaw.com
- **Kurt Ramlo**     RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **David M Reeder**     david@reederlaw.com, secretary@reederlaw.com
- **Jack A. Reitman**     jareitman@gmail.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**     jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com
- **Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Monica Rieder**     mrieder@landaufirm.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com
- **Nanette D Sanders**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Najah J Shariff**    najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Michael Simon**    msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Andrew Stolper**    astolper@lawfss.com, mnowowiejski@lawfss.com
- **Jolene Tanner**    jolene.tanner@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**