D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

NOV 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

Debtor.

Case No. 8:19-bk-13560-SC

Chapter 7

ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH THE LAW OFFICES OF JAMES R. MORIARTY

[Motion Docket No. 575]

Date: November 3, 2026
Time: 11:00 a.m.
Courtroom: 5C
Location: 411 West Fourth Street, Santa Ana, CA 92701-4593

On November 3, 2026, the Court held a continued hearing on the motion filed by Richard A. Marshack, Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), seeking approval of the compromise with The Law Offices of James R. Moriarty ("Moriarty") and Jason Frank Law, APLC ("JFL"), which motion was filed on September 22, 2026, as Docket No. 575 ("Motion"). The Motion was supplemented by a supplemental declaration of Richard L. Kellner filed on October 9, 2026, as Docket No. 578 ("Supplement").

Prior to the hearing on the Motion, the Court posted a tentative ruling noting that there was no opposition to the Motion and excusing appearances. At the hearing, no party appeared to oppose the Motion, as supplemented. Good cause appearing, the Court enters its order as follows:

IT IS ORDERED:

1. The Motion is granted, as clarified by the Supplement.

2. The settlement agreement ("Agreement") attached as Exhibit "1" to the Declaration of Richard A. Marshack, is approved.

3. Trustee is authorized to take all steps and execute any other documents necessary to effectuate the Agreement.

4. The division of settlement proceeds as set forth in the Agreement is approved, as follows:

a. Trustee's special litigation counsel Kellner Law Group, PLC shall receive $2,750 of the settlement proceeds as his agreed reduced contingency fee;

b. Jason Frank Law, PLC shall receive $5,500 of the settlement proceeds in connection with his agreed distribution on account of his secured claim against the proceeds; and

c. Trustee, on behalf of the Estate, may retain the remaining $2,750 in funds as property of the Estate.

###

Date: November 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge