United States Bankruptcy Court
Central District of California

In re: Case No. 19-13560-SC
Eagan Avenatti, LLP Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 1
Date Rcvd: Nov 09, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Eagan Avenatti, LLP, 20341 SW Birch, Suite 220, Newport Beach, CA 92660-1514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

NOV 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH THE LAW OFFICES OF JAMES R. MORIARTY<br><br>[Motion Docket No. 575]<br><br>Date: November 3, 2026<br>Time: 11:00 a.m.<br>Courtroom: 5C<br>Location: 411 West Fourth Street, Santa Ana, CA 92701-4593 |

On November 3, 2026, the Court held a continued hearing on the motion filed by Richard A. Marshack, Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), seeking approval of the compromise with The Law Offices of James R. Moriarty ("Moriarty") and Jason Frank Law, APLC ("JFL"), which motion was filed on September 22, 2026, as Docket No. 575 ("Motion"). The Motion was supplemented by a supplemental declaration of Richard L. Kellner filed on October 9, 2026, as Docket No. 578 ("Supplement").

Prior to the hearing on the Motion, the Court posted a tentative ruling noting that there was no opposition to the Motion and excusing appearances. At the hearing, no party appeared to oppose the Motion, as supplemented. Good cause appearing, the Court enters its order as follows:

IT IS ORDERED:

1. The Motion is granted, as clarified by the Supplement.

2. The settlement agreement ("Agreement") attached as Exhibit "1" to the Declaration of Richard A. Marshack, is approved.

3. Trustee is authorized to take all steps and execute any other documents necessary to effectuate the Agreement.

4. The division of settlement proceeds as set forth in the Agreement is approved, as follows:

a. Trustee's special litigation counsel Kellner Law Group, PLC shall receive $2,750 of the settlement proceeds as his agreed reduced contingency fee;

b. Jason Frank Law, PLC shall receive $5,500 of the settlement proceeds in connection with his agreed distribution on account of his secured claim against the proceeds; and

c. Trustee, on behalf of the Estate, may retain the remaining $2,750 in funds as property of the Estate.

###

Date: November 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge