D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>NOTICE OF MOTION TO: (1) APPROVE TRUSTEE'S COMPROMISE WITH THE X-LAW GROUP, P.C., FILIPPO MARCHINO, ELBA HERNANDEZ, AND THE ESTATE OF ANDRES RAMIREZ PURSUANT TO FED. R. BANKR. P. 9019; (2) AUTHORIZE RELEASE OF FUNDS TO TRUSTEE FROM GAMMILL LAW GROUP; AND (3) ALLOW AND APPROVE PAYMENT OF CONTINGENCY FEE TO KELLNER LAW GROUP, P.C. AND MARSHACK HAYS WOOD LLP<br><br>Date: December 15, 2026<br>Time: 11:00 a.m.<br>Courtroom: 5C<br>Location: 411 West Fourth Street, Santa Ana, CA 92701-4593 |

PLEASE TAKE NOTICE THAT on December 15, 2026, at 11:00 a.m., a hearing will be held on the motion ("Motion") filed by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Eagan Avenatti, LLP ("Debtor"), for approval of a settlement agreement ("Agreement") between the Trustee and Elba Hernandez, the Estate of Andres Ramirez, The X-Law Group, P.C. ("X-Law"), and Filippo Marchino (collectively, "Defendants") to fully resolve the Estate's claims against Defendants in Adversary Case No. 8:20-ap-01086-SC ("Action").

In the Motion, the Trustee seeks entry of an order: (1) approving the Agreement under Federal Rule of Bankruptcy Procedure 9019; (2) authorizing and directing Gammill Law Group ("Gammill Law") to remit to the Trustee the $500,000 deposit held in its trust account no later than 10 calendar days after entry of the order; and (3) allowing the contingency fee of Trustee's counsel and authorizing distribution of the settlement proceeds pursuant to the terms approved by the Court on September 19, 2025 (Dk. Nos. 569 and 571).

Under the Agreement, Defendants will pay the Estate $1,750,000, consisting of the $500,000 held by Gammill Law and a $1,250,000 balance to be paid within 90 days after entry of the order approving the Agreement. If Defendants fail to timely pay, the Trustee may seek entry of a stipulated judgment jointly and severally against all Defendants. The settlement proceeds will be distributed as follows: (a) reservation of 3% of the gross proceeds for the Trustee's compensation under 11 U.S.C. § 326 (estimated at $52,500); (b) payment of unreimbursed case expenses of $426.92 to Kellner Law Group, P.C. ("Kellner Law"); (c) reservation of 10% of the remaining net recovery for other allowed administrative claims and/or unsecured creditors (estimated at $169,707.31); (d) a 60% contingency fee on the balance, in the total amount of $916,419.46, of which up to $626,701.39 (68.3859%) is to be paid to Kellner Law, special litigation counsel to the Trustee, and up to $289,718.07 (31.6141%) is to be paid to Marshack Hays Wood LLP, general counsel to the Trustee; and (e) the remaining 40%, up to $610,946.31, to secured judgment creditor Jason Frank Law, PLC ("JFL"). Upon receipt of the $500,000 from Gammill Law, the Trustee requests authority to distribute $426.92 and $178,944.93 to Kellner Law, $82,724.53 to Marshack Hays Wood LLP, and $174,446.31 to JFL, and to retain $63,457.31 on behalf of the Estate, with the remaining distributions pro-rated as settlement funds are received.

Any party interested in obtaining a copy of the Motion may contact Trustee's counsel, D. Edward Hays, at ehays@marshackhays.com and Tinho Mang, at tmang@marshackhays.com.

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE FURTHER NOTICE that any response to the Motion must be in the form as required by Local Bankruptcy Rule 9013-1(f) and filed with the Clerk of the above-entitled Court no later than fourteen (14) days prior to the hearing date set forth above, and a copy served on Marshack Hays Wood LLP to the attention of D. Edward Hays and Tinho Mang at the address indicated above and must also be served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed objections and the Court may grant the relief requested in the Motion without further notice or hearing. *See,* Rule 9013-1(h) of the Local Bankruptcy Rules.

DATED: November 24, 2026

MARSHACK HAYS WOOD LLP

By: *<u>/s/ D. Edward Hays</u>*
D. EDWARD HAYS
TINHO MANG
Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION TO: (1) APPROVE COMPROMISE WITH THE X-LAW GROUP, P.C., FILIPPO MARCHINO, ELBA HERNANDEZ, AND THE ESTATE OF ANDRES RAMIREZ PURSUANT TO FED. R. BANKR. P. 9019; (2) AUTHORIZE RELEASE OF FUNDS TO TRUSTEE FROM GAMMILL LAW GROUP; AND (3) ALLOW AND APPROVE DISTRIBUTION OF CONTINGENCY FEE BETWEEN KELLNER LAW GROUP, P.C. AND MARSHACK HAYS WOOD LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **November 24, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
EAGAN AVENATTI, LLP
~~20341 SW BIRCH, SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

**INTERESTED PARTY**
GAMMILL LAW
3820 DEL AMO BLVD
STE 304
TORRANCE, CA 90503

**INTERESTED PARTY**
JASON FRANK LAW, A PROFESSIONAL LAW CORPORATION
JASON FRANK
1416 3RD ST
MANHATTAN BEACH, CA 90266

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY - VIA PERSONAL DELIVERY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
411 WEST FOURTH STREET, SUITE 5130
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2026 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR JASON FRANK LAW PLC:** Timothy C Aires tca@arlawyers.com, gperez@arlawyers.com
- **INTERESTED PARTY COURTESY NEF:** James C Bastian jbastian@shulmanbastian.com, avernon@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT TRACKSIDE PERFORMANCE, LLC; DEFENDANT ANDREW S. DAVIS; and DEFENDANT ROBERT FAIETA dba COMPETITION MOTORSPORTS:** Christopher L Blank chris@chrisblanklaw.com
- **ATTORNEY FOR DEFENDANT DILLANOS COFFEE ROASTERS:** Mark S Bostick mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- **ATTORNEY FOR DEFENDANT EISENHOWER CARLSON PLLC:** Steven Casselberry Steve.Casselberry@procopio.com, jessica.perez@procopio.com;hayden.fredrick@procopio.com;calendaringbankruptcy@procopio.com;genesis.delgado@procopio.com;lauren.hill@procopio.com
- **ATTORNEY FOR RESPONDENT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Thomas Coker Thomas.coker@usdoj.gov, USACAC.criminal@usdoj.gov
- **[DECEASED] ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; and DEFENDANT MICHAEL WHITE:** Lei Lei Wang Ekvall - DECEASED lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR DEFENDANT SILVER STAR SOUNDS & COMMUNICATIONS, INC:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law
- **ATTORNEY FOR DEFENDANT THE X-LAW GORUP, PC, A PROFESSIONAL CORPORATION and DEFENDANT FILIPPO MARCHINO:** David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- **ATTORNEY FOR DEFENDANT GALLO BUILDERS, INC.:** Martin B Greenbaum eparker@collectionlaw.com, mgreenbaum@collectionlaw.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com; cbastida@marshackhays.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT HONDA AIRCRAFT COMPANY, LLC:** Robert J Im rim@ghidottiberger.com, irvineECF@mcglinchey.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR INTERVENOR HRAYR SHAHINIAN:** Erick Kuylman erick.kuylman@warrenterzian.com
- **ATTORNEY FOR LANDAU LAW LLP:** Rodger M. Landau rlandau@landaufirm.com, vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com
- **ATTORNEY FOR INTERESTED PARTY UNITED STATES OF AMERICA:** Elan S Levey elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR OTHER PROFESSIONAL JAMS, INC.:** Jessica R MacGregor jmacgregor@longlevit.com, lmyers@longlevit.com
- **ATTORNEY FOR DEFENDANT OSBORN MACHLER, PLLC and DEFENDANT SIMEON OSBORN:** Aaron J Malo amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AND DEFENDANT THE X-LAW GROUP, P.C.; CREDITOR ALEXIS GARDNER; CREDITOR DAMON ROGERS; DEFENDANT YOUNG BLUE, LLC, A LIMITED LIABILITY COMPANY; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR-IN-INTEREST TO ANDRES RAMIREZ, DECEASED; DEFENDANT FILIPPO MARCHINO; and DEFENDANT SANDY LE, INDIVIDUALLY AND ON BEHALF OF TINA NGAN LE, DECEDENT:** Filippo Marchino fm@xlawx.com, tc@xlawx.com;so@xlawx.com;tg@xlawx.com;cc@xlawx.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com

- **CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; and DEFENDANT MICHAEL WHITE:** Robert S Marticello rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **ATTORNEY FOR US TRUSTEE (SA):** Kenneth Misken Kenneth.M.Misken@usdoj.gov
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Meghan C Murphey meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- **ATTORNEY FOR CREDITOR STOLL, NUSSBAUM & POLAKOV:** Karen S. Naylor Becky@ringstadlaw.com, Karen@ringstadlaw.com; Arlene@ringstadlaw.com
- **ATTORNEY FOR INTERESTED PARTY AVENATTI MICHAEL:** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com;yrivera@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT HONDA AIRCRAFT COMPANY LLC:** Brian A Paino bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com;hometapbankruptcies@hinshawlaw.com
- **ATTORNEY FOR DEFENDANT HPPW, LLC:** Aditi Paranjpye aparanjpye@lawdbs.com, assistant@lawdbs.com;admin@lawdbs.com;paralegal@lawdbs.com;jsmith@lawdbs.com
- **ATTORNEY FOR DEFENDANT FOSTER GARVEY PC, AS SUCCESSOR-IN-INTEREST TO FOSTER PEPPER PLLC and DEFENDANT CHRISTINE AVENATTI CARLIN:** Misty A Perry Isaacson misty@mpilawfirm.com, pagterandperryisaacson@jubileebk.net;misty@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Eric S Pezold epezold@swlaw.com, fcardenas@swlaw.com
- **ATTORNEY FOR CREDITOR THE X-LAW GROUP, P.C.; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR-IN-INTEREST TO ANDRES RAMIREZ, DECEASED; and DEFENDANT FILIPPO MARCHINO:** Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- **ATTORNEY FOR CREDITOR EDWARD M. RICCI, P.A.:** David M Reeder david@reederlaw.com, secretary@reederlaw.com
- **ATTORNEY FOR DEBTOR AND DEFENDANT EAGAN AVENATTI, LLP and PLAINTIFF AND CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Jack A. Reitman jareitman@gmail.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **ATTORNEY FOR CREDITOR HONDA AIRCRAFT COMPANY, LLC and PLAINTIFF AND CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR PLAINTIFF CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** Monica Rieder mrieder@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com
- **INTERESTED PARTY COURTESY NEF:** Nanette D Sanders becky@ringstadlaw.com, arlene@ringstadlaw.com
- **ATTORNEY FOR RESPONDENT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR IRVINE COMPANY:** Jessica M. Simon jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **ATTORNEY FOR DEFENDANT ALEDMI, LLC; DEFENDANT ALAN CHAFFEE; DEFENDANT EDWIN SPAUNHURST; and DEFENDANT MICHAEL WHITE:** Michael Simon msimon@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **ATTORNEY FOR DEFENDANT VINCENT BUILDERS, INC.:** Andrew Still astill@swlaw.com, kcollins@swlaw.com
- **ATTORNEY FOR CREDITOR JASON FRANK LAW PLC:** Andrew Stolper astolper@lawfss.com, mnowowiejski@lawfss.com;jfrank@lawfss.com
- **ATTORNEY FOR RESPONDENT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Jolene Tanner jolene.tanner@usdoj.gov, caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- **US TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**CREDITOR / POC ADDRESS**
BAKER KEENER & NAHRA LLP
C/O PHILLIP A. BAKER
633 WEST FIFTH STREET, SUITE 5500
LOS ANGELES, CA 90071-2060

**NEW ADDR PER WEB**
**CREDITOR / POC ADDRESS**
BRIAN WEISS
FORCE TEN PARTNERS LLC
5271 CALIFORNIA AVE., SUITE 270
IRVINE, CA 92617

**CREDITOR / POC ADDRESS**
GEOFFREY E JOHNSON
C/O CALLAHAN & BLAINE APLC
3 HUTTON CENTRE DRIVE
NINTH FLOOR
SANTA ANA, CA 92707-5781

**CREDITOR / POC ADDRESS**
GREGORY BARELA
C/O STEVEN E BLEDSOE, ESQ. / LARSON O'BRIEN LLP
555 S FLOWER ST, SUITE 4400
LOS ANGELES, CA 90071

**CREDITOR / POC ADDRESS**
PERSONAL COURT REPORTERS INC
LAW OFFICES OF PHILIP LANDSMAN
5776 LINDERO CANYON RD STE D-366
WESTLAKE VILLAGE CA 91362

**NEW ADDR CA SOS 10/14/19**
**CREDITOR / POC ADDRESS**
THE X LAW GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
625 FAIR OAKS AVENUE, SUITE 390
SOUTH PASADENA, CA 91030

**CREDITOR /POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P O BOX 826880
SACRAMENTO, CA 94280-0001

**NEW ADDR 03/02/20 WA BAR; RTS 10-01-26 UTF**
**SECURED CREDITOR**
ACAMAR INVESTMENTS
JOHN CASPERSON
3101 WESTERN AVE STE 500
SEATTLE, WA 98121-3071

**SECURED CREDITOR**
ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON, DC 20044

**SECURED CREDITOR**
CALIFORNIA BANK & TRUST
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 30833
SALT LAKE CITY, UT 84130-0833

**NEW ADDR PER CA SOS**
**SECURED CREDITOR**
CALIFORNIA BANK & TRUST MERGED INTO ZIONS FIRST NATIONAL BANK, A SUBSIDIARY OF ZIONS BANCORPORATION, NATIONAL ASSOCIATION
CSC - LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE OF PROCESS
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO, CA 95833

**SECURED CREDITOR**
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
FEDERAL BUILDING, ROOM 7516
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

**SECURED CREDITOR**
DEPT OF THE TREASURY IRS
OGDEN, UT 84201-0013

**SECURED CREDITOR**
STATE OF CA EMPLOYMENT DEVELOPMENT
LIEN GROUP MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SECURED CREDITOR**
THE PEOPLES BANK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
BILOXI MISSISSIPPI
152 LAMEUSE STREET
BILOXI, MS 39530-4214

**CREDITOR**
ADERANT HOLDINGS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
LOCKBOX PO BOX 931177
ATLANTA, GA 31193-0001

**CREDITOR**
ALLIED UNIVERSAL SECURITY SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

**NEW ADDR PER WEB**
**CREDITOR**
ALPHAGRAPHICS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1058 E WASHINGTON AVE
MADISON, WI 53703

**CREDITOR**
ANDREW STOLPER
FRANK SIMMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
ANTHEM BLUE CROSS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 54630
LOS ANGELES, CA 90054-0630

**CREDITOR**
AT&T TELECONFERENCE SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 5002
CAROL STREAM, IL 60197-5002

**CREDITOR**
AUTHENTIC ENTERTAINMENT PROPERTIES
C/O ANDREW D STOLPER ESQ
19800 MACARTHUR BLVD STE 855
IRVINE, CA 92612-8444

**CREDITOR**
BAKER HOSTETLER
ATTN ELIZABETH GREEN
200 S ORANGE AVE
SUITE 2300
ORLANDO, FL 32801-3432

**NEW ADDR PER WEBSITE**
**CREDITOR**
BURLINGTON & ROCKENBACH PA
1601 FORUM PLACE, SUITE 600
WEST PALM BEACH, FL 33401

**CREDITOR**
CA DEPARTMENT OF REVENUE
CA FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO, CA 95812-1468

**CREDITOR**
CANTRAL COMMUNICATIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
11830 PIERCE STREET
SUITE 100
RIVERSIDE, CA 92505-5175

**CREDITOR**
CARLOS COLORADO
C/O HODES MILMAN LLP
9210 IRVINE CENTER DR
IRVINE, CA 92618-4661

**NEW ADDR PER WEB**
**CREDITOR**
CCROLA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
205 S. BROADWAY, SUITE 1008
LOS ANGELES, CA 90012

**NEW ADDR PER WEB**
**CREDITOR**
CITY OF NEWPORT BEACH
ATTN: AARON C. HARP, CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
100 CIVIC CENTER DRIVE
NEWPORT BEACH, CA 92660

**NEW ADDR PER CA SOS**
**CREDITOR**
COLLISION AND INJURY DYNAMICS INC
ATTN: ELIZABETH JENNIFER WAHBA, AGENT FOR SERVICE OF PROCESS
2275 W 190TH STREET
TORRANCE, CA 90504

**SEE NEW ADDR PER DK 400**
**CREDITOR**
COMPETITION ECONOMICS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2000 POWELL STREET
SUITE 510
EMERYVILLE, CA 94608-1886

**CREDITOR**
COREY SPOUND & MICHAEL SPOUND
C/O FRANK SIMS & STOLPER LLP
19800 MACARTHUR BLVD
#855
IRVINE, CA 92612-8444

**CREDITOR**
COUNTY OF ORANGE
ATTN TREASURER-TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702-1438

**CREDITOR**
COX COMMUNICATIONS
ATTN BANKRUPTCY CENTER
1341 CROSSWAYS BLVD
CHESAPEAKE VA 23320-2897

**CREDITOR**
DAVID H. STEIN, ESQ.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095-1146

**NEW ADDR 08/29/23 USPS**
**CREDITOR**
DAVID W STEWART PHD
2117 LOUDON HL
SPRING HILL, TN 37174-4304

**NEW ADDR PER CA SOS**
**CREDITOR**
EMPLOYERS PREFERRED INSURANCE COMPANY
CSC - LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE OF PROCESS
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO, CA 95833

**CREDITOR**
EMPLOYMENT DEVELOPMENT DEPARTMENT
P O BOX 989061
WEST SACRAMENTO, CA 95798-9061

**CREDITOR**
ESNER CHANGE BOYER & MURPHY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
600 S. LAKE AVE, STE 408
PASADENA, CA 91106

**NEW ADDR PER CA SOS**
**CREDITOR**
EXECUTIVE PRESENTATIONS, INC.
ATTN: RICHARD J. KRAEMER, AGENT FOR SERVICE OF PROCESS, OR OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
236 S 8TH AVE, STE F
CITY OF INDUSTRY, CA 91746

**CREDITOR**
F TIMOTHY FITZGIBBONS
WILLIAM PARRISH
C/O CAPPELLO & NOEL LLP
831 STATE STREET SUITE 210
SANTA BARBARA, CA 93101-3227

**CREDITOR**
FEDEX
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 7221
PASADENA, CA 91109-7321

**NEW ADDR PER CA SOS**
**CREDITOR**
FILE & SERVEXPRESS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
4347 W. NORTHWEST HWY, STE 130-280
DALLAS, TX 75220

**CREDITOR**
GARRETT MOSIER GRIFFITH SISTRU
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
6201 OAK CANYON
#100
IRVINE, CA 92618-5232

**NEW ADDR PER WEBSITE 11/12/19**
**CREDITOR**
GASS WEBER MULLINS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
241 N BROADWAY, SUITE 300
MILWAUKEE, WI 53202

**NEW ADDR PER CA SOS**
**CREDITOR**
GREEN STREET ADVISORS, LLC
COGENCY GLOBAL INC, AGENT FOR SERVICE OF PROCESS
1325 J STREET, SUITE 1550
SACRAMENTO, CA 95814

**NEW ADDR PER CA SOS**
**CREDITOR**
GREEN STREET ADVISORS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
100 BAYVIEW CIRCLE, SUITE 400
NEWPORT BEACH, CA 92660

**CREDITOR**
GREGORY AND TALITHA BARELA
C/O LARSON O BRIEN LLP
55 SOUTH FLOWER ST
SUITE 4400
LOS ANGELES, CA 90071

**CREDITOR**
IMANAGE LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 71701
CHICAGO, IL 60694-1701

**NEW ADDR PER CA SOS**
**CREDITOR**
INNOVATIVE COMPUTING SYSTEMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1000 WILSHIRE BOULEVARD, SUITE 900
LOS ANGELES, CA 90017

**CREDITOR**
INSERVIO3
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
18013 SKY PARK CIR
IRVINE, CA 92614-6518

**CREDITOR**
INTERNATIONAL PERSONNEL PROTECTION INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 92493
AUSTIN, TX 78709-2493

**CREDITOR**
ISAAC MARCUSHAMER
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE
SUITE 1900
MIAMI, FL 33131-5319

**CREDITOR**
JAMS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 845402
LOS ANGELES, CA 90084-5402

**CREDITOR**
JOHN C CROTTS CONSULTING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
688 SEROTINA COURT
MOUNT PLEASANT, SC 29464-5171

**CREDITOR**
JUDICATE WEST
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1851 EAST FIRST STREET
SUITE 1600
SANTA ANA, CA 92705-4058

**CREDITOR**
KCC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
222 N PACIFIC COAST HWY
3RD FLOOR
EL SEGUNDO, CA 90245-5648

**NEW ADDR PER GA BAR**
**CREDITOR**
L LIN WOOD PC
663 GREENVIEW AVENUE NE
ATLANTA, GA 30305

**CREDITOR**
LEWIS ROCA ROTHGERBER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3993 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89169-5996

**NEW ADDR PER CAL BAR**
**CREDITOR**
MARK S HOROUPIAN ESQ
GREENSPOON MARDER, LLP
1875 CENTURY PARK E, STE 1900
LOS ANGELES, CA 90067-2519

**CREDITOR**
MARTINDALE-HUBBEL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 59757
LOS ANGELES, CA 90074-9757

**PER CA SOS 10-09-26**
**CREDITOR**
MOMENTUM ENGINEERING CORP
C/O JOHN LANDERVILLE, REGISTERED AGENT
532 VIA MEDIA
PALOS VERDES ESTATES, CA 90274

**CREDITOR**
NATIONWIDE LEGAL LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1609 JAMES M WOOD BLVD
LOS ANGELES, CA 90015-1005

**CREDITOR**
NORELL CONSULTING INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
218 CATHERIN PARK
GLENDORA, CA 91741-3017

**CREDITOR**
OFFICE OF ADMINISTRATIVE HEARINGS
2349 GATEWAY OAKS DR
SUITE 200
SACRAMENTO, CA 95833-4244

**CREDITOR**
PAPERSTREET WEB DESIGN
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
219 SW 17TH STREET
FORT LAUDERDALE, FL 33315-1745

**CREDITOR**
POYNER SPRUILL LLP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 1801
RALEIGH, NC 27602-1801

**CREDITOR**
REST YOUR CASE EVIDENCE STORAGE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
6364 IRWINDALE ROAD
IRWINDALE, CA 91702-3210

**CREDITOR**
RICOH USA INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 31001-0850
PASADENA, CA 91110-0850

**CREDITOR**
SCOTT SIMS
FRANK SIMS STOLPER LLP
19800 MACARTHUR BLVD
SUITE 855
IRVINE, CA 92612-8444

**CREDITOR**
SHRED-IT USA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX101007
PASADENA, CA 91189-1007

**CREDITOR**
SIMPSON DEPOSITION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1314 E CHAPMAN AVE
ORANGE, CA 92866-2219

**NEW ADDR CA SOS 10/14/19**
**CREDITOR**
SOCAL SUBPOENA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
344 CORONADO AVE
LONG BEACH, CA 90814

**CREDITOR**
SOFTWARE TECHNOLOGY LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1621 CUSHMAN DRIVE
LINCOLN, NE 68512-1200

**CREDITOR**
STAPLES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 83689
CHICAGO, IL 60696-3689

**NEW ADDR PER WEBSITE - 10/15/19**
**CREDITOR**
THE MONTAGE LAGUNA BEACH
FINANCE DEPT
30801 SOUTH COAST HIGHWAY
LAGUNA BEACH, CA 92651

**CREDITOR**
THE NEUROBEHAVIORAL CLINIC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
13 ORCHARD ROAD
SUITE 103
LAKE FOREST, CA 92630-8321

**NEW ADDR 12/02/24 [DK 506]**
**CREDITOR**
THOMAS J BERGER MD
101 N RIVERSIDE DR, APT 602
NEW SMYRNA, FL 32168-7061

**CREDITOR**
THOMAS WEST
WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292

**NEW ADDR PER CA SOS**
**CREDITOR**
UNISEARCH, INC.
C/O COGENCY GLOBAL INC., AGENT FOR SERVICE OF PROCESS
1325 J ST STE 1550
SACRAMENTO, CA 95814

**CREDITOR**
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON, DC 20044-0683

**CREDITOR**
UNIVERSAL PROTECTION SERVICE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 732565
DALLAS, TX 75373-2565

**NEW ADDR CA SOS 11/19/19**
**CREDITOR**
US LEGAL SUPPORT INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
16825 NORTHCHASE DRIVE, SUITE 900
HOUSTON, TX 77060

**CREDITOR**
VERITEXT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 71303
CHICAGO, IL 60694-1303

**CREDITOR**
VERIZON WIRELESS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P O BOX 660108
DALLAS, TX 75266-0108

**CREDITOR / POC ADDRESS**
BEN HYATT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
17835 VENTURA BLVD
SUITE 310
ENCINO, CA 91316-3683

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT OF TAX & FEE ADMIN
SPECIAL OPERATIONS BRANCH
MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

**CREDITOR / POC ADDRESS**
COUNTY OF ORANGE
ATTN: BANKRUPTCY UNIT
PO BOX 4515
SANTA ANA, CA 92702-4515

**CREDITOR / POC ADDRESS**
DENNIS M. BILL
12811 WHITTINGTON CT
LARGO, FL 33773

**CREDITOR / POC ADDRESS**
E. TIMOTHY FITZGIBBONS
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

**CREDITOR / POC ADDRESS**
FEDEX CORPORATE SERVICES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS, TN 38116-5017

**CREDITOR / POC ADDRESS**
FIRST LEGAL NETWORK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 743451
LOS ANGELES, CA 90074-3451

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR / POC ADDRESS**
PASSPORT 420
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

**CREDITOR / POC ADDRESS**
TODD D. BARANIAK
2303 JONQUIL CT.
NAPERVILLE, IL 60540-6054

**CREDITOR / POC ADDRESS**
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN, VA 20147

**CREDITOR / POC ADDRESS**
WILLIAM PARRISH
CAPPELLO & NOL LLP
831 STATE STREET
SANTA BARBARA, CA 93101

**RTD 04/25/22 UTF**
**CREDITOR**
~~ALPHAGRAPHICS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~221 KING STREET~~
~~MADISON, WI 53703-3419~~

**RTD 10/10/24 UTF**
**CREDITOR**
~~BURLINGTON & ROCKENBACH PA~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~444 W RAILROAD AVE, SUITE 350~~
~~WEST PALM BEACH, FL 33401-4112~~

**RTD 04/18/22 UTF**
**CREDITOR**
~~CCROLA~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~205 BROADWAY~~
~~SUITE 200~~
~~LOS ANGELES, CA 90012-3607~~

**RTD 01/06/22 UTF**
**CREDITOR**
~~CITY OF NEWPORT BEACH~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 3080~~
~~NEWPORT BEACH, CA 92658-3080~~

**RTD 01/06/22 UTF**
**CREDITOR**
~~COLLISION AND INJURY DYNAMICS INC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~149 SHELDON STREET~~
~~EL SEGUNDO, CA 90245-3916~~

**RTD 11/6/24 VACANT**
**CREDITOR**
~~COMPETITION ECONOMICS LLC~~
~~C/O BRETT REED~~
~~234 E. COLORADO BLVD., SUITE 230~~
~~PASADENA, CA 91101~~

**RTD 08/29/23 RESENT**
**CREDITOR**
~~DAVID W STEWART PHD~~
~~13031 VILLOSA PLACE #121~~
~~PLAYA VISTA, CA 90094-6500~~

**RTD 01/12/22 UTF**
**CREDITOR**
~~EMPLOYERS PREFERRED INSURANCE CO~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 53089~~
~~PHOENIX, AZ 85072-3089~~

**RTD 09/30/24 UTF**
**CREDITOR**
~~EMPLOYERS PREFERRED INSURANCE COMPANY~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~10375 PROFESSIONAL CIRCLE~~
~~RENO, NV 89521~~

**RTS 10-13-26 UTF**
**CREDITOR**
~~ESNER CHANG & BOYER~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~234 EAST COLORADO BLVD~~
~~SUITE 750~~
~~PASADENA, CA 91101-2223~~

**RTD 04/18/22 UTF**
**CREDITOR**
~~EXECUTIVE PRESENTATIONS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~SUITE 1700~~
~~LOS ANGELES, CA 90017-3462~~

**RTD 12/19/22 UTF**
**CREDITOR**
~~FILE & SERVE XPRESS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 679058~~
~~DALLAS, TX 75267-9058~~

**RTS 10-13-26 UTF**
**CREDITOR**
~~FIRST LEGAL RECORDS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 749469~~
~~LOS ANGELES, CA 90074-9469~~

**RTD 11/01/19 - SEE NEW ADDR**
**CREDITOR**
~~GASS WEBER MULLINS LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~309 N WATER ST~~
~~MILWAUKEE, WI 53202-5769~~

**RTD 09/22/21 UTF**
**CREDITOR**
~~GREEN STREET ADVISORS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~660 NEWPORT CENTER DRIVE~~
~~SUITE 800~~
~~NEWPORT BEACH, CA 92660-6409~~

**RTD 01/07/25 UTF**
**CREDITOR**
~~INNOVATIVE COMPUTING SYSTEMS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~8310 N CAPITOL OF TEXAS HWY~~
~~BUILDING, 1-295~~
~~AUSTIN, TX 78731~~

**RTD 10/11/19 SEE NEW ADDR**
**CREDITOR**
~~INNOVATIVE COMPUTING SYSTEMS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~2780 SKYPARK DR~~
~~SUITE 125~~
~~TORRANCE, CA 90505-7528~~

**RTD 08/28/23 UTF**
**CREDITOR**
~~INNOVATIVE COMPUTING SYSTEMS~~
~~AGENT FOR SERVICE OF PROCESS, BEN KARIMI~~
~~16311 VENTURA BLVD. STE. #1111~~
~~ENCINO, CA 90245~~

**RTD 04/29/21 SEE NEW ADDR**
**CREDITOR**
~~INNOVATIVE COMPUTING SYSTEMS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~1960 E. GRAND AVE.~~
~~EL SEGUNDO, CA 90245~~

**RTD 01/12/22 UTF**
**CREDITOR**
~~L LIN WOOD PC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~1180 W PEACHTREE ST NW STE 2040~~
~~ATLANTA, GA 30309~~

**RTD 10/09/19 RESENT**
**CREDITOR**
~~L LIN WOOD PC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~1180 WEST PEACHTREE STREET~~
~~SUITE 2400~~
~~ATLANTA, GA 30309-3482~~

**RTD 11/4/24 FWD**
**CREDITOR**
~~MARK S HOROUPIAN ESQ~~
~~SULMEYER KUPETZ~~
~~333 S GRAND AVE STE 3400~~
~~LOS ANGELES, CA 90071~~

**RTD 1/11/21 SEE NEW ADDR**
**CREDITOR**
~~MARK S HOROUPIAN ESQ~~
~~SULMEYER KUPETZ~~
~~2424 SE BRISTOL ST~~
~~SUITE 300~~
~~NEWPORT BEACH, CA 92660-0764~~

**RTS 09-29-26 UTF**
**CREDITOR**
~~MOMENTUM ENGINEERING CORP~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~2862 COLUMBIA STREET~~
~~TORRANCE, CA 90503-3808~~

**RTD 10/11/19 - SEE NEW ADDR**
**CREDITOR**
~~SOCAL SUBPOENA~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~115 PINE AVENUE~~
~~SUITE 320~~
~~LONG BEACH, CA 90802-4479~~

**RTD 01/12/22 UTF**
**CREDITOR**
~~SUSAN QUINN~~
~~304 E. 65TH STREET, APT 36A~~
~~NEW YORK, NY 10065-6786~~

**RTD 12/3/19 RESENT**
**CREDITOR**
~~SUZY QUINN~~
~~C/O JOHN MIGOTSKY~~
~~95 CHRISTOPHER STREET~~
~~#14D~~
~~NEW YORK, NY 10014-6629~~

**SEE NEW ADDR - RTD 10/15/19**
**CREDITOR**
~~THE MONTAGE LAGUNA BEACH~~
~~FINANCE DEPT~~
~~30801 SOUTH COAST HIGHWAY~~
~~NORWALK, CA 90651~~

**RTD 10/11/19 - SEE NEW ADDR**
**CREDITOR**
~~THE X LAW GROUP~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~1910 SUNSET BLVD~~
~~SUITE 450~~
~~LOS ANGELES, CA 90026-7118~~

**RTD 11/18/19 UTF**
**CREDITOR**
~~UNISEARCH~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 11940~~
~~OLYMPIA, WA 98508-1940~~

**CORRECT ADDR PER TC 12/22/20; RTD 10/16/23 UTF**
**CREDITOR**
~~UNISEARCH, INC.~~
~~ATTENTION: SHARRI MARTINELLI~~
~~1780 BARNES BLVD SW~~
~~TUMWATER, WA 98512~~

**RTD 10/21/19 UTF - SEE NEW ADDR**
**CREDITOR**
~~US LEGAL SUPPORT INC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 864407~~
~~ORLANDO, FL 32886-4407~~

**RTD 12/18/24; RESENT TO NEW ADDR**
**CREDITOR / POC ADDRESS**
~~THOMAS J BERGER MD~~
~~2451 BRICKELL AVENUE~~
~~#12-C~~
~~MIAMI, FL 33129-2469~~

**RTD 01/06/22 UTF**
**SECURED CREDITOR**
~~520 NEWPORT CENTER DRIVE LLC~~
~~C/O MARK A KOMPA ESQ~~
~~233113 S PLAZA POINTE~~
~~SUITE 100~~
~~LAGUNA HILLS, CA 92653~~

**RTD 02/27/20 UTF**
**SECURED CREDITOR**
~~ACAMAR INVESTMENTS~~
~~JOHN CASPERSON~~
~~999 THIRD AVENUE~~
~~SUITE 2600~~
~~SEATTLE, WA 98104-4018~~

**RTD 09/22/21 UTF**
**SECURED CREDITOR**
~~CALIFORNIA BANK & TRUST~~
~~ATTN DAVID BLACKFORD~~
~~11622 EL CAMINO REAL~~
~~SUITE 200~~
~~SAN DIEGO, CA 92130-2051~~

**RTD 11/18/22 UTF**
**SECURED CREDITOR**
~~CALIFORNIA BANK & TRUST~~
~~MERGED INTO ZIONS FIRST NATIONAL BANK,~~
~~A SUBSIDIARY OF ZIONS BANCORPORATION, NATIONAL ASSOCIATION~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~ONE SOUTH MAIN ST, 2ND FLOOR~~
~~SALT LAKE CITY, UT 84133~~

**RTD 08/22/23 UTF**
**CREDITOR**
~~ACE PARKING MANAGEMENT INC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~610 NEWPORT CENTER DRIVE~~
~~SUITE 50~~
~~NEWPORT BEACH, CA 92660-6416~~

**RTD 02/11/22 UTF**
**CREDITOR**
~~ADVANCED DISCOVERY~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO 102242~~
~~ATLANTA, GA 30368-2242~~

**RTD 03/28/22 UTF**
**CREDITOR**
~~AFFORDABLE MOVING & STORAGE~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 361~~
~~GARDEN GROVE, CA 92842-0361~~

**RTD 11/4/24 UTF**
**CREDITOR**
~~AHMED IBRAHIM~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~29 SOHO~~
~~IRVINE, CA 92612-1083~~

**RTD 12/13/24 UTF**
**CREDITOR**
~~BARKLEY COURT REPORTERS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~10350 SANTA MONICA BLVD~~
~~SUITE 200~~
~~LOS ANGELES, CA 90025-6923~~

**RTD 08/28/23 UTF**
**CREDITOR**
~~CASCADE CAPITAL GROUP~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~815 FIRST AVENUE~~
~~#150~~
~~SEATTLE, WA 98104-1404~~

**RTD 01/02/25 UTF**
**CREDITOR**
~~CROSSPLANS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~23041 AVENIDA DE LA CARLOTA~~
~~SUITE 300~~
~~LAGUNA HILLS, CA 92653-1572~~

**RTS 10-13-26 UTF**
**CREDITOR**
~~DEVELOPING OPPORTUNITIES & SOLUTIONS LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~611 SOUTH MAIN STREET~~
~~#400~~
~~GRAPEVINE, TX 76051-5477~~

**RTD 11/14/22 UTF**
**CREDITOR**
~~ESQUIRE DEPOSITION SOLUTIONS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~2700 CENTENNIAL TOWER 101 MARRIETTA STREET~~
~~ATLANTA, GA 30303~~

**RTD 12/16/24 UTF**
**CREDITOR**
~~FORCE TEN PARTNERS LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~20341 SW BIRCH~~
~~SUITE 220~~
~~NEWPORT BEACH, CA 92660-1514~~

**RTD 07/10/20 UTF**
**CREDITOR**
~~GERALD TOBIN~~
~~2014 EDGEWATER DRIVE #169~~
~~ORLANDO, FL 32804-5312~~

**RTD 01/26/22 UTF**
**CREDITOR**
~~HSNO~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 51067~~
~~LOS ANGELES, CA 90051-5367~~

**RTD 07/09/24 UTF**
**CREDITOR**
~~HUMBERTO R GRAY~~
~~11726 SAN VICENTE BLVD~~
~~SUITE 670~~
~~LOS ANGELES, CA 90049-5049~~

**RTD 12/31/19 UTF**
**CREDITOR**
~~INTL CHURCH OF THE FOURSQUARE~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~100 BAYVIEW CIRCLE~~
~~SUITE 2600 DEPT 8~~
~~NEWPORT BEACH, CA 92660-8924~~

**RTD 06/01/20 UTF**
**CREDITOR**
~~JACK CROSS & ASSOCIATES INC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~9070 IRVINE CENTER DRIVE~~
~~SUITE 220~~
~~IRVINE, CA 92618-4687~~

**RTD 01/20/22 UTF**
**CREDITOR**
~~KNJ VENTURES~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~1106 A BROADWAY~~
~~SANTA MONICA, CA 90401~~

**RTD 08/31/23 UTF**
**CREDITOR**
~~LITIGATION SERVICES~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~3700 HOWARD HUGHES PARKWAY~~
~~SUITE 300~~
~~LAS VEGAS, NV 89169~~

**RTD 11/14/22 UTF**
**CREDITOR**
~~MARK CALVERT~~
~~CASCADE CAPITAL GROUP~~
~~1420 FIFTH AVENUE, SUITE 2211~~
~~SEATTLE, WA 98101~~

**RTD 05/06/22 UTF**
**CREDITOR**
~~MEHLER & HAGESTROM~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~780 SKYLIGHT OFFICE TOWER~~
~~1660 WEST 2ND STREET~~
~~CLEVELAND, OH 44113~~

**RTD 1/11/21 UTF**
**CREDITOR**
~~PACER~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 71364~~
~~PHILADELPHIA, PA 19176-1364~~

**RTD 10/10/23 UTF**
**CREDITOR**
~~PERSONAL COURT REPORTERS INC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~14520 SYLVAN STREET~~
~~VAN NUYS, CA 91411-2324~~

**RTD 10/07/24 UTF**
**CREDITOR**
~~PITNEYBOWES GLOBAL FIN SERVICES LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~PO BOX 371887~~
~~PITTSBURGH, PA 15250-7887~~

**RTD 12/26/25 UTF**
**CREDITOR**
~~PURCHASE POWER~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~P O BOX 371874~~
~~PITTSBURGH, PA 15250-7874~~

**RTD 1/30/24 UTF**
**CREDITOR**
~~RAINES FELDMAN~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~18401 VON KARMAN AVE~~
~~SUITE 360~~
~~IRVINE, CA 92612-8541~~

**RTD 09/01/23 UTF**
**CREDITOR**
~~SPECIAL DELIVERY SERVICE INC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~5470 LBJ FREEWAY~~
~~DALLAS, TX 75240-1044~~

**NO ADDR PROVIDED**
**CREDITOR**
~~STEPHANIE CLIFFORD~~

**NEW ADDR 12/19/23 TC / RTD 11/18/24 UTF**
**CREDITOR**
~~SUSAN QUINN~~
~~377 E. 33RD STREET, APT D~~
~~NEW YORK, NY 10016~~

**RTD 12/31/24 UTF**
**CREDITOR**
~~THE MONTLAKE GROUP LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~16639 SUNSET BLVD~~
~~PACIFIC PALISADES, CA 90272-3202~~

**RTD 11/14/22 UTF**
**CREDITOR / POC ADDRESS**
~~CASCADE CAPITAL GROUP LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE~~
~~1501 4TH AVE, SUITE 2840~~
~~SEATTLE, WA 98101~~

**RTD 04/25/22 UTF**
**CREDITOR / POC ADDRESS**
~~MARK CALVERT~~
~~1501 4TH AVE, SUITE 2840~~
~~SEATTLE, WA 98101~~

**RTD 1/30/24 UTF**
**CREDITOR / POC ADDRESS**
~~RAINES FELDMAN LLP~~
~~HAMID R. RAFATJOO~~
~~1800 AVENUE OF THE STARS, 12TH FLOOR~~
~~LOS ANGELES, CA 90067~~

**RTD 08/01/22 UTF**
**SECURED CREDITOR /POC ADDRESS**
~~LISA STORIE-AVENATTI~~
~~3419 VIA LIDA 610~~
~~NEWPORT BEACH, CA 92663-3908~~